ORIGINAL

RECEIVED
OCT 21 2003
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

ECF

# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s)
REMEDIATION CONSTRUCTORS, INC.

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record: [See RCFC 83.1(c)] D. MICHAEL SCHOENFELD

Firm Name: MURPHY AUSTIN ADAMS SCHOENFELD LLP

Post Office Box: P.O. BOX 1319 03-2478C

Street Address: 1000 G Street, Third Floor

City-State-Zip: Sacramento, CA 95812-1319

Telephone & Facsimile Numbers: (916) 446-2300 FAX: (916) 503-4000

E-mail address: mschoenfeld@murphyaustin.com

Is the attorney of record admitted to the Court of Federal Claims Bar? YES
If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code: 1 0 0

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Government Agency Involved: D 0 1 (National Park Service)

**See attached Sheet for three digit code.**

Amount Claimed: $ 3,115,096.89

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)**

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

April 25, 2003