IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| REMEDIATION CONSTRUCTORS, INC. | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 03-2478C (Judge Braden) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN
ENLARGEMENT OF TIME TO RESPOND TO THE COMPLAINT

Pursuant to United States Court of Federal Claims Rule 6.1, defendant, the United States, respectfully requests an enlargement of time of 63 days, from December 22, 2003, through and including February 23, 2004, to respond to plaintiff's complaint in this action. This is defendant's first request for an enlargement of time for this purpose. Plaintiff's counsel has indicated that he does not intend to oppose this motion.

In this action, plaintiff seeks more than $3-million in alleged damages related to a construction contract. Plaintiff claims, among other things, that it was delayed, caused to perform its work in a more costly manner, and caused to perform extra work in connection with the contract. Further, plaintiff alleges that it was wrongfully terminated for default.

Prior to filing the Government's answer, we must carefully review the agency's litigation report, records relating to plaintiff's claim for an equitable adjustment, and other

materials, as well as confer with knowledgeable agency personnel. Due to the complexity of this case, this will require significant time.

Further, in addition to this action, counsel is responsible for other actions that recently have required attention, or will require attention in the coming weeks. For instance, counsel expects to file the Government's brief in Stillwell v. Principi, No. 03-7189 (Fed. Cir.) on or before December 23, 2003. Counsel also anticipates filing a summary judgment motion in Transmetro Construction, Inc. v. United States, No. 01-533C (Fed. Cl.) on or before January 15, 2004.

Counsel also must prepare a reply brief in Sodexho Marriott Management, Inc. v. United States, No. 99-765C (Fed. Cl.). The deadline for filing that brief is December 29, 2003, although we will be filing an enlargement motion in that case. Counsel also must prepare the Government's brief in Athen v. Air Force, No. 03-1605 (Fed. Cir.). The deadline for filing that brief is January 20, 2004. Counsel also anticipates filing a response brief in Holloway v. United States, No. 03-1831 (Fed. Cl.) on or before January 16, 2004. Counsel also is responsible for numerous other active matters that will require attention.

Counsel also is scheduled to be out of town from January 20 through January 30, 2004 for depositions related to Aaron v.

United States, No. 00-315 (Fed. Cl.). Finally, counsel will be out of the office for several days for the upcoming holidays.

CONCLUSION

For the foregoing reasons, defendant respectfully requests that this Court grant this motion for an enlargement of time, until February 23, 2004, for defendant to respond to plaintiff's complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Franklin E. White, Jr.

FRANKLIN E. WHITE, JR.
Deputy Director

s/ Richard P. Schroeder

RICHARD P. SCHROEDER
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
Eighth Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562

Attorneys for Defendant

December 18, 2003

Certificate of Filing

I hereby certify that on December 19, 2003, a copy of foregoing DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO THE COMPLAINT was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Richard P. Schroeder