# In the United States Court of Federal Claims

No. 03-2478C

Filed: January 5, 2003

| | |
|---|---|
| ************************************** | |
| | * |
| REMEDIATION CONSTRUCTORS, INC. | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| ************************************** | |

**ORDER**

On October 21, 2003, the Clerk of the Court filed a Notice of Designation in the above captioned case. Pursuant to General Order No. 42, this case has been designated as an electronic case in the court's case management/electronic case filing (CM/ECF) system. As of December 23, 2003, date of the last filing in this case, plaintiff's counsel had not yet obtained a CM/ECF account. Plaintiff's counsel is ordered to do so by January 21, in order to comply with the Notice of Designation.

This order has been posted on the ECF system, and the Clerk of the Court is directed to mail a copy of this order to plaintiff's counsel.

**IT IS SO ORDERED.**

/s Susan G. Braden
SUSAN G. BRADEN
Judge