IN THE UNITED STATES COURT OF FEDERAL CLAIMS

REMEDIATION CONSTRUCTORS, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No. 03-2478C
(Judge Braden)

DEFENDANT'S UNOPPOSED MOTION FOR AN
ENLARGEMENT OF TIME TO RESPOND TO THE COMPLAINT

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests an enlargement of time of 14 days, from February 23, 2004, to and including March 8, 2004, within which to respond to plaintiff's complaint. This is defendant's second request for an enlargement of time for this purpose; this Court having previously granted an enlargement of time of 63 days to respond to the complaint. Plaintiff's counsel has indicated that he does not intend to oppose this motion.

The enlargement of time is necessary to allow defendant's counsel to prepare the Government's response to the complaint. During the period that followed December 22, 2004, the date the Government's response originally was due, defendant's counsel has been preoccupied with the following matters that prevented him from preparing the Government's response to the complaint: (1) preparation and filing of a reply brief regarding the

Government's motion to dismiss in Sodexho Marroiott Management, Inc. v. United States, Fed. Cl. No. 99-765C (filed January 14, 2004); (2) preparation and filing of a brief responding to plaintiff's motion to stay consideration of the Government's motion to dismiss in Holloway v. United States, Fed. Cl. No. 03-1821C (filed January 16, 2004); (3) traveled to New York from January 20, 2002 until January 27, 2002 for depositions in Aaron v. United States, No. 00-315; (4) preparation for oral argument in Downing v. United States, Fed. Cir. No. 03-3131 (argument conducted on February 4, 2004); (5) preparation and filing of a motion to dismiss in Clark v. United States, Fed. Cl. No. 03-2769 (filed February 4, 2004); (6) preparation of an internal appeal memorandum in Rice v. United States, Fed. Cl. No. 02-468C (completed on or about February 17, 2004); and (7) preparation and filing of a summary judgment motion in Trans Metro Construction, Inc. v. United States, Fed. Cl. No. 01-533 (filed February 20, 2004).

Counsel also is responsible for the following matters that require his immediate attention: (1) preparation of a reply brief regarding the Government's motion to dismiss in Holloway v. United States, Fed. Cl. No. 03-1821C (anticipated to be filed on or about February 27, 2004, with oral argument scheduled for March 6, 2004); (2) preparation of a reply brief in Clark v. United States, Fed. Cl. No. 03-2769 (current deadline March 1,

2004, although an enlargement of time may be sought); and (3) preparation and filing of the Government's brief in Athen v. Air Force, Fed. Cir. No. 03-1605 (anticipated filing date on or before March 12, 2004). The additional days are necessary to allow sufficient time for defendant's counsel to prepare the Government's response to the complaint and to allow time for necessary supervisory review of the Government's response. Given these circumstances, the requested brief 14-day enlargement is reasonable and should be granted. Of course, defendant's counsel will endeavor to file the Government's response as soon after February 23, 2004 as possible.

For the foregoing reasons, defendant respectfully requests that this Court grant this motion for an enlargement of time of 14 days, to and including March 8, 2004, within which defendant shall file its response to plaintiff's complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Franklin E. White, Jr.

FRANKLIN E. WHITE, JR.
Assistant Director

s/Richard P. Schroeder

RICHARD P. SCHROEDER
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
Eighth Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562

Attorneys for Defendant

February 23, 2004

Certificate of Filing

I hereby certify that on February 23, 2004, a copy of foregoing DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO THE COMPLAINT was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Richard P. Schroeder