D. MICHAEL SCHOENFELD - California State Bar No. 102332
MURPHY AUSTIN ADAMS SCHOENFELD LLP
1000 G St., Third Floor
P. O. Box 1319
Sacramento, California 95812-1319
Telephone: (916) 446-2300
Facsimile: (916) 503-4000

Attorneys for Plaintiff
REMEDIATION CONSTRUCTORS, INC.

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| REMEDIATION CONSTRUCTORS, INC.<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | DOCKET NO. 03-2478C<br><br>**DECLARATION OF D. MICHAEL SCHOENFELD IN SUPPORT OF MOTION FOR EXPEDITED PRELIMINARY SCHEDULING CONFERENCE**<br><br>(Judge Susan G. Braden)<br><br>Hearing Date: TBD |

I, D. Michael Schoenfeld, declare as follows:

1. I am an attorney at law licensed to practice in the Court of Federal Claims, and am a partner with the law firm of Murphy Austin Adams Schoenfeld LLP, attorneys of record for plaintiff REMEDIATION CONSTRUCTORS, INC. ("Remcon"). I have personal knowledge of the following and if called to testify could and would competently testify thereto. I make this declaration in support of Remcon's Motion for Expedited Preliminary Scheduling Conference.

2. Between October 21, 2003 and March 8, 2004, I, on behalf of Remcon, repeatedly sought to obtain the USA's production of key project documents on an informal basis. These requests were made via telephone calls and letters, and I repeatedly explained to government counsel, Richard Schroeder, that our client had incurred certain unreimbursed construction costs in calendar years 2001 and 2002, that it had lost its bonding capacity to pursue further work, and

therefore had effectively been put out of business pending the disposition of this action. I further informed Mr. Schroeder that I sought his cooperation to expedite this action and, barring our ability to accommodate each counsel's needs, would seek assistance from the court.

3. On March 2, 2004, I sent a letter to Richard Schroeder, counsel for defendant United States of America ("USA") which requested that the USA provide Remcon access to the government project files in Denver, Colorado, or produce said documents. A true and correct copy of my March 2, 2004 letter to Mr. Schroeder is attached as Exhibit A to this declaration.

4. I am informed and believe and personally observed that in response to the government's independent request, that Remcon provided access to its project records to the USA's auditors in February 2004 without the need for formal discovery.

5. Prior to the USA answering Remcon's Complaint, I requested that the parties conduct the Appendix A "Early Meeting of Counsel" on March 8, 2004, the date the USA answered the Complaint. This request was memorialized in my March 2, 2004 letter to the USA's counsel, Richard Schroeder, a true and correct copy of which is attached Exhibit A to this declaration. Unfortunately, due to represented time commitments by Mr. Schroeder, this conference could not be set for March 8, 2004, and instead was tentatively set for March 18, 2004. This March 18, 2004 conference was confirmed in a March 8, 2004 letter from my associate, Kenneth Schumaker, to Mr. Schroeder. I personally reviewed and edited the March 8, 2004 letter before it was sent, and a true and correct copy of Mr. Schumaker's March 8, 2004 letter is attached as Exhibit B to this declaration.

6. I am informed and believe that Mr. Schroeder then alerted Mr. Schumaker that March 18, 2004 was not an open date for the early meeting (due to agency counsel's (Mr. O'Nan) represented unavailability), and the meeting was re-confirmed in writing for March 25, 2004. A true and correct copy of my March 11, 2004 to Mr. Schroeder re-setting the early meeting of counsel for March 25, 2004 is attached as Exhibit C to this declaration. In the telephone calls and letters between counsel regarding the early meeting of counsel, I and Mr. Schumaker continuously requested cooperation from the USA's counsel regarding production of the USA's documents by the end of March 2004.

7. In anticipation of the early meeting of counsel, Mr. Schumaker faxed a draft joint preliminary status report to the USA's counsel on March 23, 2004. A true and correct copy of the March 23, 2004 facsimile cover sheet and draft joint preliminary status report is attached as Exhibit D to this declaration.

8. During the March 25, 2004 early meeting of counsel (during which Mr. Schroeder and Mr. O'Nan were on the phone for the government), the parties were unable to agree to a schedule for discovery or trial. The parties agreed that Remcon's counsel would email a revise joint statement, and that the USA's counsel would prepare a response/revision within days of receipt. The USA's attorneys also informed me that the USA's document production could not take place until the end of May 2004, at the earliest, and that, during the summer months, the USA will not be able to fully litigate this matter since the NPS, the underlying governmental agency, will working on construction/active operations, and cannot make its key people available for depositions. I personally commented that such a position was inconsistent with USA's legal duties and the rules of this Court, and represented that absent a change in position we would seek judicial intervention. USA's counsel acknowledged our position.

9. While Mr. Schumaker emailed the revised joint statement on March 29, 2004, to date, the USA has not provided any response or revision to the revised joint statement. A true and correct copy of Mr. Schumaker March 29, 2004 email and revised joint statement is attached as Exhibit E to this declaration.

10. After not receiving any response from the USA, I am informed and believe that Mr. Schumaker contacted Mr. Schroeder on April 5, 2004, and was informed that the delay in the USA's response was once again due to calendar commitments. To date, no response has been received (two weeks since the revised joint statement was sent to USA's counsel).

11. We have received no contact regarding our request to access the government's project records, and based upon the fact herein, felt that we had not alternative but to seek judicial assistance.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Sacramento, California on April 13, 2004.

/S/ D. Michael Schoenfeld

D. MICHAEL SCHOENFELD