MURPHY AUSTIN
ADAMS SCHOENFELD LLP

**D. MICHAEL SCHOENFELD**
DIRECT (916) 503-4005 Ext 281
mschoenfeld@murphyaustin.com

March 2, 2004

***Sent Via Facsimile***

Richard P. Schroeder
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530

Re: Remediation Constructors, Inc. v. United States of America
Docket No. 03-2478C
Our File No: 1918.001

Dear Mr. Schroeder:

We understand that the USA's response to our client Remediation Constructor's ("Remcon") Complaint is now due on or before next Monday, March 8, 2004 (pursuant to your Second Motion for Extension of Time to File a Response, dated February 23, 2004). (This will be more than four months after the filing and service of the complaint.) In anticipation of the USA's response, you and I discussed by telephone on March 1, 2004 commencing discovery in this matter. As I informed you, we wish to access and review the USA's documents in Denver (where they are located) as soon as possible. Our client's business and livelihood are on the line, and time is of the essence.

Pursuant to Appendix A - Case Management Procedures for the Court of Federal Rules, we request that the USA allow Remcon to review the project files in Denver. Enclosed is our request for production of documents we intend to serve in this matter. Paragraph 3 of the Appendix A encourages the parties to cooperate in the conduct of discovery, and informal discovery is encouraged. Since the USA has already audited Remcon's files (please note our absolute cooperation in this regard, as well as our client's), it is entirely appropriate and fair to allow us to promptly review the documents. As I informed you on the telephone, we would appreciate access to the USA's records during the week of April 5-9, 2004.



EXHIBIT A

If you are not amenable to allow us to informally access the records, this letter notifies you that we want to immediately meet and confer on our proposed discovery plan in accordance with ¶ 3 of Appendix A. Please let me know no later than 5:00 p.m. EST on March 4, 2004 when you are available to meet and confer on Monday, March 8, 2004. We will call you. It is our intention to serve our request for production of documents immediately after our conference. If you are not ready to conduct such a meeting on March 8, 2004, we can limit our initial meeting to discussing our requests for documents.

We appreciate your prompt response to this letter.

Very truly yours,

D. MICHAEL SCHOENFELD

DMS:mek
Encl.

cc: Steve Christensen
David Dapper