MURPHY AUSTIN
ADAMS SCHOENFELD LLP

KENNETH I. SCHUMAKER
DIRECT (916) 503-4005 Ext 282
kschumaker@murphyaustin.com

March 8, 2004

*Sent Via Facsimile Only*

Richard P. Schroeder
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530

Gerald D. O'Nan
Assistant Regional Solicitor
U.S. Department of the Interior
755 Parfet Street, Suite 151
Lakewood, CA 80215

Re: Remediation Constructors, Inc. v. United States of America
Docket No. 03-2478C
Our File No: 1918.001

Dear Mr. Schroeder and Mr. O'Nan:

This letter confirms my telephone conversation today with Mr. Schroeder in which we have set our initial meet and confer meeting, required by court rules Appendix A, for **March 18, 2004 at 4:00 pm EST** via teleconference. While we requested an earlier teleconference, we understand and respect Mr. Schroeder's other time commitments. We will initiate the telephone call to both of your offices, and we request that you allow for enough time for us to complete a substantive meet and confer on all issues required by Appendix A, including discovery, motions, and scheduling.

As you know, our main concern at this time is gaining access to your client's files. We previously sent to Mr. Schroeder a comprehensive document request, and we understand that the requested documents are located in Denver. It is our intention to formally serve our request for production of documents immediately after our conference on March 18th.



EXHIBIT 8

Again, since the USA has already audited Remcon's files (please note our absolute cooperation in this regard, as well as our client's), it is entirely appropriate and fair to allow us to promptly review the documents. As we have informed Mr. Schroeder on the telephone, we would appreciate access to the USA's records during the week of April 5-9, 2004. By providing you notice of our intentions now, we expect that you will be able to assemble all responsive documents in the next 30 days.

We look forward to discussing this matter with you on March 18th.

Very truly yours,

KENNETH I. SCHUMAKER

KIS:mjb

cc: Steve Christensen
David Dapper
D, Michael Schoenfeld