MURPHY AUSTIN
ADAMS SCHOENFELD LLP

**D. MICHAEL SCHOENFELD**
DIRECT (916) 503-4005 Ext 281
mschoenfeld@murphyaustin.com

March 11, 2004

***Sent Via Facsimile Only***

Richard P. Schroeder
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530

Gerald D. O'Nan
Assistant Regional Solicitor
U.S. Department of the Interior
755 Parfet Street, Suite 151
Lakewood, CA 80215

Re: Remediation Constructors, Inc. v. United States of America
Docket No. 03-2478C
Our File No: 1918.001

Dear Mr. Schroeder and Mr. O'Nan:

This letter confirms Ken Schumaker's telephone conversation yesterday with Mr. Schroeder in which we have set our initial meet and confer meeting, required by court rules Appendix A, for **March 25, 2004 at 4:00 pm EST** via teleconference. We will initiate the telephone call to both of your offices, and we request that you allow for enough time for us to complete a substantive meet and confer on all issues required by Appendix A, including discovery, motions, and scheduling. Please email me with the telephone numbers you wish us to call.

We understand from Mr. Schroeder that the USA is willing to produce documents without the need for us to travel to Denver. We appreciate this consideration, and request that the USA produce <u>by the end of this month</u> all documents responsive to our document request (which was previously sent to you). We also request that documents be bates



EXHIBIT C

stamped, and we agree on a copy vendor and per copy cost prior to the commencement of copying. Obviously, we will also need to know how many documents are going to be produced. We also do not believe we need any plans copied right now, just bates stamped and inventoried. We can acquire them later if necessary.

The USA's production must be responsive to our document request, and Great American's pending FOIA request. We want to undertake this copying process only once, but reserve our rights to request additional documentation as this matter progresses. We also reserve our rights to seek additional documents which we deem are requested, but not produced, in this first round of copying. Please proceed with this process ASAP. We are available to discuss it with you, and will assist in identifying the best price and copy company if we need to. We request that you advise us no later than tomorrow of your plan on fulfilling this request (e.g., volume of records, cost of copying, when copying will commence, etc.).

We look forward to discussing this matter with you on March 25th.

Very truly yours,

D. MICHAEL SCHOENFELD

DMS:mjb
cc: Steve Christensen
David Dapper
Kenneth I. Schumaker

Ad Hoc Broadcast Report

Name: MURPHY AUSTIN ADAMS SCHOENFELD ID: 916 446 2300 11 Mar'04 5:25PM Page 1

| Job | Phone Number | Start time | Pages | Mode | Status |
|---|---|---|---|---|---|
| 740 | 12023537988 | 3/11 5:20PM | 3/ 3 | BC | Completed |
| 740 | 12098488190 | 3/11 5:21PM | 3/ 3 | BC | Completed |
| 740 | 12136276342 | 3/11 5:23PM | 3/ 3 | BC | Completed |
| 740 | 13032315363 | 3/11 5:24PM | 3/ 3 | BC | Completed |

Explanation of items in the Mode column:

EC=Error correction
96=9600 BPS
48=4800 BPS
SA=Subaddress
PW=Password
MP=Multi-poll
BC=Broadcast

MURPHY AUSTIN
ADAMS SCHOENFELD LLP

**MURPHY AUSTIN ADAMS SCHOENFELD LLP**
1000 G Street, 3rd Floor
P.O. Box 1319
Sacramento, California 95812-1319
(916) 446-2300
FACSIMILE
(916) 503-4000

**FACSIMILE TRANSMITTAL COVER SHEET**

DATE: March 11, 2004

RE: RemCon v. National Park Service, et al.

OUR FILE NO.: 1918.001

Please deliver the following page(s) immediately to:

| Name | Organization | Fax Number | Phone Number |
|---|---|---|---|
| Richard Schroeder | Department of Justice | (202) 353-7988 | (202) 305-7788 |
| Stephen Christensen | RemCon | (209) 848-8190 | (209) 848-8185 |
| Dave Dapper | | (213) 627-6342 | (213) 533-5908 |
| Gerald D. O'Nan | U.S. Dept. of Interior | (303) 231-5363 | (303) 231-5353 |

From: D.MICHAEL SCHOENFELD

Number of pages, including this page: 3

**Claim of Privilege**

****WARNING TO RECIPIENT****
**The information contained in this facsimile message is confidential information and is attorney/client privileged. It is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original message to us at the above address via the U.S. Postal Service.**

**If you do not receive all pages or have any problems with receiving this facsimile, please call Marni Bosch at (916) 446-2300, extension 401**