MURPHY AUSTIN
ADAMS SCHOENFELD LLP

**MURPHY AUSTIN ADAMS SCHOENFELD LLP**
1000 G Street, 3rd Floor
P.O. Box 1319
Sacramento, California 95812-1319
(916) 446-2300
FACSIMILE
(916) 503-4000

## FACSIMILE TRANSMITTAL COVER SHEET

DATE: March 23, 2004

RE: RemCon v. National Park Service, et al.

OUR FILE NO.: 1918.001

Please deliver the following page(s) immediately to:

| Name | Organization | Fax Number | Phone Number |
|---|---|---|---|
| Richard Schroeder | Department of Justice | **(202) 353-7988** | (202) 305-7788 |
| Gerald D. O'Nan | U.S. Dept. of Interior | **(303) 231-5363** | (303) 231-5353 |
| Stephen Christensen | RemCon | **(209) 848-8190** | (209) 848-8185 (office) (209) 495-9315 (cell) |
| Dave Dapper | | **(213) 627-6342** | (213) 533-5908 |

From: Kenneth I. Schumaker

Number of pages, including this page: 6

**NOTE: In anticipation of our Appendix A Conference this Thursday, attached please find our draft Joint Preliminary Status Report. We also request that Messrs. Schroeder and O'Nan provide the telephone numbers they can be reached on Thursday.**

Claim of Privilege

**WARNING TO RECIPIENT**
The information contained in this facsimile message is confidential information and is attorney/client privileged. It is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original message to us at the above address via the U.S. Postal Service.
If you do not receive all pages or have any problems with receiving this facsimile, please call Marni Beach at (916) 446-2300, extension 401

EXHIBIT D