discovery mediation appears to be appropriate.

**j. PROCEEDING TO TRIAL**

~~At this time, the parties do anticipate proceeding to trial. While the parties do not request an expedited trial date,~~ Remcon anticipates that this matter will proceed to trial, and ~~does~~ requests that trial commence as soon as possible. Remcon is a small business and its existence is dependent upon the outcome of this matter. The USA cannot determine at this time whether this matter will proceed to trial.

**k. ELECTRONIC CASE MANAGEMENT**

There are no special needs at this time.

**l. OTHER ISSUES**

REMCON'S POSITION

The project is proceeding under a takeover agreement between the USA and Great American. Since ~~the parties~~ Remcon contemplates completing discovery by ~~December~~ November 30~~1~~, 2004, which is more than one year after the complaint was filed and ample time to perform/complete discovery if counsel act diligently. ~~the parties~~ Remcon requests that the Post-Discovery conference be held no later than **December 31, 2004~~January 31, 2005~~**, that the Pre-Trial Conference be held no later than **February 28, 2005 ~~March 30, 2005~~,** and that trial commence no later than March 31~~**April 30**~~**, 2005.**

USA'S POSITION

**m. ANTICIPATED DISCOVERY AND THE SCHEDULING OF DISCOVERY.**

(1) The parties have agreed that disclosures pursuant to FRCP 26(a) shall be made within **thirty (30) days** of the filing of this Joint Status Report. While RCFC 26(a) requires all disclosures to be made within 14 days after the filing



150744v1WP/1918.001

of the Joint Preliminary Status Report, the parties request additional time to complete disclosures in this ~~complex, and document intensive,~~ case.

(2)

<u>REMCON'S POSITION</u>

~~The parties~~ Remcon anticipates conducting additional discovery should the initial disclosure pursuant to RCFC 26(a) not yield satisfactory information and data regarding the claims and allegations asserted in the pleadings. Specifically, ~~the parties~~ Remcon anticipates that written discovery and depositions ~~may~~ will be required to obtain and/or ascertain necessary information and data pertaining to Project payments made and received, work performed at the Project, Project documents, pending extra work claims and delay related claims asserted by the parties, and other issues relevant to the performance of work at the Project, the parties' contract, and payment issues. Discovery should remain open for five to six months or so to ensure that the parties are able to properly prepare their respective cases.

<u>USA'S POSITION</u>

(3)

<u>REMCON'S POSITION</u>

~~The parties~~ Remcon anticipates that each will be able to propound ~~approximately~~ 75 interrogatories. ~~The parties~~ Remcon also anticipates that some depositions of key witnesses will last more than one day, hopefully to be decided pursuant to stipulation by the parties. Remcon plans on



150744v1WP/1918.001

commencing depositions in July or August, 2004.

USA'S POSITION

(4)

REMCON'S POSITION

~~The parties~~ Remcon agrees to the following discovery schedule:

a. October 31, 2004 ~~**August 31, 2004**~~ **- completion of interrogatories/requests for admissions/requests for production of documents/ non-expert depositions**

b. **September 30, 2004 - disclosure of expert witnesses**

~~c. **October 30, 2004 - completion of fact witness depositions**~~

~~d.~~ c. **November 30, 2004** ~~**December 31, 2004**~~ **- completion of expert witness depositions**

USA'S POSITION

DATED: March 26, 2004

MURPHY AUSTIN ADAMS SCHOENFELD LLP

D. MICHAEL SCHOENFELD
Attorneys for Plaintiff
REMEDIATION CONSTRUCTORS, INC.

MURPHY AUSTIN ADAMS SCHOENFELD LLP
1000 G St., Third Floor
P. O. Box 1319
Sacramento, California 95812-1319
Telephone: (916) 446-2300
Facsimile: (916) 503-4000

DATED: March 26, 2004

U.S. DEPARTMENT OF JUSTICE

RICHARD SCHROEDER
Attorneys for Defendant
UNITED STATES OF AMERICA

U.S. DEPARTMENT OF JUSTICE