# In the United States Court of Federal Claims

No. 03-2478C
Filed: May 10, 2004

****************************************

REMEDIATION CONSTRUCTORS, INC.

Plaintiff,

v. **ORDER**

THE UNITED STATES,

Defendant.

****************************************

Upon consideration of the parties' positions as set forth in the Joint Preliminary Status Report of April 29, 2004, and the status conference held April 30, 2004, the following schedule and deadlines are ordered:

May 31, 2004: initial disclosures.
November 1, 2004: disclosure of expert witnesses.
November 30, 2004: completion of fact discovery.
December 20, 2004: exchange of expert reports.
February 1, 2005: completion of expert discovery.
February 15, 2005: post-discovery meeting of counsel.

Joint Status Reports will be due on or before December 6, 2004, and February 18, 2005. A telephonic status conference will be held December 8, 2004 at 3 p.m. EST. The parties will abide by the 25 interrogatory limit in Rule 33(a), but may, if necessary and upon good cause, make motion to the court for leave to serve additional interrogatories.

Either party may request a status conference at any time for good cause. Either party may request a modification of the sequence for exchange of expert reports. In light of the discovery schedule set, the parties will revisit their positions regarding a schedule for trial and dispositive motions, in brief submissions to the court due by May 18, 2004.

**IT IS SO ORDERED.**

/s Susan G. Braden
SUSAN G. BRADEN
Judge