IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| REMEDIATION CONSTRUCTORS, INC.<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | NO. 03-2478C<br>(Judge Braden)<br>**PLAINTIFF'S BRIEF RE SCHEDULE FOR TRIAL AND DISPOSITIVE MOTIONS** |

In response to the Court's May 10, 2004 Order requesting that the parties submit a brief of their positions regarding a schedule for trial and dispositive motions, Plaintiff REMEDIATION CONSTRUCTORS, INC. ("REMCON") respectfully submits the following request.

Remcon anticipates that this matter will proceed to trial, and requests that trial commence as soon as possible. Remcon is a small business whose existence is dependent upon the outcome of this matter since Remcon can no longer obtain bonding for public projects. While counsel for the defendant UNITED STATES OF AMERICA ("USA") has communicated that it may file a motion for summary judgment, Plaintiff believes that the hypothetical summary judgment efforts and trial preparation tracks can and should proceed concurrently. The evidence and legal arguments to be asserted during the summary judgment proceedings will likely mirror the facts and arguments to be presented and discussed during the pre-trial conference meeting of counsel (Appendix A, ¶ 13) and in the Memorandum of Contentions of Fact and Law (Appendix A, ¶ 14)

Since the court has set the completion of all fact and expert discovery by February 1, 2005, and the post-discovery conference for February 15, 2004, Remcon requests that the court set the following follow-up dates:

1) Filing of all dispositive/summary judgment motions - **February 28, 2005.**

2) Responses/Oppositions to dispositive/summary judgment motions - **March 28, 2005**.

3) Reply briefs to dispositive/summary judgment motions - **April 11, 2005.**

4) Hearing of dispositive/summary judgment motions - **April 18, 2005.**

5) Pre-meeting of counsel prior to pretrial conference (per Appendix A, ¶13) - **no later than March 21, 2005.** If the USA does not file a motion for summary judgment/dispositive motion, then the pre-meeting of counsel shall occur no later than **March 4, 2005.**

6) Plaintiff's filing of Memorandum of Contentions of Fact and Law (per Appendix A, ¶ 14(a)) - **no later than April 4, 2005.** If the USA does not file a motion for summary judgment/dispositive motion, then the Plaintiff's filing of Memorandum of Contentions shall occur no later than **March 18, 2005.**

**7)** Pre-trial conference - **no later than May 23, 2005.** If the USA does not file a motion for summary judgment/dispositive motion, then the Pre-trial conference shall occur no later than **May 6, 2005.**

8) Trial - **to commence no later than May 30, 2005.** If the USA does not file a motion for summary judgment/dispositive motion, then trial shall commence no later than **May 16, 2005.**

Plaintiff requests that the pre-trial conference and trial be venued in Sacramento, California since the cost on Plaintiff and its counsel to travel outside of Sacramento will be burdensome and prohibitive.

Respectfully submitted,

DATED: May 14, 2004

MURPHY AUSTIN ADAMS SCHOENFELD LLP

/S/ D. Michael Schoenfeld

D. MICHAEL SCHOENFELD
Attorneys for Plaintiff
REMEDIATION CONSTRUCTORS, INC.

MURPHY AUSTIN ADAMS SCHOENFELD LLP
1000 G St., Third Floor
P. O. Box 1319
Sacramento, California 95812-1319
Telephone: (916) 446-2300
Facsimile: (916) 503-4000