# In the United States Court of Federal Claims

No. 03-2478C

Filed: May 25, 2004

*****************************************
REMEDIATION CONSTRUCTORS, INC. *
Plaintiff, *
v. *
THE UNITED STATES, *
Defendant. *
*****************************************

**ORDER**

Upon consideration of the parties' positions as set forth in their submissions to the court regarding a schedule for trial, the following schedule and deadlines are ordered:

February 28, 2005: deadline for dispositive motions, which may also be filed earlier.
March 21, 2005: meeting of counsel pursuant to RCFC Appendix A ¶ 13.
May 30, 2005: pre-trial conference in Washington, D.C.

Trial is tentatively scheduled for June 13-17, 2005 at a location to be determined between Sacramento, Denver, and Washington, D.C. If the parties have a conflict with these dates, they may promptly contact chambers to arrange for trial to be scheduled for alternate dates.

Joint Status Reports remain due on or before December 6, 2004, and February 18, 2005. A telephonic status conference will be held December 8, 2004 at 3 p.m. EST. The parties may state their views on the location of the trial, and the need for oral argument on any dispositive motions, at the December 8, 2004 conference call and in the Joint Status Reports.

**IT IS SO ORDERED.**

/s Susan G. Braden
SUSAN G. BRADEN
Judge