D. MICHAEL SCHOENFELD - California State Bar No. 102332
MURPHY AUSTIN ADAMS SCHOENFELD LLP
1000 G St., Third Floor
P. O. Box 1319
Sacramento, California 95812-1319
Telephone: (916) 446-2300
Facsimile: (916) 503-4000

Attorneys for Plaintiff
REMEDIATION CONSTRUCTORS, INC.

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| REMEDIATION CONSTRUCTORS, INC.<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | DOCKET NO. 03-2478C<br><br>**NOTICE OF MOTION AND MOTION TO COMPEL**<br><br>(Judge Susan G. Braden)<br><br>Hearing Date: ORAL ARGUMENT REQUESTED |

TO THE UNITED STATES OF AMERICA AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT as soon as this matter may be heard in the above-entitled Court located at 717 Madison Place, Northwest, Washington, D.C., Plaintiff, REMEDIATION CONSTRUCTORS, INC. ("Remcon"), will and hereby does move this Court for an order compelling Defendant, the UNITED STATES OF AMERICA, to provide Remcon with a privilege log that identifies all documents withheld from its production of documents responsive to Remcon's documents demand. The November 30, 2004, fact discovery cut-off Remcon is less than four months away, therefore Remcon requests that this motion be heard on an expedited basis on or before August 17, 2004, and that Defendant's Response to this motion be due on or before August 12, 2004. Remcon also moves this Court for an order that Defendant reimburse Remcon for all its reasonable expenses, including attorney's fees, incurred in bringing this motion. This motion is made on the grounds that Rule 26(b)(5) of the United States Court of Federal Claims requires Defendant to provide Remcon with the above-referenced privilege log and that Defendant's refusal

to do so violates said rule and is without justification.

This motion will be based on this Notice of Motion and Motion, the Memorandum of Points and Authorities filed herewith, the Declaration of D. Michael Schoenfeld and accompanying exhibits, and the Declaration of James J. Ison.

DATED: August 4, 2004 MURPHY AUSTIN ADAMS SCHOENFELD LLP

/S/ D. Michael Schoenfeld

D. MICHAEL SCHOENFELD
Attorneys for Plaintiff
REMEDIATION CONSTRUCTORS, INC.

MURPHY AUSTIN ADAMS SCHOENFELD LLP
1000 G St., Third Floor
P. O. Box 1319
Sacramento, California 95812-1319
Telephone: (916) 446-2300
Facsimile: (916) 503-4000