D. MICHAEL SCHOENFELD - California State Bar No. 102332
MURPHY AUSTIN ADAMS SCHOENFELD LLP
1000 G St., Third Floor
P. O. Box 1319
Sacramento, California 95812-1319
Telephone: (916) 446-2300
Facsimile: (916) 503-4000

Attorneys for Plaintiff
REMEDIATION CONSTRUCTORS, INC.

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| REMEDIATION CONSTRUCTORS, INC.<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | DOCKET NO. 03-2478C<br><br>**NOTICE REGARDING EXHIBIT ATTACHMENT**<br><br>(Judge Susan G. Braden)<br><br>Hearing Date: TBD |

With permission of Judge Susan G. Braden, Exhibits A-O which are attachments to Declaration of D. Michael Schoenfeld in Support of Motion to Compel are in paper form only.

Reason for manual filing: Exhibits are too voluminous to include with Plaintiff's e-filed Declaration of D. Michael Schoenfeld in Support of Motion to Compel. Said Exhibits A-O are being sent via Federal Express to the Clerk, to Judge Susan G. Braden and opposing counsel.

DATED August 4, 2004.

MURPHY AUSTIN ADAMS SCHOENFELD LLP

/S/ D. Michael Schoenfeld

D. Michael Schoenfeld
Attorneys for Plaintiff, Remediation Constructors, Inc.



163318/1918.001