JAMES J. ISON- California State Bar No. 209116
MURPHY AUSTIN ADAMS SCHOENFELD LLP
1000 G St., Third Floor
P. O. Box 1319
Sacramento, California 95812-1319
Telephone: (916) 446-2300
Facsimile: (916) 503-4000

Attorneys for Plaintiff
REMEDIATION CONSTRUCTORS, INC.

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| REMEDIATION CONSTRUCTORS, INC.<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | DOCKET NO. 03-2478C<br><br>**DECLARATION OF JAMES J. ISON IN SUPPORT OF MOTION TO COMPEL**<br><br>(Judge Susan G. Braden)<br><br>Hearing Date: TBD |

I, James J. Ison, declare as follows:

1. I am an attorney at law associated with the law firm of Murphy Austin Adams Schoenfeld LLP, attorneys of record for plaintiff REMEDIATION CONSTRUCTORS, INC. ("Remcon"). I have personal knowledge of the following and if called to testify could and would competently testify thereto. I make this declaration in support of Remcon's Motion to Compel Production of Documents.

2. On June 8, 2004, June 24, 2004 and June 25, 2004, our office received a total of 18 boxes of documents from the defendant, the United States of America ("USA"), in response Remcon's Request for Production of Documents served on the USA on March 26, 2004 ("Production").

3. I personally reviewed each box of documents produced by the USA to determine its general contents and the range of bates numbered documents contained within each box.

4. The USA's Production included the following ranges of bates numbered documents: 0001 through 006208; 013,131 through 024,456; 354,456 through 354,999; 365,000

through 391,254; and 500,001 through 518,478. Within these ranges of documents that were produced, I noticed that large numbers of bates numbered documents were missing, although I did not compile a list identifying each and every missing document.

5. Based on how the USA bates numbered the documents it produced (i.e., starting at 0001 and ending at 518,478), I estimate that there are approximately 475,000 pages of documents that were not produced by the USA.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed at Sacramento, California on August 4, 2004.

/S/ James J. Ison

JAMES J. ISON