# In the United States Court of Federal Claims

**03-2478C**

**Filed: August 10, 2004**

**REMEDIATION CONSTRUCTORS, INC.,**

**v.**

**THE UNITED STATES**

**Exhibits A - O of the Declaration of D. Michael Schoenfeld**
**in Support of Motion to Compel**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 219-9657 between the hours of 8:45 am and 5:15 pm Eastern time.