IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| REMEDIATION CONSTRUCTORS, INC., Plaintiff, | ) | |
| v. | ) | No. 03-2478C (Judge Braden) |
| THE UNITED STATES, Defendant. | ) | |

DEFENDANT'S MOTION FOR AN
ENLARGEMENT OF TIME TO RESPOND TO MOTION TO COMPEL

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests an enlargement of time of 23 days, from August 23, 2004, to and September 15, 2004, within which to respond to plaintiff's motion to compel. This is defendant's first request for an enlargement of time for this purpose. Plaintiff's counsel has indicated that does not yet know what his position will be regarding this motion. The enlargement of time is necessary for the following reasons:

First, the subject matter of plaintiff's motion to compel concerns the Government's privilege log. That privilege log has now been provided. Therefore, plaintiff's original motion is moot to the extent that it seeks an order compelling production of the privilege log, although plaintiff has asserted that its request for discovery sanctions is not moot.

Second, in letters dated August 13, 2004, plaintiff has made certain additional objections regarding our discovery responses, including certain objections to our privilege log. Plaintiff has indicated that it intends to file another motion to compel in the event that the additional discovery issues cannot be resolved between the parties. The Government would like the opportunity to resolve plaintiff's new discovery issues before responding to plaintiff's motion to compel. Further, to the extent that plaintiff files another motion to compel, the Government believes that it would be appropriate to respond to both the original motion and plaintiff's yet unfiled motion in one response. Doing so will curtail the number of filings that the parties will be required to submit and that the Court will be required to entertain.

Third, undersigned counsel will be out of the office the remainder of this week for depositions in Chenega Management, LLC v. United States, Fed. Cl. No. 03-2789C. Further, counsel anticipates being required to travel to Alaska the week of August 30, 2004, for additional depositions in that matter.

For the foregoing reasons, defendant respectfully requests that this Court grant this motion for an enlargement of time of 23 days, to and including September 15, 2004, within which defendant shall file its response to plaintiff's motion(s) to compel.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Franklin E. White, Jr.

FRANKLIN E. WHITE, JR.
Assistant Director

s/Richard P. Schroeder

RICHARD P. SCHROEDER
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
Eighth Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562

Attorneys for Defendant

August 16, 2004

Certificate of Filing

I hereby certify that on August 16, 2004, a copy of foregoing DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Richard P. Schroeder