IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| REMEDIATION CONSTRUCTORS, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 03-2478C (Judge Braden) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S THIRD MOTION FOR AN
ENLARGEMENT OF TIME TO RESPOND TO MOTION TO COMPEL

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests an additional enlargement of time of seven days, from September 22, 2004, to and September 29, 2004, within which to respond to plaintiff's motion to compel. This Court previously granted an enlargement of time of 23 days for this purpose. Further, at the time of the filing of this motion, we had not received an order regarding our motion for a seven-day enlargement of time to respond to plaintiff's motion to compel. Plaintiff's counsel has indicated that plaintiff does not oppose this motion. The enlargement of time is necessary for the following reasons:

Plaintiff's motion concerns the Government's privilege log. Shortly after plaintiff filed its motion, the Government produced its privilege log. Plaintiff's counsel has indicated that plaintiff intends to continue to prosecute its motion because, in

plaintiff's view, the issue of the costs of the motion to compel continues to be ripe for review.

However, in addition to the issues raised in plaintiff's pending motion to compel, plaintiff has made certain additional objections regarding our discovery responses, including certain objections concerning the contents our privilege log. We have provided a revised privilege log. Plaintiff's counsel has indicated that they will be reviewing this log over the next several days. In the event that the aforementioned discovery issues cannot be resolved by the parties, we anticipate that plaintiff will file another motion to compel. The parties, however, are still attempting to resolve the additional issues amicably.

To the extent that the issues cannot be resolved, and plaintiff files another motion to compel, the Government believes that it would be appropriate to respond to both the original motion and plaintiff's yet unfiled motion in one response. Doing so will curtail the number of filings that the parties will be required to submit and that the Court will be required to entertain.

For the above reasons, the Government respectfully requests that the Court grant an enlargement of time of seven days, through and including September 29, 2004, to respond to plaintiff's motion to compel.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Franklin E. White, Jr.

FRANKLIN E. WHITE, JR.
Assistant Director

s/Richard P. Schroeder

RICHARD P. SCHROEDER
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
Eighth Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562

Attorneys for Defendant

September 22, 2004

Certificate of Filing

I hereby certify that on September 22, 2004, a copy of foregoing DEFENDANT'S THIRD MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Richard P. Schroeder