# In the United States Court of Federal Claims

No. 03-2478C
Filed: September 23, 2004

*************************************
*
REMEDIATION CONSTRUCTORS, INC. *
*
Plaintiff, *
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
*************************************

**ORDER**

Defendant's third motion for an enlargement of time, from September 22, 2004, through September 29, 2004, within which to respond to plaintiff's motion to compel, is hereby **GRANTED**.

/s Susan G. Braden
SUSAN G. BRADEN
Judge