IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| REMEDIATION CONSTRUCTORS, INC.<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | DOCKET NO. 03-2478C<br>**DECLARATION OF D. MICHAEL SCHOENFELD IN SUPPORT OF REPLY TO USA'S RESPONSE TO MOTION TO COMPEL**<br>(Judge Susan G. Braden)<br>Hearing Date: TBD |

I, D. Michael Schoenfeld, declare as follows:

1. I am an attorney at law licensed to practice in the Court of Federal Claims, and am a partner with the law firm of Murphy Austin Adams Schoenfeld LLP, attorneys of record for plaintiff REMEDIATION CONSTRUCTORS, INC. ("Remcon"). I have personal knowledge of the following and if called to testify could and would competently testify thereto. I make this declaration in support of Remcon's Motion to Compel.

2. On August 10, 2004, Remcon received from the Defendant United States of America ("USA") a privilege log identifying the documents it withheld from production in response to Remcon's Request for Production of Documents. A true and correct copy of the USA's privilege log is attached as Exhibit A to this declaration.

3. On August 13, 2004, I sent the USA's counsel, Mr. Richard Schroeder, a letter contesting the validity of the legal bases asserted by the USA as grounds for withholding certain documents identified on the USA's privilege log. The letter also asserted that the USA had not described certain documents identified on the log in a manner that enabled Remcon to adequately assess the applicability of the privilege or protection asserted as required by the Rule 26(b)(5). I enclosed with the letter a document entitled "Attachment to Remcon's August 13, 2004 meet and confer letter" that identified each document that Remcon contended was improperly withheld or inadequately described. A true and correct copy of my August 13, 2004, letter and its attachment is attached as Exhibit B to this declaration.

4. On or about September 17, 2004, Remcon received from the USA an

augmented privilege log. A true and correct copy of the USA's augmented privilege log is attached as Exhibit C to this declaration.

5. On September 27, 2004, I sent Mr. Schroeder a letter stating that for 69 of the 134 documents withheld from production identified on the USA's privilege log, Remcon would not continue to seek their production. I also informed him that Remcon would continue to seek production of the 65 other documents and/or a privilege log that describes them in a manner that would enable Remcon to assess the validity of various privileges asserted. The September 27, 2004, letter enclosed an attachment entitled "Attachment to Remcon's September 27, 2004 meet and confer letter" that identified each document that Remcon still contends was improperly withheld or inadequately described. A true and correct copy of the my September 27, 2004 letter and its attachment is attached hereto as Exhibit D.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed at Sacramento, California on October 12, 2004.

/S/ D. Michael Schoenfeld

D. MICHAEL SCHOENFELD