EXHIBIT A
Pages 1-8

# LOG OF DOCUMENTS WITHHELD FROM PRODUCTION TO REMEDIATION CONSTRUCTION INC.

| | Date | Document type | # Pages | Description of document and reason document is withheld |
|---|---|---|---|---|
| 1 | March 29, 2001 | Unsuccessful proposals for the Sequoia and Kings Canyon National Park, Sherman Tree Parking Area. | Bates 018589- 018828 | Withheld as proprietary and protected source selection information. These documents are unsuccessful proposals and are protected from disclosure. |
| 2 | March 29, 2001 | Unsuccessful proposals for the Sequoia and Kings Canyon National Park, Sherman Tree Parking Area. | Bates 018829 - 019103 | Withheld as proprietary and protected source selection information. These documents are unsuccessful proposals and are protected from disclosure. |
| 3 | March 29, 2001 | Abstract of offers- 200Q | Bates 019786 - 019793 | Redact and Release. Redacted portion contains information withheld as proprietary and as protected source selection information. |
| 4 | March 31, 2001 | Proposal for Additional Services from Martin/Martin and Kleinfelder. | Bates 017751 - 017761 | Withheld as irrelevant and proprietary. |
| 5 | March 16, 2001 - April 23, 2001 | File containing source selection information, including appointment of selection team, letters to firms in competitive range, source selection decisions, etc. | Bates 019846 - 019920 | Withheld as proprietary and as protected source selection information. |
| 6 | September 19, 2002 | 200R Proposal from Barker Rinker Seacat Architecture. | Bates 020861 - 020880 | Withheld as irrelevant (involves another project) and proprietary. |
| 7 | September 3, 2002 | Abstract of offers- 200R | Bates 020881 | Withheld as irrelevant (involves another project) and proprietary. |
| 8 | April 12, 2000 | Abstract of offers- 200P | Bates 0200917 - 020921 | Withheld as irrelevant (involves another project) and proprietary. |
| 9 | July 13, 2000 | Abstract of offers- 200Q | Bates 020903 - 020908 | Redact and Release. Redacted portion contains information withheld as proprietary and as protected source selection information. |

**LOG OF DOCUMENTS WITHHELD FROM PRODUCTION TO REMEDIATION CONSTRUCTION INC.**

| | Date | Document type | # Pages | Description of document and reason document is withheld |
|---|---|---|---|---|
| 10 | March 29, 2001 | Abstract of offers- 200Q<br>Only 020965 - 020972 is being redacted and produced. The documents are the same. | Bates<br>020965 - 020972<br>021035 - 021042 | Redact and Release. Redacted portion contains information withheld as proprietary and as protected source selection information. |
| 11 | April 12, 2000 | Abstract of offers- 200P | Bates<br>020973 - 020985 | Withheld as irrelevant (involves another project) and proprietary. |
| 12 | Undated | Revised Contract Bid Schedule for SEKI 200 O. | Bates<br>020986 - 021001 | Withheld as irrelevant (involves another project) and proprietary. |
| 13 | March 29, 2001 | Abstract of offers- 200Q | Bates<br>021035 - 021042 | Duplicate of Item No. 10 above. |
| 14 | September 5, 2002 | Spending Plan for Construction Appropriation. | Bates<br>021044 - 021073 | Withheld as deliberative process and irrelevant. |
| 15 | March 29, 2001 | Abstract of offers- 200Q | Bates<br>021074 - 021081 | Duplicate of Item No. 10 above. |
| 16 | September 3, 2002 | Abstract of offers- 200R | Bates<br>021146 - 021149 | Withheld as irrelevant (involves another project) and proprietary. |
| 17 | September 3, 2002 | Abstract of offers- 200R | Bates<br>020858 - 020860 | Withheld as irrelevant (involves another project) and proprietary. |
| 18 | Undated | Memorandum: "Report from Technical Evaluation Panel." | Bates<br>021150 - 021152 | Withheld as irrelevant (involves another project (200R)) and as protected source selection information. |
| 19 | November 21, 2001 | Request for legal review with draft stipulation and settlement and backup documents. | Bates<br>0518510 - 0518523 | Withheld as attorney work-product and attorney-client privileged. Request from NPS for legal review of various documents and attorney's response. |

# LOG OF DOCUMENTS WITHHELD FROM PRODUCTION TO REMEDIATION CONSTRUCTION INC.

| | Date | Document type | # Pages | Description of document and reason document is withheld |
|---|---|---|---|---|
| 20 | February 11, 2003 | Request for legal review with draft of Modification No. 7. | Bates 0518510 - 0518523 | Withheld as attorney work product and attorney-client privileged. Request from NPS for legal review of draft language and attorney's response to request. |
| 21 | May 1, 2003 | Request for legal review and comment with attached letter from Remcon dated April 18, 2003. | Bates 0519067 - 0519073 | Withheld as attorney work-product and attorney-client privileged. Attachment is Remcon's letter to NPS and is in Remcon's possession. |
| 22 | April 9, 2003 | Request for legal review. Attachments include letter from Remcon dated April 2; letters from NPS dated February 24 and April 1, 2003. Letters given to attorney for response and comment. | Bates 0519074 - 0519080 | Withheld as attorney work-product and attorney-client privileged. Request from NPS for legal review of various documents and attorney's response. Attached letters have already been produced to plaintiff. |
| 23 | August 11, 2003 | Request for legal review. Attachment containing M. Giller's phone logs. | Bates 0519081 - 0519089 | Withheld as attorney work product and attorney-client privileged. Information transmitted in logs was specifically prepared for attorneys in anticipation of litigation. |
| 24 | August 19, 2003 | Request for legal review regarding pending FOIA and attorney's response. | Bates 0519108 - 0519113 | Withheld as attorney work product and attorney-client privileged. Underlying FOIA documents were produced pursuant to the FOIA. |
| 25 | September 10, 2003 | Request for legal review. No backup documentation attached to request. | Bates 0519114 | Withheld as attorney work product and attorney-client privileged. |
| 26 | February 11, 2003 | Request for legal review of modification No. 6. The attachments were not found with this document. | Bates 0519134 | Withheld as attorney work product and attorney-client privileged. |
| 27 | August 2, 2002 | Request for legal review. The attachments were not found with this document. | Bates 0519135 - 0519136 | Withheld as attorney work product and attorney-client privileged. |

**LOG OF DOCUMENTS WITHHELD FROM PRODUCTION TO REMEDIATION CONSTRUCTION INC.**

| | Date | Document type | # Pages | Description of document and reason document is withheld |
|---|---|---|---|---|
| 28 | December 14, 2003 | Request for legal review of response to claim and witness list. | Bates 0519137 - 0519155 | Withheld as attorney work product and attorney-client privileged. |
| 29 | February 11, 2003 | Request for legal review with a part of a draft letter regarding modification No. 7. | Bates 0519156 - 0519159 | Withheld as attorney work product and attorney-client privileged. |
| 30 | Undated | Draft of letter with attorney's comments. | Bates 0519160 - 0519161 | Withheld as attorney work product and attorney-client privileged. Final version of the letter was produced to Remcon. |
| 31 | April 2, 2002 | E-mail | Bates 0519186 | <u>Redact and release.</u> Redacted portion withheld as attorney client privileged because it discusses counsel's conversations with NPS. |
| 32 | June 14, 2002 | Facsimile with attached memo | Bates 0519194 - 0519197 | <u>Redact and release.</u> Redacted portion withheld for privacy (home phone number) and information that is attorney client privileged. |
| 33 | August 9, 2002 | E-mail | Bates 0519198 - 0519032 | Withheld as attorney work product and attorney-client privileged. E-mail reveals conversations between counsel and NPS. |
| 34 | July 8, 2002 | Cover sheet for facsimile | Bates 0519201 | <u>Redact and release.</u> Redacted portion withheld as attorney client privileged. |
| 35 | March 21, 2002 | Kleinfelder proposal | Bates 0519203 - 0519211 | Withheld as irrelevant (involves another contractor) and withheld as proprietary. |
| 36 | May 15, 2003 | E-mail with attached photographs taken specifically for attorneys. | Bates 0519125 - 0519132 | Withheld as attorney work product and attorney-client privileged. The E-mail is withheld as attorney work product because it discusses attachment. The attachment is withheld because it was specifically created for attorneys in anticipation of litigation. |

**LOG OF DOCUMENTS WITHHELD FROM PRODUCTION TO REMEDIATION CONSTRUCTION INC.**

| | Date | Document type | # Pages | Description of document and reason document is withheld |
|---|---|---|---|---|
| 37 | April 4, 2003 | Request for legal review. The attachments were not found with this document. | Bates 0519212 | Withheld as attorney work product and attorney-client privileged. Request from NPS for legal review of draft document. Final document was produced to Remcon. |
| 38 | April 21, 2003 | Request for legal review with attached e-mail. | Bates 0519213 - 0519215 | Withheld as attorney work product and attorney-client privileged. Request from NPS for legal review of draft document. E-mail discusses questions regarding claims issues and potential litigation. |
| 39 | April 23, 2003 | Memorandum | Bates 0519216 | Withheld as attorney work product and attorney-client privileged. Memorandum from Solicitor's office to NPS rendering advice to client. |
| 40 | April 25, 2003 | Request for legal review with attached e-mail from April 25, 2003. | Bates 0519217 - 0519219 | Withheld as attorney work product and attorney-client privileged. Request for review and e-mail regarding discussions with counsel. |
| 41 | April 25, 2003 | Request for legal review with attached draft memoranda | Bates 0519230 - 0519233 | Withheld as attorney work product and attorney-client privileged. Request for legal review. |
| 42 | April 30, 2003 | Request for legal review with attached attorney's response. | Bates 0519234 - 0519235 | Withheld as attorney work product and attorney-client privileged. Request for legal review and attorney's response. |
| 43 | May 23, 2003 | Request for legal review with attached record of telephone conversation. | Bates 0519236 - 0519238 | Withheld as attorney work product and attorney-client privileged. Document created for an attorney in anticipation of litigation. |
| 44 | May 29, 2003 | Viewgraphs | Bates 0519239 - 0519264 | Withheld as attorney work product. Viewgraphs prepared for attorneys in anticipation of litigation. Text on viewgraphs discusses meeting with attorneys. |
| 45 | October 8, 2002 | Price proposal on work order related to 200R. | Bates 0519358 - 0519371 | Withheld as irrelevant because it involves another project and another contractor. Also withheld as proprietary. |

# LOG OF DOCUMENTS WITHHELD FROM PRODUCTION TO REMEDIATION CONSTRUCTION INC.

| | Date | Document type | # Pages | Description of document and reason document is withheld |
|---|---|---|---|---|
| 46 | September 23, 1999 | Proposal for Development of Construction Documents related to 200R. | Bates 0519358 - 0519371 | Withheld as irrelevant because it involves another project and another contractor. Also withheld as proprietary. |
| 47 | June 20, 2003 | E-mail | Bates 0519265 | Withheld as attorney-client privileged. E–mail regards NPS' request for an attorney's advice and the attorney's response. |
| 48 | July 31, 2003 | Facsimile transmittal sheet | Bates 0519258 | Withheld as attorney-client privileged and attorney work product. Transmittal is from attorney to NPS client. |
| 49 | April 30, 2003 | Request for legal review with attached draft letter and Remcon's letter of April 9, 2003. | Bates 0519272 - 0519294 | Withheld as attorney work product and attorney-client privileged. Final version of letter was transmitted to Remcon in the course of business. Other letters were transmitted during the regular course of business. |
| 50 | May 7, 2003 | Request for legal review (response to Remcon's letter of March 10) with attached draft letter and transmittal of backup documentation, i.e. Remcon's letter of March 10 and December 3, 2002. | Bates 0519295 - 0519327 | Withheld as attorney work product and attorney-client privileged. Final version of letter was transmitted to Remcon in the course of business. Other letters were transmitted during the regular course of business. |
| 51 | May 20, 2003 | Request for legal review (response to Remcon's letter of March 4) with attached draft letter and transmittal of backup documentation, i.e. Remcon's letter of March 4 and NPS' letters of April 4 and April 7, 2003. | Bates 0519328 - 0519340 | Withheld as attorney work product and attorney-client privileged. Final version of letter was transmitted to Remcon in the course of business. Other letters were transmitted during the regular course of business. |
| 52 | July 7, 2003 | Request for legal review (response to Remcon's letter of June 28) with attached draft letter and transmittal of backup documentation, i.e. Remcon's letter of | Bates 0519341 - 0519350 | Withheld as attorney work product and attorney-client privileged. Final version of letter was transmitted to Remcon in the course of business. Other letters were transmitted during the regular course of business. |

**LOG OF DOCUMENTS WITHHELD FROM PRODUCTION TO REMEDIATION CONSTRUCTION INC.**

| | Date | Document type | # Pages | Description of document and reason document is withheld |
|---|---|---|---|---|
| | | June 28 and NPS' letters of June 18 and June 6, 2003. | | |
| 53 | July 7, 2003 | Request for legal review (response to Remcon's letter of June 28) with attached draft letter and transmittal of backup documentation, i.e. Remcon's letter of June 28 and NPS' letters of June 18 and June 6, 2003. | Bates 0519351 - 0519357 | Withheld as attorney work product and attorney-client privileged. Final version of letter was transmitted to Remcon in the course of business. Other letters were transmitted during the regular course of business. |
| 54 | February 10, 2003 | E-mail with attachments | Bates 0518524 - 0518552 | Withheld as attorney work product and attorney-client privileged. Draft letters regarding claims, which were given to the solicitor's office for review and comment. Final versions were produced to Plaintiff. |
| 55 | Undated | Chart | Bates 0518553 - 0518576 | Withheld as attorney work product and attorney-client privileged. Chart created for an attorney in anticipation of litigation as an overview of the project. |
| 56 | February 10, 2003 | E-mail with attached draft of modification No. 7 | Bates 0518580 - 0518584 | Withheld as attorney work product and attorney-client privileged. Draft was sent to attorney for review. Final version was transmitted to Remcon during the normal course of business. |
| 57 | February 10, 2003 | E-mail with attached draft of modification No. 7 | Bates 0518580 - 0518584 | Withheld as attorney work product and attorney-client privileged. Draft was sent to attorney for review. Final version was transmitted to Remcon during the normal course of business. |
| 58 | May 1, 2003 | E-mail with attached draft response to Chairman Radonovich. | Bates 0518593 - 0518594 | Withheld as attorney-client privileged and attorney work product . Draft letter sent to attorney for review. Final version of letter was produced to plaintiff. |

# LOG OF DOCUMENTS WITHHELD FROM PRODUCTION TO REMEDIATION CONSTRUCTION INC.

| | Date | Document type | # Pages | Description of document and reason document is withheld |
|---|---|---|---|---|
| 59 | November 11, 2002 | E-mail with attached letter from Remcon dated April 2, 2004. | Bates 0518595 - 0518597 | Withheld as attorney-client privileged. E-mail discusses request for advice and counsel's response. The letter was transmitted from Remcon to the NPS during the regular course of business. |
| 60 | August 30, 2002 | E-mail with attached draft regarding summary of negotiations. | Bates 0518693 - 0518700 | Withheld as attorney-client privileged and attorney work product. Draft given to solicitor's for review. Final version of document has been produced to plaintiff. |
| 61 | August 8 and August 9, 2002 | E-mail | Bates 0518701 | Withheld as attorney-client privileged and attorney work product. E-mail discusses conversations with solicitor's office attorney. |
| 62 | August 8, 2002 | E-mail | Bates 0518702 | Withheld as attorney-client privileged. E-mail discusses conversations with solicitor's office attorney. E-mail above includes this e-mail. |
| 63 | January 2, 2003 | E-mail | Bates 0518590 | Withheld as attorney-client privileged. E-mail discusses conversations with solicitor's office attorney. |
| 64 | May 1, 2003 | E-mail and request for review of draft letter to Radanovich. | Bates 0518591 - 0518592 | Withheld as attorney-client privileged. E-mail discusses conversations with solicitor's office attorney. Final version of letter was produced to plaintiff. |
| 65 | July 16, 2002 | E-mail | Bates 0518703 | Redact and release. Redacted portion withheld as attorney client privileged. |
| 66 | May 14, 2002 | E-mail | Bates 0518712 | Redact and release. Redacted portion withheld as attorney client privileged. |