# LOG OF DOCUMENTS WITHHELD FROM PRODUCTION TO REMEDIATION CONSTRUCTION INC.

| | Date | Document type | # Pages | Description of document and reason document is withheld |
|---|---|---|---|---|
| 67 | May 1, 2003 | E-mail | Bates 0518719 | Withheld as attorney-client privileged. Draft language in e-mail was for attorney review and response. |
| 68 | April 4, 2003 | E-mail | Bates 0518725 | Withheld as attorney-client privileged. Draft language in e-mail was for solicitor's review and comment. |
| 69 | March 25, 2003 | E-mail | Bates 0518727 - 0518729 | Redact and Release. Redacted portion withheld as attorney-client privileged. |
| 70 | February 28, 2003 | E-mail | Bates 0518731 - 0518733 also 0519001 - 0518004 | Withheld as attorney-client privileged. |
| 71 | February 28, 2003 | E-mail | Bates 0518734 - 0518736 | Same document as 70, above. |
| 72 | February 11 and 12, 2003 | E-mail | Bates 0518740 - 0518740 | Withheld as attorney-client privileged. Discusses meeting with solicitors. |
| 73 | May 1, 2003 | E-mail and request for review of draft letter to Radanovich. | Bates 0518742 - 0518743 | Withheld as attorney-client privileged. Draft language for solicitor's review and comment. Final version was produced to plaintiff. |
| 74 | May 1, 2003 | E-mails and request for review of draft letter to Radanovich. | Bates 0518744 - 0518746 | Withheld as attorney-client privileged. Contains e-mail and draft from above and additional e-mail of fax to solicitors regarding availability for meetings. |



EXHIBIT A
Pages 9-17

# LOG OF DOCUMENTS WITHHELD FROM PRODUCTION TO REMEDIATION CONSTRUCTION INC.

| | Date | Document type | # Pages | Description of document and reason document is withheld |
|---|---|---|---|---|
| 75 | August 11, 2003 | E-mail | Bates 0518750 | Withheld as attorney work product. Regards collection of documents in anticipation of litigation. |
| 76 | August 12, 2003 | E-mail | Bates 0518758 - 051860 0519105 - 0519107 | Withheld as attorney work product. Regards collection of documents in anticipation of litigation. |
| 77 | July 24, 2003 | E-mail and draft letter to OIG requesting audit. | Bates 0518778 - 0518781 | Withheld as attorney-client privileged. Draft letter for solicitor's review. Final version of letter produced to plaintiff. |
| 78 | July 24, 2003 | E-mail and draft letter regarding claims acknowledgment. | Bates 0518775 - 051877 | Withheld as attorney-client privileged. Draft letter for solicitor's review. Final version of letter produced to plaintiff. |
| 79 | July 23, 2003 | E-mail and draft letter regarding claims acknowledgment. | Bates 0518773 - 0518774 | Withheld as attorney-client privileged. Draft language for solicitor's review. Final version of letter produced to plaintiff. |
| 80 | July 24, 2003 | E-mail and draft letter regarding mobilization and schedule review. | Bates 0518782 - 0518785 | Withheld as attorney-client privileged. Draft language for solicitor's review. Final version of letter produced to plaintiff. |
| 81 | July 23, 2003 | E-mail with draft cure notice. | Bates 0518790 - 0518795 | Withheld as attorney-client privileged. Draft language for solicitor's review. Final version of letter produced to plaintiff. |
| 82 | July 23, 2003 | E-mail with draft language for cure notice. | Bates 0518796 - 051880 | Withheld as attorney-client privileged. Draft language for solicitor's review. Final version of letter produced to plaintiff. |
| 83 | July 16, 2003 | E-mails with sample drafts. | Bates 0518825 - 0518854 | Withheld as attorney-client privileged and irrelevant. E-mail discusses meeting with counsel and drafting a cure |

# LOG OF DOCUMENTS WITHHELD FROM PRODUCTION TO REMEDIATION CONSTRUCTION INC.

| | Date | Document type | # Pages | Description of document and reason document is withheld |
|---|---|---|---|---|
| | | | | notice. The attachment contains several sample cure letters related to other projects. |
| 84 | June 20, 2003 | E-mail | Bates 0518855 | Withheld as attorney-client privileged. E-mail discusses meetings with counsel and conversations with counsel. |
| 85 | June 13, 2003 | E-mail | Bates 0518856 | Withheld as attorney-client privileged. Discusses meeting with counsel. |
| 86 | June 20, 2003 | E-mail | Bates 0518855 | Withheld as attorney-client privileged. Requests review of draft letter. Letter was not attached to the e-mail. |
| 87 | June 20, 2003 | E-mail with attached draft memoranda. | Bates 0518858 - 0518862 | Withheld as attorney-client privileged. Drafts for solicitor's review regarding contractual issues. |
| 88 | May 15, 2003 | E-mail with attached photographs. | Bates 0518863 - 0518870 | Withheld as attorney work product. Photos created for attorneys in anticipation of litigation. |
| 89 | May 13, 2003 | E-mails | Bates 0518871 - 0518875 | Withheld as attorney work product and attorney-client privileged. E-mails regarding trip plans for meetings with solicitors. |
| 90 | May 7, 2003 | E-mail with attached draft. | Bates 0518876 - 0518883 | Withheld as attorney work product and attorney-client privileged. E-mail requesting solicitor's review of draft language and draft letter. Final letter produced to Remcon. |
| 91 | February 3, 2003 | E-mails with sample letters. | Bates 0518894 - 0518904 | Withheld as attorney-client privileged, attorney work product and irrelevant. The attachment was put together for attorney reference in anticipation of litigation. The |

# LOG OF DOCUMENTS WITHHELD FROM PRODUCTION TO REMEDIATION CONSTRUCTION INC.

| | Date | Document type | # Pages | Description of document and reason document is withheld |
|---|---|---|---|---|
| | | | | attachment contains several sample cure notices related to other projects. |
| 92 | March 25, 2003 | E-mail with draft letter. | Bates 0518905 - 051907 | Withheld as attorney-client privileged. Draft document was forwarded to attorney for review. Final version of document was produced to Remcon. |
| 93 | April 28, 2003 | E-mail with attached Sapient technology invoice. | Bates 0518908 - 0518911 | Irrelevant and proprietary. Document is from Sapient Technology, a government contractor, to the Agency related to payment. |
| 94 | June 24, 2003 | E-mail with attached Sapient technology invoice. | Bates 0518912 - 0518918 | Irrelevant and proprietary. Document is from Sapient Technology, a government contractor, to the Agency related to payment. |
| 95 | June 26, 2003 | E-mail with attached memorandum. | Bates 0518992 - 0518994 | Redact and Release. Redacted portion withheld as irrelevant because it is related to work on other projects. |
| 96 | May 23, 2003 | E-mail | Bates 0518997 | Withheld as attorney-client privileged. Document discusses meetings with attorneys and conversations with attorneys. |
| 97 | December 30, 2002 | E-mail | Bates 0519005 | Withheld as attorney-client privileged. Document discusses discussion with attorneys and negotiation position. |
| 98 | November 27, 2002 | E-mail and attached letter from Remcon dated April 5, 2004. | Bates 0519006 - 0519008 | Withheld as attorney-client privileged. Document discusses discussion with attorneys. Attached letter was from Remcon and was attached to the e-mail for informational purposes. |
| 99 | September 19, 2003 | E-mails with attached draft letter dated September 18. | Bates 0519025 - 0519030 0519031 | Withheld as attorney-client privileged. E-mail requested attorney's review of attached document. Attached draft was forwarded to attorney for review. A final version of |

# LOG OF DOCUMENTS WITHHELD FROM PRODUCTION TO REMEDIATION CONSTRUCTION INC.

| | Date | Document type | # Pages | Description of document and reason document is withheld |
|---|---|---|---|---|
| | | | | the letter was sent to Remcon during the normal course of business. |
| 100 | June 24, 2002 | E-mail | Bates 0519033 | Withheld as attorney-client privileged. E-mail discusses questions (requests for advice) that NPS intended to raise with the solicitor's office. |
| 101 | January 28, 2002 | E-mail with attached draft document regarding the February 2002 meeting (multiple copies). | Bates 0519038 - 0519040 0519041 - 0519044 0519047 0519049 | Withheld as attorney-client privileged. Draft for attorney review. Final version of the letter was sent to Remcon during the regular course of business. |
| 102 | March 27, 2002 | E-mail | Bates 0519045 | Irrelevant. E-mail completely unrelated to the project that is the subject of this litigation. |
| 103 | April 4, 2002 | E-mail | Bates 0519048 | Withheld for attorney-client privileged. Discussions in e-mail regarding request to solicitor for legal review. |
| 104 | December 7, 2001 | Charts entitled bid totals. | Bates 518390 - 518448 | Withheld as proprietary and source selection information. Charts with bid totals and bid totals per item. |
| 10[illegible] | May 9, 2001 | Memorandum regarding the subject, "Source Selection Decision." | Bates 518469 - 518470 | Withheld as protected source selection information. |
| 106 | August 30, 2002 | Response to request for legal review with attached draft of stipulation of agreement with attorney's handwritten comments. | No Bates: 7 Pages | Withheld as attorney-client privileged and attorney work product. Attorney's comments on draft document made pursuant to request from NPS. |

# LOG OF DOCUMENTS WITHHELD FROM PRODUCTION TO REMEDIATION CONSTRUCTION INC.

| | Date | Document type | # Pages | Description of document and reason document is withheld |
|---|---|---|---|---|
| 107 | August 22, 2002 | Request for legal review with attached draft of stipulation and agreement. | No Bates: 5 Pages | Withheld as attorney-client privileged. Draft document with comments for attorney's review. |
| 108 | August 30, 2002 | Request for legal review with attached draft of stipulation and settlement. | No Bates: 9 Pages | Withheld as attorney-client privileged. Draft document for attorney's review. |
| 109 | September 10, 2002 | Response to request for legal review with attached draft of Stipulation of Agreement. | No Bates: 8 Pages | Withheld as attorney-client privileged and attorney work product. Draft document with attorney's handwritten comments. |
| 110 | September 10, 2002 | Response to request for legal review with attached draft of Stipulation of Agreement. | No Bates: 4 Pages | Withheld as attorney-client privileged and attorney work product. Draft document with attorney's handwritten comments. |
| 111 | November 21, 2002 | Request for legal review | No Bates: 18 pages | Withheld as attorney-client privileged. Request for attorney to review settlement agreements along with supporting information. |
| 112 | April 20, 2001 | E-mail entitled "source selection materials." | Bates 0519133 | Withheld as protected source selection information. |
| 113 | March 21, 2001 | Proposal for Additional Services from Kleinfelder. | Bates 0519100 - 0519104 | Withheld as irrelevant, and also withheld as proprietary. |
| 114 | Undated | Handwritten note and typed note entitled, "process for cataloging federal highway drawings." | Bates 0519383 | Withheld as irrelevant. This document is not related to this project. |
| 115 | July 24, 2000 | Letters related to other projects. | Bates 0518577 - 0518579 | Withheld as irrelevant. Letters are related to other contracts. One letter regards the Speegle Constr. Corp., and the other is M.R. Tafoya Constr. Company. |

**LOG OF DOCUMENTS WITHHELD FROM PRODUCTION TO REMEDIATION CONSTRUCTION INC.**

| | Date | Document type | # Pages | Description of document and reason document is withheld |
|---|---|---|---|---|
| 116 | March 24, 2003 | E-mail | Bates 0518730 | Withheld as attorney work product. E-mail discusses work done in anticipation of litigation. |
| 117 | June 3, 2003; May 22, 2003 | E-mails (multiple copies) | Bates 0518996; 0518857 | Withheld as attorney-client privileged. E-mails discusses briefings where attorneys were present. Briefings were conducted in anticipation of litigation |
| 118 | March 25, 2002 | E-mails | Bates 0519037 | Withheld as attorney-client privileged. Discusses questions for the solicitor's review and advice related to contract interpretation. |
| 119 | November 21, 2002 | Request for legal review with attached draft, including stipulation and settlement agreement draft and cover letter. | No Bates: 18 pages. | Withheld as attorney-client privileged. Request for attorney to review draft agreements along with supporting information. Final versions were given to Remcon during the regular course of business. |
| 120 | April 15, 2003 | Handwritten notes. | No Bates: 5 pages. | Withheld as attorney work product and attorney-client privileged. Notes relate to a meeting with attorneys where negotiation positions were discussed and advice was rendered by the attorneys. |
| 121 | August 13, 2003 | E-mail with attached documents. | Bates 0518942 - 0518991 | Withheld because the document was created after termination and was created in anticipation of litigation. Underlying documents are letters that have been produced to Remcon. |
| 12. | May 6, 2003 | E-mail with draft documents. | Bates 0518884 - 0518891 | Withheld as attorney-client privileged and attorney work product. Drafts were presented to attorney for review. Final document has been produced to Remcon. |
| 123 | July 24, 2003 | E-mail with draft documents. | Bates 0518786 - 0518789 | Withheld as attorney-client privileged. Draft document with attorney's comments incorporated. Final version produced to Remcon. |

# LOG OF DOCUMENTS WITHHELD FROM PRODUCTION TO REMEDIATION CONSTRUCTION INC.

| | Date | Document type | # Pages | Description of document and reason document is withheld |
|---|---|---|---|---|
| 124 | August 8, 2003 | E-mails | Bates 0518747 - 0518749 | Withheld because the document was created after termination. Also withheld as irrelevant because the document discusses training and is not related to the project at issue in this litigation. |
| 125 | June 26, 2003 | E-mail with attached memorandum. | Bates 0518992 - 0518994 | Redact and Release. Redacted portion withheld as irrelevant because it is related to work on other projects. |
| 126 | September 5, 2003 | E-mail with meeting notes. | Bates 0519115 - 0519124 | Withheld as attorney work product, attorney-client privileged and post termination. Meeting notes were taken and given to solicitors in anticipation of litigation. |
| 127 | Undated | Chart with numbers for SEKI-200O | Bates 020897 - 020902 | Withheld as irrelevant and proprietary. Involves another project. |
| 128 | January 21, 2004 | Letter to GAIG related to project schedule. | Bates 020848 | Withheld as irrelevant. This document is post termination. |
| 129 | December 2, 2003 | Letter to GAIG related to conduct of operations. | Bates 020850 | Withheld as irrelevant. This document is post termination. |
| 30 | December 2, 2003 | Letter to GAIG related to superintendence by the contractor. | Bates 020850 | Withheld as irrelevant. This document is post termination. |
| 31 | December 5, 2003 | Letter to GAIG related to superintendence by the contractor. | Bates 020853 - 020852 | Withheld as irrelevant. This document is post termination. |
| 32 | October 6, 2003 | Summary of project costs. Includes other projects. | Bates 020854 - 020857 | Withheld as irrelevant because it involves another project. Further, this document is post termination. |

**LOG OF DOCUMENTS WITHHELD FROM PRODUCTION TO REMEDIATION CONSTRUCTION INC.**

| | Date | Document type | # Pages | Description of document and reason document is withheld |
|---|---|---|---|---|
| 133 | April 25, 2003 | E-mail to T. Lang from R. Keiscome re Sequoia Remcon Situation. | Bates 05129220 -0519222 | Redact and Release. Redacted portion withheld as attorney-client privileged because it involves discussions between the solicitor's office and NPS. |
| 134 | April 25, 2003 | Cover sheet to attorneys with message transmitting e-mail in 133 above. | Bates 05129225 -0519229 | First page withheld as attorney-client privileged. Remaining document was redacted and released (No. 133 above). |