**LOG OF DOCUMENTS WITHHELD FROM PRODUCTION TO REMEDIATION CONSTRUCTION INC.** (9/16/04)

| | changed | Date | Document type | # Pages | Description of document and reason document is withheld |
|---|---|---|---|---|---|
| 1 | No | March 29, 2001 | Unsuccessful proposals for the Sequoia and Kings Canyon National Park, Sherman Tree Parking Area. | Bates 018589- 018828 | Withheld as proprietary and protected source selection information. These documents are unsuccessful proposals and are protected from disclosure. |
| 2 | No | March 29, 2001 | Unsuccessful proposals for the Sequoia and Kings Canyon National Park, Sherman Tree Parking Area. | Bates 018829 - 019103 | Withheld as proprietary and protected source selection information. These documents are unsuccessful proposals and are protected from disclosure. |
| 3 | No | March 29, 2001 | Abstract of offers- 200Q | Bates 019786 - 019793 | <u>Redact and Release</u>. Redacted portion contains information withheld as proprietary and as protected source selection information. |
| 4 | No | March 31, 2001 | Proposal for Additional Services from Martin/Martin and Kleinfelder. | Bates 017751 - 017761 | Withheld as irrelevant and proprietary. |
| 5 | No | March 16, 2001 - April 23, 2001 | File containing source selection information, including appointment of selection team, letters to firms in competitive range, source selection decisions, etc. | Bates 019846 - 019920 | Withheld as proprietary and as protected source selection information. |
| 6 | No | September 19, 2002 | 200R Proposal from Barker Rinker Seacat Architecture. | Bates 020861 - 020880 | Withheld as irrelevant (involves another project) and proprietary. |
| 7 | No | September 3, 2002 | Abstract of offers- 200R | Bates 020881 | Withheld as irrelevant (involves another project) and proprietary. |
| 8 | No | April 12, 2000 | Abstract of offers- 200P | Bates 0200917 - 020921 | Withheld as irrelevant (involves another project) and proprietary. |
| 9 | No | July 13, 2000 | Abstract of offers- 200Q | Bates 020903 - 020908 | <u>Redact and Release</u>. Redacted portion contains information withheld as proprietary and as protected source selection information. |
| 10 | No | March 29, 2001 | Abstract of offers- 200Q | Bates | <u>Redact and Release</u>. Redacted portion contains |

EXHIBIT C
Pages 1-7

**LOG OF DOCUMENTS WITHHELD FROM PRODUCTION TO REMEDIATION CONSTRUCTION INC.**

| | changed | Date | Document type | # Pages | Description of document and reason document is withheld |
|---|---|---|---|---|---|
| | | | Only 020965 - 020972 is being redacted and produced. The documents are the same. | 020965 - 020972<br>021035 - 021042 | information withheld as proprietary and as protected source selection information. |
| 11 | No | April 12, 2000 | Abstract of offers- 200P | Bates 020973 - 020985 | Withheld as irrelevant (involves another project) and proprietary. |
| 12 | No | Undated | Revised Contract Bid Schedule for SEKI 200 O. | Bates 020986 - 021001 | Withheld as irrelevant (involves another project) and proprietary. |
| 13 | No | March 29, 2001 | Abstract of offers- 200Q | Bates 021035 - 021042 | Duplicate of Item No. 10 above. |
| 14 | Yes partial release | September 5, 2002 | Spending Plan for Construction Appropriation. | Bates 021044 - 021073 | Withheld as deliberative process and irrelevant. **<u>RELEASE</u> INFORMATION RELATED TO 200Q** |
| 15 | No | March 29, 2001 | Abstract of offers- 200Q | Bates 021074 - 021081 | Duplicate of Item No. 10 above. |
| 16 | No | September 3, 2002 | Abstract of offers- 200R | Bates 021146 - 021149 | Withheld as irrelevant (involves another project) and proprietary. |
| 17 | No | September 3, 2002 | Abstract of offers- 200R | Bates 020858 - 020860 | Withheld as irrelevant (involves another project) and proprietary. |
| 18 | No | Undated | Memorandum: "Report from Technical Evaluation Panel." | Bates 021150 - 021152 | Withheld as irrelevant (involves another project (200R)) and as protected source selection information. |
| 19 | Yes | November 21, 2001 | Request for legal review with draft stipulation and settlement and backup documents. | Bates 0518510 - 0518523 | Withheld as attorney work-product and attorney-client privileged. Request from NPS for legal review of various documents and attorney's response. **Request for legal review of referenced draft from Rod Keiscome, NPS Contracting Officer (CO), to Sharon Brenna, Solicitor's Office, DOI, regarding referenced** |

LOG OF DOCUMENTS WITHHELD FROM PRODUCTION TO REMEDIATION CONSTRUCTION INC.

| | changed | Date | Document type | # Pages | Description of document and reason document is withheld |
|---|---|---|---|---|---|
| | | | | | **documents.** |
| 20 | Yes | February 11, 2003 | Request for legal review with draft of Modification No. 7. | Bates 0518510 - 0518523 | Withheld as attorney work product and attorney-client privileged. Request from NPS for legal review of draft language and attorney's response to request. **Request for legal review of referenced draft from Terry Lang, NPS, to Sharon Brenna, Solicitor's Office, DOI, regarding FOIA request. Ms. Brenna's response is included.** |
| 21 | Yes | May 1, 2003 | Request for legal review and comment with attached letter from Remcon dated April 18, 2003. | Bates 0519067 - 0519073 | Withheld as attorney work-product and attorney-client privileged. Attachment is Remcon's letter to NPS and is in Remcon's possession. **Request from Rod Keiscome, NPS CO, to Jerry O'Nan, Solicitor's Office, DOI, to review referenced document and attend meeting.** |
| 22 | Yes | April 9, 2003 | Request for legal review. Attachments include letter from Remcon dated April 2; letters from NPS dated February 24 and April 1, 2003. Letters given to attorney for response and comment. | Bates 0519074 - 0519080 | Withheld as attorney work-product and attorney-client privileged. Request from NPS for legal review of various documents and attorney's response. Attached letters have already been produced to plaintiff. **Request for legal review from Terry Lang, NPS, to Sharon Brenna, Solicitor's Office, DOI, regarding referenced letters. Ms. Brenna's response is included.** |
| 23 | Yes partial release | August 11, 2003 | Request for legal review. Attachment containing M. Giller's phone logs. | Bates 0519081 - 0519089 | Withheld as attorney work product and attorney-client privileged. Information transmitted in logs was specifically prepared for attorneys in anticipation of litigation. **Request for legal review from Terry Lang, NPS, to Sharon Brenna, Solicitor's Office, DOI. The request for review will be withheld but the remainder of the document will be <u>RELEASED</u> because it would not have otherwise been produced.** |
| 24 | Yes | August 19, 2003 | Request for legal review regarding | Bates | Withheld as attorney work product and attorney-client |

**LOG OF DOCUMENTS WITHHELD FROM PRODUCTION TO REMEDIATION CONSTRUCTION INC.**

| | changed | Date | Document type | # Pages | Description of document and reason document is withheld |
|---|---|---|---|---|---|
| | | | pending FOIA and attorney's response. | 0519108 - 0519113 | privileged. Underlying FOIA documents were produced pursuant to the FOIA. **Request for legal review from Terry Lang, NPS, to Sharon Brenna, Solicitor's Office, DOI, regarding FOIA request. Legal review done by Jerry O'Nan, Solicitor's Office, DOI.** |
| 25 | Yes | September 10, 2003 | Request for legal review. No backup documentation attached to request. | Bates 0519114 | Withheld as attorney work product and attorney-client privileged. **Request for legal review from Terry Lang, NPS, to Sharon Brenna, Solicitor's Office, DOI, regarding FOIA request. Legal review done by Jerry O'Nan, Solicitor's Office, DOI.** |
| 26 | Yes | February 11, 2003 | Request for legal review of modification No. 6. The attachments were not found with this document. | Bates 0519134 | Withheld as attorney work product and attorney-client privileged. **Request for legal review from Terry Lang, NPS, to Sharon Brenna, Solicitor's Office, DOI, regarding Modification No. 6.** |
| 27 | Yes | August 2, 2002 | Request for legal review. The attachments were not found with this document. | Bates 0519135 - 0519136 | Withheld as attorney work product and attorney-client privileged. **Request for legal review from Rod Keiscome, NPS CO, to Jerry O'Nan, Solicitor's Office, DOI, regarding Modification No. 3. Request was reviewed and signed by Colleen Dulin, Solicitor's Office, DOI.** |
| 28 | Yes | December 14, 2003 | Request for legal review of response to claim and witness list. | Bates 0519137 - 0519155 | Withheld as attorney work product and attorney-client privileged. **E-mail from Mike Giller, NPS, to Terry Lang, NPS, with cc: Rod Keiscome, NPS CO, with request to provide referenced draft to Sharon Brenna, Solicitor's Office, DOI, for her review and comment.** |

**LOG OF DOCUMENTS WITHHELD FROM PRODUCTION TO REMEDIATION CONSTRUCTION INC.**

| | changed | Date | Document type | # Pages | Description of document and reason document is withheld |
|---|---|---|---|---|---|
| 29 | Yes | February 11, 2003 | Request for legal review with a part of a draft letter regarding modification No. 7. | Bates 0519156 - 0519159 | Withheld as attorney work product and attorney-client privileged. **Request for legal review from Terry Lang, NPS, to Sharon Brenna, Solicitor's Office, DOI, with Ms. Brenna's response.** |
| 30 | Yes | Undated | Draft of letter with attorney's comments. | Bates 0519160 - 0519161 | Withheld as attorney work product and attorney-client privileged. Final version of the letter was produced to Remcon. **Draft letter contains handwritten comments by Jerry O'Nan, Solicitor's Office, DOI.** |
| 31 | No | April 2, 2002 | E-mail | Bates 0519186 | Redact and release. Redacted portion withheld as attorney client privileged because it discusses counsel's conversations with NPS. |
| 32 | No | June 14, 2002 | Facsimile with attached memo | Bates 0519194 - 0519197 | Redact and release. Redacted portion withheld for privacy (home phone number) and information that is attorney client privileged. |
| 33 | Yes | August 9, 2002 | E-mail | Bates 0519198 - 0519032 | Withheld as attorney work product and attorney-client privileged. E-mail reveals conversations between counsel and NPS. **E-mail from Rod Keiscome, NPS CO, to Mike Giller, NPS, with cc: Jack Vance, Terry Lang, Scott Ruesch, and Willie DeOcampo, all NPS employees, regarding request for legal advice from Sharon Brenna, Solicitor's Office, DOI.** |
| 34 | Yes | July 8, 2002 | Cover sheet for facsimile | Bates 0519201 | Redact and release. Redacted portion withheld as attorney client privileged. **Redacted portion contained request for Sharon Brenna, Solicitor's Office, DOI, to review referenced document.** |
| 35 | No | March 21, 2002 | Kleinfelder proposal | Bates 0519203 - 0519211 | Withheld as irrelevant (involves another contractor) and withheld as proprietary. |

**LOG OF DOCUMENTS WITHHELD FROM PRODUCTION TO REMEDIATION CONSTRUCTION INC.**

| | changed | Date | Document type | # Pages | Description of document and reason document is withheld |
|---|---|---|---|---|---|
| 36 | Yes | May 15, 2003 | E-mail with attached photographs taken specifically for attorneys. | Bates 0519125 - 0519132 | Withheld as attorney work product and attorney-client privileged. The E-mail is withheld as attorney work product because it discusses attachment. The attachment is withheld because it was specifically created for attorneys in anticipation of litigation. **E-mails between Rod Keiscome, NPS CO, and Jack Vance, NPS, with cc: Terry Lang and Mike Giller, NPS employees, regarding the subject, "200Q site photos." Photos were taken and printed for Jerry O'Nan and Sharon Brenna, Solicitor's Office, DOI, in anticipation of litigation.** |
| 37 | Yes | April 4, 2003 | Request for legal review. The attachments were not found with this document. | Bates 0519212 | Withheld as attorney work product and attorney-client privileged. Request from NPS for legal review of draft document. Final document was produced to Remcon. **Request for legal advice from Rod Keiscome, NPS CO, to Sharon Brenna, Solicitor's Office, DOI, regarding the subject, "Letter of March 12, 2003."** |
| 38 | Yes | April 21, 2003 | Request for legal review with attached e-mail. | Bates 0519213 - 0519215 | Withheld as attorney work product and attorney-client privileged. Request from NPS for legal review of draft document. E-mail discusses questions regarding claims issues and potential litigation. **Request for legal advice from Rod Keiscome, NPS CO, to Jerry O'Nan and Sharon Brenna, Solicitor's Office, DOI, regarding the subject, "Ongoing dialogue between Remcon and their attorney with high level management personnel within the DOI and NPS."** |
| 39 | Yes | April 23, 2003 | Memorandum | Bates 0519216 | Withheld as attorney work product and attorney-client privileged. Memorandum from Solicitor's office to NPS rendering advice to client. **Memorandum from** |

# LOG OF DOCUMENTS WITHHELD FROM PRODUCTION TO REMEDIATION CONSTRUCTION INC.

| | changed | Date | Document type | # Pages | Description of document and reason document is withheld |
|---|---|---|---|---|---|
| | | | | | **Assistant Regional Solicitor (Jerry O'Nan) to Director, Denver Service Center, regarding the subject, "Communications with Contractor's Attorney."** |
| 40 | Yes | April 25, 2003 | Request for legal review with attached e-mail from April 25, 2003. | Bates 0519217 - 0519219 | Withheld as attorney work product and attorney-client privileged. Request for review and e-mail regarding discussions with counsel. **Request for legal advice from Rod Keiscome, NPS CO, to Jerry O'Nan and Sharon Brenna, Solicitor's Office, DOI, regarding the subject, "More pertinent information related to Jerry O'Nan's memo to Dan Wenk . . ."** |
| 41 | Yes | April 25, 2003 | Request for legal review with attached draft memoranda | Bates 0519230 - 0519233 | Withheld as attorney work product and attorney-client privileged. Request for legal review. **Request for legal advice from Rod Keiscome, NPS CO, to Jerry O'Nan and Sharon Brenna, regarding the subject, "Talking points with Supt. Dick Martin."** |
| 42 | Yes | April 30, 2003 | Request for legal review with attached attorney's response. | Bates 0519234 - 0519235 | Withheld as attorney work product and attorney-client privileged. Request for legal review and attorney's response. **Request for legal review from Terry Lang, NPS, to Sharon Brenna, Solicitor's Office, DOI, with Sharon Brenna's attached response.** |
| 43 | Yes | May 23, 2003 | Request for legal review with attached record of telephone conversation. | Bates 0519236 - 0519238 | Withheld as attorney work product and attorney-client privileged. Document created for an attorney in anticipation of litigation. **Request for advice from Rod Keiscome, NPS CO, to Jerry O'Nan and Sharon Brenna, Solicitor's Office, DOI. Conversation was recorded by Mike Giller regarding a conversation with Mike Rowe (Fresno County Atty.) and was recorded for the attorneys in anticipation of** |