**LOG OF DOCUMENTS WITHHELD FROM PRODUCTION TO REMEDIATION CONSTRUCTION INC.**

| | changed | Date | Document type | # Pages | Description of document and reason document is withheld |
|---|---|---|---|---|---|
| | | | | | **litigation. The purpose was to determine whether to interview Mr. Rowe regarding his dealings with Remcon.** |
| 44 | Yes | May 29, 2003 | Viewgraphs | Bates 0519239 - 0519264 | Withheld as attorney work product. Viewgraphs prepared for attorneys in anticipation of litigation. Text on viewgraphs discusses meeting with attorneys. **Viewgraphs created for Jerry O'Nan and Sharon Brenna, Solicitor's Office, DOI, in anticipation of litigation. Text of viewgraphs discusses meeting/site visit with Solicitor's Office attorneys.** |
| 45 | No | October 8, 2002 | Price proposal on work order related to 200R. | Bates 0519358 - 0519371 | Withheld as irrelevant because it involves another project and another contractor. Also withheld as proprietary. |
| 46 | No | September 23, 1999 | Proposal for Development of Construction Documents related to 200R. | Bates 0519358 - 0519371 | Withheld as irrelevant because it involves another project and another contractor. Also withheld as proprietary. |
| 47 | yes | June 20, 2003 | E-mail | Bates 0519265 | Withheld as attorney-client privileged. E–mail regards NPS' request for an attorney's advice and the attorney's response. **E-mail from Dan Wenk to Don Murphy and Sue Masica, all NPS employees. With cc: to Jon Jarvis, Dick Martin, Rod Keiscome and Mike Giller, all NPS employees. E-mail regards conversations with Jerry O'Nan, Hugo Tuefel and Alton Woods, all attorneys at Solicitor's Office, DOI.** |
| 48 | yes | July 31, 2003 | Facsimile transmittal sheet | Bates 0519258 | Withheld as ~~attorney-client privileged and~~ attorney work product. **Facsimile from Sharon Brenna, Solicitor's Office, DOI, to Mike Rowe, Fresno County Attorney. Created by Ms. Brenna in anticipation of litigation.** |
| 49 | yes | April 30, 2003 | Request for legal review with attached | Bates | Withheld as attorney work product and attorney-client |



EXHIBIT C
Pages 8-14

**LOG OF DOCUMENTS WITHHELD FROM PRODUCTION TO REMEDIATION CONSTRUCTION INC.**

| | changed | Date | Document type | # Pages | Description of document and reason document is withheld |
|---|---|---|---|---|---|
| | | | draft letter and Remcon's letter of April 9, 2003. | 0519272 - 0519294 | privileged. Final version of letter was transmitted to Remcon in the course of business. Other letters were transmitted during the regular course of business. **Request for legal review from Terry Lang, NPS, to Sharon Brenna, Solicitor's Office, DOI regarding review of referenced letters and draft document.** |
| 50 | yes | May 7, 2003 | Request for legal review (response to Remcon's letter of March 10) with attached draft letter and transmittal of backup documentation, i.e. Remcon's letter of March 10 and December 3, 2002. | Bates 0519295 - 0519327 | Withheld as attorney work product and attorney-client privileged. Final version of letter was transmitted to Remcon in the course of business. Other letters were transmitted during the regular course of business. **Request for legal review from Terry Lang, NPS, to Sharon Brenna, Solicitor's Office, DOI, with request to review referenced letters and draft document.** |
| 51 | yes | May 20, 2003 | Request for legal review (response to Remcon's letter of March 4) with attached draft letter and transmittal of backup documentation, i.e. Remcon's letter of March 4 and NPS' letters of April 4 and April 7, 2003. | Bates 0519328 - 0519340 | Withheld as attorney work product and attorney-client privileged. Final version of letter was transmitted to Remcon in the course of business. Other letters were transmitted during the regular course of business. **Request for legal review from Terry Lang, NPS, to Sharon Brenna, Solicitor's Office, DOI, regarding review of referenced letters and draft document.** |
| 52 | yes | July 7, 2003 | Request for legal review (response to Remcon's letter of June 28) with attached draft letter and transmittal of backup documentation, i.e. Remcon's letter of June 28 and NPS' letters of June 18 and June 6, 2003. | Bates 0519341 - 0519350 | Withheld as attorney work product and attorney-client privileged. Final version of letter was transmitted to Remcon in the course of business. Other letters were transmitted during the regular course of business. **Request for legal review from Terry Lang, NPS, to Sharon Brenna, Solicitor's Office, DOI regarding review of referenced letters and draft document.** |
| 53 | yes | July 7, 2003 | Request for legal review (response to | Bates | Withheld as attorney work product and attorney-client |

**LOG OF DOCUMENTS WITHHELD FROM PRODUCTION TO REMEDIATION CONSTRUCTION INC.**

| | changed | Date | Document type | # Pages | Description of document and reason document is withheld |
|---|---|---|---|---|---|
| | | | Remcon's letter of June 28) with attached draft letter and transmittal of backup documentation, i.e. Remcon's letter of June 28 and NPS' letters of June 18 and June 6, 2003. | 0519351 - 0519357 | privileged. Final version of letter was transmitted to Remcon in the course of business. Other letters were transmitted during the regular course of business. **Request for legal review from Terry Lang, NPS, to Sharon Brenna, Solicitor's Office, DOI, regarding review of referenced letters and draft document.** |
| 54 | yes | February 10, 2003 | E-mail with attachments | Bates 0518524 - 0518552 | Withheld as attorney work product and attorney-client privileged. Draft letters regarding claims, which were given to the solicitor's office for review and comment. Final versions were produced to Plaintiff. **E-mail from Rod Keiscome, NPS CO, to Mike Giller, NPS, with cc: to Terry Lang. NPS. Attachments are samples of claim letters for the "Solicitor's Office."** |
| 55 | yes | Undated | Chart | Bates 0518553 - 0518576 | Withheld as attorney work product and attorney-client privileged. Chart created for an attorney in anticipation of litigation as an overview of the project. **Chart is addressed to Jerry (O'Nan) , Solicitor's Office, DOI, and is from Rod (Keiscome), NPS CO. This chart was created specifically for the Mr. O'Nan in anticipation of litigation.** |
| 56 | yes | February 10, 2003 | E-mail with attached draft of modification No. 7 | Bates 0518580 - 0518584 | Withheld as attorney work product and attorney-client privileged. Draft was sent to attorney for review. Final version was transmitted to Remcon during the normal course of business. **E-mail from Terry Lang to Mike Giller, both NPS employees, with bcc: to Rod Keiscome, NPS CO, responding to e-mail described in No. 57 below.** |
| 57 | yes | February 10, 2003 | E-mail with attached draft of modification No. 7 | Bates 0518580 - | Withheld as attorney work product and attorney-client privileged. Draft was sent to attorney for review. Final |

**LOG OF DOCUMENTS WITHHELD FROM PRODUCTION TO REMEDIATION CONSTRUCTION INC.**

| | changed | Date | Document type | # Pages | Description of document and reason document is withheld |
|---|---|---|---|---|---|
| | | | | 0518584 | version was transmitted to Remcon during the normal course of business. **E-mail from Mike Giller, NPS, to Rod Keiscome and Terry Lang, both NPS employees, requesting Jerry O'Nan and Sharon Brenna, Solicitor's Office, DOI, to review referenced Modification.** |
| 58 | yes | May 1, 2003 | E-mail with attached draft response to Chairman Radonovich. | Bates 0518593 - 0518594 | Withheld as attorney-client privileged and attorney work product . Draft letter sent to attorney for review. Final version of letter was produced to plaintiff. **E-mail from Sue Masica, NPS, to Dan Wenk, Sam Whittington, Samantha Richardson and Rod Keiscome, all NPS employees, with draft letter for Jerry O'Nan, Solicitor's Office, DOI, review.** |
| 59 | yes | November 11, 2002 | E-mail with attached letter from Remcon dated April 2, 2004. | Bates 0518595 - 0518597 | Withheld as attorney-client privileged. E-mail discusses request for advice and counsel's response. The letter was transmitted from Remcon to the NPS during the regular course of business. **E-mail from Rod Keiscome, NPS CO, to Mike Giller, NPS, with cc: to Terry Lang and Willie DeOcampo, both NPS employees. E-mail discusses advice from Solicitor's office.** |
| 60 | yes | August 30, 2002 | E-mail with attached draft regarding summary of negotiations. | Bates 0518693 - 0518700 | Withheld as attorney-client privileged and attorney work product. Draft given to solicitor's for review. Final version of document has been produced to plaintiff. **E-mail from Rod Keiscome, NPS CO, to Mike Giller, Jack Vance, Scott Ruesch, Willie DeOcampo and JoAnn Cody, all NPS employees, with referenced draft for Solicitor's review.** |
| 61 | yes | August 8 and | E-mail | Bates | Withheld as attorney-client privileged and attorney work |

**LOG OF DOCUMENTS WITHHELD FROM PRODUCTION TO REMEDIATION CONSTRUCTION INC.**

| | changed | Date | Document type | # Pages | Description of document and reason document is withheld |
|---|---|---|---|---|---|
| | | August 9, 2002 | | 0518701 | product. E-mail discusses conversations with solicitor's office attorney. **E-mail from Rod Keiscome, NPS CO, to Mike Giller, NPS, with cc: to Jack Vance, Terry Lang and Scot Ruesch, all NPS employees. E-mail discusses request for advice from Sharon Brenna, Solicitor's Office, DOI.** |
| 62 | yes Partial Release | August 8, 2002 | E-mail | Bates 0518702 | Withheld as attorney-client privileged. E-mail discusses conversations with solicitor's office attorney. E-mail above includes this e-mail. **REDACT AND RELEASE. Redacted portion regards the solicitor's office involvement in referenced meeting.** |
| 63 | yes Partial release | January 2, 2003 | E-mail | Bates 0518590 | Withheld as attorney-client privileged. E-mail discusses conversations with solicitor's office attorney. **WILL RELEASE. Attorney reference related to Remcon's attorney.** |
| 64 | yes | May 1, 2003 | E-mail and request for review of draft letter to Radanovich. | Bates 0518591 - 0518592 | Withheld as attorney-client privileged. E-mail discusses conversations with solicitor's office attorney. Final version of letter was produced to plaintiff. **E-mail from Dan Wenk, NPS, to Rod Keiscome, Sam Whittington, Mike Giller and Samantha Richardson, all NPS employees. E-mail from Sue Masica, NPS, to Dan Wenk, Rod Keiscome, Sam Whittington, and Samantha Richardson, all NPS employees. E-mails request Jerry'ONan, Solicitor's Office, DOI, to review of attached letter.** |
| 65 | yes | July 16, 2002 | E-mail | Bates 0518703 | Redact and release. Redacted portion withheld as attorney client privileged. **Redacted portion discusses request for advice/review from the Solicitor's Office.** |

**LOG OF DOCUMENTS WITHHELD FROM PRODUCTION TO REMEDIATION CONSTRUCTION INC.**

| | changed | Date | Document type | | # Pages | Description of document and reason document is withheld |
|---|---|---|---|---|---|---|
| 66 | yes | May 14, 2002 | E-mail | | Bates 0518712 | Redact and release. Redacted portion withheld as attorney client privileged. **Redacted portion discusses request for advice/review from the Solicitor's Office.** |
| 67 | yes | May 1, 2003 | E-mail | | Bates 0518719 | Withheld as attorney-client privileged. Draft language in e-mail was for attorney review and response. **E-mail between Rod Keiscome, NPS CO, and Samantha Richardson, NPS. E-mail between Samantha Richardson, NPS, to Dan Wenk, Sam Whittington, Mike Giller and Rod Keiscome, all NPS employees, with cc: to Tasha Roberts, NPS.. E-mail discusses meeting with Jerry O'Nan and Sharon Brenna of the Solicitor's Office, DOI.** |
| 68 | yes | April 4, 2003 | E-mail | | Bates 0518725 | Withheld as attorney-client privileged. Draft language in e-mail was for solicitor's review and comment. **E-mail from Rod Keiscome, NPS CO, to Mike Giller, NPS, with request that Sharon Brenna, Solicitior's Office, DOI, review draft language.** |
| 69 | yes | March 25, 2003 | E-mail | | Bates 0518727 - 0518729 | Redact and Release. Redacted portion withheld as attorney-client privileged. **Redacted portion discusses meetings with Sharon Brenna, Solicitor's Office, DOI and Ms. Brenna's review of documents.** |
| 70 | yes | February 28, 2003 | E-mail | | Bates 0518731 - 0518733 also 0519001 - 0518004 | Withheld as attorney-client privileged. **E-mail from Rod Keiscome, NPS CO, to Mike Giller, NPS, with cc: Terry Lang, NPS, regarding the government's position related to mediation. E-mail discusses advice from the solicitor's office.** |

**LOG OF DOCUMENTS WITHHELD FROM PRODUCTION TO REMEDIATION CONSTRUCTION INC.**

| | changed | Date | Document type | # Pages | Description of document and reason document is withheld |
|---|---|---|---|---|---|
| 71 | yes | February 28, 2003 | E-mail | Bates 0518734 - 0518736 | Same document as 70, above. **Information added above.** |
| 72 | yes | February 11 and 12, 2003 | E-mail | Bates 0518740 - 0518740 | Withheld as attorney-client privileged. Discusses meeting with solicitors. **E-mail between Rod Keiscome, NPS CO, and Mike Giller, NPS, regarding meeting scheduled with Jerry O'Nan and Sharon Brenna, Solicitor's Office, DOI.** |
| 73 | yes | May 1, 2003 | E-mail and request for review of draft letter to Radanovich. | Bates 0518742 - 0518743 | Withheld as attorney-client privileged. Draft language for solicitor's review and comment. Final version was produced to plaintiff. **E-mails between Rod Keiscome, Dan Wenk, Sam Whittington, and Sue Masca, all NPS employees, regarding a draft letter for Jerry O'Nan and Sharon Brenna, Solicitor's Office, DOI, review.** |
| 74 | yes | May 1, 2003 | E-mails and request for review of draft letter to Radanovich. | Bates 0518744 - 0518746 | Withheld as attorney-client privileged. Contains e-mail and draft from above and additional e-mail of fax to solicitors regarding availability for meetings. **E-mail from Rod Keiscome, NPS CO, to Mike Giller, NPS, with fax of what was sent to Jerry O'Nan and Sharon Brenna for Solicitor's Office review.** |
| 75 | yes | August 11, 2003 | E-mail | Bates 0518750 | Withheld as attorney work product. Regards collection of documents in anticipation of litigation. **E-mail from Deborah King, NPS, to Willie DeOcampo, Mike Giller and Rod Keiscome, all NPS employees, regarding collecting documents in anticipation of litigation.** |
| 76 | yes | August 12, 2003 | E-mail | Bates 0518758 - | Withheld as attorney work product. Regards collection of documents in anticipation of litigation. **E-mails** |