# LOG OF DOCUMENTS WITHHELD FROM PRODUCTION TO REMEDIATION CONSTRUCTION INC.

| | changed | Date | Document type | # Pages | Description of document and reason document is withheld |
|---|---|---|---|---|---|
| | | | | 051860<br>0519105 -<br>0519107 | **between Rod Keiscome, NPS CO, and Mike Giller and Ed Tafoya, both NPS employees, with cc: to Terry Lang. NPS, regarding document production.** |
| 77 | yes | July 24, 2003 | E-mail and draft letter to OIG requesting audit. | Bates<br>0518778 -<br>0518781 | Withheld as attorney-client privileged. Draft letter for solicitor's review. Final version of letter produced to plaintiff. **E-mail from Rod Keiscome, NPS CO, to Mike Giller, NPS, with referenced draft letter reviewed by Jerry O'Nan and Sharon Brenna's, Solicitor's Office, DOI.** |
| 78 | yes | July 24, 2003 | E-mail and draft letter regarding claims acknowledgment. | Bates<br>0518775 -<br>051877 | Withheld as attorney-client privileged. Draft letter for solicitor's review. Final version of letter produced to plaintiff. **E-mail from Mike Giller, NPS, to Rod Keiscome, NPS, with referenced draft reviewed by Jerry O'Nan and Sharon Brenna's, Solicitor's Office, DOI.** |
| 79 | yes | July 23, 2003 | E-mail and draft letter regarding claims acknowledgment. | Bates<br>0518773 -<br>0518774 | Withheld as attorney-client privileged. Draft language for solicitor's review. Final version of letter produced to plaintiff. **E-mail from Mike Giller, NPS, to Rod Keiscome, NPS, with attached draft for review by Jerry O'Nan and Sharon Brenna's, Solicitor's Office, DOI.** |
| 80 | yes | July 24, 2003 | E-mail and draft letter regarding mobilization and schedule review. | Bates<br>0518782 -<br>0518785 | Withheld as attorney-client privileged. Draft language for solicitor's review. Final version of letter produced to plaintiff. **E-mail from Mike Giller, NPS, to Rod Keiscome, NPS, with referenced draft for review and approval by Jerry O'Nan and Sharon Brenna, Solicitor's Office, DOI.** |
| 81 | yes | July 23, 2003 | E-mail with draft cure notice. | Bates<br>0518790 - | Withheld as attorney-client privileged. Draft language for solicitor's review. Final version of letter produced to |



EXHIBIT C
Pages 15-21

**LOG OF DOCUMENTS WITHHELD FROM PRODUCTION TO REMEDIATION CONSTRUCTION INC.**

| | changed | Date | Document type | # Pages | Description of document and reason document is withheld |
|---|---|---|---|---|---|
| | | | | 0518795 | plaintiff. **E-mail from Mike Giller, NPS, to Rod Keiscome, NPS CO, with attached draft cure notice from Jerry O'Nan and Sharon Brenna, Solicitor's Office, DOI.** |
| 82 | yes | July 23, 2003 | E-mail with draft language for cure notice. | Bates 0518796 - 051880 | Withheld as attorney-client privileged. Draft language for solicitor's review. Final version of letter produced to plaintiff. **E-mail from Mike Giller, NPS, to Rod Keiscome, NPS CO, with attached draft given to Sharon Brenna, Solicitor's Office, DOI, for review.** |
| 83 | yes | July 16, 2003 | E-mails with sample drafts. | Bates 0518825 - 0518854 | Withheld as attorney-client privileged and irrelevant. E-mail discusses meeting with counsel and drafting a cure notice. The attachment contains several sample cure letters related to other projects. **E-mails between Rod Keiscome and Mike Giller, both NPS employees, with cc: Terry Lang. NPS. E-mails discuss meeting with Sharon Brenna, Solicitor's Office, DOI.** |
| 84 | yes | June 20, 2003 | E-mail | Bates 0518855 | Withheld as attorney-client privileged. E-mail discusses meetings with counsel and conversations with counsel. **E-mail from Dan Wenk, NPS, to Don Murphy and Sue Masica, both NPS employees, with cc: to Jon Jarvis, Mike Giller, Dick Martin, and Rod Keiscome, all NPS employees. E-mail discusses advice from Regional Solicitor's Office's Jerry O'Nan, and D.C. Solicitor's Office's Hugo Teuful and Alton Woods.** |
| 85 | yes | June 13, 2003 | E-mail | Bates 0518856 | *Withheld as attorney-client privileged. Discusses meeting with counsel. **E-mail from Terry Lang, NPS, to Rod Keiscome, Mike Giller and Ed Tafoya, all NPS employees, regarding advice from Jerry O'Nan, Solicitor's Office, DOI.** |

**LOG OF DOCUMENTS WITHHELD FROM PRODUCTION TO REMEDIATION CONSTRUCTION INC.**

| | changed | Date | Document type | # Pages | Description of document and reason document is withheld |
|---|---|---|---|---|---|
| 86 | yes | June 20, 2003 | E-mail | Bates 0518855 | **Document is the same as 84. The bates-number was recorded twice as separate entries.** |
| 87 | yes | June 20, 2003 | E-mail with attached draft memoranda. | Bates 0518858 - 0518862 | Withheld as attorney-client privileged. Drafts for solicitor's review regarding contractual issues. **E-mail between Rod Keiscome and Samantha Richardson, NPS employees, with cc: to Edie Ramey, NPS, with attached letter for Solicitor's review.** |
| 88 | yes | May 15, 2003 | E-mail with attached photographs. | Bates 0518863 - 0518870 | Withheld as attorney work product. Photos created for attorneys in anticipation of litigation. **E-mails between Jack. Vance and Rod Keiscome, NPS employees, transmitting photographs for Sharon Brenna and Jerry O'Nan, from the Solicitor's Office, DOI.** |
| 89 | yes | May 13, 2003 | E-mails | Bates 0518871 - 0518875 | Withheld as attorney work product and attorney-client privileged. E-mails regarding trip plans for meetings with solicitors. **E-mail between Rod Keiscome, NPS CO, to Scott Ruesch and Jack Vance, NPS employees, with cc: to Mike Giller, NPS, regarding meeting with Jerry O'Nan and Sharon Brenna, Solicitor's Office, DOI.** |
| 90 | yes | May 7, 2003 | E-mail with attached draft. | Bates 0518876 - 0518883 | Withheld as attorney work product and attorney-client privileged. E-mail requesting solicitor's review of draft language and draft letter. Final letter produced to Remcon. **E-mail from Rod Keiscome, NPS CO, to Terry Lang, NPS, with cc: Mike Giller, NPS, requesting transmittal of attached letter to Sharon Brenna, Solicitor's Office, DOI, for legal review.** |
| 91 | yes | February 3, 2003 | E-mails with sample letters. | Bates 0518894 - 0518904 | Withheld as attorney-client privileged, attorney work product and irrelevant. The attachment was put together for attorney reference in anticipation of litigation. The |

**LOG OF DOCUMENTS WITHHELD FROM PRODUCTION TO REMEDIATION CONSTRUCTION INC.**

| | changed | Date | Document type | # Pages | Description of document and reason document is withheld |
|---|---|---|---|---|---|
| | | | | | attachment contains several sample cure notices related to other projects. **E-mail from Rod Keiscome, NPS CO, to Mike Giller, NPS, with cc: Terry Lang, NPS, regarding transmitting attachment to Solicitor's Office.** |
| 92 | yes | March 25, 2003 | E-mail with draft letter. | Bates 0518905 - 051907 | Withheld as attorney-client privileged. Draft document was forwarded to attorney for review. Final version of document was produced to Remcon. **E-mails from Rod Keiscome, NPS CO, to Mike Giller, NPS, with cc: to Terry Lang, Jack Vance, and Scott Ruesch, all NPS employees, regarding a letter that was sent to Sharon Brenna, Solcitior's Office, DOI, for review.** |
| 93 | No | April 28, 2003 | E-mail with attached Sapient technology invoice. | Bates 0518908 - 0518911 | Irrelevant and proprietary. Document is from Sapient Technology, a government contractor, to the Agency related to payment. |
| 94 | No | June 24, 2003 | E-mail with attached Sapient technology invoice. | Bates 0518912 - 0518918 | Irrelevant and proprietary. Document is from Sapient Technology, a government contractor, to the Agency related to payment. |
| 95 | No | June 26, 2003 | E-mail with attached memorandum. | Bates 0518992 - 0518994 | <u>Redact and Release.</u> Redacted portion withheld as irrelevant because it is related to work on other projects. |
| 96 | Yes | May 23, 2003 | E-mail | Bates 0518997 | Withheld as attorney-client privileged. Document discusses meetings with attorneys and conversations with attorneys. **E-mail from R. Keiscome, NPS CO, to Scott Ruesch, NPS, with cc: to Jack Vance, Terry Lang and Mike Giller, all NPS employees. E-mail discusses advice from Jerry O'Nan, Solicitor's office, DOI.** |
| 97 | Yes | December 30, | E-mail | Bates | Withheld as attorney-client privileged. Document |

**LOG OF DOCUMENTS WITHHELD FROM PRODUCTION TO REMEDIATION CONSTRUCTION INC.**

| | changed | Date | Document type | # Pages | Description of document and reason document is withheld |
|---|---|---|---|---|---|
| | | 2002 | | 0519005 | discusses discussion with attorneys and negotiation position. **WILL RELEASE** |
| 98 | Yes | November 27, 2002 | E-mail and attached letter from Remcon dated April 5, 2004. | Bates 0519006 - 0519008 | Withheld as attorney-client privileged. Document discusses discussion with attorneys. Attached letter was from Remcon and was attached to the e-mail for informational purposes. **E-mail between Rod Keiscome and Mike Giller, both NPS employees, with cc: to Terry Lang and Willie DeOcampo, both NPS employees, discussing ADR request and Solicitor's advice. The Solicitor referenced is Sharon Brenna, Solicitor's Office, DOI.** |
| 99 | Yes | September 19, 2003 | E-mails with attached draft letter dated September 18. | Bates 0519025 - 0519030 0519031 | Withheld as attorney-client privileged. E-mail requested attorney's review of attached document. Attached draft was forwarded to attorney for review. A final version of the letter was sent to Remcon during the normal course of business. **E-mails between M. Giller, NPS, and Rod Keiscome, NPS CO, with cc: to Terry Lang, Joanne Cody and Willie DeOcampo, all NPS employees, discussing incorporating solicitor's comments into draft document. The Solicitor referenced is Sharon Brenna, Solicitor's Office, DOI. Attached documents contains solicitor's comments.** |
| 100 | Yes | June 24, 2002 | E-mail | Bates 0519033 | Withheld as attorney-client privileged. E-mail discusses questions (requests for advice) that NPS intended to raise with the solicitor's office. **E-mails between Rod Keiscome, NPS CO, Willie DeOcampo, NPS, with cc: to Terry Lang and Larry Walling, both NPS employees, discussing request for advice from Sharon Brenna, Solicitor's Office, DOI.** |

**LOG OF DOCUMENTS WITHHELD FROM PRODUCTION TO REMEDIATION CONSTRUCTION INC.**

| | changed | Date | Document type | # Pages | Description of document and reason document is withheld |
|---|---|---|---|---|---|
| 101 | Yes | January 28, 2002 | E-mail with attached draft document regarding the February 2002 meeting (multiple copies). | Bates 0519038 - 0519040 0519041 - 0519044 0519047 0519049 | Withheld as attorney-client privileged. Draft for attorney review. Final version of the letter was sent to Remcon during the regular course of business. **E-mail from Rod Keiscome, NPS CO, to Terry Lang, NPS, with draft document to sent to Jerry O'Nan, Solicitor's Office, DOI.** |
| 102 | No | March 27, 2002 | E-mail | Bates 0519045 | Irrelevant. E-mail completely unrelated to the project that is the subject of this litigation. |
| 103 | Yes | April 4, 2002 | E-mail | Bates 0519048 | Withheld for attorney-client privileged. Discussions in e-mail regarding request to solicitor for legal review. **E-mail from Jack Vance, NPS, to Terry Lang, NPS, with cc: to Willie DeOcampo, Bob Russell, and Ray Todd, all NPS employees, regarding the need to ask solicitor for advice and review.** |
| 104 | No | December 7, 2001 | Charts entitled bid totals. | Bates 518390 - 518448 | Withheld as proprietary and source selection information. Charts with bid totals and bid totals per item. |
| 105 | No | May 9, 2001 | Memorandum regarding the subject, "Source Selection Decision." | Bates 518469 - 518470 | Withheld as protected source selection information. |
| 106 | Yes | August 30, 2002 | Response to request for legal review with attached draft of stipulation of agreement with attorney's handwritten comments. | No Bates: 7 Pages | Withheld as attorney-client privileged and attorney work product. Attorney's comments on draft document made pursuant to request from NPS. **Document From Sharon Brenna, Solicitor's Office, DOI, to Rod Keiscome, NPS CO.** |
| 107 | Yes | August 22, 2002 | Request for legal review with attached draft of stipulation and agreement. | No Bates: 5 Pages | Withheld as attorney-client privileged. Draft document with comments for attorney's review. **Document From** |

**LOG OF DOCUMENTS WITHHELD FROM PRODUCTION TO REMEDIATION CONSTRUCTION INC.**

| | changed | Date | Document type | # Pages | Description of document and reason document is withheld |
|---|---|---|---|---|---|
| | | | | | **Jack Vance, NPS, to Sharon Brenna, Solicitor's Office, DOI.** |
| 108 | Yes | August 30, 2002 | Request for legal review with attached draft of stipulation and settlement. | No Bates: 9 Pages | Withheld as attorney-client privileged. Draft document for attorney's review. **Document From Rod Keiscome, NPS CO, to Sharon Brenna, Solicitor's Office, DOI.** |
| 109 | Yes | September 10, 2002 | Response to request for legal review with attached draft of Stipulation of Agreement. | No Bates: 8 Pages | Withheld as attorney-client privileged and attorney work product. Draft document with attorney's handwritten comments. **Document From Rod Keiscome, NPS CO, to Sharon Brenna, Solicitor's Office, DOI.** |
| 110 | Yes | September 10, 2002 | Response to request for legal review with attached draft of Stipulation of Agreement. | No Bates: 4 Pages | Withheld as attorney-client privileged and attorney work product. Draft document with attorney's handwritten comments. **Document From Rod Keiscome, NPS CO, to Sharon Brenna, Solicitor's Office, DOI.** |
| 111 | Yes | November 21, 2002 | Request for legal review | No Bates: 18 pages | Withheld as attorney-client privileged. Request for attorney to review settlement agreements along with supporting information. **Document From Rod Keiscome, NPS CO, to Sharon Brenna, Solicitor's Office, DOI.** |
| 112 | No | April 20, 2001 | E-mail entitled "source selection materials." | Bates 0519133 | Withheld as protected source selection information. |
| 113 | No | March 21, 2001 | Proposal for Additional Services from Kleinfelder. | Bates 0519100 - 0519104 | Withheld as irrelevant, and also withheld as proprietary. |
| 114 | No | Undated | Handwritten note and typed note entitled, "process for cataloging federal highway drawings." | Bates 0519383 | Withheld as irrelevant. This document is not related to this project. |
| 115 | No | July 24, 2000 | Letters related to other projects. | Bates 0518577 - | Withheld as irrelevant. Letters are related to other |