# LOG OF DOCUMENTS WITHHELD FROM PRODUCTION TO REMEDIATION CONSTRUCTION INC.

| | changed | Date | Document type | # Pages | Description of document and reason document is withheld |
|---|---|---|---|---|---|
| | | | | 0518579 | contracts. One letter regards the Speegle Constr. Corp., and the other is M.R. Tafoya Constr. Company. |
| 116 | Yes | March 24, 2003 | E-mail | Bates 0518730 | Withheld as attorney work product. E-mail discusses work done in anticipation of litigation. **E-mail from R. Keiscome, NPS CO, to Walt Schmidt, NPS, regarding work being done in anticipation of litigation. Mr. Keiscome is advising Mr. Schmidt of his efforts.** |
| 117 | Yes | June 3, 2003; May 22, 2003 | E-mails (multiple copies) | Bates 0518996; 0518857 | Withheld as attorney-client privileged. E-mails discusses briefings where attorneys were present. Briefings were conducted in anticipation of litigation **E-mail between Rod Keiscome, NPS CO, Scott M. Ruesch, NPS, with cc: to Jack Vance, Terry Lang, and Mike Giller, all NPS employees, discussing briefings with Solicitors Jerry O'Nan and Sharon Brenna, Solicitor's Office, DOI.** |
| 118 | Yes | March 25, 2002 | E-mails | Bates 0519037 | Withheld as attorney-client privileged. Discusses questions for the solicitor's review and advice related to contract interpretation. **E-mails between Rod Keiscome, Terry Lang, and Willie DeOcampo, all NPS employees, discussing questions for solicitors' review and advice related to contract interpretation** |
| 119 | Yes | November 21, 2002 | Request for legal review with attached draft, including stipulation and settlement agreement draft and cover letter. | No Bates: 18 pages. | Withheld as attorney-client privileged. Request for attorney to review draft agreements along with supporting information. Final versions were given to Remcon during the regular course of business. **Request for legal review from Rod Keiscome, NPS CO, to Sharon Brenna, Solicitor's Office, DOI.** |
| 120 | Yes | April 15, 2003 | Handwritten notes. | No Bates: 5 pages. | Withheld as attorney work product and attorney-client privileged. Notes relate to a meeting with attorneys |



EXHIBIT C
Pages 22 - 26

**LOG OF DOCUMENTS WITHHELD FROM PRODUCTION TO REMEDIATION CONSTRUCTION INC.**

| | changed | Date | Document type | # Pages | Description of document and reason document is withheld |
|---|---|---|---|---|---|
| | | | | | where negotiation positions were discussed and advice was rendered by the attorneys. **Notes mention discussions with Jerry O'Nan and Sharon Brenna, Solicitor's Office, DOI.** |
| 121 | Yes Release (wo/ attach-ments) | August 13, 2003 | E-mail with attached documents. | Bates 0518942 - 0518991 | Withheld because the document was created after termination and was created in anticipation of litigation. Underlying documents are letters that have been produced to Remcon. **WILL RELEASE e-mail. Underlying documents referenced in the e-mail have otherwise been produced.** |
| 122 | Yes | May 6, 2003 | E-mail with draft documents. | Bates 0518884 - 0518891 | Withheld as attorney-client privileged and attorney work product. Drafts were presented to attorney for review. Final document has been produced to Remcon. **E-mail from Rod Keiscome, NPS CO, to Samantha Richardson, NPS, with cc: to Mike Giller, NPS, transmitting draft documents with comments from Sharon Brenna and Jerry O'Nan, Solicitor's Office, DOI.** |
| 123 | Yes | July 24, 2003 | E-mail with draft documents. | Bates 0518786 - 0518789 | Withheld as attorney-client privileged. Draft document with attorney's comments incorporated. Final version produced to Remcon. **E-mail from Mike Giller, NPS, to Rod. Keiscome, NPS CO, transmitting a draft document with Jerry O'Nan and Sharon Brenna's, comments.** |
| 124 | No | August 8, 2003 | E-mails | Bates 0518747 - 0518749 | Withheld because the document was created after termination. Also withheld as irrelevant because the document discusses training and is not related to the project at issue in this litigation. |
| 125 | No | June 26, 2003 | E-mail with attached memorandum. | Bates | Redact and Release. Redacted portion withheld as |

**LOG OF DOCUMENTS WITHHELD FROM PRODUCTION TO REMEDIATION CONSTRUCTION INC.**

| | changed | Date | Document type | # Pages | Description of document and reason document is withheld |
|---|---|---|---|---|---|
| | | | | 0518992 - 0518994 | irrelevant because it is related to work on other projects. **Other projects discussed in the document are 200Q and 200P, which do not relate to the same project, and therefore are not relevant.** |
| 126 | Yes | September 5, 2003 | E-mail with meeting notes. | Bates 0519115 - 0519124 | Withheld as attorney work product, attorney-client privileged and post termination. Meeting notes were taken and given to solicitors in anticipation of litigation. **E-mail from Mike Giller, NPS, to Rod Keiscome, NPS CO, with cc: to Terry Lang, NPS, requesting transmittal of contents to the solicitor's office.** |
| 127 | No | Undated | Chart with numbers for SEKI-200O | Bates 020897 - 020902 | Withheld as irrelevant and proprietary. Involves another project. |
| 128 | yes released | January 21, 2004 | Letter to GAIG related to project schedule. | Bates 020848 | Withheld as irrelevant. This document is post termination. **RELEASE** |
| 129 | yes released | December 2, 2003 | Letter to GAIG related to conduct of operations. | Bates 020850 | Withheld as irrelevant. This document is post termination. **RELEASE** |
| 130 | yes released | December 2, 2003 | Letter to GAIG related to superintendence by the contractor. | Bates 020850 | Withheld as irrelevant. This document is post termination. **RELEASE** |
| 131 | yes released | December 5, 2003 | Letter to GAIG related to superintendence by the contractor. | Bates 020853 - 020852 | Withheld as irrelevant. This document is post termination. **RELEASE** |
| 132 | Yes | October 6, 2003 | Summary of project costs. Includes other projects. | Bates 020854 - 020857 | Withheld as irrelevant because it involves another project. Further, this document is post termination. **Irrelevant because it discusses costs of 200R and 200QR. This document does not relate to the same project, and therefore is not relevant.** |
| 133 | Yes | April 25, 2003 | E-mail to T. Lang from R. Keiscome re Sequoia Remcon Situation. | Bates 05129220 - | Redact and Release. Redacted portion withheld as attorney-client privileged because it involves discussions |

**LOG OF DOCUMENTS WITHHELD FROM PRODUCTION TO REMEDIATION CONSTRUCTION INC.**

| | changed | Date | Document type | # Pages | Description of document and reason document is withheld |
|---|---|---|---|---|---|
| | | | | 0519222 | between the solicitor's office and NPS. **Withheld document is fax cover sheet from Rod Keiscome, NPS CO, to Jerry O'Nan and Sharon Brenna, Solicitor's Office, DOI.** |
| 134 | Yes | April 25, 2003 | Cover sheet to attorneys with message transmitting e-mail in 133 above. | Bates 05129225 - 0519229 | First page withheld as attorney-client privileged. Remaining document was redacted and released (No. 133 above). **Withheld document is fax cover sheet from Rod Keiscome, NPS CO, to Jerry O'Nan and Sharon Brenna, Solicitor's Office, DOI.** |

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| REMEDIATION CONSTRUCTORS, INC. | ) | |
| | ) | |
| | ) | |
| | ) | No. 03-2478C |
| | ) | (Judge Braden) |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on the 16th day of September 2004, I caused to be served by FEDERAL EXPRESS, copies of the attached revised Log Of Documents Withheld From Production To Remediation Construction Inc., addressed as follows:

D. Michael Schoenfeld
Murphey Austin Adams Schoenfeld LLP
1000 G Street, Third Floor
P.O. Box 1319
Sacramento, California 95812-1319

S. Boyd