# Attachment to Remcon's September 27, 2004, meet and confer letter[1]

| Privilege Log No. | Bates Nos. | Privilege or Protection Asserted | Reason document must be provided or privilege log augmented and Remcon's responses to the USA's augmented privilege log |
|---|---|---|---|
| 1 | 018589-018828 | Source Selection Information, proprietary | The procurement process for this contract ended in 2001 therefore source selection information is no longer protected. (See 41 U.S.C. § 423(a)(b).) All documents withheld from production because they contain source selection information must be produced without redactions.<br><br>The USA withheld this document from production claiming it is "proprietary" without providing further description. Pursuant to RCFC 26(b)(5), the USA must describe the document in a manner that will enable Remcon to assess the applicability of the privilege. The USA must provide additional information underlying this assertion so that Remcon can assess the applicability of the privilege or produce the document without redactions.<br><br>**The USA has not addressed or responded to the legal authorities cited above and in Remcon's August 13, 2004, meet and confer letter that support its argument that source selection documents are not protected after the procurement process ends. The USA has not provided additional information substantiating its claim that this document contains proprietary information or information sufficient to allow Remcon to assess the validity of this assertion of privilege.** |
| 2 | 018829-019103 | Source Selection Information, proprietary | The procurement process for this contract ended in 2001 therefore source selection information is no longer protected. (See 41 U.S.C. § 423(a)(b).) All documents withheld from production because they contain source selection information must be produced without redactions.<br><br>The USA withheld this document from production claiming it is "proprietary" without providing further description. Pursuant to RCFC 26(b)(5), the USA must describe the document in a manner that will enable Remcon to assess the applicability of the privilege. The USA must provide additional information underlying this assertion so that Remcon can assess the applicability of the privilege or produce the document without redactions.<br><br>**The USA has not addressed or responded to the legal authorities cited above and in Remcon's August 13, 2004, meet and confer letter that support its argument that source selection documents are not protected after the procurement process ends. The USA has not provided additional information substantiating its claim that this document contains proprietary information or information sufficient to allow Remcon to assess the validity of this assertion of privilege.** |

EXHIBIT D
pages 6-10

[1] The comments in regular type in the right hand column were provided to the USA in an attachment to Remcon's August 13, 2004 "meet and confer" letter to the USA assessing the USA's initial privilege log which we received on August 11, 2004. The comments in bold type are Remcon's additional comments responding to the USA's augmented privilege log which we received on September 17, 2004.

| Privilege Log No. | Bates Nos. | Privilege or Protection Asserted | Reason document must be provided or privilege log augmented and Remcon's responses to the USA's augmented privilege log |
|---|---|---|---|
| 3 | 019786-019793 | Source Selection Information, proprietary | The procurement process for this contract ended in 2001 therefore source selection information is no longer protected. (See 41 U.S.C. § 423(a)(b).) All documents withheld from production because they contain source selection information must be produced without redactions.<br><br>The USA withheld this document from production claiming it is "proprietary" without providing further description. Pursuant to RCFC 26(b)(5), the USA must describe the document in a manner that will enable Remcon to assess the applicability of the privilege. The USA must provide additional information underlying this assertion so that Remcon can assess the applicability of the privilege or produce the document without redactions.<br><br>**The USA has not addressed or responded to the legal authorities cited above and in Remcon's August 13, 2004, meet and confer letter that support its argument that source selection documents are not protected after the procurement process ends. The USA has not provided additional information substantiating its claim that this document contains proprietary information or information sufficient to allow Remcon to assess the validity of this assertion of privilege.** |
| 4 | 017751-017761 | Proprietary, irrelevant | The USA withheld this document from production claiming it is "proprietary" without providing further description. Pursuant to RCFC 26(b)(5), the USA must describe the document in a manner that will enable Remcon to assess the applicability of the privilege. The USA must provide additional information underlying this assertion so that Remcon can assess the applicability of the privilege or produce the document without redactions.<br><br>Relevant evidence is broadly defined as "evidence having any tendency to make the existence of any fact of consequence to the determination of the action more probable or less probable than it would be without the evidence." (Fed. Rule of Evid. 401.) All documents in the USA's Project files are in some manner related to the Project and therefore relevant. This objection is not valid.<br><br>**The USA has not provided additional information substantiating its claim that this document contains proprietary information or information sufficient to allow Remcon to assess the validity of this assertion of privilege.** |
| 5 | 019846-019920 | Source Selection Information, proprietary | The procurement process for this contract ended in 2001 therefore source selection information is no longer protected. (See 41 U.S.C. § 423(a)(b).) All documents withheld from production because they contain source selection information must be produced without redactions.<br><br>The USA withheld this document from production claiming it is "proprietary" without providing further description. Pursuant to RCFC 26(b)(5), the USA must describe the document in a manner that will enable Remcon to assess the applicability of the privilege. The USA must provide additional information underlying this assertion so that Remcon can assess the applicability of the privilege or produce the document without redactions.<br><br>**The USA has not addressed or responded to the legal authorities cited above and in Remcon's August 13, 2004, meet and confer letter that support its argument that source selection documents are not protected after the procurement process ends. The USA has not provided additional information substantiating its claim that this document contains proprietary information or information sufficient to allow Remcon to assess the validity of this assertion of privilege.** |

| Privilege Log No. | Bates Nos. | Privilege or Protection Asserted | Reason document must be provided or privilege log augmented and Remcon's responses to the USA's augmented privilege log |
|---|---|---|---|
| 6 | 020861-020880 | Proprietary, irrelevant | The USA withheld this document from production claiming it is "proprietary" without providing further description. Pursuant to RCFC 26(b)(5), the USA must describe the document in a manner that will enable Remcon to assess the applicability of the privilege. The USA must provide additional information underlying this assertion so that Remcon can assess the applicability of the privilege or produce the document without redactions.<br><br>Relevant evidence is broadly defined as "evidence having any tendency to make the existence of any fact of consequence to the determination of the action more probable or less probable than it would be without the evidence." (Fed. Rule of Evid. 401.) All documents in the USA's Project files are in some manner related to the Project and therefore relevant. This objection is not valid.<br><br>**The USA has not provided additional information substantiating its claim that this document contains proprietary information or information sufficient to allow Remcon to assess the validity of this assertion of privilege.** |
| 7 | 20881 | Proprietary, irrelevant | The USA withheld this document from production claiming it is "proprietary" without providing further description. Pursuant to RCFC 26(b)(5), the USA must describe the document in a manner that will enable Remcon to assess the applicability of the privilege. The USA must provide additional information underlying this assertion so that Remcon can assess the applicability of the privilege or produce the document without redactions.<br><br>Relevant evidence is broadly defined as "evidence having any tendency to make the existence of any fact of consequence to the determination of the action more probable or less probable than it would be without the evidence." (Fed. Rule of Evid. 401.) All documents in the USA's Project files are in some manner related to the Project and therefore relevant. This objection is not valid.<br><br>**The USA has not provided additional information substantiating its claim that this document contains proprietary information or information sufficient to allow Remcon to assess the validity of this assertion of privilege.** |
| 8 | 0200917-020921 | Proprietary, irrelevant | The USA withheld this document from production claiming it is "proprietary" without providing further description. Pursuant to RCFC 26(b)(5), the USA must describe the document in a manner that will enable Remcon to assess the applicability of the privilege. The USA must provide additional information underlying this assertion so that Remcon can assess the applicability of the privilege or produce the document without redactions.<br><br>Relevant evidence is broadly defined as "evidence having any tendency to make the existence of any fact of consequence to the determination of the action more probable or less probable than it would be without the evidence." (Fed. Rule of Evid. 401.) All documents in the USA's Project files are in some manner related to the Project and therefore relevant. This objection is not valid.<br><br>**The USA has not provided additional information substantiating its claim that this document contains proprietary information or information sufficient to allow Remcon to assess the validity of this assertion of privilege.** |

| Privilege Log No. | Bates Nos. | Privilege or Protection Asserted | Reason document must be provided or privilege log augmented and Remcon's responses to the USA's augmented privilege log |
|---|---|---|---|
| 9 | 020903-020908 | Source Selection Information, proprietary | The procurement process for this contract ended in 2001 therefore source selection information is no longer protected. (See 41 U.S.C. § 423(a)(b).) All documents withheld from production because they contain source selection information must be produced without redactions.<br><br>The USA withheld this document from production claiming it is "proprietary" without providing further description. Pursuant to RCFC 26(b)(5), the USA must describe the document in a manner that will enable Remcon to assess the applicability of the privilege. The USA must provide additional information underlying this assertion so that Remcon can assess the applicability of the privilege or produce the document without redactions.<br><br>**The USA has not addressed or responded to the legal authorities cited above and in Remcon's August 13, 2004, meet and confer letter that support its argument that source selection documents are not protected after the procurement process ends. The USA has not provided any information substantiating its claim that this document contains proprietary information or information sufficient to allow Remcon to assess the validity of this assertion of privilege.** |
| 10 | 020965-020972 and 21035-21042 | Source Selection Information, proprietary | The procurement process for this contract ended in 2001 therefore source selection information is no longer protected. (See 41 U.S.C. § 423(a)(b).) All documents withheld from production because they contain source selection information must be produced without redactions.<br><br>The USA withheld this document from production claiming it is "proprietary" without providing further description. Pursuant to RCFC 26(b)(5), the USA must describe the document in a manner that will enable Remcon to assess the applicability of the privilege. The USA must provide additional information underlying this assertion so that Remcon can assess the applicability of the privilege or produce the document without redactions.<br><br>**The USA has not addressed or responded to the legal authorities cited above and in Remcon's August 13, 2004, meet and confer letter that support its argument that source selection documents are not protected after the procurement process ends. The USA has not provided additional information substantiating its claim that this document contains proprietary information or information sufficient to allow Remcon to assess the validity of this assertion of privilege.** |
| 11 | 020973-020985 | Proprietary, irrelevant | The USA withheld this document from production claiming it is "proprietary" without providing further description. Pursuant to RCFC 26(b)(5), the USA must describe the document in a manner that will enable Remcon to assess the applicability of the privilege. The USA must provide additional information underlying this assertion so that Remcon can assess the applicability of the privilege or produce the document without redactions.<br><br>"Parties may obtain discovery regarding any matter, not privileged, that is relevant to the claim or defense of any party . . . . (RCFC 26(b)(1).) Relevant evidence is broadly defined as "evidence having any tendency to make the existence of any fact of consequence to the determination of the action more probable or less probable than it would be without the evidence." (Fed. Rule of Evid. 401.) All documents in the USA's Project files are in some manner related to the Project and therefore relevant. This objection is not valid.<br><br>**The USA has not provided additional information substantiating its claim that this document contains proprietary information or information sufficient to allow Remcon to assess the validity of this assertion of privilege.** |

| Privilege Log No. | Bates Nos. | Privilege or Protection Asserted | Reason document must be provided or privilege log augmented and Remcon's responses to the USA's augmented privilege log |
|---|---|---|---|
| 12 | 020986-021001 | Proprietary, irrelevant | The USA withheld this document from production claiming it is "proprietary" without providing further description. Pursuant to RCFC 26(b)(5), the USA must describe the document in a manner that will enable Remcon to assess the applicability of the privilege. The USA must provide additional information underlying this assertion so that Remcon can assess the applicability of the privilege or produce the document without redactions.<br><br>"Parties may obtain discovery regarding any matter, not privileged, that is relevant to the claim or defense of any party . . . . (RCFC 26(b)(1).) Relevant evidence is broadly defined as "evidence having any tendency to make the existence of any fact of consequence to the determination of the action more probable or less probable than it would be without the evidence." (Fed. Rule of Evid. 401.) All documents in the USA's Project files are in some manner related to the Project and therefore relevant. This objection is not valid.<br><br>**The USA has not provided additional information substantiating its claim that this document contains proprietary information or information sufficient to allow Remcon to assess the validity of this assertion of privilege.** |
| 13 | 021035-02142 | Source Selection Information, proprietary | The procurement process for this contract ended in 2001 therefore source selection information is no longer protected. (See 41 U.S.C. § 423(a)(b).) All documents withheld from production because they contain source selection information must be produced without redactions.<br><br>The USA withheld this document from production claiming it is "proprietary" without providing further description. Pursuant to RCFC 26(b)(5), the USA must describe the document in a manner that will enable Remcon to assess the applicability of the privilege. The USA must provide additional information underlying this assertion so that Remcon can assess the applicability of the privilege or produce the document without redactions.<br><br>**The USA has agreed to provide part of this document. However, it has not addressed or responded to the legal authorities cited in Remcon's August 13, 2004, meet and confer letter that support its contention that source selection documents are not protected after the procurement process ends. The USA has not provided additional information substantiating its claim that this document contains proprietary information or information sufficient to allow Remcon to assess the validity of this assertion of privilege.** |