IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| REMEDIATION CONSTRUCTORS, INC.<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | No. 03-2478C<br>(Judge Braden) |

CONSENT MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests an enlargement of time of 84 days, from November 1, 2004, through and including January 24, 2005, for the parties to disclose the identities of their expert witnesses. This is defendant's first request for an enlargement of time for this purpose. Plaintiff's counsel has consented to this motion.

The parties have conducted a significant amount of discovery in this case. However, additional discovery needs to be performed. The parties currently are working upon a proposed comprehensive amended schedule for this case. We anticipate that a consent motion proposing the adoption of the new schedule will be filed shortly.

Further, the Government needs additional time to retain an expert or experts for this case. This process already has begun. Once a selection is made, certain paperwork will need to be

processed. We expect that this process can be completed before the proposed new deadline for identifying expert witnesses.

Accordingly, defendant respectfully requests an enlargement of time of 84 days, from November 1, 2004, through and including January 24, 2005, for the parties to disclose the identities of their expert witnesses.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Franklin E. White, Jr.

FRANKLIN E. WHITE, JR.
Deputy Director

s/ Richard P. Schroeder

RICHARD P. SCHROEDER
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
Eighth Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562

Attorneys for Defendant

October 29, 2004

Certificate of Filing

I hereby certify that on October 29, 2004, a copy of foregoing CONSENT MOTION FOR AN ENLARGEMENT OF TIME was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Richard P. Schroeder