IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| REMEDIATION CONSTRUCTORS, INC.<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | DOCKET NO. 03-2478C<br>**REMEDIATION CONSTRUCTORS, INC.'S MOTION FOR PROTECTIVE ORDER**<br>(Judge Susan G. Braden)<br>Hearing Date: TBD |

**REMEDIATION CONSTRUCTOR'S, INC.'S MOTION FOR PROTECTIVE ORDER**

Through the discovery process, Remediation Constructors, Inc. ("Remcon") has sought to obtain various categories of documents that the United States of America ("USA") claims contain information that may be competition sensitive, proprietary, confidential or otherwise protectable. To facilitate the exchange of discoverable information, Remcon and the USA have agreed to subject the documents that each party designates as containing protectable information to the terms of the attached Protective Order ("Order"). Remcon reserves the right to move this Court for relief from the Order in accordance with the procedures set forth in the Order itself or to move this Court to compel the USA to produce the documents that the USA has identified as privileged on its privilege log without their being subject to the Order.

Subject to the above-referenced reservation, Remcon respectfully moves this Court to enter the attached Order to which Remcon and the USA have agreed. Remcon anticipates no opposition from the USA to this motion.

DATED: November 12, 2004

MURPHY AUSTIN ADAMS SCHOENFELD LLP

/S/ D. Michael Schoenfeld

D. MICHAEL SCHOENFELD
Attorneys for Plaintiff
REMEDIATION CONSTRUCTORS, INC.

MURPHY AUSTIN ADAMS SCHOENFELD LLP
1000 G St., Third Floor
P. O. Box 1319
Sacramento, California 95812-1319
Telephone: (916) 446-2300
Facsimile: (916) 503-4000



214849/1918.001