IN THE UNITED STATES COURT OF FEDERAL CLAIMS

REMEDIATION CONSTRUCTORS, INC.

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**CONSENT MOTION FOR ENTRY OF A REVISED SCHEDULING ORDER**

No. 03-2478C
(Judge Braden)

**CONSENT MOTION FOR ENTRY OF A REVISED SCHEDULING ORDER**

Plaintiff, Remediation Constructors, Inc., respectfully requests this Court to enter the following revised schedule regarding certain discovery deadlines and other proceedings in this action. Defendant's counsel has consented to the dates set forth in this motion. However, Defendant reserves the right to request further extensions of time, including a continuation of the trial date. Plaintiff reserves the right to oppose any further requests for time extensions. This is Plaintiff's first request for the Court to revise the previous schedule.

In this action, Plaintiff seeks more than $3 million in alleged damages related to a construction contract. Plaintiff claims, among other things, that it was delayed, caused to perform its work in a more costly manner, and caused to perform extra work in connection with the contract. Further, Plaintiff alleges that it was wrongfully terminated for default.

The parties currently are attempting to amicably resolve certain outstanding discovery issues. Further, the parties are in the process of scheduling depositions, which they have agreed to begin next month. The depositions in this matter will require significant time and travel. Currently, the fact discovery deadline is November 30, 2004. However, due to the number of

anticipated depositions and travel time involved, the parties have agreed upon the following proposed revised schedule, subject to the Court's approval:

| | |
|---|---|
| January 24, 2005 | Disclosure of expert witnesses<br>*(Currently due November 1, 2004);* |
| March 30, 2005 | Completion of fact discovery<br>*(Currently scheduled for November 30, 2004);* |
| April 7, 2005 | Joint status report due<br>*(Currently due December 6, 2004);* |
| April 14 2005 | Exchange of expert reports<br>*(Currently due December 20, 2004);* |
| May 20, 2005 | Completion of expert discovery<br>*(Currently due February 1, 2005);* |
| May 24, 2005 | Joint status report due<br>*(Currently due February 18, 2005);* |
| May 26, 2005 | Telephonic status conference, 3 PM EST<br>*(Currently scheduled for December 8, 2004);* |
| May 27, 2005 | Deadline for filing dispositive motions, which may be filed earlier<br>*(Currently due February 28, 2005);* |
| July 22, 2005 | Post-discovery meeting of counsel<br>*(Currently scheduled for February 15, 2005);* |
| August 19, 2005 | Meeting of counsel pursuant to RCFC Appendix A ¶ 13<br>*(Currently scheduled for March 21, 2004);* |
| October 17, 2005 | Pretrial conference<br>*(Currently scheduled for May 30, 2005 (Memorial Day)).* |
| November 1, 2005 | Commencement of trial |

The proposed revisions to the schedule are requested to provide sufficient time to

complete depositions – which likely will require all counsel to travel to Colorado and Pennsylvania, and Defendant's counsel to California several times – and other fact discovery, provide expert reports, conduct expert discovery, prepare any dispositive motions that may be appropriate, and perform the other tasks set forth above.

Plaintiff requests that the pre-trial conference take place in Sacramento, or that Plaintiff be allowed to participate telephonically. Defendant requests that the pre-trial conference take place in Washington, D.C.

Plaintiff estimates that trial will last at least three weeks. Defendant disagrees with Plaintiff's trial time estimate. Plaintiff requests that the trial be conducted in Sacramento since Plaintiff, Plaintiff's counsel, and key witnesses are located in or near Sacramento. Defendant requests that the issue of trial locale be deferred. Plaintiff requests that the issue of the trial locale be disclosed prior and discussed during the May 26th, 2005 telephonic status conference with the Court.

Accordingly, Plaintiff respectfully requests that this Court enter the proposed revised schedule.

DATED: November 29, 2004

MURPHY AUSTIN ADAMS SCHOENFELD LLP

/S/ D. Michael Schoenfeld

D. MICHAEL SCHOENFELD
Attorneys for Plaintiff
REMEDIATION CONSTRUCTORS, INC.

MURPHY AUSTIN ADAMS SCHOENFELD LLP
P. O. Box 1319 (95812-1319)
1000 G Street, Third Floor
Sacramento, California 95814
Telephone: (916) 446-2300 / Facsimile:(916) 503-4000