# In the United States Court of Federal Claims

No. 03-2478C
Filed: December 9, 2004

| | |
|---|---|
| REMEDIATION CONSTRUCTORS, INC., | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

## ORDER

Plaintiff's consent motion for entry of a revised scheduling order, filed November 30, 2004, is hereby **GRANTED**. The court enters the following revised scheduling order:

1. Disclosure of expert witnesses is **due January 24, 2005** (currently due November 1, 2004).

2. Fact discovery will be completed by **March 30, 2005** (currently due November 30, 2004).

3. A joint status report is due **April 7, 2005** (currently due December 6, 2004).

4. Exchange of expert reports is due **April 14, 2005** (currently due December 20, 2004).

5. Completion of expert discovery is due **May 20, 2005** (currently due February 1, 2005).

6. A joint status report is due **May 24, 2005** (currently due February 18, 2005).

7. A status conference will be conducted, by telephone, on **May 26, 2005, at 3 p.m., e.s.t.** (currently scheduled for December 8, 2004).

8. Dispositive motions are due **May 27, 2005** (currently due February 28, 2005).

9. A post-discovery meeting of counsel will be held on **July 22, 2005** (currently scheduled for February 15, 2005).

10. A meeting of counsel pursuant to RCFC Appendix A ¶ 13 will be conducted on **August 19, 2005** (currently scheduled for March 21, 2004).

11. A pretrial conference will be held on **October 17, 2005** (currently scheduled for May 30, 2005).

12. Trial will commence on **October 24, 2005**, and conclude on **November 4, 2005**, at a location to be determined.

**IT IS SO ORDERED**.

________________________
SUSAN G. BRADEN
Judge