IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| REMEDIATION CONSTRUCTORS, INC.<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | DOCKET NO. 03-2478C<br>**NOTICE OF MOTION AND MOTION TO FILE AND SERVE FIRST SUPPLEMENTAL COMPLAINT**<br>(Judge Susan G. Braden)<br>Hearing Date: TBD |

TO THE UNITED STATES OF AMERICA AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT as soon as this matter may be heard in the above-entitled Court located at 717 Madison Place, Northwest, Washington, D.C., Plaintiff, REMEDIATION CONSTRUCTORS, INC. ("Remcon"), will and hereby does move this Court for an order allowing Plaintiff, Remcon to file and serve its proposed First Supplemental Complaint in this matter. Such First Supplemental Complaint is necessary in the interests of justice and judicial economy because of transactions, occurrences or events that have transpired since the original Complaint was filed. This motion is made by virtue of Rules 15(a) and 18(a) of the United States Court of Federal Claims.

This motion will be based on this Notice of Motion and Motion, the Memorandum of Points and Authorities filed herewith, the Declaration of D. Michael Schoenfeld, and accompanying exhibits.

DATED: March 18, 2005

MURPHY AUSTIN ADAMS SCHOENFELD LLP

/S/ D. Michael Schoenfeld

D. MICHAEL SCHOENFELD
Attorneys for Plaintiff
REMEDIATION CONSTRUCTORS, INC.

MURPHY AUSTIN ADAMS SCHOENFELD LLP
1000 G St., Third Floor
P. O. Box 1319
Sacramento, California 95812-1319
Telephone: (916) 446-2300
Facsimile: (916) 503-4000