IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| REMEDIATION CONSTRUCTORS, INC.<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | DOCKET NO. 03-2478C<br>**FIRST SUPPLEMENTAL COMPLAINT FOR BREACH OF CONTRACT AND DAMAGES**<br>(Judge Susan G. Braden) |

Pursuant to Order of this Court, Plaintiff REMEDIATION CONSTRUCTORS, INC. hereby supplements its original complaint for breach of contract and damages, filed on October 21, 2003, as follows:

At page four, *add* a new Paragraph 16 that states: "By letter dated July 23, 2004, Remcon submitted a second certified omnibus claim to the NPS incorporating by reference its June 28, 2003 certified omnibus claim referenced above and requesting completion costs in excess of the Contract balance for which Remcon is legally liable as a result of the breaches of the Contract by the NPS. By correspondence dated September 16, 2004, the Contracting Officer issued his final decision denying Remcon's second certified omnibus claim."

At page four, *replace* Paragraph 2 of the prayer for relief with: "Enter a judgment against the United States and in favor of Remcon in the amount of at least $3,115,096.89, per Remcon's certified omnibus claim for equitable adjustment dated June 28, 2003, and in the amount of at least $1,519,889.78, per Remcon's certified omnibus claim for equitable adjustment dated July 23, 2004, plus interest."

EXHIBIT A

DATED: March 18, 2005

MURPHY AUSTIN ADAMS SCHOENFELD LLP

/S/ D. Michael Schoenfeld

______________________________

D. MICHAEL SCHOENFELD
Attorneys for Plaintiff
REMEDIATION CONSTRUCTORS, INC.

MURPHY AUSTIN ADAMS SCHOENFELD LLP
1000 G St., Third Floor
P. O. Box 1319
Sacramento, California 95812-1319
Telephone: (916) 446-2300
Facsimile: (916) 503-4000