IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| REMEDIATION CONSTRUCTORS, INC.<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | DOCKET NO. 03-2478C<br><br>**DECLARATION OF D. MICHAEL SCHOENFELD IN SUPPORT OF MOTION TO FILE AND SERVE FIRST SUPPLEMENTAL COMPLAINT**<br><br>(Judge Susan G. Braden)<br><br>Hearing Date: TBD |

I, D. Michael Schoenfeld, declare as follows:

1. I am an attorney at law licensed to practice in the Court of Federal Claims, and am a partner with the law firm of Murphy Austin Adams Schoenfeld LLP, attorneys of record for plaintiff REMEDIATION CONSTRUCTORS, INC. ("Remcon"). I have personal knowledge of the following and if called to testify could and would competently testify thereto. I make this declaration in support of Remcon's Motion to Compel Production of Documents.

2. On June 28, 2003, Remcon served its first certified omnibus claim upon Defendant USA. Thereafter, Remcon filed its original Complaint in this matter on October 21, 2003.

3. On July 23, 2004, Remcon served its second certified omnibus claim upon Defendant USA, setting forth, *inter alia*, claims that relate to transactions and events that transpired after Remcon's original Complaint was filed.

4. Remcon's First Supplemental Complaint is necessary and justified at this juncture so that Remcon can pursue all of its claims and damages in this single action, resulting in judicial economy.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed at Sacramento, California on

March 18, 2005

/S/ D. Michael Schoenfeld

D. MICHAEL SCHOENFELD