IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| REMEDIATION CONSTRUCTORS, INC.<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **CONSENT MOTION FOR ENTRY OF A REVISED SCHEDULING ORDER**<br><br>No. 03-2478C<br>(Judge Braden) |

**CONSENT MOTION FOR ENTRY OF A REVISED SCHEDULING ORDER**

Plaintiff, Remediation Constructors, Inc. ("Plaintiff") respectfully requests that this Court enter the following revised schedule regarding certain discovery deadlines and other proceedings in this action. Defendant United States of America's counsel has consented to the dates set forth in this motion. Defendant reserves the right to request further extensions of time and to conduct further discovery. Plaintiff reserves the right to oppose any further requests for time extensions.

Plaintiff filed a Motion for Leave to File and Serve First Supplemental Complaint on March 18, 2005. Defendant's response to Plaintiff's Motion for Leave is currently due by April 4, 2005. Plaintiff has agreed to meet and confer with Defendant regarding any additional discovery which may be required regarding Plaintiff's proposed First Supplemental Complaint. This is the Parties' second request for the Court to revise the previous schedule.

The Parties currently are attempting to amicably complete fact discovery. Based on the heavy volume of fact witness depositions, and exchange of documents, the Parties will not be able to complete depositions before April 22, 2005.

Due to the number of anticipated depositions, the parties have agreed upon the following

proposed revised schedule, subject to the Court's approval. The four dates which are sought to be extended relate to completion of fact discovery, exchange of expert reports, completion of expert discovery, and the time for Defendant to respond to Plaintiff Motion for Leave to File and Serve First Supplemental Complaint. The expert discovery deadlines need to be rescheduled since the Parties are requesting that fact discovery be extended, and the expert witnesses disclosed in this matter will need to rely on facts developed during fact discovery in forming their opinions. The proposed revised dates are indicated in bold.

| | |
|---|---|
| **April 15, 2005** | **Response due to Plaintiff's Motion for Leave to File and Serve First Supplemental Complaint (*Currently scheduled for April 4, 2005*);** |
| **April 22, 2005** | **Completion of fact discovery *(Currently scheduled for March 30, 2005);*** |
| April 7, 2005 | Joint status report due; |
| **May 20, 2005** | **Exchange of expert reports *(Currently due April 14, 2005);*** |
| May 24, 2005 | Joint status report due; |
| May 26, 2005 | Telephonic status conference, 3 PM EST; |
| May 27, 2005 | Deadline for filing dispositive motions, which may be filed earlier; |
| **June 30, 2005** | **Completion of expert discovery *(Currently due May 20, 2005);*** |
| July 22, 2005 | Post-discovery meeting of counsel; |
| August 19, 2005 | Meeting of counsel pursuant to RCFC Appendix A ¶ 13; |
| October 17, 2005 | Pretrial conference; and, |

October 24, 2005 Commencement of trial

The proposed revisions to the schedule are requested to provide sufficient time to complete depositions and other fact discovery, provide expert reports, conduct expert discovery, prepare any dispositive motions that may be appropriate, and perform the other tasks set forth above.

Accordingly, Plaintiff respectfully requests that this Court enter the proposed revised schedule.

DATED: March 30, 2005 MURPHY AUSTIN ADAMS SCHOENFELD LLP

/S/ D. Michael Schoenfeld

D. MICHAEL SCHOENFELD
Attorneys for Plaintiff
REMEDIATION CONSTRUCTORS, INC.

MURPHY AUSTIN ADAMS SCHOENFELD LLP
P. O. Box 1319 (95812-1319)
1000 G Street, Third Floor
Sacramento, California 95814
Telephone: (916) 446-2300 / Facsimile:(916) 503-4000