# In the United States Court of Federal Claims

No. 03-2478C
Filed: April 5, 2005

*************************************
REMEDIATION CONSTRUCTORS, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
*************************************

## ORDER

Plaintiff's consent motion for entry of a revised scheduling order, filed March 30, 2005, is hereby **GRANTED**. The court enters the following revised scheduling order:

1. A response to Plaintiff's Motion for Leave to File and Serve First Supplemental Complaint is due **April 15, 2005** (currently due April 5, 2005).

2. Fact discovery will be completed by **April 22, 2005** (currently due March 30, 2005).

3. A joint status report is due **April 7, 2005**.

4. Exchange of expert reports is due **May 20, 2005** (currently due April 14, 2005).

5. Completion of expert discovery is due **June 30, 2005** (currently due May 20, 2005).

6. A joint status report is due **May 24, 2005**.

7. A status conference will be conducted, by telephone, on **May 26, 2005, at 3 p.m., e.s.t.**

8. Dispositive motions are due **May 27, 2005**.

9. A post-discovery meeting of counsel will be held on **July 22, 2005**.

10. A meeting of counsel pursuant to RCFC Appendix A ¶ 13 will be conducted on **August 19, 2005**.

11. A pretrial conference will be held on **October 17, 2005**.

12. Trial will commence on **October 24, 2005**, and conclude on **November 4, 2005**, at a location to be determined.

**IT IS SO ORDERED**.

s/ Susan G. Braden
SUSAN G. BRADEN
Judge