IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| REMEDIATION CONSTRUCTORS, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 03-2478C (Judge Braden) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S MOTION TO FILE SUPPLEMENTAL COMPLAINT

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests an enlargement of time of 12 days, from April 15, 2005, to and including April 27, 2005, to respond to plaintiff's motion to file a supplemental complaint. The deadline to file the Government's response previously has been enlarged for 11 days. Plaintiff's counsel has indicated that plaintiff opposes this motion. The grounds for this motion are set forth below.

The enlargement of time is necessary to allow the Government to properly respond to plaintiff's motion. Remcon seeks to supplement its complaint with a claim that would add more than $1.5 million to its current claims. Despite the fact that plaintiff alleges that the decision of the contracting officer underlying its proposed supplemental complaint was issued September 16, 2004, its motion to file a supplemental complaint

was not filed until March 18, 2005 - just 12 days before the March 30, 2005 fact discovery deadline then in place. Deciding whether to oppose plaintiff's motion, and preparing any such opposition, will require a significant amount of research and discussion with agency personnel.

Moreover, in addition to this case, undersigned counsel is responsible for numerous matters that have required, or will require, his attention. Among others matters, counsel is responsible for the following cases in the United States Court of Appeals for the Federal Circuit: (1) Robinson v. United States, Fed. Cir. No. 04-3336 (oral argument conducted on April 7, 2005); (2) Blakemore v. Department of Navy, Fed. Cir. No. 04-3444 (Government's brief expected to be filed April 22, 2005); (3) Schab v. Department of Veterans Affairs, Fed. Cir. No. 05-3096 (Government's informal brief due April 26, 2005); (4) Jack v. Department of Commerce, Fed. Cir. No. 05-3120 (Government's informal brief due May 2, 2005); (5) Bitare v. Department of Homeland Security, Fed. Cir. No. 04-3261 (Government's brief due May 3, 2005).

In addition, undersigned counsel is responsible for the following cases pending in the United States Court of Federal Claims or the United States Court of International Trade: (1) Carroll v. United States, Fed. Cl. No. 04-750 (reply regarding Government's motion to dismiss due April 22, 2005);

(2) Gerber Food Co., Ltd. v. United States, CIT No. 04-454 (response to plaintiff's motion for judgment upon the agency record due April 26, 2005); (3) Palmer v. United States, Fed. Cl. No. 05-82 (reply brief due regarding Government's motion to dismiss due April 28, 2005). We anticipate requesting an enlargement of time in the CIT matter as well.

Finally, the present case has required a great deal of undersigned counsel's attention. Undersigned counsel had to travel to Sacramento, California on March 28, 2005 to conduct a deposition of plaintiff's principal. Moreover, the parties have been involved in a time-consuming dispute involving delays in the production of certain documents by plaintiff and other discovery issues.

For the foregoing reasons, this request for an additional 12 days to respond to plaintiff's motion is supported by good cause and should be granted.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Franklin E. White, Jr.

FRANKLIN E. WHITE, JR.
Assistant Director

s/Richard P. Schroeder

RICHARD P. SCHROEDER
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
Eighth Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562

Attorneys for Defendant

April 15, 2005

Certificate of Filing

I hereby certify that on April 15, 2005, a copy of foregoing DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S MOTION TO FILE SUPPLEMENTAL COMPLAINT was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Richard P. Schroeder