# In the United States Court of Federal Claims

No. 03-2478C
Filed: April 20, 2005

**************************************
*
REMEDIATION CONSTRUCTORS, INC., *
*
Plaintiff, *
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
**************************************

**ORDER**

Defendant's April 15, 2005, motion for an enlargement of time of 12 days, through April 27, 2005, within which to respond to plaintiff's motion to file and serve a first supplemental complaint, is **GRANTED.**

**IT IS SO ORDERED**.

s/ Susan G. Braden
SUSAN G. BRADEN
Judge