# In the United States Court of Federal Claims

No. 03-2478C
Filed: May 2, 2005

**************************************
*
REMEDIATION CONSTRUCTORS, INC., *
*
Plaintiff, *
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
**************************************

## ORDER

Defendant's April 28, 2005 unopposed supplemental motion for entry of a revised scheduling order and for an enlargement of time, out of time, is hereby **GRANTED**. Defendant's response to plaintiff's motion to file a supplemental complaint is due April 29, 2005.

The court enters the following revised scheduling order:

1. A joint status report is due **June 10, 2005** (currently due May 24, 2005).

2. A telephone status conference will be held **June 14, 2005 at 2:00 p.m., e.s.t.** (currently scheduled for May 26, 2005 ).

3. Fact discovery will be completed by **June 30, 2005** (currently due April 22, 2005).

4. Dispositive motions will be filed no later than **July 15, 2005** (currently due May 27, 2005).

5. Expert reports will be exchanged **July 29, 2005** (currently due May 20, 2005).

6. Responses to dispositive motions are due **August 8, 2005**.

7. Replies to dispositive motions are due **August 18, 2005**.

8. Expert discovery is due **August 30, 2005** (currently due June 30, 2005).

9. A post-discovery meeting of counsel will be held on **September 7, 2005** (currently scheduled for July 22, 2005).

10. Plaintiff's memorandum of contentions of fact and law will be received by the Government no later than **September 15, 2005.**

11. Defendant's memorandum of contentions of fact and law will be received by plaintiff no later than **October 5, 2005**.

12. A pretrial conference will be held on **October 17, 2005**.

13. Trial will commence on **October 24, 2005**, and conclude on **November 4, 2005**, at a location to be determined.

**IT IS SO ORDERED**.

s/ Susan G. Branden
SUSAN G. BRADEN
Judge