# In the United States Court of Federal Claims

No. 03-2478C
Filed: June 15, 2005

| | |
|---|---|
| REMEDIATION CONSTRUCTORS, INC., | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

## ORDER

A status conference will be conducted, by telephone, on **June 29, 2005, at 3:00 p.m., e.s.t.**

**IT IS SO ORDERED**.

s/ Susan G. Braden
SUSAN G. BRADEN
Judge