# APPENDIX

# INDEX TO APPENDIX

Page(s)


Notice of Termination for Default . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

Contract Modification No. 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

Contract Modification No. 2 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

Contract Modification No. 3 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

Contract Modification No. 4 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17

Contract Modification No. 5 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22

Contract Modification No. 6 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26

Letter to Remcon dated June 6, 2003 . . . . . . . . . . . . . . . . . . . . . . . . 30

Letter from Remcon dated June 7, 2003 . . . . . . . . . . . . . . . . . . . . . . 32

Letter to Remcon dated June 18, 2003 . . . . . . . . . . . . . . . . . . . . . . . 33

Letter to Remcon dated July 8, 2003 . . . . . . . . . . . . . . . . . . . . . . . . 35

Letter from Remcon dated June 28, 2003 . . . . . . . . . . . . . . . . . . . . . 37

Letter from Remcon dated July 3, 2003 . . . . . . . . . . . . . . . . . . . . . . 38

Construction Schedule . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 39

Cure Notice dated July 24, 2003 . . . . . . . . . . . . . . . . . . . . . . . . . . . 40

Letter to Remcon dated July 29, 2003 . . . . . . . . . . . . . . . . . . . . . . . 43

Letter from Remcon dated July 31, 2003 . . . . . . . . . . . . . . . . . . . . . 45

## INDEX TO APPENDIX (con't)

Cure Notice Extension dated August 4, 2003 . . . . . . . . . . . . . . . . . . . . . . 46

Contract Excerpts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 47

Proposed Contract Modification No. 7 . . . . . . . . . . . . . . . . . . . . . . . . . . 54

Claim Excerpts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 60

Notice to Proceed dated June 6, 2001 . . . . . . . . . . . . . . . . . . . . . . . . . . 66

Letter from Remcon dated August 11, 2003 . . . . . . . . . . . . . . . . . . . . . . 67

United States Department of the Interior
NATIONAL PARK SERVICE
DENVER SERVICE CENTER
12795 W. Alameda Parkway
P.O. Box 25287
Denver, Colorado 80225-0287

IN REPLY REFER TO:
D5217 (DSC-CS)
SEKI-200Q
1443C8000010903

August 13, 2003

CERTIFIED MAIL - RETURN RECEIPT REQUESTED

Stephen B. Christensen, President
Remcon, Inc.
P.O. Box 758
751 Wakefield Court
Oakdale, California 95361

Facsimile No.: 209/847-9189

Dear Mr. Christensen:

Reference: Sequoia and Kings Canyon National Parks, Tulare County, California, Contract No. 1443C8000010903, Giant Forest, Sherman Tree Parking Area, SEKI 200Q

Subject: Notice of Termination for Default

This letter is to advise that the above-referenced contract is terminated for default in accordance with Contract Clause No. I.81, Default (Fixed-Price Construction).

By letter of July 24, 2003, you were given 10 calendar days to provide any tangible evidence that you intended to diligently pursue completion of the above-referenced project. On July 31, 2003, you requested an extension of the cure period until August 11, 2003. I granted your request. To date, we have received no substantive response to our cure letter and no significant work has been accomplished during this construction season.

The completion date for the contract is August 28, 2003. Since June 9, 2003, you have been given several opportunities to correct your performance deficiencies. Unfortunately, you have now failed to follow through on your latest commitment to complete the contract in a timely manner.

As of today, you have completed approximately 53 percent of the work. You may have been able to overcome your past management deficiencies and complete the work within a reasonable period of time. However, your lack of response to my cure letter and failure to make progress on the project leads me to determine that you do not intend to complete the contract in accordance with its terms. Therefore, I have no alternative but to terminate this contract for default. The Government reserves all rights and remedies provided by law or under the contract.

This is a final decision of the Contracting Officer. You may appeal this decision to the agency board of contract appeals. If you decide to appeal, you must, within 90 days from the date you receive this decision, mail or otherwise furnish written notice to the agency board of contract appeals and provide a copy to the Contracting Officer from whose decision the appeal is taken. The notice shall indicate that an appeal is intended, reference this decision, and identify the contract by number. With regard to appeals to the agency board of contract appeals, you may, solely at your election, proceed under the board's small claim procedure for claims of $50,000 or less or its accelerated procedure for claims of $100,000 or less. Instead of appealing to the agency board of contract appeals, you may bring an action directly in the United States Court of Federal Claims within 12 months of the date you receive this decision.

Sincerely,

Rod Keiscome

Rodney K. Keiscome
Contracting Officer

cc:
Mr. D. Michael Schoenfeld, Murphy Austin Adams Schoenfeld LLP, 1000 G Street, 3rd Floor, P.O. Box 1319, Sacramento, California 95812-1319 via facsimile no. (916) 503-4000

Mr. Mick Flak, Bond Claim Specialist, Great American Insurance Companies, P.O. Box 3158, Englewood, Colorado 80155 via facsimile no. (303) 804-0402

bcc:
Regional Dir., Pacific West Region
Supt., SEKI
SEKI, Jack Vance
DSC-PM, Giller
DSC-FDC, Construction, DeOcampo
DSC-PDS, Cody

DSC-CS:Keiscome:rkk:07/31/03:2048:T4D

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

7000 1670 0004 9538 8545

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Stephen B. Christensen, President
Remcon, Inc.
P.O. Box 758
751 Wakefield Court
Oakdale, CA 95361

T4D

**AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT**

1. CONTRACT ID CODE: J | Page 1 of 2

2. AMENDMENT/MODIFICATION NO. 0001 | 3. EFFECTIVE DATE AUG 02 2001 | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. *(If applicable)* SEKI-200Q

T. Lang 8-17-01
[illegible] 7/17/01

6. ISSUED BY CODE 2081
DSC - CS - Contracting Services Group
National Park Service, P.O. Box 25287, 12795 W. Alameda Parkway, Attn: Terry Lang
Denver, CO 80225

7. ADMINISTERED BY *(If other than Item 6)* CODE

8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State and Zip Code)*

Remcon Inc.
751 Wakefield Court
Oakdale, CA 95361

OBLIGATED MANUALLY NON-FSS LINK BY BONNIE SANTOS. APPROVED/RELEASED NON-FSS LINK. [initials] SEE ATTCH'D P/O 8/16/01

CODE | FACILITY CODE M1 / LINE 2

9A. AMENDMENT OF SOLICITATION NO.

9B. DATED *(SEE ITEM 11)*

(X) 10A. MODIFICATION OF CONTRACT/ORDER NO. C8000010903

(X) 10B. DATED *(SEE ITEM 13)* 05/09/2001

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15, and returning ________ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. *If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.*

12. ACCOUNTING AND APPROPRIATION DATA *(If required)*
2001 - - -8550 - - - -477 - - -0197 - - - - - -

13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| CHECK ONE | |
|---|---|
| ☐ | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| ☐ | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF AUTHORITY OF FAR 43.103(b). |
| ☑ | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: Clause 52.217-8 Option to Extend Services |
| ☐ | D. OTHER *(Specify type of modification and authority)* |

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return 3 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

Sequoia and Kings Canyon National Parks, California
SEKI-200Q

SEE ATTACHED

*Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.*

15A. NAME AND TITLE OF SIGNER *(Type or print)*
Stephen B. Christensen-President

16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)*
Rodney K. Keiscome

15B. CONTRACTOR/OFFEROR [signature]
*(Signature of person authorized to sign)*

15C. DATE SIGNED 7/24/01

16B. United States of America BY [signature]
*(Signature of Contracting Officer)*

16C. DATE SIGNED 8/2/01

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

STANDARD FORM 30 (REV 10-83)
Prescribed by GSA FAR (48 CFR) 53.243

(3)

| Line Item Summary | Document Number | Title | Page |
|---|---|---|---|
| | C8000010903/[redacted] | SEKI-200Q [redacted] | 2 of 2 |

**Total Funding:** $7,439,486.00

| FYs | Fund | Budget Org | Sub | Object Class | Sub | Program | Cost Org | Sub | Proj/Job No. | Sub | Reporting Category |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Division | Closed FYs | Cancelled Fund |
|---|---|---|

| Line Item Number | Description | Delivery Date (Start date to End date) | Quantity | Unit of Issue | Unit Price | Total Cost |
|---|---|---|---|---|---|---|
| 0001 | Sequoia and Kings Canyon National Parks, California, Sherman Tree Parking Area, SEKI-200Q<br>Change in Funding, Unit Price | | 0.00 | ls | $317,850.00 | $317,850.00 |

Funding Information:
2001 - - - 8550 - - - - 477 - - - 0197 - - - - - -
317,850.00

| | |
|---|---|
| Previous Total: | $7,121,636.00 |
| Modification Total: | $317,850.00 |
| Grand Total: (Includes Discounts) | $7,439,486.00 |



4

<u>New Item 129: Asphalt Concrete Pavement- upper Sherman Roads & Parking – 2-1/2" Overlay.</u>
(Option No. One)
Furnish and install 2-1/2" AC overlay from the Wolverton Road Intersection to and including the Upper Sherman Parking lots. This work shall be in accordance with specification section 02743; the contract drawing US sheets and L 7. Payment will be based on number of tons placed at the option unit price of $75.00/Ton.

**ADD: $ 226,350.00**

<u>New Item 130: General's Highway Stone Headwall.</u>
(Option No. Two)
Furnish and install stone headwall in accordance with specification section 02614, contract drawing sheet LS 19 and where shown on sheet LS 11. Payment will be made a lump sum basis.

**ADD: $ 87,000.00**

<u>*New Item 131: Telephone Service to Correl Stub.*</u>
(Option No. Four)
Furnish and install 825 LF of 4" schedule 40 PVC and 3 pullboxes in accordance with specification section 16010, Pacific Bell installation requirements, and contract drawing sheets UE1 and UE4. Payment will be made on a lump sum basis.

**ADD: $ 4,500.00**

Except as modified above, all work shall be performed in accordance with the provisions of the contract where applicable as determined by the Contracting Officer or as otherwise directed by the Contracting Officer.

You will be compensated for the changed work by modifying the Contract Bid Schedule as follows:

| Item No. | Original Est. Quantity | Revised Estimated Quantity | Item Description | Unit Price | Original Amount | Amount of (Decrease) or Increase | Revised Amount |
|---|---|---|---|---|---|---|---|
| *129 (Opt 1) | 0 | 3,018 Tons | AC Pavement, Upper Sherman Roads & Parking 2-1/2" Overlay | $75.00/Tn | $0.00 | $226,350.00 | $226,350.00 |
| *130 (Opt 2) | 0 | LS | General's Highway Stone Headwall | LS | $0.00 | $87,000.00 | $87,000.00 |
| *131 (Opt 4) | 0 | LS | Telephone Service to Correl Stub | LS | $0.00 | $4,500.00 | $4,500.00 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

* Indicates New Bid Item

This Modification Number 1 results in an increased amount of $317,850.00 in the contract amount. The revised amount is accordingly established as follows:

| | |
|---|---|
| Original Contract Amount | $ 7,121,636.00 |
| Modification No. 1, Increase | $ 317,850.00 |
| **Revised Contract Amount** | **$ 7,439,486.00** |

No additional contract days will be allowed under this modification and the contract completion date remains August 11, 2003.

## CONTRACTOR'S STATEMENT OF RELEASE

The foregoing Modification No. 1 is satisfactory and is hereby accepted. In accepting this Modification No. 1, the Contractor acknowledges that he has no unsatisfied claim against the Government arising out of or resulting from this modification, and the Contractor hereby releases and discharges the Government from any and all claims or demands whatsoever arising out of or resulting from this modification.

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| | |
|---|---|
| 1. CONTRACT ID CODE | J |
| Page | 1 of 3 |
| 2. AMENDMENT/MODIFICATION NO. | 0002 |
| 3. EFFECTIVE DATE | JAN 28 2002 |
| 4. REQUISITION/PURCHASE REQ. NO. | |
| 5. PROJECT NO. (If applicable) | SEKI-200Q |

1/9/02 T. Lang 01-23-02

| | |
|---|---|
| 6. ISSUED BY — CODE 2081 | DSC - CS - Contracting Services Group<br>National Park Service, P.O. Box 25287,12795 W. Alameda Parkway, Attn: Terry Lang<br>Denver, CO 80225 |
| 7. ADMINISTERED BY (If other than Item 6) — CODE | |

**8. NAME AND ADDRESS OF CONTRACTOR** (No., street, county, State and Zip Code)

Remcon Inc.
751 Wakefield Court
Oakdale, CA 95361

CODE — FACILITY CODE

APPROVED IN IDEAS/PO W/ NO FFS LINK TRANS CODE MB LINE 001 4/16/02

| | |
|---|---|
| 9A. AMENDMENT OF SOLICITATION NO. | |
| 9B. DATED (SEE ITEM 11) | |
| (X) 10A. MODIFICATION OF CONTRACT/ORDER NO. | C8000010903 |
| (X) 10B. DATED (SEE ITEM 13) | 05/09/2001 |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning ________ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

**12. ACCOUNTING AND APPROPRIATION DATA** (If required)

See Line Item Detail

**13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| CHECK ONE | |
|---|---|
| ☐ | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| ☐ | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF AUTHORITY OF FAR 43.103(b). |
| ☑ | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:<br>Changes, FAR Clause 52.243 |
| ☐ | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return 3 copies to the issuing office.

**14. DESCRIPTION OF AMENDMENT/MODIFICATION** (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

Sequoia and Kings Canyon National Parks, California
SEKI-200Q

SEE ATTACHED

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| | |
|---|---|
| 15A. NAME AND TITLE OF SIGNER (Type or print) | STEPHEN B. CHRISTENSEN, PRESIDENT |
| 15B. CONTRACTOR/OFFEROR | [signature] (Signature of person authorized to sign) |
| 15C. DATE SIGNED | 1/16/02 |
| 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | Rodney K. Keiscome |
| 16B. United States of America | BY [signature] (Signature of Contracting Officer) |
| 16C. DATE SIGNED | 1/28/02 |

| Line Item Summary. | Document Number | Title | Page |
|---|---|---|---|
| | C80000105[redacted]002 | SEKI-200Q [redacted] | 2 of 3 |

Total Funding: $7,450,394.00

FYs Fund Budget Org Sub Object Class Sub Program Cost Org Sub Proj/Job No. Sub Reporting Category

See Line Item(s)

Division Closed FYs Cancelled Fund

| Line Item Number | Description | Delivery Date (Start date to End date) | Quantity | Unit of Issue | Unit Price | Total Cost |
|---|---|---|---|---|---|---|
| 0001 | Sequoia and Kings Canyon National Parks, California, Sherman Tree Parking Area, SEKI-200Q<br>Change in Funding, Unit Price | | 0.00 | ls | $10,908.00 | $10,908.00 |

F[redacted]g Information:
2002- - -8550- -252A- -477- - -0197- - - - - -

10,908.00

Previous Total: $7,439,486.00
Modification Total: $10,908.00
Grand Total: $7,450,394.00
(Includes Discounts)

[redacted]



(8)

| Address Detail | Title | Document Number | Page |
|---|---|---|---|
| | SEKI-200[illegible] | C80000109[illegible]2 | 3 of 3 |

## Shipping Addresses

| Item No. | Detail |
|---|---|
| 0001 | Org: DSC-PM<br>Addr: NPS DSC-PM<br>12795 W. ALAMEDA PKWY<br><br>LAKEWOOD CO 80228<br>Attn: RAY TODD, PROJECT MANAGER<br>Phone: (303) 969-2573 ext.<br>Fax: ( ) - ext. |

## Invoice Addresses

| Item No. | Detail |
|---|---|
| 0001 | Org: DSC - CS - Contracting Services Group<br>Addr: National Park Service, P.O. Box 25287<br>12795 W. Alameda Parkway<br><br>Denver CO 80225<br>Attn: Martie Savarie, Procurement Tech<br>Phone: (303) 969-2166 ext.<br>Fax: (303) 969-2040 ext. |

**New Bid Item No. 132: Sewer Force Main from the Dosing Tank:** Furnish and install 240 LF of 4-inch diameter Schedule 80 PVC Sewer Force Main from the dosing tank westerly to a point beyond the limits of the parking lot pavement. This work includes coring the dosing walls in three locations as follows: the westerly wall (6-inch core for the force main) and two cores in the southerly wall (2-inch cores for the electrical conduits). All work shall be in accordance with Specification Sections 02501, 02502 and 02745, and contract drawing sheets 58 (US46) and 99 (UE3). Payment will be made on a lump sum basis.

**ADD: $ 3,458.00**

**New Bid Item No. 133: Electrical/Telephone changes on the Access Road**
Furnish and install 422 LF of 4-inch diameter Schedule 40 telephone conduit with an additional telephone pullbox (TB-4); relocate Telephone Pullbox (TPB)-2 from the paved roadway to the road shoulder and relocate the electrical and telephone stub-outs (for Corrals) from TB-3 & PB-2 to TB-4 & PB-3. All work shall be in accordance with Specification Sections 16010, 16301 & 16740 and contract drawing sheets 97(UE 1) and 100 (UE 4). Payment will be made on a lump sum basis.

**ADD: $ 7,450.00**

Except as modified above, all work shall be performed in accordance with the provisions of the contract where applicable as determined by the Contracting Officer or as otherwise directed by the Contracting Officer.

You will be compensated for the changed work by modifying the Contract Bid Schedule as follows:

| Item No. | Original Est. Quantity | Revised Estimated Quantity | Item Description | Unit Price | Original Amount | Amount of (Decrease) or Increase | Revised Amount |
|---|---|---|---|---|---|---|---|
| *132 | 0 | LS | Sewer Force Main from the dosing tank | LS | $0.00 | $3,458.00 | $3,458.00 |
| *133 | 0 | LS | Electrical/ Telephone changes on the Access Road | LS | $0.00 | $7,450.00 | $7,450.00 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

* Indicates New Bid Item

This Modification Number 2 results in an increased amount of $10,908.00 in the contract amount. The revised amount is accordingly established as follows:

| | |
|---|---|
| Original Contract Amount | $ 7,121,636.00 |
| Modification No. 1, Increase | $ 317,850.00 |
| Modification No. 2, Increase | $ 10,908.00 |
| **Revised Contract Amount** | **$ 7,450,394.00** |

Since the above items were not shown to be on the critical path in the Contractor's Schedule, no time extension will be granted for this modification. The contract completion date will remain August 11, 2003.

**CONTRACTOR'S STATEMENT OF RELEASE**

The foregoing Modification No. 2 is satisfactory and is hereby accepted. In accepting this Modification No. 2, the Contractor acknowledges that he has no unsatisfied claim against the Government arising out of or resulting from this modification, and the Contractor hereby releases and discharges the Government from any and all claims or demands whatsoever arising out of or resulting from this modification.

AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | 1. CONTRACT ID CODE | Page 1 of 3

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. *(If applicable)* |
|---|---|---|---|
| 0003 | 8/21/02 | | SEKI-200Q |

6. ISSUED BY CODE 2081
DSC - CS - Contracting Services Group
National Park Service, P.O. Box 25287,12795 W. Alameda Parkway, Attn: Lang
Denver, CO 80225

7. ADMINISTERED BY *(If other than Item 6)* CODE
COPY PROVIDED TO STEVE CHRISTENSEN, PRESIDENT REMCON, INC. @ SEKI ... 8/15/02

8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State and Zip Code)*
Remcon Inc.
751 Wakefield Court
Oakdale, CA 95361
OBLIGATED IN IDEAS/PO
NO FFS LINE
TRANS CODE MB LINE 03 8/29/02
8/22/02

CODE | FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO.
9B. DATED *(SEE ITEM 11)*
(X) 10A. MODIFICATION OF CONTRACT/ORDER NO. C8000010903
(X) 10B. DATED *(SEE ITEM 13)* 05/09/2001

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15, and returning ________ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA *(If required)*
See Line Item Detail

13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS.
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| CHECK ONE | |
|---|---|
| ☐ | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| ☑ | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: Changes, FAR Clause 52.243 |
| ☐ | D. OTHER *(Specify type of modification and authority)* |

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return 3 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

Sequoia and Kings Canyon National Parks, California
SEKI-200Q

SEE ATTACHED CHANGES

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER *(Type or print)* | | 16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)* | |
|---|---|---|---|
| STEPHEN B. CHRISTENSEN, PRESIDENT | | Rodney K. Keiscome | |
| 15B. CONTRACTOR/OFFEROR [signature] *(Signature of person authorized to sign)* | 15C. DATE SIGNED 8/20/02 | 16B. United States of America BY [signature] *(Signature of Contracting Officer)* | 16C. DATE SIGNED 8/21/02 |

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA FAR (48 CFR) 53.243



(12)

| Line Item Summary | Document Number | Title | Page |
|---|---|---|---|
| | [illegible] | SEKI-200Q | 2 of 3 |

Total Funding: $7,795,603.92

| FYs | Fund | Budget Org | Sub | Object Class | Sub | Program | Cost Org | Sub | Proj/Job No. | Sub | Reporting Category |
|---|---|---|---|---|---|---|---|---|---|---|---|

See Line Item(s)

on Closed FYs Cancelled Fund

| Line Item Number | Description | Delivery Date (Start date to End date) | Quantity | Unit of Issue | Unit Price | Total Cost |
|---|---|---|---|---|---|---|
| 0001 | Sequoia and Kings Canyon National Parks, California, Sherman Tree Parking Area, SEKI-200Q<br>Change in Funding, Unit Price | | 0.00 | ls | $345,209.92 | $345,209.92 |

Funding information:
2001 - - - 8550 - - - - 477 - - - 0197 - - - - - -
345,209.92

| | |
|---|---|
| Previous Total: | $7,450,394.00 |
| Modification Total: | $345,209.92 |
| Grand Total: (Includes Discounts) | $7,795,603.92 |

| Address Detail | Title<br>SEKI-200Q | Document Number<br>C8000010903/0003 | Page<br>3 of 3 |
|---|---|---|---|

## Shipping Addresses

| Code | Detail |
|---|---|
| 01 | Org: DSC-PM<br>Addr: NPS DSC-PM<br>12795 W. ALAMEDA PKWY<br><br>LAKEWOOD CO 80228<br>Attn: MICHAEL GILLER<br>Phone: (303) 969-2007<br>Fax: ( ) - ext. |

## Invoice Addresses

| Code | Detail |
|---|---|
| 0001 | Org: DSC - CS - Contracting Services Group<br>Addr: National Park Service, P.O. Box 25287<br>12795 W. Alameda Parkway<br><br>Denver CO 80225<br>Attn: Martie Savarie, Procurement Tech<br>Phone: (303) 969-2166 ext.<br>Fax: (303) 969-2040 ext. |

(14)

Item No. 26: Haul Miscellaneous Material from the Park
Delete this item in its entirety.

DEDUCT: $124,000.00

New Item No. 134: General Condition Costs Associated with the Deletion of Item 26
Reimburse the Contractor's General Condition costs for deleting pay item #26. Payment will be made at a Lump sum price.

ADD: $ 20,720.40

New Item No. 135: Haul Excess Miscellaneous Material from the Park
Reimburse the Contractor for costs associated for hauling and disposing 4,624 Tons of deleterious material outside the park. Payment will be made at the newly negotiated unit price of $93.86/ton for 4,624 Tons.

ADD: $434,008.64

New Item No. 136: Extended Field Overhead (EFO)
Compensate the contractor for an eight- (8) calendar day time extension in this Modification No. 3. The EFO cost of $1,810.11/day shall be paid for additional costs associated with the contractor remaining on site longer than expected. Payment will be based on the number of days extended.

ADD: $ 14,480.88

Except as modified above, all work shall be performed in accordance with the provisions of the contract where applicable as determined by the Contracting Officer or as otherwise directed by the Contracting Officer.

You will be compensated for the changed work by modifying the Contract Bid Schedule as follows:

| Item No. | Original Est. Quantity | Revised Estimated Quantity | Item Description | Unit Price | Original Amount | Amount of (Decrease) or Increase | Revised Amount |
|---|---|---|---|---|---|---|---|
| **26 | 2,000 CY | 0 CY | Haul Miscellaneous Material From the Park | $62.00/CY | $124,000.00 | $124,000.00 | $ 0.00 |
| *134 | 0 | LS | Gen. Condition Costs associated with the deletion of Item # 26 | LS | $0.00 | $ 20,720.40 | $ 20,720.40 |
| *135 | 0 | 4,624 Ton | Haul Excess Miscellaneous Material From the Park | $93.86/Tn | $0.00 | $434,008.64 | $434,008.64 |
| *136 | 0 | 8 Days | Extended Field Overhead | $1,810.11/ Day | $0.00 | $14,480.88 | $14,480.88 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

* Indicates New Bid Item

(15)

This Modification Number 3 results in an increased amount of $345,209.68 in the contract amount. The revised amount is accordingly established as follows:

| | |
|---|---|
| Original Contract Amount | $ 7,121,636.00 |
| Modification No. 1, Increase | $ 317,850.00 |
| Modification No. 2, Increase | $ 10,908.00 |
| Modification No. 3, Increase | $ 345,209.92 |
| **Revised Contract Amount** | **$ 7,795,603.92** |

JBC 8/20/02
DK 8/21/02

An allowance of thirteen (13) additional ~~calendar~~ WORKING days will be made on account of the additional work involved under this modification and the contract completion date is accordingly changed from August 11, 2003 to August 24, 2003.

## CONTRACTOR'S STATEMENT OF RELEASE

The contractor agrees that, in consideration of receiving the benefits of Modification 3, all claims or obligations which now exist or which may hereafter arise, whether known or unknown, or which have or could have been asserted against the National Park Service or the Government as well as its officers and employees, in any form or forum, whether in law or equity, arising out of or resulting from this modification are hereby released, waived, and forever discharged.

16

AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE | Page 1 of 3

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| 0004 | SEP 12 2002 | | SEKI-200Q |

9/11/02

6. ISSUED BY CODE 2081
DSC - CS - Contracting Services Group
National Park Service, P.O. Box 25287, 12795 W. Alameda Parkway, Attn: Lang
Denver, CO 80225

7. ADMINISTERED BY (If other than Item 6) CODE
OBLIGATED EXISTING CONTRACT
NO FFS LINK.
9/16/02

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and Zip Code)

Remcon Inc.
751 Wakefield Court
Oakdale, CA 95361

TRANS CODE
MS
LINE 002
MD 3 & 4

CODE | FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

(X) 10A. MODIFICATION OF CONTRACT/ORDER NO. C8000010903

(X) 10B. DATED (SEE ITEM 13) 05/09/2001

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ________ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
See Line Item Detail

13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS.
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| CHECK ONE | |
|---|---|
| ☐ | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| ☑ | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: Changes, FAR Clause 52.243 |
| ☐ | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return 3 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

Sequoia and Kings Canyon National Parks, California
Giant Forest, Sherman Tree Parking
SEKI-200Q

SEE ATTACHED CHANGES

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
|---|---|---|---|
| STEPHEN B. CHRISTENSEN PRES. | | Rodney K. Keiscome | |
| 15B. CONTRACTOR/OFFEROR [signature] (Signature of person authorized to sign) | 15C. DATE SIGNED 9/11/02 | 16B. United States of America BY [signature] (Signature of Contracting Officer) | 16C. DATE SIGNED 9/12/02 |

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA FAR (48 CFR) 53.243

| Line Item Summary | Document Number | Title | Page |
|---|---|---|---|
| | C80000[illegible]70004 | SEKI-200Q | 2 of 3 |

Total F[illegible]ding: $7,890,724.28

FYs Fund Budget Org Sub Object Class Sub Program Cost Org Sub Proj/Job No. Sub Reporting Category

See Line Item(s)

[illegible]sion Closed FYs Cancelled Fund

| Line Item Number | Description | Delivery Date (Start date to End date) | Quantity | Unit of Issue | Unit Price | Total Cost |
|---|---|---|---|---|---|---|
| 0001 | Sequoia and Kings Canyon National Parks, California, Sherman Tree Parking Area, SEKI-200Q<br>Change in Funding, Unit Price | | 0.00 | ls | $95,120.36 | $95,120.36 |

F[illegible]g Information:
2002 - - - 8550 - - 252z - - 477 - - - 0197 - - - - - -
95,120.36

| | |
|---|---|
| Previous Total: | $7,795,603.92 |
| Modification Total: | $95,120.36 |
| Grand Total: (Includes Discounts) | $7,890,724.28 |

## Shipping Addresses

| Code | Detail |
|---|---|
| 01 | Org: DSC-PM<br>Addr: NPS DSC-PM<br>12795 W. ALAMEDA PKWY<br><br>LAKEWOOD CO 80228<br>Attn: Michael Giller, Project Manager<br>Phone: (303) 969-2007 ext.<br>Fax: (303) 969-2238 ext. |

## Invoice Addresses

| Code | Detail |
|---|---|
| 0001 | Org: DSC - CS - Contracting Services Group<br>Addr: National Park Service, P.O. Box 25287<br>12795 W. Alameda Parkway<br><br>Denver CO 80225<br>Attn: Martie Savarie, Procurement Tech<br>Phone: (303) 969-2166 ext.<br>Fax: (303) 969-2040 ext. |

(19)

**Item 39: Haul Excess Excavation.**
Compensate the Contractor for hauling an additional estimated quantity of 3,200 CY of excess excavation to Wolverton Point. Payment will made at the Contract Unit Price of $12.00/CY.

**ADD: $38,400.00**

**New Item No. 137: Restaking Access Road Centerline.**
Reimburse the Contractor for cost associated with the additional construction surveying (staking). Payment will be made at a negotiated Lump Sum price.

**ADD: $ 1,154.00**

**New Item No. 138: Sorting & Removal of Buried Debris in Upper Parking Lot.**
Reimburse the Contractor for costs associated for sorting and removal of the buried material encountered. Payment will be made at a negotiated Lump Sum price.

**ADD: $11,750.36**

**New Item No. 139: Raising Finish Grade of Upper Parking Lot.**
Compensate the Contractor for cost associated for placing and compacting the excess excavation required to raise the upper parking lot to the revised grading elevations. Payment will be made at a negotiated Lump Sum price.

**ADD: $43,816.00**

Except as modified above, all work shall be performed in accordance with the provisions of the contract where applicable as determined by the Contracting Officer or as otherwise directed by the Contracting Officer.

You will be compensated for the changed work by modifying the Contract Price Schedule as follows:

| Item No. | Original Est. Quantity | Revised Estimated Quantity | Item Description | Unit Price | Original Amount | Amount of (Decrease) or Increase | Revised Amount |
|---|---|---|---|---|---|---|---|
| 39 | 6,800 CY | 10,000 CY | Haul Excess Excavation | $12.00 | $81,600.00 | $38,400.00 | $120,000.00 |
| *137 | 0 | LS | Restaking Access Road (Sta. 25+00+/- to Sta. 30+00 +/-) | LS | $ 0.00 | $ 1,154.00 | $ 1,154.00 |
| *138 | 0 | LS | Separating Debris in Upper Parking Lot | LS | $ 0.00 | $ 11,750.36 | $ 11,750.36 |
| *139 | 0 | LS | Raising Finish Grade of Upper Parking Lot | LS | $ 0.00 | $43,816.00 | $ 43,816.00 |
| | | | | | | | |
| | | | | | | | |

* Indicates New Bid Item

This Modification Number 4 results in an increased amount of $95,120.36 in the contract amount. The revised amount is accordingly established as follows:

| | |
|---|---|
| Original Contract Amount | $ 7,121,636.00 |
| Modification No. 1, Increase | $ 317,850.00 |
| Modification No. 2, Increase | $ 10,908.00 |
| Modification No. 3, Increase | $ 345,209.92 |
| Modification No. 4, Increase | $ 95,120.36 |
| **Revised Contract Amount** | **$ 7,890,724.28** |

Since the above items were not shown to be on the critical path in the Contractor's Schedule, no time extension will be granted for this modification. The contract completion date will remain August 24, 2003.

## CONTRACTOR'S STATEMENT OF RELEASE

The contractor agrees that, in consideration of receiving the benefits of Modification 4, all claims or obligations which now exist or which may hereafter arise, whether known or unknown, or which have or could have been asserted against the National Park Service or the Government as well as its officers and employees, in any form or forum, whether in law or equity, arising out of or resulting from this modification are hereby released, waived, and forever discharged.

RECEIVED OCT 2

## AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE: J
Page 1 of 3

2. AMENDMENT/MODIFICATION NO.: 0005
3. EFFECTIVE DATE:
4. REQUISITION/PURCHASE REQ. NO.: DSC Contracting Services
5. PROJECT NO. *(If applicable)*: SEKI-200Q

6. ISSUED BY — CODE 2081
DSC - CS - Contracting Services Group
National Park Service, P.O. Box 25287,12795 W. Alameda Parkway, Attn: Terry Lang
Denver, CO 80225

7. ADMINISTERED BY *(If other than Item 6)* CODE
OBLIGATED IN 10EKS/PA (existing contract - no FFS LINK) 11/20/02

8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State and Zip Code)*
M 8, LINE 003
Remcon Inc.
751 Wakefield Court
Oakdale, CA 95361

CODE | FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO.
9B. DATED *(SEE ITEM 11)*
(X) 10A. MODIFICATION OF CONTRACT/ORDER NO. C8000010903
(X) 10B. DATED *(SEE ITEM 13)* 05/09/2001

### 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15, and returning ________ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA *(If required)*
See Line Item Detail

### 13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| CHECK ONE | |
|---|---|
| ☐ | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| ☐ | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| ☑ | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: Changes, FAR Clause 52.243 |
| ☐ | D. OTHER *(Specify type of modification and authority)* |

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return 3 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

Sequoia and Kings Canyon National Parks, California
Giant Forest, Sherman Tree Parking
SEKI-200Q

SEE ATTACHED CHANGES

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER *(Type or print)*: STEPHEN B. CHRISTENSEN, PRESIDENT
16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)*: Rodney K. Keiscome

15B. CONTRACTOR/OFFEROR: [signature] *(Signature of person authorized to sign)*
15C. DATE SIGNED: 10/18/02
16B. United States of America BY [signature] *(Signature of Contracting Officer)*
16C. DATE SIGNED: 11/20/02

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA FAR (48 CFR) 53.243

(22)

| Line Item Summary | Document Number | Title | Page |
|---|---|---|---|
| | C800[redacted]0[redacted]05 | SEKI-200Q [redacted] | 2 of 3 |

**Total Funding:** $7,917,604.28

| FYs | Fund | Budget Org | Sub | Object Class | Sub | Program | Cost Org | Sub | Proj/Job No. | Sub | Reporting Category |
|---|---|---|---|---|---|---|---|---|---|---|---|
| See Line Item(s) | | | | | | | | | | | |

| Division | Closed FYs | Cancelled Fund |
|---|---|---|
| | | |

| Line Item Number | Description | Delivery Date (Start date to End date) | Quantity | Unit of Issue | Unit Price | Total Cost |
|---|---|---|---|---|---|---|
| 0001 | Sequoia and Kings Canyon National Parks, California, Sherman Tree Parking Area, SEKI-200Q<br>Change in Funding, Unit Price | | 0.00 | ls | $26,880.00 | $26,880.00 |

Funding Information:
2002 - - - 8550 - - 252z - - 477 - - - 0197 - - - - - -
26,880.00

| | |
|---|---|
| Previous Total: | $7,890,724.28 |
| Modification Total: | $26,880.00 |
| Grand Total: (Includes Discounts) | $7,917,504.28 |

| Address Detail | Title | Document Number | Page |
|---|---|---|---|
| | SEK[redacted] | C800001[redacted] | 3 of 3 |

## Shipping Addresses

| Code | Detail |
|---|---|
| 0001 | Org: DSC-PM<br>Addr: NPS DSC-PM<br>12795 W. ALAMEDA PKWY<br><br>LAKEWOOD CO 80228<br>Attn: Michael Giller, Project Manager<br>Phone: (303) 969-2007 ext.<br>Fax: (303) 969-2238 ext. |

## Invoice Addresses

| Code | Detail |
|---|---|
| 0001 | Org: DSC - CS - Contracting Services Group<br>Addr: National Park Service, P.O. Box 25287<br>12795 W. Alameda Parkway<br><br>Denver CO 80225<br>Attn: Martie Savarie, Procurement Tech<br>Phone: (303) 969-2166 ext.<br>Fax: (303) 969-2040 ext. |

**No. 48: Riprap**
Delete 4 SY of Riprap at Sherman Tree Trail. Deletion price is equivalent to 3.38± SY at contract unit price of $109/SY.

**DEDUCT: ($368.00)**

**No. 80: Stone Trench**
Delete 96 LF of stone trench at Sherman Tree Trail. Deletion price is equivalent to 18.47± LF at contract unit price of $467/LF.

**DEDUCT: ($8,624.00)**

**No. 140: Adjust General Sherman Tree Trail**
Compensate the contractor for the following adjustments to the Sherman Tree Trail. Details include: install 2 quantity 24" CMP, install boulder revetment, relocate boulder, add dispersal riprap, add modified headwalls, adjust riprap.

**ADD: $35,872.00**

Except as modified above, all work shall be performed in accordance with the provisions of the contract where applicable as determined by the Contracting Officer or as otherwise directed by the Contracting Officer.

You will be compensated for the changed work by modifying the Contract Bid Schedule as follows:

| Item No. | Original Est. Quantity | Revised Estimated Quantity | Item Description | Unit Price | Original Amount | Amount of (Decrease) or Increase | Revised Amount |
|---|---|---|---|---|---|---|---|
| 48 | 28 | 24.62 | Riprap | $109/SY | $3,052.00 | ($368.00) | $2,684.00 |
| 80 | 96 | 77.533 | Stone Trench | $467/LF | $44,832.00 | ($8,624.00) | $36,208.00 |
| *140 | 0 | LS | Adjust General Sherman Tree Trail | LS | $0.00 | $35,872.00 | $35,872.00 |

* Indicates New Bid Item

This Modification Number 5 results in an increased amount of $ 26,880.00 in the contract amount. The revised amount is accordingly established as follows:

| | |
|---|---|
| Original Contract Amount | $ 7,121,636.00 |
| Modification No. 1, Increase | $ 317,850.00 |
| Modification No. 2, Increase | $ 10,908.00 |
| Modification No. 3, Increase | $ 345,209.92 |
| Modification No. 4, Increase | $ 95,120.36 |
| Modification No. 5, Increase | $ 26,880.00 |
| Revised Contract Amount | $ 7,917,604.28 |

In addition, a four (4) day contract extension shall be granted for this work due to the impact on asphalt placement. The contract completion date is accordingly changed from August 24, 2003 to August 28, 2003.

## CONTRACTOR'S STATEMENT OF RELEASE

The contractor agrees that, in consideration of receiving the benefits of Modification 5, all claims or obligations which now exist or which may hereafter arise, whether known or unknown, or which have or could have been asserted against the National Park Service or the Government as well as its officers and employees, in any form or forum, whether in law or equity, arising out of or resulting from this modification are hereby released, waived, and forever discharged.

AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE | Page 1 of 3

2. AMENDMENT/MODIFICATION NO. 0006
3. EFFECTIVE DATE FEB 18 2003
4. REQUISITION/PURCHASE REQ. NO.
5. PROJECT NO. *(If applicable)* SEKI-200Q

6. ISSUED BY CODE 2081
CS - Contracting Services Group
al Park Service, P.O. Box 25287,12795 W. Alameda Parkway, Attn: Lang
Denver, CO 80225

7. ADMINISTERED BY *(If other than Item 6)* CODE
OBLIGATED IN 10EAS/PO W/ NO FFS LINE. MB LINE 4 Dex 2/21/03

8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State and Zip Code)*

Remcon Inc.
751 Wakefield Court
Oakdale, CA 95361

CODE | FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO.

9B. DATED *(SEE ITEM 11)*

(X) 10A. MODIFICATION OF CONTRACT/ORDER NO. C8000010903

(X) 10B. DATED *(SEE ITEM 13)* 05/09/2001

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15, and returning ________ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA *(If required)*
See Line Item Detail

13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS.
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| CHECK ONE | |
|---|---|
| ☐ | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| ☐ | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| ✓ | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: Changes, FAR Clause 52.243-04 |
| ☐ | D. OTHER *(Specify type of modification and authority)* |

E. IMPORTANT: Contractor [X] is not, [ ] is required to sign this document and return ______ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

Sequoia and Kings Canyon National Parks, California
Giant Forest, Sherman Tree Parking
SEKI-200Q

SEE ATTACHED CHANGES

THIS IS A UNILATERAL MODIFICATION.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER *(Type or print)*

16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)*
Rodney K. Keiscome

15B. CONTRACTOR/OFFEROR
*(Signature of person authorized to sign)*

15C. DATE SIGNED

16B. United States of America
BY [signature]
*(Signature of Contracting Officer)*

16C. DATE SIGNED 2/18/03

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA FAR (48 CFR) 53.243



(26)

| Line Item Summary | Document Number | Title | Page |
|---|---|---|---|
| | C80000109[illegible]6 | SEKI-200Q | 2 of 3 |

Total Funding: $8,001,774.28

FYs Fund Budget Org Sub Object Class Sub Program Cost Org Sub Proj/Job No. Sub Reporting Category

See Line Item(s)

...ion Closed FYs Cancelled Fund

| Line Item Number | Description | Delivery Date (Start date to End date) | Quantity | Unit of Issue | Unit Price | Total Cost |
|---|---|---|---|---|---|---|
| 0001 | Sequoia and Kings Canyon National Parks, California, Sherman Tree Parking Area, SEKI-200Q<br>Change in Delivery Date, Funding, Unit Price | 08/28/2003 | 0.00 | ls | $84,170.00 | $84,170.00 |

Funding Information:
2003 - - - 8550 - - 252Z - - 477 - - - 0197 - - - - - - -

84,170.00

| | |
|---|---|
| Previous Total: | $7,917,604.28 |
| Modification Total: | $84,170.00 |
| Grand Total: (Includes Discounts) | $8,001,774.28 |



(27)

## Shipping Addresses

| Detail | |
|---|---|
| Org: | DSC-PM |
| Addr: | NPS DSC-PM<br>12795 W. ALAMEDA PKWY<br><br>LAKEWOOD CO 80228 |
| Attn: | Michael Giller, Project Manager |
| Phone: | (303) 969-2007 ext. |
| Fax: | (303) 969-2238 ext. |

## Invoice Addresses

| Code | Detail | |
|---|---|---|
| 0001 | Org: | DSC - CS - Contracting Services Group |
| | Addr: | National Park Service, P.O. Box 25287<br>12795 W. Alameda Parkway, Attn: Terry Lang<br><br>Denver CO 80225 |
| | Attn: | Terry Lang, Contract Specialist |
| | Phone: | (303) 969-2961 ext. |
| | Fax: | (303) 969-2040 ext. |

This Modification 6 is issued as a unilateral definitation of the work described herein in accordance with the Changes Clause (FAR 52.243-04). The National Park Service and Remcon have been unable to reach a bilateral agreement on the costs related to this work. Therefore, the Government is hereby unilaterally definitizing all work in this modification at the lump sum price of $84,170.00.

The contractor is hereby authorized to submit a pay request for the amount of $84,170.00.

**Item No. 141: Differing Site Conditions, Rock Blasting and Excavation**

Compensate the Contractor for blasting and excavation, where material is classified as rock not rippable in accordance with contract requirements in the Upper Sherman access road and parking area locations. Work does not include rock blasting and excavation for utility trenching and backfilling, sewage disposal system, structure excavation and backfill, and blasting for boulders.

**ADD: $84,170.00**

Except as modified above, all work shall be performed in accordance with the provisions of the contract where applicable as determined by the Contracting Officer or as otherwise directed by the Contracting Officer.

You will be compensated for the changed work by modifying the Contract Bid Schedule as follows:

| Item No. | Original Est. Quantity | Revised Estimated Quantity | Item Description | Unit Price | Original Amount | Amount of (Decrease) or Increase | Revised Amount |
|---|---|---|---|---|---|---|---|
| *141 | 0 | LS | Differing Site Conditions – Rock Blasting and Excavation | LS | $0.00 | $84,170.00 | $84,170.00 |
| | | | | | | | |

* Indicates New Bid Item

This Modification Number 6 results in an increase in the amount of $84,170.00 in the contract amount. The revised amount is accordingly established as follows:

| | |
|---|---|
| Original Contract Amount | $ 7,121,636.00 |
| Modification No. 1, Increase | $ 317,850.00 |
| Modification No. 2, Increase | $ 10,908.00 |
| Modification No. 3, Increase | $ 345,209.92 |
| Modification No. 4, Increase | $ 95,120.36 |
| Modification No. 5, Increase | $ 26,880.00 |
| Modification No. 6, Increase | $ 84,170.00 |
| Revised Contract Amount | $ 8,001,774.28 |

No additional contract time will be allowed on account of this work and the contract completion date remains August 28, 2003.

# United States Department of the Interior

NATIONAL PARK SERVICE
DENVER SERVICE CENTER
12795 W. Alameda Parkway
P.O. Box 25287
Denver, Colorado 80225-0287

IN REPLY REFER TO:
D5217 (DSC-CS)
SEKI 200Q
1443C8000010903

JUN 06 2003

Stephen B. Christensen, President
Remcon, Inc
751 Wakefield Court
Oakdale, California 95361

Facsimile No.: 209/847-9189

Dear Mr. Christensen:

Reference: Sequoia and Kings Canyon National Parks, Tulare County, California, Contract No. 1443C8000010903, Giant Forest, Sherman Tree Parking Area, SEKI 200Q

Subject: Mobilization Notification

This letter shall document Remcon's statements and actions regarding mobilization notification so the NPS may prepare to mobilize its personnel.

Remcon sent its Quality Control inspector, Jerry Straw, to the construction site on May 28, 2003, to inspect conditions. Mr. Straw reported in the weekly progress meeting conference call of June 3, 2002, that the site conditions were "ready to proceed" with mobilization and construction.

During the same progress meeting Steve Christensen reported that Remcon would mobilize on June 9, 2003. This was reported to Willie DeOcampo, Mike Giller, and Russell Belknap of the NPS and to Mr. Straw of Remcon. Mr. Christensen stated he would send the NPS a notification letter right away to do so. Mr. Giller stated he would have the NPS waive the two week notice requirement of general provisions [I.91 Seasonal Shutdown] in order to allow Remcon to mobilize on the June 9, 2003, date that Mr. Christensen requested.

Discussion then followed with a review of Remcon's schedule of April 3, 2003. (It is noted that this schedule is not in conformance with the contract as per the NPS letter of May 22, 2003, however Remcon has failed to provide a contract conforming schedule.) Mr. Christensen indicated that he intended to mobilize construction equipment, men, and trailers during the weeks of June 9 and June 16, 2003.

By Friday, June 6, 2003, no such mobilization notification has been received from Remcon. Mr. Giller called Mr. Christensen and inquired about the mobilization notification. Mr. Christensen stated that he had been out of the office but would write the mobilization notification letter today and send it to the NPS following review by Remcon's attorney. Mr. Giller replied that he would review and approve the mobilization notification today, Friday June 6, 2003. Mr. Christensen again verbally confirmed Remcon's intent to mobilize on June 9, 2003.

Sincerely,

Rodney K. Keiscome

Rodney K. Keiscome
Contracting Officer

cc:
Mr. D. Michael Schoenfeld, Murphy Austin Adams Schoenfeld, 1000 G Street, 3rd Floor, P.O. Box 1319, Sacramento, California 95812-1319, Telephone: 916/446-2300, FAX: 916/503-4000

Mr. Michael W. Flak, Bond Claim Specialist, Great American Insurance Company, P.O. Box 3158, Englewood, Colorado 80155, Telephone: 303/804-0409, FAX: 303/804-0402

bcc:
Regional Dir., Pacific West Region
Supt., SEKI
SEKI, Jack Vance
DSC-PM, Giller
DSC-FDC, Construction, DeOcampo
DSC-PDS, Cody

DSC-CS:Giller:TLang:06/06/03:2961: mobilization notification