# EXHIBIT 1

Declaration of Stephen B. Christensen in Opposition to
Defendant's Motion for Partial Summary Judgment

## AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| | |
|---|---|
| 1. CONTRACT ID CODE | J |
| Page | 1 of 3 |
| 2. AMENDMENT/MODIFICATION NO. | 0004 |
| 3. EFFECTIVE DATE | SEP 12 2002 |
| 4. REQUISITION/PURCHASE REQ. NO. | |
| 5. PROJECT NO. *(If applicable)* | SEKI-200Q 9/11/02 |
| 6. ISSUED BY CODE 2081 | DSC - CS - Contracting Services Group<br>National Park Service, P.O. Box 25287, 12795 W. Alameda Parkway, Attn: Terry Lang<br>Denver, CO 80225 |
| 7. ADMINISTERED BY *(If other than Item 6)* CODE | OBLIGATED EXISTING CONTRACT TO FFS LINK. 9/16/02 |
| 8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State and Zip Code)* | Remcon Inc.<br>751 Wakefield Court<br>Oakdale, CA 95361<br>TRANS CODE 002 MD 3 & 4 |
| CODE | FACILITY CODE |
| 9A. AMENDMENT OF SOLICITATION NO. | |
| 9B. DATED *(SEE ITEM 11)* | |
| (X) 10A. MODIFICATION OF CONTRACT/ORDER NO. | C8000010903 |
| (X) 10B. DATED *(SEE ITEM 13)* | 05/09/2001 |

### 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ________ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA *(If required)*

See Line Item Detail

### 13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| CHECK ONE | |
|---|---|
| ☐ | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| ☐ | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| ☑ | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:<br>Changes, FAR Clause 52.243 |
| ☐ | D. OTHER *(Specify type of modification and authority)* |

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return 3 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

Sequoia and Kings Canyon National Parks, California
Giant Forest, Sherman Tree Parking
SEKI-200Q

DEPOSITION EXHIBIT 105
PENGAD-Bayonne, N. J.

SEE ATTACHED CHANGES

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| | |
|---|---|
| 15A. NAME AND TITLE OF SIGNER *(Type or print)*<br>STEPHEN B. CHRISTENSEN PRES. | 16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)*<br>Rodney K. Keiscome |
| 15B. CONTRACTOR/OFFEROR<br>[signature]<br>*(Signature of person authorized to sign)* | 16B. United States of America<br>BY [signature]<br>*(Signature of Contracting Officer)* |
| 15C. DATE SIGNED<br>9/11/02 | 16C. DATE SIGNED<br>9/12/02 |

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA FAR (48 CFR) 53.243

| Line item Summary | Document Number | Title | Page |
|---|---|---|---|
| | C800001[illegible]/0004 | SEKI-200Q | 2 of 3 |

**Total Funding:** $7,890,724.28

| FYs | Fund | Budget Org | Sub | Object Class | Sub | Program | Cost Org | Sub | Proj/Job No. | Sub | Reporting Category |
|---|---|---|---|---|---|---|---|---|---|---|---|
| See Line Item(s) | | | | | | | | | | | |

| Division | Closed FYs | Cancelled Fund |
|---|---|---|
| | | |

| Line Item Number | Description | Delivery Date (Start date to End date) | Quantity | Unit of Issue | Unit Price | Total Cost |
|---|---|---|---|---|---|---|
| 0001 | Sequoia and Kings Canyon National Parks, California, Sherman Tree Parking Area, SEKI-200Q<br>Change in Funding, Unit Price | | 0.00 | ls | $95,120.36 | $95,120.36 |

Funding Information:
2002 - - - 8550 - - 252z - - 477 - - - 0197 - - - - - -
95,120.36

| | |
|---|---|
| **Previous Total:** | $7,795,603.92 |
| **Modification Total:** | $95,120.36 |
| **Grand Total:** (Includes Discounts) | $7,890,724.28 |

| Address Detail | Title | Document Number | Page |
|---|---|---|---|
| | SEKI-20[illegible] | C80000109[illegible]004 | 3 of 3 |

## Shipping Addresses

| Code | Detail |
|---|---|
| 0001 | Org: DSC-PM<br>Addr: NPS DSC-PM<br>12795 W. ALAMEDA PKWY<br><br>LAKEWOOD CO 80228<br>Attn: Michael Giller, Project Manager<br>Phone: (303) 969-2007 ext.<br>Fax: (303).969-2238 ext. |

## Invoice Addresses

| Code | Detail |
|---|---|
| 0001 | Org: DSC - CS - Contracting Services Group<br>Addr: National Park Service, P.O. Box 25287<br>12795 W. Alameda Parkway<br><br>Denver CO 80225<br>Attn: Martie Savarie, Procurement Tech<br>Phone: (303) 969-2166 ext.<br>Fax: (303) 969-2040 ext. |

**Item 39: Haul Excess Excavation.**
Compensate the Contractor for hauling an additional estimated quantity of 3,200 CY of excess excavation to Wolverton Point. Payment will made at the Contract Unit Price of $12.00/CY.

**ADD: $38,400.00**

**New Item No. 137: Restaking Access Road Centerline.**
Reimburse the Contractor for cost associated with the additional construction surveying (staking). Payment will be made at a negotiated Lump Sum price.

**ADD: $ 1,154.00**

**New Item No. 138: Sorting & Removal of Buried Debris in Upper Parking Lot.**
Reimburse the Contractor for costs associated for sorting and removal of the buried material encountered. Payment will be made at a negotiated Lump Sum price.

**ADD: $11,750.36**

**New Item No. 139: Raising Finish Grade of Upper Parking Lot.**
Compensate the Contractor for cost associated for placing and compacting the excess excavation required to raise the upper parking lot to the revised grading elevations. Payment will be made at a negotiated Lump Sum price.

**ADD: $43,816.00**

Except as modified above, all work shall be performed in accordance with the provisions of the contract where applicable as determined by the Contracting Officer or as otherwise directed by the Contracting Officer.

You will be compensated for the changed work by modifying the Contract Price Schedule as follows:

| Item No. | Original Est. Quantity | Revised Estimated Quantity | Item Description | Unit Price | Original Amount | Amount of (Decrease) or Increase | Revised Amount |
|---|---|---|---|---|---|---|---|
| 39 | 6,800 CY | 10,000 CY | Haul Excess Excavation | $12.00 | $81,600.00 | $38,400.00 | $120,000.00 |
| *137 | 0 | LS | Restaking Access Road (Sta. 25+00+/- to Sta. 30+00 +/-) | LS | $ 0.00 | $ 1,154.00 | $ 1,154.00 |
| *138 | 0 | LS | Separating Debris in Upper Parking Lot | LS | $ 0.00 | $ 11,750.36 | $ 11,750.36 |
| *139 | 0 | LS | Raising Finish Grade of Upper Parking Lot | LS | $ 0.00 | $43,816.00 | $ 43,816.00 |
| | | | | | | | |
| | | | | | | | |

* Indicates New Bid Item

This Modification Number 4 results in an increased amount of $95,120.36 in the contract amount. The revised amount is accordingly established as follows:

| | |
|---|---|
| Original Contract Amount | $ 7,121,636.00 |
| Modification No. 1, Increase | $ 317,850.00 |
| Modification No. 2, Increase | $ 10,908.00 |
| Modification No. 3, Increase | $ 345,209.92 |
| Modification No. 4, Increase | $ 95,120.36 |
| **Revised Contract Amount** | **$ 7,890,724.28** |

Since the above items were not shown to be on the critical path in the Contractor's Schedule, no time extension will be granted for this modification. The contract completion date will remain August 24, 2003.

## CONTRACTOR'S STATEMENT OF RELEASE

The contractor agrees that, in consideration of receiving the benefits of Modification 4, all claims or obligations which now exist or which may hereafter arise, whether known or unknown, or which have or could have been asserted against the National Park Service or the Government as well as its officers and employees, in any form or forum, whether in law or equity, arising out of or resulting from this modification are hereby released, waived, and forever discharged.

**SECTION I - NUMBERING AND BACKGROUND INFORMATION**

| | | | | |
|---|---|---|---|---|
| Request Number: | SEKI | 200Q | SC | Date of This Request: 08/26/02 |
| | Park Alpha | PMIS or Pkg # | Seq # | FY(s) of Appropriation: FY98 - FY02 |
| | I--------IWPN NUMBER--------I | | | |
| Package Title: | Restore Giant Forest | | | |
| DAF Approval # or Date: | 12/15/00 | | | |

BID [ ] AWARD [ x ] PW-02-SC

**SECTION II - FINANCIAL INFORMATION**

Fund Source: ine Item Construction (Check): X Other (Specify):

| | Net PWE 404/477 | Contingency (Mods, etc.) PWE 404/477 | Mgt/Supv PWE 403/473 | Planning/ Other PWE 471 | Funds Reprogrammed | Total |
|---|---|---|---|---|---|---|
| FY98 SEKI-200N | 2,290,000 | 368,000 | 342,000 | | | 3,000,000 |
| FY99 SEKI-200O-DSC | 3,807,000 | 381,000 | 304,000 | 495,000 | | 4,987,000 |
| FY99 SEKI-200O-HFC | | | | 1,013,000 | | 1,013,000 |
| FY00 SEKI-200P | 4,794,000 | 459,000 | 368,000 | | | 5,621,000 |
| FY01 SEKI-200Q | 7,087,000 | 709,000 | 567,000 | | | 8,363,000 |
| FY02 SEKI-200R | 1,254,000 | 126,000 | 100,000 | | | 1,480,000 |
| Total Appropriated Amount (all Fiscal Years) | 19,232,000 | 2,043,000 | 1,681,000 | 1,508,000 | 0 | 24,464,000 |
| FY98 SEKI-200N | 2,290,000 | | 441,837 | 117,700 | | |
| FY99 SEKI-200O-DSC | 3,708,783 | 748,918 | 304,000 | 472,000 | | |
| FY99 SEKI-200O-HFC | | | | 1,013,000 | | |
| FY00 SEKI-200P | 3,795,087 | 434,979 | 352,626 | | | |
| FY01 SEKI-200Q | 7,121,636 | 356,118 | 525,608 | | | |
| FY02 SEKI-200R | 0 | 0 | 0 | | | |
| Previously Allocated (To All Sources) or Reprogrammed | 16,915,506 | 1,540,015 | 1,624,071 | 1,602,700 | 0 | 21,682,292 |
| FY98 SEKI-200N | | | | | | |
| FY99 SEKI-200O-DSC | | | | | | |
| FY99 SEKI-200O-HFC | | | | | | |
| FY00 SEKI-200P | | | | | | |
| FY01 SEKI-200Q | | | | | | |
| FY02 SEKI-200R | | | | | | |
| Submitted & Pending Allocation(s) | 0 | 0 | 0 | 0 | xxx | 0 |
| This Request | | 95,120 | 0 | | xxx | 95,120 |
| To Remain Unallocated | 2,316,494 | 407,865 | 56,929 | (94,700) | | 2,686,588 |
| FY(s) To Credit/Debit: | | FY 2001 | | | | |

**SECTION III - DESCRIPTION/JUSTIFICATION OF NEED**

| Itemized List of Needs Including Contract Number/Task Order/Modification Numbers, Their Purpose, and Justification for Need: | Itemized Amount |
|---|---|
| Construction Mod #4 of SEKI 200Q. Four items; Haul Excess Excavation, Restaking Access Road Centerline, Sorting & Removal of Buried Debris, and Raising Finish Grade of Upper Parking Lot | 95,120 |
| A total of $24,464,000 gross was appropriated for SEKI 200 from FY98 through FY02, $19,232,000 net. Total net contingencies is $2,043,000. $1,1540,015 has been allocated to date for contingencies. Remaining unallocated balance is $502,985 (95120+407865). This request for $95,120.36 can be funded from the available $502,985. | |
| | |
| Cost Account Number: 8550-0197-477 | |
| ITEMIZED TOTAL (MUST MATCH TOTAL REQUESTED) | $95,120 |

**SECTION III - DESCRIPTION/JUSTIFICATION OF NEED**

Name of Current Project Manager: Mike Giller, PM. (303) 969-2007

Regional Office Approval (Name/Title): /s/ Patricia L. Neubacher, PWR

Funding Advice:

FY Region Code Fund Code Seq Number **Form Revision Date: 05/07/01**

JUSTIFICATION (DESCRIPTION, CAUSE, NEED, CONSEQUENCE IF WORK IS NOT PERFORMED):

**No. 39: Haul Excess Excavation**

During the excavation operations for the access road and parking lots, the contractor stated that the cut and fill volumes did not balance. The contractor notified the Government of this discrepancy and was informed that any excess material was his responsibility for removal. It took the Government approximately nine months to determine that they were responsible for the hauling costs associated with this excess material. This material had to be removed from the project site in order for the contractor to complete design subgrades. If this work is not performed this contractor, the contractual work can not be completed and delay claims will follow. Therefore, this work is necessary to the completion of this project and I recommend it be approved.

**New Item No. 137: Restaking Access Road Centerline.**

On July 31, 2001, the Contractor's submitted a change order request for "Additional Survey Work" for their Surveying Subcontractor (Giuliani & Kull). This request was based upon the initial Access Road centerline staking per the contract drawings. After this initial staking it was discovered that the centerline with all required cut boundaries did not fall within the earlier cleared limited as delineated by Park staff. Thus the Government agreed that the centerline had to be revised in order to fit all earthwork into the already cleared limits. Therefore the surveyor had to re-staked this revised centerline and are entitle to be compensated for their additional work. In addition, this work had to be completed at this time to prevent additional construction costs associated with equipment stoppage and delays. The revised road layout and re-staking reduced construction costs since additional clearing and tree removal was not required. Therefore, this work is necessary in order to construct the roadway alignment in the location shown on the construction drawings. This change is in the best interest of the Government and I recommend it be approved.

**New Item No. 138: Sorting & Removal of Buried Debris in Upper Parking Lot.**

On July 12, 2001 while grading the Upper Parking Lot the Contractor encountered unknown miscellaneous buried debris in the easterly end of the upper parking lot. This buried debris consisted of logs, stumps, tires, and miscellaneous material that had been buried in this area over the years. The Denver Service Center Project Manager and Lead Designer inspected this area on July 16, 2001and determined that the buried material would be detrimental to the construction of the parking lot. All agreed that a parking lot constructed upon structurally unsound material would eventually fail causing future maintenance problems for the Park. Therefore, the upper 5-feet of the existing grade, which contained unsuitable debris had to be removed. This removal included the sorting and screening of the material cited above. This work is necessary at this time so that the parking lot construction can be continued without delay to the project. This change is in the best interest of the Government and I recommend it be approved.

**New Item No. 139: Raising Finish Grade of Upper Parking Lot.**

During the Excavating and Grading of the Access Road and the Upper Sherman Parking lots, it became apparent that excess excavated material was being generated. The Contract provides for hauling 6,800 CY of Excess Excavation to Wolverton Point for disposal. It was estimated by the Government that a total quantity of approximately 15,000 CY of Excess Excavation will be generated. The Denver Service Center and the Designer have determined that the Upper Parking Lot can be raised approximately 5-feet at the easterly end and will allow 5,000 CY of Excavated Material to be incorporated into the fill at this location. This change will reduce some of the costs associated with hauling excess material within the Park boundaries and will result in an approximate savings of $17,000.00 as opposed to hauling this material within the Park. This change is necessary in order to eliminate possible construction impacts that will result in claims. Therefore, this change is in the best interest of the Government and I recommend it be approved.

515317

# EXHIBIT 2

Declaration of Stephen B. Christensen in Opposition to
Defendant's Motion for Partial Summary Judgment

AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | 1. CONTRACT ID CODE | Page 1 of 3

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| 0006 | FEB 18 2003 | | SEKI-200Q |

6. ISSUED BY CODE 2081

DSC - CS - Contracting Services Group
National Park Service, P.O. Box 25287, 12795 W. Alameda Parkway, Attn: Terry Lang
Denver, CO 80225

7. ADMINISTERED BY (If other than Item 6) CODE

SOLICITED IN 10ERS/PD W/ NO FFS LINK. MB LINE 4 [illegible] 2/21/03

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and Zip Code)

Remcon Inc.

751 Wakefield Court

Oakdale, CA 95361

CODE * FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

(X) 10A. MODIFICATION OF CONTRACT/ORDER NO. C8000010903

(X) 10B. DATED (SEE ITEM 13) 05/09/2001

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning ________ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

See Line Item Detail

13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| CHECK ONE | |
|---|---|
| ☐ | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| ☐ | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| ✓ | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: Changes, FAR Clause 52.243-04 |
| ☐ | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT: Contractor [X] is not, [ ] is required to sign this document and return ______ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

Sequoia and Kings Canyon National Parks, California
Giant Forest, Sherman Tree Parking
SEKI-200Q

SEE ATTACHED CHANGES

THIS IS A UNILATERAL MODIFICATION.

DEPOSITION EXHIBIT 214
PENGAD-Bayonne, N.J.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) Rodney K. Keiscome | |
|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR<br>(Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. United States of America<br>BY [signature]<br>(Signature of Contracting Officer) | 16C. DATE SIGNED<br>2/18/03 |

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA FAR (48 CFR) 53.243

002012

| Line Item Summary | Document Number C800001090.. ,6 | Title SEKI-200Q | Page 2 of 3 |
|---|---|---|---|

Total Funding: $8,001,774.28

| FYs | Fund | Budget Org | Sub | Object Class | Sub | Program | Cost Org | Sub | Proj/Job No. | Sub | Reporting Category |
|---|---|---|---|---|---|---|---|---|---|---|---|

See Line Item(s)

Division | Closed FYs | Cancelled Fund

| Line Item Number | Description | Delivery Date (Start date to End date) | Quantity | Unit of Issue | Unit Price | Total Cost |
|---|---|---|---|---|---|---|
| 0001 | Sequoia and Kings Canyon National Parks, California, Sherman Tree Parking Area, SEKI-200Q<br>Change in Delivery Date, Funding, Unit Price | 08/28/2003 | 0.00 | ls | $84,170.00 | $84,170.00 |

Funding Information:
2003 - - - 8550 - - 252Z - - 477 - - - 0197 - - - - - -

84,170.00

| | |
|---|---|
| **Previous Total:** | $7,917,604.28 |
| **Modification Total:** | $84,170.00 |
| **Grand Total:** (Includes Discounts) | $8,001,774.28 |

| Address Detail | Title SEKI-200Q | Document Number C8000010903/00 | Page 3 of 3 |
|---|---|---|---|

## Shipping Addresses

| Code | Detail |
|---|---|
| 0001 | **Org:** DSC-PM<br>**Addr:** NPS DSC-PM<br>12795 W. ALAMEDA PKWY<br><br>LAKEWOOD CO 80228<br>**Attn:** Michael Giller, Project Manager<br>**Phone:** (303) 969-2007 ext.<br>**Fax:** (303) 969-2238 ext. |

## Invoice Addresses

| Code | Detail |
|---|---|
| 0001 | **Org:** DSC - CS - Contracting Services Group<br>**Addr:** National Park Service, P.O. Box 25287<br>12795 W. Alameda Parkway, Attn: Terry Lang<br><br>Denver CO 80225<br>**Attn:** Terry Lang, Contract Specialist<br>**Phone:** (303) 969-2961 ext.<br>**Fax:** (303) 969-2040 ext. |

This Modification 6 is issued as a unilateral definitation of the work described herein in accordance with the Changes Clause (FAR 52.243-04). The National Park Service and Remcon have been unable to reach a bilateral agreement on the costs related to this work. Therefore, the Government is hereby unilaterally definitizing all work in this modification at the lump sum price of $84,170.00.

The contractor is hereby authorized to submit a pay request for the amount of $84,170.00.

**Item No. 141: Differing Site Conditions, Rock Blasting and Excavation**

Compensate the Contractor for blasting and excavation, where material is classified as rock not rippable in accordance with contract requirements in the Upper Sherman access road and parking area locations. Work does not include rock blasting and excavation for utility trenching and backfilling, sewage disposal system, structure excavation and backfill, and blasting for boulders.

**ADD: $84,170.00**

Except as modified above, all work shall be performed in accordance with the provisions of the contract where applicable as determined by the Contracting Officer or as otherwise directed by the Contracting Officer.

You will be compensated for the changed work by modifying the Contract Bid Schedule as follows:

| Item No. | Original Est. Quantity | Revised Estimated Quantity | Item Description | Unit Price | Original Amount | Amount of (Decrease) or Increase | Revised Amount |
|---|---|---|---|---|---|---|---|
| *141 | 0 | LS | Differing Site Conditions – Rock Blasting and Excavation | LS | $0.00 | $84,170.00 | $84,170.00 |
| | | | | | | | |

* Indicates New Bid Item

This Modification Number 6 results in an increase in the amount of $84,170.00 in the contract amount. The revised amount is accordingly established as follows:

| | |
|---|---|
| Original Contract Amount | $ 7,121,636.00 |
| Modification No. 1, Increase | $ 317,850.00 |
| Modification No. 2, Increase | $ 10,908.00 |
| Modification No. 3, Increase | $ 345,209.92 |
| Modification No. 4, Increase | $ 95,120.36 |
| Modification No. 5, Increase | $ 26,880.00 |
| Modification No. 6, Increase | $ 84,170.00 |
| Revised Contract Amount | $ 8,001,774.28 |

No additional contract time will be allowed on account of this work and the contract completion date remains August 28, 2003.

# United States Department of the Interior

NATIONAL PARK SERVICE
Denver Service Center
12795 W. Alameda Parkway
P.O. Box 25287
Denver, Colorado 80225-0287

IN REPLY REFER TO:
1/14/03
D52

SEKI 200 Q
1443C8000010903

Reference: Sequoia and Kings Canyon National Parks, Tulare County, California, Contract No. 1443C8000010903, Giant Forest, Sherman Tree Parking Area, SEKI 200Q
Subject:: Backup Material for Modification 6

Review of Remcon, Inc. (KTR) and the A\E Construction Management firm documentation of additional costs for blasting is the basis for the unilateral modification payment. Through late 2001 and until August 2002, there was extensive discussion between the National Park Service(NPS) and the KTR on the amount due.

The review shows the following documentation:

1. The blast reports from August and September, 2001. REMCON blasted 13 times for road excavation (see attached logs). The source was notebook entitled "SEKI 200Q Calif. Drilling & Blast. – Blasting Records/Backup, Year 2001", which was assembled by field engineer Bob Russell.

2. Review of these blast reports and the blast locations and depths indicates over-blasting and blasting done for purposes other than road excavation. This is summarized in the NPS spreadsheet entitled "Estimate for Unilateral Roadway Blasting Modification SEKI-200Q" For example:

    a. The very first blast (08/02/01) states that "holes are deeper for utilities – OK'd by REMCON". Utility rock excavation was paid for in BI # 38 – Rock Excavation.
    b. The blast of (08/13/01) was in the wrong location by 5 feet. Due to REMCON's mistake here, much more blasting was necessary and material generated. This is consistent with survey and layout errors throughout the project.
    c. Depths of drilling and blasting were consistently deeper than necessary – typically by 5'. This is indicated by analysis of the blast reports with the contract documents. Depth of cut necessary is shown on the contract documents. Actual depth of blasting is shown on the blast report.
    d. It is not known why the contractor overblasted and blasted in the wrong location. However it is known that this contractor has made numerous mistakes in layout of the project.

3. The REMCON certified request for equitable adjustment indicates that the subcontractor cost for blasting was $133,659.45. Over blasting is estimated to be at least 37% for the road.

4. Therefore, the total direct costs for blasting based upon information provided by REMCON is $84,170.

Michael Giller
Project Manager

002017

# Estimate for Unilateral Roadway Blasting Modification SEKI-200Q

| Date | Linear Feet Drilling | Number of Holes | Average Hole Depth | Pay Factor | Adjusted Linear Feet Drilling | Comments |
|---|---|---|---|---|---|---|
| 8/2/2001 | 1,189.00 | 132 | 9.01 | 0.50 | 595 | "Holes are deeper for Utilities" |
| 8/7/2001 | 704.00 | 90 | 7.82 | 0.50 | 352 | SS-C-4.3 |
| 8/13/2001 | 1,296.00 | 162 | 8.00 | 0.50 | 648 | Roadway Offset 5 feet & SS-C-5.5 |
| 8/14/2001 | 434.00 | 56 | 7.75 | 0.75 | 326 | Co-mingled bolders and road |
| 8/15/2001 | 720.00 | 90 | 8.00 | 0.75 | 540 | |
| 8/22/2001 | 1,456.00 | 182 | 8.00 | 0.50 | 728 | SS-C-4.9 |
| 8/23/2001 | 572.00 | 52 | 11.00 | 1.00 | 572 | |
| 8/29/2001 | 356.00 | 89 | 4.00 | 0.50 | 178 | SS-C- 2.6 Co-mingled bolders and road |
| 8/30/2001 | 1,263.00 | 115 | 10.98 | 0.50 | 632 | Blasted 75ft wide area |
| 9/5/2001 | 824.00 | 111 | 7.42 | 0.75 | 618 | SS-C-3.3 |
| 9/6/2001 | 744.00 | 93 | 8.00 | 0.50 | 372 | SS-C-1.3 |
| 9/10/2001 | 776.00 | 97 | 8.00 | 0.67 | 519 | SS-C-3.4 |
| 9/13/2001 | 1,160.00 | 145 | 8.00 | 1.00 | 1,160 | |
| Sum | 11,494.00 | 1,414 | 8.13 | | 7,238 | |

| | |
|---|---|
| **Total Cost for Road Blasting** | **$133,659.45** |
| **Total Linear Feet Drilled** | **11,494.00** |
| **Adjusted Linear Feet for Overbl** | **7,238.18** |
| **Adjusted Payfactor for Overblas** | **0.62974** |
| **Total Adjusted Cost** | **$84,170** |

**Pay factor** is an estimate of the amount of each blast necessary for road excavation only

002013

**Equitable Compensation:**

To date REMCON has incurred significant costs associated to the drilling and blasting, excavation, and handling of granitic rock. Those costs are as follows:

| | |
|---|---|
| REMCON's Direct Cost: | |
| Direct Cost Labor | $ 95,526.80 |
| Direct Cost Equipment | 73,777.15 |
| Direct Cost Materials | 7,133.50 |
| Direct Cost Subcontractors | 133,659.45 |
| Total Direct Cost | $ 310,096.90 |
| REMCON's Indirect Cost: | |
| Project Supervision (Labor & Equip) | $ 16,109.98 |
| Equipment Maintenance (1.14%) | 3,535.10 |
| Safety & Small Tools (1.15%) | 3,566.11 |
| Total Indirect Cost | $ 23,211.19 |
| REMCON's Total Direct & Indirect Costs | $ 333,308.09 |
| REMCON's Corp. Overhead & Profit (17.4%) | 57,995.61 |
| Sub-total of Costs, Corp. Overhead & Profit | $ 391,303.70 |
| Bond Mark-up (1.44%) | 5,634.77 |
| Total Compensation Due REMCON | $ 396,938.47 |

SEKI 2002 MOD 7 - DIFFERING SITE BACKUP

002013

California Drilling & Blasting
P.O. Box 4607
El Monte, CA 91734-0607
(625) 443-0310

Bill To:

REMCON
P.O. Box 758
Oakdale, CA 95361

Invoice No. 100101
Invoice Date: 10/01/01

Billing Period 7/30/01 through 9/18/01

| | | |
|---|---|---|
| Work Performed: Mass Excavation | $ | 133,659.45 |
| Total Amount Due: | $ | 133,659.45 |

SEKI 2002 MOD 7 - DIFFERING SITE
BACKUP




BlastReport # Br 10496
Job# 3308
Remcon Cont.
Sequoia Park!
Shot #1 8-2-01 Thrus
5'x5' x3'
Drill FT - 1,189'
Yards - 1,105.77
Number of Holes - 132

Note: Holes ARE Deeper For UT. ... (OKED by Remcon!)



002021

Shot # C08-2
8-7-01 Tues
Shot Time - 3:45 p.m.

Blast Report # BC 10497
Job # 3308
Remcon Const.
Sequoia Park

8 Holes @ 6' - 4'x4'
82 Holes @ 8' - 5'x5'

Total Drill FT - 704'
Yards - 645.60
Total Holes - 90

Note! All but Boulder are 8' Holes!



Shot #CDB-4
8-13-01 Mon
4'x5'x2½"@8'
Shot Time - 4:16 p.m.

Blast Report - [illegible]
Job #3308
RemCon Const.
Sequoia Park




162 Holes Total
47 Double Decked
Drill FT - 1,296'
Yards - 959.04

Note: Holes are 8'-9' Deep


SHOT # COA-5
8-14-01 TUES
Remcon Const.
Sequoia Park
Drill FT - 434'
YARDS - 403.62
Number of Holes - 56 - 37 Holes Double Decked
Br#
Note: All Holes Are
8', except Boulder - 6'
HIGH spots
Boulder
C-4# @ 8# 2:1 HP//35#
CP/C-8# @ 16# 2:1
(5) HP
DayLite



00202


ENTRANCE
5'x5' x 3' x 8'
Drill Ft - 720'
Number of Holes - 90
Br # 10423
Note: All Holes are 8'
Shot # C08-6
RamCon Const.
Sequoia Park
00202




RemCon Const #3308 Sequoia Park'
SHOT # COB-9 BlasTReport # BR 17351
8-22-01 WED
4'x4' x 3" @ 8'
TOTAL DrillFT - 1,456'
YARDS - 859.04
Number of Holes - 182
NoTE: 12 Holes Double Decked

SS C-5° 1:1 H.R.
C-0° @3° EL

RemCon Const
Job #3308
8-23-01 Thurs
TIME SHOT - 4:10 p.m.

SHOT COB-10
SS-C-20 @ 31 1½:1 HP
C-0 5 EP FG 32
SSC-18 @ 27 1½:1 HP (5) EP
C-0 5 E/5 32 FG C-1.2 / EP

5'x5'x3"
11' Holes
Drill FT - 572'
YARDS - 531
Holes - 52
27 Holes - 2 Decked



RemCon Const.
Job# 3308
8-29-01 Wed
SHOT # CDB-11
Time Shot - 4:30 p.m

75 Holes @ 4'
all Drilled by
jackhammer

Note: their was 2 SHOTS
1st 11:30 a.m. 2nd @ 4:30 p.m.
14 Holes @ 4'
75 Holes @ 4'

89 Holes total
11 lbs - 1 1/4" x 8" Detagel
84 EZ DETS @ 12'
5 Hand Dets @ 30'
11 HTD 17's @ 12'
600' Shooting wire

Note: This was different
areas there were 3 sites
they were high areas
and some Boulders
on slope, also 1-15 Ton
Boulder

High areas started at
STATION (7) RP-CASE 7 P
C-2 @ 5 2:1
F-0 @ 13 R

SHOT# 12 Timesaver-
Job# 3308 Owens
8/30/01

SS-C-21° @ 32° 1½' 1 H.P
C-0° @ 5° EPPG



5'x5'x3''
Number of Holes - 115
Drill FT -
YARDS -
4 Holes - 2 Decked

SS-C-22° @ 33° 1½' H.P.
C-0° 5 EP


Remcon Const #3308
Shot CDB-13 WCD
9-5-01 Time Shot 4:30 p.m.
111 Holes Total
Drill FT - 824'
Yards - 609.76

002030




RemCon Const #3308
9-6-01 Thurs
Shot # CDB-14 Time-4:30 p.m.
Number of Holes-93
9 Holes decked
Drill FT-744'
Yards-550.56

002031




(85) EP C-6.9 @13.0"
C-1.01 EPC-0.3 @3.0 EP
El-7097.01

KemCon Const. # 3308
9-10-01 mon
SHOT # CDB-15
Time SHOT - 5:00 p.m.
97 Holes @ 4'x4' x 8' x 3'10"
Drill FT - 776'
yARDS - 574.24

(8' holes)

RemCouConst #3308
SHOT# CDB-16 Thaus
Time SHOT - 3:45 p.m.
145 Holes @ 4'x4' x 8" x 3"
DrillFT - 1,160'
YArDS - 858.4

8' Holes

29+86[14]

RD #11
R = 30°
SS - C - 13[20] @ 1¼:1 15° H.P
C - 0° @ 5° EP

C.P 29+86[14] //
C - 22° @ 2':1 H.P
F - 0[3] @ 13[5]



**JUSTIFICATION (DESCRIPTION, CAUSE, NEED, CONSEQUENCE IF WORK IS NOT PERFORMED):**

**Bid Item No. ~~142~~ 141: Differing Site Condition, Rock Blasting and Excavation**

Work includes blasting and excavation where material is classified as rock not rippable in accordance with contract. Work does not include rock blasting and excavation for; utility trenching and backfilling, sewage disposal system, structure excavation and backfill, and blasting for boulders.

The cause was the discovery of some rock below grade at the project. The work was performed in August and September of 2001. This mod shall unilaterally pay the contractor for costs incurred because the contractor and the NPS have been unable to come to agreement on costs and release of claims for such work.

002033

United States Department of the Interior
NATIONAL PARK SERVICE
DENVER SERVICE CENTER
12795 W. Alameda Parkway
P.O. Box 25287
Denver, Colorado 80225-0287

IN REPLY REFER TO:
D5217 (DSC-CS)
SEKI-200Q
1443C8000010903

2/18/03

FEB 18 2003

Remcon, Inc.
Attn: Mr. Stephen B. Christensen
751 Wakefield Court
Oakdale, California 95361

Dear Sir:

Reference: Sequoia and Kings Canyon National Parks, Tulare County, California, Contract No. 1443C8000010903, Sherman Tree Parking Area, Package Number SEKI-200Q

Subject: Modification 6

Enclosed is your copy of Modification 6 to the above-referenced contract, which was issued as a unilateral modification.

Should you have any questions, please contact Ms. Terry Lang at 303/969-2961

Sincerely,

Theresia C. Lang
Contract Specialist

Enclosure

bcc:
DSC-PM, Giller

CS:TLang:tcl:2961:02/18/03:ModLet-Uni