IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| REMEDIATION CONSTRUCTORS, INC., Plaintiff, | ) | |
| v. | ) | No. 03-2478C (Judge Braden) |
| THE UNITED STATES, Defendant. | ) | |

DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME TO FILE REPLY

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests an enlargement of time of 15 days, from August 8, 2005 through August 23, 2005, to file the Government’s reply in response to plaintiff’s opposition to our motion for partial summary judgment.[1] No prior request for this relief has been granted. Counsel for plaintiff, Remediation Constructors, Inc. (“Remcon”), has indicated that he opposes this motion. We do not know whether Remcon will file a formal opposition, although we note that Remcon sent the Court a letter opposing this motion before this motion was filed. The grounds for this motion are set forth below.

---

[1] In this Court’s May 2, 2005 scheduling order, dispositive motions were due on July 15, 2005 and replies were due August 18, 2005. However, the Court subsequently accelerated the time to file our motion for partial summary judgment, which we filed June 24, 2005. August 8, 2005 is 17 days from the date that Remcon filed its response to our motion (July 22, 2005).

The Government has worked diligently upon its reply. However, Remcon's response to our motion for summary judgment is lengthy and the exhibits are voluminous. Additional time is required to finalize our reply and circulate it for internal review.

Further, in addition to this case, which is scheduled for trial in October and needs attention regarding various issues on nearly a daily basis, counsel is responsible for the following cases which have required attention or will require attention in the coming weeks: (1) Blue Lake Forest Products, Inc. v. United States, Fed. Cl. Consolidated Nos. 01-570C, 01-627C and 04-501C (supplemental privilege logs and memorandum of law regarding discovery dispute filed July 29, 2005; additional supplemental logs due August 18, 2005); (2) United Enterprise and Associates, Fed. Cl. No. 05-607C (Government's response to plaintiff's motion for summary judgment upon the administrative record to be filed on or before August 18, 2005); (3) Agro Dutch Industries, Inc. v. United States, Fed. Cir. No. 05-1288 (Government's appeal brief due August 25, 2005); and (4) Gerber Food (Yunnan) Co., Ltd., CIT No. 04-454 (defendant's response to plaintiff's motion for judgment upon agency record due August 26, 2005).

**CONCLUSION**

For the foregoing reasons, we respectfully request that this request for an additional 15 days, through and including August 23, 2005, for the Government to file its reply.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Franklin E. White, Jr.

FRANKLIN E. WHITE, JR.
Assistant Director

s/Richard P. Schroeder

RICHARD P. SCHROEDER
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
Eighth Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562

Attorneys for Defendant

August 8, 2005

Certificate of Filing

I hereby certify that on August 8, 2005, a copy of foregoing DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME TO FILE REPLY was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Richard P. Schroeder