# In the United States Court of Federal Claims

No. 03-2478C
Filed: August 5, 2005

**************************************
*
REMEDIATION CONSTRUCTORS, INC., *
*
Plaintiff, *
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
**************************************

**ORDER**

Pursuant to RCFC 32(a)(3)(E), plaintiff may introduce deposition testimony of any third-party witness who is located more than 100 miles from the locations where the trial will take place. The Government is responsible to produce third-party witnesses if it wants to cross-examine them at trial. The parties may introduce direct testimony through declarations and must serve all declarations on the opposing party no later than October 17, 2005.

**IT IS SO ORDERED.**

SUSAN G. BRADEN
Judge