# In the United States Court of Federal Claims

No. 03-2478C
Filed: August 10, 2005

*************************************
*
REMEDIATION CONSTRUCTORS, INC., *
*
Plaintiff, *
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
*************************************

**ORDER**

The Government's August 8, 2005 motion for an enlargement of 15 days, through August 23, 2005, within which to file a reply to plaintiff's opposition to the Government's motion for partial summary judgment, is hereby **GRANTED**.

**IT IS SO ORDERED**.

s/ Susan G. Braden
SUSAN G. BRADEN
Judge