IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| REMEDIATION CONSTRUCTORS, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 03-2478C |
| | ) | (Judge Braden) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME TO FILE REPLY

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests an enlargement of time of 10 days, from August 23, 2005 through September 2, 2005, to file the Government's reply in response to plaintiff's opposition to our motion for partial summary judgment. One prior enlargement of 14 days has previously been granted. Counsel for plaintiff, Remediation Constructors, Inc. ("Remcon"), has indicated that Remcon intends to file an opposition to this motion. The grounds for this motion are set forth below.

The Government has worked diligently upon its reply, including preparing drafts of our filings. However, Remcon's response to our motion for summary judgment is lengthy and the exhibits are voluminous. For instance, Remcon's proposed findings of uncontroverted fact are 137 paragraphs long (by contrast, we included 26 proposed findings with our motion for partial summary judgment, which relates to the issue of the

default termination of plaintiff's contract). Thus, preparing our reply submissions, and most particularly our response to plaintiff's proposed findings of uncontroverted fact, has taken longer than previously anticipated. Additional time is required to finalize our reply papers and circulate them for internal review.

Further, in addition to this case, which is scheduled for trial in October and needs attention regarding various issues on nearly a daily basis (including defending depositions of the Government's experts scheduled from August 29 to August 31, 2005), counsel is responsible for the following cases, among others, which have required attention in recent days or will require attention in the coming days: (1) Blue Lake Forest Products, Inc. v. United States, Fed. Cl. Consolidated Nos. 01-570C, 01-627C and 04-501C (supplemental privilege logs filed August 18, 2005; telephone status conference scheduled for August 30, 2005); (2) United Enterprise and Associates v. United States, Fed. Cl. No. 05-607C (Government's response to plaintiff's motion for summary judgment upon the administrative record in bid protest proceeding expected to be filed on or before August 25, 2005); and (3) Agro Dutch Industries, Inc. v. United States, Fed. Cir. No. 05-1288 (Government's appeal brief due August 25, 2005).

**CONCLUSION**

For the foregoing reasons, we respectfully request that the Court grant this request for an additional 10 days, through and including September 2, 2005, for the Government to file its reply.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Franklin E. White, Jr.

FRANKLIN E. WHITE, JR.
Assistant Director

s/Richard P. Schroeder

RICHARD P. SCHROEDER
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
Eighth Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562

Attorneys for Defendant

August 23, 2005

Certificate of Filing

I hereby certify that on August 24, 2005, a copy of foregoing DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME TO FILE REPLY was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Richard P. Schroeder