# In the United States Court of Federal Claims

No. 03-2478C
Filed: August 26, 2005

**************************************
*
REMEDIATION CONSTRUCTORS, INC., *
*
Plaintiff, *
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
**************************************

**ORDER**

The Government's August 23, 2005 Motion for Extension of Time to File A Reply to Plaintiff's Opposition to the Government's Motion for Partial Summary Judgment, is hereby **DEINED.**

**IT IS SO ORDERED.**

s/ Susan G. Braden
SUSAN G. BRADEN
Judge