| | | | | | | |
|---|---|---|---|---|---|---|
| 51 | 4 | EA | Stone Check Dams | 1 | $2,300.00 | $2,300.00 |
| 52 | 252 | SF | Low Water Crossing | 0 | $14.00 | $0.00 |
| 53 | 3722 | LF | 4" DIP Waterline | 3,752 | $26.00 | $97,552.00 |
| 54 | 170 | LF | 2" PVC Serviceline | 25 | $20.00 | $500.00 |
| 55 | 2 | EA | 2" Gate Valve | 2 | $539.00 | $1,078.00 |
| 56 | 2 | EA | 4" Gate Valve | 5 | $698.00 | $3,490.00 |
| 57 | 4 | EA | 6" Gate Valve | 0 | $970.00 | $0.00 |
| 58 | 2 | EA | 2" Curb Stop | 1.0 | $230.00 | $230.00 |
| 59 | 3 | EA | Air Relief Valve | 2 | $3,025.00 | $6,050.00 |
| 60 | 4 | EA | Drain Valve Assembly | 3 | $1,652.00 | $4,956.00 |
| 61 | 777 | LF | 6" PVC Sewer Pipe | 777 | $44.00 | $34,188.00 |
| 62 | 7 | EA | Sewer Cleanouts | 6.50 | $232.00 | $1,508.00 |
| 63 | LS | | Concrete Septic Tank (8000 gal.) | 98.69% | $73,200.00 | $72,240.00 |
| 64 | 957 | LF | 24" CMP | 911 | $64.00 | $58,304.00 |
| 65 | 2 | EA | Stone Headwall | 1 | $6,458.00 | $6,458.00 |
| 66 | 11 | EA | Modified Headwall | 10 | $344.00 | $3,440.00 |
| 67 | 98 | LF | 6" Non-perforated Drain Pipe | 40 | $21.00 | $840.00 |
| 68 | 7 | EA | Concrete Drop Inlet - Type A | 4.50 | $3,236.00 | $14,562.00 |
| 69 | 9 | EA | Concrete Drop Inlet - Type B | 7.0 | $3,500.00 | $24,500.00 |
| 70 | 1 | EA | Concrete Drop Inlet - Type C | 1 | $5,400.00 | $5,130.00 |
| 71 | 10376 | TN | Aggregate Base Course | 2,758.5 | $43.00 | $118,615.50 |
| 72 | 4635 | TN | Asphalt Concrete Pavement | 0 | $104.00 | $0.00 |
| 73 | LS | | Sewage Disposal System | 98.73% | $213,000.00 | $210,294.90 |
| 74 | LS | | Dosing Siphon and Tank | 99.00% | $32,207.00 | $31,884.93 |
| 75 | LS | | Traffic Markings | 0.00% | $17,500.00 | $0.00 |
| 76 | 4126 | LF | Stone Curb | 150 | $97.00 | $14,550.00 |
| 77 | 855 | LF | Flush Stone Curb | 0 | $126.00 | $0.00 |
| 78 | 69 | EA | Snow Pole Sleeves | 6 | $104.00 | $624.00 |
| 79 | 90 | SY | Stone Swale | 0 | $580.00 | $0.00 |
| 80 | 96 | LF | Stone Trench | 0 | $467.00 | $0.00 |
| 81 | 1546 | LF | Stone Edging | 0 | $56.00 | $0.00 |
| 82 | 1174 | TN | Bituminous Walks | 0 | $122.00 | $0.00 |
| 83 | 9406 | LF | Timber Edging | 0 | $7.00 | $0.00 |
| 84 | 458 | SY | Stone Paving | 0 | $393.00 | $0.00 |
| 85 | LS | | Irrigation Connection | 0.00% | $3,480.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 86 | 300 | LF | 2" Above Ground Irrigation Main | 0 | $5.00 | $0.00 |
| 87 | 100 | LF | 2" Underground Irrigation Main | 0 | $20.00 | $0.00 |
| 88 | 1260 | LF | 1-1/2" PVC Irrigation Main Above Ground | 0 | $4.00 | $0.00 |
| 89 | 6 | EA | Battery Operated Controller and Automatic Valve | 0 | $1,500.00 | $0.00 |
| 90 | 60 | LF | 1-1/2" Galv. Steel Irrigation Main Underground | 0 | $24.00 | $0.00 |
| 91 | LS | | Irrigation Connection | 98.39% | $3,480.00 | $3,424.00 |
| 92 | 160 | LF | 1" PE Pipe Under Paving | 140 | $9.30 | $1,302.00 |
| 93 | 3000 | LF | Shallow Bury 1" PE Pipe in Unpaved Areas | 60 | $2.69 | $161.40 |
| 94 | 6 | EA | Battery Operated Controller and Automatic Valve | 0 | $1,200.00 | $0.00 |
| 95 | 100 | LF | 1" Galv. Steel Irrigation Main Underground | 40 | $22.00 | $880.00 |
| 96 | 3648 | LF | Split Rail Fence | 0 | $42.00 | $0.00 |
| 97 | 1136 | LF | Split Rail Fence - Salvaged Material | 0 | $24.00 | $0.00 |
| 98 | 1271 | LF | Split Rail Fence - Modify Existing | 0 | $9.00 | $0.00 |
| 99 | 1434 | LF | Temporary Rope Fence | 0 | $7.00 | $0.00 |
| 100 | 1 | EA | Gate | 0 | $4,500.00 | $0.00 |
| 101 | LS | | Signature Boulders | 15.00% | $30,000.00 | $4,500.00 |
| 102 | LS | | Boulder Revetment | 33.00% | $151,145.00 | $49,877.85 |
| 103 | 1 | EA | Log Bridge - Type One | 0 | $54,000.00 | $0.00 |
| 104 | 2 | EA | Log Bridge - Type Two | 0 | $25,857.00 | $0.00 |
| 105 | 3 | EA | Kiosk | 0 | $16,640.00 | $0.00 |
| 106 | 4 | EA | Log Rails | 0 | $828.00 | $0.00 |
| 107 | 1 | EA | Boardwalk - Type One | 0 | $29,935.00 | $0.00 |
| 108 | 2 | EA | Boardwalk - Type Two | 0 | $9,369.00 | $0.00 |
| 109 | 21 | EA | Traffic Sign with 4x4 Post | 0 | $158.00 | $0.00 |
| 110 | 15 | EA | Traffic and Parking Sign with 4x6 Post | 0 | $171.00 | $0.00 |
| 111 | 14 | EA | Traffic Sign with 4x4 Post (Government Furnished Sign Panel) | 0 | $105.00 | $0.00 |
| 112 | 8 | EA | Directional Sign | 0 | $375.00 | $0.00 |
| 113 | 8 | EA | Wayside - Double Post | 0 | $156.00 | $0.00 |
| 114 | 3 | EA | Wayside - Single Post | 0 | $200.00 | $0.00 |
| 115 | 3 | EA | Wayside - Boulder or Log Mounted | 0 | $156.00 | $0.00 |
| 116 | 10 | EA | Wayisde Exhibit | 0 | $125.00 | $0.00 |
| 117 | 2800 | FF | Concrete Wall with Mortared Stone (at General's Highway) | 0 | $309.00 | $0.00 |
| 118 | 238 | FF | Concrete Wall with Mortared Stone (at Comfort Station) | 0 | $145.00 | $0.00 |
| 119 | 1866 | FF | Dry-Laid Stone Wall | 1,309 | $115.00 | $150,535.00 |
| 120 | 587 | FF | Overlook Mortared Stone Wall | 0 | $105.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1?1. | 1047 | LF | Stone Stairs | 0 | $250.00 | $0.00 |
| 122 | LS | | Boulder Handrails | 0.00% | $7,035.00 | $0.00 |
| 123 | LS | | Small LP Gas System | 0.00% | $4,900.00 | $0.00 |
| 124 | 2 | EA | Transformer Pad | 0.5 | $2,248.00 | $1,124.00 |
| 125 | LS | | Electrical Distribution to Upper Sherman Site | 95.00% | $122,136.15 | $116,030.00 |
| 126 | 6 | EA | Pull Boxes | 6 | $1,290.00 | $7,740.00 |
| 127 | LS | | Electrical Distribution to Lower Sherman Site | 0.00% | $31,500.00 | $0.00 |
| 128 | LS | | Pay Telephone for Lower Sherman Tree Site | 0.00% | $2,110.00 | $0.00 |
| 129 | 3018 | TNS | AC Pavement, Upper Sherman Roads & Parking, 2-1/2" Overlay | 0 | $75.00 | $0.00 |
| 130 | LS | | General's Highway Stone Headwall | 0.00% | $87,000.00 | $0.00 |
| 131 | LS | | Telephone Service to Correl Stub | 80.00% | $4,500.00 | $3,600.00 |
| 132 | LS | | Sewer Force Main from the Dosing Tank | 95.00% | $3,458.00 | $3,285.10 |
| 133 | LS | | Electrical/Telephone Changes on the Access Road | 90.00% | $7,450.00 | $6,705.00 |
| 134 | LS | | Gen Condition Costs Associated with the Delection of Item 26 | 100.00% | $20,720.40 | $20,720.40 |
| 135 | 4624 | TNS | Haul Excess Miscellaneous Material From the Park | 4,630.5 | $93.86 | $434,618.73 |
| 136 | 8 | DAY | Extended Field Overhead | 8.0 | $1,810.11 | $14,480.88 |
| 137 | LS | | Restaking Access Road (Sta 25+00+/- to Sta 30+00+/-) | 100.00% | $1,154.00 | $1,154.00 |
| 138 | LS | | Sorting & Removal of Buried Debris in Uppr Parking Lot | 100.00% | $11,750.36 | $11,750.36 |
| 139 | LS | | Raising Finish Grade of Upper Parking Lot | 100.00% | $43,816.00 | $43,816.00 |
| | | | Materials Stored on Site - TOTAL: | | $213,630.06 | |
| 1 | | | Comfort Station | | | $15,341.85 |
| 53 | | | 4" DIP Waterpipe and Misc Fittings | | | $0.00 |
| 59 | | | Air Relief Valves | | | $0.00 |
| 61 | | | 6" PVC Sewer Pipe | | | $0.00 |
| 62 | | | Sewer Cleanouts | | | $0.00 |
| 64 | | | 24" CMP | | | $4,166.82 |
| 68 | | | Concrete Drop Inlet Type A | | | $1,049.60 |
| 69 | | | Concrete Drop Inlet Type B | | | $4,586.91 |
| 73 | | | Sewage Disposal System | | | $7,966.28 |
| 74 | | | Dosing Tank - Biotube Filter & Dosing Siphon | | | $0.00 |
| 121 | | | Granite Stairs Stone for Sherman Tree Trail | | | $83,973.60 |
| 125 | | | Electrical Distribution to Upper Sherman Site | | | $0.00 |
| 1,65,117,118 | | | Masonry Stone Collected & Palletized on Project | | | $43,870.00 |
| 73 | | | Class 2 Aggregate Base Material: 4757 x $25.00 | | | $52,675.00 |

9/12/02

CERTIFICATION FOR
CONSTRUCTION CONTRACT PROGRESS PAYMENT

I hereby certify, to the best of my knowledge and belief, that --

(1) The amounts requested are only for performance in accordance with the specifications, terms, and conditions of the contract;

(2) Payments to subcontractors and suppliers have been made from previous payments received under the contract, and timely payments will be made from the proceeds of the payment covered by this certification, in accordance with subcontract agreements and the requirements of chapter 39 of Title 31, United States Code;

(3) This request for progress payments does not include any amounts which the prime contractor intends to withhold or retain from a subcontractor or supplier in accordance with the terms and conditions of the subcontract; and

(4) This certification is not to be construed as final acceptance of a subcontractor's performance.

(Signature)

**Controller**
*(Title)*

**August 31, 2002**
(Date)

**Previous Billings:** $ 2,669,726.68
**Current Billing:** $ 381,371.83
**Total To Date:** $ 3,051,098.51

1443C000010903
*(Contract Number)*

Payment Estimate No. 10
*(Payment Number)*

REMCON, INC.
*(Contractor Name)*

Sequoia Forest. Sherman Tree Parking
*(Park/Project)*

NOTE: The above certification is requires pursuant to contract clause 52.232-5, Payments under Fixed Price Construction Contracts (April 1989), which implements the Prompt Payment Act P.L. 97-177, as amended.

# CERTIFICATION FOR CONSTRUCTION CONTRACT PROGRESS PAYMENT

I hereby certify, to the best of my knowledge and belief, that --

(1) The amounts requested are only for performance in accordance with the specifications, terms, and conditions of the contract;

(2) Payments to subcontractors and suppliers have been made from previous payments received under the contract, and timely payments will be made from the proceeds of the payment covered by this certification, in accordance with subcontract agreements and the requirements of chapter 39 of Title 31, United States Code;

(3) This request for progress payments does not include any amounts which the prime contractor intends to withhold or retain from a subcontractor or supplier in accordance with the terms and conditions of the subcontract; and

(4) This certification is not to be construed as final acceptance of a subcontractor's performance.

[signature]
*(Signature)*

**Controller**
*(Title)*

**August 31, 2002**
(Date)

**Previous Billings:** **$ 2,669,726.68**

**Current Billing:** **$ 381,371.83**

**Total To Date:** **$ 3,051,098.51**

1443C000010903
*(Contract Number)*

Payment Estimate No. 10
*(Payment Number)*

REMCON, INC.
*(Contractor Name)*

Sequoia Forest, Sherman Tree Parking
*(Park/Project)*

NOTE: The above certification is requires pursuant to contract clause 52.232-5, Payments under Fixed Price Construction Contracts (April 1989), which implements the Prompt Payment Act P.L. 97-177, as amended.

United States Department of the Interior
National Park Service
PAYMENTS

Sequoia and Kings Canyon National Parks
SEKI-200Q

14-Day Prompt Payment X
30-Day Final Payment ___

| | | | | | |
|---|---|---|---|---|---|
| ESTIMATE NO. | 11 | For Period August 31, 2002 through September 30, 2002 | | DATE: | OCT 10 2002 |
| CONTRACT NO.: | 1443C8000010903 | COMPLETION DATE: | 8/11/03 | EXTENDED DATE: | |
| CONTRACTOR: | Remcon Inc., P O Box 758, 751 Wakefield Court, Oakdale, CA 95361 | | | ORIG CONTRACT: | $ 7,121,636.00 |
| PROJECT: | Sherman Tree Parking Area | | | TTL CHG ORDERS: 4 | $ 769,088.28 |
| LOCATION: | Tulare County, California | | | TOTAL CONTR AMT | $ 7,890,724.28 |

| ITEM NO. | CONTRACT QUANTITY | | DESCRIPTION | QUANTITY TO DATE | UNIT PRICE | AMOUNT TO DATE |
|---|---|---|---|---|---|---|
| 1 | LS | | Upper & Lower Sherman Tree Comfort Stations & Wayside Kiosk | 42.46% | $830,000.00 | $352,400.00 |
| 2 | 4987 | LF | Construction Fencing | 3,816 | $5.00 | $19,080.00 |
| 3 | 182 | EA | Tree Trunk Protection | 144 | $100.00 | $14,400.00 |
| 4 | 493 | LF | Tree Barricade | 0 | $25.00 | $0.00 |
| 5 | LS | | Removal of Restroom Building | 0.00% | $15,000.00 | $0.00 |
| 6 | LS | | Removal of Powder House | 100.00% | $1,060.00 | $1,060.00 |
| 7 | 155627 | SF | Remove Asphalt Paving | 55,372 | $0.50 | $27,686.00 |
| 8 | 180 | SF | Remove Concrete Paving | 0 | $1.50 | $0.00 |
| 9 | 213 | LF | Remove Concrete Curb & Pan | 0 | $2.50 | $0.00 |
| 10 | 2575 | LF | Remove Asphalt Curb - Single | 0 | $1.64 | $0.00 |
| 11 | 426 | LF | Remove Asphalt Curb - Double | 0 | $1.00 | $0.00 |
| 12 | 144 | SF | Remove Wooden Steps and Landing | 0 | $3.00 | $0.00 |
| 13 | 116 | LF | Saw Cutting Asphalt | 48 | $6.00 | $288.00 |
| 14 | 34 | EA | Remove Signs | 0 | $85.00 | $0.00 |
| 15 | 1136 | LF | Remove & Salvage Split Rail Fence | 0 | $10.00 | $0.00 |
| 16 | 8 | EA | Remove & Salvage Trash Receptacles | 0 | $85.00 | $0.00 |
| 17 | 53 | EA | Remove & Salvage Boulders | 45 | $60.00 | $2,700.00 |

Recommended (COR) [signature] (FOR) 4 OCT 2002
Wm. H. DeOcampo

DATE: (Agreement reached between Contractor & Proj Supr) Oct 4, 2002

APPROVAL: (Contracting Officer) [signature]

DATE: 10/10/02

| SUMMARY | | |
|---|---|---|
| TOTAL TO DATE | | $3,674,176.71 |
| LESS RETAINED AMOUNT | $ | 13,596.47 |
| NET | $ | 3,660,580.24 |
| LESS PREVIOUS PAYMENTS | $ | 3,051,098.51 |
| LESS LIQUIDATED DAMAGES | $ | - |
| DUE THIS ESTIMATE | $ | 609,481.73 |
| % COMPLETE TO DATE: | | 43.5% |
| % TIME ELAPSED: | | 60.1% |

ACCOUNT NO.: 8550-0197-477 TIN NO: 77-0410135 TFCS REC'D: Yes or No TO AOC:

...re any questions about this payment, call Tony Abeyta @ 303/987-6746 Received:

Line 001 - M1

CONTRACT NO. 1443C8000010903 CONTRACTOR: Remcon Inc 130

| ITEM NO. | CONTRACT QUANTITY | | DESCRIPTION | QUANTITY TO DATE | UNIT PRICE | AMOUNT TO DATE |
|---|---|---|---|---|---|---|
| 18 | LS | | Abandon Septic Tank | 0.00% | $2,500.00 | $0.00 |
| 19 | LS | | Remove Electrical Transformer Pad | 0.00% | $500.00 | $0.00 |
| 20 | 75 | LF | Remove & Salvage Stone Wall - 2' Ht. | 0 | $60.00 | $0.00 |
| 21 | 71 | LF | Remove Culverts | 0 | $60.00 | $0.00 |
| 22 | 278 | LF | Remove & Salvage Stone Edge | 0 | $9.00 | $0.00 |
| 23 | 1 | EA | Remove Water Foundation | 0 | $346.00 | $0.00 |
| 24 | 2 | EA | Remove & Salvage Siosk | 0 | $890.00 | $0.00 |
| 25 | 297 | LF | Remove Timber Edge | 0 | $7.00 | $0.00 |
| 26 | 2000 | CY | Haul Miscellaneous Material From the Park | DELETED | $62.00 | |
| 27 | 3000 | CY | Haul Miscellaneous Material Within the Park | 4,008 | $15.00 | $60,120.00 |
| 28 | LS | | Abandon Miscellaneous Utilities | 0.00% | $2,150.00 | $0.00 |
| 29 | 1 | EA | Remove, Refinish, & Replace General Sherman Sign | 0 | $2,000.00 | $0.00 |
| 30 | 1 | EA | Sequoia Slab & Easel Removal & Relocation | 0 | $15,000.00 | $0.00 |
| 31 | 1 | EA | Remove Gate | 0 | $890.00 | $0.00 |
| 32 | LS | | Tree Cutting, Removal and Clearing & Grubbing | 90.00% | $250,000.00 | $225,000.00 |
| 33 | 263 | MBF | Logging | 242 | ($100.00) | ($24,218.00) |
| 34 | 52 | EA | Salvage Landscape Logs | 52 | $73.00 | $3,796.00 |
| 35 | 63441 | SF | Remove, Stockpile & Place Litter & Duff | 44,032 | $0.30 | $13,209.60 |
| 36 | 1 | EA | Portable Magazine | 1 | $3,035.60 | $3,035.60 |
| 37 | LS | | Excavation and Grading | 90.30% | $350,000.00 | $316,034.84 |
| 38 | 640 | CY | Rock Excavation | 1,363.07 | $112.00 | $152,663.84 |
| 39 | 10000 | CY | Haul Excess Excavation | 11,472 | $12.00 | $137,664.00 |
| 40 | 1300 | CF | Compaction Grouting | 0 | $20.00 | $0.00 |
| 41 | 88125 | SF | Soil Amendment & Cultivation | 4,464 | $0.23 | $1,026.72 |
| 42 | 28438 | SF | Cultivate Soil (no amendments) | 0 | $0.10 | $0.00 |
| 43 | 97279 | SF | Wood Chip Placement | 0 | $0.20 | $0.00 |
| 44 | 52 | EA | Log Moving and Placement | 3 | $210.00 | $630.00 |
| 45 | 6331 | LF | Silt Protection | 4,315 | $8.00 | $34,520.00 |
| 46 | 146838 | SF | Soil Retention Blanket | 0 | $0.40 | $0.00 |
| 47 | 3254 | SF | Channel Blanket | 560 | $0.50 | $280.00 |
| 48 | 28 | SY | Riprap | 17 | $109.00 | $1,853.00 |
| 49 | 133 | SY | Dispersal Riprap | 152 | $90.00 | $13,698.00 |
| 50 | 6 | EA | Log Check Dams | 1 | $2,500.00 | $2,500.00 |

131

| | | | | | | |
|---|---|---|---|---|---|---|
| 51 | 4 | EA | Stone Check Dams | 1 | $2,300.00 | $2,300.00 |
| 52 | 252 | SF | Low Water Crossing | 0 | $14.00 | $0.00 |
| 53 | 3722 | LF | 4" DIP Waterline | 3,752 | $26.00 | $97,552.00 |
| 54 | 170 | LF | 2" PVC Serviceline | 25 | $20.00 | $500.00 |
| 55 | 2 | EA | 2" Gate Valve | 2 | $539.00 | $1,078.00 |
| 56 | 2 | EA | 4" Gate Valve | 5 | $698.00 | $3,490.00 |
| 57 | 4 | EA | 6" Gate Valve | 0 | $970.00 | $0.00 |
| 58 | 2 | EA | 2" Curb Stop | 2.0 | $230.00 | $460.00 |
| 59 | 3 | EA | Air Relief Valve | 3 | $3,025.00 | $8,923.75 |
| 60 | 4 | EA | Drain Valve Assembly | 4 | $1,652.00 | $6,608.00 |
| 61 | 777 | LF | 6" PVC Sewer Pipe | 777 | $44.00 | $34,188.00 |
| 62 | 7 | EA | Sewer Cleanouts | 9.50 | $232.00 | $2,204.00 |
| 63 | LS | | Concrete Septic Tank (8000 gal.) | 98.69% | $73,200.00 | $72,240.00 |
| 64 | 957 | LF | 24" CMP | 911 | $64.00 | $58,304.00 |
| 65 | 2 | EA | Stone Headwall | 1 | $6,458.00 | $6,458.00 |
| 66 | 11 | EA | Modified Headwall | 14 | $344.00 | $4,816.00 |
| 67 | 98 | LF | 6" Non-perforated Drain Pipe | 40 | $21.00 | $840.00 |
| 68 | 7 | EA | Concrete Drop Inlet - Type A | 4.50 | $3,236.00 | $14,562.00 |
| 69 | 9 | EA | Concrete Drop Inlet - Type B | 7.0 | $3,500.00 | $24,500.00 |
| 70 | 1 | EA | Concrete Drop Inlet - Type C | 1 | $5,400.00 | $5,130.00 |
| 71 | 10376 | TN | Aggregate Base Course | 7,115.0 | $43.00 | $305,945.00 |
| 72 | 4635 | TN | Asphalt Concrete Pavement | 0 | $104.00 | $0.00 |
| 73 | LS | | Sewage Disposal System | 99.73% | $213,000.00 | $212,424.90 |
| 74 | LS | | Dosing Siphon and Tank | 99.00% | $32,207.00 | $31,884.93 |
| 75 | LS | | Traffic Markings | 0.00% | $17,500.00 | $0.00 |
| 76 | 4126 | LF | Stone Curb | 2,670 | $97.00 | $258,990.00 |
| 77 | 855 | LF | Flush Stone Curb | 0 | $126.00 | $0.00 |
| 78 | 69 | EA | Snow Pole Sleeves | 90 | $104.00 | $9,360.00 |
| 79 | 90 | SY | Stone Swale | 0 | $580.00 | $0.00 |
| 80 | 96 | LF | Stone Trench | 0 | $467.00 | $0.00 |
| 81 | 1546 | LF | Stone Edging | 0 | $56.00 | $0.00 |
| 82 | 1174 | TN | Bituminous Walks | 0 | $122.00 | $0.00 |
| 83 | 9406 | LF | Timber Edging | 556 | $7.00 | $3,892.00 |
| 84 | 458 | SY | Stone Paving | 0 | $393.00 | $0.00 |
| 85 | LS | | Irrigation Connection | 0.00% | $3,480.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 86 | 300 | LF | 2" Above Ground Irrigation Main | 0 | $5.00 | $0.00 |
| 87 | 100 | LF | 2" Underground Irrigation Main | 0 | $20.00 | $0.00 |
| 88 | 1260 | LF | 1-1/2" PVC Irrigation Main Above Ground | 0 | $4.00 | $0.00 |
| 89 | 6 | EA | Battery Operated Controller and Automatic Valve | 0 | $1,500.00 | $0.00 |
| 90 | 60 | LF | 1-1/2" Galv. Steel Irrigation Main Underground | 0 | $24.00 | $0.00 |
| 91 | LS | | Irrigation Connection | 98.39% | $3,480.00 | $3,424.00 |
| 92 | 160 | LF | 1" PE Pipe Under Paving | 140 | $9.30 | $1,302.00 |
| 93 | 3000 | LF | Shallow Bury 1" PE Pipe in Unpaved Areas | 60 | $2.69 | $161.40 |
| 94 | 6 | EA | Battery Operated Controller and Automatic Valve | 0 | $1,200.00 | $0.00 |
| 95 | 100 | LF | 1" Galv. Steel Irrigation Main Underground | 40 | $22.00 | $880.00 |
| 96 | 3648 | LF | Split Rail Fence | 0 | $42.00 | $0.00 |
| 97 | 1136 | LF | Split Rail Fence - Salvaged Material | 0 | $24.00 | $0.00 |
| 98 | 1271 | LF | Split Rail Fence - Modify Existing | 0 | $9.00 | $0.00 |
| 99 | 1434 | LF | Temporary Rope Fence | 0 | $7.00 | $0.00 |
| 100 | 1 | EA | Gate | 0 | $4,500.00 | $0.00 |
| 101 | LS | | Signature Boulders | 15.00% | $30,000.00 | $4,500.00 |
| 102 | LS | | Boulder Revetment | 50.00% | $151,145.00 | $75,572.50 |
| 103 | 1 | EA | Log Bridge - Type One | 0 | $54,000.00 | $0.00 |
| 104 | 2 | EA | Log Bridge - Type Two | 0 | $25,857.00 | $0.00 |
| 105 | 3 | EA | Kiosk | 0 | $16,640.00 | $0.00 |
| 106 | 4 | EA | Log Rails | 0 | $828.00 | $0.00 |
| 107 | 1 | EA | Boardwalk - Type One | 0 | $29,935.00 | $0.00 |
| 108 | 2 | EA | Boardwalk - Type Two | 0 | $9,369.00 | $0.00 |
| 109 | 21 | EA | Traffic Sign with 4x4 Post | 0 | $158.00 | $0.00 |
| 110 | 15 | EA | Traffic and Parking Sign with 4x6 Post | 0 | $171.00 | $0.00 |
| 111 | 14 | EA | Traffic Sign with 4x4 Post (Government Furnished Sign Panel) | 0 | $105.00 | $0.00 |
| 112 | 8 | EA | Directional Sign | 0 | $375.00 | $0.00 |
| 113 | 8 | EA | Wayside - Double Post | 0 | $156.00 | $0.00 |
| 114 | 3 | EA | Wayside - Single Post | 0 | $200.00 | $0.00 |
| 115 | 3 | EA | Wayside - Boulder or Log Mounted | 0 | $156.00 | $0.00 |
| 116 | 10 | EA | Wayisde Exhibit | 0 | $125.00 | $0.00 |
| 117 | 2800 | FF | Concrete Wall with Mortared Stone (at General's Highway) | 0 | $309.00 | $0.00 |
| 118 | 238 | FF | Concrete Wall with Mortared Stone (at Comfort Station) | 0 | $145.00 | $0.00 |
| 119 | 1866 | FF | Dry-Laid Stone Wall | 1,309 | $115.00 | $150,535.00 |
| 120 | 587 | FF | Overlook Mortared Stone Wall | 0 | $105.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 121 | 1047 | LF | Stone Stairs | 0 | $250.00 | $0.00 |
| 122 | LS | | Boulder Handrails | 0.00% | $7,035.00 | $0.00 |
| 123 | LS | | Small LP Gas System | 0.00% | $4,900.00 | $0.00 |
| 124 | 2 | EA | Transformer Pad | 1.0 | $2,248.00 | $2,135.60 |
| 125 | LS | | Electrical Distribution to Upper Sherman Site | 95.00% | $122,136.15 | $116,030.00 |
| 126 | 6 | EA | Pull Boxes | 6 | $1,290.00 | $7,740.00 |
| 127 | LS | | Electrical Distribution to Lower Sherman Site | 0.00% | $31,500.00 | $0.00 |
| 128 | LS | | Pay Telephone for Lower Sherman Tree Site | 0.00% | $2,110.00 | $0.00 |
| 129 | 3018 | TNS | AC Pavement, Upper Sherman Roads & Parking, 2-1/2" Overlay | 0 | $75.00 | $0.00 |
| 130 | LS | | General's Highway Stone Headwall | 0.00% | $87,000.00 | $0.00 |
| 131 | LS | | Telephone Service to Correl Stub | 100.00% | $4,500.00 | $4,500.00 |
| 132 | LS | | Sewer Force Main from the Dosing Tank | 100.00% | $3,458.00 | $3,458.00 |
| 133 | LS | | Electrical/Telephone Changes on the Access Road | 100.00% | $7,450.00 | $7,450.00 |
| 134 | LS | | Gen Condition Costs Associated with the Delection of Item 26 | 100.00% | $20,720.40 | $20,720.40 |
| 135 | 4624 | TNS | Haul Excess Miscellaneous Material From the Park | 4,630.5 | $93.86 | $434,618.73 |
| 136 | 8 | DAY | Extended Field Overhead | 8.0 | $1,810.11 | $14,480.88 |
| 137 | LS | | Restaking Access Road (Sta 25+00+/- to Sta 30+00+/-) | 100.00% | $1,154.00 | $1,154.00 |
| 138 | LS | | Sorting & Removal of Buried Debris in Uppr Parking Lot | 100.00% | $11,750.36 | $11,750.36 |
| 139 | LS | | Raising Finish Grade of Upper Parking Lot | 100.00% | $43,816.00 | $43,816.00 |
| | | | Additional witholding of $2,052.47 for unpaid utilities. | | | |
| | | | Materials Stored on Site - TOTAL: | | $243,869.66 | |
| 1 | | | Comfort Station | | | $20,320.79 |
| 53 | | | 4" DIP Waterpipe and Misc Fittings | | | $0.00 |
| 59 | | | Air Relief Valves | | | $0.00 |
| 61 | | | 6" PVC Sewer Pipe | | | $0.00 |
| 62 | | | Sewer Cleanouts | | | $0.00 |
| 64 | | | 24" CMP | | | $4,166.82 |
| 68 | | | Concrete Drop Inlet Type A | | | $1,049.60 |
| 69 | | | Concrete Drop Inlet Type B | | | $4,586.91 |
| 73 | | | Sewage Disposal System | | | $0.00 |
| 74 | | | Dosing Tank - Biotube Filter & Dosing Siphon | | | $0.00 |
| 76 | | | Stone Curb | | | $45,292.10 |
| 77 | | | Flush Stone Curb | | | $2,435.00 |
| 80 | | | Stone Trench | | | $8,936.00 |
| 83 | | | Timber Edge | | | $29,238.84 |
| 121 | | | Granite Stairs Stone for Sherman Tree Trail | | | $83,973.60 |
| 125 | | | Electrical Distribution to Upper Sherman Site | | | $0.00 |
| 1,65,117,118 | | | Masonry Stone Collected & Palletized on Project | | | $43,870.00 |
| 73 | | | Class 2 Aggregate Base Material: 4757 x $25.00 | | | $0.00 |

United States Department of ..
National Park Service
PAYMENTS

14-Day Prompt Payment X
30-Day Final Payment ___

Sequoia and Kings Canyon National Parks
SEKI-200Q

| | | | |
|---|---|---|---|
| ESTIMATE NO. 11 | For Period August 31, 2002 through September 30, 2002 | | DATE: OCT 10 2002 |
| CONTRACT NO.: 1443C8000010903 | COMPLETION DATE: 8/11/03 | | EXTENDED DATE: |
| CONTRACTOR: Remcon Inc., P O Box 758, 751 Wakefield Court, Oakdale, CA 95361 | | | ORIG CONTRACT: $ 7,121,636.00 |
| PROJECT: Sherman Tree Parking Area | | | TTL CHG ORDERS: 4 $ 769,088.28 |
| LOCATION: Tulare County, California | | | TOTAL CONTR AMT $ 7,890,724.28 |

| ITEM NO. | CONTRACT QUANTITY | | DESCRIPTION | QUANTITY TO DATE | UNIT PRICE | AMOUNT TO DATE |
|---|---|---|---|---|---|---|
| 1 | LS | | Upper & Lower Sherman Tree Comfort Stations & Wayside Kiosk | 42.46% | $830,000.00 | $352,400.00 |
| 2 | 4987 | LF | Construction Fencing | 3,816 | $5.00 | $19,080.00 |
| 3 | 182 | EA | Tree Trunk Protection | 144 | $100.00 | $14,400.00 |
| 4 | 493 | LF | Tree Barricade | 0 | $25.00 | $0.00 |
| 5 | LS | | Removal of Restroom Building | 0.00% | $15,000.00 | $0.00 |
| 6 | LS | | Removal of Powder House | 100.00% | $1,060.00 | $1,060.00 |
| 7 | 155627 | SF | Remove Asphalt Paving | 55,372 | $0.50 | $27,686.00 |
| 8 | 180 | SF | Remove Concrete Paving | 0 | $1.50 | $0.00 |
| 9 | 213 | LF | Remove Concrete Curb & Pan | 0 | $2.50 | $0.00 |
| 10 | 2575 | LF | Remove Asphalt Curb - Single | 0 | $1.64 | $0.00 |
| 11 | 426 | LF | Remove Asphalt Curb - Double | 0 | $1.00 | $0.00 |
| 12 | 144 | SF | Remove Wooden Steps and Landing | 0 | $3.00 | $0.00 |
| 13 | 116 | LF | Saw Cutting Asphalt | 48 | $6.00 | $288.00 |
| 14 | 34 | EA | Remove Signs | 0 | $85.00 | $0.00 |
| 15 | 1136 | LF | Remove & Salvage Split Rail Fence | 0 | $10.00 | $0.00 |
| 16 | 8 | EA | Remove & Salvage Trash Receptacles | 0 | $85.00 | $0.00 |
| 17 | 53 | EA | Remove & Salvage Boulders | 45 | $60.00 | $2,700.00 |

Recommended (COR) [signature] (FOR) 4 OCT 2002
Wm. H. DeOcampo

DATE: (Agreement reached between Contractor & Proj Supr) Oct 4, 2002

APPROVAL: (Contracting Officer) [signature]

DATE: 10/10/02

| SUMMARY | | |
|---|---|---|
| TOTAL TO DATE | | $3,674,176.71 |
| LESS RETAINED AMOUNT | $ | 13,596.47 |
| NET | $ | 3,660,580.24 |
| LESS PREVIOUS PAYMENTS | $ | 3,051,098.51 |
| LESS LIQUIDATED DAMAGES | $ | - |
| DUE THIS ESTIMATE | $ | 609,481.73 |
| % COMPLETE TO DATE: | | 43.5% |
| % TIME ELAPSED: | | 60.1% |

INT NO.: 8550-0197-477 TIN NO: 77-0410135 TFCS REC'D: Yes or No TO AOC:

...re any questions about this payment, call Tony Abeyta @ 303/987-6746 Received:

Line 001 - M1

CERTIFICATION FOR
CONSTRUCTION CONTRACT PROGRESS PAYMENT

I hereby certify, to the best of my knowledge and belief, that --

(1) The amounts requested are only for performance in accordance with the specifications, terms, and conditions of the contract;

(2) Payments to subcontractors and suppliers have been made from previous payments received under the contract, and timely payments will be made from the proceeds of the payment covered by this certification, in accordance with subcontract agreements and the requirements of chapter 39 of Title 31, United States Code;

(3) This request for progress payments does not include any amounts which the prime contractor intends to withhold or retain from a subcontractor or supplier in accordance with the terms and conditions of the subcontract; and

(4) This certification is not to be construed as final acceptance of a subcontractor's performance.

[signature]
*(Signature)*

**Controller**
*(Title)*

**September 30, 2002**
(Date)

**Previous Billings:** $ 3,051,098.51

**Current Billing:** $ 619,103.20

**Total To Date:** $ 3,668,486.37

1443C000010903
*(Contract Number)*

Payment Estimate No. 11
*(Payment Number)*

REMCON, INC.
*(Contractor Name)*

Sequoia Forest, Sherman Tree Parking
*(Park/Project)*

NOTE: The above certification is requires pursuant to contract clause 52.232-5, Payments under Fixed Price Construction Contracts (April 1989), which implements the Prompt Payment Act P.L. 97-177, as amended.

136

United States Department of the Interior
National Park Service
PAYMENTS

Sequoia and Kings Canyon National Parks
SEKI-200Q

14-Day Prompt Payment X
30-Day Final Payment ___

| | | | |
|---|---|---|---|
| ESTIMATE NO. 12 | For Period September 31, 2002 through October 31, 2002 | DATE: | |
| CONTRACT NO.: 1443C8000010903 | COMPLETION DATE: 8/11/2003 | EXTENDED DATE: | 8/28/2003 |
| CONTRACTOR: Remcon Inc., P O Box 758, 751 Wakefield Court, Oakdale, CA 95361 | | ORIG CONTRACT: | $ 7,121,636.00 |
| PROJECT: Sherman Tree Parking Area | | TTL CHG ORDERS: 5 | $ 795,968.28 |
| LOCATION: Tulare County, California | | TOTAL CONTR AMT | $ 7,917,604.28 |

| ITEM NO. | CONTRACT QUANTITY | | DESCRIPTION | QUANTITY TO DATE | UNIT PRICE | AMOUNT TO DATE |
|---|---|---|---|---|---|---|
| 1 | LS | | Upper & Lower Sherman Tree Comfort Stations & Wayside Kiosk | 47.46% | $830,000.00 | $393,900.00 |
| 2 | 4987 | LF | Construction Fencing | 3,816 | $5.00 | $19,080.00 |
| 3 | 182 | EA | Tree Trunk Protection | 144 | $100.00 | $14,400.00 |
| 4 | 493 | LF | Tree Barricade | 0 | $25.00 | $0.00 |
| 5 | LS | | Removal of Restroom Building | 0.00% | $15,000.00 | $0.00 |
| 6 | LS | | Removal of Powder House | 100.00% | $1,060.00 | $1,060.00 |
| 7 | 155627 | SF | Remove Asphalt Paving | 58,108 | $0.50 | $29,054.00 |
| 8 | 180 | SF | Remove Concrete Paving | 0 | $1.50 | $0.00 |
| 9 | 213 | LF | Remove Concrete Curb & Pan | 0 | $2.50 | $0.00 |
| 10 | 2575 | LF | Remove Asphalt Curb - Single | 0 | $1.64 | $0.00 |
| 11 | 426 | LF | Remove Asphalt Curb - Double | 0 | $1.00 | $0.00 |
| 12 | 144 | SF | Remove Wooden Steps and Landing | 0 | $3.00 | $0.00 |
| 13 | 116 | LF | Saw Cutting Asphalt | 48 | $6.00 | $288.00 |
| 14 | 34 | EA | Remove Signs | 0 | $85.00 | $0.00 |
| 15 | 1136 | LF | Remove & Salvage Split Rail Fence | 0 | $10.00 | $0.00 |
| 16 | 8 | EA | Remove & Salvage Trash Receptacles | 0 | $85.00 | $0.00 |
| 17 | 53 | EA | Remove & Salvage Boulders | 0 | $60.00 | $0.00 |

Recommended (COR) [signature] for T. Lang
Wm. H. DeOcampo

DATE: (Agreement reached between Contractor & Proj Supr) 14 Nov '02

APPROVAL: (Contracting Officer) [signature]

DATE: 11/20/02

| SUMMARY | | |
|---|---|---|
| TOTAL TO DATE | | $4,243,461.94 |
| LESS RETAINED AMOUNT | $ | 4,052.47 |
| NET | $ | 4,239,409.47 |
| LESS PREVIOUS PAYMENTS | $ | 3,660,580.24 |
| LESS LIQUIDATED DAMAGES | $ | |
| DUE THIS ESTIMATE | $ | 578,829.23 |
| % COMPLETE TO DATE: | | 50.6% |
| % TIME ELAPSED: | | 64.1% |

ACCOUNT NO.: 8550-0197-477 TIN NO: 77-0410135 TFCS REC'D: Yes or No TO AOC:

If there are any questions about this payment, call Tony Abeyta @ 303/987-6746 Received:

Receiver Prepared in IDEAS-PD

Receiver Number:

136



136

CONTRACT NO. 1443C8000010903 CONTRACTOR: Remcon Inc 

| ITEM NO. | CONTRACT QUANTITY. | | DESCRIPTION | QUANTITY TO DATE | UNIT PRICE | AMOUNT TO DATE |
|---|---|---|---|---|---|---|
| 18 | LS | | Abandon Septic Tank | 0.00% | $2,500.00 | $0.00 |
| 19 | LS | | Remove Electrical Transformer Pad | 0.00% | $500.00 | $0.00 |
| 20 | 75 | LF | Remove & Salvage Stone Wall - 2' Ht. | 0 | $60.00 | $0.00 |
| 21 | 71 | LF | Remove Culverts | 0 | $60.00 | $0.00 |
| 22 | 278 | LF | Remove & Salvage Stone Edge | 0 | $9.00 | $0.00 |
| 23 | 1 | EA | Remove Water Foundation | 0 | $346.00 | $0.00 |
| 24 | 2 | EA | Remove & Salvage Siosk | 0 | $890.00 | $0.00 |
| 25 | 297 | LF | Remove Timber Edge | 0 | $7.00 | $0.00 |
| 26 | 2000 | CY | Haul Miscellaneous Material From the Park | DELETED | $62.00 | |
| 27 | 3000 | CY | Haul Miscellaneous Material Within the Park | 4,008 | $15.00 | $60,120.00 |
| 28 | LS | | Abandon Miscellaneous Utilities | 0.00% | $2,150.00 | $0.00 |
| 29 | 1 | EA | Remove, Refinish, & Replace General Sherman Sign | 0 | $2,000.00 | $0.00 |
| 30 | 1 | EA | Sequoia Slab & Easel Removal & Relocation | 0 | $15,000.00 | $0.00 |
| 31 | 1 | EA | Remove Gate | 0 | $890.00 | $0.00 |
| 32 | LS | | Tree Cutting, Removal and Clearing & Grubbing | 90.00% | $250,000.00 | $225,000.00 |
| 33 | 263 | MBF | Logging | 242 | ($100.00) | ($24,218.00) |
| 34 | 52 | EA | Salvage Landscape Logs | 52 | $73.00 | $3,796.00 |
| 35 | 63441 | SF | Remove, Stockpile & Place Litter & Duff | 35,365 | $0.30 | $10,609.50 |
| 36 | 1 | EA | Portable Magazine | 1 | $3,035.60 | $3,035.60 |
| 37 | LS | | Excavation and Grading | 87.44% | $350,000.00 | $306,034.84 |
| 38 | 640 | CY | Rock Excavation | 1,447.17 | $112.00 | $162,083.04 |
| 39 | 10000 | CY | Haul Excess Excavation | 13,446 | $12.00 | $161,352.00 |
| 40 | 1300 | CF | Compaction Grouting | 0 | $20.00 | $0.00 |
| 41 | 88125 | SF | Soil Amendment & Cultivation | 39,314 | $0.23 | $9,042.22 |
| 42 | 28438 | SF | Cultivate Soil (no amendments) | 0 | $0.10 | $0.00 |
| 43 | 97279 | SF | Wood Chip Placement | 7,100 | $0.20 | $1,420.00 |
| 44 | 52 | EA | Log Moving and Placement | 9 | $210.00 | $1,890.00 |
| 45 | 6331 | LF | Silt Protection | 0 | $8.00 | $0.00 |
| 46 | 146838 | SF | Soil Retention Blanket | 32,000 | $0.40 | $12,800.00 |
| 47 | 3254 | SF | Channel Blanket | 560 | $0.50 | $280.00 |
| 48 | 24.62 | SY | Riprap | 17 | $109.00 | $1,853.00 |
| 49 | 133 | SY | Dispersal Riprap | 215.20 | $90.00 | $19,368.00 |
| 50 | 6 | EA | Log Check Dams | 1 | $2,500.00 | $2,500.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 51 | 4 | EA | Stone Check Dams | 1 | $2,300.00 | $2,300.00 |
| 52 | 252 | SF | Low Water Crossing | 0 | $14.00 | $0.00 |
| 53 | 3722 | LF | 4" DIP Waterline | 3,752 | $26.00 | $97,552.00 |
| 54 | 170 | LF | 2" PVC Serviceline | 25 | $20.00 | $500.00 |
| 55 | 2 | EA | 2" Gate Valve | 2 | $539.00 | $1,078.00 |
| 56 | 2 | EA | 4" Gate Valve | 5 | $698.00 | $3,490.00 |
| 57 | 4 | EA | 6" Gate Valve | 0 | $970.00 | $0.00 |
| 58 | 2 | EA | 2" Curb Stop | 2.0 | $230.00 | $460.00 |
| 59 | 3 | EA | Air Relief Valve | 3 | $3,025.00 | $8,923.75 |
| 60 | 4 | EA | Drain Valve Assembly | 4 | $1,652.00 | $6,608.00 |
| 61 | 777 | LF | 6" PVC Sewer Pipe | 777 | $44.00 | $34,188.00 |
| 62 | 7 | EA | Sewer Cleanouts | 9.50 | $232.00 | $2,204.00 |
| 63 | LS | | Concrete Septic Tank (8000 gal.) | 98.69% | $73,200.00 | $72,240.00 |
| 64 | 957 | LF | 24" CMP | 483.97 | $64.00 | $30,974.08 |
| 65 | 2 | EA | Stone Headwall | 1 | $6,458.00 | $6,458.00 |
| 66 | 11 | EA | Modified Headwall | 11 | $344.00 | $3,784.00 |
| 67 | 98 | LF | 6" Non-perforated Drain Pipe | 40 | $21.00 | $840.00 |
| 68 | 7 | EA | Concrete Drop Inlet - Type A | 3.88 | $3,236.00 | $12,555.68 |
| 69 | 9 | EA | Concrete Drop Inlet - Type B | 7.0 | $3,500.00 | $24,500.00 |
| 70 | 1 | EA | Concrete Drop Inlet - Type C | 1 | $5,400.00 | $5,130.00 |
| 71 | 10376 | TN | Aggregate Base Course | 6,640.0 | $43.00 | $285,520.00 |
| 72 | 4635 | TN | Asphalt Concrete Pavement | 3,533 | $104.00 | $367,432.00 |
| 73 | LS | | Sewage Disposal System | 99.73% | $213,000.00 | $212,424.90 |
| 74 | LS | | Dosing Siphon and Tank | 99.00% | $32,207.00 | $31,884.93 |
| 75 | LS | | Traffic Markings | 0.00% | $17,500.00 | $0.00 |
| 76 | 4126 | LF | Stone Curb | 3,323 | $97.00 | $322,331.00 |
| 77 | 855 | LF | Flush Stone Curb | 0 | $126.00 | $0.00 |
| 78 | 69 | EA | Snow Pole Sleeves | 125 | $104.00 | $13,000.00 |
| 79 | 90 | SY | Stone Swale | 0 | $580.00 | $0.00 |
| 80 | 77.533 | LF | Stone Trench | 0 | $467.00 | $0.00 |
| 81 | 1546 | LF | Stone Edging | 0 | $56.00 | $0 00 |
| 82 | 1174 | TN | Bituminous Walks | 144 | $122.00 | $17,568.00 |
| 83 | 9406 | LF | Timber Edging | 2,040 | $7.00 | $14,280.00 |
| 84 | 458 | SY | Stone Paving | 0 | $393.00 | $0.00 |
| 85 | LS | | Irrigation Connection | 0 00% | $3,480 00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 86 | 300 | LF | 2" Above Ground Irrigation Main | 0 | $5.00 | $0.00 |
| 87 | 100 | LF | 2" Underground Irrigation Main | 0 | $20.00 | $0.00 |
| 88 | 1260 | LF | 1-1/2" PVC Irrigation Main Above Ground | 0 | $4.00 | $0.00 |
| 89 | 6 | EA | Battery Operated Controller and Automatic Valve | 0 | $1,500.00 | $0.00 |
| 90 | 60 | LF | 1-1/2" Galv. Steel Irrigation Main Underground | 0 | $24.00 | $0.00 |
| 91 | LS | | Irrigation Connection | 98.39% | $3,480.00 | $3,424.00 |
| 92 | 160 | LF | 1" PE Pipe Under Paving | 140 | $9.30 | $1,302.00 |
| 93 | 3000 | LF | Shallow Bury 1" PE Pipe in Unpaved Areas | 1,260 | $2.69 | $3,389.40 |
| 94 | 6 | EA | Battery Operated Controller and Automatic Valve | 0 | $1,200.00 | $0.00 |
| 95 | 100 | LF | 1" Galv. Steel Irrigation Main Underground | 40 | $22.00 | $880.00 |
| 96 | 3648 | LF | Split Rail Fence | 0 | $42.00 | $0.00 |
| 97 | 1136 | LF | Split Rail Fence - Salvaged Material | 0 | $24.00 | $0.00 |
| 98 | 1271 | LF | Split Rail Fence - Modify Existing | 0 | $9.00 | $0.00 |
| 99 | 1434 | LF | Temporary Rope Fence | 0 | $7.00 | $0.00 |
| 100 | 1 | EA | Gate | 0 | $4,500.00 | $0.00 |
| 101 | LS | | Signature Boulders | 10.00% | $30,000.00 | $3,000.00 |
| 102 | LS | | Boulder Revetment | 65.00% | $151,145.00 | $98,244.25 |
| 103 | 1 | EA | Log Bridge - Type One | 0 | $54,000.00 | $0.00 |
| 104 | 2 | EA | Log Bridge - Type Two | 0 | $25,857.00 | $0.00 |
| 105 | 3 | EA | Kiosk | 0.85 | $16,640.00 | $14,144.00 |
| 106 | 4 | EA | Log Rails | 0 | $828.00 | $0.00 |
| 107 | 1 | EA | Boardwalk - Type One | 0 | $29,935.00 | $0.00 |
| 108 | 2 | EA | Boardwalk - Type Two | 0 | $9,369.00 | $0.00 |
| 109 | 21 | EA | Traffic Sign with 4x4 Post | 0 | $158.00 | $0.00 |
| 110 | 15 | EA | Traffic and Parking Sign with 4x6 Post | 0 | $171.00 | $0.00 |
| 111 | 14 | EA | Traffic Sign with 4x4 Post (Government Furnished Sign Panel) | 0 | $105.00 | $0.00 |
| 112 | 8 | EA | Directional Sign | 0 | $375.00 | $0.00 |
| 113 | 8 | EA | Wayside - Double Post | 0 | $156.00 | $0.00 |
| 114 | 3 | EA | Wayside - Single Post | 0 | $200.00 | $0.00 |
| 115 | 3 | EA | Wayside - Boulder or Log Mounted | 0 | $156.00 | $0.00 |
| 116 | 10 | EA | Wayisde Exhibit | 0 | $125.00 | $0.00 |
| 117 | 2800 | FF | Concrete Wall with Mortared Stone (at General's Highway) | 0 | $309.00 | $0.00 |
| 118 | 238 | FF | Concrete Wall with Mortared Stone (at Comfort Station) | 0 | $145.00 | $0.00 |
| 119 | 1866 | FF | Dry-Laid Stone Wall | 965 | $115.00 | $110,975.00 |
| 120 | 587 | FF | Overlook Mortared Stone Wall | 0 | $105.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 121 | 1047 | LF | Stone Stairs | 0 | $250.00 | $0.00 |
| 122 | LS | | Boulder Handrails | 0.00% | $7,035.00 | $0.00 |
| 123 | LS | | Small LP Gas System | 90.00% | $4,900.00 | $4,410.00 |
| 124 | 2 | EA | Transformer Pad | 1.0 | $2,248.00 | $2,135.60 |
| 125 | LS | | Electrical Distribution to Upper Sherman Site | 95.00% | $122,136.15 | $116,030.00 |
| 126 | 6 | EA | Pull Boxes | 6 | $1,290.00 | $7,740.00 |
| 127 | LS | | Electrical Distribution to Lower Sherman Site | 0.00% | $31,500.00 | $0.00 |
| 128 | LS | | Pay Telephone for Lower Sherman Tree Site | 0.00% | $2,110.00 | $0.00 |
| 129 | 3018 | TNS | AC Pavement, Upper Sherman Roads & Parking, 2-1/2" Overlay | 1,444 | $75.00 | $108,300.00 |
| 130 | LS | | General's Highway Stone Headwall | 0.00% | $87,000.00 | $0.00 |
| 131 | LS | | Telephone Service to Correl Stub | 100.00% | $4,500.00 | $4,500.00 |
| 132 | LS | | Sewer Force Main from the Dosing Tank | 100.00% | $3,458.00 | $3,458.00 |
| 133 | LS | | Electrical/Telephone Changes on the Access Road | 100.00% | $7,450.00 | $7,450.00 |
| 134 | LS | | Gen Condition Costs Associated with the Delection of Item 26 | 100.00% | $20,720.40 | $20,720.40 |
| 135 | 4624 | TNS | Haul Excess Miscellaneous Material From the Park | 4,630.5 | $93.86 | $434,618.73 |
| 136 | 8 | DAY | Extended Field Overhead | 8.0 | $1,810.11 | $14,480.88 |
| 137 | LS | | Restaking Access Road (Sta 25+00+/- to Sta 30+00+/-) | 100.00% | $1,154.00 | $1,154.00 |
| 138 | LS | | Sorting & Removal of Buried Debris in Uppr Parking Lot | 100.00% | $11,750.36 | $11,750.36 |
| 139 | LS | | Raising Finish Grade of Upper Parking Lot | 100.00% | $43,816.00 | $43,816.00 |
| 140 | LS | | Adjust General Sherman Tree Trail | | $35,872.00 | |
| | | | Additional witholding of $2,052.47 for unpaid utilities. | | | |
| | | | Materials Stored on Site - TOTAL: | | $234,564.78 | |
| 1 | | | Comfort Station | | | $0.00 |
| 53 | | | 4" DIP Waterpipe and Misc Fittings | | | $0.00 |
| 59 | | | Air Relief Valves | | | $0.00 |
| 61 | | | 6" PVC Sewer Pipe | | | $0.00 |
| 62 | | | Sewer Cleanouts | | | $0.00 |
| 64 | | | 24" CMP | | | $4,166.82 |
| 68 | | | Concrete Drop Inlet Type A | | | $1,049.60 |
| 69 | | | Concrete Drop Inlet Type B | | | $4,586.91 |
| 73 | | | Sewage Disposal System | | | $0.00 |
| 74 | | | Dosing Tank - Biotube Filter & Dosing Siphon | | | $0.00 |
| 76 | | | Stone Curb | | | $21,555.55 |
| 77 | | | Flush Stone Curb | | | $2,435.00 |
| 80 | | | Stone Trench | | | $8,936.00 |
| 83 | | | Timber Edge | | | $24,623.60 |
| 121 | | | Granite Stairs Stone for Sherman Tree Trail | | | $83,973.60 |
| 125 | | | Electrical Distribution to Upper Sherman Site | | | $0.00 |
| 1,65,117,118 | | | Masonry Stone Collected & Palletized on Project | | | $43,870.00 |
| 73 | | | Class 2 Aggregate Base Material: 4757 x $25.00 | | | $0.00 |
| 121 | | | Stone Stairs - Clovis Stone | | | $39,367.70 |

RECEIVED
NOV 04 2002
DSC
CONTRACTING SERVICES

# CERTIFICATION FOR CONSTRUCTION CONTRACT PROGRESS PAYMENT

I hereby certify, to the best of my knowledge and belief, that --

(1) The amounts requested are only for performance in accordance with the specifications, terms, and conditions of the contract;

(2) Payments to subcontractors and suppliers have been made from previous payments received under the contract, and timely payments will be made from the proceeds of the payment covered by this certification, in accordance with subcontract agreements and the requirements of chapter 39 of Title 31, United States Code;

(3) This request for progress payments does not include any amounts which the prime contractor intends to withhold or retain from a subcontractor or supplier in accordance with the terms and conditions of the subcontract; and

(4) This certification is not to be construed as final acceptance of a subcontractor's performance.

Erickson
*(Signature)*

**Controller**
*(Title)*

**October 31, 2002**
(Date)

**Previous Billings:** $ 3,674,177.01

**Current Billing:** $ 985,668.32

**Total To Date:** $ 4,659,855.33

**1443C000010903**
*(Contract Number)*

**Payment Estimate No. 12**
*(Payment Number)*

**REMCON, INC.**
*(Contractor Name)*

**Sequoia Forest, Sherman Tree Parking**
*(Park/Project)*

NOTE: The above certification is requires pursuant to contract clause 52.232-5, Payments under Fixed Price Construction Contracts (April 1989), which implements the Prompt Payment Act P.L. 97-177, as amended.