# United States Department of the Interior

NATIONAL PARK SERVICE
Denver Service Center
12795 W. Alameda Parkway
P.O. Box 25287
Denver, Colorado 80225-0287

IN REPLY REFER TO:

SEKI 200 Q
1443C8000010903

Steve Christensen, President
REMCON, Inc
P.O. Box 758
Oakdale, CA 95361

Dear Mr. Christensen,

Reference: Sequoia and Kings Canyon National Park, California
Contract No. 1443C8000010903
Giant Forest, Sherman Tree Parking Area, SEKI 200Q

Subject: Pay Estimate Quantity Corrections

Review of your pay request indicates REMCON seeks quantities above those in the contract requirements and/or for work that is incomplete or non-conforming. In other cases we believe REMCON has been paid for work that is part of the Lower Sherman portion of the contract. Details and computations include:

**Bid Item No. 1 – Upper & Lower Sherman Tree Comfort Stations & Wayside Kiosk**
Your payment request of an additional $104,580 exceeds work accomplished. The total for this pay estimate is $22,150 for the comfort station and $19,350 for the Kiosk/Shelter. Therefore the total payment for Bid Item No. 1 on this pay estimate is $41,500.

**Bid Item No. 17 – Remove & Salvage Boulders**
These 53 boulders are part of the work in Lower Sherman and any previous payment request and payment for them is in error. Therefore the total previous payment for Bid Item No. 17, $2,700, shall be corrected to be $0.

**Bid Item No. 33 – Logging**
The contractor is to supply mill scale tickets for logged trees from the septic area.

**Bid Item No. 35 – Remove, Stockpile & Place Litter and Duff**
Pay estimate 10 paid for 13,000 SF at the unit price to place this item at the leach field. However REMCON had been previously paid for removal and stockpile of this same litter and duff. Estimate: 13,000SF x $0.30/SF x 1/3 = $1,300; which shall be recorded as 4333SF.

**Bid Item No. 37 – Excavation & Grading.**
Embankment work is incomplete on the Access Road and the quantity survey has not been performed.
Estimate: $10,000

**Bid Item No. 45 – Silt Protection**
Measurement will be the number of linear feet of drainage filter placed at project completion. Therefore payment of this item during construction is $0.

**Bid Item No. 64 - CMP**
CMP's have been installed with paved inverts in non-conforming position. Contractor repair is necessary.
Estimate: $30/lf to repair x 911 LF = $27,330.

**Bid Item No. 66 – Modified Head Wall**
Only 11 quantity of this bid item have been constructed.

**Bid Item No. 68 – Concrete Drop Inlet – Type A**
Contractor installed in a non-conforming location. Proposed remedy of constructing raised structural collar to be done.
Estimate: 2 inlets x $1000 / inlet = $2,000

**Bid Item No. 71 – Aggregate Base Course**
The amount of aggregate base course for the Upper Sherman area is:

| SF total area | Thickness | Cubic Feet | Lbs. (at 124.5lbs/cf) | Tons |
|---|---|---|---|---|
| 196914.5 | 6.5/12 | 106,662 | 13,279,419 | 6,640 |

Therefore, the total acceptable quantity for Bid Item No. 71 is 6,640 tons.

**Bid Item No. 72 – Asphalt Concrete Pavement**
The amount of AC pavement for the Upper Sherman area in this bid item is:

| SF total area | Thickness | Cubic Feet | Lbs. (at 145lbs/cf) | Tons | Tons Complete (99%) |
|---|---|---|---|---|---|
| 196,914.5 | 3/12 | 49,229 | 7,138,205 | 3,569 | 3,533 |

Note that this work is approximately 99% complete.
Therefore the total acceptable quantity to date for Bid Item No. 72 is 3,533 tons

**Bid Item No. 101 – Signature Boulders**
Contractor has requested 55%, however all but three of these boulders are in the Lower Sherman portion of the project.
Estimate: $3000 for 3 boulders placed in Upper Sherman.

**Bid Item No. 102 – Revetment**
Pay request exceeds work accomplished, as trail revetment remains largely unfinished.
Estimate: (3,054LF x 90%) + (646 x 15%) + (740 x 0%) = 2846/4440 LF = 65%

**Bid Item No. 119 – Dry-Laid Stone Wall**
Due to REMCON's error in layout, this stone wall was constructed four feet North, further into the slope, and correspondingly was built two feet too tall. This also resulted in unnecessary tree removal.
Estimate: 172 LF long x 2 LF tall x $115/FF of Wall = $39,560

**Bid Item No.129 – Asphalt Concrete Pavement, Upper Sherman Roads & Parking, 2 ½" Overlay**
The amount of AC pavement for the Upper Sherman area in this bid item is the top 2 ½" of asphalt placed.

| SF total area | Thickness | Cubic Feet | Lbs. (at 145 lbs/cf) | Tons | |
|---|---|---|---|---|---|
| 196,914.5 | 1/12 | 16,410 | 2,379,450 | 1,190 | 3" to 4" |
| 28,000 | 1.5 / 12 | 3,500 | 507,500 | 254 | 4" to 5.5" |

Total payment for Bid Item No. 129 this Pay Period is 1444 tons

**Retained Amount:**

**Monuments**
Two existing survey monuments have been removed by REMCON. The cost of replacement is being deducted from this payment.
Estimate is 2 monuments x $1000/monument = $2,000

**Utility Payments**
Past due invoice to the NPS for utilities is $2,052.47

Your pay estimate will reflect these corrections. The Government remains available for review and approval of your quantity surveys.

Regards,

Mike Giller
Project Manager

145

Jnited States Department of the Intei
National Park Service
PAYMENTS

14-Day Prompt Payment X
30-Day Final Payment ___

Sequoia and Kings Canyon National Parks
SEKI-200Q

| | | | | | |
|---|---|---|---|---|---|
| ESTIMATE NO. | 13 | For Period November 1, 2002 through December 31, 2002 | | DATE: | JAN 17 2003 |
| CONTRACT NO.: | 1443C8000010903 | COMPLETION DATE: 8/11/2003 | | EXTENDED DATE: | 8/28/2003 |
| CONTRACTOR: | Remcon Inc., P O Box 758, 751 Wakefield Court, Oakdale, CA 95361 | | | ORIG CONTRACT: | $ 7,121,636.00 |
| PROJECT: | Sherman Tree Parking Area | | | TTL CHG ORDERS: | 5 $ 795,968.28 |
| LOCATION: | Tulare County, California | | | TOTAL CONTR AMT | $ 7,917,604.28 |

| ITEM NO. | CONTRACT QUANTITY | | DESCRIPTION | QUANTITY TO DATE | UNIT PRICE | AMOUNT TO DATE |
|---|---|---|---|---|---|---|
| 1 | LS | | Upper & Lower Sherman Tree Comfort Stations & Wayside Kiosk | 53.53% | $830,000.00 | $444,320.00 |
| 2 | 4987 | LF | Construction Fencing | 3,816 | $5.00 | $19,080.00 |
| 3 | 182 | EA | Tree Trunk Protection | 144 | $100.00 | $14,400.00 |
| 4 | 493 | LF | Tree Barricade | 0 | $25.00 | $0.00 |
| 5 | LS | | Removal of Restroom Building | 0.00% | $15,000.00 | $0.00 |
| 6 | LS | | Removal of Powder House | 100.00% | $1,060.00 | $1,060.00 |
| 7 | 155627 | SF | Remove Asphalt Paving | 60,844 | $0.50 | $30,422.00 |
| 8 | 180 | SF | Remove Concrete Paving | 0 | $1.50 | $0.00 |
| 9 | 213 | LF | Remove Concrete Curb & Pan | 0 | $2.50 | $0.00 |
| 10 | 2575 | LF | Remove Asphalt Curb - Single | 0 | $1.64 | $0.00 |
| 11 | 426 | LF | Remove Asphalt Curb - Double | 0 | $1.00 | $0.00 |
| 12 | 144 | SF | Remove Wooden Steps and Landing | 0 | $3.00 | $0.00 |
| 13 | 116 | LF | Saw Cutting Asphalt | 48 | $6.00 | $288.00 |
| 14 | 34 | EA | Remove Signs | 0 | $85.00 | $0.00 |
| 15 | 1136 | LF | Remove & Salvage Split Rail Fence | 0 | $10.00 | $0.00 |
| 16 | 8 | EA | Remove & Salvage Trash Receptacles | 0 | $85.00 | $0.00 |
| 17 | 53 | EA | Remove & Salvage Boulders | 0 | $60.00 | $0.00 |

Recommended (COR) [signature] Lang FOR
Wm. H. DeOcampo

DATE: (Agreement reached between Contractor & Proj Supr) 1.14.03

APPROVAL: (Contracting Officer) [signature]

DATE: 1/17/03

| SUMMARY | | |
|---|---|---|
| TOTAL TO DATE | | $4,375,910.20 |
| LESS RETAINED AMOUNT | $ | 17,297.29 |
| NET | $ | 4,358,612.91 |
| LESS PREVIOUS PAYMENTS | $ | 4,239,409.47 |
| LESS LIQUIDATED DAMAGES | $ | - |
| DUE THIS ESTIMATE | $ | 119,203.44 |
| % COMPLETE TO DATE: | | 52.5% |
| % TIME ELAPSED: | | 64.1% |

ACCOUNT NO.: 8550-0197-477 TIN NO: 77-0410135 TFCS REC'D: Yes or No TO AOC:

are any questions about this payment, call Terry Lang @ 303/969-2961 Received:

ge: $2,052.47 for unpaid utilities, $2,000.00 for two monuments, and $28,047.37 (10% of payment) for no schedule, no as-builts and no quantity surveys

Receiver Prepared in IDEAS-PD

Receiver Number: Z1000190412

145

CONTRACT NO. 1443C8000010903 CONTRACTOR: Remc( : 146

| ITEM NO. | CONTRACT QUANTITY | | DESCRIPTION | QUANTITY TO DATE | UNIT PRICE | AMOUNT TO DATE |
|---|---|---|---|---|---|---|
| 18 | LS | | Abandon Septic Tank | 0.00% | $2,500.00 | $0.00 |
| 19 | LS | | Remove Electrical Transformer Pad | 0.00% | $500.00 | $0.00 |
| 20 | 75 | LF | Remove & Salvage Stone Wall - 2' Ht. | 0 | $60.00 | $0.00 |
| 21 | 71 | LF | Remove Culverts | 0 | $60.00 | $0.00 |
| 22 | 278 | LF | Remove & Salvage Stone Edge | 0 | $9.00 | $0.00 |
| 23 | 1 | EA | Remove Water Foundation | 0 | $346.00 | $0.00 |
| 24 | 2 | EA | Remove & Salvage Kiosk | 0 | $890.00 | $0.00 |
| 25 | 297 | LF | Remove Timber Edge | 0 | $7.00 | $0.00 |
| 26 | 0 | CY | Haul Miscellaneous Material From the Park | DELETED | $62.00 | |
| 27 | 3000 | CY | Haul Miscellaneous Material Within the Park | 4,008 | $15.00 | $60,120.00 |
| 28 | LS | | Abandon Miscellaneous Utilities | 0.00% | $2,150.00 | $0.00 |
| 29 | 1 | EA | Remove, Refinish, & Replace General Sherman Sign | 0 | $2,000.00 | $0.00 |
| 30 | 1 | EA | Sequoia Slab & Easel Removal & Relocation | 0 | $15,000.00 | $0.00 |
| 31 | 1 | EA | Remove Gate | 0 | $890.00 | $0.00 |
| 32 | LS | | Tree Cutting, Removal and Clearing & Grubbing | 90.00% | $250,000.00 | $225,000.00 |
| 33 | 263 | MBF | Logging | 292.18 | ($100.00) | ($29,218.00) |
| 34 | 52 | EA | Salvage Landscape Logs | 52 | $73.00 | $3,796.00 |
| 35 | 63441 | SF | Remove, Stockpile & Place Litter & Duff | 53,902 | $0.30 | $16,170.60 |
| 36 | 1 | EA. | Portable Magazine | 1 | $3,035.60 | $3,035.60 |
| 37 | LS | | Excavation and Grading | 87.44% | $350,000.00 | $306,034.84 |
| 38 | 640 | CY | Rock Excavation | 1,207.05 | $112.00 | $135,189.60 |
| 39 | 10000 | CY | Haul Excess Excavation | 13,936 | $12.00 | $167,232.00 |
| 40 | 1300 | CF | Compaction Grouting | 0 | $20.00 | $0.00 |
| 41 | 88125 | SF | Soil Amendment & Cultivation | 39,314 | $0.23 | $9,042.22 |
| 42 | 28438 | SF | Cultivate Soil (no amendments) | 0 | $0.10 | $0.00 |
| 43 | 97279 | SF | Wood Chip Placement | 10,890 | $0.20 | $2,178.00 |
| 44 | 52 | EA | Log Moving and Placement | 18 | $210.00 | $3,780.00 |
| 45 | 6331 | LF | Silt Protection | 0 | $8.00 | $0.00 |
| 46 | 146838 | SF | Soil Retention Blanket | 121,752 | $0.40 | $48,700.80 |
| 47 | 3254 | SF | Channel Blanket | 560 | $0.50 | $280.00 |
| 48 | 28 | SY | Riprap | 17 | $109.00 | $1,853.00 |
| 49 | 133 | SY | Dispersal Riprap | 276.00 | $90.00 | $24,840.00 |
| 50 | 6 | EA | Log Check Dams | 1 | $2,500.00 | $2,500.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 51 | 4 | EA | Stone Check Dams | 1 | $2,300.00 | $2,300.00 |
| 52 | 252 | SF | Low Water Crossing | 0 | $14.00 | $0.00 |
| 53 | 3722 | LF | 4" DIP Waterline | 3,752 | $26.00 | $97,552.00 |
| 54 | 170 | LF | 2" PVC Serviceline | 25 | $20.00 | $500.00 |
| 55 | 2 | EA | 2" Gate Valve | 2 | $539.00 | $1,078.00 |
| 56 | 2 | EA | 4" Gate Valve | 5 | $698.00 | $3,490.00 |
| 57 | 4 | EA | 6" Gate Valve | 0 | $970.00 | $0.00 |
| 58 | 2 | EA | 2" Curb Stop | 2.0 | $230.00 | $460.00 |
| 59 | 3 | EA | Air Relief Valve | 3 | $3,025.00 | $8,923.75 |
| 60 | 4 | EA | Drain Valve Assembly | 4 | $1,652.00 | $6,608.00 |
| 61 | 777 | LF | 6" PVC Sewer Pipe | 777 | $44.00 | $34,188.00 |
| 62 | 7 | EA | Sewer Cleanouts | 9.50 | $232.00 | $2,204.00 |
| 63 | LS | | Concrete Septic Tank (8000 gal.) | 98.69% | $73,200.00 | $72,240.00 |
| 64 | 957 | LF | 24" CMP | 483.97 | $64.00 | $30,974.08 |
| 65 | 2 | EA | Stone Headwall | 1 | $6,458.00 | $6,458.00 |
| 66 | 11 | EA | Modified Headwall | 12 | $344.00 | $4,128.00 |
| 67 | 98 | LF | 6" Non-perforated Drain Pipe | 40 | $21.00 | $840.00 |
| 68 | 7 | EA | Concrete Drop Inlet - Type A | 3.88 | $3,236.00 | $12,555.68 |
| 69 | 9 | EA | Concrete Drop Inlet - Type B | 7.0 | $3,500.00 | $24,500.00 |
| 70 | 1 | EA | Concrete Drop Inlet - Type C | 1.00 | $5,400.00 | $5,400.00 |
| 71 | 10376 | TN | Aggregate Base Course | 6,918.2 | $43.00 | $297,482.60 |
| 72 | 4635 | TN | Asphalt Concrete Pavement | 3,533 | $104.00 | $367,432.00 |
| 73 | LS | | Sewage Disposal System | 99.73% | $213,000.00 | $212,424.90 |
| 74 | LS | | Dosing Siphon and Tank | 99.00% | $32,207.00 | $31,884.93 |
| 75 | LS | | Traffic Markings | 0.00% | $17,500.00 | $0.00 |
| 76 | 4126 | LF | Stone Curb | 3,274 | $97.00 | $317,578.00 |
| 77 | 855 | LF | Flush Stone Curb | 0 | $126.00 | $0.00 |
| 78 | 69 | EA | Snow Pole Sleeves | 113 | $104.00 | $11,752.00 |
| 79 | 90 | SY | Stone Swale | 0 | $580.00 | $0.00 |
| 80 | 77.533 | LF | Stone Trench | 0 | $467.00 | $0.00 |
| 81 | 1546 | LF | Stone Edging | 0 | $56.00 | $0.00 |
| 82 | 1174 | TN | Bituminous Walks | 182.45 | $122.00 | $22,258.90 |
| 83 | 9406 | LF | Timber Edging | 1,918 | $7.00 | $13,426.00 |
| 84 | 458 | SY | Stone Paving | 0 | $393.00 | $0.00 |
| 85 | LS | | Irrigation Connection | 0.00% | $3,480.00 | $0.00 |

148

| | | | | | | |
|---|---|---|---|---|---|---|
| 86 | 300 | LF | 2" Above Ground Irrigation Main | 0 | $5.00 | $0.00 |
| 87 | 100 | LF | 2" Underground Irrigation Main | 0 | $20.00 | $0.00 |
| 88 | 1260 | LF | 1-1/2" PVC Irrigation Main Above Ground | 0 | $4.00 | $0.00 |
| 89 | 6 | EA | Battery Operated Controller and Automatic Valve | 0 | $1,500.00 | $0.00 |
| 90 | 60 | LF | 1-1/2" Galv. Steel Irrigation Main Underground | 0 | $24.00 | $0.00 |
| 91 | LS | | Irrigation Connection | 90.00% | $5,900.00 | $5,310.00 |
| 92 | 160 | LF | 1" PE Pipe Under Paving | 140 | $9.30 | $1,302.00 |
| 93 | 3000 | LF | Shallow Bury 1" PE Pipe in Unpaved Areas | 2,800 | $2.69 | $7,532.00 |
| 94 | 6 | EA | Battery Operated Controller and Automatic Valve | 0 | $1,200.00 | $0.00 |
| 95 | 100 | LF | 1" Galv. Steel Irrigation Main Underground | 40 | $22.00 | $880.00 |
| 96 | 3648 | LF | Split Rail Fence | 0 | $42.00 | $0.00 |
| 97 | 1136 | LF | Split Rail Fence - Salvaged Material | 0 | $24.00 | $0.00 |
| 98 | 1271 | LF | Split Rail Fence - Modify Existing | 0 | $9.00 | $0.00 |
| 99 | 1434 | LF | Temporary Rope Fence | 0 | $7.00 | $0.00 |
| 100 | 1 | EA | Gate | 0 | $4,500.00 | $0.00 |
| 101 | LS | | Signature Boulders | 10.00% | $30,000.00 | $3,000.00 |
| 102 | LS | | Boulder Revetment | 65.00% | $151,145.00 | $98,244.25 |
| 103 | 1 | EA | Log Bridge - Type One | 0 | $54,000.00 | $0.00 |
| 104 | 2 | EA | Log Bridge - Type Two | 0 | $25,857.00 | $0.00 |
| 105 | 3 | EA | Kiosk | 0.85 | $16,640.00 | $14,144.00 |
| 106 | 4 | EA | Log Rails | 0 | $828.00 | $0.00 |
| 107 | 1 | EA | Boardwalk - Type One | 0 | $29,935.00 | $0.00 |
| 108 | 2 | EA | Boardwalk - Type Two | 0 | $9,369.00 | $0.00 |
| 109 | 21 | EA | Traffic Sign with 4x4 Post | 0 | $158.00 | $0.00 |
| 110 | 15 | EA | Traffic and Parking Sign with 4x6 Post | 0 | $171.00 | $0.00 |
| 111 | 14 | EA | Traffic Sign with 4x4 Post (Government Furnished Sign Panel) | 0 | $105.00 | $0.00 |
| 112 | 8 | EA | Directional Sign | 0 | $375.00 | $0.00 |
| 113 | 8 | EA | Wayside - Double Post | 0 | $156.00 | $0.00 |
| 114 | 3 | EA | Wayside - Single Post | 0 | $200.00 | $0.00 |
| 115 | 3 | EA | Wayside - Boulder or Log Mounted | 0 | $156.00 | $0.00 |
| 116 | 10 | EA | Wayisde Exhibit | 0 | $125.00 | $0.00 |
| 117 | 2800 | FF | Concrete Wall with Mortared Stone (at General's Highway) | 0 | $309.00 | $0.00 |
| 118 | 238 | FF | Concrete Wall with Mortared Stone (at Comfort Station) | 0 | $145.00 | $0.00 |
| 119 | 1866 | FF | Dry-Laid Stone Wall | 965 | $115.00 | $110,975.00 |
| 120 | 587 | FF | Overlook Mortared Stone Wall | 0 | $105.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 121 | 1047 | LF | Stone Stairs | 0 | $250.00 | $0.00 |
| 122 | LS | | Boulder Handrails | 0.00% | $7,035.00 | $0.00 |
| 123 | LS | | Small LP Gas System | 90.00% | $4,900.00 | $4,410.00 |
| 124 | 2 | EA | Transformer Pad | 1.0 | $2,248.00 | $2,135.60 |
| 125 | LS | | Electrical Distribution to Upper Sherman Site | 95.00% | $122,136.15 | $116,030.00 |
| 126 | 6 | EA | Pull Boxes | 6 | $1,290.00 | $7,740.00 |
| 127 | LS | | Electrical Distribution to Lower Sherman Site | 0.00% | $31,500.00 | $0.00 |
| 128 | LS | | Pay Telephone for Lower Sherman Tree Site | 0.00% | $2,110.00 | $0.00 |
| 129 | 3018 | TNS | AC Pavement, Upper Sherman Roads & Parking, 2-1/2" Overlay | 2,163 | $75.00 | $162,217.50 |
| 130 | LS | | General's Highway Stone Headwall | 0.00% | $87,000.00 | $0.00 |
| 131 | LS | | Telephone Service to Correl Stub | 100.00% | $4,500.00 | $4,500.00 |
| 132 | LS | | Sewer Force Main from the Dosing Tank | 100.00% | $3,458.00 | $3,458.00 |
| 133 | LS | | Electrical/Telephone Changes on the Access Road | 100.00% | $7,450.00 | $7,450.00 |
| 134 | LS | | Gen Condition Costs Associated with the Delection of Item 26 | 100.00% | $20,720.40 | $20,720.40 |
| 135 | 4624 | TNS | Haul Excess Miscellaneous Material From the Park | 4,693.5 | $93.86 | $440,532.85 |
| 136 | 8 | DAY | Extended Field Overhead | 8.0 | $1,810.11 | $14,480.88 |
| 137 | LS | | Restaking Access Road (Sta 25+00+/- to Sta 30+00+/-) | 100.00% | $1,154.00 | $1,154.00 |
| 138 | LS | | Sorting & Removal of Buried Debris in Uppr Parking Lot | 100.00% | $11,750.36 | $11,750.36 |
| 139 | LS | | Raising Finish Grade of Upper Parking Lot | 100.00% | $43,816.00 | $43,816.00 |
| 140 | LS | | Adjust General Sherman Tree Trail | | $26,880.00 | |
| | | | Additional witholding of $2,052.47 for unpaid utilities. | | | |
| | | | Materials Stored on Site - TOTAL: | | $215,383.86 | |
| 1 | | | Comfort Station | | | $13,159.22 |
| 53 | | | 4" DIP Waterpipe and Misc Fittings | | | $0.00 |
| 59 | | | Air Relief Valves | | | $0.00 |
| 61 | | | 6" PVC Sewer Pipe | | | $0.00 |
| 62 | | | Sewer Cleanouts | | | $0.00 |
| 64 | | | 24" CMP | | | $0.00 |
| 68 | | | Concrete Drop Inlet Type A | | | $0.00 |
| 69 | | | Concrete Drop Inlet Type B | | | $0.00 |
| 73 | | | Sewage Disposal System | | | $0.00 |
| 74 | | | Dosing Tank - Biotube Filter & Dosing Siphon | | | $0.00 |
| 76 | | | Stone Curb | | | $9,139.66 |
| 77 | | | Flush Stone Curb | | | $2,435.00 |
| 80 | | | Stone Trench | | | $8,936.00 |
| 83 | | | Timber Edge | | | $23,276.68 |
| 121 | | | Granite Stairs Stone for Sherman Tree Trail | | | $83,973.60 |
| 125 | | | Electrical Distribution to Upper Sherman Site | | | $0.00 |
| 1,65,117,118 | | | Masonry Stone Collected & Palletized on Project | | | $35,096.00 |
| 73 | | | Class 2 Aggregate Base Material: 4757 x $25.00 | | | $0.00 |
| 121 | | | Stone Stairs - Clovis Stone | | | $39,367.70 |

11/17/03 150

# CERTIFICATION FOR
# CONSTRUCTION CONTRACT PROGRESS PAYMENT

I hereby certify, to the best of my knowledge and belief, that --

(1) The amounts requested are only for performance in accordance with the specifications, terms, and conditions of the contract;

(2) Payments to subcontractors and suppliers have been made from previous payments received under the contract, and timely payments will be made from the proceeds of the payment covered by this certification, in accordance with subcontract agreements and the requirements of chapter 39 of Title 31, United States Code;

(3) This request for progress payments does not include any amounts which the prime contractor intends to withhold or retain from a subcontractor or supplier in accordance with the terms and conditions of the subcontract; and

(4) This certification is not to be construed as final acceptance of a subcontractor's performance.

Joanna (signature)
*(Signature)*

OFFICE MANAGER
*(Title)*

JANUARY 02, 2002
*(Date)*

Previous Billings: $ 4,239,409.47

Current Billing: $ 611,023.74

Total To Date: $4,850,433.21

1443C000010903
*(Contract Number)*

**Payment Estimate No.** 13
*(Payment Number)*

**REMCON**
*(Contractor Name)*

**Sequoia Forest, Sherman Tree Parking**
*(Park/Project)*

NOTE:The above certification is requires pursuant to contract clause 52.232-5, Payments under Fixed Price Construction Contracts (April 1989), which implements the Prompt Payment Act P.L. 97-177, as amended.

SEKI-200Q

| No. | Period | Amount | Certification Date | Certification Rec/Fax Date | Database Entry | CO Sign | Closed Date | Conf Date | Payments With Interest |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Bond | $56,320.00 | | | 06/25/01 | 06/29/01 | 07/09/01 | 07/09/01 | x |
| 2 | 06/11/01 through 06/30/01 | $338,403.00 | 07/12/01 | 07/12/01 | 07/26/01 | 07/27/01 | 08/23/01 | 08/10/01 | x |
| 3 | 07/01/01 through 07/27/01 | $674,630.60 | 08/01/01 | 08/02/01 | 08/02/01 | 08/06/01 | 08/23/01 | 08/14/01 | x |
| 4 | 07/28/01 through 08/31/01 | $316,978.75 | 09/11/01 | 09/11/01 | 09/12/01 | 09/12/01 | 09/24/01 | 09/24/01 | x |
| 5 | 09/01/01 through 09/30/01 | $179,943.32 | 10/09/01 | 10/09/01 | 10/10/01 | 10/11/01 | 10/23/01 | 10/23/01 | x |
| 6 | 10/01/01 through 11/09/01 | $544,054.41 | 11/21/01 | 11/21/01 | 11/21/01 | 11/27/01 | 12/04/01 | 12/04/01 | x |
| 7 | 11/10/01 through 11/30/01 | $101,301.34 | 12/20/01 | 12/20/01 | 12/20/01 | 12/21/01 | 01/11/02 | 01/11/02 | $101,417.06 |
| 8 | 12/01/01 through 06/30/02 | $156,930.62 | 06/30/02 | 07/12/02 | 07/05/02 | 07/15/01 | 07/30/02 | 07/22/02 | $156,953.51 |
| 9 | 07/01/02 through 07/31/02 | $301,164.64 | 07/31/02 | 08/12/02 | 08/16/02 | 08/20/02 | 8/19/2002 ? | 08/27/02 | $301,472.08 |
| 10 | 08/01/02 throuth 08/30/02 | $381,371.83 | 08/31/02 | 09/12/02 | 09/16/02 | 09/12/02 | 09/23/02 | 09/23/02 | $381,427.45 |
| 11 | 08/31/02 through 09/30/02 | $609,481.73 | 09/30/02 | 10/09/02 | 10/02/02 | 10/10/02 | 10/16/02 | 10/16/02 | x |
| 12 | 09/31/02 through 10/31/02 | $578,829.23 | 10/31/02 | 11/04/02 | 11/14/02 | 11/20/02 | 11/27/2002 ? | 11/27/02 | x |
| 13 | 11/01/02 through 12/31/02 | $119,203.44 | 01/02/02 | 01/17/03 | 01/14/03 | 01/17/03 | 1/27/2003 ? | 01/24/03 | x |

TOTAL PAYMENTS: $4,358,612.91

CLOSED ?

ret: $17,297.29
$4,375,910.20

Payment Summary (1 - 13)

Voucher: AOC enters information into system
Schedule: Notify Treasury to make payment
Closed: Confirmation from Treasury that wire or check sent

| SOLICITATION, OFFER, AND AWARD (Construction, Alteration, or Repair) | 1. SOLICITATION NO. 1443N8000010903 | 2. TYPE OF SOLICITATION [ ] SEALED BID (IFB) [X] NEGOTIATED (RFP) | 3. DATE ISSUED 02/27/01 | PAGE OF PAGES 152 |
|---|---|---|---|---|

TANT - The "offer" section on the reverse must be fully completed by the offeror.

| TRACT NO. 443C8000010903 | 5. REQUISITION/PURCHASE REQUEST NO. | 6. PROJECT NO. SEKI-200Q |
|---|---|---|

| JED BY CODE | 8. ADDRESS OFFER TO |
|---|---|
| National Park Service<br>Denver Service Center<br>12795 W. Alameda Parkway, Room 390<br>P.O. Box 25287<br>Denver, Colorado 80225-0287 | National Park Service<br>Denver Service Center<br>12795 W. Alameda Parkway, Room 390<br>P.O. Box 25287<br>Denver, Colorado 80225-0287 |

| FOR INFORMATION CALL: | A. NAME Terry Lang | B. TELEPHONE NO. (Include area code) (NO COLLECT CALLS) 303/969-2961 (terry_lang@nps.gov) |
|---|---|---|

SOLICITATION

NOTE: In sealed bib solicitations "offer" and "offeror" mean "bid" and "bidder".

10. THE GOVERNMENT REQUIRES PERFORMANCE OF THE WORK DESCRIBED IN THESE DOCUMENTS *(Title, identifying no., date).*

Sequoia and Kings Canyon National Parks
Sherman Tree Parking
Tulare County, California

Estimated Price Range: $5,000,000 to $10,000,000

11. The Contractor shall begin performance within 15 calendar days and complete it within 792 calendar days after receiving [ ] award, [X] notice to proceed. This performance period is [X] mandatory, [ ] negotiable. *(See* Section F *)*

| 12A. THE CONTRACTOR MUST FURNISH ANY REQUIRED PERFORMANCE AND PAYMENT BONDS? *(If "YES," indicate within how many calendar days after award in item 12B.)* [X] YES [ ] NO | 12B. CALENDAR DAYS |
|---|---|

13. ADDITIONAL SOLICITATION REQUIREMENTS:

A. Sealed offers in original and 1 copies to perform the work required are due at the place specified in Item B by 4:00pm *(hour)* local time 03/29/01 *(date).* If this is a sealed bid solicitation, offers will be publicly opened at that time. Sealed envelopes containing offers shall be marked to show the offeror's name and address, the solicitation number, and the date and time offers are due.

An offer guarantee [X] is, [ ] is not required.

offers are subject to the (1) work requirements, and (2) other provisions and clauses incorporated in the solicitation in full text or by reference.

D. Offers providing less than 60 calendar days for Government acceptance after the date offers are due will not be considered and will be rejected.

REMCON, Inc.

P.O. Box 758
751 Wakefield Court
Oakdale, CA 95361
Telephone: 209/847-9186
Fax: 209/847-9189

5pm
JUL15'03 RC
7/15/03

Sent Via Overnight Mail

June 28, 2003

Mr. Rodney K. Keiscome
National Park Service
P.O. Box 25287
Denver, CO 80225-0287

Reference: Sequoia and Kings Canyon National Park, Contract No. 1443C8000010903
Giant Forest, Sherman Tree Parking Area, Package No. SEKI-200Q

Subject: Certified Claim of REMCON Arising from Work Performed to Date

Dear Mr. Keiscome:

As the Contracting Officer, this certified claim is submitted to you in accordance with the requirements of the Contract Disputes Act of 1978, 41 U.S.C. §§601, et seq. While some of the individual claims noted herein have been the subject of previous claims to you, there are additional facts and/or revised damage claims submitted herewith. Therefore, for purposes of being comprehensive, and to state the known, pending claims in one omnibus package, the certified claim of REMCON is submitted as an attachment to this letter.

The claim consists of a narrative and exhibits.

A timely, formal Contracting Officer's final decision, on each claim, is requested.

I certify that the claim is made in good faith, that the supporting data are accurate and complete to the best of my knowledge and belief, that the amount requested accurately reflects the contract adjustment for which the contractor believes the Government is liable; and that I am duly authorized to certify the claim on behalf of the contractor.

Pursuant to applicable law, we strongly urge the Contracting Officer to adopt alternative means of dispute resolution, whether binding arbitration or mediation. I am amendable to utilizing such a process to resolve this claim

Cordially,

Stephen B. Christensen
President

Enclosures:

cc: D. Michael Schoenfeld, Murphy Austin Adams Schoenfeld, LLP
Richard A. Lewis, REMCON Board Member

SequoiaLetter117-sbc



153

AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE
J

Page 1 of 3

2. AMENDMENT/MODIFICATION NO. 0004

3. EFFECTIVE DATE SEP 1 2 2002

4. REQUISITION/PURCHASE REQ. NO.

5. PROJECT NO. (If applicable) SEKI-200Q

9/11/02

6. ISSUED BY CODE 2081
DSC - CS - Contracting Services Group
National Park Service, P.O. Box 25287, 12795 W. Alameda Parkway, Attn: Terry Lang
Denver, CO 80225

7. ADMINISTERED BY (If other than Item 6) CODE
OBLIGATED EXISTING CONTRACT
NO FFS LINK.
9/11/02

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and Zip Code)

Remcon Inc.
751 Wakefield Court
Oakdale, CA 95361

TRANS CODE
MS
1-11-00 002
MD 384

CODE

FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

(X) 10A. MODIFICATION OF CONTRACT/ORDER NO. CB000010903

(X) 10B. DATED (SEE ITEM 13) 05/09/2001

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15, and returning ________ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
See Line Item Detail

13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS.
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (✓) ONE | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| ☐ | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| ☑ | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: Changes, FAR Clause 52.243 |
| ☐ | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return 3 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

Sequoia and Kings Canyon National Parks, California
Giant Forest, Sherman Tree Parking
SEKI-200Q

SEE ATTACHED CHANGES

...pt as ...erein, all terms and conditions of the document referenced in Item 9A or 10A as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
|---|---|---|---|
| David B. Christensen Pres. | | Rodney K. Keiscome | |
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. United States of America | 16C. DATE SIGNED |
| [signature] (Signature of person authorized to sign) | 9/11/02 | BY [signature] (Signature of Contracting Officer) | 9/12/02 |

40-01-152-8070
...US EDITION
...BLE

| Line item Summary | Document Number | Title | Page 155 |
|---|---|---|---|
| | C800001[illegible]/0004 | SEKI-200Q | 2 of 3 |

Total Funding: $7,890,724.28

FYs Fund Budget Org Sub Object Class Sub Program Cost Org Sub Proj/Job No. Sub Reporting Category

See Line Item(s)

Division Closed FYs Cancelled Fund

| Line Item Number | Description | Delivery Date (Start date to End date) | Quantity | Unit of Issue | Unit Price | Total Cost |
|---|---|---|---|---|---|---|
| 0001 | Sequoia and Kings Canyon National Parks, California, Sherman Tree Parking Area, SEKI-200Q<br>Change in Funding, Unit Price | | 0.00 | ls | $95,120.36 | $95,120.36 |

Funding Information:
2002 - - - 8550 - - 252z - - 477 - - - 0197 - - - - - -
95,120.36

| | |
|---|---|
| Previous Total: | $7,795,603.92 |
| Modification Total: | $95,120.36 |
| Grand Total: (Includes Discounts) | $7,890,724.28 |

| Address Detail | Title | Document [illegible]ber | Page |
|---|---|---|---|
| | SEKI-20[illegible] | C80000109[illegible]004 | 3 of 3 |

## Shipping Addresses

| Code | Detail |
|---|---|
| 0001 | Org: DSC-PM<br>Addr: NPS DSC-PM<br>12795 W. ALAMEDA PKWY<br><br>LAKEWOOD CO 80228<br>Attn: Michael Giller, Project Manager<br>Phone: (303) 969-2007 ext.<br>Fax: (303) 969-2238 ext. |

## Invoice Addresses

| Code | Detail |
|---|---|
| 0001 | Org: DSC - CS - Contracting Services Group<br>Addr: National Park Service, P.O. Box 25287<br>12795 W. Alameda Parkway<br><br>Denver CO 80225<br>Attn: Martie Savarie, Procurement Tech<br>Phone: (303) 969-2166 ext.<br>Fax: (303) 969-2040 ext. |

Item 39: Haul Excess Excavation.
Compensate the Contractor for hauling an additional estimated quantity of 3,200 CY of excess excavation to Wolverton Point. Payment will made at the Contract Unit Price of $12.00/CY.

ADD: $38,400.00

New Item No. 137: Restaking Access Road Centerline.
Reimburse the Contractor for cost associated with the additional construction surveying (staking). Payment will be made at a negotiated Lump Sum price.

ADD: $ 1,154.00

New Item No. 138: Sorting & Removal of Buried Debris in Upper Parking Lot.
Reimburse the Contractor for costs associated for sorting and removal of the buried material encountered. Payment will be made at a negotiated Lump Sum price.

ADD: $11,750.36

New Item No. 139: Raising Finish Grade of Upper Parking Lot.
Compensate the Contractor for cost associated for placing and compacting the excess excavation required to raise the upper parking lot to the revised grading elevations. Payment will be made at a negotiated Lump Sum price.

ADD: $43,816.00

Except as modified above, all work shall be performed in accordance with the provisions of the contract where applicable as determined by the Contracting Officer or as otherwise directed by the Contracting Officer.

You will be compensated for the changed work by modifying the Contract Price Schedule as follows:

| Item No. | Original Est. Quantity | Revised Estimated Quantity | Item Description | Unit Price | Original Amount | Amount of (Decrease) or Increase | Revised Amount |
|---|---|---|---|---|---|---|---|
| 39 | 6,800 CY | 10,000 CY | Haul Excess Excavation | $12.00 | $81,600.00 | $38,400.00 | $120,000.00 |
| *137 | 0 | LS | Restaking Access Road (Sta. 25+00+/- to Sta. 30+00 +/-) | LS | $ 0.00 | $ 1,154.00 | $ 1,154.00 |
| *138 | 0 | LS | Separating Debris in Upper Parking Lot | LS | $ 0.00 | $ 11,750.36 | $ 11,750.36 |
| *139 | 0 | LS | Raising Finish Grade of Upper Parking Lot | LS | $ 0.00 | $43,816.00 | $ 43,816.00 |
| | | | | | | | |
| | | | | | | | |

* Indicates New Bid Item





510014

This Modification Number 4 results in an increased amount of $95,120.36 in the contract amount. The revised amount is accordingly established as follows:

| | |
|---|---|
| Original Contract Amount | $ 7,121,636.00 |
| Modification No. 1, Increase | $ 317,850.00 |
| Modification No. 2, Increase | $ 10,908.00 |
| Modification No. 3, Increase | $ 345,209.92 |
| Modification No. 4, Increase | $ 95,120.36 |
| **Revised Contract Amount** | **$ 7,890,724.28** |

Since the above items were not shown to be on the critical path in the Contractor's Schedule, no time extension will be granted for this modification. The contract completion date will remain August 24, 2003.

CONTRACTOR'S STATEMENT OF RELEASE

The contractor agrees that, in consideration of receiving the benefits of Modification 4, all claims or obligations which now exist or which may hereafter arise, whether known or unknown, or which have or could have been asserted against the National Park Service or the Government as well as its officers and employees, in any form or forum, whether in law or equity, arising out of or resulting from this modification are hereby released, waived, and forever discharged.

159

## SECTION I: NUMBERING AND BACKGROUND INFORMATION

Request Number: SEKI 200Q SC — Date of This Request: 08/26/02

Park Alpha | PMIS or Pkg # | Seq #

|--------IWPN NUMBER--------|

FY(s) of Appropriation: FY98 - FY02

Package Title: Restore Giant Forest

DAF Approval # or Date: 12/15/00

BID [ ] AWARD [ x ] — PW-02-SC

## SECTION II: FINANCIAL INFORMATION

Fund Source: ine Item Construction (Check): X Other (Specify):

| | Net PWE 404/477 | Contingency (Mods, etc.) PWE 404/477 | Mgt/Supv PWE 403/473 | Planning/ Other PWE 471 | Funds Reprogram-med | Total |
|---|---|---|---|---|---|---|
| FY98 SEKI-200N | 2,290,000 | 368,000 | 342,000 | | | 3,000,000 |
| FY99 SEKI-200O-DSC | 3,807,000 | 381,000 | 304,000 | 495,000 | | 4,987,000 |
| FY99 SEKI-200O-HFC | | | | 1,013,000 | | 1,013,000 |
| FY00 SEKI-200P | 4,794,000 | 459,000 | 368,000 | | | 5,621,000 |
| FY01 SEKI-200Q | 7,087,000 | 709,000 | 567,000 | | | 8,363,000 |
| FY02 SEKI-200R | 1,254,000 | 126,000 | 100,000 | | | 1,480,000 |
| Total Appropriated Amount (all Fiscal Years) | 19,232,000 | 2,043,000 | 1,681,000 | 1,508,000 | 0 | 24,464,000 |
| FY98 SEKI-200N | 2,290,000 | | 441,837 | 117,700 | | |
| FY99 SEKI-200O-DSC | 3,708,783 | 748,918 | 304,000 | 472,000 | | |
| FY99 SEKI-200O-HFC | | | | 1,013,000 | | |
| FY00 SEKI-200P | 3,795,087 | 434,979 | 352,626 | | | |
| FY01 SEKI-200Q | 7,121,636 | 356,118 | 525,608 | | | |
| FY02 SEKI-200R | 0 | 0 | 0 | | | |
| Previously Allocated (To All Sources) or Reprogrammed | 16,915,506 | 1,540,015 | 1,624,071 | 1,602,700 | 0 | 21,682,292 |
| FY98 SEKI-200N | | | | | | |
| FY99 SEKI-200O-DSC | | | | | | |
| FY99 SEKI-200O-HFC | | | | | | |
| FY00 SEKI-200P | | | | | | |
| FY01 SEKI-200Q | | | | | | |
| FY02 SEKI-200R | | | | | | |
| Submitted & Pending Allocation(s) | 0 | 0 | 0 | 0 | xxx | 0 |
| This Request | | 95,120 | 0 | | xxx | 95,120 |
| To Remain Unallocated | 2,316,494 | 407,865 | 56,929 | (94,700) | | 2,686,588 |
| FY(s) To Credit/Debit: | | FY 2001 | | | | |

## SECTION III: DESCRIPTION/JUSTIFICATION OF NEED

| Itemized List of Needs Including Contract Number/Task Order/Modification Numbers, Their Purpose, and Justification for Need: | Itemized Amount |
|---|---|
| Construction Mod #4 of SEKI 200Q: Four items; Haul Excess Excavation, Restaking Access Road Centerline, Sorting & Removal of Buried Debris, and Raising Finish Grade of Upper Parking Lot | 95,120 |
| A total of $24,464,000 gross was appropriated for SEKI 200 from FY98 through FY02. $19,232,000 net. Total net contingencies is $2,043,000. $1,1540,015 has been allocated to date for contingencies. Remaining unallocated balance is $502,985 (95120+407865). This request for $95,120.36 can be funded from the available $502,985. | |
| | |
| Cost Account Number: 8550-0197-477 | |
| ITEMIZED TOTAL (MUST MATCH TOTAL REQUESTED) | $95,120 |

## SECTION III: DESCRIPTION/JUSTIFICATION OF NEED

Name of Current Project Manager: Mike Giller, PM (303) 969-2007

Regional Office Approval (Name/Title): /s/ Patricia L. Neubacher, PWR

Funding Advice:

FY | Region Code | Fund Code | Seq Number | Form Revision Date: 05/07/01

515316 159

JUSTIFICATION (DESCRIPTION, CAUSE, NEED, CONSEQUENCE IF WORK IS NOT PERFORMED):

No. 39: Haul Excess Excavation
During the excavation operations for the access road and parking lots, the contractor stated that the cut and fill volumes did not balance. The contractor notified the Government of this discrepancy and was informed that any excess material was his responsibility for removal. It took the Government approximately nine months to determine that they were responsible for the hauling costs associated with this excess material. This material had to be removed from the project site in order for the contractor to complete design subgrades. If this work is not performed this contractor, the contractual work can not be completed and delay claims will follow. Therefore, this work is necessary to the completion of this project and I recommend it be approved.

New Item No. 137: Restaking Access Road Centerline.
On July 31, 2001, the Contractor's submitted a change order request for "Additional Survey Work" for their Surveying Subcontractor (Giuliani & Kull). This request was based upon the initial Access Road centerline staking per the contract drawings. After this initial staking it was discovered that the centerline with all required cut boundaries did not fall within the earlier cleared limited as delineated by Park staff. Thus the Government agreed that the centerline had to be revised in order to fit all earthwork into the already cleared limits. Therefore the surveyor had to re-staked this revised centerline and are entitle to be compensated for their additional work. In addition, this work had to be completed at this time to prevent additional construction costs associated with equipment stoppage and delays. The revised road layout and re-staking reduced construction costs since additional clearing and tree removal was not required. Therefore, this work is necessary in order to construct the roadway alignment in the location shown on the construction drawings. This change is in the best interest of the Government and I recommend it be approved.

New Item No. 138: Sorting & Removal of Buried Debris in Upper Parking Lot.
On July 12, 2001 while grading the Upper Parking Lot the Contractor encountered unknown miscellaneous buried debris in the easterly end of the upper parking lot. This buried debris consisted of logs, stumps, tires, and miscellaneous material that had been buried in this area over the years. The Denver Service Center Project Manager and Lead Designer inspected this area on July 16, 2001 and determined that the buried material would be detrimental to the construction of the parking lot. All agreed that a parking lot constructed upon structurally unsound material would eventually fail causing future maintenance problems for the Park. Therefore, the upper 5-feet of the existing grade, which contained unsuitable debris had to be removed. This removal included the sorting and screening of the material cited above. This work is necessary at this time so that the parking lot construction can be continued without delay to the project. This change is in the best interest of the Government and I recommend it be approved.

New Item No. 139: Raising Finish Grade of Upper Parking Lot.
During the Excavating and Grading of the Access Road and the Upper Sherman Parking lots, it became apparent that excess excavated material was being generated. The Contract provides for hauling 6,800 CY of Excess Excavation to Wolverton Point for disposal. It was estimated by the Government that a total quantity of approximately 15,000 CY of Excess Excavation will be generated. The Denver Service Center and the Designer have determined that the Upper Parking Lot can be raised approximately 5-feet at the easterly end and will allow 5,000 CY of Excavated Material to be incorporated into the fill at this location. This change will reduce some of the costs associated with hauling excess material within the Park boundaries and will result in an approximate savings of $17,000.00 as opposed to hauling this material within the Park. This change is necessary in order to eliminate possible construction impacts that will result in claims. Therefore, this change is in the best interest of the Government and I recommend it be approved.

515317

1 of 3

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| 0007 | | | SEKI-200Q |

6. ISSUED BY CODE 2081
CS - Contracting Services Group
National Park Service, P.O. Box 25287, 12795 W. Alameda Parkway, Attn: Terry Lang
Denver, CO 80225

7. ADMINISTERED BY (If other than Item 6) CODE

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and Zip Code)

Remcon Inc.
751 Wakefield Court
Oakdale, CA 95361

CODE FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

(X) 10A. MODIFICATION OF CONTRACT/ORDER NO. C8000010903

(X) 10B. DATED (SEE ITEM 13) 05/09/2001

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15, and returning ________ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
See Line Item Detail

**13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| CHECK ONE | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| ☐ | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| ☑ | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: Changes, FAR Clause 52.243-04 |
| ☐ | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return 3 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

Sequoia and Kings Canyon National Parks, California
Giant Forest, Sherman Tree Parking
SEKI-200Q

SEE ATTACHED CHANGES

DEPOSITION EXHIBIT 240
PENGAD-Bayonne, N.J.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) Rodney K. Keiscome | |
|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR ________ (Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. United States of America BY ________ (Signature of Contracting Officer) | 16C. DATE SIGNED |

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA FAR (48 CFR) 53.243

REM000016119

| Line Item Summary | C8000010903/0007 | SEKI-200Q | 2 of 3 |
|---|---|---|---|

Total Funding: $5,258,003.14

FYs Fund Budget Org Sub Object Class Sub Program Cost Org Sub Proj/Job No. Sub Reporting Category

See Line Item(s)

Division Closed FYs Cancelled Fund

| Line Item Number | Description | Delivery Date (Start date to End date) | Quantity | Unit of Issue | Unit Price | Total Cost |
|---|---|---|---|---|---|---|
| 0001 | Sequoia and Kings Canyon National Parks, California, Sherman Tree Parking Area, SEKI-200Q<br>Change in Delivery Date, Funding, Unit Price | 05/30/2003 | 0.00 | ls | ($2,743,771.14) | ($2,743,771.14) |

Funding Information:
2003 - - - 8550 - - - - 477 - - - 0197 - - - - - -
-2,743,771.14

| | |
|---|---|
| Previous Total: | $8,001,774.28 |
| Modification Total: | ($2,743,771.14) |
| Grand Total: (Includes Discounts) | $5,258,003.14 |

REM000016120

| Address Detail | SEK1-200Q | C8000010903/0007 | 3 of 3 |
|---|---|---|---|

## Shipping Addresses

| Code | Detail |
|---|---|
| 0001 | Org: DSC-PM<br>Addr: NPS DSC-PM<br>12795 W. ALAMEDA PKWY<br><br>LAKEWOOD CO 80228<br>Attn: Michael Giller, Project Manager<br>Phone: (303) 969-2007 ext.<br>Fax: (303) 969-2238 ext. |

## Invoice Addresses

| Code | Detail |
|---|---|
| 0001 | Org: DSC - CS - Contracting Services Group<br>Addr: National Park Service, P.O. Box 25287<br>12795 W. Alameda Parkway, Attn: Terry Lang<br><br>Denver CO 80225<br>Attn: Terry Lang, Contract Specialist<br>Phone: (303) 969-2961 ext.<br>Fax: (303) 969-2040 ext. |

This Modification 7 confirms agreement between the parties to delete all remaining contract work associated with the Lower Sherman Tree.

**VARIOUS PRICE ITEMS: DELETION OF WORK AT LOWER SHERMAN TREE**
Delete work in the contract documents associated with Lower Sherman Tree.

DEDUCT: ($2,743,771.14)

Except as modified above, all work shall be performed in accordance with the provisions of the contract where applicable or determined by the Contracting Officer or as otherwise directed by the Contracting Officer.

The deletions are as follows:

| Item No. | Original Est Quantity | Revised Est Quantity | Item Description | Unit Price | Original Amount | Amount of Decrease | Revised Amount |
|---|---|---|---|---|---|---|---|
| 1 | 1 LS | 1 LS | Upper & Lower Sherman Tree Comfort Station & Wayside Kiosk | LS | $830,000.00 | $311,250.00 | $518,750.00 |
| 2 | 4987 LF | 4011 LF | Construction Fencing | $5.00 | $24,935.00 | $4,880.00 | $20,055.00 |
| 3 | 182 EA | 121 EA | Tree Trunk Protection | $100.00 | $18,200.00 | $6,100.00 | $12,100.00 |
| 4 | 493 LF | 0 LF | Tree Barricade | $25.00 | $12,325.00 | $12,325.00 | $0.00 |
| 5 | 1 LS | 0 LS | Removal of Restroom Building | LS | $15,000.00 | $15,000.00 | $0.00 |
| 7 | 155627 SF | 58421 SF | Remove Asphalt Paving | $0.50 | $77,813.50 | $48,603.00 | $29,210.50 |
| 8 | 180 SF | 0 SF | Remove Concrete Paving | $1.50 | $270.00 | $270.00 | $0.00 |
| 9 | 213 LF | 0 LF | Remove Concrete Curb & Pan | $2.50 | $532.50 | $532.50 | $0.00 |
| 10 | 2575 LF | 0 LF | Remove Asphalt Curb - Single | $1.64 | $4,223.00 | $4,223.00 | $0.00 |
| 11 | 426 LF | 0 LF | Remove Asphalt Curb - Double | $1.00 | $426.00 | $426.00 | $0.00 |
| 12 | 144 SF | 0 SF | Remove Wooden Steps and Landing | $3.00 | $432.00 | $432.00 | $0.00 |
| 13 | 116 LF | 48 LF | Saw Cutting Asphalt | $6.00 | $696.00 | $408.00 | $288.00 |
| 14 | 34 EA | 6 EA | Remove Signs | $85.00 | $2,890.00 | $2,380.00 | $510.00 |
| 15 | 1136 LF | 0 LF | Remove & Salvage Split Rail Fence | $10.00 | $11,360.00 | $11,360.00 | $0.00 |
| 16 | 8 EA | 0 EA | Remove & Salvage Trash Receptacles | $85.00 | $680.00 | $680.00 | $0.00 |
| 17 | 53 EA | 0 EA | Remove & Salvage Boulders | $60.00 | $3,180.00 | $3,180.00 | $0.00 |
| 18 | 1 LS | 0 LS | Abandon Septic Tank | LS | $2,500.00 | $2,500.00 | $0.00 |
| 19 | 1 LS | 0 LS | Remove Electrical Transformer Pad | LS | $500.00 | $500.00 | $0.00 |
| 20 | 75 LF | 0 LF | Remove & Salvage Stone Wall - 2' Ht | $60.00 | $4,500.00 | $4,500.00 | $0.00 |
| 21 | 71 LF | 0 LF | Remove Culverts | $60.00 | $4,260.00 | $4,260.00 | $0.00 |
| 22 | 278 LF | 0 LF | Remove & Salvage Stone Edge | $9.00 | $2,502.00 | $2,502.00 | $0.00 |
| 23 | 1 EA | 0 EA | Remove Water Fountain | $316.00 | $316.00 | $316.00 | $0.00 |
| 24 | 2 EA | 0 EA | Remove & Salvage Kiosk | $890.00 | $1,780.00 | $1,780.00 | $0.00 |
| 25 | 297 LF | 0 LF | Remove Timber Edge | $7.00 | $2,079.00 | $2,079.00 | $0.00 |
| 28 | 1 LS | 0 LS | Abandon Miscellaneous Utilities | $2,150.00 | $2,150.00 | $2,150.00 | $0.00 |
| 29 | 1 EA | 0 EA | Remove, Refinish, & Replace General Sherman Sign | $2,000.00 | $2,000.00 | $2,000.00 | $0.00 |
| 30 | 1 EA | 0 EA | Sequoia Slab & Easel Removal & Relocation | $15,000.00 | $15,000.00 | $15,000.00 | $0.00 |
| 32 | 1 LS | 1 LS | Tree Cutting, Removal and Clearing & Grubbing | LS | $250,000.00 | $75,000.00 | $175,000.00 |

REM000016122