MARTIN/MARTIN
Consulting Engineers

Title SEKI 2000 Date Job no. 191

Subject E.W. Summary (100%) By TK Sheet of

| | CUT | FILL |
|---|---|---|
| GENERALS Highway | 175 | 486 |
| QUARRY ROAD | 1,356 | 0 |
| ENTRANCE ROAD | 10,914 | 2,170 |
| PARKING LOTS | 20,942 | 8,840 |
| TOTALS | 33,387 | 11,496 |
| | | x 40% Comp |
| | | 16,095 |

17,292 EXCESS

2:1 SLOPES MAX.

517522

191

EX. 84
SC



Terry Lang

03/26/2001 09:10 AM MST

To: REMCONSC@aol.com AT np--internet@NPS_CCMAIL
cc:
cc: Terry Lang/DENVER/NPS
Subject: Re: Sherman Tree Parking SEKI-200Q

REMCONSC:
Following are the responses to your questions.
Terry Lang

REMCONSC@aol.com AT np--internet

REMCONSC@aol.com AT np--internet

03/21/2001 10:11 AM MST

To: Terry Lang/DENVER/NPS
cc:
Subject: Sherman Tree Parking SEKI-200Q

---

In the process of preparing our cost estimate we have developed a few questions that we hope can be clarified so as to provide an even playing field for all contractors proposing on the project.

1. To guarantee delivery of our technical proposal we plan to overnight the proposal to your office on March 27 to assure delivery. We anticipate receiving price modifications through the morning of March 29. In previous bids, contractors were allowed to fax in the changes to the pricing sheet on the day of the bid, will this again be permitted.

Yes, you may fax modifications to your proposal. They must be very clear and be received on time.

2. Bid Item 30 - Relocate Sequoia Slab & Easle. Could you please provide bidders with the approximate dimensions and weight of the slab and easle.

The widest point is 18 feet, and the weight is 10 - 15 tons.

3. Bid Item 71 - Aggregate Base. Page 02725-1 of the specifications states in Section 2.1.A "Material for aggregate base course shall come from crushing of materials (asphalt and concrete) removed from this project and/or stored from previous projects". I believe this statement may lead some bidders to assume that enough material exists on the project site to meet the demand for aggregate base o this project. REMCON is currently working on the Giant Forest Project and I believe that the use of any stockpiled base crushed during previous contracts will be used in the completion of those contracts. Other than a limited amount salvaged from this project I do not believe any additional base material is available.

See Specification Section 2.1.A and 4.1.

4. Bid Item 101 - Signature Boulders. Sheet US27 provides a quantity of Signature Boulders (3 ea), the Lower Sherman Parking Area provides no quantity for the number of boulders required. The plans are difficult to determine the actual number required and the size needed. Is it possible to provide us with the total number needed and the size desired.

019644 192

Refer to plans, scale for size and location.

5. Section 03300 - Cast In Place Concrete 2.3.F. states that concrete temperature at the time of delivery shall not exceed 80 degrees, industry standard with ACI and Caltrans is 90 degrees. If were held to 80 degrees we will be required to have all concrete batched with ice.

Specification Section 03300, 2.3.F. is correct

---

<HTML><FONT FACE=arial,helvetica><FONT SIZE=2>In the process of preparing our cost estimate we have developed a few
<BR>questions that we hope can be clarified so as to provide an even playing
<BR>field for all contractors proposing on the project.
<BR>
<BR>1.  To guarantee delivery of our technical proposal we plan to overnight the
<BR>proposal to your office on March 27 to assure delivery.  We anticipate <BR>receiving price modifications through the morning of March 29.  In previous
<BR>bids, contractors were allowed to fax in the changes to the pricing sheet on

<BR>the day of the bid, will this again be permitted.
<BR>
<BR>2.  Bid Item 30 - Relocate Sequoia Slab & Easle.  Could you please provide
<BR>bidders with the approximate dimensions and weight of the slab and easle.  
<BR>
<BR>3.  Bid Item 71 - Aggregate Base.  Page 02725-1 of the specifications states
<BR>in Section 2.1.A "Material for aggregate base course shall come from crushing
<BR>of materials (asphalt and concrete) removed from this project and/or stored <BR>from previous projects".  I believe this statement may lead some bidders to
<BR>assume that enough material exists on the project site to meet the demand for
<BR>aggregate base o this project.  REMCON is currently working on the Giant
<BR>Forest Project and I believe that the use of any stockpiled base crushed
<BR>during previous contracts will be used in the completion of those contracts.  
<BR>Other than a limited amount salvaged from this project I do not believe any <BR>additional base material is available.
<BR>
<BR>4.  Bid Item 101 - Signature Boulders.  Sheet US27 provides a quantity of
<BR>Signature Boulders (3 ea), the Lower Sherman Parking Area provides no
<BR>quantity for the number of boulders required.  The plans are difficult to
<BR>determine the actual number required and the size needed.  Is it possible to
<BR>provide us with the total number needed and the size desired.
<BR>
<BR>5.  Section 03300 - Cast In Place Concrete 2.3.F. states that concrete <BR>temperature at the time of delivery shall not exceed 80 degrees, industry <BR>standard with ACI and Caltrans is 90 degrees.  If were held

to 80
degrees we
<BR>will be required to have all concrete batched with ice. </FONT></HTML>

---

Received: from imo-m05.mx.aol.com ([64.12.136.8]) by ccmail.itd.nps.gov with SMTP
(IMA Internet Exchange 3.13) id 00981C7C; Wed, 21 Mar 2001 10:21:13 -0500
Received: from REMCONSC@aol.com
by imo-m05.mx.aol.com (mail_out_v29.5.) id z.69.12c8c44f (4567)
for <terry_lang@nps.gov>; Wed, 21 Mar 2001 10:23:44 -0500 (EST)
From: REMCONSC@aol.com
Message-ID: <69.12c8c44f.27ea217f@aol.com>
Date: Wed, 21 Mar 2001 10:23:43 EST
Subject: Sherman Tree Parking SEKI-200Q
To: terry_lang@nps.gov
MIME-Version: 1.0
Content-Type: multipart/alternative;
boundary="part1_69.12c8c44f.27ea217f_boundary"
Content-Disposition: Inline
X-Mailer: AOL 6.0 for Windows US sub 10506

Rec 6/7/01

195

# REQUEST FOR INFORMATION
# (RFI)
# RFI NO. 001
# DATE SUBMITTED 6/7/2001

1. Project Name: Sequoia and Kings Canyon National Park, Sherman Tree Parking Project, Tulare County, California

2. Project No.: SEKI – 200Q

3. Contract No.: 1443C8000010903

4. Jobsite Address: Sequoia National Park, Giant Forest Wolverton Recreation Area

Request: After reviewing the trees marked by the National Park Service for removal at the intersection of Wolverton Road and the Sherman Tree Parking Area access road it appears some trees have not been marked. Please confirm that all trees have been marked at this location. REMCON is planning to begin falling trees on Monday June 11.

Response: Answered @ Weekly Construction Meeting 6/12/01 as follows:

- Trees in Parking Lots have been marked (Athena + RemCon personnel)
- Trees on Access Road will continue to be marked in advance of logging operations (Athena + RemCon personnel)
- Trees on Sherman Tree Trail will be marked in advance of logging operations (Athena + RemCon personnel).

517777

195

# TRANSMITTAL - NATIONAL PARK SERVICE

| | | | |
|---|---|---|---|
| Park: Sequoia and Kings Canyon National | Project: Sherman Tree Parking | Contract No.: 1443C8000010903 | Transmittal No.: 10<br>Sheet: 1 of: 1 |
| Contractor: Remcon | Subcontractor/Supplier: RemCon | | Pkg. No.: 200 Q · Date: 6-11-2001 |

RECEIVED
JUN 2 1 2001
DSC-PM

MEM 6/21/01

| Item No. | Specification Section No. | Paragraph No. | Description of Item (Size, Type, Name, Manufacturer, Use, Etc.) | No. of Copies Submitted | No. of Copies Returned | Approved | Approved with Notations | Disapproved - Resubmit |
|---|---|---|---|---|---|---|---|---|
| 12 | 01320 | 1.4 | Project Schedule, 1 electronic copy and 4 paper copies, 2-in. by 34- in. , RemCon | 4 | | | | |

UNACCEPTABLE - RESUBMIT W/ REQUIRED CONTENT

Contractor Signature [signature]

Title, Date: Project Manager, June, 6, 2001

I hereby certify that this submittal has been reviewed for accuracy, completeness, and compliance with contract requirements (FAR 52.236-21)

Recommended by: [signature]

Title:

Date:

Action by: [signature]

Contracting Officer's Representative

Date:

Review Comments: Returned to Contractor. Does not conform to Div 1 Section 1.4.A ... Returned electronic copy and 2 paper copies. ... resubmit.

Approval of this submittal is subject to the provisions of the contract drawings and specifications. This action is for general concurrence only and the Government is not responsible for errors or omissions.

SUBMITTAL LOG DATES: From contractor ( ) To reviewer(s) ( ) From reviewer ( ) To contractor 6/18/01

Distribution: ( ) Contractor ( ) DSC File ( ) COR ( ) A/E ( ) DSC Interim ( ) COR Interim ( ) Contractor Interim

(Formerly DSC-1(CS)) CM-16 Rev. 4/00

→ PROVIDE COMPLETE PROJECT SCHEDULE FROM START TO COMPLETION – DOES HAVE SCHEDULE FOR LOWER SHERMAN

388777

RECEIVED JUN 26 2001

# TRANSMITTAL - NATIONAL PARK SERVICE

Transmittal No.: 24
Sheet: 1 of: 1
Pkg. No.: 200 Q
Date: 6-25-2001

Park: Sequoia and Kings Canyon National Park
Project: Sherman Tree Parking
Contract No.: 1443C8000010903

Contractor: Remcon
Subcontractor/Supplier: RemCon

RECEIVED JUL 12 2001 DSC-PM 7/12/01

| Item No. | Specification Section No. | Paragraph No. | Description of Item (Size, Type, Name, Manufacturer, Use, Etc.) | No. of Copies Submitted | No. of Copies Returned | NPS ACTION: Approved | NPS ACTION: Approved with Notations | NPS ACTION: Disapproved - Resubmit |
|---|---|---|---|---|---|---|---|---|
| 12 A | 01320 | 1.4 | Project Schedule, 1 electronic copy and 4 paper copies, RemCon | 4 | | | | |

ACCEPTED W/NOTATION RE-SUBMIT REVISED P.S.

Contractor Signature [signature]
Title, Date: Project Manager, June, 25, 2001
I hereby certify that this submittal has been reviewed for accuracy, completeness, and compliance with contract requirements (FAR 52.236-21)

Recommended by
Title
Date

Review Comments: SEE ATTACHED SHEET

Action By [signature]
Contracting Officer's Representative
Date 7/25/01

Approval of this submittal is subject to the provisions of the contract drawings and specifications. This action is for general concurrence only and the Government is not responsible for errors or omission.

SUBMITTAL LOG DATES: From contractor [ ], To reviewer [ ], From reviewer [ ], To Contractor [ ]
Distribution: ( ) Contractor ( ) DSC File ( ) COR ( ) A/E ( ) DSC Interim ( ) COR Interim ( ) Contractor Interim
(Formerly DSC-1(CS)) CM-16Rev. 4/00

DEFENDANT'S EXHIBIT NO. 10 FOR IDENTIFICATION Christensen DATE: 3-29-05 RPTR: DH

004718

Comments concerning Transmittal No. 24, Progress Schedule

Review of your submitted progress is very optimistic, it does not include any catch up time if all does not go as scheduled. As of today, you were scheduled to begin trail work, install erosion control for US and the trail, and completing the survey work. All items have fallen off this schedule already. The following are items your resubmitted progress schedule has to address.

1. Provide resource loading for Boardwalk, Building and Structural Concrete Subcontractors.
2. Provide time slot information and impact analysis concerning additional work involving new items 129 (AC Overlay US Roads and Parking), 130 (General's Highway Stone Headwall), and 131 (Telephone Service to Corral Stub).
3. Schedule should include float time with early and late starts and finish dates. This float will allow Remcon to accommodate for intermittent weather delays, submittal and shop drawing review and approval, fabrication and delivery of materials, and any other unforeseeable circumstances.

The completion date should be as addressed Specification Section 01320, part 1.4 A1 and 2, Schedule Development.

Your Progress Schedule is Acceptable provided you re-submit addressing the above concerns.

[signature]

009719



198

AUG-01-2001 WED 03:31 PM FAX NO. P. 03

Sent By: PBCS SEQ; 559 565 4213; Jul-26-01 2:31PM; Page 2/2 199

RFI # - 9

| Routing Information | |
|---|---|
| To: Bob Russel | From: Jeff Northrop |
| Fax: (559)565-4207 | Fax: 559-565-3203 |
| Phone: (559)565-4213 | Phone: 559-565-3086 |

**RemCon**

**REQUEST FOR CLARIFICATION (RFI)**

**TO:** Bob Russel

**FROM:** Jeff Northrop/Michael Roberts

**JOB NAME:** Sequioa National Park - General Sherman Tree Parking

**SUBJECT:** Slope Adjustments

**CONTRACT NO:** 1443C8000010903

**REMCON PROJECT NO:** 01-12

**BUILDING/ROOM:**

**DATE ISSUED:** 07/26/01

**DWG. REF.:** **SPEC. REF.:** **RESPONSE REQ.:** YES

**QUESTION/PROPOSED SOLUTION:**

In hard rock conditions we typically make adjustments to our slopes. This would be also helpful in our attempts to protect the natural features. Plea... what variances are acceptable. The slopes in question : Access Road Approximately Station 27+00 to 32+00 and Upper Parking approximately station 10+00 to 12+00

Attached Sheets: ☐ YES ☑ NO

POTENTIAL IMPACT
☐ SCHEDULE ☐ NO IMPACT
☐ MATERIAL
☐ LABOR
☐ OTHER

**Contractor Rep.** __________

**Reviewed by CM:** ________ **Date:** ________ **Sent To:** ________

**REPLY:** Attached Sheets: YES NO

*Rock face slope ~~or~~ with height of 4-ft or less use 1:1

Over 4-ft use 1/2:1 to 1:1 to fit field conditions

Use transitions between varying slopes

**Responding Firm:** NPS **By:** BR **Date:** 8/1/01

**Response reviewed and Forwarded by CM:** ________ **Date:** ________

* This confirms the verbal response of 7/28/01

p.1 2094749189 Remcon Jul 26 01 01:28p

5177199

RFI 4

200

| Routing Information | |
|---|---|
| To: Bob Russel | From: Jeff Northrop |
| Fax: (559)565-4207 | Fax: 559-565-3203 |
| Phone: (559)565-4213 | Phone: 559-565-3086 |

# RemCon

## REQUEST FOR CLARIFICATION (RFI)

Bid Package No.:

RFI No.: 9

TO: Bob Russel

FROM: Jeff Northrop/Michael Roberts

JOB NAME: Sequioa National Park - General Sherman Tree Parking

SUBJECT: Slope Adjustments

CONTRACT NO: 1443C8000010903

REMCON PROJECT NO: 01-12

BUILDING/ROOM: ____________

DATE ISSUED: 07/26/01

DWG. REF.: ____________ SPEC. REF.: ____________ RESPONSE REQ.: YES

QUESTION/PROPOSED SOLUTION:

In hard rock conditions we typically make adjustments to our slopes. This would be also helpful in our attempts to protect the natural features. Please advise on what variances are acceptable. The slopes in question : Access Road Approximately Station 27+00 to 32+00 and Upper Parking approximate station 10+00 to 12+00

Attached Sheets: ☐ YES ☑ NO

POTENTIAL IMPACT

☐ SCHEDULE ☐ NO IMPACT
☐ MATERIAL
☐ LABOR
☐ OTHER

Contractor Rep. ____________

Reviewed by CM: ____________ Date: ____________ Sent To: ____________

REPLY: Attached Sheets: YES NO

Responding Firm: ____________ By: ____________ Date: ____________

Response reviewed and Forwarded by CM: ____________ Date: ____________

517798

200

Ex. 7 Ex 20 T 5

# DAILY LOG OF CONSTRUCTION

(M) T W Th F — Pkg. No.: SEKI-200 Q

A/E Inspector/Jacobs Facilities, Inc.

Sequoia and Kings Canyon National Parks

PROJECT: Sherman Tree Parking

Contract No. 1443C8000010903

DATE 7/30/01

CONTRACTOR: RemCon, Inc.

CONTRACTOR REPRESENTATIVE ON JOB: Jeff Northrop, PM – Stephen Christensen, President

WEATHER (Rain, Snow, Cloudy, Windy, etc.): Clear

TEMP. High 75 Low 50

GROUND CONDITIONS (Dry, Damp, Wet, Frozen): Dry

| NO. CONTRACTOR'S MEN BY JOB CATEGORIES | NO. SUBCONTRACTOR'S MEN BY JOB CATEGORIES |
|---|---|
| Project Manager (✓) Remcon President ( ) | Surveyor (✓) 2-man crew |
| Quality Control Supervisor (✓) | Blasting crew - 2 men |
| Foreman (✓) | |
| Operator (✓) 7 Carpenter ( ) | stump/log chipping crew (3 men) |
| Labor (✓) 7 Plumber ( ) | |
| Mechanic ( ) Grade Checker (✓) 1 | |

| EQUIPMENT ON JOB Brief description of size | No. Units | Working Yes | Working No |
|---|---|---|---|
| Water Truck – 4,000 Gallon | 2 | ✓ | |
| Excavator – CAT 320B | 1 | ✓ | |
| Excavator – CAT 330B | 1 | ✓ | |
| Dozer – CAT D6R | 1 | ✓ | |
| Dozer – CAT D8R | 1 | ✓ | |
| Dump Truck (10 Wheel) | | | |
| Dump Truck (10 Wheel) + Pup Trailer | | | |
| Off-road Dump Truck – CAT – D-350-E | 1 | ✓ | |
| Off-road Dump Truck – CAT – D-350-E | 1 | ✓ | |
| Compactor – CAT CP 433C | 1 | | ✓ |
| Compactor – CAT CP 563C | 1 | ✓ | |
| Motor Patrol Grader – CAT 14H | 1 | ✓ | |
| Loader – CAT 928E (3CY water level bucket) | 1 | ✓ | |

MATERIALS DELIVERED

OFFICIAL VISITORS TO JOB SITE

Contractor worked 10-Hour shift

## STATUS OF WORK

ITEM No. — Brief description of work in progress, questionable performance, etc. Include tests made and samples taken. *(Use comments section on reverse for other information, if necessary)*

Cutting grade on Access Road - Sta 25+00 to 31+00. ~~Hit~~ Encountering large boulders - Blasting will be necessary in this area
Placing fill in upper and lower parking lots * Contractor said that
Hauling excess fill to Wolverton Point

SIGNATURE: Bob Russell

TITLE: LEAD PROJECT INSPECTOR

0004530 201

STATUS OF WORK (CONTINUED) Surveyors arrived at noon - staking upper and lower parking lots.
Blasting crew arrived at Noon - drilling rock on ℄ Road @ Sta 24+00 to 31+00 +/- -
Wood chipping crew arrived @ Noon - Set up at Sta 36+ on access road - grinding stumps, slash + logs

STATUS of GOVERNMENT FURNISHED SERVICES AND/OR SUPPLIES

SAFETY COMMENTS

DIFFICULTIES WITH CONTRACTOR OR REPRESENTATIVE

UNFORESEEN DEVELOPMENTS ON JOB CONTINUED (Describe conditions, action taken; person contacted, recommended actions)
QC/QA supervisor performed compaction test in upper parking lot
Reported all tests passed.

OTHER COMMENTS OR PERTINENT FACTS REGARDING JOB
Met with Mark Penrose on Sherman Tree trail for trail layout - Need additional survey control.
Contractor continued clearing litter/duff on trail and placing erosion control silt logs and tree protection
QC/QA supervisor performed compaction test in upper Parking Lot - reported all tests passed.
Contractor using reclaimed water for compaction and dust control (45,200 Gal)

004591

United States Department of the Interior
NATIONAL PARK SERVICE
DENVER SERVICE CENTER
12795 W. Alameda Parkway
P.O. Box 25287
Denver, Colorado 80225-0287

IN REPLY REFER TO:

D5217 (DSC-CS)
SEKI-200Q
1443C8000010903

August 1, 2001

Remcon, Inc.
Attn: Mr. Stephen B. Christensen
P O Box 758
751 Wakefield Court
Oakdale, California 95361

Dear Sir:

VIA FACSIMILE (209) 847-9189

Reference: Sequoia and Kings Canyon National Parks, Tulare County, California, Contract No. 1443C8000010903, Giant Forest, Sherman Tree Parking Area, Package No. SEKI-200Q

Subject: Telecom on July 31, 2001 concerning Pay Item No. 26, Haul Miscellaneous Material From the Park.

Please consider this as follow up documentation to our telephone conversation on July 31, 2001 concerning over-run quantities in pay item number 26 – Haul Miscellaneous Material from the Park. As agreed upon, the Government will pay 7,925 CY at the contract unit price of $62.00/CY for Pay Estimate No. 3 in order to relieve your company of any financial impacts. Once Remcon submits trucking receipts with weight tags from the disposal site ands requested during this conversation, the Government will open this pay item for re-negotiations in accordance with FAR Clause 52.211-18 and Solicitation Section I-17, "Variation in Estimated Quantities" of the above referenced contract Request for Proposal. At that time, the Government will pay the contract unit price for 2,300 CY, with the remaining quantities (based upon costs and weight receipts) to be re-negotiated and incorporated into the contract as a modification.

If you have any questions, please contact me at 303-969-2419.

Sincerely,

Wm. H. DeOcampo
Contracting Officer's Representative

513754

Ex. 171

SEKI - 2009

PROGRESS SCHEDULE 204

JE JACOBS FACILITIES INC.
Engineers, Architects, and Contractors

# Memorandum

To: Brooke Harris, Project Manager
From: Adam Schwartzman, Scheduler III
CC:
Date: 07.11.01
Re: Sherman Tree MS Project Schedule

---

The cursory review of the NPS – Sherman Tree Resource schedule looked well thought out and organized. The logic seemed complete and consistent throughout the schedule. The schedule is acceptable as is, however, there are a few areas where changes could be implemented to enhance the schedule's sorting and organizing features.

Suggestions:

1) Use the grouping features in MS Project to combine activities by area or type of work. Although this feature is not required, it helps reviewers quickly locate and sort only the activities they are concerned with at the time.

2) Change the "Initials" of each resource to a unique identifier and use the "Group" field for common items such as L – Labor, M – Material, E – Equipment, etc. This will allow for better sorting and filtering of activity resources in the future. Currently the same resource initial is used on multiple resources.

175

# DAILY LOG OF CON. .RUCTION

M T (W) Th

Pkg. No.: SEKI-200 Q 205

A/E Inspector/Jacobs Facilities, Inc.

PROJECT: Sherman Tree Parking

PARK: Sequoia and Kings Canyon National Parks

Contract No. 1443C8000010903

DATE 6/27/01

CONTRACTOR: RemCon, Inc.

CONTRACTOR REPRESENTATIVE ON JOB: Greg Kasparek, PM – Stephen Christensen, President

WEATHER *(Rain, Snow, Cloudy, Windy, etc.)*: Partly Cloudy

TEMP. High: 80's Low: 50's

GROUND CONDITIONS *(Dry, Damp, Wet, Frozen)*: Dry

| NO. CONTRACTOR'S MEN BY JOB CATEGORIES | | NO. SUBCONTRACTOR'S MEN BY JOB CATEGORIES |
|---|---|---|
| Project Manager ( ) | Remcon President (✓) | Surveyor (✓) 2-man crew |
| Quality Control Supervisor (✓) | | |
| Foreman (✓) | | |
| Operator (✓) 6 | Carpenter ( ) | |
| Labor (✓) 2 | Plumber ( ) | |
| Mechanic ( ) | Grade Setter (✓) 1 | |

| EQUIPMENT ON JOB Brief description of size | No. Units | Working Yes | Working No |
|---|---|---|---|
| Water Truck | 1 | ✓ | |
| Excavator – CAT 320B | 1 | ✓ | |
| Dozer – CAT D6R | 1 | ✓ | |
| Dozer – CAT D8R | 1 | ✓ | |
| Dump Truck (10 Wheel) | | | |
| Dump Truck & Trailer | | | |
| Off-road Dump Trucks | 1 | ✓ | |
| Compactor – CAT CP 433-C | | | |
| | | | |
| Loader – CAT 928E (3CY water level bucket) | 1 | ✓ | |

MATERIALS DELIVERED

OFFICIAL VISITORS TO JOB SITE

Willie Delocampo

## STATUS OF WORK

ITEM No. Brief description of work in progress, questionable performance, etc. Include tests made and samples taken. *(Use comments section on reverse for other information, if necessary)*

Rem-Con continued removing slash and top soil Began hauling soil from Wuksachi Village to place in deep fills on access road

SIGNATURE [signature]

TITLE: LEAD PROJECT INSPECTOR

[Page 2 (✓)]

004516

205

STATUS OF WORK (CONTINUED)

Surveyors continued laying out access road ℄ and pink surveyors expressed concern regarding ℄ location btw Sta 2+ and Sta 30+18.25 ℄ was approaching right edge of cleared area.

STATUS of GOVERNMENT FURNISHED SERVICES AND/OR SUPPLIES

SAFETY COMMENTS

DIFFICULTIES WITH CONTRACTOR OR REPRESENTATIVE

UNFORESEEN DEVELOPMENTS ON JOB CONTINUED *(Describe conditions, action taken; person contacted, recommended actions)*

Worked with surveyors to realign ℄ of access road within ~~the~~ so that the road would be located within the cleared area. surveyors recalculated suggested ℄ location to fit the site and will restake tomorrow so that Wilkie can ~~see~~ review.

OTHER COMMENTS OR PERTINENT FACTS REGARDING JOB

Contractor working 10-Hour Day

Dump truck with pup trailer was backing up and backed the trailer into a protected tree. Foreman notified me about incident and immediatly called his workers together and explained that no trailers were to be backed without a spotter to direct the truck driver.

I told Ken-Con that Athena would check the damage to the tree and ~~##~~establish repair procedures on Friday.

Met with Wilkie in the office from 12 Noon to 1-6 pm to review submittals.

004517





FORM No. QCA-1

# DAILY LOG OF CONSTRUCTION

M T W Th — Pkg. No.: SEKI-200 Q 207

A/E Inspector/Jacobs Facilities, Inc.

| | |
|---|---|
| PROJECT: Sherman Tree Parking | |
| PARK: Sequoia and Kings Canyon National Parks | Contract No. 1443C8000010903 — DATE 7/16/01 |
| CONTRACTOR: RemCon, Inc. | CONTRACTOR REPRESENTATIVE ON JOB: Jeff Northrop, PM – Stephen Christensen, President |
| WEATHER (*Rain, Snow, Cloudy, Windy, etc.*): Clear — TEMP. High 70 Low 42 | GROUND CONDITIONS (*Dry, Damp, Wet, Frozen*): Dry |

| NO. CONTRACTOR'S MEN BY JOB CATEGORIES | NO. SUBCONTRACTOR'S MEN BY JOB CATEGORIES |
|---|---|
| Project Manager (✓) Remcon President ( ) | Surveyor (✓) 2-man crew re staked |
| Quality Control Supervisor (✓) | Access Road & Sta 25+00 +/- to |
| Foreman (✓) | 30+00 +/- also set slope |
| Operator (✓) 7 Carpenter ( ) | stakes for Rem-Con in the |
| Labor (✓) 3 Plumber ( ) | same area. |
| Mechanic ( ) | |

| EQUIPMENT ON JOB Brief description of size | No. Units | Working Yes | Working No | MATERIALS DELIVERED |
|---|---|---|---|---|
| Water Truck – 4,000 Gallon | 1 | ✓ | | |
| Excavator – CAT 320B / Excavator – CAT 330B | 1 / 1 | ✓ / ✓ | | |
| Dozer – CAT D6R / Dozer – CAT D8R | 1 / 1 | ✓ / ✓ | | |
| Dump Truck (10 Wheel) / Dump Truck (10 Wheel) + Pup Trailer | | | | |
| Off-road Dump Truck – CAT – D-350-E / Off-road Dump Truck – CAT – D-350-E | 1 / 1 | ✓ / ✓ | | |
| Compactor – CAT CP 433C / Compactor – CAT CP 563C | 1 / 1 | | | |
| Motor Patrol Grader – CAT 14H | 1 | ✓ | | OFFICIAL VISITORS TO JOB SITE |
| Loader – CAT 928E (3CY water level bucket) | 1 | | | Ray Todd |
| | | | | Jame Cody |
| | | | | |
| | | | | |

Contractor worked 10-Hour shift

## STATUS OF WORK

ITEM No. — Brief description of work in progress, questionable performance, etc. Include tests made and samples taken. (*Use comments section on reverse for other information, if necessary*)

Contractor continued cut & fill operation in lower parking area and hauling material to Wolverton Point.
Also ~~had~~ hauled burn/dump. material out of park.

| | |
|---|---|
| SIGNATURE: Bob Russell | TITLE: LEAD PROJECT INSPECTOR |

[Page 2 (✓)]

004550 207

Ex. 155

STATUS OF WORK (CONTINUED)

Surveyor's working on Access Road - Spent 4-hours staking & reviews between Sta 25+00+/- and Sta 30+00+/- (Set slope stakes for Rem-Con in same area (not included in above 4-hrs)

Spoke with Steve Christensen on Sunday 7/15/01 regarding extra cost for restaking ¢ of Access Road Sta 25+00+/- to Sta 30+00+/-. Steve said that he agreed that they are

STATUS of GOVERNMENT FURNISHED SERVICES AND/OR SUPPLIES

only entitled for extra cost for today - 7/16/01. He also agreed that 2 Hrs office time and 4 Hours field time was reasonable, He stated that he was not

SAFETY COMMENTS

going to pay extra for field work performed prior to Monday 7/16/01

DIFFICULTIES WITH CONTRACTOR OR REPRESENTATIVE

Rem-Con (Steve Christesen) delivered the 1st 3 weeks of Rem-Con Certified Payroll on Sat 7/14/01 (No subcontractor Certified Payroll).

Spoke with Mark Penrose regarding off-haul trucks (cont.)

UNFORESEEN DEVELOPMENTS ON JOB CONTINUED (Describe conditions, action taken; person contacted, recommended actions)

Removing steel and other debris that was found buried in upper parking lot. Equip and labor/operator used for debris removal is as follows: CAT 320 Excavator - 10 Hours Operator - 10 Hours
CAT D550 off-road truck - 1 Hour Operator - 1 Hour
Laborers - 2 @ 10 Hours each

OTHER COMMENTS OR PERTINENT FACTS REGARDING JOB

Ray Todd arrived on-sight @ 1:30 PM to review debris found on south side of upper parking lot - He agreed that the debris should be removed and hauled out of Park. He also agreed that the methods being used were cost effective and a Contract Modification was in order to cover the Contractors extra cost. Jeff Northrup stated that Rem-Con would not charge for placing/compacting material being hauled from ~~Sch~~ Wickstrom to fill excavation. not being fully loaded per agreement. I witnessed 3 trucks and trailers loaded with 3 level buckets per truck/trailer for a total of 18 CY per truck & trailer - not 24 CY as had been agreed to. Mark said that he would furnish weight slips for all material hauled out of Park.



FORM No. QCA-1

209

RECEIVED
AUG 21 2001

ımpany Name: REMCON, Project Number 01-12

ıntract Description: Sherman Tree Parking Project SEKI-200Q

ıntract No.: 1443N8000010903

## CHANGE ORDER REQUEST

ıte: 08/20/01

COR NO.: 4

ɪscription of Change: Rock Excavation, Drilling and Shooting

ʼawing Reference:

ɔecification Reference: I.62 Differing Site Condition

ɹthorization and/or RFI Reference: None

| | *Potential Impact* |
|---|---|
| *Labor* | (X) |
| *Material* | ( ) |
| *Equip* | (X) |
| *Schedule* | (X) |
| *Other* | (X) |

ɜtailed Description of Change:

ırsuant to Section I.62 of the Contract Specifications, REMCON is formally notifying the National Park Service (NPS) that a Differing Site ɔndition exists on the Sherman Tree Parking Project. The Geotechnical Investigation Report prepared by Kleinfelder on September 11, 2000, clearly a[illegible]t all granitic rock encountered on the Sherman Tree Parking Project, excluding the septic leachfield, is ripable with a Catapillar D8 Dozer.

[illegible]cavation operations it became apparent this information was not correct and blasting was required to remove this granitic rock. Pursuant [illegible]ontract Specifications, the Contracting Officer's On-site Representative was notifyied and blasting proceeded.

ɛMCON is due full compensation for the cost of performing drilling and shooting operations on this project. See attached detailed write up.

ɛMCON will maintain detailed daily cost reports per the terms and conditions of the Contract Specifications.

wner:

uthorized Rep:

gned By:

tle:

Cost Estimate: Est. $100,000.00

Time Extension: 21 Days

Organization: REMCON, Inc.

Signed By: [signature]

Title: Project Superintendent

500120

210

RECEIVED
AUG 21 2001

**REMCON, Inc.**

P.O. Box 768
751 Wakefield Court
Oakdale, CA 95361
Telephone: 209/847-9186
Fax: 209/847-6189

August 20, 2001

Mr. Wm. H. DeOcampo
National Park Service
P.O. Box 25287
Denver, CO 80225-0287

**Reference:** Sequoia and Kings Canyon National Park, Contract No. 1443C8000010903
Giant Forest, Sherman Tree Parking Area, Package No. SEKI-200Q

**Subject:** Rock Excavation, Differing Site Condition

Dear Willie:

During the excavation of the Upper Sherman Parking Area, REMCON has encountered granitic rock, which can not be ripped with a D8 Dozer/Ripper as indicated in the Contract Documents geotechnical report. I have taken the time to prepare a brief write up detailing why I believe REMCON is due additional compensation as it relates to the need for drilling, blasting and rock handling.

Please review the information provided and contact me if you require any additional information. Additionally, I want to make sure that no one finds this letter or its contents inflammatory, for it still remains REMCON's goal to maintain our great working relationship.

Sincerely,

Stephen B. Christensen
President

Enclosure

cc: Bob Russell, Jacobs Engineering

500121



210

DEFENDANT'S EXHIBIT NO. 16 FOR IDENTIFICATION Christensen DATE 3-29-05 RPTR DH

## Bob Russell

**From:** <Jack_Vance@nps.gov>
**To:** <Willie_DeOcampo@nps.gov>
**Cc:** <Terry_Lang@nps.gov>; <Ray_Todd@nps.gov>; <bob.russell@jacobs.com>; <Joanne_Cody@nps.gov>
**Sent:** Monday, September 17, 2001 6:34 AM
**Attach:** Untitled.dat; Untitled.dat; Untitled.dat
**Subject:** Fwd[2]:Contract Overruns

Willie,

I think we need to take a holistic approach reviewing the 200Q issues and problems. We need to establish a firm position on each contract issue as well as how the project has been managed to date by RemCon.

There is much more that has impacted production than the items addressed in Steve's letter below. For example, they have not been sending in submittals with enough time for review prior to scheduled work. The entire utility trench issue was in their court for almost a month with no action on their part. Drop inlets were discussed 6-8 weeks ago with no action on their part until last week. I believe the NPS and Jacobs have been doing a good job of responding to the RFI and other needs of the contract in a timely manner.

We have not received any documentation from RemCon for the overruns to the best of my knowledge. It has been discussed at every weekly meeting without positive response from them. How can he estimate (and discuss) a quantity without backup documentation? I would like to see RemCon stop throwing numbers around randomly and put some facts on the table for review.

When can we schedule a call?

Jack

____________________Forward Header____________________
Subject: Fwd:Contract Overruns
Author: Jack Vance
Date: 9/17/01 9:09 AM

Hi Joanne,

Hope you made it back safely with minimal delays. See RemCon's note below. Steve is claiming excess excavation from the roadway among other things. I don't think he understands that most of the material is going to be used in the project as stone veneer, fill or whatever except what is to be stored at Wolverton Point for future use. I don't believe he has over excavated very much and it has been their choice if they have.

I'm would like to set up a call with Willie to discuss these and other 200Q

388574

issues. It would be good to have you participate to clarify quantities if necessary. Are you available today?

Bob says there is no way RemCon has hauled 15,000 yards of stuff from the park unless you count his slash etc. that was removed as part of their work.

The other underlying current here seems to be placing responsibility for production and management problems on others instead of accepting it.

I call Willie to see when he wants to discuss these issues.

Thanks,

Jack

____________________Forward Header____________________

Subject: Contract Overruns
Author: Willie DeOcampo
Date: 9/17/01 9:14 AM

People: I received this message from Steve Christensen. We should discuss this so I can return Steve's message as well as talk to him.
Bob: Have you had a chance to review Remcon's quantities for over-runs. We need to start a mod for these quantities. You Roy need to start the paper work and send me copy for review. We should start today. Give me a all. -wd-
----- Forwarded by Willie DeOcampo/DENVER/NPS on 09/17/2001 09:09 AM -----

REMCONSC@aol.com 09/14/2001 09:34 PM MDT To: Willie DeOcampo/DENVER/NPS cc: Subject: Contract Overruns

Willie,

I've spent the last two days reviewing the construction schedule and quantities. It would appear that you should expect additional overruns on the following quantities.

388575