Off-Haul within the Park As much as 1,500 cubic yards
Haul Excess Material As much as 15,000 cubic yards

Additionally, as a result of the large quantity of excess material being generated in the earthwork you and I need to address how to handle an adjustment to the earthwork item. As a result of the numerous overruns, REMCON's construction schedule is being seriously impacted.

Please contact me on Monday morning to discuss our proposed meeting in Denver next week. I am working on an agenda for us and would like to discuss prior to sending to all attendees.

Steve

<HTML><FONT FACE=arial,helvetica><FONT SIZE=2>Willie,
<BR>
<BR>I've spent the last two days reviewing the construction schedule and quantities.  It would appear that you should expect additional overruns on the following quantities.
<BR>
<BR>Off-Haul within the Park         As much as 1,500 cubic yards
<BR>Haul Excess Material              As much as 15,000 cubic yards
<BR>
<BR>Additionally, as a result of the large quantity of excess material being generated in the earthwork you and I need to address how to handle an adjustment to the earthwork item.  As a result of the numerous overruns, REMCON's construction schedule is being seriously impacted.
<BR>
<BR>Please contact me on Monday morning to discuss our proposed meeting in Denver next week.  I am working on an agenda for us and would like to discuss prior to sending to all attendees.
<BR>
<BR>Steve</FONT></HTML>

Received: from imo-m05.mx.aol.com ([64.12.136.8]) by ccmail.itd.nps.gov with SMTP
(IMA Internet Exchange 3.13) id 00DA9EFF; Fri, 14 Sep 2001 16:38:47 -0400
Received: from REMCONSC@aol.com
by imo-m05.mx.aol.com (mail_out_v31_r1.7.) id z.11c.4c2a5ae (16639)
for <Willie_DeOcampo@nps.gov>; Fri, 14 Sep 2001 16:41:53 -0400 (EDT)
From: REMCONSC@aol.com

388576

Message-ID: <11c.4c2a5ae.28d3c590@aol.com>
Date: Fri, 14 Sep 2001 16:41:52 EDT
Subject: Contract Overruns
To: Willie_DeOcampo@nps.gov
MIME-Version: 1.0
Content-Type: multipart/alternative;
boundary="part1_11c.4c2a5ae.28d3c590_boundary"
X-Mailer: AOL 6.0 for Windows US sub 10536

388577

JACOBS

P.O. Box 20
Sequoia National Park, CA 93262-0020
559.565.4213 Fax 559.565.4207

# Transmittal

| | | | |
|---|---|---|---|
| **Date** | December 19, 2001 | **From** | Bob Russell |
| **Attention** | Willie DeOcampo | **Project** | Sherman Tree Parking |
| **Firm Name** | NPS | **Project No.** | 1443C8000010903 |
| **Package No.** | SEKI – 200 Q | **Subject** | Restaking cost estimate for Access Road realignment |
| **Copies to** | Jack Vance<br>Joanne Cody | | |

The attached spreadsheet is my estimate for a fair and reasonable cost for restaking approximately 500 LF of roadway centerline control. The surveyors had staked the original designed centerline when it was noticed that the roadway did not fit the cleared area (staked road centerline was approximately 13-feet westerly of the cleared area) and would have required additional clearing (including additional tree removal).

Giuliani & Kull took it upon themselves to redesign the roadway and submitted their realignment directly to Joanne Cody. The realignment they prepared was not acceptable to Joanne and she had the NPS consultants redesign the centerline to the position that is now constructed. Joanne gave the redesign to Giuliani & Kull and they then restaked the centerline control.

See the attached letter that Giuliani submitted to Remcon for the restaking. I suspect that these cost include the time they spent on the redesign that was not acceptable to Joanne. It also appears that they charged all costs for the 2-days (July 16 & July 17) they spent on the project while at least ¾ of this 2-days was spent laying out the parking lots and not for the realignment of the Access Road.

Please review and comment back to me and I will then submit this to Remcon (Jeff Northrop).

**Enclosures/Attachments**

| | |
|---|---|
| Draft Letter | Sample |
| Progress Payment | RFI |
| Sketch | Print |
| Contractor VE Proposal | Submittal(s) |
| | Other |

**Action Requested**

| | |
|---|---|
| Resubmit | For Your Approval |
| For Your Review | Reply ASAP |
| Information Only | For Your Signature |
| Please Comment | |
| Other | |

388678

**Jacobs Engineering Group Inc.**

Access Road realignment extra cost – Rev1

# Sherman Tree Sequoia National Park

| July 2, 2001 | | | | | |
|---|---|---|---|---|---|
| Point Number | Station of New Alignment | Remarks | Station of Old Alignment | Offset From Old CL | |
| 848 | 24+46.60 | prc | 24+46.64 | 0.23 | right |
| | 25+00.00 | pvt | 25+00.01 | 0.67 | left |
| | 25+50.00 | poc | 25+49.99 | 5.13 | left |
| | 26+00.00 | poc | 26+00.56 | 9.31 | left |
| | 26+50.00 | poc | 26+51.58 | 12.41 | left |
| | 27+00.00 | poc | 27+02.92 | 14.39 | left |
| | 27+50.00 | poc | 27+54.45 | 15.22 | left |
| | 28+00.00 | poc | 28+06.01 | 14.9 | left |
| 850 | 28+41.63 | prc | 28+48.86 | 13.76 | left |
| 852 | 28+86.80 | prc | 28+94.43 | 8.61 | left |
| | 29+37.69 | poc | 29+44.89 | 2.16 | left |
| 642 | 29+88.58 | prc | 29+95.73 | 0 | - |
| 644 | 30+18.55 | gb cl-cl int | 30+25.70 | 0 | - |

R=625'
R= 600'
R= 600'

Willie – This is the suggested realignment for the Access Road between Sta 24+46.64 and Sta 30+25.70. It appears that the layout shown on the drawings is substantially correct and that there may be a problem with the centerline control. The centerline as staked from the drawings approached the right edge of pavement from Sta 27+00 +/- to Sta 28+50 +/-.

Note that the suggested realignment appears to fit the layout shown on the drawings.

This realignment is as we reviewed it in the field on Thursday evening (6/28/01).

Per your request, I have taken photographs looking both north & south through this area and will send them to you and Joanne Cody by E-mail.

Please give me a call if you have any questions and/or need additional information.

Bob Russell

Blast

# July 2001

| Monday | Tuesday | Wednesday | Thursday | Friday | Sat/Sun |
|---|---|---|---|---|---|
| | | | | | July 1 |
| 2 | 3 | 4 | 5 | 6 | 7<br>8 |
| 9 | 10 | 11 | 12 | 13 | 14<br>15 |
| 16 | 17 | 18 | 19 | 20 | 21<br>22 |
| 23 | 24 | 25 | 26 | 27 | 28<br>29 |
| 30<br>1st day on Project 4-Hrs | 31 | | | | |

DEFENDANT'S EXHIBIT NO. 24 FOR IDENTIFICATION Christiaben DATE 3-10-05 RPTR DJ

PENGAD 800-631-6989

Russell, Bob R. 1 1/15/02

517023



217

Bl[illegible]ing

# August 2001

| Monday | Tuesday | Wednesday | Thursday | Friday | Sat/Sun |
|---|---|---|---|---|---|
| | | August 1 | 2 Blast Road | 3 | 4 / 5 |
| 6 | 7 Blast Road | 8 Blast Boalders | 9 | 10 | 11 / 12 |
| 13 Blast Road | 14 Blast Road | 15 Blast Road | 16 Blast Boalders | 17 | 18 / 19 |
| 20 | 21 Blast Boalders | 22 Blast Road | 23 Blast Road | 24 | 25 / 26 |
| 27 | 28 | 29 Blast Boalders | 30 Blast Road | 31 | |

Russell, Bob R.

517030



1/16/02



218

Bl[illegible]ng

# September 2001

| Monday | Tuesday | Wednesday | Thursday | Friday | Sat/Sun |
|---|---|---|---|---|---|
| | | | | | September 1<br>2 |
| 3 | 4 | 5 Blast Road | 6 Blast Road | 7 | 8<br>9 |
| 10 Blast Road | 11 | 12 | 13 Blast Road | 14 | 15<br>16 |
| 17 | 18 | 19 Blast Utilities | 20 Blast Utilities | 21 Blast Utilities | 22<br>23 |
| 24 | 25 Blast Utilities | 26 Blast Utilities | 27 Blast Utilities | 28 | 29<br>30 |

Russell, Bob R. 3 1/15/02

517031

Blastin[g]

# October 2001

October 2001 | November 2001

| Monday | Tuesday | Wednesday | Thursday | Friday | Sat/Sun |
|---|---|---|---|---|---|
| October 1 Blast Utilities | 2 Blast Utilities | 3 Blast Utilities | 4 Blast Utilities | 5 | 6 / 7 |
| 8 | 9 Blast Utilities | 10 Blast Leachfield | 11 | 12 Blast Leachfield | 13 / 14 |
| 15 | 16 Blast Leachfield | 17 | 18 Blast Leachfield | 19 | 20 / 21 |
| 22 Blast Leachfield | 23 Blast Utilities | 24 Last Day on Project 1-Hr | 25 | 26 | 27 / 28 |
| 29 | 30 | 31 | | | |

Russell, Bob R. 4 1/15/02

517032



220

JE JACOBS

P.O. Box 20
Sequoia National Park, CA 93262-0020
559.565.4213 Fax 559.565.4207

# Transmittal

| | | | |
|---|---|---|---|
| **Date** | January 8, 2002 | **From** | Bob Russell |
| **Attention** | Willie DeOcampo | **Project** | Sherman Tree Parking |
| **Firm Name** | NPS | **Project No.** | 1443C8000010903 |
| **Package No.** | SEKI – 200 Q | **Subject** | Giuliani & Kull's response for estimated cost for the Access Road realignment |
| **Copies to** | Jack Vance<br>Joanne Cody | | |

The attached letter from Giuliani & Kull regarding their extra costs for restaking approximately 500-feet of the Access Road centerline was received today from Remcon (Jeff Northrop).

My comments are as follows:

- 6/25/01 Prepared calculations for roadway centerline per the original design.

  Comment - This was required by the original work and is not extra work (has nothing to do with restaking costs).

- 6/28/01 (1) Staked the roadway per the original design and discovered conflict. (2) Surveyed a new alignment based on discussions with field inspector. (3) Sent new alignment from field to office for new calculations. (4) Prepared new calculations for alignment and grade and sent back to field.

  Comment

  (1) This was required by the original work and is not extra work (has nothing to do with restaking costs).
  (2) To my knowledge they did not survey a "New Alignment". I discussed the possibility of field setting 2 PI's and then fitting 2 curves to the tangents (no conversation regarding sending anything to the office). Joanne ended up doing the revision by using 2 PI's and 2 curves.
  (3) This was done by Giuliani & Kull and was a unilateral decision (not requested or authorized) on their part. I was not aware that they were sending data to their office for redesign of the Access Road.
  (4) This was performed by Giuliani & Kull and was a unilateral decision (not requested or authorized) on their part. I was not aware that they were redesigning the road in their office.

| Enclosures/Attachments | | Action Requested | |
|---|---|---|---|
| Draft Letter | Sample | Resubmit | For Your Approval |
| Progress Payment | RFI | For Your Review | Reply ASAP |
| Sketch | Print | Information Only | For Your Signature |
| Contractor VE Proposal | Submittal(s) | Please Comment | |
| | Other | Other | |

222

**JACOBS**

# Transmittal

*(Continued)*



- 6/29/01 Restaked new alignment. Send new alignment to Tod Bunker at Martin & Martin.

  Comment – Giuliani & Kull took it upon themselves to redesign and to restake a design that was not requested, reviewed or approved by the Park Service and turned out to be unacceptable to the Park Service. After review by the Park Service, Joanne Cody informed Giuliani & Kull that their design was not acceptable but apparently they had already staked their redesign.

- 7/10/01 Tod Bunker sends a new alignment to our office because they were not satisfied with the alignment generated by GK office and field crew.

  Comment – Joanne Cody had Martin & Martin redesign the centerline using 2 PI's and 2 curves. This method was the same as I had reviewed in the field with Giuliani & Kull's field crew. I don't know what data Giuliani & Kull's field crew sent to their office for the basis of their redesign that turned out to be unacceptable to the Park Service.

- 7/12/01 GK office prepares new calculations for field crew based on new alignment.

  Comment – Entering 500 LF of data into the computer should have taken less than 1-hour, however I am recommending that they be allowed 2-hours for this task.

- 7/16/01 GK field crew is requested to return to site to restake the new alignment. Additional work was completed during this visit by the sole purpose of the visit was to stake the revised alignment. An additional site visit was required.

  Comment – Giuliani & Kull was on site for approximately 2 full days and spent approximately 4 hours restaking the Access Road centerline. The rest of their time was used setting/surveying in the parking lots. I assume that Remcon requested them to return to the site for this work.

* Giuliani & Kull state in the attached letter that on 6/28/01 they performed the following:

  - Staked the roadway per the original design
  - Surveyed a new alignment
  - Sent new alignment from the field to the office for new calculations
  - Prepared new calculations for alignment and grade and sent back to field.

All of the work required for revising the Access Road staking was performed in one day (6/28/01), except for restaking their alignment that turned out to be unacceptable to the Park Service. (Our records show that they spent 6/29/01 surveying in the parking lots and on the Sherman Tree Trail).

I see no reason for the Park Service to pay Giuliani & Kull for work that was not authorized or requested and turned out to be of no value because it was unacceptable, therefore I recommend that the Park Service issue a unilateral Modification in the amount of $ 1,161.50 as a fair and equitable amount for this work.

Please review and comment back so that I can complete the draft for Contract Modification Number 3.

PENROSE

# DAILY LOG OF CON.. ..RUCTION

M T W Th

Pkg. No.: SEKI - 200Q 223

PROJECT: SHERMAN TREE PARKING

RK: SEQUOIA & KINGS CANYON NATIONAL PARKS

CONTRACT NO.: 1443C8000010903

DATE: May 29, 2002

CONTRACTOR: REMCON, INC.

CONTRACTOR REPRESENTATIVE ON JOB: LUKE TRIPLETT - ASS'T PROJECT MANAGER; MARK PENROSE - SUPERINTENDENT

| WEATHER *(Rain, Snow, Cloudy, Windy, etc.)* | TEMP. High | TEMP. Low | GROUND CONDITIONS *(Dry, Damp, Wet, Frozen)* |
|---|---|---|---|
| **Sunny AM - Mostly Sunny PM with scattered clouds** | 74 | 40 | Damp - |

| NO. CONTRACTOR'S MEN BY JOB CATEGORIES | NO. SUBCONTRACTOR'S MEN BY JOB CATEGORIES |
|---|---|
| Project Manager ( ) Remcon Superintendent (X) | Surveyors ( ) |
| Ass't Project Manager (X) Remcon QA/QC Supervisor ( ) | WCS Building sub contractor ( ) |
| Remcon Operators ( ) Remcon Labors (X) 2-laborers | Water Truck Rental Driver ( ) |
| Remcon Grade Checker ( ) Forman ( ) | Ken Smith Stone Masons (X) **5-man crew** |
| **Contractor worked 10-hour shift today** | |

| EQUIPMENT ON JOB<br>Brief description of size | No. Units | Working Yes | Working No | MATERIALS DELIVERED |
|---|---|---|---|---|
| Remcon Water Truck - 4,000 Gallon | | | | **Sand/mortar delivered to job-site today (Ken Smith)** |
| Rental Water Truck - 4,000 Gallon | | | | **Concrete block delivered to job-site today(Ken Smith)** |
| Excavator - CAT 320B | | | | |
| Excavator - CAT 320B | | | | |
| ..zer | | | | |
| ..ozer | | | | |
| Motor Patrol Grader - CAT 14H | | | | OFFICIAL VISITORS TO JOB SITE |
| Loader - CAT 928E (3 CY bucket) | | | | **Joanne Cody** |
| Loader - CAT 950 (3 CY bucket) | | | | |
| Backhoe - CAT 416C | 1 | X | | |

## STATUS OF WORK

ITEM No. Brief description of work in progress, questionable performance, etc. Include tests made and samples taken. *(Use comments section on reverse for other information, if necessary)*

**2-laborers continued removal of visqueen covers from various material stockpiles, removing earthwork from outside of comfort station foundation walls and installing the water meter, "J-stand" (air gap separation) and storage tank (water buffalo) for their domestic construction water supply at their Wolverton yard.**

**Ken Smith Masonry (subcontractor) checked/prepared comfort station foundations and floor slab in preparation for beginning work (laying block for walls) tomorrow. Also continued collecting and palletizing stone to be used on the comfort station and walls.**

SIGNATURE: Bob Russell

TITLE: PROJECT INSPECTOR

[Page 2 (X)]

FORM No. QCA-1 223

STATUS OF WORK (CONTINUED) 224

STATUS of GOVERNMENT FURNISHED SERVICES AND/OR SUPPLIES

Willie called and left a message on my voice mail directing me to approve RFI No. 40 (changing metal door anchoring for the comfort station) subject to Jack Vance's comments/conditions. This information was passed on to Remcon (Mark Penrose) so that they could proceed with block laying tomorrow.

Field reviewed project in the morning (Upper and Lower Sherman areas) with Joanne Cody. Lower Sherman area; reviewed the retaining wall area on the General's Highway, trees marked for removal and the planned boardwalk. Joanne requested survey information (elevations of the existing boardwalk) from the Park personnel I (Eric) working on enlarging the walk thru opening in the fallen tree. They said that they would get Joanne the information that she requested.

Upper Sherman area; reviewed the entire site including the Access Road, erosion that had taken place over the winter shut down period, the Sherman Tree Trail head including the tree that fell on the trail over the winter, the Comfort Station, Wayside Kiosk, leach field, the upper parking lot and the Shuttle Bus drive area.

Reviewed the existing masonry work at the Wuksachi Lodge area with Loren Mangrum and Bob Reinhardt to point out samples of acceptable and unacceptable masonry work. This will be used as a standard to compare the test panels that Ken Smith will prepare.

Reviewed the revetment stone work in the RV terrace area with Loren and Bob Reinhardt, again pointed the acceptable standards that will be expected on the project.

Encouraged Loren and Bob Reinhardt to review all these areas on their own.

Joanne met at 1:00 PM with Remcon, Ken Smith Masonry (Al Silva), WCS foreman and Loren Mangrum to review stone requirements and again requested that Remcon furnish the prices for split rock curb (2 sides) and the cost of stone curb split on one face with thermal of the other face. Al Silva stated Ken Smith Masonry had furnished the requested cost to Remcon last year. Mark and Luke said that they would get the information to Joanne.

DIFFICULTIES WITH CONTRACTOR OR REPRESENTATIVE

At 2:00 PM Mark Penrose talked to me about problems that he is having with his home office (Steve Christensen). The problems include Steve directing him to "Hammer" Loren and me regarding non-availability of areas that they can work. Mark stated that they have 7 or 8 areas that they can work in, but that Steve will not send the equipment or workers to the site to accomplish any work. Mark is quite frustrated and I fell that he was using me as sounding board, as well as to let me know what his problems are.

UNFORESEEN DEVELOPMENTS ON JOB CONTINUED *(Describe conditions, action taken; person contacted, recommended actions)*

At 2:00 PM met with Mark, Luke and Loren to review the revised plans for the Sherman Tree Trail. I pointed out the revisions were primarily clarifications and not changes and therefore this should not be an additional cost item and that Remcon should go proceed with their work on the trail. I also pointed out that if Remcon found that their cost was impacted that they should let me know and we would deal with it.

OTHER COMMENTS OR PERTINENT FACTS REGARDING JOB

EX. 18 PENROSE

225

NOTES
DIARY / IDEAS

SUBJECT 5.29.02 mtg. with Mark Penrose

Waiting @ RemCon trailer for Al Silva from Ken Smith 1:00 pm –
Mark had just finished phone call with Steve Christianson – just learned that Steve had sent a stop work letter to DSC. Mark was furious, said he & Luke / RemCon had many areas to continue work that the letter was unnessary and uncalled for.
Mark said his crews could begin immediately on all trail work, access road work, comfort station, leach field, all revetment along the access road could be placed.
Mark said that Steve Christianson also wanted Mark, Luke & Remcon workers to talk to all NPS employees or SCBOPS they encountered to let them know they could not begin any work because of Denver delays – Mark told Steve that wasn't true, they would not follow this request – they had work to do.
Mark said he and ? RemCon employee had created a baseline schedule at end of season last year to be submitted to Denver – Steve revised the schedule & submitted to DSC – Mark told him the schedule was unworkable, Steve told him the schedule would work.
Mark & Luke want to get going on Lower Sherman wall – say the two stage plan will work well

©1988. Day Runner, Inc. All Rights Reserved.



500432
225

Ex 89 (58) 226

REMCON, Inc.

P.O. Box 758
751 Wakefield Court
Oakdale, CA 95361
Telephone: 209/847-9186
Fax: 209/847-9189

COPY

RECEIVED
JUN 11 2002

SENT VIA FAX AND U.S. MAIL

June 5, 2002

Ms. Theresia C. Lang
National Park Service
P.O. Box 25287
Denver, CO 80225-0287

Reference: Sequoia and Kings Canyon National Park, Contract No. 1443C8000010903
Giant Forest, Sherman Tree Parking Area, Package No. SEKI-200Q

Subject: Contract Modification Price to Raise Parking Area

Dear Terry:

Pursuant to the NPS's request for a price proposal for the proposed modifications to the Upper Sherman Upper Parking Area, REMCON has prepared the attached cost estimate. In addition to the cost estimate, REMCON has also provided clarifications to the price proposal, which are to be incorporated into the contract modification if accepted by the NPS.

Breakdown of Direct Costs with Allowable Mark-ups:

| | |
|---|---|
| Labor | $ 19,910.15 |
| Materials | -0- |
| Equipment | 17,875.00 |
| Subcontractors | 3,250.00 |
| Subtotal | $ 41,035.15 |
| Corporate Overhead (8.8%) | 3,611.09 |
| Subtotal | $ 44,646.24 |
| Contractor Profit (8.0%) | 3,571.70 |
| Total Cost of Detour | $ 48,217.94 |

REMCON's cost proposal is based on the following qualifications:

- Payment for all stone revetment will be paid under the contract bid item and is not incorporated within this change order.
- Payment for all drainage structures and piping will be paid under the appropriate contract bid item and is not incorporated within this change order.
- Cost estimate does not include any rock excavation, should NPS wish to have any existing rock structures removed or relocated, said work will be done under separate changer order.
- NPS to assure REMCON of payment for all work within 15 days after the month following completion of work or that percentage of work completed.

388977

If you have any questions regarding this pricing proposal please feel free to contact us.

Sincerely,

Stephen B. Christensen
President

cc: Willie DeOcampo, R.E.

388078

ESTIMATE RECAP - BID QUANTITIES

| | DIRECT | INDIRECT | TOTAL | % OF TOTAL |
|---|---|---|---|---|
| Labor | 10,987.30 | | 10,987.30 | 26.775% |
| Burden | 8,922.85 | | 8,922.85 | 21.744% |
| Lab+Bur | 19,910.15 | | 19,910.15 | 48.520% |
| Perm Matl | | | | 0.000% |
| Const Exp | | | | 0.000% |
| Equipment | 17,875.00 | | 17,875.00 | 43.560% |
| Subs | 3,250.00 | | 3,250.00 | 7.920% |
| Other | | | | 0.000% |
| Total Costs: | 41,035.15 | | 41,035.15 | 99.999% |
| % of Total | 100.000% | 0.000% | 100.000% | |

* Data Below here is dependent on the Summary Process. *
The Summary Process was last run 06/05/2002 at 2:57 PM

(% of costs)

COST + MARKUP ——————> $41,035.15
(On Takeoff Quantity)

There * ARE NOT * closing accounts for this bid.

-Effect on Bid-

Rounding difference:
Unbalancing difference:
From Cut&Add Sheet-costs: (on Bid Quantity)
From Cut&Add Sheet-markup: (on Bid Quantity)

Net Adjustments (to the balanced bid): [or desired bid]

BALANCED BID TOTAL $41,035.15
DESIRED BID (if specified)

BID TOTAL (on bid quantities) $41,035.15
BID COSTS (on bid quantities) $41,035.15
MARKUP (on bid quantities) 0.000%

EXPECTED JOB VALUE (on takeoff quantities): $41,035.15
EXPECTED COSTS (on takeoff quantities): $41,035.15
EXPECTED MARKUP (on takeoff quantities): 0.000%

Adjust to Bid Quantities = Y
Report Variation = QUICK-DETAIL

On Takeoff Quantities

| | | | |
|---|---|---|---|
| Labor Hrs. (MH/MHS) | 365 | 0 | 365 |
| (incl burden) | 19,910 | 0 | 19,910 |

388979

| Activity / Detail | Desc | Pcs | Quantity / Unit | Unit Cost | Labor | Perm Material | Constr Matl/Exp | Equip Ment | Sub-Contract | Total |
|---|---|---|---|---|---|---|---|---|---|---|

BID ITEM - 1
Description - RELOCATE EXISTING MATERIALS Unit - LS Takeoff Quan: 1.000 Engr Quan: 1.000

02 Develop Laydown Yard Quan: 1.00 LS Hrs/Shft: 10.00 Cal: 02 WC: 1

Relocation of stockpiled materials will require development of a laydown yard in the proposed bus parking area.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 8-D4 | Cat D4H Dozer/Rip | | 10.00 HR | 29.000 | | | | 290 | | 290 |
| 8TWAT4 | Water Truck, 4,000 gal | | 5.00 HR | 70.000 | | | | 350 | | 350 |
| OPDOZ | Dozer Operator | | 10.00 MH | 29.030 | 573 | | | | | 573 |
| $1,212.95 | 10.0000 MH/LS | | 10.00 MH | [319.33] | 573 | | | 640 | | 1,213 |
| | | | 0.1000 Unit/MH | | 572.95 | | | 640.00 | | 1,212.95 |

04 Relocate KSM Pallets Quan: 1.00 LS Hrs/Shft: 10.00 Cal: 02 WC: 1

Estimate is based on moving pallets with Cat 928 Loader and a lowbed trailer. Pallets will be loaded onto trailer and driven to laydown yard. Once in the yard pallets will be off-loaded and stored. Lowbed driver to act as laborer.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 8-928 | Cat 928 Ldr 2.75 cy | | 20.00 HR | 27.000 | | | | 540 | | 540 |
| 8TLOWB | Lowbed Transport Truck | | 20.00 HR | 70.000 | | | | 1,400 | | 1,400 |
| OPLOAD | Loader Operator | | 20.00 MH | 29.030 | 1,146 | | | | | 1,146 |
| $3,085.90 | 20.0000 MH/LS | | 20.00 MH | [638.66] | 1,146 | | | 1,940 | | 3,086 |
| | | | 0.0500 Unit/MH | | 1,145.90 | | | 1,940.00 | | 3,085.90 |

06 Relocate Rock Stockpiles Quan: 1.00 LS Hrs/Shft: 10.00 Cal: 02 WC: 1

Existing rock stockpiled in upper parking area will be relocated to lower parking area.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 8-928 | Cat 928 Ldr 2.75 cy | | 10.00 HR | 27.000 | | | | 270 | | 270 |
| OPLOAD | Loader Operator | | 10.00 MH | 29.030 | 573 | | | | | 573 |
| $842.95 | 10.0000 MH/LS | | 10.00 MH | [319.33] | 573 | | | 270 | | 843 |
| | | | 0.1000 Unit/MH | | 572.95 | | | 270.00 | | 842.95 |

08 Relocate AB Stockpile Quan: 3,500.00 TN Hrs/Shft: 10.00 Cal: 02 WC: 1

Stockpiled Agg. Base will be loaded, hauled and placed along the Access Road for final placement when Access Road is ready and subgrade approved. Based on this sequence REMCON will pay cost of trucking but NPS to pay for loadout time. This will provide REMCON with rehandling costs at a later date.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 8-928 | Cat 928 Ldr 2.75 cy | | 30.00 HR | 27.000 | | | | 810 | | 810 |
| OPLOAD | Loader Operator | | 30.00 MH | 29.030 | 1,719 | | | | | 1,719 |
| $2,528.85 | 0.0085 MH/TN | | 30.00 MH | [0.274] | 1,719 | | | 810 | | 2,529 |
| | | | 116.6668 Unit/MH | | 0.49 | | | 0.23 | | 0.72 |

10 Relocate Sand Stockpiles Quan: 1.00 LS Hrs/Shft: 10.00 Cal: 02 WC: 1

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 8-928 | Cat 928 Ldr 2.75 cy | | 10.00 HR | 27.000 | | | | 270 | | 270 |
| 8-D350 | Cat D350 Haul Truck | | 10.00 HR | 86.000 | | | | 860 | | 860 |
| OPHAUL | Haul Truck Operator | | 10.00 MH | 21.950 | 469 | | | | | 469 |
| OPLOAD | Loader Operator | | 10.00 MH | 29.030 | 573 | | | | | 573 |
| $2,172.33 | 20.0000 MH/LS | | 20.00 MH | [560.78] | 1,042 | | | 1,130 | | 2,172 |
| | | | 0.0500 Unit/MH | | 1,042.33 | | | 1,130.00 | | 2,172.33 |

——> Item Totals: 1 - RELOCATE EXISTING MATERIALS

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| $9,842.98 | 90.0000 MH/LS | | 90.00 MH | [2796.09] | 5,053 | | | 4,790 | | 9,843 |
| 9,842.980 | 1 LS | | | | 5,052.98 | | | 4,790.00 | | 9,842.98 |

BID ITEM - 2
Description - CLEARING & GRUBBING Unit - LS Takeoff Quan: 1.000 Engr Quan: 1.000

2 Clear and Grub Quan: 1.00 LS Hrs/Shft: 10.00 Cal: 02 WC: 1

New plan requires the clearing of trees and vegetation as well as site clean-up. Trees to be used for landscape logs stumps to be excavated and placed on project site at Owners direction.

388980

| Activity Detail | Desc | Pcs | Quantity Unit | Unit Cost | Labor | Perm Material | Constr Matl/Exp | Equip Ment | Sub-Contract | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| BID ITEM - 2 | | | | | | | | | | |
| Description - | CLEARING & GRUBBING | | Unit - LS | Takeoff Quan: 1.000 | | | | Engr Quan: 1.000 | | |
| 8-320 | Cat 320L Excavator | | 10.00 HR | 35.000 | | | | 350 | | 350 |
| 8-928 | Cat 928 Ldr 2.75 cy | | 5.00 HR | 27.000 | | | | 135 | | 135 |
| LABGEN | General Laborer | | 20.00 MH | 21.390 | 808 | | | | | 808 |
| OPEX | Excavator Operator | | 10.00 MH | 31.890 | 615 | | | | | 615 |
| OPLOAD | Loader Operator | | 5.00 MH | 29.030 | 286 | | | | | 286 |
| $2,194.77 | | 35.0000 MH/LS | 35.00 MH | [981.04] | 1,710 | | | 485 | | 2,195 |
| | | | 0.0286 Unit/MH | | 1,709.77 | | | 485.00 | | 2,194.77 |
| ----> Item Totals: 2 | - CLEARING & GRUBBING | | | | | | | | | |
| $2,194.77 | | 35.0000 MH/LS | 35.00 MH | [981.04] | 1,710 | | | 485 | | 2,195 |
| 2,194.770 | | 1 LS | | | 1,709.77 | | | 485.00 | | 2,194.77 |
| BID ITEM - 3 | | | | | | | | | | |
| Description - | EARTHWORK | | Unit - LS | Takeoff Quan: 1.000 | | | | Engr Quan: 1.000 | | |
| 02 | Surveying | | Quan: 1.00 LS | Hrs/Shft: 10.00 | Cal: 02 | WC: 1 | | | | |
| | Giuliani and Kull will be required to provide new staking, this includes office calculation time and actual field survey time. | | | | | | | | | |
| 4SURVEY | Sub-Survey Layout | | 1.00 LS | 2,500.000 | | | | | 2,500 | 2,500 |
| 04 | Scarify & Recompact | | Quan: 1.00 LS | Hrs/Shft: 10.00 | Cal: 02 | WC: 1 | | | | |
| | Includes cost for scarifying, moisture conditioning existing soils, and recompacting existing materials so as to be ready to accept fill material. | | | | | | | | | |
| 8-140 | Cat 140H Motor Grader | | 10.00 HR | 41.000 | | | | 410 | | 410 |
| 8C563 | Cat 563 84" Compactor | | 10.00 HR | 52.000 | | | | 520 | | 520 |
| 8TWAT4 | Water Truck, 4,000 gal | | 10.00 HR | 70.000 | | | | 700 | | 700 |
| OPCOMP | Compactor Operator | | 10.00 MH | 25.300 | 518 | | | | | 518 |
| OPGRAD | Motor Grader Operator | | 10.00 MH | 31.890 | 615 | | | | | 615 |
| OPSET | Gradesetter | | 10.00 MH | 29.030 | 573 | | | | | 573 |
| $3,336.14 | | 30.0000 MH/LS | 30.00 MH | [948.42] | 1,706 | | | 1,630 | | 3,336 |
| | | | 0.0333 Unit/MH | | 1,706.14 | | | 1,630.00 | | 3,336.14 |
| 06 | Embankment Construction | | Quan: 4,257.00 CY | Hrs/Shft: 10.00 | Cal: 02 | WC: 1 | | | | |
| 8-140 | Cat 140H Motor Grader | | 10.00 HR | 41.000 | | | | 410 | | 410 |
| 8-928 | Cat 928 Ldr 2.75 cy | | 40.00 HR | 27.000 | | | | 1,080 | | 1,080 |
| 8-D350 | Cat D350 Haul Truck | | 40.00 HR | 86.000 | | | | 3,440 | | 3,440 |
| 8-D4 | Cat D4H Dozer/Rip | | 40.00 HR | 29.000 | | | | 1,160 | | 1,160 |
| 8C563 | Cat 563 84" Compactor | | 40.00 HR | 52.000 | | | | 2,080 | | 2,080 |
| 8TWAT4 | Water Truck, 4,000 gal | | 40.00 HR | 70.000 | | | | 2,800 | | 2,800 |
| OPCOMP | Compactor Operator | | 40.00 MH | 25.300 | 2,074 | | | | | 2,074 |
| OPDOZ | Dozer Operator | | 40.00 MH | 29.030 | 2,292 | | | | | 2,292 |
| OPGRAD | Motor Grader Operator | | 10.00 MH | 31.890 | 615 | | | | | 615 |
| OPHAUL | Haul Truck Operator | | 40.00 MH | 21.950 | 1,878 | | | | | 1,878 |
| OPLOAD | Loader Operator | | 40.00 MH | 29.030 | 2,292 | | | | | 2,292 |
| OPSET | Gradesetter | | 40.00 MH | 29.030 | 2,292 | | | | | 2,292 |
| $22,411.26 | | 0.0493 MH/CY | 210.00 MH | [1.471] | 11,441 | | | 10,970 | | 22,411 |
| | | | 20.2714 Unit/MH | | 2.69 | | | 2.58 | | 5.26 |
| 08 | Compaction Testing | | Quan: 1.00 LS | Hrs/Shft: 10.00 | Cal: 02 | WC: 1 | | | | |
| 4QA/QC | Sub-Compaction Testing | | 1.00 LS | 750.000 | | | | | 750 | 750 |
| ----> Item Totals: 3 | - EARTHWORK | | | | | | | | | |
| $28,997.40 | | 240.0000 MH/LS | 240.00 MH | [7210.17] | 13,147 | | | 12,600 | 3,250 | 28,997 |
| 28,997.400 | | 1 LS | | | 13,147.40 | | | 12,600.00 | 3,250.00 | 28,997.40 |

388381

231

Remediation Contractors, Inc. Page 3
SC0206 SEQUOIA SHERMAN TREE CCO ESTIMATE 2 06/05/2002 14:57
Default User DIRECT COST REPORT

| Activity Detail | Desc | Pcs | Quantity Unit | Unit Cost | Labor | Perm Material | Constr Matl/Exp | Equip Mont | Sub-Contract | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| BID ITEM = 3 | | | | | | | | | | |
| Description = | EARTHWORK | | Unit = | LS | Takeoff Quan | | 1.000 | Engr Quan | | 1.000 |
| $41,035.15 | *** Report Totals *** | | 365.00 MH | | 19,910 | | | 17,875 | 3,250 | 41,035 |

>>> Indicates Non Additive Activity

388382

EX. 74 PENROSE 232

# DAILY LOG OF CONSTRUCTION

M T W Th F    Pkg. No.: SEKI - 200Q

PROJECT: SHERMAN TREE PARKING

| PARK | CONTRACT NO. | DATE |
|---|---|---|
| SEQUOIA & KINGS CANYON NATIONAL PARKS | 1443C8000010903 | June 14, 2002 |

CONTRACTOR: REMCON, INC.

CONTRACTOR REPRESENTATIVE ON JOB: LUKE TRIPLETT - ASS'T PROJECT MANAGER; MARK PENROSE - SUPERINTENDENT

| WEATHER (Rain, Snow, Cloudy, Windy, etc.) | TEMP. High | TEMP. Low | GROUND CONDITIONS (Dry, Damp, Wet, Frozen) |
|---|---|---|---|
| Sunny | 72 | 46 | Top Surface Dry (Graded areas) |

| NO. CONTRACTOR'S MEN BY JOB CATEGORIES | | NO. SUBCONTRACTOR'S MEN BY JOB CATEGORIES |
|---|---|---|
| Project Manager ( ) | Remcon Superintendent (X) | Surveyors ( ) |
| Ass't Project Manager (X) | Remcon QA/QC Supervisor (X) | WCS ( ) |
| Remcon Operators ( ) | Remcon Labors (X) 2-laborers | Ken Smith (Subcontractor - stone masons) (X) 3-man crew |
| Remcon Grade Checker ( ) Forman ( ) | | Central Valley Testing (X) 1-man crew |
| Contractor worked 8-hour shift today | | |

| crewEQUIPMENT ON JOB Brief description of size | No. Units | Working Yes | Working No | MATERIALS DELIVERED |
|---|---|---|---|---|
| Remcon Water Truck - 2,000 Gallon | | | | |
| | | | | |
| Excavator - CAT 320B | 1 | | | |
| Excavator - CAT 330B | | | | |
| Dozer | | | | |
| Dozer | | | | |
| Motor Patrol Grader - CAT 14H | | | | OFFICIAL VISITORS TO JOB SITE |
| Loader - CAT 928E (3 CY bucket) | 1 | | | |
| Loader - CAT 950 (3 CY bucket) | | | | |
| Backhoe - CAT 416C | 1 | X | | |
| Water Buffalo Tank | 1 | X | | Used to haul water to job site (domestic water) |
| Case - 570XLT Loader/Gannon Box | 1 | X | | |

## STATUS OF WORK

ITEM No. — Brief description of work in progress, questionable performance, etc. Include tests made and samples taken. *(Use comments section on reverse for other information, if necessary)*

**Ken Smith Masonry (Subcontractor) completed constructing culvert headwall at SE corner of Access Road & Wolverton Road.**

**Central Valley Testing performing compaction test for sewer trench (dosing tank to leach field).**

**Remcon continued working on storm drain system (culverts and drop inlets) at various locations through out the Upper Sherman area.**

**Recon continued digging and laying sewer pipe between the dosing tank and leach field.**

SIGNATURE: Bob Russell    TITLE: PROJECT INSPECTOR

[Page 2 (X)]

FORM No. QCA-1

STATUS OF WORK (CONTINUED)

STATUS of GOVERNMENT FURNISHED SERVICES AND/OR SUPPLIES

Per Willie DeOcampo's direction yesterday afternoon, I reviewed and negotiated with Mark Penrose "Project Superintendent" (at 1:00 PM) Remcon's and the Government's cost estimate for raising the Upper Parking Lot per revised drawing prepared by dhm (Bob Smith). Mark agreed that Remcon's estimate had not used the equipment rates (COE rates) that Remcon submitted last year. He also agreed that the Government should not be responsible for relocating the various stockpiles that Remcon had placed (for their convenience) in the area. At the conclusion Mark stated that he accepted the revised Government estimate of $41,600 +/- as a fair and equitable price for performing the work. Mark stated that he would have to run the final price by Steve Christensen. I told Mark that I would revise the Government estimate to agree with our negotiation. The points to revise to include the addition of the materials tester and adjust Remcon's OH&P from 13% to 16.8%.

DIFFICULTIES WITH CONTRACTOR OR REPRESENTATIVE

Met at 8:00 AM with Mark Penrose, Bob Reinhardt and Loren Mangrum to review the culvert at Access Road Sta. 29+65 +/- . Mark had previously expressed that he thought that the culvert needed to be relocated to avoid trees at the west end (discharge end) of the culvert. We agreed that he drop inlets and the culvert crossing the Access road should be constructed as designed, but that the west end (discharge end) should rotated north approximately 10-feet to avoid tree roots. The discharge point will still be to the existing swale (as designed).

We also reviewed the piping from the septic/dosing tank to the leach field and I point out to Mark and Bob that they had constructed the force main per the plans and not per the revisions in Mod # 3. Mark stated that he was not aware of the changes. I went over the Mod with them (including the required cores in the dosing tank walls - 1 for the force main and 2 for the electrical. They said that they would correct the force main and would place the cores per the Mod.

Mark also thought that the sewer pipe going to the northerly leach field would have to be relocated because of the existing trees. I told Mark to have the location staked per the plans and that I would look at it with him next week. I could not tell if it was problem without knowing the planned location.

Mark said that the core driller was also going to saw cut the existing AC paving on Wolverton Road (each side of the Access Road) for future removal. I suggested that he may want to seal the saw cut to prevent water from entering the new cut and causing a problem with the base material which could result if the failure of the existing paving. If this happens, it would require additional saw cutting and pavement removal at the time Remcon places the final paving on Wolverton Road.

UNFORESEEN DEVELOPMENTS ON JOB CONTINUED *(Describe conditions, action taken; person contacted, recommended actions)*

OTHER COMMENTS OR PERTINENT FACTS REGARDING JOB



FORM No. QCA-1



233