EX 234 (1 pg)

# United States Department of the Interior

NATIONAL PARK SERVICE
DENVER SERVICE CENTER
12795 W. Alameda Parkway
P.O. Box 25287
Denver, Colorado 80225-0287

IN REPLY REFER TO:
D5217 (DSC-CS)
SEKI-200Q
1443C8000010903

July 16, 2002

Stephen Christensen, President
Remcon, Inc.
PO Box 758
751 Wakefield Court
Oakfield, California 95361

Dear Mr. Christensen:

Facsimile No.: Facsimile No.: (209) 847-9189

Reference: Sequoia and Kings Canyon National Parks, Tulare County, California, Contract No. 1443C8000010903, Giant Forest, Sherman Tree Parking Area, Project No. SEKI-200Q

Subject: Contracting Officer's Directive - Raise Upper Sherman Parking Lot

This acknowledges receipt your letter of June 28, 2002, wherein you requested assurances that the National Park Service would pay for the subject work in a timely manner. Our intent is to do just that by incorporating the upper Sherman parking lot work into a bilateral modification and include payment, as appropriate, for work accomplished to date into the next payment cycle in August 2002.

Sincerely,

Rod Keiscome

Rodney K. Keiscome
Contracting Officer

Friday 2nd Work Week Ex 105 LT 235

DAILY PRODUCTION ☐ TRACKING ☐ GOALS

**PRODUCTION SUMMARY**

| | | | | | |
|---|---|---|---|---|---|
| DATE/START/FINISH TIMES | DATE 6-21 | START TIME 7:00 | | FINISH TIME 3:30 | |
| JOB NUMBER & NAME | JOB NUMBER 0112 | | JOB NAME Seki 200 Q | | |
| SUPERINTENDENT & FOREMAN | SUPERINTENDENT Mark Frazee | | | FOREMAN/CREW LEADER Dave Maschung | |
| TRACKING UNIT & MEASUREMENT | 378 yards | | | (LF) (SF) (EA) (DAY) | |
| DAILY HOURS & COSTS | TOTAL LABOR COST 2253 | + | TOTAL EQUIPMENT 1688 | = | DAILY COST 4441 |
| DAILY QUANTITY & COST PER UNIT | 4441 | ÷ | 378 | = | COST PER UNIT 11.74 |

| DESCRIPTION | DAILY RATE | QTY | EXTD | NOTES |
|---|---|---|---|---|
| **TRUCKS** | | | | |
| 3/4 TON PICKUP OR 1 TON FLATBED | $ 96.00 | 1 | R014 | Repair Water |
| 1 TON UTILITY BODY | $ 96.00 | 1 | R004 | Line Problems |
| 10 YARD DUMP | $ 560.00 | | | from Last |
| WATER TRUCK - 2000 GALLON | $ 90 ~~150.00~~ | 1 | | year |
| WATER TRUCK - 3000 GALLON | $ 560.00 | | | Fitting not tight |
| **EQUIPMENT** | | | | |
| 416 BACKHOE | $ 192.00 | 1 | C018 | Dig-up 80' |
| 426 BACKHOE | $ 206.00 | | | of drain line |
| 436 BACKHOE | $ 232.00 | | | |
| 320 EXCAVATOR | $ 280.00 | 1 | C005 | |
| 330 EXCAVATOR | $ 600.00 | | | |
| 345 EXCAVATOR | $ 800.00 | | | |
| 433 COMPACTOR | $ 320.00 | 1 | C084 | |
| 563 COMPACTOR | $ 416.00 | | | |
| 815 COMPACTOR | $ 406.00 | | | |
| 140 MOTOR GRADER | $ 328.00 | | | |
| 14H MOTOR GRADER | $ 460.00 | | | |
| 950F LOADER | $ 400.00 | 1 | C803 | |
| 966F LOADER | $ 480.00 | | | |
| CASE 570LXT SKIPLOADER | $ 112.00 | | | |
| D4H DOZER/RIPPER | $ 232.00 | | | |
| D6 DOZER/RIPPER | $ 512.00 | | | |
| D8R DOZER/RIPPER | $ 824.00 | | | |
| 615F SCRAPER | $ 520.00 | | | |
| 623F SCRAPER | $ 760.00 | | | |
| D350 HAUL TRUCK | $ 600.00 | | | |
| **MISC** | | | | |
| AIR COMPRESSOR 4 whackers | $ 60.00 | 1 | | |
| WATER BUFFALO | $ 50.00 | | | |
| ARROW BOARD/LIGHT PLANT 766 Bas. | $ 62 ~~50.00~~ | 1 | | |
| Mini X | 92 | 1 | | |
| INJURY? | ☐ YES | ☒ NO | TOTAL EQUIPMENT 1688 | |

| DESCRIPTION | CREW | HRS | TOTAL HOURS | HRLY RATE | COST |
|---|---|---|---|---|---|
| SUPERINTENDENT & TRUCK (DAILY RATE**) | (1/2) (1) | N/A | N/A | $ 569.00 | 569 |
| STRAIGHT TIME HOURS - OPERATORS | 3 | 8 | 24 | $ 54.00 | 1296 |
| OVERTIME HOURS - OPERATORS | | | | $ 72.00 | 388 |
| STRAIGHT TIME HOURS - LABORERS | 3 | 8 | 24 | $ 37.00 | |
| OVERTIME HOURS - LABORERS | | | | $ 52.00 | |

*DAILY RATES ARE BASED ON 8 HR DAYS.
**SUPERINTENDENT AND FOREMAN CHARGES ARE TYPICALLY INCLUDED IN THE GENERAL ACCOUNT AND NOT IN THE ITEM. CHECK YOUR ESTIMATE TO ESTABLISH WHERE TO CHARGE THIS TIME.

TOTAL LABOR COST 2253

REM000020390 235

Monday

236

# DAILY PRODUCTION

☐ TRACKING ☐ GOALS

PRODUCTION SUMMARY

| | | | |
|---|---|---|---|
| DATE/START/FINISH TIMES | DATE 6-02-4 | START TIME 7:00 | FINISH TIME 5:30 |
| JOB NUMBER & NAME | JOB NUMBER 0112 | JOB NAME Seki 200 G | |
| SUPERINTENDENT & FOREMAN | SUPERINTENDENT Mark Penrose | | FOREMAN/CREW LEADER Dave Maschky |
| TRACKING UNIT & MEASUREMENT | 360 yards | | (LF) (SF) (EA) (DAY) |
| DAILY HOURS & COSTS | TOTAL LABOR COST 2712 | + TOTAL EQUIPMENT 776 | = DAILY COST 3488 |
| DAILY QUANTITY & COST PER UNIT | 3488 | ÷ 360 | = COST PER UNIT 9.68 |

| DESCRIPTION | DAILY RATE* | QTY | EXTD | NOTES |
|---|---|---|---|---|
| **TRUCKS** | | | | |
| 3/4 TON PICKUP OR 1 TON FLATBED | $ 96.00 | | | |
| 1 TON UTILITY BODY | $ 96.00 | 1 | A004 | |
| 10 YARD DUMP | $ 560.00 | | | |
| WATER TRUCK - 2000 GALLON | $ 150.00 | | | |
| WATER TRUCK - 3000 GALLON | $ 560.00 | | | Ernie |
| **EQUIPMENT** | | | | |
| 416 BACKHOE | $ 192.00 | | | 10 wheeler |
| 426 BACKHOE | $ 208.00 | | | Trucking |
| 436 BACKHOE | $ 232.00 | | | 10 hrs At |
| 320 EXCAVATOR | $ 280.00 | 1 | E005 | 70.00 Hr |
| 330 EXCAVATOR | $ 600.00 | | | $700.00 |
| 345 EXCAVATOR | $ 800.00 | | | Added to |
| 433 COMPACTOR | $ 320.00 | | | Labor Charge |
| 583 COMPACTOR | $ 416.00 | | | |
| 815 COMPACTOR | $ 408.00 | | | |
| 140 MOTOR GRADER | $ 328.00 | | | |
| 14H MOTOR GRADER | $ 460.00 | | | |
| 950F LOADER | $ 400.00 | 1 | C003 | |
| 966F LOADER | $ 480.00 | | | |
| CASE 570LXT SKIPLOADER | $ 112.00 | | | |
| D4H DOZER/RIPPER | $ 232.00 | | | |
| D6 DOZER/RIPPER | $ 512.00 | | | |
| D8R DOZER/RIPPER | $ 824.00 | | | |
| 615F SCRAPER | $ 520.00 | | | |
| 623F SCRAPER | $ 760.00 | | | |
| D350 HAUL TRUCK | $ 800.00 | | | |
| **MISC** | | | | |
| AIR COMPRESSOR | $ 60.00 | | | |
| WATER BUFFALO | $ 50.00 | | | |
| ARROW BOARD/LIGHT PLANT | $ 50.00 | | | |
| INJURY? | ☐ YES | ☑ NO | TOTAL EQUIPMENT 776 | |

| DESCRIPTION | CREW | HRS | TOTAL HOURS | HRLY RATE | COST |
|---|---|---|---|---|---|
| SUPERINTENDENT & TRUCK (DAILY RATE**) | (1/2) (1) | N/A | N/A | $ 569.00 | 284 |
| STRAIGHT TIME HOURS - OPERATORS | 3 | 8 | 24 | $ 54.00 | 1296 |
| OVERTIME HOURS - OPERATORS | 3 | 2 | 6 | $ 72.00 | 432 |
| STRAIGHT TIME HOURS - LABORERS | — | — | | $ 37.00 | |
| OVERTIME HOURS - LABORERS | — | — | | $ 52.00 | |

*DAILY RATES ARE BASED ON 8 HR DAYS.
**SUPERINTENDENT AND FOREMAN CHARGES ARE TYPICALLY INCLUDED IN THE GENERAL ACCOUNT AND NOT IN THE ITEM. CHECK YOUR ESTIMATE TO ESTABLISH WHERE TO CHARGE THIS

Ernie Truck 700.00 +

TOTAL LABOR COST 2712

REM000020291

236

Monday

237

# DAILY PRODUCTION ☐ TRACKING ☐ GOALS

**PRODUCTION SUMMARY**

| | | | | |
|---|---|---|---|---|
| DATE/START/FINISH TIMES | DATE 6-29 | START TIME 7:00 | | FINISH TIME 5:30 |
| JOB NUMBER & NAME | JOB NUMBER 0112 | | JOB NAME Ski 800 Q | |
| SUPERINTENDENT & FOREMAN | SUPERINTENDENT Mark Hancock | | | FOREMAN/CREW LEADER Dave Marsky |
| TRACKING UNIT & MEASUREMENT | 7 D.I. modified | | | (LF) (SF) (EA) (DAY) |
| DAILY HOURS & COSTS | TOTAL LABOR COST 800 | + | TOTAL EQUIPMENT 96 | = DAILY COST 896 |
| DAILY QUANTITY & COST PER UNIT | 896 | ÷ | 7 | = COST PER UNIT 128.00 |

| | DESCRIPTION | DAILY RATE* | QTY | ESTD | NOTES |
|---|---|---|---|---|---|
| TRUCKS | 3/4 TON PICKUP OR 1 TON FLATBED | $ 96.00 | | | |
| | 1 TON UTILITY BODY | $ 96.00 | 1 | A014 | |
| | 10 YARD DUMP | $ 560.00 | | | |
| | WATER TRUCK - 2000 GALLON | $ 150.00 | | | |
| | WATER TRUCK - 3000 GALLON | $ 560.00 | | | |
| EQUIPMENT | 416 BACKHOE | $ 192.00 | | | |
| | 426 BACKHOE | $ 208.00 | | | |
| | 436 BACKHOE | $ 232.00 | | | |
| | 320 EXCAVATOR | $ 280.00 | | | |
| | 330 EXCAVATOR | $ 600.00 | | | |
| | 345 EXCAVATOR | $ 800.00 | | | |
| | 433 COMPACTOR | $ 320.00 | | | |
| | 563 COMPACTOR | $ 416.00 | | | |
| | 815 COMPACTOR | $ 408.00 | | | |
| | 140 MOTOR GRADER | $ 328.00 | | | |
| | 14H MOTOR GRADER | $ 460.00 | | | |
| | 950F LOADER | $ 400.00 | | | |
| | 966F LOADER | $ 480.00 | | | |
| | CASE 570LXT SKIPLOADER | $ 112.00 | | | |
| | D4H DOZER/RIPPER | $ 232.00 | | | |
| | D6 DOZER/RIPPER | $ 512.00 | | | |
| | D8R DOZER/RIPPER | $ 824.00 | | | |
| | 615F SCRAPER | $ 520.00 | | | |
| | 623F SCRAPER | $ 760.00 | | | |
| | D350 HAUL TRUCK | $ 800.00 | | | |
| MISC | AIR COMPRESSOR | $ 60.00 | | | |
| | WATER BUFFALO | $ 50.00 | | | |
| | ARROW BOARD/LIGHT PLANT | $ 50.00 | | | |

INJURY? ☐ YES ☑ NO — TOTAL EQUIPMENT 96

| DESCRIPTION | CREW | HRS | TOTAL HOURS | HRLY RATE | COST |
|---|---|---|---|---|---|
| SUPERINTENDENT & TRUCK (DAILY RATE**) | (1/2) (1) | N/A | N/A | $ 569.00 | |
| STRAIGHT TIME HOURS - OPERATORS | | | | $ 54.00 | |
| OVERTIME HOURS - OPERATORS | | | | $ 72.00 | |
| STRAIGHT TIME HOURS - LABORERS | 2 | 8 | 16 | $ 37.00 | 592 |
| OVERTIME HOURS - LABORERS | 2 | 2 | 4 | $ 52.00 | 208 |
| | | | | TOTAL LABOR COST | 800 |

*DAILY RATES ARE BASED ON 8 HR DAYS.
**SUPERINTENDENT AND FOREMAN CHARGES ARE TYPICALLY INCLUDED IN THE GENERAL ACCOUNT AND NOT IN THE ITEM. CHECK YOUR ESTIMATE TO ESTABLISH WHERE TO CHARGE THIS TIME.

REM000020292

237

238

# DAILY PRODUCTION ☐ TRACKING ☐ GOALS

**PRODUCTION SUMMARY**

| | | | | |
|---|---|---|---|---|
| DATE/START/FINISH TIMES | DATE 6-24 | START TIME 7:00 | | FINISH TIME 5:30 |
| JOB NUMBER & NAME | JOB NUMBER 0112 | JOB NAME Seki 2&3 Q | | |
| SUPERINTENDENT & FOREMAN | SUPERINTENDENT Mark Penrose | | | FOREMAN/CREW LEADER Dave Marshay |
| TRACKING UNIT & MEASUREMENT | 1 Survey | | | (LF) (SF) (EA) (DAY) |
| DAILY HOURS & COSTS | TOTAL LABOR COST 720 + | TOTAL EQUIPMENT 96 | = | DAILY COST 816 |
| DAILY QUANTITY & COST PER UNIT | 816 ÷ | 1 | = | COST PER UNIT 816.00 |

| DESCRIPTION | DAILY RATE | QTY | EXTD | NOTES |
|---|---|---|---|---|
| **TRUCKS** | | | | |
| 3/4 TON PICKUP OR 1 TON FLATBED | $ 96.00 | 1 | 4612 | |
| 1 TON UTILITY BODY | $ 96.00 | | | |
| 10 YARD DUMP | $ 560.00 | | | |
| WATER TRUCK - 2000 GALLON | $ 150.00 | | | |
| WATER TRUCK - 3000 GALLON | $ 560.00 | | | Bill H |
| **EQUIPMENT** | | | | |
| 416 BACKHOE | $ 192.00 | | | |
| 426 BACKHOE | $ 208.00 | | | Survey |
| 436 BACKHOE | $ 232.00 | | | |
| 320 EXCAVATOR | $ 280.00 | | | only |
| 330 EXCAVATOR | $ 600.00 | | | |
| 345 EXCAVATOR | $ 800.00 | | | |
| 433 COMPACTOR | $ 320.00 | | | |
| 563 COMPACTOR | $ 416.00 | | | |
| 815 COMPACTOR | $ 408.00 | | | |
| 140 MOTOR GRADER | $ 328.00 | | | Sub. |
| 14H MOTOR GRADER | $ 460.00 | | | |
| 950F LOADER | $ 400.00 | | | G & K |
| 966F LOADER | $ 480.00 | | | |
| CASE 570LXT SKIPLOADER | $ 112.00 | | | All Day |
| D4H DOZER/RIPPER | $ 232.00 | | | |
| D6 DOZER/RIPPER | $ 512.00 | | | Survey |
| D8R DOZER/RIPPER | $ 824.00 | | | |
| 615F SCRAPER | $ 520.00 | | | Roast (?) E/L |
| 623F SCRAPER | $ 760.00 | | | |
| D350 HAUL TRUCK | $ 800.00 | | | |
| **MISC** | | | | |
| AIR COMPRESSOR | $ 60.00 | | | |
| WATER BUFFALO | $ 50.00 | | | No Cost Tracking |
| ARROW BOARD/LIGHT PLANT | $ 50.00 | | | |

INJURY? ☐ YES ☒ NO — TOTAL EQUIPMENT 96

| DESCRIPTION | CREW | HRS | TOTAL HOURS | HRLY RATE | COST |
|---|---|---|---|---|---|
| SUPERINTENDENT & TRUCK (DAILY RATE**) | (1/2) (1) | N/A | N/A | $ 569.00 | |
| STRAIGHT TIME HOURS - OPERATORS | 1 | 8 | 8 | $ 54.00 | 432 |
| OVERTIME HOURS - OPERATORS | 1 | 2 | 2 | $ 72.00 | 288 |
| STRAIGHT TIME HOURS - LABORERS | | | | $ 37.00 | |
| OVERTIME HOURS - LABORERS | | | | $ 52.00 | |
| | | | | TOTAL LABOR COST | 720 |

*DAILY RATES ARE BASED ON 8 HR DAYS.
**SUPERINTENDENT AND FOREMAN CHARGES ARE TYPICALLY INCLUDED IN THE GENERAL ACCOUNT AND NOT IN THE ITEM. CHECK YOUR ESTIMATE TO ESTABLISH WHERE TO CHARGE THIS TIME.

Monday

# DAILY PRODUCTION

☐ TRACKING ☐ GOALS 239

**PRODUCTION SUMMARY**

| | | | | |
|---|---|---|---|---|
| DATE/START/FINISH TIMES | DATE 6-29 | START TIME 7:30 | FINISH TIME 5:30 | |
| JOB NUMBER & NAME | JOB NUMBER 0112 | JOB NAME Seki 200 Q | | |
| SUPERINTENDENT & FOREMAN | SUPERINTENDENT Mark Penrose | FOREMAN/CREW LEADER Dave Masching | | |
| TRACKING UNIT & MEASUREMENT | 40 | 100 Anchors Drilled (LF) (SF) (EA) (DAY) | | |
| DAILY HOURS & COSTS | TOTAL LABOR COST 2060 | + | TOTAL EQUIPMENT 652 | = DAILY COST 2712 |
| DAILY QUANTITY & COST PER UNIT | 2712 | ÷ | 40 / 100 Anchors | COST PER UNIT 53.90 / 13.56 |

| DESCRIPTION | DAILY RATE | QTY | EXTD | NOTES |
|---|---|---|---|---|
| **TRUCKS** | | | | |
| 3/4 TON PICKUP OR 1 TON FLATBED | $ 96.00 | | | Repair 6" Sewer, Broken White Pot Hole for Dinch Water Line. |
| 1 TON UTILITY BODY | $ 96.00 | | | |
| 10 YARD DUMP | $ 560.00 | | | |
| WATER TRUCK - 2000 GALLON | $ 150.00 | 1 | Rental | |
| WATER TRUCK - 3000 GALLON | $ 560.00 | | | |
| **EQUIPMENT** | | | | |
| 416 BACKHOE | $ 192.00 | 1 | CCM | |
| 426 BACKHOE | $ 208.00 | | | |
| 436 BACKHOE | $ 232.00 | | | |
| 320 EXCAVATOR | $ 280.00 | | | |
| 330 EXCAVATOR | $ 600.00 | | | |
| 345 EXCAVATOR | $ 800.00 | | | |
| 433 COMPACTOR | $ 320.00 | 1 | Rent | |
| 583 COMPACTOR | $ 416.00 | | | |
| 815 COMPACTOR | $ 408.00 | | | |
| 140 MOTOR GRADER | $ 328.00 | | | |
| 14H MOTOR GRADER | $ 460.00 | | | |
| 950F LOADER | $ 400.00 | | | |
| 966F LOADER | $ 480.00 | | | |
| CASE 570LXT SKIPLOADER | $ 112.00 | | | |
| D4H DOZER/RIPPER | $ 232.00 | | | Drilled In 100 Anchors & Board up All Drill Bits |
| D6 DOZER/RIPPER | $ 512.00 | | | |
| D8R DOZER/RIPPER | $ 824.00 | | | |
| 615F SCRAPER | $ 520.00 | | | |
| 623F SCRAPER | $ 760.00 | | | |
| D350 HAUL TRUCK | $ 800.00 | | | |
| **MISC** | | | | |
| AIR COMPRESSOR | $ 60.00 | | | |
| WATER BUFFALO Generator | $ 50.00 | 1 | | |
| ARROW BOARD/LIGHT PLANT | $ 50.00 | | | |
| | | | | |

INJURY? ☐ YES ☒ NO — TOTAL EQUIPMENT 652

| DESCRIPTION | CREW | HRS | TOTAL HOURS | HRLY RATE | COST |
|---|---|---|---|---|---|
| SUPERINTENDENT & TRUCK (DAILY RATE**) | (1/2) (1) | N/A | N/A | $ 569.00 | 284 |
| STRAIGHT TIME HOURS - OPERATORS | 1 | 8 | 8 | $ 54.00 | 432 |
| OVERTIME HOURS - OPERATORS | 1 | 2 | 2 | $ 72.00 | 144 |
| STRAIGHT TIME HOURS - LABORERS | 3 | 8 | 24 | $ 37.00 | 888 |
| OVERTIME HOURS - LABORERS | 3 | 2 | 6 | $ 52.00 | 312 |

*DAILY RATES ARE BASED ON 8 HR DAYS.
**SUPERINTENDENT AND FOREMAN CHARGES ARE TYPICALLY INCLUDED IN THE GENERAL ACCOUNT AND NOT IN THE ITEM. CHECK YOUR ESTIMATE TO ESTABLISH WHERE TO CHARGE THIS TIME.

TOTAL LABOR COST 2060

REM000020294

239

Tuesday

240

# DAILY PRODUCTION ☐ TRACKING ☐ GOALS

**PRODUCTION SUMMARY**

| | | | | | |
|---|---|---|---|---|---|
| DATE/START/FINISH TIMES | DATE 6-25 | START TIME 7:00 | | FINISH TIME 5:30 | |
| JOB NUMBER & NAME | JOB NUMBER 0112 | JOB NAME SEKI 200 Q | | | |
| SUPERINTENDENT & FOREMAN | SUPERINTENDENT Mark Penrose | | | FOREMAN/CREW LEADER Dave Maeshing | |
| TRACKING UNIT & MEASUREMENT | 351 yard | | | (LF) (SF) (EA) (DAY) | |
| DAILY HOURS & COSTS | TOTAL LABOR COST 2793 | + | TOTAL EQUIPMENT 866 | = | DAILY COST 3659 |
| DAILY QUANTITY & COST PER UNIT | 3,659 | ÷ | 351 | = | COST PER UNIT 10.42 |

| DESCRIPTION | DAILY RATE | QTY | EXTD | NOTES |
|---|---|---|---|---|
| **TRUCKS** | | | | |
| 3/4 TON PICKUP OR 1 TON FLATBED | $ 96.00 | 1 | A004 | |
| 1 TON UTILITY BODY | $ 96.00 | | A024 | |
| 10 YARD DUMP | $ 560.00 | | | |
| WATER TRUCK - 2000 GALLON | $ 80 ~~460.00~~ | 1 | | |
| WATER TRUCK - 3000 GALLON | $ 560.00 | | | |
| **EQUIPMENT** | | | | |
| 416 BACKHOE | $ 192.00 | | | 6 d K |
| 426 BACKHOE | $ 208.00 | | | Survey |
| 436 BACKHOE | $ 232.00 | | | |
| 320 EXCAVATOR | $ 280.00 | 1 | C-005 | |
| 330 EXCAVATOR | $ 600.00 | | | Parking lot |
| 345 EXCAVATOR | $ 800.00 | | | |
| 433 COMPACTOR | $ 320.00 | | | & Access Road |
| 563 COMPACTOR | $ 416.00 | | | |
| 815 COMPACTOR | $ 408.00 | | | |
| 140 MOTOR GRADER | $ 328.00 | | | "No Cost Tracking" |
| 14H MOTOR GRADER | $ 460.00 | | | |
| 950F LOADER | $ 400.00 | 1 | C-003 | |
| 966F LOADER | $ 480.00 | | | |
| CASE 570LXT SKIPLOADER | $ 112.00 | | | Ernie Trucking |
| D4H DOZER/RIPPER | $ 232.00 | | | 7½ |
| D6 DOZER/RIPPER | $ 512.00 | | | |
| D8R DOZER/RIPPER | $ 824.00 | | | $525.00 |
| 615F SCRAPER | $ 520.00 | | | |
| 623F SCRAPER | $ 760.00 | | | |
| D350 HAUL TRUCK | $ 800.00 | | | |
| **MISC** | | | | |
| AIR COMPRESSOR | $ 60.00 | | | |
| WATER BUFFALO | $ 50.00 | | | |
| ARROW BOARD/LIGHT PLANT | $ 50.00 | | | |

INJURY? ☐ YES ☑ NO — TOTAL EQUIPMENT 866

| DESCRIPTION | CREW | HRS | TOTAL HOURS | HRLY RATE | COST |
|---|---|---|---|---|---|
| SUPERINTENDENT & TRUCK (DAILY RATE**) | (1/2) (1) | N/A | N/A | $ 569.00 | 284 |
| STRAIGHT TIME HOURS - OPERATORS | 3 | 8 | 24 | $ 54.00 | 1296 |
| OVERTIME HOURS - OPERATORS | 2 | 2 | 4 | $ 72.00 | 288 |
| STRAIGHT TIME HOURS - LABORERS | 1 | 8 | 8 | $ 37.00 | 296 |
| OVERTIME HOURS - LABORERS | 1 | 2 | 2 | $ 52.00 | 104 |
| | | | | TOTAL LABOR COST | 2268 |

*DAILY RATES ARE BASED ON 8 HR DAYS.
**SUPERINTENDENT AND FOREMAN CHARGES ARE TYPICALLY INCLUDED IN THE GENERAL ACCOUNT AND NOT IN THE ITEM. CHECK YOUR ESTIMATE TO ESTABLISH WHERE TO CHARGE THIS TIME.

REM000020295

Ernie + 525

240

Tuesday

241

# DAILY PRODUCTION ☐ TRACKING ☐ GOALS

PRODUCTION SUMMARY

| | | | | |
|---|---|---|---|---|
| DATE/START/FINISH TIMES | DATE 6-25 | START TIME 7:00 | | FINISH TIME 5:30 |
| JOB NUMBER & NAME | JOB NUMBER 0112 | JOB NAME Seki 200 G | | |
| SUPERINTENDENT & FOREMAN | SUPERINTENDENT Mark Penrose | | | FOREMAN/CREW LEADER Dave Macshery |
| TRACKING UNIT & MEASUREMENT | 45' Backfill 70' 2 DI Backfill (LF) (SF) (EA) (DAY) | | | |
| DAILY HOURS & COSTS | TOTAL LABOR COST 2460 | + | TOTAL EQUIPMENT 866 | = DAILY COST 3326 |
| DAILY QUANTITY & COST PER UNIT | 3326 | ÷ | 115 | = COST PER UNIT 28.92 |

| DESCRIPTION | DAILY RATE | QTY | EXTD | NOTES |
|---|---|---|---|---|
| **TRUCKS** | | | | |
| 3/4 TON PICKUP OR 1 TON FLATBED | $ 96.00 | | | |
| 1 TON UTILITY BODY | $ 96.00 | 1 | A-014 | |
| 10 YARD DUMP | $ 560.00 | | | 45' Trench |
| WATER TRUCK - 2000 GALLON | $ 150.00 | | | |
| WATER TRUCK - 3000 GALLON | $ 560.00 | | | +70 Backfill |
| **EQUIPMENT** | | | | |
| 416 BACKHOE | $ 192.00 | 1 | C-018 | |
| 426 BACKHOE | $ 208.00 | 1 | C-012 | |
| 436 BACKHOE | $ 232.00 | | | 115' |
| 320 EXCAVATOR | $ 280.00 | | | |
| 330 EXCAVATOR | $ 600.00 | | | |
| 345 EXCAVATOR | $ 800.00 | | | 2 DI |
| 433 COMPACTOR | $ 320.00 | 1 | C-014 | |
| 563 COMPACTOR | $ 416.00 | | | Backfill |
| 815 COMPACTOR | $ 408.00 | | | |
| 140 MOTOR GRADER | $ 328.00 | | | |
| 14H MOTOR GRADER | $ 460.00 | | | |
| 950F LOADER | $ 400.00 | | | |
| 966F LOADER | $ 480.00 | | | |
| CASE 570LXT SKIPLOADER | $ 112.00 | | | |
| D4H DOZER/RIPPER | $ 232.00 | | | |
| D6 DOZER/RIPPER | $ 512.00 | | | |
| D8R DOZER/RIPPER | $ 624.00 | | | |
| 615F SCRAPER | $ 520.00 | | | |
| 623F SCRAPER | $ 760.00 | | | |
| D350 HAUL TRUCK | $ 800.00 | | | |
| **MISC** | | | | |
| AIR COMPRESSOR | $ 60.00 | | | |
| WATER BUFFALO | $ 50.00 | 1 | | |
| ARROW BOARD/LIGHT PLANT | $ 50.00 | | | |
| | | | | |

INJURY? ☐ YES ☑ NO — TOTAL EQUIPMENT 866

| DESCRIPTION | CREW | HRS | TOTAL HOURS | HRLY RATE | COST |
|---|---|---|---|---|---|
| SUPERINTENDENT & TRUCK (DAILY RATE**) | (1/2) (1) | N/A | N/A | $ 569.00 | 284 |
| STRAIGHT TIME HOURS - OPERATORS | 1 | 8 | 8 | $ 54.00 | 432 |
| OVERTIME HOURS - OPERATORS | 1 | 2 | 2 | $ 72.00 | 144 |
| STRAIGHT TIME HOURS - LABORERS | 4 | 8 | 32 | $ 37.00 | 1184 |
| OVERTIME HOURS - LABORERS | 4 | 2 | 8 | $ 52.00 | 416 |

*DAILY RATES ARE BASED ON 8 HR DAYS.
**SUPERINTENDENT AND FOREMAN CHARGES ARE TYPICALLY INCLUDED IN THE GENERAL ACCOUNT AND NOT IN THE ITEM. CHECK YOUR ESTIMATE TO ESTABLISH WHERE TO CHARGE THIS TIME.

TOTAL LABOR COST 2460

241

REM000020296

242

Wensday

DAILY PRODUCTION ☐ TRACKING ☐ GOALS

| PRODUCTION SUMMARY | | | | |
|---|---|---|---|---|
| DATE/START/FINISH TIMES | DATE 6-26 | START TIME 7:00 | FINISH TIME 5:30 | |
| JOB NUMBER & NAME | JOB NUMBER 0112 | JOB NAME: Seki 200 Q | | |
| SUPERINTENDENT & FOREMAN | SUPERINTENDENT Mark Penrose | FOREMAN/CREW LEADER Dave Maeshiro | | |
| TRACKING UNIT & MEASUREMENT | 297 yd / 162' + 2 channels (LF) (SF) (EA) (DAY) | | | |
| DAILY HOURS & COSTS | TOTAL LABOR COST 2690 | + | TOTAL EQUIPMENT 1186 | = DAILY COST 3876 |
| DAILY QUANTITY & COST PER UNIT | 3876 | ÷ | 297 yd → 162 → | COST PER UNIT 6.52 / 31.25 |

| DESCRIPTION | DAILY RATE | QTY | EXTD | NOTES |
|---|---|---|---|---|
| **TRUCKS** | | | | |
| 3/4 TON PICKUP OR 1 TON FLATBED | $ 96.00 | | 4034 | Called Shields |
| 1 TON UTILITY BODY | $ 96.00 | / | 4131 | w/ tint |
| 10 YARD DUMP | $ 560.00 | | | |
| WATER TRUCK - 2000 GALLON | $ ~~150.00~~ 90 | / | Rental | |
| WATER TRUCK - 3000 GALLON | $ 560.00 | | | |
| **EQUIPMENT** | | | | |
| 416 BACKHOE | $ 192.00 | | | |
| 426 BACKHOE | $ 208.00 | | | |
| 436 BACKHOE | $ 232.00 | | | |
| 320 EXCAVATOR | $ 280.00 | / | C-005 | |
| 330 EXCAVATOR | $ 600.00 | | | |
| 345 EXCAVATOR | $ 800.00 | | | |
| 433 COMPACTOR | $ 320.00 | / | C-014 | |
| 563 COMPACTOR | $ 416.00 | | | |
| 815 COMPACTOR | $ 408.00 | | | |
| 140 MOTOR GRADER | $ 328.00 | | | |
| 14H MOTOR GRADER | $ 460.00 | | | Sub. 10 wheeler |
| 950F LOADER | $ 400.00 | / | C014 | |
| 966F LOADER | $ 480.00 | | | Ernie Tag |
| CASE 570LXT SKIPLOADER | $ 112.00 | | | |
| D4H DOZER/RIPPER | $ 232.00 | | | 9 hrs. |
| D6 DOZER/RIPPER | $ 512.00 | | | |
| D8R DOZER/RIPPER | $ 824.00 | | | $630.00 |
| 615F SCRAPER | $ 520.00 | | | |
| 623F SCRAPER | $ 760.00 | | | |
| D350 HAUL TRUCK | $ 800.00 | | | |
| **MISC** | | | | |
| AIR COMPRESSOR | $ 60.00 | | | |
| WATER BUFFALO | $ 50.00 | | | |
| ARROW BOARD/LIGHT PLANT | $ 50.00 | | | |

INJURY? ☐ YES ☑ NO — TOTAL EQUIPMENT 1186

| DESCRIPTION | CREW | HRS | TOTAL HOURS | HRLY RATE | COST |
|---|---|---|---|---|---|
| SUPERINTENDENT & TRUCK (DAILY RATE**) | (1/2) (1) | N/A | N/A | $ 569.00 | 284 |
| STRAIGHT TIME HOURS - OPERATORS | 1 | 8 | 8 | $ 54.00 | 432 |
| OVERTIME HOURS - OPERATORS | 1 | 2 | 2 | $ 72.00 | 144 |
| STRAIGHT TIME HOURS - LABORERS | 3 | 8 | 24 | $ 37.00 | 888 |
| OVERTIME HOURS - LABORERS | 3 | 2 | 6 | $ 52.00 | 312 |
| | | | | TOTAL LABOR COST | 2690 |

*DAILY RATES ARE BASED ON 8 HR DAYS.
**SUPERINTENDENT AND FOREMAN CHARGES ARE TYPICALLY INCLUDED IN THE GENERAL ACCOUNT AND NOT IN THE ITEM. CHECK YOUR ESTIMATE TO ESTABLISH WHERE TO CHARGE THIS TIME.

Ernie is Added In. ↑

REM000020297



242

243

Wensday

# DAILY PRODUCTION ☐ TRACKING ☐ GOALS

**PRODUCTION SUMMARY**

| | | | | | | |
|---|---|---|---|---|---|---|
| DATE/START/FINISH TIMES | DATE 6-26 | START TIME 7:00 | | | FINISH TIME 5:30 | |
| JOB NUMBER & NAME | JOB NUMBER 0112 | | JOB NAME Seli 300 Q | | | |
| SUPERINTENDENT & FOREMAN | SUPERINTENDENT Mark Ambrose | | | | FOREMAN/CREW LEADER Dave | |
| TRACKING UNIT & MEASUREMENT | 72' | | | | (LF) (SF) (EA) (DAY) | |
| DAILY HOURS & COSTS | TOTAL LABOR COST 2132 | + | TOTAL EQUIPMENT 634 | = | DAILY COST 2766 | |
| DAILY QUANTITY & COST PER UNIT | 2766 | ÷ | 72 | = | COST PER UNIT 38.41 | |

| DESCRIPTION | DAILY RATE | QTY | EXTD | NOTES |
|---|---|---|---|---|
| **TRUCKS** | | | | |
| 3/4 TON PICKUP OR 1 TON FLATBED | $ 96.00 | | | Mark: Excav, Deliver |
| 1 TON UTILITY BODY | $ 96.00 | 1 | 1.024 | Move pallets |
| 10 YARD DUMP | $ 560.00 | | | All Day to |
| WATER TRUCK - 2000 GALLON | $ 150.00 | | | Shuttle Bus |
| WATER TRUCK - 3000 GALLON | $ 560.00 | | | Access For |
| **EQUIPMENT** | | | | Staging. |
| 416 BACKHOE | $ 192.00 | | | |
| 426 BACKHOE | $ 208.00 | 1 | E.018 | Dig-up |
| 436 BACKHOE | $ 232.00 | | | on Last |
| 320 EXCAVATOR | $ 280.00 | 1 | Rental | Year |
| 330 EXCAVATOR | $ 600.00 | | | H2O drains |
| 345 EXCAVATOR | $ 800.00 | | | Couldn't Find |
| 433 COMPACTOR | $ 320.00 | | | Water At Comfort |
| 563 COMPACTOR | $ 416.00 | | | Station. 2 hrs |
| 815 COMPACTOR | $ 408.00 | | | Lost |
| 140 MOTOR GRADER | $ 328.00 | | | |
| 14H MOTOR GRADER | $ 460.00 | | | |
| 950F LOADER | $ 400.00 | | | |
| 966F LOADER | $ 480.00 | | | |
| CASE 570LXT SKIPLOADER | $ 112.00 | | | |
| D4H DOZER/RIPPER | $ 232.00 | | | |
| D6 DOZER/RIPPER | $ 512.00 | | | |
| D8R DOZER/RIPPER | $ 824.00 | | | |
| 615F SCRAPER | $ 520.00 | | | |
| 623F SCRAPER | $ 760.00 | | | |
| D350 HAUL TRUCK | $ 800.00 | | | |
| **MISC** | | | | |
| AIR COMPRESSOR | $ 60.00 | | | |
| WATER BUFFALO | $ 50.00 | 1 | | |
| ARROW BOARD/LIGHT PLANT | $ 50.00 | | | |
| | | | 634 TOTAL EQUIPMENT | |

INJURY? ☐ YES ☑ NO

| DESCRIPTION | CREW | HRS | TOTAL HOURS | HRLY RATE | COST |
|---|---|---|---|---|---|
| SUPERINTENDENT & TRUCK (DAILY RATE*) | (1/2) (1) | N/A | N/A | $ 569.00 | 284 |
| STRAIGHT TIME HOURS - OPERATORS | 2 | 8 | 16 | $ 54.00 | 864 |
| OVERTIME HOURS - OPERATORS | 2 | 2 | 4 | $ 72.00 | 288 |
| STRAIGHT TIME HOURS - LABORERS | 2 | 8 | 16 | $ 37.00 | 592 |
| OVERTIME HOURS - LABORERS | 2 | 2 | 4 | $ 52.00 | 104 |
| | | | | TOTAL LABOR COST | 2132 |

*DAILY RATES ARE BASED ON 8 HR DAYS.
**SUPERINTENDENT AND FOREMAN CHARGES ARE TYPICALLY INCLUDED IN THE GENERAL ACCOUNT AND NOT IN THIS ITEM. CHECK YOUR ESTIMATE TO ESTABLISH WHERE TO CHARGE THIS TIME.

243

REM000020298

244

Monday

# DAILY PRODUCTION ☐ TRACKING ☐ GOALS

PRODUCTION SUMMARY

| | | | | | |
|---|---|---|---|---|---|
| DATE/START/FINISH TIMES | DATE 7-1 | START TIME 7:00 | | FINISH TIME 3:30 | |
| JOB NUMBER & NAME | JOB NUMBER 0112 | JOB NAME Seki 200 Q | | | |
| SUPERINTENDENT & FOREMAN | SUPERINTENDENT Mack Penrose | | | FOREMAN/CREW LEADER Dave Macshay | |
| TRACKING UNIT & MEASUREMENT | — 0 — Last year Problems | | | (LF) (SF) (EA) (DAY) | |
| DAILY HOURS & COSTS | TOTAL LABOR COST 1418 | + | TOTAL EQUIPMENT 776 | = | DAILY COST 2194 |
| DAILY QUANTITY & COST PER UNIT | 2194 | ÷ | Do Over | = | COST PER UNIT — 2194 |

| DESCRIPTION | DAILY RATE | QTY | EXTD | NOTES |
|---|---|---|---|---|
| **TRUCKS** | | | | |
| 3/4 TON PICKUP OR 1 TON FLATBED | $ 96.00 | 1 | | Last years Work. Dig-up Water Line. |
| 1 TON UTILITY BODY | $ 96.00 | | | |
| 10 YARD DUMP | $ 560.00 | | | |
| WATER TRUCK - 2000 GALLON | $ 150.00 | | | |
| WATER TRUCK - 3000 GALLON | $ 560.00 | | | |
| **EQUIPMENT** | | | | |
| 416 BACKHOE | $ 192.00 | | | |
| 426 BACKHOE | $ 208.00 | | | Survey Leach field 5 mark Fill Height to Leech field |
| 436 BACKHOE | $ 232.00 | | | |
| 320 EXCAVATOR | $ 280.00 | 1 | C-005 | |
| 330 EXCAVATOR | $ 600.00 | | | |
| 345 EXCAVATOR | $ 800.00 | | | |
| 433 COMPACTOR | $ 320.00 | | | |
| 563 COMPACTOR | $ 416.00 | | | At station 9+33+64 Water Line problem, with depth. Need Lower water Line. |
| 815 COMPACTOR | $ 408.00 | | | |
| 140 MOTOR GRADER | $ 328.00 | | | |
| 14H MOTOR GRADER | $ 460.00 | | | |
| 950F LOADER | $ 400.00 | 1 | C-003 | |
| 966F LOADER | $ 480.00 | | | |
| CASE 570LXT SKIPLOADER | $ 112.00 | | | |
| D4H DOZER/RIPPER | $ 232.00 | | | |
| D6 DOZER/RIPPER | $ 512.00 | | | |
| D8R DOZER/RIPPER | $ 824.00 | | | |
| 615F SCRAPER | $ 520.00 | | | |
| 623F SCRAPER | $ 760.00 | | | |
| D350 HAUL TRUCK | $ 800.00 | | | |
| **MISC** | | | | |
| AIR COMPRESSOR | $ 60.00 | | | |
| WATER BUFFALO | $ 50.00 | | | |
| ARROW BOARD/LIGHT PLANT | $ 50.00 | | | |
| INJURY? | ☐ YES | ☑ NO | TOTAL EQUIPMENT 776 | |

| DESCRIPTION | CREW | HRS | TOTAL HOURS | HRLY RATE | COST |
|---|---|---|---|---|---|
| SUPERINTENDENT & TRUCK (DAILY RATE**) | (1/2) (1) | N/A | N/A | $ 569.00 | 284.00 |
| STRAIGHT TIME HOURS - OPERATORS | 3 | 8 | 21 | $ 54.00 | 1134 |
| OVERTIME HOURS - OPERATORS | | | | $ 72.00 | |
| STRAIGHT TIME HOURS - LABORERS | 0 | 0 | 0 | $ 37.00 | |
| OVERTIME HOURS - LABORERS | | | | $ 52.00 | |
| | | | | TOTAL LABOR COST | 1418 |

*DAILY RATES ARE BASED ON 8 HR DAYS.
**SUPERINTENDENT AND FOREMAN CHARGES ARE TYPICALLY INCLUDED IN THE GENERAL ACCOUNT AND NOT IN THE ITEM. CHECK YOUR ESTIMATE TO ESTABLISH WHERE TO CHARGE THIS TIME.

REM000020305

244

245

Monday

# DAILY PRODUCTION ☐ TRACKING ☐ GOALS

PRODUCTION SUMMARY

| | | | | | | |
|---|---|---|---|---|---|---|
| DATE/START/FINISH TIMES | DATE 7-1-02 | START TIME 7:00 | | FINISH TIME 3:30 | | |
| JOB NUMBER & NAME | JOB NUMBER 0112 | | JOB NAME Seti 200 Q | | | |
| SUPERINTENDENT & FOREMAN | SUPERINTENDENT Mark Penrose | | | FOREMAN/CREW LEADER Dave Mackstring | | |
| TRACKING UNIT & MEASUREMENT | Last year Problem | | | (LF) (SF) (EA) (DAY) | | |
| DAILY HOURS & COSTS | TOTAL LABOR COST 1128 | + | TOTAL EQUIPMENT 384 | = | DAILY COST 1512 | |
| DAILY QUANTITY & COST PER UNIT | 1512 | ÷ | DO OVER | = | COST PER UNIT 1512 | |

| | DESCRIPTION | DAILY RATE | QTY | EXTD | NOTES |
|---|---|---|---|---|---|
| TRUCKS | 3/4 TON PICKUP OR 1 TON FLATBED | $ 96.00 | 1 | A-024 | |
| | 1 TON UTILITY BODY | $ 96.00 | 1 | A-004 | Station |
| | 10 YARD DUMP | $ 560.00 | | | |
| | WATER TRUCK - 2000 GALLON | $ 150.00 | | | 2+11.13 |
| | WATER TRUCK - 3000 GALLON | $ 560.00 | | | |
| EQUIPMENT | 416 BACKHOE | $ 192.00 | 1 | C-018 | Couldn't Find |
| | 426 BACKHOE | $ 208.00 | | | |
| | 436 BACKHOE | $ 232.00 | | | 4" water line |
| | 320 EXCAVATOR | $ 280.00 | | | |
| | 330 EXCAVATOR | $ 600.00 | | | with 2" drain. |
| | 345 EXCAVATOR | $ 800.00 | | | |
| | 3 COMPACTOR | $ 320.00 | | | Shoring was |
| | 563 COMPACTOR | $ 416.00 | | | |
| | 815 COMPACTOR | $ 408.00 | | | difficult because |
| | 140 MOTOR GRADER | $ 328.00 | | | |
| | 14H MOTOR GRADER | $ 460.00 | | | of ground |
| | 950F LOADER | $ 400.00 | | | |
| | 966F LOADER | $ 480.00 | | | Conditions |
| | CASE 570LXT SKIPLOADER | $ 112.00 | | | |
| | D4H DOZER/RIPPER | $ 232.00 | | | |
| | D6 DOZER/RIPPER | $ 512.00 | | | |
| | D8R DOZER/RIPPER | $ 824.00 | | | |
| | 615F SCRAPER | $ 520.00 | | | |
| | 623F SCRAPER | $ 760.00 | | | |
| | D350 HAUL TRUCK | $ 800.00 | | | |
| MISC | AIR COMPRESSOR | $ 60.00 | | | Last year |
| | WATER BUFFALO | $ 50.00 | | | |
| | ARROW BOARD/LIGHT PLANT | $ 50.00 | | | Problems. |

INJURY? ☐ YES ☑ NO TOTAL EQUIPMENT 384

| DESCRIPTION | CREW | HRS | TOTAL HOURS | HRLY RATE | COST |
|---|---|---|---|---|---|
| SUPERINTENDENT & TRUCK (DAILY RATE**) | (1/2) (1) | N/A | N/A | $ 569.00 | |
| STRAIGHT TIME HOURS - OPERATORS | 1 | 8 | 8 | $ 54.00 | 432 |
| OVERTIME HOURS - OPERATORS | — | — | — | $ 72.00 | |
| STRAIGHT TIME HOURS - LABORERS | 2 | 8 | 16 | $ 37.00 | 592 |
| OVERTIME HOURS - LABORERS | 1 | 2 | 2 | $ 52.00 | 104 |
| | | | | TOTAL LABOR COST | 1128 |

*DAILY RATES ARE BASED ON 8 HR DAYS.
**SUPERINTENDENT AND FOREMAN CHARGES ARE TYPICALLY INCLUDED IN THE GENERAL ACCOUNT AND NOT IN THE ITEM. CHECK YOUR ESTIMATE TO ESTABLISH WHERE TO CHARGE THIS TIME.

245

REM000020306

246

Tuesday

# DAILY PRODUCTION ☐ TRACKING ☐ GOALS

| PRODUCTION SUMMARY | | | | | | |
|---|---|---|---|---|---|---|
| DATE/START/FINISH TIMES | DATE 7-2 | START TIME 7:00 | | | FINISH TIME 5:30 | |
| JOB NUMBER & NAME | JOB NUMBER 0112 | | JOB NAME SEKI 200 Q | | | |
| SUPERINTENDENT & FOREMAN | SUPERINTENDENT Mark Parasse | | | | FOREMAN/CREW LEADER Dave Meeshing | |
| TRACKING UNIT & MEASUREMENT | Do-Over Do-Over | | | | (LF) (SF) (EA) (DAY) | |
| DAILY HOURS & COSTS | TOTAL LABOR COST 1260 | + | TOTAL EQUIPMENT 376 | = | DAILY COST 1636 | |
| DAILY QUANTITY & COST PER UNIT | 1636 | ÷ | Do Over | = | COST PER UNIT 1636 | |

| | DESCRIPTION | DAILY RATE | QTY | EXTD | NOTES |
|---|---|---|---|---|---|
| TRUCKS | 3/4 TON PICKUP OR 1 TON FLATBED | $ 96.00 | | | Station 3940.9 |
| | 1 TON UTILITY BODY | $ 96.00 | 1 | 96 | DO OVER |
| | 10 YARD DUMP | $ 560.00 | | | |
| | WATER TRUCK - 2000 GALLON | $ 150.00 | | | Dug down |
| | WATER TRUCK - 3000 GALLON | $ 560.00 | | | |
| EQUIPMENT | 416 BACKHOE | $ 192.00 | | | To tee |
| | 426 BACKHOE | $ 208.00 | | | |
| | 436 BACKHOE | $ 232.00 | | | |
| | 320 EXCAVATOR | $ 280.00 | 1 | 280 | Found TEE |
| | 330 EXCAVATOR | $ 600.00 | | | |
| | 345 EXCAVATOR | $ 800.00 | | | WAS Loose, |
| | 433 COMPACTOR | $ 320.00 | | | |
| | 563 COMPACTOR | $ 416.00 | | | Bolts and |
| | 815 COMPACTOR | $ 408.00 | | | |
| | 140 MOTOR GRADER | $ 328.00 | | | Kicker Improperly |
| | 14H MOTOR GRADER | $ 460.00 | | | |
| | 950F LOADER | $ 400.00 | | | Installed |
| | 966F LOADER | $ 480.00 | | | |
| | CASE 570LXT SKIPLOADER | $ 112.00 | | | |
| | D4H DOZER/RIPPER | $ 232.00 | | | Blow-off |
| | D6 DOZER/RIPPER | $ 512.00 | | | |
| | D8R DOZER/RIPPER | $ 824.00 | | | VALVE improperly |
| | 615F SCRAPER | $ 520.00 | | | |
| | 623F SCRAPER | $ 760.00 | | | Installed, & |
| | D350 HAUL TRUCK | $ 800.00 | | | |
| MISC | AIR COMPRESSOR | $ 60.00 | | | Loose Bolts |
| | WATER BUFFALO | $ 50.00 | | | |
| | ARROW BOARD/LIGHT PLANT | $ 50.00 | | | |
| | | | | | |

INJURY? ☐ YES ☑ NO — TOTAL EQUIPMENT 376

| DESCRIPTION | CREW | HRS | TOTAL HOURS | HRLY RATE | COST |
|---|---|---|---|---|---|
| SUPERINTENDENT & TRUCK (DAILY RATE**) | (1/2) (1) | N/A | N/A | $ 569.00 | — |
| STRAIGHT TIME HOURS - OPERATORS | 1 | 8 | 8 | $ 54.00 | 432 |
| OVERTIME HOURS - OPERATORS | 1 | 2 | 2 | $ 72.00 | 144 |
| STRAIGHT TIME HOURS - LABORERS | 1 | 8 | 8 | $ 37.00 | 296 |
| OVERTIME HOURS - LABORERS | 1 | 2 | 2 | $ 52.00 | 104 |
| | | | | TOTAL LABOR COST | 1260 |

*DAILY RATES ARE BASED ON 8 HR DAYS.
**SUPERINTENDENT AND FOREMAN CHARGES ARE TYPICALLY INCLUDED IN THE GENERAL ACCOUNT AND NOT IN THE ITEM. CHECK YOUR ESTIMATE TO ESTABLISH WHERE TO CHARGE THIS TIME.

246

REM000020308

# DAILY PRODUCTION

☐ TRACKING ☐ GOALS

PRODUCTION SUMMARY

| | | | | |
|---|---|---|---|---|
| DATE/START/FINISH TIMES | DATE 7-3 | START TIME 7:00 | | FINISH TIME 5:30 |
| JOB NUMBER & NAME | JOB NUMBER 0112 | | JOB NAME SEKI 200 Q | |
| SUPERINTENDENT & FOREMAN | SUPERINTENDENT Mark Pereese | | | FOREMAN/CREW LEADER Dave Marking |
| TRACKING UNIT & MEASUREMENT | 100' | | | (LF) (SF) (EA) (DAY) |
| DAILY HOURS & COSTS | TOTAL LABOR COST | + | TOTAL EQUIPMENT | = DAILY COST |
| DAILY QUANTITY & COST PER UNIT | | ÷ | | = COST PER UNIT |

| DESCRIPTION | DAILY RATE | QTY | EXTD | NOTES |
|---|---|---|---|---|
| **TRUCKS** | | | | |
| 3/4 TON PICKUP OR 1 TON FLATBED | $ 96.00 | | | |
| 1 TON UTILITY BODY | $ 96.00 | 1 | A-004 | 4 hrs. |
| 10 YARD DUMP | $ 560.00 | | | Water Truck. |
| WATER TRUCK - 2000 GALLON | $ 150.00 | | | |
| WATER TRUCK - 3000 GALLON | $ 560.00 | | | |
| **EQUIPMENT** | | | | |
| 416 BACKHOE | $ 192.00 | | | Station 9+38 67 |
| 426 BACKHOE | $ 208.00 | | | |
| 436 BACKHOE | $ 232.00 | | | |
| 320 EXCAVATOR | $ 280.00 | | | |
| 330 EXCAVATOR | $ 600.00 | 1 | C-005 | Lower |
| 345 EXCAVATOR | $ 800.00 | | | 4 inch DI |
| COMPACTOR | $ 320.00 | | | |
| 3 COMPACTOR | $ 416.00 | | | TO GRADE. |
| 815 COMPACTOR | $ 408.00 | | | |
| 140 MOTOR GRADER | $ 328.00 | | | |
| 14H MOTOR GRADER | $ 460.00 | 1 | C-046 | Do over |
| 950F LOADER | $ 400.00 | | | |
| 966F LOADER | $ 480.00 | | | Pipe was |
| CASE 570LXT SKIPLOADER | $ 112.00 | | | |
| D4H DOZER/RIPPER | $ 232.00 | | | not to grade. |
| D6 DOZER/RIPPER | $ 512.00 | | | |
| D8R DOZER/RIPPER | $ 824.00 | | | |
| 615F SCRAPER | $ 520.00 | | | Problem bolts |
| 623F SCRAPER | $ 760.00 | | | on valve loose |
| D350 HAUL TRUCK | $ 800.00 | | | |
| **MISC** | | | | |
| AIR COMPRESSOR | $ 60.00 | | | Kicker in wrong |
| WATER BUFFALO | $ 50.00 | | | place. |
| ARROW BOARD/LIGHT PLANT | $ 50.00 | | | |

INJURY? ☐ YES ☑ NO — TOTAL EQUIPMENT

| DESCRIPTION | CREW | HRS | TOTAL HOURS | HRLY RATE | COST |
|---|---|---|---|---|---|
| SUPERINTENDENT & TRUCK (DAILY RATE**) | (1/2) (1) | N/A | N/A | $ 569.00 | 284 |
| STRAIGHT TIME HOURS - OPERATORS | 2 | 8 | | $ 54.00 | |
| OVERTIME HOURS - OPERATORS | 2 | 2 | | $ 72.00 | |
| STRAIGHT TIME HOURS - LABORERS | 2 | 8 | | $ 37.00 | |
| OVERTIME HOURS - LABORERS | 2 | 2 | | $ 52.00 | |

*DAILY RATES ARE BASED ON 8 HR DAYS.
**SUPERINTENDENT AND FOREMAN CHARGES ARE TYPICALLY INCLUDED IN THE GENERAL ACCOUNT AND NOT IN THE ITEM. CHECK YOUR ESTIMATE TO ESTABLISH WHERE TO CHARGE THIS TIME.

TOTAL LABOR COST

247

REM000020309