248

Tuesday

# DAILY PRODUCTION ☐ TRACKING ☐ GOALS

**PRODUCTION SUMMARY**

| | | | | | |
|---|---|---|---|---|---|
| DATE/START/FINISH TIMES | DATE 7-3 | START TIME 7:00 | | FINISH TIME 5:30 | |
| JOB NUMBER & NAME | JOB NUMBER 0112 | JOB NAME Sch '200 Q | | | |
| SUPERINTENDENT & FOREMAN | SUPERINTENDENT Mark Penrose | | | FOREMAN/CREW LEADER Dave Marshall | |
| TRACKING UNIT & MEASUREMENT | 65' Do Over | | | (LF) (SF) (EA) (DAY) | |
| DAILY HOURS & COSTS | TOTAL LABOR COST 1,552 | + | TOTAL EQUIPMENT 338 | = | DAILY COST 1890 |
| DAILY QUANTITY & COST PER UNIT | 1890 | ÷ | 65' | = | COST PER UNIT 29.07 |

| DESCRIPTION | DAILY RATE | QTY | EXTD | NOTES |
|---|---|---|---|---|
| **TRUCKS** | | | | |
| 3/4 TON PICKUP OR 1 TON FLATBED | $ 96.00 | | | |
| 1 TON UTILITY BODY | $ 96.00 | 1 | A-24 | Do Over |
| 10 YARD DUMP | $ 560.00 | | | At station |
| WATER TRUCK - 2000 GALLON | $ 150.00 | | | 15+80. |
| WATER TRUCK - 3000 GALLON | $ 560.00 | | | Running Line |
| **EQUIPMENT** | | | | Incorrect. Drain |
| 416 BACKHOE | $ 192.00 | 1 | C-02 | down valve |
| 426 BACKHOE | $ 208.00 | | | incorrect and |
| 436 BACKHOE | $ 232.00 | | | had to trench |
| 320 EXCAVATOR | $ 280.00 | | | Ditch. According |
| 330 EXCAVATOR | $ 600.00 | | | to plan. Tunnel |
| 345 EXCAVATOR | $ 800.00 | | | Under Joint |
| 23 COMPACTOR | $ 320.00 | | | Needed |
| 563 COMPACTOR | $ 416.00 | | | Shoring. |
| 815 COMPACTOR | $ 408.00 | | | |
| 140 MOTOR GRADER | $ 328.00 | | | |
| 14H MOTOR GRADER | $ 460.00 | | | |
| 950F LOADER | $ 400.00 | | | |
| 966F LOADER | $ 480.00 | | | |
| CASE 570LXT SKIPLOADER | $ 112.00 | | | |
| D4H DOZER/RIPPER | $ 232.00 | | | |
| D6 DOZER/RIPPER | $ 512.00 | | | |
| D8R DOZER/RIPPER | $ 824.00 | | | |
| 615F SCRAPER | $ 520.00 | | | |
| 623F SCRAPER | $ 760.00 | | | |
| D350 HAUL TRUCK | $ 800.00 | | | |
| **MISC** | | | | |
| AIR COMPRESSOR | $ 60.00 | | | |
| WATER BUFFALO | $ 50.00 | 1 | | |
| ARROW BOARD/LIGHT PLANT | $ 50.00 | | | |
| | | | | |
| INJURY? | ☐ YES | ☑ NO | TOTAL EQUIPMENT 338 | |

| DESCRIPTION | CREW | HRS | TOTAL HOURS | HR. RATE | COST |
|---|---|---|---|---|---|
| SUPERINTENDENT & TRUCK (DAILY RATE**) | (1/2) (1) | N/A | N/A | $ 569.00 | |
| STRAIGHT TIME HOURS - OPERATORS | 2 | 8 | 16 | $ 54.00 | 864 |
| OVERTIME HOURS - OPERATORS | 2 | 2 | 4 | $ 72.00 | 288 |
| STRAIGHT TIME HOURS - LABORERS | 1 | 8 | 8 | $ 37.00 | 296 |
| OVERTIME HOURS - LABORERS | 1 | 2 | 2 | $ 52.00 | 104 |
| | | | | TOTAL LABOR COST | 1552 |

*DAILY RATES ARE BASED ON 8 HR DAYS.
**SUPERINTENDENT AND FOREMAN CHARGES ARE TYPICALLY INCLUDED IN THE GENERAL ACCOUNT AND NOT IN THE ITEM. CHECK YOUR ESTIMATE TO ESTABLISH WHERE TO CHARGE THIS TIME.

248

REM000020310

249

Tuesday 4th Week / Holiday Week

DAILY PRODUCTION ☐ TRACKING ☐ GOALS

| PRODUCTION SUMMARY | | | | | | |
|---|---|---|---|---|---|---|
| DATE/START/FINISH TIMES | DATE 7-3 | START TIME 7:00 | | FINISH TIME 3:30 | | |
| JOB NUMBER & NAME | JOB NUMBER 0112 | | JOB NAME Seki 200 Q | | | |
| SUPERINTENDENT & FOREMAN | SUPERINTENDENT Mark Penrose | | | FOREMAN/CREW LEADER Dave Macshery | | |
| TRACKING UNIT & MEASUREMENT | ⊖ | | | (LF) (SF) (EA) (DAY) | | |
| DAILY HOURS & COSTS | TOTAL LABOR COST 2300 | + | TOTAL EQUIPMENT 1120 | = | DAILY COST 3420 | |
| DAILY QUANTITY & COST PER UNIT | 3420 | ÷ | Problem | = | COST PER UNIT 3420 | |

| DESCRIPTION | DAILY RATE | QTY | EXTD | NOTES |
|---|---|---|---|---|
| **TRUCKS** | | | | |
| 3/4 TON PICKUP OR 1 TON FLATBED | $ 96.00 | 1 | A014 | Cost Code 4-002 |
| 1 TON UTILITY BODY | $ 96.00 | 1 | A024 | |
| 10 YARD DUMP | $ 560.00 | | | |
| WATER TRUCK - 2000 GALLON | $ 150.00 | | | |
| WATER TRUCK - 3000 GALLON | $ 560.00 | | | |
| **EQUIPMENT** | | | | |
| 416 BACKHOE | $ 192.00 | | | |
| 426 BACKHOE | $ 208.00 | 1 | C018 | Ferrie Truck 8 hrs. at 70 |
| 436 BACKHOE | $ 232.00 | | | |
| 320 EXCAVATOR | $ 280.00 | | | |
| 330 EXCAVATOR | $ 600.00 | | | |
| 345 EXCAVATOR | $ 800.00 | | | Station 9400. Gate Value. Dug Back. 40' to Lower Pipe & 100 feet on other side of Gate Value |
| 433 COMPACTOR | $ 320.00 | 1 | C-019 | |
| 563 COMPACTOR | $ 416.00 | | | |
| 815 COMPACTOR | $ 408.00 | | | |
| 140 MOTOR GRADER | $ 328.00 | | | |
| 14H MOTOR GRADER | $ 460.00 | | | |
| 950F LOADER | $ 400.00 | 1 | C-003 | |
| 966F LOADER | $ 480.00 | | | |
| CASE 570LXT SKIPLOADER | $ 112.00 | | | |
| D4H DOZER/RIPPER | $ 232.00 | | | |
| D6 DOZER/RIPPER | $ 512.00 | | | |
| D8R DOZER/RIPPER | $ 824.00 | | | |
| 615F SCRAPER | $ 520.00 | | | |
| 623F SCRAPER | $ 760.00 | | | |
| D350 HAUL TRUCK | $ 800.00 | | | |
| **MISC** | | | | |
| AIR COMPRESSOR | $ 60.00 | | | |
| WATER BUFFALO | $ 50.00 | | | |
| ARROW BOARD/LIGHT PLANT | $ 50.00 | | | |

INJURY? ☐ YES ☑ NO — TOTAL EQUIPMENT 1120

| DESCRIPTION | CREW | HRS | TOTAL HOURS | HR. RATE | COST |
|---|---|---|---|---|---|
| SUPERINTENDENT & TRUCK (DAILY RATE**) | (1/2) (1) | N/A | N/A | $ 569.00 | 284 |
| STRAIGHT TIME HOURS - OPERATORS | 2 | 8 | 16 | $ 54.00 | 864 |
| OVERTIME HOURS - OPERATORS | — | — | — | $ 72.00 | |
| STRAIGHT TIME HOURS - LABORERS | 2 | 8 | 16 | $ 37.00 | 592 |
| OVERTIME HOURS - LABORERS | — | — | — | $ 52.00 | |

*DAILY RATES ARE BASED ON 8 HR DAYS.
**SUPERINTENDENT AND FOREMAN CHARGES ARE TYPICALLY INCLUDED IN THE GENERAL ACCOUNT AND NOT IN THE ITEM. CHECK YOUR ESTIMATE TO ESTABLISH WHERE TO CHARGE THIS TIME.

TOTAL LABOR COST 2300

249

REM000020311

Ferrie + 570 ...

 250

Wensday

# DAILY PRODUCTION ☐ TRACKING ☐ GOALS

PRODUCTION SUMMARY

| | | | | | |
|---|---|---|---|---|---|
| DATE/START/FINISH TIMES | DATE 7-3 | START TIME 7:00 | | FINISH TIME 3:30 | |
| JOB NUMBER & NAME | JOB NUMBER 0112 | | JOB NAME Saki 2000 Q | | |
| SUPERINTENDENT & FOREMAN | SUPERINTENDENT Mark Penrose | | | FOREMAN/CREW LEADER Dave Macshry | |
| TRACKING UNIT & MEASUREMENT | | 0 | | (LF) (SF) (EA) (DAY) | |
| DAILY HOURS & COSTS | TOTAL LABOR COST 1906 | + | TOTAL EQUIPMENT 618 | = | DAILY COST 2524 |
| DAILY QUANTITY & COST PER UNIT | 2524 | ÷ | Problem | = | COST PER UNIT 2524 |

| | DESCRIPTION | DAILY RATE | QTY | EXTD | NOTES |
|---|---|---|---|---|---|
| TRUCKS | 3/4 TON PICKUP OR 1 TON FLATBED | $ 96.00 | 1 | 084 | Cost Code |
| | 1 TON UTILITY BODY | $ 96.00 | | | 4-002. |
| | 10 YARD DUMP | $ 560.00 | | | |
| | WATER TRUCK - 2000 GALLON | $ 150.00 | | | Station 15+16.83 |
| | WATER TRUCK - 3000 GALLON | $ 560.00 | | | |
| EQUIPMENT | 416 BACKHOE | $ 192.00 | 1 | C012 | Dug down |
| | 426 BACKHOE | $ 208.00 | | | |
| | 436 BACKHOE | $ 232.00 | | | |
| | 320 EXCAVATOR | $ 280.00 | 1 | C005 | & Fix Drain |
| | 330 EXCAVATOR | $ 600.00 | | | Line. |
| | 345 EXCAVATOR | $ 800.00 | | | |
| | [illegible] COMPACTOR | $ 320.00 | | | Shoring used. |
| | 63 COMPACTOR | $ 416.00 | | | |
| | 815 COMPACTOR | $ 408.00 | | | Tunnel under |
| | 140 MOTOR GRADER | $ 328.00 | | | |
| | 14H MOTOR GRADER | $ 460.00 | | | Bait Trench. |
| | 950F LOADER | $ 400.00 | | | |
| | 966F LOADER | $ 480.00 | | | |
| | CASE 570LXT SKIPLOADER | $ 112.00 | | | |
| | D4H DOZER/RIPPER | $ 232.00 | | | |
| | D6 DOZER/RIPPER | $ 512.00 | | | |
| | D8R DOZER/RIPPER | $ 824.00 | | | |
| | 615F SCRAPER | $ 520.00 | | | |
| | 623F SCRAPER | $ 760.00 | | | |
| | D350 HAUL TRUCK | $ 800.00 | | | |
| MISC | AIR COMPRESSOR | $ 60.00 | | | |
| | WATER BUFFALO | $ 50.00 | | | |
| | ARROW BOARD/LIGHT PLANT | $ 50.00 | 1 | | |
| | | | | | |
| | INJURY? | ☐ YES | ☒ NO | TOTAL EQUIPMENT 618 | |

| | DESCRIPTION | CREW | HRS | TOTAL HOURS | HRLY RATE | COST |
|---|---|---|---|---|---|---|
| CREW | SUPERINTENDENT & TRUCK (DAILY RATE**) | (1/2) (1) | N/A | N/A | $ 569.00 | 284. |
| | STRAIGHT TIME HOURS - OPERATORS | 2 | 8 | 16 | $ 54.00 | 864 |
| | OVERTIME HOURS - OPERATORS | | | | $ 72.00 | |
| | STRAIGHT TIME HOURS - LABORERS | 3 | 8 | 20.5 | $ 37.00 | 758 |
| | OVERTIME HOURS - LABORERS | | | | $ 52.00 | |

*DAILY RATES ARE BASED ON 8 HR DAYS.
**SUPERINTENDENT AND FOREMAN CHARGES ARE TYPICALLY INCLUDED IN THE GENERAL ACCOUNT AND NOT IN THE ITEM. CHECK YOUR ESTIMATE TO ESTABLISH WHERE TO CHARGE THIS TIME.

TOTAL LABOR COST 1906

250

REM000020312

Thursday

# DAILY PRODUCTION

☐ TRACKING ☐ GOALS

| PRODUCTION SUMMARY | | | | | | |
|---|---|---|---|---|---|---|
| DATE/START/FINISH TIMES | DATE 7-11 | START TIME 7:00 | | FINISH TIME 5:30 | | |
| JOB NUMBER & NAME | JOB NUMBER 0112 | | JOB NAME Seki 200 Q | | | |
| SUPERINTENDENT & FOREMAN | SUPERINTENDENT Mark Penrose | | | FOREMAN/CREW LEADER Dave Maughy | | |
| TRACKING UNIT & MEASUREMENT | 104 | | | (LF) (SF) (EA) (DAY) | | |
| DAILY HOURS & COSTS | TOTAL LABOR COST | + | TOTAL EQUIPMENT | = | DAILY COST | |
| DAILY QUANTITY & COST PER UNIT | | ÷ | | = | COST PER UNIT | |

| | DESCRIPTION | DAILY RATE | QTY | EXTD | NOTES |
|---|---|---|---|---|---|
| TRUCKS | 3/4 TON PICKUP OR 1 TON FLATBED | $ 96.00 | | | 60' Trench on shuttle Ex. 54' D.I. ✓ Installed. |
| | 1 TON UTILITY BODY | $ 96.00 | | | |
| | 10 YARD DUMP | $ 560.00 | | | |
| | WATER TRUCK - 2000 GALLON | $ 150.00 | | | |
| | WATER TRUCK - 3000 GALLON | $ 560.00 | | | |
| EQUIPMENT | 416 BACKHOE | $ 192.00 | 1 | 2012 | |
| | 426 BACKHOE | $ 208.00 | | | |
| | 436 BACKHOE | $ 232.00 | | | |
| | 320 EXCAVATOR | $ 280.00 | | | Pour 5 Thrust Blocks ✓ Began Compaction at Station 04+08 |
| | 330 EXCAVATOR | $ 600.00 | | | |
| | 5 EXCAVATOR | $ 800.00 | | | |
| | 3 COMPACTOR | $ 320.00 | 1 | | |
| | 563 COMPACTOR | $ 416.00 | | | |
| | 815 COMPACTOR | $ 408.00 | | | |
| | 140 MOTOR GRADER | $ 328.00 | | | |
| | 14H MOTOR GRADER | $ 460.00 | | | |
| | 950F LOADER | $ 400.00 | | | |
| | 966F LOADER | $ 480.00 | | | |
| | CASE 570LXT SKIPLOADER | $ 112.00 | | | |
| | D4H DOZER/RIPPER | $ 232.00 | | | Installed one Blow-off. |
| | D6 DOZER/RIPPER | $ 512.00 | | | |
| | D8R DOZER/RIPPER | $ 824.00 | | | |
| | 615F SCRAPER | $ 520.00 | | | |
| | 623F SCRAPER | $ 760.00 | | | |
| | D350 HAUL TRUCK | $ 800.00 | | | |
| MISC | AIR COMPRESSOR | $ 60.00 | | | |
| | WATER BUFFALO | $ 50.00 | | | |
| | ARROW BOARD/LIGHT PLANT | $ 50.00 | | | |

INJURY? ☐ YES ☑ NO | TOTAL EQUIPMENT

| | DESCRIPTION | CREW | HRS | TOTAL HOURS | HRLY RATE | COST |
|---|---|---|---|---|---|---|
| CREW | SUPERINTENDENT & TRUCK (DAILY RATE**) | (1/2) (1) | N/A | N/A | $ 569.00 | |
| | STRAIGHT TIME HOURS - OPERATORS | 1 | | | $ 54.00 | |
| | OVERTIME HOURS - OPERATORS | | | | $ 72.00 | |
| | STRAIGHT TIME HOURS - LABORERS | 2 | | | $ 37.00 | |
| | OVERTIME HOURS - LABORERS | | | | $ 52.00 | |
| | | | | | TOTAL LABOR COST | |

*DAILY RATES ARE BASED ON 8 HR DAYS.
**SUPERINTENDENT AND FOREMAN CHARGES ARE TYPICALLY INCLUDED IN THE GENERAL ACCOUNT AND NOT IN THE ITEM. CHECK YOUR ESTIMATE TO ESTABLISH WHERE TO CHARGE THIS TIME.

251

REM000020318

# DA[illegible]Y PRODUCTION ☐ [illegible]RACKING ☐ GOALS

**PRODUCTION SUMMARY**

| | | | | | |
|---|---|---|---|---|---|
| DATE/START/FINISH TIMES | DATE 7-11 | START TIME 7:00 | | FINISH TIME 5:30 | |
| JOB NUMBER & NAME | JOB NUMBER 0112 | JOB NAME SEKI 200 Q | | | |
| SUPERINTENDENT & FOREMAN | SUPERINTENDENT Mark Peerless | | | FOREMAN/CREW LEADER Dave [illegible] | |
| TRACKING UNIT & MEASUREMENT | 0 | | | (LF) (SF) (EA) (DAY) 0 | |
| DAILY HOURS & COSTS | TOTAL LABOR COST 1260 | + | TOTAL EQUIPMENT 658 | = | DAILY COST 1918 |
| DAILY QUANTITY & COST PER UNIT | 1918 | ÷ | Problem | = | COST PER UNIT 1918 |

| DESCRIPTION | DAILY RATE | QTY | EXTD | NOTES |
|---|---|---|---|---|
| **TRUCKS** | | | | |
| 3/4 TON PICKUP OR 1 TON FLATBED | $ 96.00 | 1 | A014 | Cost 4-002 |
| 1 TON UTILITY BODY | $ 96.00 | | | |
| 10 YARD DUMP | $ 560.00 | | | |
| WATER TRUCK - 2000 GALLON | $ 150.00 | | | |
| WATER TRUCK - 3000 GALLON | $ 560.00 | | | |
| **EQUIPMENT** | | | | |
| 416 BACKHOE | $ 192.00 | 1 | C018 | Station 2+22 |
| 426 BACKHOE | $ 208.00 | | | |
| 436 BACKHOE | $ 232.00 | | | Pot Hole & Inspect |
| 320 EXCAVATOR | $ 280.00 | | | pipe. Roto Rooter |
| 330 EXCAVATOR | $ 600.00 | | | |
| [illegible]EXCAVATOR | $ 800.00 | | | |
| [illegible]OMPACTOR | $ 320.00 | 1 | C014 | Back filled and |
| [illegible]COMPACTOR | $ 416.00 | | | Compacted. [illegible] trench |
| 815 COMPACTOR | $ 408.00 | | | |
| 140 MOTOR GRADER | $ 328.00 | | | |
| 14H MOTOR GRADER | $ 460.00 | | | Access Road. |
| 950F LOADER | $ 400.00 | | | |
| 966F LOADER | $ 480.00 | | | Misc. Unfinished |
| CASE 570LXT SKIPLOADER | $ 112.00 | | | Pick up |
| D4H DOZER/RIPPER | $ 232.00 | | | |
| D6 DOZER/RIPPER | $ 512.00 | | | |
| D8R DOZER/RIPPER | $ 824.00 | | | Conflict Station. |
| 615F SCRAPER | $ 520.00 | | | Pot Hole water |
| 623F SCRAPER | $ 760.00 | | | & Sewer as Directed |
| D350 HAUL TRUCK | $ 800.00 | | | by Dave. |
| AIR COMPRESSOR | $ 60.00 | | | Mess Took Pictures |
| [illegible]ATER BUFFALO | $ 50.00 | | | |
| [illegible]RROW BOARD/LIGHT PLANT | $ 50.00 | 1 | W007 | |

INJURY? ☐ YES ☑ NO — TOTAL EQUIPMENT 658

| [illegible]SCRIPTION | CREW | HRS | TOTAL HOURS | HRLY RATE | COST |
|---|---|---|---|---|---|
| [illegible]PERINTENDENT & TRUCK (DAILY RATE**) | (1/2) (1) | N/A | N/A | $ 569.00 | 284 |
| [illegible]AIG[illegible] HOURS - OPERATORS | 1 | 8 | 8 | $ 54.00 | 432 |
| [illegible]ERTI[illegible]URS - OPERATORS | 1 | 2 | 2 | $ 72.00 | 144 |
| [illegible]AIG[illegible]E HOURS - LABORERS | 1 | 8 | 8 | $ 37.00 | 296 |
| [illegible]RTIME HOURS - LABORERS | 1 | 2 | 2 | $ 52.00 | 104 |

[illegible]Y RATES ARE BASED ON 8 HR DAYS.
[illegible]ERINTENDENT AND FOREMAN CHARGES ARE TYPICALLY INCLUDED IN THE GENERAL ACCOUNT AND NOT IN THE ITEM. CHECK YOUR ESTIMATE TO [illegible]LISH WHERE TO CHARGE THIS TIME.

TOTAL LABOR COST 1260

REM000020319

Monday

# DAILY PRODUCTION ☐ TRACKING ☐ GOALS

PRODUCTION SUMMARY

| | | | | | |
|---|---|---|---|---|---|
| DATE/START/FINISH TIMES | DATE 7-15 | START TIME 7:00 | | FINISH TIME 5:30 | |
| JOB NUMBER & NAME | JOB NUMBER 0112 | | JOB NAME Scki 200 Q | | |
| SUPERINTENDENT & FOREMAN | SUPERINTENDENT Mark Penrose | | | FOREMAN/CREW LEADER Dave Maestry | |
| TRACKING UNIT & MEASUREMENT | 76' | | | (LF) (SF) (EA) (DAY) | |
| DAILY HOURS & COSTS | TOTAL LABOR COST 2994 | + | TOTAL EQUIPMENT 946 | = | DAILY COST 3940 |
| DAILY QUANTITY & COST PER UNIT | 3940 | ÷ | 76 | = | COST PER UNIT 51.84 |

TRUCKS

| DESCRIPTION | DAILY RATE | QTY | EXTD | NOTES |
|---|---|---|---|---|
| 3/4 TON PICKUP OR 1 TON FLATBED | $ 96.00 | 1 | A 014 | |
| 1 TON UTILITY BODY | $ 96.00 | 1 | A 24 | Sta. 39+00. |
| 10 YARD DUMP | $ 560.00 | | | |
| WATER TRUCK - 2000 GALLON | $ 150.00 | | | Water Line. |
| WATER TRUCK - 3000 GALLON | $ 560.00 | | | |
| 416 BACKHOE | $ 192.00 | 1 | A-012 | 33' 2inch |
| 426 BACKHOE | $ 208.00 | | | |
| 436 BACKHOE | $ 232.00 | | | P.V.C. dug & Placed. |
| 320 EXCAVATOR | $ 280.00 | | | |
| 330 EXCAVATOR | $ 600.00 | | | Grouted 45702 |
| 345 EXCAVATOR | $ 800.00 | | | D.I. 35' 6 |
| ...MPACTOR | $ 320.00 | | | |
| ...MPACTOR | $ 416.00 | | | Placed 29 Pump |
| 8... MPACTOR | $ 408.00 | | | |
| 140 MOTOR GRADER | $ 328.00 | | | 8 & 3 inch placed |
| 14H MOTOR GRADER | $ 460.00 | | | Essentials. |
| 950F LOADER | $ 400.00 | 1 | C 003 | |
| 966F LOADER | $ 480.00 | | | Wrong Blow off |
| CASE 570LXT SKIPLOADER | $ 112.00 | 1 | C 032 | |
| D4H DOZER/RIPPER | $ 232.00 | | | Valve 4. |
| D6 DOZER/RIPPER | $ 512.00 | | | |
| D8R DOZER/RIPPER | $ 824.00 | | | Repair Six |
| 15F SCRAPER | $ 520.00 | | | |
| 23F SCRAPER | $ 760.00 | | | Thrust Blocks |
| 50 HAUL TRUCK | $ 800.00 | | | |
| COMPRESSOR | $ 60.00 | | | Back 40' |
| ...TER BUFFALO | $ 50.00 | 1 | W 007 | to expose for |
| ...OW BOARD/LIGHT PLANT | $ 50.00 | | | Water. |

INJURY? ☐ YES ☑ NO — TOTAL EQUIPMENT 946 — 23+16 to 62+87 Finish CV. 4002

| DESCRIPTION | CREW | HRS | TOTAL HOURS | HRLY RATE | COST |
|---|---|---|---|---|---|
| SUPERINTENDENT & TRUCK (DAILY RATE**) | (1/2) (1) | N/A | N/A | $ 569.00 | 469 |
| STRAIGHT TIME HOURS - OPERATORS | 2 | 8 | 16 | $ 54.00 | 864 |
| OVERTIME ... OPERATORS | | | | $ 72.00 | |
| STRAIGHT TIME HOURS - LABORERS | 4 | 8 | 32 | $ 37.00 | 1184 |
| OVERTIME HOURS - LABORERS | 3 | 2 | 6 | $ 52.00 | 312 |

NOTES ARE BASED ON 8 HR DAYS.
SUPERINTENDENT AND FOREMAN CHARGES ARE TYPICALLY INCLUDED IN THE GENERAL ACCOUNT AND NOT IN THE ITEM. CHECK YOUR ESTIMATE TO SEE WHERE TO CHARGE THIS TIME.

TOTAL LABOR COST 2994

REM000020325

Erric Schetter

Friday 9th Week

# DAILY PRODUCTION

| | | | | | |
|---|---|---|---|---|---|
| DATE/START/FINISH TIMES | DATE 8-9 | START TIME 6:00 | | FINISH TIME 2:30 | |
| JOB NUMBER & NAME | JOB NUMBER 0112 | | JOB NAME Ski Zoo Q | | |
| SUPERINTENDENT & FOREMAN | SUPERINTENDENT Linkel Tenhoff | | | FOREMAN/CREW LEADER Dave Meeting | |
| TRACKING UNIT & MEASUREMENT | 1,100 | | | (LF) (SF) (EA) (DAY) | |
| | TOTAL LABOR COST 3768 | + | TOTAL EQUIPMENT 1112 | = | DAILY COST 5880 |
| DAILY QUANTITY & COST PER UNIT | 5,880 | ÷ | 1,100 | = | COST PER UNIT 5.34 YS 5.6? |

| DESCRIPTION | DAILY RATE | QTY | XTD | NOTES |
|---|---|---|---|---|
| 3/4 TON PICKUP OR 1 TON FLATBED | $ 95.00 | | | Leach Field. |
| 1 TON UTILITY BODY | $ 96.00 | | | Spread Final |
| 10 YARD DUMP | $ 560.00 | | | Fill & Stockpile |
| WATER TRUCK - 2000 GALLON | $ 150.00 | | | Spreading Top |
| WATER TRUCK - 3000 GALLON | $ 560.00 | | | Soil. 1,100 yds |
| 416 BACKHOE | $ 192.00 | | | |
| 426 BACKHOE | $ 208.00 | | | |
| 436 BACKHOE | $ 232.00 | | | |
| 320 EXCAVATOR | $ 280.00 | / | Hinx | |
| 330 EXCAVATOR | $ 600.00 | / | Coos | |
| 345 EXCAVATOR | $ 800.00 | | | |
| 433 COMPACTOR | $ 320.00 | | | |
| 563 COMPACTOR | $ 416.00 | | | Cost: Cost |
| ...PACTOR | $ 408.00 | | | 4-002 |
| ...TOR GRADER | $ 328.00 | | | Edison lines |
| ...4...OTOR GRADER | $ 460.00 | | | dig down on |
| 950F LOADER | $ 400.00 | | | Vaff St 34+50 |
| 966F LOADER | $ 480.00 | | | & Vaff St 23+65 |
| CASE 570LXT SKIPLOADER | $ 112.00 | | | Shuttle Bus - |
| D4H DOZER/RIPPER | $ 232.00 | / | | Access |
| D6 DOZER/RIPPER | $ 512.00 | | | |
| D8R DOZER/RIPPER | $ 824.00 | | | |
| 615F SCRAPER | $ 520.00 | | | |
| 623F SCRAPER | $ 780.00 | | | |
| 350 HAUL TRUCK | $ 800.00 | / | 2hr CWS | |
| ...R COMPRESSOR | $ 60.00 | | | |
| ...ATER BUFFALO | $ 50.00 | | | |
| ...ROW BOARD/LIGHT PLANT | $ 50.00 | | | |

INJURY? ☐ YES ☑ NO — TOTAL EQUIPMENT 1112

| CREW | PERSONNEL | HRS | TOTAL HOURS | HRLY RATE | COST |
|---|---|---|---|---|---|
| ...ERINTENDENT & TRUCK (DAILY RATE) | (1/2) (1) | N/A | N/A | $ 569.00 | |
| ...AIGHT TIME HOURS - OPERATORS | 3 1 | 8 8 | 24 | $ 54.00 | 1296 |
| ...RTIME HOURS - OPERATORS | 3 1 | 2 2 | 6 | $ 72.00 | 432 |
| ...IGHT TIME HOURS - LABORERS | 5 3 | 8 8 | 40 | $ 37.00 | 1480 |
| ...TIME HOURS - LABORERS | 5 3 | 2 2 | 10 | $ 52.00 | 520 |

RATES ...ASED ON 8 HR DAYS. ...RINTE...D FOREMAN CHARGES ARE TYPICALLY INCLUDED IN THE GENERAL ACCOUNT AND NOT IN THE ITEM. CHECK YOUR ESTIMATE TO ESTABLISH ...TO ...HIS TIME

TOTAL LABOR COST 3768

4 hrs Water Truck = 240.00

REM000020...

255

2

RECORDING REQUESTED BY
C. Fredrick Meine

WHEN RECORDED MAIL TO
NAME C. Fredrick Meine III

MAILING ADDRESS BAKER, MANOCK & JENSEN
5260 N. Palm Ave.
Ste. 421
CITY, STATE ZIP CODE Fresno, Ca. 93704

02 1987343

SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE

TITLE(S)

ABSTRACT OF JUDGMENT

Legal Solutions Plus LS-201

255

3

EJ-001

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address):* TEL NO.:
[ ] Recording requested by and return to: 559-432-5400
John G. Michael #106107
C. Fredrick Meine, III #203889
BAKER, MANOCK & JENSEN
5260 N. Palm Ave., Ste. 421
Fresno, Ca. 93704
[X] ATTORNEY FOR [X] JUDGMENT CREDITOR [ ] ASSIGNEE OF RECORD

02 1987343

NAME OF COURT: SUPERIOR COURT STANISLAUS
STREET ADDRESS: 1100 I St.
MAILING ADDRESS: P.O. Box 1098
CITY AND ZIP CODE: Modesto, Ca. 95354
BRANCH NAME:

FOR RECORDER'S USE ONLY

PLAINTIFF: BANK OF AMERICA STRATEGIC SOLUTIONS, INC.

DEFENDANT: REMEDIATION CONSTRUCTORS, INC., STEPHEN B. CHRISTENSEN; JEANNE CHRISTENSEN et al

## ABSTRACT OF JUDGMENT [ ] Amended

CASE NUMBER: 294303

FOR COURT USE ONLY

1. The [X] judgment creditor [ ] assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address
      REMEDIATION CONSTRUCTORS, INC.
      751 WAKEFIELD COURT
      OAKDALE CA 95361
   b. Driver's license No. and state: [X] Unknown
   c. Social security No.: [X] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address):*
      751 WAKEFIELD COURT
      OAKDALE CA 95361
   e. [ ] Original abstract recorded in this county:
      (1) Date:
      (2) Instrument No.:
   f. [X] Information on additional judgment debtors is shown on page two.

Date: July 17, 2002

C. Fredrick Meine III
(TYPE OR PRINT NAME)

BAKER, MANOCK & JENSEN
By: [signature]
(SIGNATURE OF APPLICANT OR ATTORNEY)

2. a. [X] I certify that the following is a true and correct abstract of the judgment entered in this action.
   b. [ ] A certified copy of the judgment is attached.
3. Judgment creditor *(name and address):*
   Bank of America Strategic Solutions, Inc.
   c/o Baker, Manock & Jensen 5260 N Palm #421 Fresno Ca 93704
4. Judgment debtor *(full name as it appears in judgment):*
   REMEDIATION CONSTRUCTORS, INC.; STEPHEN B. CHRISTENSEN
   W. JEANNE CHRISTENSEN; W. JEANNE CHRISTENSEN AS TRUSTEE OF THE CHRISTENSEN FAMILY TRUSTS
5. a. Judgment entered on *(date):* 6-21-02
   b. Renewal entered on *(date):*
   c. Renewal entered on *(date):*
6. Total amount of judgment as entered or last renewed:
   $ 1,416,902.84
7. [ ] An [ ] execution lien [ ] attachment lien is endorsed on the judgment as follows:
   a. Amount: $
   b. In favor of *(name and address):*
8. A stay of enforcement has
   a. [X] not been ordered by the court.
   b. [ ] been ordered by the court effective until *(date):*
9. [ ] This judgment is an installment judgment.

[SEAL]

This abstract issued on *(date):* JUL 2 2 2002

Clerk, by [signature], Deputy

257

4

| PLAINTIFF: BANK OF AMERICA STRATEGIC SOLUTIONS, INC. | CASE NUMBER: |
|---|---|
| DEFENDANT: REMEDIATION CONSTRUCTORS, INC., STEPHEN B. CHRISTENSEN; JEANNE CHRISTENSEN et al | 294303 |

02 1987343

INFORMATION ON ADDITIONAL JUDGMENT DEBTORS

10. Name and last known address

STEPHEN B. CHRISTENSEN
751 WAKEFIELD COURT
OAKDALE CA 95361

Driver's license No. & state: [X] Unknown
Social security No.: [redacted] [ ] Unknown
Summons was personally served at or mailed to *(address)*:
751 WAKEFIELD COURT
OAKDALE CA 95361

11. Name and last known address

W. JEANNE CHRISTENSEN
751 WAKEFIELD COURT
OAKDALE CA 95361

Driver's license No. & state: [X] Unknown
Social security No.: [redacted] [ ] Unknown
Summons was personally served at or mailed to *(address)*:
751 WAKEFIELD COURT
OAKDALE CA 95361

12. Name and last known address

W. JEANNE CHRISTENSEN AS TRUSTEE OF
THE CHRISTENSEN FAMILY TRUSTS
751 WAKEFIELD COURT
OAKDALE CA 95361

Driver's license No. & state: [X] Unknown
Social security No.: [redacted] [ ] Unknown
Summons was personally served at or mailed to *(address)*:
751 WAKEFIELD COURT
OAKDALE CA 95361

13. Name and last known address

Driver's license No. & state: [ ] Unknown
Social security No.: [ ] Unknown
Summons was personally served at or mailed to *(address)*:

14. Name and last known address

Driver's license No. & state: [ ] Unknown
Social security No.: [ ] Unknown
Summons was personally served at or mailed to *(address)*:

15. Name and last known address

Driver's license No. & state: [ ] Unknown
Social security No.: [ ] Unknown
Summons was personally served at or mailed to *(address)*:

16. Name and last known address

Driver's license No. & state: [ ] Unknown
Social security No.: [ ] Unknown
Summons was personally served at or mailed to *(address)*:

17. Name and last known address

Driver's license No. & state: [ ] Unknown
Social security No.: [ ] Unknown
Summons was personally served at or mailed to *(address)*:

18. [ ] Continued on Attachment 18.

257

257

Ex 46 (1 pg)

REMCON, Inc.

P.O. Box 758
751 Wakefield Court
Oakdale, CA 95361
Telephone: 209/847-9186
Fax: 209/847-9189

COPY

July 11, 2002

SENT VIA FAX AND U.S. MAIL

Mr. Willie DeOcampo
National Park Service
P.O. Box 25287
Denver, CO 80225-0287

**Reference:** Sequoia and Kings Canyon National Park, Contract No. 1443C8000010903
Giant Forest, Sherman Tree Parking Area, Package No. SEKI-200Q

**Subject:** Confirmation of Direction by NPS for Roadway Alignment.

Dear Willie:

Reference is made to our job walk of July 10, 2002, with the NPS's new Project Manager – Mike Giller.

This letter confirms the direction given by Mike Giller, concerning the alignment of the access road and parking areas. In attempt to provide REMCON with answers to our numerous unanswered RFI's, Mr. Giller verbally directed REMCON to field fit the alignment of the access road and parking areas around existing natural features. This field direction was provided to REMCON, so that work could resume along the roadway and parking areas.

We look forward to this continued improved working relationship.

Sincerely,

Stephen B. Christensen
President



258