EX 103

LT

259

July 15, 2002

Bob Reinhardt
QA/QC Supervisor
Remcon, Inc.

Dear Bob;

To clarify various Requests For Information (RFI), meeting minutes, and field discussions the National Park Service (NPS) (Messieurs Jack Vance, Loren Mangrum, and Michael Giller) and REM CON (Contractor), (Messieurs Steve Christensen, Luke Triplett, Bob Rheinhardt, and Mark Penrose) walked the Upper Sherman Tree Access Road and Parking Lot on 10 July 2002. The following is a summary of the discussion:

| RFI # and Station | Description and Agreement |
|---|---|
| | General notes:<br>• The slopes indicated in the drawings are general requirements that may be adjusted in the field by the NPS field inspector.<br>• The NPS field inspector may adjust slope to as steep as 1.5:1 to preserve existing natural features.<br>• Rock revetments are to be laid out by the Contractor with review and field approval by the NPS field inspector.<br>• Field adjustments are within the authority of the NPS field inspector to make, as they do not change the time or money of the contract.<br>• Field adjustments shall not nullify other conditions and requirements of the contract documents.<br>• As stated in the field by Mr. Christensen of REM CON and by Mr. Giller of the NPS, these field adjustments are typical to civil engineering projects and no change to the cost and schedule is warranted due to these field adjustments. |
| Verbal- 1+70 (east of access road) | Old roadbed<br>• Regrade old roadbed according to contract documents. A combination of fill and material from outside shoulder may be used. |
| Verbal- Telephone Vault | Telephone duct at North shoulder of Wolverton Road.<br>• Cut through existing vegetation to point where duct rises according to contract documents. OK to go |
| Verbal- Drain-va. Assembly 2+11 | 2" drain line from water line vault. Build as per plan, extend to daylight.<br>• NPS field inspector to modify work limit to allow drain outlet installation.<br>*Work limit has been extended with the assistance of Bob Reinhardt, 07/11/02.* |

REM000015163

Verbal- 6+10 — Clearance at 36" Sugar Pine

- Road and shoulder clears pine tree. Cut may be done at the uphill (East) side for V ditch.

Verbal- 11+00 — Re-align road at tree. Adjust pull-out.

- To avoid trees contractor may increase (steeper) slope on fill. This is acceptable as per general comments above.
- Move pullout North to avoid tree.
- Move stone curb North with pullout.
- Storm drain drop inlet remains in current location with a V-swale

RFI 59 12+00 — CMP

- Revetment at 24" White Fir.
- Toe may vary with natural features.
- The NPS field inspector may adjust slope to as steep as 1.5:1 to preserve existing natural features.
- Existing CMP is too short, add ±10 ft.
- Existing 2" Galvanized pipe drain is too short, add ±5 ft.
- NPS field inspector to adjust work limits at West side. *Done with the assistance of Bob Reinhardt, 07/11/02.*

Verbal- 15+08 — Question regarding ± 2 ft high exposed cut at East side

- Finish grade raises area ±1 ft, reducing exposed cut. At this point this is believed to be adequate.

RFI 65 18+60 — Fill and toe line at trees.

- Install revetment rock as per contract documents with any field detail resolved by NPS field inspector and contractor representative.

RFI 65 19+00 — CMP and fill adjustment

- CMP alignment is not as per plan. Contractor may add a bend (22.5 or 45°) to deflect CMP downward and to the West. Rock and soil fill shall anchor bend similar to a thrust-block.
- CMP shall be extended from new bend ±15 ft West.
- Stone dissipater shown in contract documents shall be installed.
- Fill may be adjusted as per the general notes of this letter.
- Revetment may be installed at trees.

RFI 45 19+93 — Electric vault

- Install several revetment rocks at uphill side of vault.

REM000015165

**RFI 65 Various Stations**

Toe of Slope may be adjusted as stated in General Notes for the following:

- 20+76; Toe conflict with base of two trees – Boulder revetment per plan
- 19+92; Toe conflict to base of one tree and snag – Boulder revetment per plan
- 19+46; Toe conflict to five downed trees decomposed – Relocate downed trees in a manner that concurs with specifications.

**RFI 62 26+00 to 29+50**

East (upslope) Cut

- Soften hinge point at top
- Install revetment rocks
- By mutual agreement this area will be worked on by contractor with NPS field inspector guidance.

**RFI 42 28+30**

Two Boulders at West side

- Leave boulders in place *Clean rocks & dress*
- Place a revetment rock at north end and south end as a natural bollard

**Verbal- 29+60**

Storm Drain Outlet

- Measure rock quantity according to contract documents. Rotate the outlet of the 24" CMP 10' (approx) to the north to avoid conflict with trees, and to better align with natural drainage. *Done*

**RFI 61 30+00 to 31+00**

Fractured boulders from blasting

- Remove loose dirt and rocks
- Install revetment rocks
- By mutual agreement this area will be worked on by contractor with NPS field inspector guidance.

**RFI 53**

Split boulder at start of Sherman Tree trail

- Contractor shall make attempt to move smaller split section of boulder. If feasible pull the section to the North and route trail through. If not feasible to move, then route trail around boulder to the North.

**Verbal- Upper Com. Station - Water piping**

The water piping was not installed according to plan. The two-inch copper pipe was extended straight out through the west wall. It was agreed that the pipe run could be left where it is presently, if:

- The copper piping was continued with a long sweep 90, and then north to a point five feet beyond a line that was an extension of the north wall of the comfort station. At that point the water piping would continue as per plan, with a PVC run that tied to the DI water supply.
- The sewer piping would be incased in concrete for three lineal feet at the point of crossing the water line. The copper water line is to be shielded by incasing it in a larger size PVC pipe at the point of crossing of the sewer line.
- This is to be done at no extra cost to the project.

If you have any questions please don't hesitate to contact me.

REM00001

Sincerely,

Loren Mangrum
NPS Field Inspector

Copy to: Mike Giller, NPS
Terry Lang, NPS
Willie DeOcampo, NPS
Jack Vance, NPS
Steve Christensen, Remcon

REM000015166

M T W (T) F S

# DAILY LOG OF CONSTRUCTION

PROJECT: SHERMAN TREE PARKING

DATE 7/25/2002

CONTRACT NO. 1443C8000010903

CONTRACTOR REPRESENTATIVE ON JOB: Mark Penrose

PARK: SEQUOIA & KINGS CANYON NATIONAL PARKS

CONTRACTOR: REMCON, INC.

WEATHER (Rain, Snow, Cloudy, Windy, etc.): See Loren Mangrum's Daily Report

TEMP. High | Low

GROUND CONDITIONS (Dry, Damp, Wet, Frozen): See Loren Mangrum's Daily Report

NO. CONTRACTOR'S MEN BY JOB CATEGORIES: See Loren Mangrum's Daily Report

NO. SUBCONTRACTOR'S MEN BY JOB CATEGORIES: See Loren Mangrum's Daily Report

MATERIALS DELIVERED: See Loren Mangrum's Daily Report

| EQUIPMENT ON JOB Brief description of size | No. Units | Working Yes | Working No |
|---|---|---|---|
| See Loren Mangrum's Daily Report | | | |

OFFICIAL VISITORS TO JOB SITE

GILLAR - NPS/DSC
CHRISTIANSON - REMCON

STATUS OF WORK

ITEM No. | Brief description of work in progress, questionable performance, etc. Include tests made and samples taken. (Use comments section on reverse for other information, if necessary)

1) CONTRACTOR STARTS TO RAISE UPPER PARKING LOT, PLACING ABC ON ACCESS ROAD, ADJUSTING D.I.'S @ 28+02 (& CMP), INSTALL FIELD INFILTRATORS & BACKFILLING, PLACING DISPERSAL RIP RAP @ S[illegible] (PLUS MODIFIED HEADWALL).

2) SUBCONTRACTOR (WSC) INSTALLING ROOF SHEATHING AT COMF[illegible] SUBCONTRACTOR (RON SMITH) CONTINUES TO INSTALL DRY LAID [illegible]

SIGNATURE: Russell L. Belknap

TITLE: Field Engineer

[Page 2 (X)]

STATUS OF WORK (CONTINUED)

STATUS of GOVERNMENT FURNISHED SERVICES AND/OR SUPPLIES

DIFFICULTIES WITH CONTRACTOR OR REPRESENTATIVE

UNFORESEEN DEVELOPMENTS ON JOB CONTINUED *(Describe conditions, action taken; person contacted, recommended action*

- S. CHRISTIANSON & M. KITCHELL TALKED TO ME RE: FILLS & CUTS @ 24 -> 30 ~~AC~~ ROAD. ~~[illegible]~~ ALSO DISCUSSED TREE STUMP @ STA 24+00 IN ROADWAY. TOLD RMT CON OK TO REMOVE STUMP, SINCE IT NOTED ON DRAWINGS TO BE REMOVED. UPON REMOVAL ELECTRIC CONDUIT DAMAGED. THEN DISCUSSED ROAD ISSUE 24 -> 30+00 W/ KITCHELL. DISCOVERED THAT RMT CON MADE ADJUSTMENTS W/ ACCESS ROAD FROM STA 1+50 -> 24

~~OTHER COMMENTS OR PERTINENT FACTS REGARDING JOB~~

W/ RESPECT TO VERTICAL & HORIZONTAL ALIGNMENTS INCLUDING ADDING SUPER'S. PRIOR TO DECISION @ 24 -> 30+00 I HAD KITCHELL SHOW ME THE CHANGES. REVIEWED CHANGES. ADJUSTMENTS TO BE REASONABLE TO FACILITATE COMPLETION OF THE PROJECT. NEED SURVEY TO REDESIGN A GEOMETRIC LAYOUT. ALLOWED RMT TO INSTALL SUPER BETWEEN 24 -> 30+00 TO REDUCE CUT ACCESS ROAD.

- DISCUSSED DISPERSAL RIPRAP W/ PENROSE, QC/QA, KITCHELL, TUMAN/BROWN LATE PM. AGREED THAT WHAT WAS INSTALLED IS ACCEPTABLE.

**Russell Belknap**

**From:** Michael_Giller@nps.gov
**Sent:** Tuesday, July 30, 2002 4:03 PM
**To:** Willie_DeOcampo@nps.gov
**Cc:** rbelknap@saptek.com
**Subject:** SEKI 200Q Conversation with Steve Christensen

Gents,
Following up on our call this morning, here's my summary of a call I just had with Ste

1. Crown vs. super elevation at approximately Sta 20+00 to 29+00
   Steve stated that he "had already done the work" for cut and crown.
   He didn't like the look and reviewed it with Russell on 25 July.
   Steve told Mark/Luke to write down equipment time, labor, etc. for regrading to super elevation and concur with Russell
   Steve said we (Steve, Willie, Mike) should make the decision regarding any modification to the contract.
   Said that the $5600 was a SWAG based upon 4 pieces of equipment with operators that is $50/hr for equipment and $50/hr operator
   - this is 14 hours work for 4 pieces of equipment My sense is he's documenting f a mod to the contract, however it's better documented with our participation than afte the fact. Russell please watch and document this work.

2. Additional tree removal at culvert outlets
   Steve said we will overrun our clearing and grubbing bid item, particularly when we hit Lower Sherman.
   Suggested we develop a unit price for cutting small trees and allow the field to make these decisions quickly and pay the unit price Willie, please let me know if this is correct regarding the bid item, and if it's a good suggestion to deve a unit price.

3. Granite curb
   Asked him where the proposal was with the credit for using thermal split in Upper Sherman
   He gave several vague answers, but said he would need to check with Ken Smith. He didn't seem to think he owed a credit.
   I reminded him that the curb must be installed prior to placing asphalt.
   He said it shouldn't be a problem, though he said he needed to check with Ken Smith.

4. Rock drilling and blasting
   I restated NPS position regarding settlement that included payment and a clean slate release of claims.
   Said he needed to look carefully at his numbers to date to understand where he was and if he could accept the settlement. This included rock, directed and disputed work, modifications to date, quantities, etc.
   Steve offered to travel to DSC and meet on 8 July on this. Willie are you available then?

That's all from here,
Mike

JUL. 1. 2005 3:12PM SMOLINLUPIN&CO.

REM000046404

266

**EMCON**

# FY 2001 JOB SCHEDULE

| Job No. | Job Description | Original Project Estimate: Contract Bid Price | Original Project Estimate: Estimated Cost of Construction | Original Project Estimate: Estimated Gross Profit | Original Project Estimate: Est. Profit % | Projected Final Forecast: Contract Revisions and Change Orders | Projected Final Forecast: Revised Contract Value | Projected Final Forecast: Revised Estimated Cost | Projected Final Forecast: Revised Gross Profit | Projected Final Forecast: Revised Est. Profit % | Estimated Cost to Complete | Percent Complete | Revenue Analysis: Actual Billings To Date | Revenue Analysis: Cash Flow (Over)/Under Billings | Revenue Analysis: Contract Revenue To Date | Actual Cost To Date | Gross Profit: Total to Date | Gross Profit: Prior Year | Gross Profit: Current Year | Gross Profit % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [illegible] | Jack Tone Road | $5,563,098 | 5,003,007 | $560,091 | 11.2% | $979,691 | $6,542,789 | 6,726,197 | -$183,408 | -3% | $0 | 100% | 6,542,789 | $ - | $6,542,789 | 6,726,197 | -$183,408 | -$17,230 | -$166,178 | -3% |
| 0007 | Winters Waste Water Plant | $1,094,333 | 1,004,632 | $89,701 | 8.9% | $101,328 | $1,195,661 | 1,084,324 | $111,337 | 10% | $0 | 100% | 1,195,661 | $ - | $1,195,661 | 1,084,324 | $111,337 | $105,691 | $5,646 | 10% |
| 0011 | Airport Resv. D[illegible] | $2,454,522 | 2,231,835 | $222,687 | 10.0% | $2,921,108 | $5,375,630 | 4,000,000 | $1,375,630 | 34% | $49,118 | 99% | 5,355,848 | $ (44,884) | $5,310,964 | 3,951,882 | $1,359,082 | $1,151,582 | $207,500 | 34% |
| 0016 | Hillsborough Storm [illegible] | $745,912 | 689,135 | $56,777 | 8.2% | $44,306 | $701,607 | 834,234 | -$132,627 | -16% | $0 | 100% | 701,607 | $ - | $701,607 | 834,234 | -$132,627 | -$130,460 | -$2,167 | -16% |
| 0013 | DWR Lake [illegible] Camp Ground | $3,737,890 | 3,325,312 | $412,578 | 12.4% | $2,190,828 | $5,928,718 | 5,344,034 | $584,684 | 11% | $0 | 100% | 5,928,718 | $ - | $5,928,718 | 5,344,034 | $584,684 | $584,923 | -$239 | 11% |
| 0108 | [illegible] Dougherty Park Overcrossing | $545,991 | 559,994 | $86,997 | 16.6% | $108,128 | $754,119 | 599,177 | $154,942 | 26% | $0 | 100% | 754,119 | $ - | $754,119 | 599,177 | $154,942 | $48,101 | $106,841 | 26% |
| 0110 | Bidwell Canyon Kiosk | $130,103 | 111,340 | $18,763 | 16.9% | $16,863 | $146,966 | 173,188 | -$26,222 | -15% | $0 | 100% | 146,966 | $ - | $146,966 | 173,188 | -$26,222 | $8,140 | -$32,362 | -16% |
| 0111 | [illegible] Slide Repair | $338,338 ✓ | 299,498 | $38,840 | 13.0% | $53,005 | $391,343 | 344,843 | $46,500 | 13% | $0 | 100% | 391,343 | $ - | $391,343 | 344,843 | $46,500 | $50,080 | -$3,580 | 13% |
| 0112 | [illegible] Sherman Inc. | $7,121,636 | 6,033,812 | $1,087,824 | 18.0% | $1,450,000 | $8,671,636 | 7,600,000 | $971,636 | 13% | $3,756,109 | 51% | 3,547,642 | $ 787,678 | $4,335,320 | 3,843,891 | $491,429 | $217,913 | $273,516 | 18% |
| 0115 | [illegible] Creek Slide Repair | $2,039,039 | 1,820,000 | $219,039 | 12.0% | $370,000 | $2,409,039 | 2,200,000 | $209,039 | 10% | $499,946 | 77% | 1,775,069 | $ 86,520 | $1,861,589 | 1,700,054 | $161,535 | $1,221 | $160,314 | 10% |
| 0116 | [illegible] Creek [illegible] | $288,288 | 253,421 | $34,867 | 13.8% | $6,800 | $281,489 | 204,686 | $76,802 | 38% | $0 | 100% | 281,489 | $ - | $281,489 | 204,686 | $76,802 | $452 | $76,350 | 38% |
| 011[illegible] | [illegible] Road | $313,191 | 283,190 | $30,001 | 10.5% | $8,865 | $304,326 | 303,578 | $748 | 0% | $0 | 100% | 304,326 | $ - | $304,326 | 303,578 | $748 | $550 | $198 | 0% |
| 0118 | [illegible] Creek Drainage Imp. | $628,628 | 572,749 | $55,879 | 9.8% | $9,461 | $638,089 | 605,598 | $32,491 | 5% | $0 | 100% | 638,089 | $ - | $638,089 | 605,598 | $32,491 | $2,572 | $29,919 | 5% |
| 0119 | ED [illegible] Road Rehab | $27,292 | 27,000 | $292 | 1.1% | $0 | $27,292 | 27,993 | -$701 | -3% | $0 | 100% | 27,292 | $ - | $27,292 | 27,993 | -$701 | $0 | -$701 | -3% |
| 0120 | Garrett [illegible] | $44,000 | 44,000 | $0 | 0.0% | $359 | $44,359 | 44,290 | $69 | 0% | $0 | 100% | 44,359 | $ - | $44,359 | 44,290 | $69 | $0 | $69 | 0% |
| 0123 | Baldwin Road Bridge | $131,131 | (14,793) | $16,838 | 14.7% | $945 | $132,076 | 68,647 | $63,429 | 82% | $0 | 100% | 132,076 | $ - | $132,076 | 68,647 | $63,429 | $0 | $63,429 | 92% |
| 0101 | [illegible] Storm Drains | $509,681 | 462,776 | $56,906 | 12.8% | $206,862 | $716,543 | 731,911 | -$15,368 | -2% | $0 | 100% | 716,543 | $ - | $716,543 | 731,911 | -$15,368 | $0 | -$15,368 | -2% |
| 0104 | Mendocino Highway [illegible] | $58,000 | 30,000 | $28,000 | 53.3% | $19,457 | $77,457 | 65,770 | $11,697 | 18% | $1 | 100% | 77,466 | $ - | $77,466 | 65,769 | $11,697 | $0 | $11,697 | 18% |
| 0105 | SR [illegible] Creek Bridge | $1,176,341 | 1,033,741 | $142,800 | 13.8% | $314,011 | $862,330 | 830,000 | $32,330 | 4% | $308,274 | 63% | 521,030 | $ 21,018 | $542,048 | 521,726 | $20,322 | $0 | $20,322 | 4% |

03/14/20033:09 PM

JUL. 1. 2005 3:12PM SMOLINLOPINGOO
REM0000046405

EMCON

# FY 2001 PROJECTS

| Job Description | Original Project Estimate: Contract Bid Price | Original Project Estimate: Estimated Cost of Construction | Original Project Estimate: Estimated Gross Profit | Original Project Estimate: Est. Profit % | Projected Final Forecast: Contract Revisions and Change Orders | Projected Final Forecast: Revised Contract Value | Projected Final Forecast: Revised Estimated Cost | Projected Final Forecast: Revised Gross Profit | Projected Final Forecast: Revised Est. Profit % | Estimated Cost to Complete | Percent Complete | Revenue Analysis: Actual Billings To Date | Revenue Analysis: Cash Flow (Over)/Under Billings | Revenue Analysis: Contract Revenue To Date | Revenue Analysis: Actual Cost To Date | Gross Profit: Total to Date | Gross Profit: Prior Year | Gross Profit: Current Year | Gross Profit % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [illegible] Tuolumne River Restoration | $2,336,900 | 1,948,000 | $388,900 | 20.0% | $116,000 | $2,451,900 | 1,700,000 | $751,900 | 44% | $283,792 | 83% | 1,935,602 | $ 106,986 | $2,042,588 | 1,416,208 | $626,380 | $0 | $626,380 | 44% |
| [illegible] | $587,580 | 559,000 | $28,580 | 5.1% | $0 | $587,580 | [illegible] | $0 | 0% | $180,359 | 69% | [illegible] | $ 24,357 | $407,221 | 407,221 | $0 | $0 | $0 | 0% |
| [illegible] | $471,698 | 421,159 | $50,539 | 12.0% | $30,352 | $502,050 | 502,050 | $0 | 0% | $148,354 | 70% | [illegible] | $ 5,271 | $353,686 | [illegible] | $0 | $0 | $0 | 0% |
| [illegible] Stockton Site Work | $103,287 | 90,500 | $12,787 | 14.1% | $12,480 | $115,767 | 127,420 | -$11,653 | -9% | $0 | 100% | 115,767 | $ - | $115,767 | 127,420 | -$11,653 | $0 | -$11,653 | -9% |
| Empire Ranch Phase [illegible] | $6,394 | 5,883 | $511 | 8.7% | $0 | $6,394 | 5,883 | $511 | 9% | $0 | 100% | 6,394 | $ - | $6,394 | 5,883 | $511 | $0 | $511 | 9% |
| [illegible] Construction | | | | | | | | | | | | | | | | | | | |
| Job Totals | $90,553,273 | $26,913,277 | $3,639,996 | 13.6% | $8,211,886 | $38,765,159 | $34,711,393 | $4,053,766 | 12% | $5,224,953 | | $31,871,473 | $986,947 | $32,862,026 | $29,486,440 | $3,371,469 | $2,021,535 | $1,349,934 | 11.4% |

03/14/2003 3:09 PM



267

# REMCON PROFIT AND LOSS ANALYSIS 2002

Mark Gordine
Updated: 08/27/02

| Description | September FY 2002 | October FY 2002 | November FY 2002 | December FY 2002 | January FY 2002 | February FY 2002 | March FY 2002 | April FY 2002 | May FY 2002 | June FY 2002 | July FY 2002 | August FY 2002 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | | | | | |
| Total Income | $ 1,968,572.00 | $ 2,098,391.00 | $ 1,594,814.00 | $ 616,612.00 | $ 256,284.00 | $ 148,130.00 | $ 639,498.00 | $ 485,999.00 | $ 1,393,056.00 | $ 657,268.00 | $ 1,267,010.00 | |
| **Expenses** | | | | | | | | | | | | |
| Job Costs Direct | $ 1,664,013.00 | $ 1,762,250.00 | $ 1,341,997.00 | $ 503,604.00 | $ 286,324.00 | $ 278,305.00 | $ 576,439.00 | $ 427,785.00 | $ 1,180,402.00 | $ 859,154.00 | $ 1,095,080.00 | |
| Job Costs Indirect | $ 19,851.00 | $ 15,421.00 | $ 19,707.00 | $ 17,622.00 | $ 18,873.00 | $ 53,693.00 | $ 34,878.00 | $ 13,315.00 | $ 23,166.00 | $ 29,273.00 | $ 17,920.00 | |
| Equipment Costs | $ 27,554.00 | $ (43,440.00) | $ (78,379.00) | $ 107,473.00 | $ 53,831.00 | $ 35,878.00 | $ (12,026.00) | $ 67,477.00 | $ (38,803.00) | $ (81,712.00) | $ (78,038.00) | |
| General & Admin | $ 99,081.00 | $ 99,138.00 | $ 160,142.00 | $ 135,170.00 | $ 72,928.00 | $ 84,104.00 | $ 121,557.00 | $ 82,737.00 | $ 102,750.00 | $ 153,997.00 | $ 64,616.00 | |
| Total Expenses | $ 1,810,499.00 | $ 1,833,369.00 | $ 1,443,467.00 | $ 763,869.00 | $ 411,958.00 | $ 451,980.00 | $ 720,848.00 | $ 591,314.00 | $ 1,267,715.00 | $ 960,712.00 | $ 1,099,578.00 | $ - |
| Net Ordinary Income | $ 158,073.00 | $ 265,022.00 | $ 151,347.00 | $ (147,257.00) | $ (155,672.00) | $ (303,850.00) | $ (81,350.00) | $ (105,315.00) | $ 125,341.00 | $ (303,444.00) | $ 167,432.00 | $ - |
| Cumulative Income | $ 158,073.00 | $ 423,095.00 | $ 574,442.00 | $ 427,185.00 | $ 271,513.00 | $ (32,337.00) | $ (113,687.00) | $ (219,002.00) | $ (93,661.00) | $ (397,105.00) | $ (229,673.00) | $ (229,673.00) |
| Cumulative Volume | $ 1,968,572.00 | $ 4,066,963.00 | $ 5,661,777.00 | $ 6,278,389.00 | $ 6,534,673.00 | $ 6,682,803.00 | $ 7,322,301.00 | $ 7,808,300.00 | $ 9,201,356.00 | $ 9,858,624.00 | $ 11,125,634.00 | $ 11,125,634.00 |
| Backlog | $ 10,235,864.00 | $ 8,107,925.00 | $ 9,098,600.00 | $ 9,087,927.00 | $ 8,874,135.00 | $ 12,303,432.00 | $ 11,317,653.00 | $ 10,500,000.00 | $ 9,954,644.00 | $ 8,718,460.00 | $ 8,096,465.00 | |
| Equipment Account Profit | $ (27,554.00) | $ 15,886.00 | $ 94,265.00 | $ (13,208.00) | $ (67,039.00) | $ (102,917.00) | $ (90,891.00) | $ (173,829.00) | $ (135,226.00) | $ (53,514.00) | $ 24,524.00 | $ 24,524.00 |
| Over/(Underbilling) - Cash Flow | $ (628,646.00) | $ (570,638.00) | $ (1,336,328.00) | $ (1,475,042.00) | $ (1,470,844.00) | $ (1,313,820.00) | $ (1,073,839.00) | $ (891,070.00) | $ (1,332,338.00) | $ (1,096,523.00) | $ (1,182,357.00) | |
| Balance Sheet Assets | $ 7,475,945.00 | $ 7,773,018.00 | $ 8,280,338.00 | $ 6,752,869.00 | $ 5,795,388.00 | $ 5,273,184.00 | $ 5,593,201.00 | $ 5,212,182.00 | $ 8,056,052.00 | $ 5,596,516.00 | | |

26

SUBJECT: WEEKLY FIELD REPORT

REFERENCE: Sherman Tree Parking, Sequoia and Kings Canyon National Parks Contract No. 1443C8000010903, Package No. SEKI 200 Q

| | |
|---|---|
| Original Contract Amount: | $7,121,636.00 |
| Original Contract Completion Date: | August 11, 2003 |
| No. of Mods to Date: | 2 |
| Cost of Mods | $328,713.00 |
| Revised Contract Amount: | $7,450,349.00 |
| Revised Completion Date: | August 11, 2003 |
| Contractor: | Rem-Con, Inc. |
| Pending Mod: | Two |

Date: August 9, 2002 Week Ending: August 9, 2002

**CONSTRUCTION ACTIVITIES:**

Contractor continues to work towards completion of upper section of this project as follows:

**New Work**
- Install sub base on Gen. Sherman Trail
- Install mandrel test in electrical conduit runs

**Continuing Work**
- Install fill to raise the elevation of the upper parking lot
- Install rock revetment in the access road areas
- Install siphon devices in dosing tank
- Install mule-tape in the electrical conduit runs.
- Install select fill material in leach field

**Completed Work**
- Install leach field piping and the infiltrator system
- Pressure test sewer piping and force main

**Subcontractors**

**New Work**
- Survey access road and parking lot

**Continuing Work**
- Install rough plumbing - upper comfort station
- Install roofing - upper comfort station
- Install exterior wall insulation - upper comfort station

**Completed Work**
- Install dry laid stone wall in lower parking area

OTHER ACTIVITIES:
- Held weekly construction meeting with contractor, subs, and NPS
- Rem Con announced 08/07/02, that they no longer have a job superintendent on the project. There ha no announcement of a replacement. There is no Project Manager or Project Superintendent active on jobsite.
- Letter of Rejection was issued for use of contaminated fill material on the access road
- Edison Electric was called to perform inspection on buried conduit runs. Inspection could not be co due to improper installation and lack of completion of system.

270

United States Department of the Interior
NATIONAL PARK SERVICE
DENVER SERVICE CENTER
12795 W. Alameda Parkway
P.O. Box 25287
Denver, Colorado 80225-0287

IN REPLY REFER TO:

D5217 (DSC-CM)

August 19, 2002

Bob Reinhardt
QA/QC Supervisor
Remcon, Inc.

Dear Bob;

Reference: Sequoia & Kings Canyon National Park, Tulare County, California, Contract No. 1443CX8000010903, Giant Forest, Sherman Tree Parking, Package No. SEKI-200Q

Subject: Existing AB material sampled 08/29/02 and tested 09/05/02

This is to inform you that the subject AB material is not in compliance with specifications and is rejected. A formal letter of rejection will be issued in the immediate future.

Sincerely,

Loren Mangrum, Lead Inspector
Jacobs, NPS

Copy: Willie DeOcampo, COR
NPS
Jack Vance, SEKI
NPS

271

# ...ILY LOG OF CONSTRUCTION

M (T) W Th F  Pkg. No.: SEKI - 200Q

PROJECT: SHERMAN TREE PARKING

...K
SEQUOIA & KINGS CANYON NATIONAL PARKS

CONTRACT NO. 1443C8000010903  DATE 08-20-02

CONTRACTOR REMCON, INC.
LUKE TRIPLETT, ASSISTANT PROJ. MANAGER

CONTRACTOR REPRESENTATIVE ON JOB
~~MARK PENROSE~~ - SUPERINTENDENT

WEATHER (Rain, Snow, Cloudy, Windy, etc.) Clear

TEMP. High 70 Low 40

GROUND CONDITIONS (Dry, Damp, Wet, Frozen) Dry

| NO. CONTRACTOR'S MEN BY JOB CATEGORIES | NO. SUBCONTRACTOR'S MEN BY JOB CATEGORIES |
|---|---|
| Asst. Project Manager (✓) Superintendent ( ) | WSC 2 man crew |
| Remcon Forman 2 (✓) ~~Remcon~~ CVT QA/QC Supervisor (✓) | AGD 2 man crew |
| Remcon Operators (✓) 8 Remcon Labors (✓) 8 | Ken Smith Masonry 1 man |
| Remcon Grade Checker (✓) 1 Mech. Lub. Tech (✓) 1 | |

| EQUIPMENT ON JOB Brief description of size | | No. Units | Working Yes | No | MATERIALS DELIVERED |
|---|---|---|---|---|---|
| | | | | | tempered top curb stone |
| Remcon Backhoe – CAT 416B | C012 | 1 | 10 hr | | |
| Remcon Dozer – CAT D4 | C002 | 1 | 8 hr | | |
| ...con Loader - CAT 928F(3CY) | C003 | 1 | 4 hr | | |
| ...ncon Skip Loader – Case 570 | C032 | 1 | 6 hr | | |
| ...emcon Compactor – CAT CP433 | C014 | 1 | 3 hr | | |
| ...mcon Water Buffalo – 1000 Gal | W007 | | | | |
| 4000 Gal Water Truck | Rental | 1 | 10 hr | | OFFICIAL VISITORS TO JOB SITE |
| Excavator – MINI | Rental | 1 | 10 hr | | Jack Vance NPS |
| Remcon Motor Grader – Cat 14H | C006 | 1 | 6 hr | | |
| Remcon Excavator – CAT 320L | C005 | 1 | 10 hr | | |
| Remcon Air Compressor | S001 | | | | |
| Remcon Smooth Drum Roller | | 1 | 2 hr | | |
| Remcon Generator - Honda | | 1 | 6 hr | | |
| Remcon Haul Truck – CAT D350E | C023 | 1 | 2 hr | | |
| Rental Komatsu Exc. | | 1 | 5 hr | | |

## STATUS OF WORK

ITEM No. Brief description of work in progress, questionable performance, etc. Include tests made and samples taken. (Use comments section on reverse for other information, if necessary)

1. Continued rock revetment and trees on Trail. Also naturalized ends of a stump and logs.
2. Completed installation of conduit run from upper comfort station to transformer pad area.
~~3. Continue placing rock revetment and coffer dams and logs. [illegible]~~
4. Continue install Dd's and cmp's in parking area 15+30 ~~[illegible]~~ 17+2...

SIGNATURE: [signature]  TITLE: Field Engineer

[Page 2 (✓)]

272

JS OF WORK (CONTINUED) encounter rock for CMP route out of most southerly D.I. CMP route ~~[illegible]~~ 17+20.
5. Continue work on subbase parking area 41+00 → 47+00
6. WSC began installation of red wood siding on the south side of the U.Com. Station.
7. WSC ~~[illegible]~~ began to install copper ~~[illegible]~~ flashing between wood trim and stone veneer.

STATUS of GOVERNMENT FURNISHED SERVICES AND/OR SUPPLIES

Held Weekly Construction Meeting at Remcon field office. See minutes for details. No Denver phone rep! None of the three critical personnel listed in contract, Proj. Mgr., Proj. Supt., and QA/QC Supervisor were on site this date. Asst. Proj. Mgr. and substitute QA/QC were present. No Proj. Supt. on the Remcon Payroll.

DIFFICULTIES WITH CONTRACTOR OR REPRESENTATIVE

UNFORESEEN DEVELOPMENTS ON JOB CONTINUED (Describe conditions, action taken; person contacted, recommended actions)

OTHER COMMENTS OR PERTINENT FACTS REGARDING JOB

8. S&D began to form curbs along access road turnout 12+00.
9. Ken Smith unloaded curb stones and attended Contractors meeting.
10. Continued to spray ~~[illegible]~~ water on roadways. dust + compaction
11. G&K re surveyed some areas on trail, access road and parking areas

United States Department of the Interior

NATIONAL PARK SERVICE
DENVER SERVICE CENTER
12795 W. Alameda Parkway
P.O. Box 25287
Denver, Colorado 80225-0287

IN REPLY REFER TO:
D5217 (DSC-CS)
SEKI-200Q
1443C8000010903

August 20, 2002

Remcon, Inc.
P.O. Box 758
751 Wakefield Court
Oakdale, CA 95361
Fax Number: (209) 847-9189

Gentlemen:

Reference: Sequoia & Kings Canyon National Park, Tulare County, California, Contract No. 1443CX8000010903, Giant Forest, Sherman Tree Parking, Package No. SEKI-200Q

Subject: Suspect Work – Electrical Conduit

In accordance with the contract clause Section E of the Solicitation RFP entitled "Inspection of Construction" (FAR 52.246-12), under Subsection (a) and (d), the Contractor (Remcon) is hereby notified that electrical conduit installed last year may not meet requirement set forth in the Contract Documents. The following area is suspect according to our inspector in the field.

- At approximate road station 2+00, 5+50, 12+00, 15+10, 19+30, and 29+50 where conduit crosses under the newly installed culvert, the Government believes that the required slurry cover has not been achieved in accordance with the contract specification. The Lead Inspector shall determine which locations he will want sampled.

In addition, during the week of August 7, 2002, Southern California Edison made their Inspection and found the following items to be deficient:

- At sta. 34+40 from pullbox # 7 north, approximately 130 LF of 5-inch power conduit is too shallow. This conduit has too be removed and set at the contract-required depth of 30-inches deep as shown on sheet 100, subsheet UE4.
- At sta. 24+12 from pullbox #5 to shuttle bus area, the power conduit was installed without sufficient cover (approximately 23"deep). This conduit must be removed and replace in accordance with the contract requirements.
- An extra 5-inch power conduit was discovered at sta. 24+12. Remcon needs to explain why this conduit was installed.
- Between pullbox # 4&5 at approximate sta. 20+50, newly installed conduit was punctured with a hand shovel. Remcon needs to make all necessary corrections and re-slurry.
- Pullbox # 7 has an end knocked out making the traffic rating questionable. Remcon needs to submit an acceptable repair and attesting that the box still meets the intended traffic rating. This box shall be replaced if correction is not acceptable.
- Patch pullbox #5 where conduit knockouts are missing.

The COR understands that remedial repairs have been initiated by REMCON on the above items. Within 10 days please inform me in writing of the proposed or actual method of repair to correct this non-compliant work.

Note: While REMCON was checking the buried electrical conduit in preparation for service installation, one of the 5" conduits was plugged near station 15+15. When REMCON excavated the line, it was found that both of the 5" buried conduits were not encased in the slurry enclosure. The line in question had a coupling exposed. During removal of the fill material, the coupling became separated from the conduit. The coupling had been apparently sawn in two pieces prior to installation. The two pieces of the coupling were not secured to the conduit. Duct tape was used to fasten the connections. Upon removal of the coupling halves, a large amount of water ran out from the conduit and had to be pumped out of the excavation.

Sincerely,

Wm. H. DeOcampo
Contracting Officers Representative

275

cc: Reg. Dir., PWR
Supt, SEKI
Vance, SEKI
Keiscome, DSC-CA
Lang, DSC-CA
Giller, DSC-PM
DeOcampo, DSC-FDC
Mangrum, Jacobs

United States Department of the Interior
NATIONAL PARK SERVICE
DENVER SERVICE CENTER
12795 W. Alameda Parkway
P.O. Box 25287
Denver, Colorado 80225-0287

IN REPLY REFER TO:
D5217 (DSC-CM)

August 20, 2002

Remcon, Inc.
P.O. Box 758
751 Wakefield Court
Oakdale, CA 95361
Fax Number: (209) 847-9189

Gentlemen:

Reference: Sequoia & Kings Canyon National Park, Tulare County, California, Contract No. 1443CX8000010903, Giant Forest, Sherman Tree Parking, Package No. SEKI-200Q

Subject: Suspect Work – Waterline and Appurtenances

In accordance with the Contract Solicitation Clauses, Section E entitled "Inspection of Construction" (FAR 52.246-12), Subsection (h), the Government believes that the waterline and appurtenances installed last year may not be in accordance with the contract requirements. Therefore, under the cited subsection above, the Government will require Remcon to provide all necessary labor, material and equipment to perform a latent defect inspection. Subsection (h) requires:

> If, before acceptance of the entire work, the Government decides to examine already completed work by removing it or tearing it out, the Contractor, on request, shall promptly furnish all necessary facilities, labor, and material. If work is found to be defective or nonconforming in any material respect due to the fault of the Contractor or its subcontractor, the Contractor shall defray the expenses of the examination and of satisfactory reconstruction. However, if the work is found to meet contract requirements, the Contracting Officer shall make an equitable adjustment for the additional services involved in the examination and reconstruction, including, if completion of the work was thereby delayed, an extension of time.

The Government hereby requests to examine:

- Pipe anchors/thrust block at stations 15+16 and 24+95
- Improper depth of burial for water pipe was discovered at road station 32+73 to be too shallow. Remcon must trace pipe in both directions until proper burial depth is found and than make all necessary corrections.

The COR understands that some remedial repairs have been made by REMCON. Accordingly, provide list of locations of work performed thus far to correct known deficiencies with-in 10 days of receipt of this letter.

Sincerely,

Wm. H. DeOcampo
Contracting Officers Representative

cc: Reg. Dir., PWR
Supt, SEKI
Vance, SEKI
Keiscome, DSC-CA
Lang, DSC-CA
Giller, DSC-PM
DeOcampo, DSC-FDC
Mangrum, Jacobs

REM
CON

Oakdale Office
P.O. Box 758
751 Wakefield Ct.
Oakdale, CA 95361
Phone: 209/847-9186
Fax: 209/847-9189

Sequioa Office
P.O. Box
Wolverton Rec. Area
Lodgepole, CA
Phone: 559/565-3086
Fax: 559/565-3203

August 21, 2002

Mr. Michael Giller
National Park Service
P.O. Box 25287
Denver, CO 80225-0287

**Reference:** Sequoia and Kings Canyon National Park, Contract No. 1443C8000010903
Giant Forest, Sherman Tree Parking Area, Package No. SEKI-200Q

**Subject:** Removal of Asphalt Debris from Access Road Slopes

Dear Mike:

Reference is made to the numerous letters and discussions regarding the above referenced subject.

Pursuant to the NPS's demands, REMCON submits the following plan for the removal asphalt debris from slopes along the Upper Sherman Access Road. Beginning Thursday, August 29, 2002, a grading crew will begin final grading of the Upper Sherman Access Road from the intersection of Wolverton Road and the New Upper Sherman Road. All slopes will be trimmed to the 3:1/2:1 designated slopes. During the process of pulling of slopes, REMCON's foreman, Mike Kitchell, will visually inspect all slopes. Any slopes containing asphalt debris will be cleaned of asphalt, removed material will be hauled to the "proposed bus parking area" unless otherwise directing by NPS personnel.

In the process of establishing final slope grades, material will be either removed or added as required to meet slope requirements. Placement of material along slopes, which require additional import, will be done utilizing compaction wheels, excavators and dozers as conditions may dictate. Once slopes have been constructed to final grades REMCON's foreman will request final slope approval from REMCON's QA/QC officer, Bob Reinhart. Slopes not meeting his approval will be reworked as needed.

If you have any questions, please feel free to contact me at (209)847-9186.

Sincerely,

Stephen B. Christensen
President

cc: Luke Triplett, REMCON Project Manager
Rod Keiscome, Contracting Officer
Loren Mangum, ~~Jacobs~~ Engineering