# DAILY LOG OF CONSTRUCTION

M T W Th F Pkg. No. SEKI-200Q 335

PROJECT: Giant Forest Site Restoration and Facilities

| ...RK | CONTRACT NO. | DATE |
|---|---|---|
| ...quoia and Kings Canyon National Parks | 1443CX800010903 | June 15, 2001 |

...NTRACTOR: ...emcon

CONTRACTOR REPRESENTATIVE ON JOB: Mark Penrose

| WEATHER *(Rain, Snow, Cloudy, Windy, etc.)* | TEMP. High | TEMP. Low | GROUND CONDITIONS *(Dry, Damp, Wet, Frozen)* |
|---|---|---|---|
| Warm, clear | | | Dry |

| NO. CONTRACTOR'S MEN BY JOB CATEGORIES | NO. SUBCONTRACTOR'S MEN BY JOB CATEGORIES |
|---|---|
| | Sierra Resource Management:<br>1 fallers (David), 1 sawyer (Saul)<br>2 operators (Carl, Kurt)<br>independent truckers |

| EQUIPMENT ON JOB<br>Brief description of size | No. Units | Working Yes | Working No | MATERIALS DELIVERED |
|---|---|---|---|---|
| Remcon: Cat 928F loader | 1 | x | | |
| water truck | 1 | | x | |
| SRM: skidder | 1 | x | | |
| Dozer with winch | 1 | x | | |
| loader | 1 | x | | OFFICIAL VISITORS TO JOB SITE |

## STATUS OF WORK

| ...EM ...O. | Brief description of work in progress, questionable performance, unforeseen developments on job etc. Include tests made and samples taken. |
|---|---|
| ...32 | Continued cutting, skidding, and decking trees marked for removal. Continued trucking from park. Continued removing trees along the entrance road. I looked at the two trees for removal along the trail with Carl and David. They will be dropped on Monday and the logs left in place. |

STATUS of GOVERNMENT FURNISHED SERVICES AND/OR SUPPLIES

SAFETY COMMENTS

DIFFICULTIES WITH CONTRACTOR OR REPRESENTATIVE

UNFORESEEN DEVELOPMENTS ON JOB CONTINUED *(Describe conditions, action taken; person contacted, recommended actions)*

| SIGNATURE | Title |
|---|---|
| | Ecologist |

FORM QCA-01A

# DAILY LOG OF CONSTRUCTION

M T W Th F    Pkg. No. SEKI-200Q    336

PROJECT: Giant Forest Site Restoration and Facilities

| RK | CONTRACT NO. | DATE |
|---|---|---|
| quoia and Kings Canyon National Parks | 1443CX800010903 | June 19, 2001 |

| NTRACTOR | CONTRACTOR REPRESENTATIVE ON JOB |
|---|---|
| emcon | Steve Christensen, Mark Penrose |

| WEATHER *(Rain, Snow, Cloudy, Windy, etc.)* | TEMP. High | TEMP. Low | GROUND CONDITIONS *(Dry, Damp, Wet, Frozen)* |
|---|---|---|---|
| Warm, clear | | | Dry |

NO. CONTRACTOR'S MEN BY JOB CATEGORIES

NO. SUBCONTRACTOR'S MEN BY JOB CATEGORIES
Sierra Resource Management: Mike (owner)
1 sawyer (Saul)
2 operators (Carl, Kurt) Kurt also acting as faller
independent truckers

| EQUIPMENT ON JOB (Brief description of size) | No. Units | Working Yes | Working No |
|---|---|---|---|
| Remcon: Cat 928F loader | 1 | x | |
| water truck | 1 | | x |
| SRM: skidder | 1 | x | |
| Dozer with winch | 1 | | x |
| loader | 1 | x | |

MATERIALS DELIVERED

OFFICIAL VISITORS TO JOB SITE

## STATUS OF WORK

EM O. — Brief description of work in progress, questionable performance, unforeseen developments on job etc. Include tests made and samples taken.

32 Continued cutting, skidding, and decking trees marked for removal. Continued trucking from park. Continued removing trees along the entrance road. David was in a car accident on the way to the park, so he couldn't complete falling the remaining 3 snags (2 on trail, one on road to asphalt storage area). I showed Kurt and Carl the trees again, and we agreed on how they would fall them. I also reiterated the importance of staging lookouts below these trees because of visitors in the Sherman Tree area. They said they would have three lookouts positioned.

Late on Friday and yesterday two more trees to be protected were damaged. One approximately14" white fir was completely destroyed when a large white fir turned out to be significantly rotten at the base, and David could not control its fall (it started falling during the backcut). The second was a 23" sugar pine just past the former stock crossing on the entrance road. Its branches were removed along nearly 40 percent of its crown, and the bark was skinned along 13% of the tree circumference . This damage was done by a snag they were falling, and could not fully control the direction of fall because of rot. I told Carl and Mike to clean up the ragged edges of the wound so the tree could cleanly heal over it.

STATUS of GOVERNMENT FURNISHED SERVICES AND/OR SUPPLIES

After weekly meeting, looked at uphill sight line at entrance road to see if any more large trees had to be removed. We all agreed that 5 small (<6" dbh) white firs should be removed and the limbs of some of the larger trees pruned, but no larger trees needed to come out.

SAFETY COMMENTS

IFFICULTIES WITH CONTRACTOR OR REPRESENTATIVE

UNFORESEEN DEVELOPMENTS ON JOB CONTINUED *(Describe conditions, action taken; person contacted, recommended actions)*

| SIGNATURE | Title<br>Ecologist |
|---|---|

FORM QCA-01A

338

# DAILY LOG OF CONSTRUCTION

M T W Th F    Pkg. No. SEKI-200Q

PROJECT: Giant Forest Site Restoration and Facilities

| | | |
|---|---|---|
| RK<br>quoia and Kings Canyon National Parks | CONTRACT NO.<br>1443CX800010903 | DATE<br>June 26, 2001 |
| NTRACTOR<br>emcon | CONTRACTOR REPRESENTATIVE ON JOB<br>Steve Christensen, Mark Penrose | |

| WEATHER (Rain, Snow, Cloudy, Windy, etc.) | TEMP. High | TEMP. Low | GROUND CONDITIONS (Dry, Damp, Wet, Frozen) |
|---|---|---|---|
| Warm, clear | | | Dry |

| NO. CONTRACTOR'S MEN BY JOB CATEGORIES | NO. SUBCONTRACTOR'S MEN BY JOB CATEGORIES |
|---|---|
| Dusty (foreman), 7 operators, 4 laborers | |

| EQUIPMENT ON JOB Brief description of size | No. Units | Working Yes | Working No | MATERIALS DELIVERED |
|---|---|---|---|---|
| Remcon: Cat 928F loader | 1 | x | | |
| Cat D6 | 1 | x | | |
| Cat D8 | 1 | x | | |
| Cat D320 | 1 | x | | |
| water truck | 1 | x | | |
| fuel truck | 1 | x | | OFFICIAL VISITORS TO JOB SITE |

## STATUS OF WORK

| ITEM NO. | Brief description of work in progress, questionable performance, unforeseen developments on job etc. Include tests made and samples taken. |
|---|---|
| 7 | Continued removing asphalt on entrance road |
| 32 | Continued removing slash and grubbing out stumps. |
| 35 | Continued removing litter and duff. Litter and duff was disturbed by logging and slash removal operations, so collection amounts may not reach contract quantity. |
| 37 | Continued placing fill and grading entrance road realignments. I spoke with Dusty and Bob Russell about topsoil salvage. There were a few locations where piles of mixed soil and asphalt were right up next to piles of topsoil. I emphasized keeping piles separate and making sure operators and laborers know the difference between them, and where they are to be transported and stored. |

STATUS of GOVERNMENT FURNISHED SERVICES AND/OR SUPPLIES

During weekly meeting, I asked (for the second week) when silt protection would be installed, and noted that technically, contractors should not be proceeding with work until silt protection is placed. Noted that the weather forecast included chance of rain for the next 2 afternoons. Steve and Bob said they are still waiting for approval of the filter log submittal from Denver. This needs to be facilitated.

SAFETY COMMENTS

DIFFICULTIES WITH CONTRACTOR OR REPRESENTATIVE

UNFORESEEN DEVELOPMENTS ON JOB CONTINUED (Describe conditions, action taken; person contacted, recommended actions)

| SIGNATURE | Title<br>Ecologist |
|---|---|

FORM QCA-01A

338

# DAILY LOG OF CONSTRUCTION

M T W Th F    Pkg. No. SEKI-200Q    339

PROJECT: Giant Forest Site Restoration and Facilities

| PARK | CONTRACT NO. | DATE |
|---|---|---|
| Sequoia and Kings Canyon National Parks | 1443CX800010903 | July 18, 2001 |

| CONTRACTOR | CONTRACTOR REPRESENTATIVE ON JOB |
|---|---|
| Remcon | Steve Christensen, Mark Penrose |

| WEATHER (Rain, Snow, Cloudy, Windy, etc.) | TEMP. High | TEMP. Low | GROUND CONDITIONS (Dry, Damp, Wet, Frozen) |
|---|---|---|---|
| Warm, clear | | | Dry |

| NO. CONTRACTOR'S MEN BY JOB CATEGORIES | NO. SUBCONTRACTOR'S MEN BY JOB CATEGORIES |
|---|---|
| SEE BOB RUSSELL'S REPORT | |

| EQUIPMENT ON JOB (Brief description of size) | No. Units | Working Yes | Working No | MATERIALS DELIVERED |
|---|---|---|---|---|
| SEE BOB RUSSELL'S REPORT | | | | |
| | | | | |
| | | | | OFFICIAL VISITORS TO JOB SITE |

## STATUS OF WORK

| ITEM NO. | Brief description of work in progress, questionable performance, unforeseen developments on job etc. Include tests made and samples taken. |
|---|---|

STATUS of GOVERNMENT FURNISHED SERVICES AND/OR SUPPLIES

Met on-site today with Bob Russell, Jeff Northrop (RemCon superintendent), Josh Northrup, and Teddy Michel. We discussed several trees that it appeared necessary to remove. Two trees are located on the east side of the entrance road, south of the shuttle maintenance road. The trees are shown with boulder revetment at their base, but the extent of cuts are such that Bob suspected the trees would be heavily impacted. The two trees are white firs in poor health and showing low vigor, with heavy dwarf mistletoe infestation, and several open bole cankers. I recommended removing the trees rather than going to great extent to try to save them. The small sugar pine in the area of the heaviest road cuts (shown as "save" on the drawings) I also recommended removing—it is a very healthy, vigorous tree, but all options for saving the tree were considered and exhausted—the degree of grade change is just too drastic. One more healthy, 12" diameter white fir in this area will also have to be removed.

We also looked at the large white fir growing in the rocks just to the north of the entrance to the upper parking lot. This tree will have heavy cuts around it and may require design changes—Bob suspects that two parking spaces might need to be eliminated to save it. The tree has a full crown, and is vigorous and healthy; the rock is also very attractive visually. I recommended that they have Joanne Cody look at the design and see if it can be changed to save the tree and rock.

We looked at a thicket of small trees that had orange fencing around it. From the survey stakes and drawings, these trees were clearly within the asphalt limits and will have to be removed. Other fencing nearby did not adequately protect trees in an island to be retained (was not installed as shown on drawings), so I asked that they remove the fencing around the trees to be removed and install it to protect the trees as shown on drawings.

Finally, we looked at two small trees at the eastern end of the lower parking lot loop. One tree was shown on the drawing as "save," a vigorous and healthy small sugar pine, and I asked them to retain it. The second tree was not shown on the drawings and would be almost in the road, so I gave the okay to remove it.

SAFETY COMMENTS

339

DIFFICULTIES WITH CONTRACTOR OR REPRESENTATIVE

UNFORESEEN DEVELOPMENTS ON JOB CONTINUED *(Describe conditions, action taken; person contacted, recommended actions)*

| SIGNATURE | Title<br>Ecologist |
|---|---|

FORM QCA-01A

# DAILY LOG OF CONSTRUCTION

M T W Th F Pkg. No. SEKI-200Q

PROJECT: Giant Forest Site Restoration and Facilities

| | | |
|---|---|---|
| RK<br>quoia and Kings Canyon National Parks | CONTRACT NO.<br>1443CX800010903 | DATE<br>July 31, 2001 |
| NTRACTOR<br>emcon | CONTRACTOR REPRESENTATIVE ON JOB<br>Jeff Northrop, Mark Penrose | |
| WEATHER *(Rain, Snow, Cloudy, Windy, etc.)*<br>Warm, clear | TEMP. High / Low | GROUND CONDITIONS *(Dry, Damp, Wet, Frozen)*<br>Dry |

| NO. CONTRACTOR'S MEN BY JOB CATEGORIES | NO. SUBCONTRACTOR'S MEN BY JOB CATEGORIES |
|---|---|
| SEE BOB RUSSELL'S REPORT | |

| EQUIPMENT ON JOB<br>Brief description of size | No. Units | Working Yes | Working No | MATERIALS DELIVERED |
|---|---|---|---|---|
| SEE BOB RUSSELL'S REPORT | | | | |
| | | | | OFFICIAL VISITORS TO JOB SITE |

**STATUS OF WORK**

ITEM NO. Brief description of work in progress, questionable performance, unforeseen developments on job etc. Include tests made and samples taken.

STATUS of GOVERNMENT FURNISHED SERVICES AND/OR SUPPLIES

Met on-site today with Bob Russell, Jeff Northrop (RemCon superintendent), Mark Penrose, Teddy Michel, ıd Jack Vance. We walked and discussed Remcon's proposal for establishing a route between the future ,nuttle maintenance area and the upper parking lot, so they could transport material more efficiently between e two locations. There is already a road cut halfway through the site, with the remainder undisturbed forest. emcon would restore this section upon completion of the work, at no additional cost to the government. We reed on the following procedure as being satisfactory to all present: (1) provide orange construction fencing on each side of corridor, (2) windrow litter and duff to one side of corridor, (3) windrow topsoil to other side, (4) Place 1 to 2 feet of fill material from Wolverton Point on corridor as "cushion," (5) do not move material from upper, weed-infested portion of site to lower, undisturbed portion of site, (6) cut road through upper, disturbed part of site if necessary to lower the grade—place excess material against cut slope of disturbed site (7) upon completion of work, remove fill entirely, scarify compacted portion of subgrade, replace topsoil, replace litter and duff, remove fencing. One elderberry and part of a large gooseberry patch will be removed. On the lower part of the route adjacent to the parking lot, the route will go across where a litter and duff pile is currently located, which will not disturb any further vegetation.

Conducted a survey of existing damage to vegetation on the trail. No fresh damage was found on any of the trees.

SAFETY COMMENTS

DIFFICULTIES WITH CONTRACTOR OR REPRESENTATIVE

UNFORESEEN DEVELOPMENTS ON JOB CONTINUED *(Describe conditions, action taken; person contacted, recommended actions)*

| SIGNATURE | Title<br>Ecologist |
|---|---|

FORM QCA-01A

# DAILY LOG OF CONSTRUCTION

M T W <u>Th</u> F Pkg. No. SEKI-200Q

PROJECT: Giant Forest Site Restoration and Facilities

| | |
|---|---|
| RK<br>quoia and Kings Canyon National Parks | CONTRACT NO. 1443CX800010903 / DATE September 9, 2001 |
| NTRACTOR<br>emcon | CONTRACTOR REPRESENTATIVE ON JOB<br>Jeff Northrop, Mark Penrose |
| WEATHER *(Rain, Snow, Cloudy, Windy, etc.)*<br>Warm, clear / TEMP. High Low | GROUND *CONDITIONS* *(Dry, Damp, Wet, Frozen)*<br>Dry |
| NO. CONTRACTOR'S MEN BY JOB CATEGORIES<br>SEE BOB RUSSELL'S REPORT | NO. SUBCONTRACTOR'S MEN BY JOB CATEGORIES |

| EQUIPMENT ON JOB<br>Brief description of size | No. Units | Working Yes | No | MATERIALS DELIVERED |
|---|---|---|---|---|
| SEE BOB RUSSELL'S REPORT | | | | |
| | | | | OFFICIAL VISITORS TO JOB SITE |

**STATUS OF WORK**

| ITEM NO. | Brief description of work in progress, questionable performance, unforeseen developments on job etc. Include tests made and samples taken. |
|---|---|
| | |

STATUS of GOVERNMENT FURNISHED SERVICES AND/OR SUPPLIES

Met on-site today with Bob Russell to inspect the site where Remcon formed a major travel route outside the ork limits last Thursday (near the start of the trail). One 3 -foot tall incense cedar seedling was skinned up over 25% of its circumference. Other small incense cedar seedlings and grasses (Achnatherum occidentale) ow immediately adjacent to the route, and some seedlings were likely destroyed with no evidence left stimate around 20 seedlings, heights less than 2 feet). Soils also sustained moderate compaction. Remcon d been told by project inspectors to immediately cease use of the route and to leave as it so that damage ould be assessed. However, they restored the site despite this direction, before damage could be assessed. Bob Russell will take form the government response.

SAFETY COMMENTS

DIFFICULTIES WITH CONTRACTOR OR REPRESENTATIVE

UNFORESEEN DEVELOPMENTS ON JOB CONTINUED *(Describe conditions, action taken; person contacted, recommended actions)*

| SIGNATURE | Title<br>Ecologist |
|---|---|

FORM QCA-01A

9 JULY - AT GEC I
BOB RUSSELL

PAY ESTIMATE

1. COMFORT STATION BLOCK #25/SF OK
2. CONST FENCING NOT PAY FOR NOW
REMON WANTS PAID TO RECONSTRUCT
WE DIDN'T WITHOLD FOR REMOVAL
WE ARE OVERPAID
MARK AGREED THAT 100% OF BI
IS TOO MUCH TO ~~BE~~ SET BACK UP
3. SAME AS 2
(WILLIE HAS SAID PAY IF IT'S NOT CLEAR
WOULD NEED TO BE A MOD FOR SET UP ONLY)

78. HIT ROCK LAST 16' OF SEWER LINE 16 OK
THEY ARE USING 1/100 OF YARD

39. HAUL TO WOLVERTON
ROD SAID HAUL 15% OVER OK
WAS 6800 BOB GUESSES 10,000 FOR 9600
HAVE NOW CLAIMED 9600 NOW
WILL MEASURE AT END

59. AIR RELIEF VALVES
A LITTLE WORK ON 3 WHAT'S ON SITE ?
(AIR VACUUM VALVE ON SITE) D/4545A
SPEC 02514 ~~EA~~ SHEET 56
02514.2.4A
DETAIL NEED CLARIFICATION MEMO NOW

PREMCON

BREAKOUT OF SUB CONTRACTOR PAYMENTS

CERTIFICATION / SCHED OF VALUES

[BOB RUSSELL'S BREAKOUT ≈ GOOD]

SL

Σ ~~CERTS~~ SUBMITTAL PROCESS

TO DENVER

6''

61 6" PVC SEWER OK
5' LESS THAN ESTIMATED QNTY AGREE

62. CLEANOUTS
PAY FOR 7 [=70%]

63 SEPTIC TANK
HAVEN'T TOUCHED (FORMS STILL ON)
REMCON ASKED FOR $4 K
PAID 88% TO DATE NO MORE UNTIL COMPLETE

64 24" CMP OK
PAY FOR ADDTNL 73 FT
BILLED IN '01 & '02

65 STONE HEADWALL OK

132 PART OF MOD OK
PUT IN

133 ELECT OK

345

61 6" PVC SEWER OK
5' LESS THAN ESTIMATED QNTY AGREE
~~[illegible]~~ /

62 . CLEANOUTS
PAY FOR 7 [=70%]

63 SEPTIC TANK
HAVEN'T TOUCHED (FORMS STILL ON)
REMCON ASKED FOR $4 K
PAID 88% TO DATE NO MORE UNTIL COMPLETE

64 24" CMP OK
PAY FOR ADDTNL (73 FT)
BILLED IN '01 & '02

65 STONE HEADWALL OK

132 PART OF MOD → OK
PUT IN

133 ELECT OK

# EXPERT REPORT
# Evaluation of Project Delays & Remcon's Certified Claim Sequoia and Kings Canyon National Parks – Giant Forest Sherman Tree Parking

**REMEDIATION CONSTRUCTORS, INC**

**v.**

**UNITED STATES OF AMERICA**

**Docket No. 03-2478C**

**Prepared By**

**Capital Project Management, Inc.**

**July 27, 2005**

Expert Report
Evaluation of Project Delays &
Remcon's Certified Claim
Sequoia and Kings Canyon
National Parks – Giant Forest
Sherman Tree Parking
July 27, 2005

**Table of Contents**


Section I. EXECUTIVE SUMMARY .......... 1
Section II. PROJECT HISTORY .......... 5
A. Project Description .......... 5
B. Project Participants .......... 7
C. Contract .......... 9
D. Capital Project Management Inc.'s Involvement .......... 9
Section III. ANALYSIS AND EVALUATION .......... 11
A. Background of Dispute .......... 11
B. Contract Considerations .......... 11
C. Methodology .......... 19
D. "As-Planned" Schedule .......... 20
E. "As-Built" Schedule .......... 25
F. Project Delays .......... 25
1). Time Impact Analysis # 1 – July 27, 2001 .......... 25
2). Time Impact Analysis # 2 – November 9, 2001 .......... 29
3). Time Impact Analysis # 3 – July 12, 2002 .......... 36
4). Time Impact Analysis # 4 – December 6, 2002 .......... 39
5). Time Impact Analysis # 5 – August 13, 2003 .......... 44
6). Findings and Conclusions .......... 46
Section IV. EVALUATION OF REMCON'S CERTIFIED CLAIM .......... 48
A. Earthwork .......... 48
1). Excess Excavation .......... 49
2). Unrippable Rock .......... 50
3). Volume to Be Hauled From the Park .......... 51
B. Aggregate Base .......... 52
1). Supply of Aggregate Base .......... 52
2). Regrading of Aggregate Base .......... 53
C. Extended Field and Home Office Overheads .......... 54
D. Improper Credits .......... 55
Section V. FINDINGS AND CONCLUSIONS .......... 57

Expert Report
Evaluation of Project Delays &
Remcon's Certified Claim
Sequoia and Kings Canyon
National Parks – Giant Forest
Sherman Tree Parking
July 27, 2005

**Section I. EXECUTIVE SUMMARY**

The Sherman Tree Parking project is located in the Sierra Nevada Mountains in Eastern California in the Giant Forest of Sequoia National Park. The construction season in Sequoia National Park is generally limited to the period from May to November due to winter weather conditions. The Sherman Tree Parking project was made up of three distinct construction areas:

1) *Upper Sherman Parking Area,* which required the construction of more than three thousand linear feet of access road, two hundred feet of Shuttle Drive, two parking lots, a comfort station, a wayside kiosk, various utilities, and site improvements.
2) *Sherman Tree Trail,* consisting of an asphalt paved pedestrian path with associated wood bridges and wooden rail fences.
3) *Lower Sherman Parking Area*, which required the realign and reconstruction of a portion of the General's Highway, the construction of a reinforced concrete retaining wall, asphalt paved pedestrian paths, a comfort station, utilities and site improvements.

The contract specifications required that the Upper Sherman Parking Area and Sherman Tree Trail be completed before any work could commence on the Lower Sherman Parking Area. The project phasing was intended to maintain access to the Sherman Tree throughout the construction period. While the construction of the Upper Sherman Parking Area was in process, the existing Lower Sherman Parking Area being accessible from the Generals Highway was to remain open to park visitors until the Upper Sherman Parking Area was completed. When the Upper Sherman Parking Area was completed park visitors were to be directed to that area and it would become the main entrance for park visitors to experience the Sherman Tree.

The National Park Service ("NPS"), Denver Service Center, is the project Owner. NPS engaged the firm of Barker Rinker Seacat Architecture to provide the final development of construction documents for the Sherman Tree Parking project. Barker Rinker Seacat retained the following sub consultants:

- DHM Design Corporation - Landscape Architecture
- Martin/Martin, Inc. - Civil Engineering
- Kleinfelder, Inc. – Geotechnical

NPS also engaged the firm of Jacobs Engineering Group, Inc., to provide construction management service for the project. The construction management services were to include full-time on-site construction inspection services during the construction season, and office services related to the construction contract to support the on-site inspection staff.

NPS contracted with Remediation Constructors, Inc. ("Remcon') to construct the Sherman Tree Parking project. In February 2001, NPS issued a solicitation for proposals for the Sherman Tree Parking Project. On March 29, 2001, bids were received with Remcon submitting a bid of $7,595,417. On April 12, 2001, the NPS advised Remcon that it was found to be in the "competitive range" of proposals received. However, the Evaluation Panel requested that Remcon provide among other items, additional information for some of the proposed key personnel. On April 16, 2001, Remcon provided a response to the NPS together with a revised proposal. On May 9, 2001, NPS awarded a contract to Remcon, in the amount of $7,121,636. On June 6, 2001, NPS notified Remcon that contract time would begin on June 11, 2001, and thus with a time of performance of 792 calendar days, the project completion date was established as August 11, 2003.

Expert Report
Evaluation of Project Delays &
Remcon's Certified Claim
Sequoia and Kings Canyon
National Parks – Giant Forest
Sherman Tree Parking
July 27, 2005

The United States Department of Justice engaged Capital Project Management, Inc. to evaluate the Certified Claim submitted by Remcon to NPS; its subsequent complaint filed in the United States Court of Federal Claims; and Remcon's actual performance on this project.

Remcon has alleged that NPS compelled it to (a) incur additional costs in performing extra work and changes, (b) perform its contract work in a more costly manner, and (c) experience delays and loss of productivity in the performance of its contract work. In June 2003, Remcon submitted a certified claim for an equitable adjustment to the contract price in the amount of $3,091,799.60 and requested the Contracting Officer's final decision regarding its claim. A substantial portion of additional costs asserted in Remcon's claim are for additional excess excavation, differing site condition ("unrippable rock"), the purchase of aggregate base material from commercial sources, and extended duration costs for both job site and home office overheads.

In July 2003, the Contracting Officer issued a final decision denying the differing site, excavation, grading and storm water pollution prevention portions of Remcon's claim. Remcon has asserted that this denial of its claim constituted a breach of the contract. Furthermore, Remcon has asserted that it was wrongfully terminated by NPS in retaliation for the submission of its certified claim and Remcon's represented inability to finance further work due to NPS' non-payment for all work performed.

On August 13, 2003, NPS notified Remcon that it was terminating the contract for default. In October 2003, Remcon filed its "Complaint for Breach of Contract and Damages" seeking damages of at least $3,115,096.89 and conversion of the termination for default to termination for convenience.

Expert Report
Evaluation of Project Delays &
Remcon's Certified Claim
Sequoia and Kings Canyon
National Parks – Giant Forest
Sherman Tree Parking
July 27, 2005

In its evaluation of the project delays, CPMI determined that of the 298 days of project delay, 18 were excusable compensable, 20 were excusable non-compensable, and 260 were non-excusable. Based on the liquidated damages provision of the contract, NPS is entitled to $143,000 (260 calendar days x $550 per day) in liquidated damages as of August 13, 2003.

In its evaluation of Remcon's Certified Claim, CPMI determined that there was entitlement for only certain elements of the claim. Tabulated below is CPMI's valuation of the elements of the claim that it evaluated:

| **Element of Claim** | **Valuation** |
|---|---|
| Excess Excavation | $0 |
| Unrippable Rock | 14,646 |
| Additional Volume to Be Hauled | 44,004 |
| Additional Excavation | 19,776 |
| Supply Aggregate Base | 0 |
| Regrading Aggregate Base | 0 |
| Extended Field and Home Office Overheads | TBD |
| Improper Credits | 0 |
| ***Total*** | ***$78,426*** |

Submitted By: [signature]
Francis J. Brennan, P.E.

Submitted By: [signature]
William M. Wolf, Jr., P.E.

## Section II. PROJECT HISTORY

### A. Project Description

The project, known as Sherman Tree Parking, is located in the Sierra Nevada Mountains in Eastern California in the Giant Forest of Sequoia and Kings Canyon National Park. The park is located due east of Fresno, CA (see Tab A for site location map). The demolition and construction work for Sherman Tree Parking is within the Giant Forest of Sequoia National (which is part of the prime natural resource for which Sequoia National Park was created). From within the park, visitors can access the park facilities from the Generals Highway.

The construction season in Sequoia National Park is generally limited to the period from May to November due to winter weather conditions. Although snow may occur as early as September, construction activities can continue to late October or early November. After that point in time the snowfall is too great for construction activities until May.

This project is known as Sherman Tree Parking SEKI 200Q and was made up of three distinct construction areas:

1) *Upper Sherman Parking Area,* which required the construction of more than three thousand linear feet of access road, two hundred feet of Shuttle Drive, two parking lots, a comfort station, a wayside kiosk, various utilities, and site improvements. The two parking lots are referred to as the Upper and Lower Parking lots of the Upper Sherman Parking Area. The Lower Parking lot should not to be confused with the Lower Sherman Parking Area.

2) *Sherman Tree Trail,* consisting of an asphalt paved pedestrian path with associated wood bridges and wooden rail fences.

3) *Lower Sherman Parking Area*, which required the realign and reconstruction of a portion of the General's Highway, the construction of a reinforced concrete retaining wall, asphalt paved pedestrian paths, a comfort station, utilities and site improvements.

At Tab B of this report is a graphical illustration of the construction areas.

The new Upper Sherman Access Road ("AR") begins at the intersection on Wolverton Road and runs southward for approximately 3,337 feet. At this point, the AR blends into the lower parking lot of the Upper Sherman Parking Area ("USPA"). The two parking lots of the USPA are both located at the southern end of the AR. The upper parking lot opens to the east off the AR (at approximately station 30+25). The lower parking lot begins at station 34+48, as an extension of the AR. The lower parking lot is approximately 1,200 linear feet long, and runs in a loop configuration that returns back to the AR. The Upper Sherman Comfort Station and Wayside Kiosk are both located just off the southern side of the lower parking lot. The Shuttle Drive is a 250 foot long paved road, located perpendicular on the east side of the USAR at approximately station 24+08.

The contract specifications required that the USPA and Sherman Tree Trail be completed before any work could commence on the Lower Sherman Parking Area. Thus the project was divided into two phases.

The project phasing was intended to maintain access to the Sherman Tree throughout the construction period. While the construction of the USPA was in process, the existing Lower

Sherman Parking Area being accessible from the Generals Highway was to remain open to park visitors until the USPA was completed. From the Lower Sherman Parking Area, park visitors could utilize the existing parking lot and pedestrian paths for access to the Sherman Tree. When the USPA was completed (Phase I) park visitors were to be directed to that area. The USPA would provide park visitors with a new paved access road, two new paved parking lots, a new comfort station, Wayside Kiosk, and a new paved pedestrian trail to the Sherman Tree. The USPA was to become the main entrance for park visitors to experience the Sherman Tree.

Separate projects identified as package 200 O and 200 P were ongoing in Lower Wolverton, Wolverton Point, Wolverton and in the Giant Forest during the same time period as this project.

### B. Project Participants

The National Park Service ("NPS"), Denver Service Center, is the project Owner. NPS engaged the firm of Barker Rinker Seacat Architecture ("BRS") to provide the final development of construction documents for the Sherman Tree Parking Project. BRS retained the following sub consultants:[1,2]

- DHM Design Corporation ("DHM") - Landscape Architecture
- Martin/Martin, Inc. ("M&M") - Civil Engineering
- Kleinfelder, Inc. ("KI") – Geotechnical

---

[1] Deposition of Raymond Keith Todd dated April 6, 2005, pages 42 - 43.
[2] Geotechnical Investigation Report dated September 11, 2000.

NPS also engaged the firm of Jacobs Engineering Group ("JE"), Inc., to provide construction management service for the Project. The construction management services were to include full-time on-site construction inspection services during the construction season, and office services related to the construction contract to support the on-site inspection staff.

NPS contracted with Remediation Constructors, Inc. ("Remcon") to construct the Sherman Tree Parking SEKI 200Q project. Although Remcon had a number of subcontractors, the following subcontractors are relevant to this matter:

- Sierra Resource Management ("SRM") - logging and clearing
- California Drilling and Blasting Co. Inc. ("CDB") - blasting rock
- Oasis Crushing and Screening ("Oasis") - crushing material to produce aggregate base and sand
- KS Masonry, Inc. ("KSM") - various stone construction
- Western Sierra Contracting, Inc. ("WSC") - construction of the comfort stations
- Giuliani & Kull, Inc. ("G&K") - field engineering layout
- Central Valley Testing ("CVT")- laboratory testing and QA/QC inspection
- Garcia Paving Co. ("Garcia") - asphalt pavement
- SJD Construction Inc. ("SJD") - structural concrete
- Twining Laboratories ("TL") - field inspection and testing.

At Tab C of this report is a Partial Organization Chart.

### C. Contract

In February 2001, NPS issued a solicitation for proposals for the Sherman Tree Parking Project.[3] On March 29, 2001, bids were received with Remcon submitting a bid of $7,595,417. On April 12, 2001, NPS advised Remcon that it was found to be in the "competitive range" of proposals received.[4] However, the Evaluation Panel requested that Remcon provide among other items, additional information for some of the proposed key personnel. On April 16, 2001, Remcon provided a response to the NPS together with a revised proposal.[5]

On May 9, 2001, NPS awarded a contract to Remcon, in the amount of $7,121,636.[6] The Pre-construction conference was held at Sequoia National Park on May 22, 2001.[7] On June 6, 2001, NPS notified Remcon that contract time would begin on June 11, 2001, and thus with a time of performance of 792 calendar days, the project completion date was established as August 11, 2003.[8]

### D. Capital Project Management Inc.'s Involvement

The United States Department of Justice ("DOJ") engaged Capital Project Management, Inc. ("CPMI") to evaluate the Certified Claim submitted by Remcon to NPS; its subsequent complaint filed in the United States Court of Federal Claims; and Remcon's actual performance on this project. Remcon's claim arose from the construction of the Sherman Tree Parking Project SEKI 200Q.

[3] Solicitation No. 1443N8000010903 dated February 27, 2001.
[4] NPS letter to Remcon dated April 12, 2001.
[5] Remcon letter to NPS dated April 16, 2001.
[6] NPS letter to Remcon dated May 9, 2001.
[7] NPS letter to Remcon dated May 16, 2001.
[8] NPS letter to Remcon dated June 6, 2001.

CPMI did not participate in the discovery of the project records, but has reviewed pertinent construction contract documents, schedules, correspondence, meeting minutes, Remcon's Certified Claim, deposition transcripts, other relevant project records, and interviewed NPS personnel. This report contains CPMI's findings and conclusions regarding the project delays and Remcon's Certified Claim, which are subject to revision if and when additional documentation or information becomes available for review.

CPMI is a professional construction-consulting firm experienced in the evaluation and resolution of complex construction claims. The authors of this report are Francis J. Brennan, P.E. and William M. Wolf, Jr., P.E. Resumes for both Mr. Brennan and Mr. Wolf are included with this report. Mr. Brennan's billing rate is $180 per hour and Mr. Wolf's billing rate is $160 per hour.