IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| REMEDIATION CONSTRUCTORS, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-2478C |
| v. | ) | (Judge Braden) |
| | ) | |
| THE UNITED STATES | ) | |
| | ) | |
| Defendant. | ) | |

**DECLARATION OF RUSSELL LYNN JOSEPH BELKNAP IN RESPONSE TO PLAINTIFF'PROPOSED FINDING OF UNCONTROVERTED FACTS**

I, RUSSELL LYNN JOSEPH BELKNAP, declare:

1. On July 25, 2002, I walked the access road with Mike Kitchell from Remcon.

2. I discussed the road issue between 24+00 and 33+00 with Mike Kitchell and he told me that Remcon had, on its own, made "adjustments" to the access road from station 1+50 to 24+00 with respect to both the vertical and horizontal alignment of the road. These adjustments included deleting crowned cross sections and adding super elevation cross sections.

3. During the walk-through, I told Mr. Kitchell that the contract required an engineered road, not a trail. Mr. Kitchell agreed to provide the NPS with a survey to provide an engineered layout of the non-conforming roadway. The NPS agreed to help Remcon correct Remcon's unilateral changes.

4. Remcon's surveyor provided revised centerline data for Remcon's adjusted road to Dan Savage, NPS, by e-mail.

5. Based on the information provided by Remcon's surveyors, the NPS provided Remcon a revised design alignment.

6. Remcon's surveyor laid out the Government's revised design alignment and the parties discovered that the information that Remcon provided the Government regarding its revised centerline data was defective because it did not match the alignment that Mr. Kitchell had developed.

7. Thereafter, I worked with Remcon's Mike Kitchell to make Mr. Kitchell's road alignment work as an engineered road.

8. The NPS never issued "new design changes," the NPS was merely assisting Remcon to correct the road that it unilaterally realigned with the least amount of impact to the contractor.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed in Lakewood, Colorado, on August 16, 2005.

RUSSELL LYNN JOSEPH BELKNAP