# In the United States Court of Federal Claims

No. 03-2478C
Filed: September 14, 2005

**************************************
*
REMEDIATION CONSTRUCTORS, INC., *
*
Plaintiff, *
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
**************************************

**ORDER**

The Government's September 2, 2005 Motion for Leave to File Reply, Out of Time, to Plaintiff's Opposition to Defendant's Motion for Partial Summary Judgment, is hereby **GRANTED**.

**IT IS SO ORDERED.**

s/ Susan G. Braden
SUSAN G. BRADEN
Judge