IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| REMEDIATION CONSTRUCTORS, INC., | ) | DOCKET NO. 03-2478C |
| | ) | |
| | ) | **REMCON'S EXHIBIT LIST** |
| Plaintiff, | ) | |
| | ) | (Judge Susan G. Braden) |
| v. | ) | |
| | ) | Hearing Date: TBD |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

Plaintiff REMEDIATION CONSTRUCTORS, INC. ("REMCON" or "Plaintiff") respectfully submits its Exhibit List, attached hereto as Exhibit A, in accordance with Appendix A, Section 16 of this Court's Local Rules. REMCON reserves the right to modify or supplement this list prior to trial as additional documents are discovered, produced, or developed.

DATED: September 15, 2005

MURPHY AUSTIN ADAMS SCHOENFELD LLP

D. MICHAEL SCHOENFELD
Attorneys for Plaintiff
REMEDIATION CONSTRUCTORS, INC.

MURPHY AUSTIN ADAMS SCHOENFELD LLP
1000 G St., Third Floor
P.O. Box 1319
Sacramento, California 95812-1319
Telephone: (916) 446-2300
Facsimile: (916) 503-4000