# PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | Bates No. | Date | Type/Description | No. of Pages |
|---|---|---|---|---|
| 529 | 518190 | 5/14/2002 | Daily Log of Construction | 1 |
| 530 | 518186 | 5/16/2002 | Daily Log of Construction | 1 |
| 531 | 500079-50081 | 5/18/2002 | Memorandum: SEKI 200Q Trip Report | 3 |
| 532 | 004986-004987 | 5/21/2002 | Daily Log of Construction | 2 |
| 533 | 518013-518014 | 5/21/2002 | Facsimile/RFI No. 39 Mods.of Lower Parking Reqir. | 2 |
| 534 | 518015 | 5/21/2002 | E-mail RE: RFI # 39 Mods. | 1 |
| 535 | MM000000603-MM000000606 | 5/21/2002 | E-mail/SEKI Trip Report | 4 |
| 536 | 023923-023924 | 5/21/2002 | E-mail/Project Delay | 2 |
| 537 | 023920-023922 | 5/22/2002 | E-mail/SEKI 200Q | 3 |
| 538 | 513372 | 5/22/2002 | E-mail RE: SEKI 200Q Stair Qnty. | 1 |
| 539 | DHM000001730-DHM000001732 | 5/24/2002 | Sequoia National Park Cost Estimate | 3 |
| 540 | MM000000594-MM000000601A | 5/24/2002 | E-mail/ Revised Grading Maps Attached | 8 |
| 541 | 023916-023917 | 5/24/2002 | E-mail/Standby Costs | 2 |
| 542 | DHM000000150 | 5/28/2002 | E-mail/SEQ 200Q | 1 |
| 543 | 513375 | 5/29/2002 | E-mail/Excess Material From 200Q | 1 |
| 544 | 513374 | 5/29/2002 | E-mail/Sherman Tree Trail | 1 |
| 545 | 518041-518042 | 5/29/2002 | Request for Clarification (RFI # 42) | 2 |
| 546 | 509755 | 5/29/2002 | E-mail/Excess Material From 200Q | 1 |
| 547 | 518167 | 5/29/2002 | Daily Log of Construction | 1 |
| 548 | 518165 | 5/31/2002 | Daily Log of Construction | 1 |
| 549 | 005018-005019 | 5/31/2002 | Daily Log of Construction | 2 |
| 550 | REM000014643 | 6/3/2002 | E-mail/Rock Sample from Cut | 1 |
| 551 | 005023-005024 | 6/3/2002 | Daily Log of Construction | 2 |
| 552 | 005027-005028 | 6/4/2002 | Daily Log of Construction | 2 |
| 553 | 005032-005033 | 6/5/2002 | Daily Log of Construction | 2 |
| 554 | 023886-023388 | 6/10/2002 | Memorandum/SEKI 200Q REMCON Mediation Paper | 3 |

# PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | Bates No. | Date | Type/Description | No. of Pages |
|---|---|---|---|---|
| 555 | 23367 | 6/11/2002 | E-mail/Breakdown Earthwork | 1 |
| 556 | 510007-51008 | 6/11/2002 | E-mail/Response | 2 |
| 557 | 388977-388982 | 6/11/2002 | Letter Sent VIA FAX : Summary Attached | 6 |
| 558 | 005036-005037 | 6/6/2002 | Daily Log of Construction | 2 |
| 559 | 388986-388988 | 6/6/2002 | Transmittal/Estimate for Raising Upper Lot | 3 |
| 560 | REM000019675-REM000019693 | | Sherman Tree Parking Proj. Mediation Brief | 19 |
| 561 | 511913-511920 | 6/11/2002 | E-mail/NPS Response to Mediation Brief | 8 |
| 562 | REM000000451 | 6/17/2002 | Crew Card | 1 |
| 563 | 002164-002166 | 6/14/2002 | Letter/Record of Negotiation (RON) Attachments Included | 3 |
| 564 | 511634-511639 | 6/14/2002 | Access Parking Lots NOTES | 6 |
| 565 | 518078-518079 | 6/17/2002 | Request for Clarification (RFI #54) | 2 |
| 566 | 38903-38903 | 6/18/2002 | E-mail/Cost of Equipment Attached | 2 |
| 567 | REM000014617-REM000014618 | 6/19/2002 | Letter sent VIA FAX | 2 |
| 568 | REM000014612 | 6/19/2002 | E-mail/Upper Sherman Parking | 1 |
| 569 | 514830 | 6/20/2002 | Request for Clarification (RFI #59A) | 1 |
| 570 | REM000000472 | 6/25/2002 | Crew Card | 1 |
| 571 | 513393 | 6/26/2002 | E-mail/Mods | 1 |
| 572 | 513395-513406 | 6/27/2002 | E-mail/MODs/potential MODs todate | 11 |
| 573 | 514832 | 6/27/2002 | Request for Clarification (RFI) #61A | 1 |
| 574 | 514834 | 6/27/2002 | Request for Clarification (RFI) #62A | 1 |
| 575 | 515329-515330 | 6/27/2002 | Letter/Raise Upper Lots | 2 |
| 576 | REM000014596 | 6/28/2002 | Letter VIA FAX | 1 |
| 577 | DHM000002060-DHM000002064 | 6/28/2002 | E-mail/Electronic Survey Data | 5 |
| 578 | 513416-513417 | 6/27/2002 | E-mail/MODs/potential MODs todate | 3 |
| 579 | 513407 | 7/1/2002 | E-mail/Electronic Survey Data | 1 |
| 580 | 006788-006789 | 7/1/2002 | E-mail/200Q Tree Removal | 2 |
| 581 | 509886 | 7/1/2001 | E-mail/Standby on Grading Operations | 1 |
| 582 | 515872-515889 | 7/18/2002 | Transmittal-NPS: Request for Equitable Adjustment (Revis) | 18 |
| 583 | REM00001457 | 7/11/2002 | Letter Sent VIA FAX: Confirmation by NPS for Alignment | 1 |
| 584 | DHM000000962-DHM000000972 | | Letter RE: Rock Blasting-Final Decision, Grading, etc. | 6 |
| 585 | 508117-508120 | 7/15/2002 | Letter RE: Description and Agreement | 4 |

# PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | Bates No. | Date | Type/Description | No. of Pages |
|---|---|---|---|---|
| 586 | 005118-005119 | 7/16/2002 | Daily Log of Construction | 2 |
| 587 | REM000000510 | 7/16/2002 | Crew Card | 1 |
| 588 | 005120-005121 | 7/17/2002 | Daily Log of Construction | 2 |
| 589 | 389231-389237 | 7/17/2002 | Letter Sent Facsimile RE: Two Letters | 7 |
| 590 | 005122-005123 | 7/18/2002 | Daily Log of Construction | 2 |
| 591 | REM000000515 | 7/18/2002 | Crew Card | 1 |
| 592 | REM000000517 | 7/19/2002 | Crew Card | 1 |
| 593 | 005143-005144 | 7/23/2002 | Daily Log of Construction | 2 |
| 594 | 005145-005146 | 7/24/2002 | Daily Log of Construction | 2 |
| 595 | REM000000527 | 7/24/2002 | Crew Card | 1 |
| 596 | 005147-005148 | 7/25/2002 | Daily Log of Construction | 2 |
| 597 | REM000000531 | 7/25/2002 | Crew Card | 1 |
| 598 | REM000000535 | 7/25/2002 | Crew Card | 1 |
| 599 | 5741 | 7/25/2002 | Contractors Quality Control Daily Report #53 | 1 |
| 600 | 005139-005140 | 7/26/2002 | Daily Log of Construction | 2 |
| 601 | REM000000536 | 7/30/2002 | Crew Card | 1 |
| 602 | REM000000537 | 7/30/2002 | Crew Card | 1 |
| 603 | 006539-006540 | 7/26/2002 | Weekly Field Report | 2 |
| 604 | REM000000543 | 7/29/2002 | Crew Card | 1 |
| 605 | REM000014570 | 7/30/2002 | Letter Sent VIA FAX | 1 |
| 606 | 509969 | 7/30/2002 | E-mail/SEKI 200Q Conversation with S. Christensen | 1 |
| 607 | 513432 | 7/30/2002 | E-mail RE: Additional Fill on Access RD | 1 |
| 608 | 005159-005161 | 7/30/2002 | Meeting Minutes | 3 |
| 609 | 005164-005165 | 7/31/2002 | Daily Log of Construction | 2 |
| 610 | 516317 | 7/31/2002 | Letter Sent VIA FAX | 1 |
| 611 | 5757 | 8/1/2002 | Contractor's Quality Control Daily Report | 1 |
| 612 | 2130 | 8/2/2002 | Letter RE: Record Negotiation | 1 |
| 613 | 5773 | 8/6/2002 | Contractor's Quality Control Daily Report | 1 |
| 614 | 005185-005186 | 8/7/2002 | Daily Log of Construction | 2 |
| 615 | 5776 | 8/7/2002 | Contractor's Quality Control Daily Report | 1 |
| 616 | 517201-517202 | 8/11/2002 | Weekly Field Report | 2 |
| 617 | REM000000581 | 8/20/2002 | Crew Card | 1 |
| 618 | 005202-005203 | 8/13/2002 | Daily Log of Construction | 2 |
| 619 | REM000000586 | 8/13/2002 | Crew Card | 1 |
| 620 | REM000000589 | 8/14/2002 | Crew Card | 1 |
| 621 | 509972 | 8/15/2002 | E-mail RE: SEKI 200Q Discussion on Fill Material | 1 |
| 622 | REM000000632 | 8/15/2002 | Crew Card | 1 |

## PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | Bates No. | Date | Type/Description | No. of Pages |
|---|---|---|---|---|
| 623 | 517199-5177200 | 8/16/2002 | Weekly Field Report | 2 |
| 624 | REM000000598 | 8/16/2002 | Crew Card | 1 |
| 625 | 5798 | 8/19/2002 | Letter | 1 |
| 626 | 5801 | 8/19/2002 | Contractor's Quality Control Daily Report | 1 |
| 627 | REM000000604 | 8/19/2002 | Crew Card | 1 |
| 628 | REM000010169-REM000010178 | 8/22/2002 | Meeting with REMCON --Agenda (Discussion Items) | 10 |
| 629 | 509663 | 8/22/2002 | E-mail RE: Parking Spaces v. Boulder | 1 |
| 630 | 5814 | 8/23/2002 | Contractor's Quality Control Daily Report | 1 |
| 631 | 5816 | 8/26/2002 | Contractor's Quality Control Daily Report | 1 |
| 632 | REM000000630 | 8/26/2002 | Crew Card | 1 |
| 633 | 5818 | 8/27/2002 | Contractor's Quality Control Daily Report | 1 |
| 634 | REM000000637 | 8/27/2002 | Crew Card | 1 |
| 635 | 5821 | 8/28/2002 | Contractor's Quality Control Daily Report | 1 |
| 636 | REM000000643 | 8/28/2002 | Crew Card | 1 |
| 637 | 5827 | 8/29/2002 | Contractor's Quality Control Daily Report | 1 |
| 638 | REM000000648 | 8/29/2002 | Crew Card | 1 |
| 639 | 5824 | 8/30/2002 | Contractor's Quality Control Daily Report | 1 |
| 640 | 5832 | 9/3/2002 | Contractor's Quality Control Daily Report | 1 |
| 641 | REM000000654 | 9/4/2002 | Crew Card | 1 |
| 642 | REM000000655 | 9/10/2002 | Crew Card | 1 |
| 643 | 55835 | 9/4/2002 | Contractor's Quality Control Daily Report | 1 |
| 644 | REM000000662 | 9/4/2002 | Crew Card | 1 |
| 645 | REM000000667 | 9/5/2002 | Crew Card | 1 |
| 646 | 005262-005263 | 9/6/2002 | Daily Log of Construction | 2 |
| 647 | 5841 | 9/6/2002 | Contractor's Quality Control Daily Report | 1 |
| 648 | 510692 | 9/6/2002 | E-mail | 1 |
| 649 | REM000000673 | 9/6/2002 | Crew Card | 1 |
| 650 | 5846 | 9/9/2002 | Contractor's Quality Control Daily Report | 1 |
| 651 | REM000000682 | 9/9/2002 | Crew Card | 1 |
| 652 | 005268-005269 | 9/10/2002 | Daily Log of Construction | 2 |
| 653 | 5848 | 9/10/2002 | Contractor's Quality Control Daily Report | 1 |
| 654 | 510634 | 9/10/2002 | E-mail | 1 |
| 655 | 510632 | 9/10/2002 | E-mail | 1 |
| 656 | REM000000688 | 9/10/2002 | Crew Card | 1 |
| 657 | 515311-515317 | 9/11/2002 | Amendment of Solicitation/Modification of Contract | 7 |
| 658 | 509505-509506 | 9/12/2002 | E-mail | 2 |
| 659 | REM000000714 | 9/17/2002 | Crew Card | 1 |

# PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | Bates No. | Date | Type/Description | No. of Pages |
|---|---|---|---|---|
| 660 | REM000000716 | 9/17/2002 | Crew Card | 1 |
| 661 | 005290-005291 | 9/18/2002 | Daily Log of Construction | 2 |
| 662 | REM000000721 | 9/18/2002 | Crew Card | 1 |
| 663 | REM000000722 | 9/18/2002 | Crew Card | 1 |
| 664 | REM000013066 | 9/18/2002 | Speed Letter | 1 |
| 665 | REM000000725 | 9/19/2002 | Crew Card | 1 |
| 666 | REM000000732 | 9/20/2002 | Crew Card | 1 |
| 667 | 5869 | 9/21/2002 | Contractor's Quality Control Daily Report | 1 |
| 668 | REM000014513 | 9/23/2002 | Letter | 1 |
| 669 | 509995-50996 | 9/25/2002 | E-mail | 2 |
| 670 | REM000000750 | 9/25/2002 | Crew Card | 1 |
| 671 | REM000000781 | 10/4/2002 | Crew Card | 1 |
| 672 | REM000000783 | 10/4/2002 | Crew Card | 1 |
| 673 | REM000000787 | 10/7/2002 | Crew Card | 1 |
| 674 | 510439-510445 | 10/8/2002 | Facsimile | 7 |
| 675 | 513671-513674 | 10/9/2002 | E-mail | 4 |
| 676 | REM000000797 | 10/9/2002 | Crew Card | 1 |
| 677 | REM000000799 | 10/9/2002 | Crew Card | 1 |
| 678 | REM000000805 | 10/10/2002 | Crew Card | 1 |
| 679 | REM000000811 | 10/14/2002 | Crew Card | 1 |
| 680 | 509086 | 10/14/2002 | Speed Letter | 1 |
| 681 | 004215-004216 | 10/14/2002 | Daily Log of Construction | 2 |
| 682 | 514917 | 10/19/2002 | Request for Clarification (RFI) | 1 |
| 683 | 514907 | 10/17/2002 | Request for Clarification (RFI) | 1 |
| 684 | 5960 | 10/18/2002 | Contractor's Quality Control Daily Report | 1 |
| 685 | 004231-004232 | 10/22/2002 | Daily Log of Construction | 2 |
| 686 | 6007 | 10/23/2002 | Notes | |
| 687 | REM000000850 | 10/24/2002 | Crew Card | 1 |
| 688 | REM000000851 | 10/24/2002 | Crew Card | 1 |
| 689 | 6009 | 10/25/2002 | Contractor's Quality Control Daily Report | 1 |
| 690 | 6016 | 10/29/2002 | Contractor's Quality Control Daily Report | 1 |
| 691 | 6043 | 10/31/2002 | Contractor's Quality Control Daily Report | 1 |
| 692 | 516389-513693 | 10/31/2002 | Contract Invoice Estimate 12 | 5 |
| 693 | 509775 | 12/17/2002 | E-mail | 1 |
| 694 | REM000013060-REM000013065 | | Notes | 6 |
| 695 | REM000010262 | | Fill Summary | 1 |
| 696 | 0026016-002020 | 2/18/2003 | Letter | 5 |
| 697 | 387570-387571 | 3/4/2003 | Letter VIA FAX | 2 |
| 698 | 002654-002662 | 4/3/2003 | Transmittal of Legal Docs. FOIA is Attached | 9 |

## PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | Bates No. | Date | Type/Description | No. of Pages |
|---|---|---|---|---|
| 699 | 513529 | 4/2/2003 | Letter VIA FAX | 1 |
| 700 | 513945-513947 | 4/15/2003 | Letter | 3 |
| 701 | 513948 | 7/14/2003 | E-mail | 1 |
| 702 | 512744-512753 | 7/15/2003 | Letter | 10 |
| 703 | 387362-387378 | 7/15/2003 | Letter | 17 |
| 704 | 516403-516425 | 7/21/2002 | E-mail | 24 |
| 705 | 517525-517564 | | REMCON Table of Contents | 40 |
| 706 | 500055-500078 | | Request for Equitable Adjustment | 22 |
| 707 | | | | |
| 708 | 016102-016105 | 7/28/2000 | Maps: 016102-016105 | 4 |
| 709 | 389263 | 5/30/2000 | Fax/SEKI 200Q | 1 |
| 710 | 389573-389581 | 6/2/2000 | Draft 50% Construction Docs. Cost Estimate | 9 |
| 711 | 016237-016240 | 6/2/2000 | Maps: RFP SEKI-200Q 1443RP800000901 | 4 |
| 712 | 021954-021968 | 6/22/2000 | Letter RE: Revised Proposal for Goetechnial Investigation and Proposed General | 10 |
| 713 | 23730 | 7/24/2000 | Project 200Q Quantities Summary | 1 |
| 714 | 389510-389518 | 6/24/2000 | Project 200Q Quantitites | 9 |
| 715 | 389569-389572 | 7/12/2000 | Construction Docs. Cost Estimate/RE:SEKI-200Q | 4 |
| 716 | 016149-016155 | 7/13/2000 | 50% Construction Docs. RFP SEKI-200Q 1443RP800000901 | 7 |
| 717 | 014694-014791 | 8/18/2000 | Project Specifications 75% Review (Upper and Lower Sherman Tree Faciities) | 9 |
| 718 | 015756-015765 | 8/18/2000 | Maps: Construction Docs. RFP: SEKI 200Q 1443RP8000000901 | 10 |
| 719 | 389495 | 8/18/2000 | Class A Cost Estimate RE: Sherman Tree Parking and Restoration -SEKI 200Q | 1 |
| 720 | 517521-517522 | 10/24/2000 | Project 200Q Quantities Summary | 2 |
| 721 | 22778 | 10/24/2000 | Project 200Q Auantites Summary | 1 |
| 722 | 15923 | Nov-00 | Map: Contractor Staging and Storage Areas | 1 |
| 723 | 015926-015930 | Nov-00 | Maps: Exsistinmg Conditions and Demolition | 5 |
| 724 | 389479-389490 | 12/13/2000 | Fax Transmittal: Quantities and Cost Changes for SEKI | 12 |
| 725 | 015128-015232 | 2/27/2001 | Project Specifications 100% | 9 |
| 726 | 513480 | 7/3/2001 | Letter/RE: Proposed Rock Crushing | 1 |
| 727 | 500398-500401 | 7/30/2001 | E-mail/RE: SEKI 200 Q Access RD; Attachment | 4 |
| 728 | 500651-500652 | 10/4/2001 | Fax/RE: Angular and Sub Rock Quantities Attached | 2 |

## PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | Bates No. | Date | Type/Description | No. of Pages |
|---|---|---|---|---|
| 729 | DHM000001174-DHM000001189 | 10/16/2001 | Fax/RE: Revetment Attachments | 16 |
| 730 | 14425 | 7/15/2002 | Letter RE: RFI # and Description and Agreement | 1 |
| 731 | 511803 | 8/1/2002 | Speed Letter | 1 |
| 732 | REM000000571 | 8/6/2002 | Crew Card | 1 |
| 733 | REM000014531 | 9/6/2002 | Conference call | 1 |
| 734 | REM000014426 | 12/7/2002 | Letter VIA Fax RE: Potential Claim | 1 |
| 735 | 513137-513139 | 12/9/2002 | E-mail RE: Letter #76 Notice of Claim Attached | 3 |
| 736 | 513146-513148 | 12/9/2002 | E-mail RE: Letter #77 Notice of Potential Claim | 3 |
| 737 | 513578 | 12/11/2002 | Speed Letter | 1 |
| 738 | 513604 | 12/13/2002 | Transmittal RE:Sherman Tree Parking | 1 |
| 739 | 387572-387574 | 3/4/2003 | Letter RE: Payment for Boulder Revetment Letter No. 76 Attached | 3 |
| 740 | 387581-387583 | 3/4/2003 | Letter RE: Payment for Boulder Revetment Letter No. 77 Attached | 3 |
| 741 | 514323 | 4/3/2003 | Letter VIA Fax | 1 |
| 742 | 517298 | | Stone/Note | 1 |
| 743 | 006466-006467 | 10/2/2001 | Weekly Meetin # 19 | 2 |
| 744 | 011260-011261 | 9/14/2001 | Daily Log of Construction | 2 |
| 745 | 011248-011249 | 9/24/2001 | Daily Log of Construction | 2 |
| 746 | 011246-011247 | 9/25/2001 | Daily Log of Construction | 2 |
| 747 | 011244-011245 | 9/26/2001 | Daily Log of Construction | 2 |
| 748 | 517618-517620 | | Request for Equitable Adjutment RE: Strom Water Pollution | 3 |
| 749 | 518367 | | Notes | 1 |
| 750 | 518370 | | Notes | |
| 751 | 518167 | 5/29/2002 | Daily Log of Construction | 1 |
| 752 | 5773 | 8/9/2002 | Contractor's Quality Daily Report | 1 |
| 753 | REM000013077 | 11/8/2002 | Letter/RE: Trail Damage | 1 |
| 754 | REM000000893 | 11/8/2002 | Crew Card | 1 |
| 755 | REM000000892 | 11/8/2002 | Crew Card | 1 |
| 756 | 388073-388075 | 11/8/2002 | Letter/RE: Strom Water Prevention; E-mail Attached | 3 |
| 757 | REM000000894 | 11/9/2002 | Crew Card | 1 |
| 758 | 004373-004376 | 11/9/2002 | Daily Log of Construction | 2 |
| 759 | REM000014468-REM000014470 | 11/10/2002 | Letter/RE: Strom Water Pollution | 3 |
| 760 | REM000000896 | 11/11/2002 | Crew Card | 1 |
| 761 | REM000000898 | 11/12/2002 | Crew Card | 1 |
| 762 | 388077-388079 | 12/14/2002 | Letter VIA Fax RE: Storm Water Pollution | 3 |
| 763 | 14631 | | Schedule;Status | |
| 764 | 14606 | 11/12/2002 | Meeting Minutes | 1 |
| 765 | 388103-388104 | 11/13/2002 | Letter VIA Fax RE: Issuances of Damages Against REMCON for Flooding Impacts | 2 |
| 766 | REM000014467 | 11/18/2002 | Letter RE: General Sherman Tree Trail | 1 |

## PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | Bates No. | Date | Type/Description | No. of Pages |
|---|---|---|---|---|
| 767 | 388122-388123 | 11/20/2002 | Letter RE: Storm Water Pollution and Natrual Features Protection | 2 |
| 768 | 388124-388125 | 11/20/2002 | Transmittal RE: Latest Chapter in REMCON's Pursuit of a Claim Attached | 2 |
| 769 | REM00001447 | 11/26/2002 | Letter RE: Erosion Damage on Sherman Tree Trail | 1 |
| 770 | 004371-004372 | 11/8/2002 | Daily Log of Construction | 2 |
| 771 | 388270-388271 | 12/9/2002 | Letter RE: SWPP Issues | 2 |
| 772 | 513149-513151 | 12/9/2002 | E-mail RE: SEKI-SWPP Issues | 3 |
| 773 | 14664 | 12/10/2002 | Summary of Meeting | 1 |
| 774 | 388287 | 12/18/2002 | Letter RE: SWPP-Clarification Agreement | 1 |
| 775 | 513504-513509 | 4/1/2003 | E-mail RE: NPS Response to Contractor's Mediation Brief Attached | 6 |
| 776 | 513512-513514 | 4/1/2002 | E-mail RE: Gov't Position Relative to SEKI-200Q Mediation Brief | 3 |
| 777 | 512744-512753 | 7/15/2003 | Letter RE: Contracting Officer's Final Decision re: Sherman Tree Parking Area | 10 |
| 778 | 387362-387378 | 7/15/2002 | Letter RE: Contracting Officer's Final Decision re: Sherman Tree Parking Area *ATTACHEMENTS Included* | 17 |
| 779 | 513589 | | Transmittal RE: Haul Excess matl From Park *page 2 of 2* | |
| 780 | 500055-500078 | | Request for Equitable Adjustment | 22 |
| 781 | 518168 | | Status of Work Sheet | |
| 782 | DHM000001409-DHM000001412 | 7/5/2000 | Work Tasks and To Do List | 4 |
| 783 | 22769 | 10/27/2000 | E-mail/RE: Wuksachi Dirt Stockpile and other 200Q Info. | 1 |
| 784 | 15923 | Nov-00 | Map: Contractor Staging and Storage Areas | 1 |
| 785 | 513331 | 7/3/2001 | Letter/RE: Proposed Rock Crushing Plan | 1 |
| 786 | 004820-004821 | 10/18/2001 | Daily Log of Construction | 2 |
| 787 | 011580-011581 | 10/31/2001 | Daily Log of Construction | 2 |
| 788 | 006539-006540 | 7/26/2002 | Weekly Field Report | 2 |
| 789 | 513876-513877 | 9/11/2002 | E-mail/RE: SEKI 200Q Base Course | 2 |
| 790 | 012183-012195 | 9/30/02-10/3/02 | Contractor's Quality Control Daily Report | 12 |
| 791 | 012120-012138 | 10/10/2002 | Contractor's Quality Control Daily Report | 19 |
| 792 | 5904 | 10/10/2002 | Contractor's Quality Control Daily Report | 1 |
| 793 | 5936 | 10/14/2002 | Contractor's Quality Control Daily Report | 1 |
| 794 | 5951 | 10/17/2002 | Contractor's Quality Control Daily Report | 1 |
| 795 | 513589 | 11/27/2002 | Transmittal RE: Haul Escess malt From Park | 1 |
| 796 | 513595 | 1/2/2003 | Item No. 45-73 | 1 |
| 797 | 513529 | | Letter/RE: Notice of Potential Claim | 1 |
| 798 | 512733-512736 | 7/3/2003 | Letter/RE:Contractor's Final Decision-Aggregate Base Course | 4 |
| 799 | 516403-516425 | 7/21/2003 | E-mail/ RE: Sequoia and Kings; 3 Attachments Included | 24 |
| 800 | 515122-515213 | | Photo 5;6: Gravel Pile | 2 |

# PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | Bates No. | Date | Type/Description | No. of Pages |
|---|---|---|---|---|
| 801 | 515124-515125 | | Photo 6;7 Concrete Pieces, Aggregate Base | 2 |
| 802 | 5310 | | Daily Log of Construction | 2 |
| 803 | 513590-513592 | | Fax Transmittal of Letter Draft RE: Pay Estimate Quantity Corrections-PE 13 | 3 |
| 804 | 513876-513877 | 9/11/2002 | E-mail/RE: Base Course Testing | 2 |
| 805 | 50310 | | Daily Log of Construction | 2 |
| 806 | REM000014468-REM000014470 | | Letter VIA FAX RE: Storm Water Pollution | 3 |
| 807 | REM000014471 | 11/8/2002 | Letter/RE: Trail Damage | 1 |
| 808 | 388073-388075 | 11/8/2002 | Letter/RE: Storm Water Pollution;E-mail Attachment | 3 |
| 809 | 6086 | 11/8/2002 | Contractor's Quality Control Daily Report | 1 |
| 810 | 6089 | 11/9/2002 | Contractor's Quality Control Daily Report | 1 |
| 811 | 004373-004736 | 11/9/2002 | Daily Log of Construction | 4 |
| 812 | 6095 | 11/11/2002 | Contractor's Quality Control Daily Report | 1 |
| 813 | 6098 | 11/12/2002 | Contractor's Quality Control Daily Report | 1 |
| 814 | 388077-388079 | 12/10/2002 | Letter VIA Fax RE: Storm Water Pollution Prevention | 3 |
| 815 | 388103-388104 | 11/13/2002 | Letter VIA Fax RE: Issuances of Damages Against REMCON for Flooding Impacts | 2 |
| 816 | 14631 | 11/11/2002 | Report | 1 |
| 817 | 14606 | 11/12/2002 | Meeting Minutes | 1 |
| 818 | REM000014467 | 11/18/2002 | Letter RE: Generak Sherman Tree Trail | 1 |
| 819 | 388124-388125 | 11/20/2002 | Fax Trasmittal of Letter RE: Sherman Tree Trail | 2 |
| 820 | 388122-388123 | 11/20/2002 | Letter/RE: Storm Water Pollution Prevention and Natural Features Protection | 2 |
| 821 | REM000014447 | 11/26/2002 | Letter VIA Fax RE: Erosion Damage on Sherman Tree Trail | 1 |
| 822 | 513589 | | Transmittal RE: Haul Excess matl from Park | 1 |
| 823 | 004371-004372 | 11/8/2002 | Daily Log of Construction | 2 |
| 824 | 518367 | 11/22/2002 | Notes | 1 |
| 825 | 518370 | 12/2/2002 | Notes | 1 |
| 826 | 2/23/1940 | 12/10/2002 | Meeting; Report | 1 |
| 827 | 513149-513151 | 12/9/2002 | E-mail RE: SEKI 200Q -SWPP Issues Including Letter Attachment | 3 |
| 828 | 388270-388271 | | Letter/RE: SWPP Issues | 2 |
| 829 | 388287 | 12/18/2002 | Letter VIA Fax RE: SWPP-Clarification Agreement | 1 |
| 830 | 389888 | 9/22/2000 | E-mail RE: Control Points | 1 |
| 831 | REM000014692 | 6/25/2001 | E-mail RE: Sherman Tree Construction Parking | 1 |
| 832 | 004516-004517 | 6/27/2001 | Daily Log of Construction | 2 |
| 833 | 004518-004519 | 6/28/2001 | Daily Log of Construction | 2 |
| 834 | DHM000002287-DHM000002293 | 7/2/2001 | E-mail RE: 200Q Including Map Attachments | 7 |
| 835 | 500297 | 7/2/2001 | Fax RE: Alignment Adjusment | 3 |

## PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | Bates No. | Date | Type/Description | No. of Pages |
|---|---|---|---|---|
| 836 | DHM000002285-DHM000002286 | 7/6/2001 | E-mail RE: Realignment Access Road | |
| 837 | 004532-004533 | 7/9/2001 | Daily Log of Construction | 2 |
| 838 | 6411 | 7/10/2001 | Weekly Meeting | 1 |
| 839 | 004536-004537 | 7/10/2001 | Daily Log of Construction | 2 |
| 840 | 004550-004551 | 7/16/2001 | Daily Log of Construction | 2 |
| 841 | REM000014697 | 7/25/2001 | E-mail RE:Sherman Tree Upper Pkg. | 1 |
| 842 | 500392-500397 | 7/29/2001 | Transmittal RE: Sherman Tree Parking Including Map Attachments | 6 |
| 843 | REM000014700 | 7/27/2001 | E-mail RE: Sherman Tree Trail | 1 |
| 844 | REM000014703 | 7/30/2001 | E-mail RE: Sherman Tree Trail | 1 |
| 845 | REM000014705 | 7/31/2001 | E-mail RE: Sherman Tree Trail | 1 |
| 846 | REM000014707 | 7/31/2001 | E-mail RE: Sherman Tree | 1 |
| 847 | REM000014708 | 7/31/2001 | E-mail RE: Sherman Ree Trail Grading | 1 |
| 848 | REM000014709 | 7/31/2001 | E-mail RE: Sherman Tree Trail Grading Sheets | 1 |
| 849 | REM000014710 | 7/31/2001 | E-mail RE: One TP Spot Grade Adjustment | 1 |
| 850 | REM000014715 | 8/1/2001 | E-mail RE: Sherman Tree Parking | 1 |
| 851 | REM000014716 | 8/12/2001 | E-mail RE: Update Sequoia 200Q | 1 |
| 852 | REM000014718 | 8/12/2001 | E-mail RE" AutoCAD Files 200Q Addendum | 1 |
| 853 | DHM000002234-DHM000002235 | 8/12/2001 | E-mail RE: Update Sequoia 200Q I | 2 |
| 854 | 514074-514076 | 8/15/2001 | E-mail Re: Update Sequoia 200Q | 3 |
| 855 | 514037-514038 | 8/16/2001 | E-mail RE: Update Sequoia 200Q Including Attachments | 8 |
| 856 | REM000014721 | 8/27/2001 | E-mail RE: Latest 200Q Drawings | 1 |
| 857 | 517786-517788 | 9/12/2001 | Facsimile RE: RFI NO. 7 Lower Sherman Comfort Station | 3 |
| 858 | 514018 | 9/19/2001 | E-mail RE: 200Q Rock | 1 |
| 859 | 006477-006486 | 10/23/2001 | Meeting Agenda Items RE: SEKI 200Q | 10 |
| 860 | 514010 | 11/15/2001 | E-mail RE: SEKI 200Q Evacuation Quantities | 1 |
| 861 | JA01400-JA1401 | 1/8/2002 | Transmittal RE: Giulianin & Kull's Response for Estimated cost for the Access Road Realignment | 2 |
| 862 | JA01402-JA01403 | 1/10/2002 | Transmittal RE: Estimated Cost for the Access Road Realignment | 2 |
| 863 | REM000014653 | 4/17/2002 | Memo RE: Sherman Tree Trail Construction/ Confirmation of Survey Data | 1 |
| 864 | 006617-006622 | 4/23/2002 | Estimates II | 5 |
| 865 | REM000000417 | 5/8/2002 | Crew Card | 1 |
| 866 | 4948 | 5/8/2002 | Daily Log of Construction | 1 |
| 867 | 513367-513369 | 5/9/2002 | E-mail RE: SEKI Trail Grades Attachemtns of Charts Included | 3 |
| 868 | 4954 | 5/9/2002 | Daily Log of Construction | 1 |
| 869 | 4958 | 5/10/2002 | Daily Log of Construction | 1 |
| 870 | 4972 | 5/16/2002 | Daily Log of Construction | 1 |

# PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | Bates No. | Date | Type/Description | No. of Pages |
|---|---|---|---|---|
| 871 | 518184 | 5/17/2002 | Daily Log of Construction | 1 |
| 872 | 518187 | | Status of Work | |
| 873 | 2131 | 5/17/2002 | Letter RE: Record of Negotiation (RON), Restaking Access Road Centerline | 1 |
| 874 | REM000014650 | 5/20/2002 | Letter RE: Project Stand-By and Delay | 1 |
| 875 | 513374 | 5/29/2002 | E-mail RE: Sherman Tree Trail | 1 |
| 876 | REM000014644 | 6/3/2002 | E-mail RE: Sherman Tree Trail Design | 1 |
| 877 | 513376 | 6/3/2002 | E-mail RE: Sherman Tree Trail | 1 |
| 878 | REM000014613 | 6/19/2002 | E-mail RE: Sherman Tree Trail Redesign | 1 |
| 879 | REM000000475 | 6/26/2002 | Crew Card | 1 |
| 880 | DHM000002060-DHM000002064 | 7/1/2002 | E-mail RE: Electronic Survey Data | 5 |
| 881 | 513407 | 7/1/2002 | E-mail RE: Elctronic Survey Data | 1 |
| 882 | 005147-005148 | 7/25/2002 | Daily Log of Construction | 2 |
| 883 | 005137-005138 | 7/25/2002 | Daily Log of Construction | 2 |
| 884 | 513432 | 7/30/2002 | E-mail RE: Additional Fill Requirement on Access Road | 1 |
| 885 | 005159-005161 | 7/30/2002 | Meeting Minutes | 3 |
| 886 | 005164-005165 | 7/31/2002 | Daily Log of Construction | 2 |
| 887 | 005185-005186 | 8/7/2002 | Daily Log of Construction | 2 |
| 888 | REM000014546 | 8/21/2002 | Letter RE: Concerns Over Lack of Survey Control on Trail | 1 |
| 889 | 510706 | 9/5/2002 | E-mail RE: Physical Interference in Parking Area 36+00 to 48+00 | 1 |
| 890 | 510692 | 9/6/2002 | E-mail RE: Test | 1 |
| 891 | 14522 | 9/10/2002 | Meeting Report | 1 |
| 892 | 002103-002111 | 9/12/2002 | Amendment of Solicitaion/Modification of Contract | 9 |
| 893 | 005276-005277 | 9/16/2002 | Daily Log of Construction | 2 |
| 894 | REM000014517 | 9/17/2002 | Letter RE: Clarification of Sherman Tree Trail Design | 1 |
| 895 | REM000000397 | 12/10-12/14/02 | Crew Card | 1 |
| 896 | 513504-513509 | 4/1/2003 | E-mail RE: NPS Response to Contractor's Mediation Brief | 6 |
| 897 | 517782 | 6/13/2001 | RFI No. 004 | 1 |
| 898 | 518185 | | Status of Work | 1 |
| 899 | 518322 | 12-Aug | Notes | |
| 900 | 5031 | | Status of Work | 1 |
| 901 | REM000014690 | | Letter RE: "TP'S" | 1 |
| 902 | 518304-518309 | 1-Jun | Notes: Pay Estimate | 6 |
| 903 | 517782 | 6/13/2001 | RFI NO. 004 | 1 |
| 904 | 517222 | 6/19/2001 | Weekly Field Report | 1 |
| 905 | 517221 | 7/25/2001 | Weekly Field Report | 1 |

# PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | Bates No. | Date | Type/Description | No. of Pages |
|---|---|---|---|---|
| 906 | 517220 | 8/1/2001 | Weekly Field Report | 1 |
| 907 | 517218 | 8/8/2001 | Weekly Field Report | 1 |
| 908 | 500120-500126 | 8/21/2001 | Fax/RE: Change order request | 9 |
| 909 | 517216 | 8/22/2001 | Weekly Field Report | 1 |
| 910 | 517786-517788 | 9/12/2001 | Facsimile RE: RFI No. 7 | 3 |
| 911 | **NONE** | 9/20/2001 | Material Hauling Log | 1 |
| 912 | 517209 | 10/11/2001 | Weekly Field Report | 1 |
| 913 | 517977 | 10/29/2001 | RFI No. 31 | 1 |
| 914 | 517206 | 11/1/2001 | Weekly Field Report | 1 |
| 915 | 516315-516316 | 3/28/2002 | Letter VIA Fax RE: Response to REMCON's Request for Equitable Adjustment | 2 |
| 916 | 517598-517600 | 4/3/2002 | Letter VIA Fax RE: Responses to Equitable Adjustment letter | 2 |
| 917 | 517594-517597 | | Letter RE: Response to Letter Dated April 3, 2001 RE: Request fro Equitable Adjustment | 4 |
| 918 | 515830-515848 | 4/17/2002 | Transmittal RE: Extended Overhead Daily Rates Attached | 19 |
| 919 | 518190 | 5/14/2002 | Daily Log of Construction | 1 |
| 920 | 500079-500081 | 5/18/2002 | Memorandum RE: SEKI 200Q Trip Report | 3 |
| 921 | 513371 | 5/22/2002 | E_mail RE: Project Delay | 1 |
| 922 | 513373 | 5/23/2002 | E-mail RE: Standby Costs | 1 |
| 923 | 516326-516331 | 5/29/2002 | Letter VIA Facsimile RE: Remcon Letter Dated May 20,2002 | 6 |
| 924 | 518165 | 5/31/2002 | Daily Log of Construction | 1 |
| 925 | 518166 | | Status of Work | |
| 926 | 518160 | 6/4/2002 | Daily Log of Construction | 1 |
| 927 | 518163 | | Status of Work | |
| 928 | 513395-513406 | 6/27/2002 | E-mail RE: MODS/potential MODs todate Attachments | 11 |
| 929 | 14440 | 7/9/2002 | Discussion Submittal 132 | 1 |
| 930 | 14425 | 7/15/2002 | Letter RE: RFU # and Station | 1 |
| 931 | 14375 | 7/23/2002 | Meeting Report | 1 |
| 932 | 14391 | 7/30/2002 | Meeting Report | 1 |
| 933 | 516317 | 7/31/2002 | Letter VIA Fax RE: Certification of Claim, Amount of Claim | 1 |
| 934 | 14469 | 8/20/2002 | Meeting Report | 1 |
| 935 | 14456 | 8/20/2002 | Meeting Minutes | 1 |
| 936 | 14522 | 9/10/2002 | Meeting Report | 1 |
| 937 | 14550 | 10/22/2002 | Meeting Report | 1 |
| 938 | 513589 | | Transmittal RE: Haul Excess matl from Park | 1 |
| 939 | 513346 | 12/16/2002 | E-mail RE: Rock Ripping Requirement | 1 |
| 940 | 513512-513514 | 4/1/2003 | E-Mail RE: Gov't Position Relative to SEKI-200Q Brief Attchments Included | 3 |
| 941 | 516379-516402 | 7/17/2003 | E-mail Attachments Include: Dry Laid Stone Wall 7-3-03, Aggregate Base Course 7-3-03, and Differing Sit Conditions-Rock Blasting, Grading Excavation | 24 |

# PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | Bates No. | Date | Type/Description | No. of Pages |
|---|---|---|---|---|
| 942 | 516403-516425 | 7/21/2003 | E-mail Attachments Included | 24 |
| 943 | 517605-517613 | | SEKI -200Q Blasting Costs Records | 9 |
| 944 | 517525 | | REMCON Table of Contents | 40 |
| 945 | 518312 | 23-Jul | Notes | 1 |
| 946 | 518331 | 26-Aug | Notes | 1 |
| 947 | 518341 | 24-Sep | Notes | 1 |
| 948 | 517305 | | Summary of Costs | 1 |
| 949 | 517521-517522 | 10/24/2002 | Quantities Summary | 2 |
| 950 | 517521 - 517522 | 10/24/2000 | Sequoia National Park - Project 200Q Quantities Summary | 2 |
| 951 | 517782 | 6/13/2001 | Request for Information (RFI) RFI No. 004 | 1 |
| 952 | 518304 - 518309 | | July 10 - Copper Water Crossing | 6 |
| 953 | 518312 | | July 23 - Sequoia at Recon Trailer | 1 |
| 954 | 518331 | | August 26 - Russell - Breakout | 1 |
| 955 | 518341 | | September 24 - SEKI 200 Q Weekly Conf Call | 1 |
| 956 | 517222 | 8/11/2001 | Weekly Field Report - Sequoia and Kings Canyon National Parks, Contract No. 1443C8000010903/Package No. SEKI-200Q | 1 |
| 957 | 517221 | 7/21/2001 | Weekly Field Report - Sequoia and Kings Canyon National Parks, Contract No. 1443C8000010903/Package No. SEKI-200Q | 1 |
| 958 | 517220 | 8/1/2001 | Weekly Field Report - Sequoia and Kings Canyon National Parks, Contract No. 1443C8000010903/Package No. SEKI-200Q | 1 |
| 959 | 517218 | 8/8/2001 | Weekly Field Report - Sequoia and Kings Canyon National Parks, Contract No. 1443C8000010903/Package No. SEKI-200Q | 1 |
| 960 | 500120 - 500126 | 8/21/2001 | Change Order Request | 9 |
| 961 | 517216 | 8/22/2001 | Weekly Field Report - Sequoia and Kings Canyon National Parks, Contract No. 1443C8000010903/Package No. SEKI-200Q | 1 |
| 962 | 517786 - 517788 | 9/12/2001 | Facsimile: NPS Response to RFI No. 7 | 3 |
| 963 | | 9/20/2001 | SEKI - 200 Q Project/Log of Trucking/Hauling - June 2001 | 1 |
| 964 | 517209 | 10/11/2001 | Weekly Field Report - Sequoia and Kings Canyon National Parks, Contract No. 1443C8000010903/Package No. SEKI-200Q | 1 |
| 965 | 517977 | 10/29/2001 | Request for Clarification (RFI) | 1 |
| 966 | 517206 | 11/1/2001 | Weekly Field Report - Sequoia and Kings Canyon National Parks, Contract No. 1443C8000010903/Package No. SEKI-200Q | 1 |
| 967 | 516315 - 516316 | 3/28/2002 | Letter: Sequoia and Kings Canyon National Parks, Tulare County, California, Contract No. 1443C8000010903, Giant Forest, Sherman Tree Parking Area, Package No. SEKI-200Q | 2 |
| 968 | 517598 | 4/3/2002 | Letter: Responses to Equitable Adjustment Letter | 3 |
| 969 | | 4/3/2002 | Letter: Response to Request for Equitable Adjustment Letter dated April 3, 2002 | 4 |

## PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | Bates No. | Date | Type/Description | No. of Pages |
|---|---|---|---|---|
| 970 | 518190 | 5/14/2002 | Daily Log of Construction | 1 |
| 971 | 500079 | 5/18/2002 | Memorandum: Draft for Review - Project SEKI 200Q Trip Report | 3 |
| 972 | 515859 - 515868 | 4/17/2002 | Transmittal - National Park Service | 10 |
| 973 | 513371 | 5/22/2002 | Email: Re: Project Delay | 1 |
| 974 | 513373 | 5/23/2002 | Email: Re: Standby Costs | 1 |
| 975 | 516326 - 516331 | 5/29/2002 | Letter: Remcon Letter dated May 20, 2002, concerning Project Stand-by and Delay | 6 |
| 976 | 518165 | 5/31/2002 | Daily Log of Construction | 1 |
| 977 | 518160 | 6/4/2002 | Daily Log of Construction | 1 |
| 978 | 518163 | | Page 2 - Status of Government Furnished Services and/or Supplies | 1 |
| 979 | 513395 - 513406 | 6/27/2002 | Email: Re: MODs/potential MODs to date | 11 |
| 980 | 014440 | 7/9/2002 | Discussion: Submittal 132, Willie send an approved copy to Jacobs | 1 |
| 981 | 014425 | 7/15/2002 | Letter : Summary of Discussion - RFI # and Station - Description and Agreement | 1 |
| 982 | 014375 | 7/23/2002 | Meeting Minutes: 30-3 | 1 |
| 983 | 014391 | 7/30/2002 | Meeting Minutes: 30-3 | 1 |
| 984 | 516317 | 7/31/2002 | Letter: Certification of Claim, Amount of Claim | 1 |
| 985 | 014469 | 8/20/2002 | Meeting Minutes: 30-4 - Baseline schedule | 1 |
| 986 | 014456 | 8/27/2002 | Meeting Minutes - Sequoia National Park/Sherman Tree Parking | 1 |
| 987 | 014522 | 9/10/2002 | Meeting Minutes:38-7 | 1 |
| 988 | 014550 | 10/22/2002 | Meeting Minutes: 44-2 | 1 |
| 989 | 513346 | 12/16/2002 | Email: Rock Ripping Requirement | 1 |
| 990 | 513512 | 4/1/2003 | Email: Gov't Position relative to SEKI-200Q Mediating Brief | 3 |
| 991 | 516379 - 516402 | 7/17/2003 | Email: Sequoia and Kings Canyon National Parks, Tulare County, California, Contract No. 1443C8000010903, Giant Forest, Sherman Tree Parking Area, SEKI 200Q | 24 |
| 992 | 516403 - 516425 | 7/21/2003 | Email: Sequoia and Kings Canyon National Parks, Tulare County, California, Contract No. 1443C8000010903, Giant Forest, Sherman Tree Parking Area, SEKI 200Q | 24 |
| 993 | 517605 - 517613 | | SEKI - 200-Q Blasting Costs | 9 |
| 994 | 517525 - 517564 | | Remcon - Table of Contents | 40 |
| 995 | 517305 | | Table | 1 |
| 996 | 517521 - 517522 | 10/24/2000 | Sequoia National Park, Project 200Q Quantities Summary | 2 |
| 997 | 517782 | 6/13/2001 | Request for Information | 1 |
| 998 | 518304 - 518309 | | Copper Water Crossing | 6 |
| 999 | 518312 | | July 23 Sequoia at Remcon Trailer | 1 |

# PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | Bates No. | Date | Type/Description | No. of Pages |
|---|---|---|---|---|
| 1000 | 518331 | | August 26 Russell Breakout | 1 |
| 1001 | 518341 | | September 24 SEKI 200Q Weekly Conf Call | 1 |
| 1002 | 517222 | 7/19/2001 | Weekly Field Report | 1 |
| 1003 | 517221 | 7/25/2001 | Weekly Field Report | 1 |
| 1004 | 517220 | 8/1/2001 | Weekly Field Report | 1 |
| 1005 | 517218 | 8/8/2001 | Weekly Field Report | 1 |
| 1006 | 500120 - 500126 | 8/21/2001 | Change Order Request | 9 |
| 1007 | 517216 | 8/22/2001 | Weekly Field Report | 1 |
| 1008 | 517786 - 517788 | 9/12/2001 | Facsimile: NPS response to RFI No. 7 | 3 |
| 1009 | | 9/20/2001 | SEKI - 200Q Project/ Log of Trucking/Hauling - June 2001 | 1 |
| 1010 | 517209 | 10/11/2001 | Weekly Field Report | 1 |
| 1011 | 517977 | 10/18/2001 | Request for Information | 1 |
| 1012 | 517206 | 11/1/2001 | Weekly Field Report | 1 |
| 1013 | 516315 | 3/28/2002 | Letter: Response to Remcon's "Request for Equitable Adjustment" | 2 |
| 1014 | 517598 - 517600 | 4/3/2002 | Remcon, Inc. | 3 |
| 1015 | 517594 - 517597 | | Letter: Response to Request for Equitable Adjustment Letter dated April 3, 2002 | 4 |
| 1016 | 518190 | | Daily Log of Construction | 1 |
| 1017 | 500079 - 500081 | 5/18/2002 | Memorandum: SEKI 200Q Trip Report | 3 |
| 1018 | 513371 | 5/22/2002 | Email: Re: Project Delay | 1 |
| 1019 | 513373 | 5/23/2002 | Email: Re: Standby Costs | 1 |
| 1020 | 516326 - 516331 | 5/29/2002 | Letter: Remcon Letter dated May 20, 2002, concerning Project Stand-By an Delay | 6 |
| 1021 | 518165 | 5/31/2002 | Daily Log of Construction | 1 |
| 1022 | 518160 | 6/4/2002 | Daily Log of Construction | 1 |
| 1023 | 518163 | | Page 2 - Status of Government Furnished Services and/or Supplies | 1 |
| 1024 | 513395 - 513406 | 6/27/2002 | Email: Re: MODs/potential MODs to date | 11 |
| 1025 | 014440 | 7/9/2002 | Page 2 - Discussion: Submittal 132, Willie will send an approved copy to Jacobs | 1 |
| 1026 | 014425 | 7/15/2002 | Letter: Summary of Discussion/RFI # and Station - Description and Agreement | 1 |
| 1027 | 014375 | 7/23/2002 | Meeting Minutes: 30-3 Approved key personnel | 1 |
| 1028 | 014391 | 7/30/2002 | Meeting Minutes: 30-3 Approved key personnel | 1 |
| 1029 | 516317 | 7/31/2002 | Letter: Certification of Claim, Amount of Claim | 1 |
| 1030 | 014469 | 8/20/2002 | Meeting Minutes: 30-4 Baseline schedule | 1 |
| 1031 | 014456 | 8/27/2002 | Meeting Minutes - Sequoia National Park | 1 |
| 1032 | 014550 | 10/22/2002 | Meeting Minutes: 44-2 Dave Garcia of Garcia Paving stated that the asphalt paving that is being placed is unraveling. | 1 |

## PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | Bates No. | Date | Type/Description | No. of Pages |
|---|---|---|---|---|
| 1033 | 513346 | 12/16/2002 | Email: Rock Ripping Requirement | 1 |
| 1034 | 5133512 - 513514 | 4/1/2003 | Email: Gov't Position relative to SEKI-200Q Mediation Brief | 3 |
| 1035 | 516379 - 516401 | 7/17/2003 | Email: Sequoia and Kings Canyon National Parks, Tulare County, California, Contract No. 1443C8000010903, Giant Forest, Sherman Tree Parking Area, SEKI 200Q | 24 |
| 1036 | 516403 - 516425 | 7/21/2003 | Sequoia and Kings Canyon National Parks, Tulare County, California, Contract No. 1443C8000010903, Giant Forest, Sherman Tree Parking Area, SEKI 200Q | 24 |
| 1037 | 517605 - 517613 | | SEKI 200Q Blasting Costs - Roadway Costs | 9 |
| 1038 | 517525 - 517564 | | Remcon Table of Contents | 40 |
| 1039 | 517305 | | Table | 1 |
| 1040 | | | Table: Equipment Description/No./Total Hrs. Used - REM000010322 | 2 |
| 1041 | 011580 | 10/31/2001 | Daily Log of Construction - A/E Inspector/Jacobs Facilities, Inc. | 2 |
| 1042 | 012183 - 012195 | 10/3/2002 | Contractor's Quality Control Daily Report, Report No. 106 | 11 |
| 1043 | 012120 - 012138 | 10/10/2002 | Contractor's Quality Control Daily Report, Report No. 112 | 19 |
| 1044 | 005904 | 10/10/2002 | Contractor's Quality Control Daily Report, Report No. 112 | 1 |
| 1045 | 005936 | 10/14/2002 | Contractor's Quality Control Daily Report, Report No. 113 | 1 |
| 1046 | 005951 | 10/17/2002 | Contractor's Quality Control Daily Report, Report No. 116 | 1 |
| 1047 | 513689 - 513693 | 10/31/2002 | Contract: 0112 Sherman Tree #1443C800010903 | 5 |
| 1048 | 388105 - 388107 | 11/19/2002 | Letter: Pay Estimate Quantity Corrections | 3 |
| 1049 | 014607 | 11/26/2002 | Meeting Minutes: 40-3 The status of the required changes of the existing Access Road were discussed. | 1 |
| 1050 | 513628 - 513629 | 11/27/2002 | Facsimile - November billing | 2 |
| 1051 | 513589 | 11/27/2002 | Facsimile - Page 2 of 2 | 1 |
| 1052 | | 12/3/2002 | Letter: Notice of Claim | 3 |
| 1053 | 513129 - 513132 | 12/9/2002 | Email: Letter #74: Notice of Claim | 4 |
| 1054 | 388210 - 388212 | 12/9/2002 | Letter: Notice of Claim | 3 |
| 1055 | 513595 | 1/2/2003 | Item No. 45 - Silt Protection | 1 |
| 1056 | 508312 - 508320 | 1/17/2003 | Facsimile: AB Thickness on Access Road | 9 |
| 1057 | 014393 - 014394 | 3/10/2003 | Letter: Claim for Non-Payment by NPS for Aggregate Base and Asphalt Concrete | 2 |
| 1058 | 014405 - 014406 | 3/17/2003 | Letter: Notice of Potential Claim, Failure to Provide Aggregate Base | 2 |
| 1059 | 014396 - 014397 | 3/25/2003 | Letter: Notice of Claim, Failure to Provide Aggregate Base | 2 |
| 1060 | 387283 - 387292 | 6/30/2003 | Letter: Response to NPS' Pay Estimate 14 Quantity Corrections Letter | 10 |
| 1061 | 512733 - 512736 | 7/3/2003 | Letter: Contracting Officer's Final Decisions - Aggregate Base Course | 4 |

# PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | Bates No. | Date | Type/Description | No. of Pages |
|---|---|---|---|---|
| 1062 | 387317 - 387329 | 7/3/2003 | Letter: Contracting Officer's Final Decisions - Aggregate Base Course | 10 |
| 1063 | 514310 - 514312 | 4/2/2004 | Letter: Notice of Claim | 3 |
| 1064 | 005310 | | Daily Log of Construction | 1 |
| 1065 | 513697 | | Table (Estimates) | 1 |
| 1066 | 513638 - 513640 | | Letter: Pay Estimate Quantity Corrections | 3 |
| 1067 | 513590 - 513592 | | Letter - Draft: Pay Estimate Quantity Corrections - PE 13 | 3 |
| 1068 | 014550 | 10/22/2002 | Meeting Minutes - 44-2 | 1 |
| 1069 | 388064 - 388065 | 10/31/2002 | Letter: Asphalt Paving Issues, Letter from Garcia Paving | 2 |
| 1070 | 513689 - 513693 | 10/31/2002 | Contract: 0112 Sherman Tree #1443C800010903 | 5 |
| 1071 | 388105 - 388107 | 11/19/2002 | Letter: Pay Estimate Quantity Corrections | 3 |
| 1072 | 013151 - 013153 | 11/20/2002 | Facsimile: AC Core Sample results | 3 |
| 1073 | 014438 - 014440 | 12/3/2002 | Letter: Notice of Claim, | 3 |
| 1074 | 388210 - 388212 | 12/9/2002 | Letter: Notice of Claim | 3 |
| 1075 | 513129 - 513132 | 12/9/2002 | Email: Letter #74: Notice of Claim | 4 |
| 1076 | 513604 | 12/13/2002 | Facsimile: Sherman Tree Parking | 1 |
| 1077 | 513595 | 1/2/2003 | Item List (duplicate copy) | 1 |
| 1078 | 014405 - 014406 | 3/10/2003 | Letter: Claim for Non-Payment by NPS for Aggregate Base and Asphalt Concrete | 2 |
| 1079 | 387283 - 387292 | 6/30/2003 | Letter: Response to NPS' Pay Estimate 14 Quantity Corrections Letter | 10 |
| 1080 | 514310 - 514312 | 4/2/2004 | Letter: Notice of Claim | 3 |
| 1081 | 513697 | | Table (Estimates) | 1 |
| 1082 | 513638 - 513640 | | Letter: Pay Estimate Quantity Corrections | 3 |
| 1083 | 513590 - 513592 | | Letter/Draft - Pay Estimate Quantity Corrections - PE 13 | 3 |
| 1084 | 023989 | | Map | 1 |
| 1085 | 002215 | | Email: FW: Rock quantities | 1 |
| 1086 | 005706 | 7/16/2002 | Contractor's Quality Control Daily Report | 1 |
| 1087 | 013278 | 7/16/2002 | Contractor's Quality Control Daily Report | 1 |
| 1088 | 005118 | 7/16/2002 | Daily Log of Construction | 1 |
| 1089 | 005120 | 7/17/2002 | Daily Log of Construction | 1 |
| 1090 | 005122 | 7/18/2002 | Daily Log of Construction | 1 |

# PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | Bates No. | Date | Type/Description | No. of Pages |
|---|---|---|---|---|
| 1091 | 005124 | 7/19/2002 | Daily Log of Construction | 1 |
| 1092 | 005720 | 7/22/2002 | Contractor's Quality Control Daily Report | 1 |
| 1093 | 389248 - 389249 | 7/19/2002 | Email: 200Q field observations week of 7/15 | 2 |
| 1094 | 000523 - 000525 | 7/22/2002 | Email: FW 200Q field observations week of 7/15 | 3 |
| 1095 | 005141 | 7/22/2002 | Daily Log of Construction | 1 |
| 1096 | 005130 - 005131 | 7/23/2002 | Daily Log of Construction | 2 |
| 1097 | 005143 | 7/23/2002 | Daily Log of Construction | 1 |
| 1098 | 005145 | 7/24/2002 | Daily Log of Construction | 1 |
| 1099 | 508244 | 7/25/2002 | Facsimile: Adjust Dry Laid Rockwall To meet existing grades | 1 |
| 1100 | 005728 | 7/25/2002 | Subcontractor Work Form | 1 |
| 1101 | 013253 | 7/25/2002 | Subcontractor Work Form | 1 |
| 1102 | 005757 | 8/1/2002 | Contractor's Quality Control Daily Report, Report No. 57 | 1 |
| 1103 | 005779 | 8/8/2002 | Sketch of Dry Laid Stone Wall | 1 |
| 1104 | 508253 - 508254 | 8/7/2002 | Facsimile: ASI #212 - Project Seq SEKO 200Q | 2 |
| 1105 | 514159 - 514160 | 8/28/2002 | Email: photos | 2 |
| 1106 | 005282 - 005283 | 9/17/2002 | Daily Log of Construction | 2 |
| 1107 | 513689 - 513693 | 10/31/2002 | Contract: 0112 Sherman Tree #1443C8000010903 | 5 |
| 1108 | 388105 - 388107 | 11/19/2002 | Letter: Pay Estimate Quantity Corrections | 3 |
| 1109 | 014434 - 014435 | 12/4/2002 | Letter: Notice of Claim, Failure to Follow Payment Terms of the Contract Specifications for Dry-Laid Stone Wall | 2 |
| 1110 | 388213 - 388215 | 12/4/2002 | Letter: Notice of Claim, Failure to Follow Payment Terms of the Contract Specifications for Dry-Laid Stone Wall | 3 |
| 1111 | 514317 - 514318 | 12/4/2002 | Letter: Notice of Claim, Failure to Follow Payment Terms of the Contract Specifications for Dry-Laid Stone Wall | 2 |
| 1112 | 513140 - 513142 | 12/9/2002 | Email: Letter #75: Notice of Claim | 3 |
| 1113 | 513596 | 1/2/2002 | Item No. List | 1 |
| 1114 | 014400 - 014401 | 3/12/2003 | Letter: Claim for Non-Payment by NPS for Dry-Laid Stone Wall | 2 |
| 1115 | 516364 - 516369 | 5/1/2003 | Email: Re: (No subject) | 6 |
| 1116 | 512967 - 512975 | 5/22/2003 | Email: Dry Laid Stone Wall | 8 |
| 1117 | 512737 - 512742 | 7/3/2003 | Letter: Contract Officer's Final Decisions - Dry Laid Stone Wall | 6 |
| 1118 | 387301 - 387312 | 7/3/2003 | Letter: Contract Officer's Final Decisions - Dry Laid Stone Wall | 12 |

## PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | Bates No. | Date | Type/Description | No. of Pages |
|---|---|---|---|---|
| 1119 | 516403 - 516425 | 7/21/2003 | Email(s): Sequoia and Kings Canyon National Parks, Tulare County, California, Contract No. 1443C8000010903, Giant Forest, Sherman Tree Parking Area, SEKI 200Q | 23 |
| 1120 | 387283 - 387292 | 6/30/2003 | Letter: Response to NPS' Pay Estimate 14 Quantity Corrections Letter | 10 |
| 1121 | 509995 - 509996 | 9/25/2002 | Email: SEKI 200Q Phone Call with Steve summary | 2 |
| 1122 | 513638 - 513640 | | Letter: Pay Estimate Quantity Corrections | 3 |
| 1123 | 513590 - 513592 | | Letter/Draft: Pay Estimate Quantity Corrections - PE 13 | 3 |
| 1124 | 518342 | | Parking "6 FT Bust" | 1 |
| 1125 | 500398 - 500401 | 7/30/2001 | Email: Re: Boulder Revetment - SEKI 200 Q | 4 |
| 1126 | 006466 - 006467 | 10/2/2001 | Weekly Meeting #19 - Minutes | 2 |
| 1127 | 511803 | 8/1/2002 | Facsimile: Revetment Records | 1 |
| 1128 | 000571 | 8/6/2002 | Remediation Constructors, Inc. Crew Card | 1 |
| 1129 | 014531 | 9/6/2002 | Conference Call with Russell, Loren, Luke and Terry | 1 |
| 1130 | 513689 - 513693 | 10/31/2002 | Contract: 0112 Sherman Tree #1443C8000010903 | 5 |
| 1131 | 388105 - 388107 | 11/19/2002 | Letter: Pay Estimate Quantity Corrections | 3 |
| 1132 | 513589 | 11/27/2002 | Facsimile: Page 2 of 2 | 1 |
| 1133 | 014426 | 12/7/2002 | Letter: Notice of Potential Claim, Failure by the NPS to Provide REMCON with Boulder Revetment as required in the Contract Specifications | 1 |
| 1134 | 014424 - 014425 | 12/7/2002 | Letter: Notice of Claim, Failure to Follow Payment Terms of the Contract Specifications for Boulder Revetment | 2 |
| 1135 | 388259 - 388260 | 12/16/2002 | Letter: Notice of Claim, Failure to Follow Payment Terms of the Contract Specifications for Boulder Revetment | 2 |
| 1136 | 513137 - 513139 | 12/9/2002 | Email: Letter #76: Notice of Claim, Failure to Follow Payment Terms of the Contract Specifications for Boulder Revetment (Bid Item No. 102) -- This appears to be a response to Mike Giller's letter of 11/19/02 | 3 |
| 1137 | 513146 - 513148 | 12/9/2002 | Email: Letter #77: Notice of Claim | 3 |
| 1138 | 513578 | 12/11/2002 | Speed Letter | 1 |
| 1139 | 513604 | 12/13/2002 | Facsimile: Remcon Billing - November & December | 1 |
| 1140 | 514314 - 514315 | 4/2/2004 | Letter: Notice of Claim, Failure to Follow Payment Terms of the Contract Specifications for Boulder Revetment | 2 |
| 1141 | 513638 - 513640 | | Letter: Pay Estimate Quantity Corrections | 3 |
| 1142 | 517298 | | Landscape Boulders/Measurements | 1 |
| 1143 | 388105 - 388107 | 11/19/2002 | Letter: Pay Estimate Quantity Corrections | 3 |

# PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | Bates No. | Date | Type/Description | No. of Pages |
|---|---|---|---|---|
| 1144 | 014427 - 014428 | 12/7/2002 | Letter: Notice of Claim | 2 |
| 1145 | 513143 - 513145 | 12/9/2002 | Email: Letter #78 Notice of Claim | 3 |
| 1146 | 514320 - 514321 | 4/3/2004 | Letter: Notice of Claim | 2 |
| 1147 | 513638 - 513640 | | Letter: Pay Estimate Quantity Corrections | 3 |
| 1148 | 513689 - 513693 | 10/31/2002 | Contract: 0112 Sherman Tree #1443C800010903 | 5 |
| 1149 | 388105 - 388107 | 11/19/2002 | Letter: Pay Estimate Quantity Corrections | 3 |
| 1150 | 513628 - 513629 | 11/27/2002 | Facsimile: 1433C8000010903 | 2 |
| 1151 | 387283 - 387292 | 6/30/2003 | Letter: Response to NPS' Pay Estimate 14 Quantity Corrections Letter | 10 |
| 1152 | 513595 | 1/2/2003 | Item No. List | 1 |
| 1153 | 001429 | 6/24/2000 | Sequoia National Park - Project 200Q Quantities Summary | 1 |
| 1154 | 001259 - 001267 | 6/24/2000 | Sequoia National Park - Project 200Q Quantities Summary | 9 |
| 1155 | 001409 - 001412 | 7/5/2000 | Sequoia 200Q Work Tasks and To Do List | 4 |
| 1156 | 001803 - 001815 | 10/24/2000 | Memorandum: Project SEKI 200Q (Estimates) | 13 |
| 1157 | 001288 - 001289 | 10/24/2000 | Memorandum: Project SEKI 200Q (Estimates) | |
| 1158 | 001280 - 001282 | 10/27/2000 | Email: FW: Wuksachi dirt stockpile and other 200Q information | 3 |
| 1159 | 001278 - 001279 | 10/30/2000 | Letter of Transmittal : Copies of US30 Parking Lot Grading Plan | 2 |
| 1160 | 001210 - 001226 | 3/26/2001 | Memorandum: List of the quantities to confirm the accuracy of the contract | 17 |
| 1161 | 002307 - 002311 | 6/7/2001 | Facsimile: Tree designs, grading and demolition. | 5 |
| 1162 | 000742 - 000745 | 6/8/2001 | Facsimile: EW Summary from DHM, M/M Summary | 4 |
| 1163 | 014692 | 6/25/2001 | Email: Sherman Tree Construction Staking | 1 |
| 1164 | 000089 | 10/27/2001 | Crew Card | 1 |
| 1165 | 000093 | 10/29/2001 | Remediation Constructors, Inc. (Remcon, Inc.) Crew Card | 1 |
| 1166 | 002287 - 002293 | 7/2/2001 | Email: 200Q | 7 |
| 1167 | 000741 | 7/3/2001 | Email: 200Q | 1 |
| 1168 | 002285 - 002286 | 7/6/2001 | Email: Fw: Realignment Access Road | 2 |
| 1169 | 000009 | 7/9/2001 | Remediation Constructors, Inc. (Remcon, Inc.) Crew Card | 1 |
| 1170 | 000011 | 7/10/2001 | Remediation Constructors, Inc. (Remcon, Inc.) Crew Card | 1 |
| 1171 | 000012 | 7/10/2001 | Remediation Constructors, Inc. (Remcon, Inc.) Crew Card | 1 |
| 1172 | 000013 | 7/11/2001 | Remediation Constructors, Inc. (Remcon, Inc.) Crew Card | 1 |
| 1173 | 000014 | 7/11/2001 | Remediation Constructors, Inc. (Remcon, Inc.) Crew Card | 1 |