# PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | Bates No. | Date | Type/Description | No. of Pages |
|---|---|---|---|---|
| 1174 | 013015 -013016 | 7/16/2001 | Weekly Meeting Minutes, #7 | 2 |
| 1175 | 014697 | 7/25/2001 | Email: Sherman Tree Upper Pkg. | 1 |
| 1176 | 000051 | 7/25/2001 | Remediation Constructors, Inc. (Remcon, Inc.) Crew Card | 1 |
| 1177 | 014941 | 7/26/2001 | Facsimile: Slope Adjustments | 1 |
| 1178 | 000070 | 7/30/2001 | Remediation Constructors, Inc. (Remcon, Inc.) Crew Card | 1 |
| 1179 | 000066 | 7/31/2001 | Remediation Constructors, Inc. (Remcon, Inc.) Crew Card | 1 |
| 1180 | 000069 | 7/31/2001 | Remediation Constructors, Inc. (Remcon, Inc.) Crew Card | 1 |
| 1181 | 014933 | | Proposal: Temporary Access Road between the staging area and upper parking | 1 |
| 1182 | 0141707 | 7/31/2001 | Email: Re: Sherman Tree | 1 |
| 1183 | 014708 | 7/31/2001 | Email: Sherman Tree Trail Grading Sheets | 1 |
| 1184 | 014709 | 7/31/2001 | Email: Re: Sherman Tree Trail Grading Sheets | 1 |
| 1185 | 014710 | 7/31/2001 | Email: One TP spot grade adjustment | 1 |
| 1186 | 014715 | 8/1/2001 | Email: Sherman Tree Parking | 1 |
| 1187 | 000096 | 8/1/2001 | Remediation Constructors, Inc. (Remcon, Inc.) Crew Card | 1 |
| 1188 | 000099 | 8/2/2001 | Remediation Constructors, Inc. (Remcon, Inc.) Crew Card | 1 |
| 1189 | 000111 | 8/7/2001 | Remediation Constructors, Inc. (Remcon, Inc.) Crew Card | 1 |
| 1190 | 013003 - 013006 | 8/7/2001 | Weekly Meeting Minutes, #11 | 4 |
| 1191 | 002265 | 8/8/2001 | Email: Over-runs on 200Q | 1 |
| 1192 | 000714 - 000724 | 8/9/2001 | Facsimile: Seq. 200Q, RFI | 11 |
| 1193 | 002238 - 002248 | 8/9/2001 | Facsimile: Seq. 200Q, RFI | 11 |
| 1194 | 002234 - 002235 | 8/12/2001 | Email: Update Sequoia 200Q | 2 |
| 1195 | 014716 | 8/12/2001 | Email: Update Sequoia 200Q | 1 |
| 1196 | 014718 | 8/12/2001 | Email: AutoCAD files 200Q Addendum | 1 |
| 1197 | 000153 | 8/13/2001 | Remediation Constructors, Inc. (Remcon, Inc.) Crew Card | 1 |
| 1198 | 002260 | 8/16/2001 | Sequoia National Park - Sherman Tree Parking and Restoration, Items and Change in Quantities Summary | 1 |
| 1199 | 001170 - 001171 | 8/16/2001 | Upper Sherman Parking Lot | 2 |
| 1200 | 013049 - 013056 | 8/20/2001 | Letter: Rock Excavation, Differing Site Condition | 8 |
| 1201 | 010295 - 010303 | 8/20/2001 | Change Order Request, Rock Excavation, Drilling and Shooting | 9 |
| 1202 | 014721 | 8/27/2001 | Email: Latest 200Q Drawings | 1 |
| 1203 | 002493 - 002500 | | Maps: Grading and Restoration Plan | 8 |

# PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | Bates No. | Date | Type/Description | No. of Pages |
|---|---|---|---|---|
| 1204 | 002572 - 002579 | | Maps: Layout Plan | 8 |
| 1205 | 002524 - 002526 | | Maps: Grading and Restoration Plan | 3 |
| 1206 | 013156 - 013157 | | Table: Haul Excess Material | 2 |
| 1207 | 000206 | 9/5/2001 | Remediation Constructors, Inc. (Remcon, Inc.) Crew Card | 1 |
| 1208 | 000229 | 9/13/2001 | Remediation Constructors, Inc. (Remcon, Inc.) Crew Card | 1 |
| 1209 | 000237 | 9/17/2001 | Remediation Constructors, Inc. (Remcon, Inc.) Crew Card | 1 |
| 1210 | 001174 - 001189 | 10/16/2001 | Facsimile: Revetment | 16 |
| 1211 | 014905 | 10/22/2001 | Transmittal - National Park Service | 1 |
| 1212 | 000389 | 11/19/2001 | Remediation Constructors, Inc. (Remcon, Inc.) Crew Card | 1 |
| 1213 | 013162 - 013165 | 12/4/2001 | Excess Excavation Remaining Onsite | 4 |
| 1214 | 001755 | 12/7/2001 | Sequoia National Park, Earthwork Quantities Evaluation | 1 |
| 1215 | 010179 - 010232 | 12/7/2001 | Original Cost Estimate, Item 37 | 16 |
| 1216 | 000633 - 000645 | 12/10/2001 | Earthwork Quantities | 13 |
| 1217 | 001744 - 001751 | 12/10/2001 | Facsimile: Summary | 8 |
| 1218 | 014663 -014665 | 4/3/2002 | Letter: Responses to Equitable Adjustment Letter | 3 |
| 1219 | 000417 | 5/8/2002 | Remediation Constructors, Inc. (Remcon, Inc.) Crew Card | 1 |
| 1220 | 002147 - 002149 | 5/18/2002 | Letter: SEKI 200Q Trip Report | 3 |
| 1221 | 014650 | 5/20/2002 | Letter: Project Stand-by and Delay | 1 |
| 1222 | 014648 | 5/20/2002 | Email: Project Delay | 1 |
| 1223 | 000603 - 000606 | 5/21/2002 | Email: Seki Trip Report | 4 |
| 1224 | 014649 | 5/22/2002 | Email: Standby Costs | 1 |
| 1225 | 001730 - 001732 | 5/24/2002 | Sequoia National Park 200Q Cost Estimate | 3 |
| 1226 | 000594 - 000601 | 5/24/2002 | Email: Revised Grading/Map: Parking Lot Grading Plan | 8 |
| 1227 | 000592 - 000593 | 5/24/2002 | Letter of Transmittal: Plans and Estimates | 2 |
| 1228 | 014644 | 6/3/2002 | Email: Sherman Tree Trail Design | 1 |
| 1229 | 014643 | 6/3/2002 | Email: Rock Sample from Cut | 1 |
| 1230 | 002108 - 002110 | 6/10/2002 | Memorandum: Draft for Review | 3 |
| 1231 | 000451 | 6/17/2002 | Remediation Constructors, Inc. (Remcon, Inc.) Crew Card | 1 |
| 1232 | 000464 | 6/17/2002 | Remediation Constructors, Inc. (Remcon, Inc.) Crew Card | 1 |
| 1233 | 013068 | 6/18/2002 | Topics, Discussion, Required Action | 1 |
| 1234 | 00453 | 6/18/2002 | Remediation Constructors, Inc. (Remcon, Inc.) Crew Card | 1 |
| 1235 | 00452 | 6/18/2002 | Remediation Constructors, Inc. (Remcon, Inc.) Crew Card | 1 |
| 1236 | 014617 - 014618 | 6/19/2002 | Letter: Rock Excavation During the Installation of Utilities | 2 |
| 1237 | 014612 | 6/19/2002 | Email: CCO Upper Sherman Parking | 1 |
| 1238 | 014609 | 6/22/2002 | Email: Contract Mod, Upper Parking Area | 1 |
| 1239 | 000472 | 6/25/2002 | Remediation Constructors, Inc. (Remcon, Inc.) Crew Card | 1 |

# PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | Bates No. | Date | Type/Description | No. of Pages |
|---|---|---|---|---|
| 1240 | 014594- 014595 | 6/28/2002 | Letter: Notification of Delay - Grading Impacts | 2 |
| 1241 | 014597 | 6/28/2002 | Letter: Contracting Officer's Directive - Raise Upper Sherman Parking Lot | 1 |
| 1242 | 002060 - 002064 | 7/1/2002 | Email: Electronic Survey Data | 5 |
| 1243 | 014591 | 7/1/2002 | Email: Standby on Grading Operations | 1 |
| 1244 | 014574 | 7/11/2002 | Letter: Confirmation of Direction by NPS for Roadway Alignment | 1 |
| 1245 | 000510 | 7/16/2002 | Remediation Constructors, Inc. (Remcon, Inc.) Crew Card | 1 |
| 1246 | 000515 | 7/18/2002 | Remediation Constructors, Inc. (Remcon, Inc.) Crew Card | 1 |
| 1247 | 000517 | 7/19/2002 | Remediation Constructors, Inc. (Remcon, Inc.) Crew Card | 1 |
| 1248 | 000527 | 7/24/2020 | Remediation Constructors, Inc. (Remcon, Inc.) Crew Card | 1 |
| 1249 | 000531 | 7/25/2002 | Remediation Constructors, Inc. (Remcon, Inc.) Crew Card | 1 |
| 1250 | 000535 | 7/25/2002 | Remediation Constructors, Inc. (Remcon, Inc.) Crew Card | 1 |
| 1251 | 000536 | 7/26/2002 | Remediation Constructors, Inc. (Remcon, Inc.) Crew Card | 1 |
| 1252 | 000537 | 7/26/2002 | Remediation Constructors, Inc. (Remcon, Inc.) Crew Card | 1 |
| 1253 | 000543 | 7/29/2002 | Remediation Constructors, Inc. (Remcon, Inc.) Crew Card | 1 |
| 1254 | 014570 | 7/30/2002 | Letter: Notice of Potential Claim for Defective Plans and related Differing Site Conditions | 1 |
| 1255 | 000581 | 8/12/2002 | Remediation Constructors, Inc. (Remcon, Inc.) Crew Card | 1 |
| 1256 | 000586 | 8/13/2002 | Remediation Constructors, Inc. (Remcon, Inc.) Crew Card | 1 |
| 1257 | 000589 | 8/14/2002 | Remediation Constructors, Inc. (Remcon, Inc.) Crew Card | 1 |
| 1258 | 000632 | 8/15/2002 | Remediation Constructors, Inc. (Remcon, Inc.) Crew Card | 1 |
| 1259 | 000598 | 8/16/2002 | Remediation Constructors, Inc. (Remcon, Inc.) Crew Card | 1 |
| 1260 | 000604 | 8/19/2002 | Remediation Constructors, Inc. (Remcon, Inc.) Crew Card | 1 |
| 1261 | 010169 - 010178 | 8/22/2002 | Agenda: Meeting with Remcon | 10 |
| 1262 | 000630 | 8/26/2002 | Remediation Constructors, Inc. (Remcon, Inc.) Crew Card | 1 |
| 1263 | 000637 | 8/27/2002 | Remediation Constructors, Inc. (Remcon, Inc.) Crew Card | 1 |
| 1264 | 000643 | 8/28/2002 | Remediation Constructors, Inc. (Remcon, Inc.) Crew Card | 1 |
| 1265 | 000648 | 8/29/2002 | Remediation Constructors, Inc. (Remcon, Inc.) Crew Card | 1 |
| 1266 | 000654 | 9/3/2002 | Remediation Constructors, Inc. (Remcon, Inc.) Crew Card | 1 |
| 1267 | 000655 | 9/3/2002 | Remediation Constructors, Inc. (Remcon, Inc.) Crew Card | 1 |
| 1268 | 000662 | 9/4/2002 | Remediation Constructors, Inc. (Remcon, Inc.) Crew Card | 1 |
| 1269 | 000667 | 9/5/2002 | Remediation Constructors, Inc. (Remcon, Inc.) Crew Card | 1 |
| 1270 | 000673 | 9/6/2002 | Remediation Constructors, Inc. (Remcon, Inc.) Crew Card | 1 |
| 1271 | 000682 | 9/9/2002 | Remediation Constructors, Inc. (Remcon, Inc.) Crew Card | 1 |
| 1272 | 000688 | 9/10/2002 | Remediation Constructors, Inc. (Remcon, Inc.) Crew Card | 1 |
| 1273 | 014525 | 9/11/2002 | Letter: Waterline and Appurtenances | 1 |
| 1274 | 014522 - 014523 | 9/16/2002 | Letter: Impacts to Project Completion | 2 |
| 1275 | 000716 | 9/17/2002 | Remediation Constructors, Inc. (Remcon, Inc.) Crew Card | 1 |
| 1276 | 000714 | 9/17/2002 | Remediation Constructors, Inc. (Remcon, Inc.) Crew Card | 1 |
| 1277 | 013085 | 9/18/2002 | Speed Letter: Asphalt @ Access Rd Pullout | 1 |

## PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | Bates No. | Date | Type/Description | No. of Pages |
|---|---|---|---|---|
| 1278 | 000721 | 9/18/2002 | Remediation Constructors, Inc. (Remcon, Inc.) Crew Card | 1 |
| 1279 | 000722 | 9/18/2002 | Remediation Constructors, Inc. (Remcon, Inc.) Crew Card | 1 |
| 1280 | 013066 | 9/18/2002 | Speed Letter: Rock @ Access Road | 1 |
| 1281 | 000725 | 9/19/2002 | Remediation Constructors, Inc. (Remcon, Inc.) Crew Card | 1 |
| 1282 | 000732 | 9/20/2002 | Remediation Constructors, Inc. (Remcon, Inc.) Crew Card | 1 |
| 1283 | 014513 | 9/23/2002 | Letter: Access Road slope cleanup and finishing fills | 1 |
| 1284 | 014510 | 9/24/2002 | Letter: Upper Parking Lot | 1 |
| 1285 | 014509 | 9/24/2002 | Letter: Access Road | 1 |
| 1286 | 000750 | 9/25/2002 | Remediation Constructors, Inc. (Remcon, Inc.) Crew Card | 1 |
| 1287 | 000783 | 10/4/2002 | Remediation Constructors, Inc. (Remcon, Inc.) Crew Card | 1 |
| 1288 | 000781 | 10/4/2002 | Remediation Constructors, Inc. (Remcon, Inc.) Crew Card | 1 |
| 1289 | 000787 | 10/7/2002 | Remediation Constructors, Inc. (Remcon, Inc.) Crew Card | 1 |
| 1290 | 013033 | 10/8/2002 | Meeting Minutes: 38-3 - Submittals required from Remcon | 1 |
| 1291 | 000797 | 10/9/2002 | Crew Card | 1 |
| 1292 | 000799 | 10/9/2002 | Remediation Constructors, Inc. (Remcon, Inc.) Crew Card | 1 |
| 1293 | 000805 | 10/10/2002 | Remediation Constructors, Inc. (Remcon, Inc.) Crew Card | 1 |
| 1294 | 000811 | 10/14/2002 | Remediation Constructors, Inc. (Remcon, Inc.) Crew Card | 1 |
| 1295 | 014488 -014490 | 10/20/2002 | Letter: Impacts of Redesign of Access Road, Station 23+00 to Station 30+00 | 3 |
| 1296 | 013078 - 013080 | 10/20/2002 | Letter: Impacts of Redesign of Access Road, Station 23+00 to Station 30+00 | 3 |
| 1297 | 013044 - 013048 | 10/20/2002 | Letter: Impacts of Redesign of Access Road, Station 23+00 to Station 30+00 | 5 |
| 1298 | 000850 | 10/24/2002 | Remediation Constructors, Inc. (Remcon, Inc.) Crew Card | 1 |
| 1299 | 000851 | 10/24/2002 | Remediation Constructors, Inc. (Remcon, Inc.) Crew Card | 1 |
| 1300 | 000962 - 000972 | 7/15/2003 | Letter: Contracting Officer's Final Decision | 5 |
| 1301 | 001738 - 001743 | | List: 1. TOPO OK | 6 |
| 1302 | 001781 - 001786 | | EW Summary | 6 |
| 1303 | 002364 - 002366 | | Letter: Contract Officer Directive - Parking Lot and Trail Modifications | 3 |
| 1304 | 010262 | | Table: Description, Designer, NPS, Remcon | 1 |
| 1305 | 010263 | | Table: Stone quantity needed | 1 |
| 1306 | 013020 | | List: 15 15WD indicated that the large tank is the effluent comes in | 1 |
| 1307 | 013060 - 013065 | 7/12/2003 | List of events: July 12th - Arrived jobsite | 6 |
| 1308 | 019675 - 019693 | | Sherman Tree Parking Project Mediation Brief | 18 |
| 1309 | 000314 - 000315 | 2/4/2000 | Letter: Request for Proposal | 2 |
| 1310 | 023748 | 6/24/2000 | Sequoia National Park/Earthwork Quantities | 1 |
| 1311 | 022175 | 6/24/2000 | Sequoia National Park/Earthwork Quantities | 1 |
| 1312 | 023730 | 6/24/2000 | Sequoia National Park/Earthwork Quantities | 1 |

# PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | Bates No. | Date | Type/Description | No. of Pages |
|---|---|---|---|---|
| 1313 | 004600 | 8/1/2000 | Daily Log of Construction | 1 |
| 1314 | 014694 - 014791 | 8/18/2000 | Project Specifications | 6 |
| 1315 | 517521 - 517522 | 10/24/2000 | Sequoia National Park/Earthwork Quantities | 2 |
| 1316 | 389842 - 389844 | 10/24/2000 | Email: SEKI Fill | 3 |
| 1317 | 022778 | 10/24/2000 | Sequoia National Park/Earthwork Quantities | 1 |
| 1318 | 015923 | 11/1/2000 | Contractor Staging and Storage Areas | 1 |
| 1319 | 015926 - 015930 | 11/1/2000 | Existing Conditions and Demolition | 5 |
| 1320 | 015128 - 015232 | 2/27/2001 | Project Specifications | 9 |
| 1321 | 011651 | 6/26/2001 | Daily Log of Construction | 1 |
| 1322 | 004514 | 6/26/2001 | Daily Log of Construction | 1 |
| 1323 | 011649 | 6/27/2001 | Daily Log of Construction | 1 |
| 1324 | 004516 | 6/27/2001 | Daily Log of Construction | 1 |
| 1325 | 517226 | 6/27/2001 | Weekly Field Report | 1 |
| 1326 | 006513 | 6/27/2001 | Weekly Field Report | 1 |
| 1327 | 011647 | 6/28/2001 | Daily Log of Construction | 1 |
| 1328 | 004518 | 6/28/2001 | Daily Log of Construction | 1 |
| 1329 | | 9/20/2001 | Log Trucking/Hauling - June 2001 | 1 |
| 1330 | 000493 - 000494 | 7/2/2001 | Email: 200Q | 2 |
| 1331 | 000491 - 000492 | 7/2/2001 | Align Adjustment | 2 |
| 1332 | 000489 - 000490 | 7/2/2001 | Suggested Realignment of Access Road | 2 |
| 1333 | 000470 - 000474 | 7/2/2001 | Email: SEKI-200Q - Access Road suggested realignment from Sta. 24+46+.6 to Sta. 30+18.55 | 5 |
| 1334 | 000108 | 7/2/2001 | Email: 200Q | 1 |
| 1335 | 388327 | 7/2/2001 | Email: SEKI - 200Q - Access road suggested realignment from Sta. 24+46+.6 to Sta. 30+18.55 | 1 |
| 1336 | 388339 - 388340 | 6/26/2001 | Alignment Adjustment | 2 |
| 1337 | 388332 | 7/2/2001 | Email: 200Q | 1 |
| 1338 | 388341 | 7/2/2001 | Email: SEKI - 200Q Access Road realignment | 1 |
| 1339 | 514052 | 7/2/2001 | Email: 200Q | 1 |
| 1340 | 500297 - 500298 | 7/2/2001 | Alignment Adjustment | 3 |

# PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | Bates No. | Date | Type/Description | No. of Pages |
|---|---|---|---|---|
| 1341 | 500294 | 7/2/2001 | Email: 200Q | 1 |
| 1342 | 006514 | 7/3/2001 | Weekly Field Report | 1 |
| 1343 | 388358 - 388359 | 7/3/2001 | Letter: 2-1/2" AC Overlay | 2 |
| 1344 | 388342 - 388353 | 7/3/2001 | Facsimile: Table, Realignment Access Road | 12 |
| 1345 | 513331 | 7/3/2001 | Letter: Proposed Rock Crushing Plan | 1 |
| 1346 | 517224 | 7/3/2001 | Weekly Field Report | 1 |
| 1347 | 000477 - 000488 | 7/3/2001 | Facsimile: Table, Realignment Access Road | 12 |
| 1348 | 000475 - 000476 | 7/4/2001 | Map: X-Section @ Sta. 27+78± | 2 |
| 1349 | 500310 - 500311 | 7/4/2001 | Map: X-Section @ Sta. 27+78± | 2 |
| 1350 | 388364 | 7/9/2001 | Email: 200Q & SCE | 1 |
| 1351 | 000456 - 000459 | 7/10/2001 | Email: 200Q & SCE | 4 |
| 1352 | 004532 | 7/9/2001 | Daily Log of Construction | 1 |
| 1353 | 004536 | 7/10/2001 | Daily Log of Construction | 1 |
| 1354 | 000433 - 000443 | 7/10/2001 | Maps: Access Road, Upper Parking Lot Realignment | 10 |
| 1355 | 006411 | 7/10/2001 | Weekly Meeting for 7/10/01 | 1 |
| 1356 | 006515 | 7/12/2001 | Weekly Field Report | 1 |
| 1357 | 011737 - 011746 | 7/13/2001 | Daily Log of Construction | 6 |
| 1358 | 006415 | 7/16/2001 | Weekly Meeting Minutes #7 | 1 |
| 1359 | 004550 | 7/16/2001 | Daily Log of Construction | 1 |
| 1360 | 011728 | 7/18/2001 | Daily Log of Construction | 1 |
| 1361 | 006516 | 7/19/2001 | Weekly Field Report | 1 |
| 1362 | 388392 - 388394 | 7/19/2001 | Drawings: Field Revision | 3 |
| 1363 | 500359 - 500361 | 7/19/2001 | Drawings: Field Revision | 3 |
| 1364 | 517222 | 7/19/2001 | Weekly Field Report | 1 |

## PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | Bates No. | Date | Type/Description | No. of Pages |
|---|---|---|---|---|
| 1365 | 006517 | 7/25/2001 | Weekly Field Report | 1 |
| 1366 | 517221 | 7/25/2001 | Weekly Field Report | 1 |
| 1367 | 388406 - 388411 | 7/26/2001 | Transmittal: Coordinates and Elevations | 6 |
| 1368 | 514770 | 7/26/2001 | Request for Clarifications | 1 |
| 1369 | 000431 - 000432 | 7/26/2001 | Transmittal: Coordinates and Elevations | 2 |
| 1370 | 517797 | 7/26/2001 | Request for Clarifications | 1 |
| 1371 | 500392 - 500397 | 7/26/2001 | Facsimile: Coordinates and Elevations | 6 |
| 1372 | 010200 | 7/26/2001 | Request for Clarifications | 1 |
| 1373 | 004590 | 7/30/2001 | Daily Log of Construction | 1 |
| 1374 | 011712 - 011713 | 7/30/2001 | Daily Log of Construction | 2 |
| 1375 | 011710 - 011711 | 7/31/2001 | Daily Log of Construction | 2 |
| 1376 | 004391 | 7/31/2001 | Daily Log of Construction | 1 |
| 1377 | 500362 - 500363 | 7/31/2001 | Proposal for a Temporary Access Road | 2 |
| 1378 | 500622 - 500625 | 7/31/2001 | Calendars | 4 |
| 1379 | 514764 | 7/31/2001 | Request for Information | 1 |
| 1380 | 006518 | 8/1/2001 | Weekly Field Report | 1 |
| 1381 | 517220 | 8/1/2001 | Weekly Field Report | 1 |
| 1382 | 005418 | 8/2/2001 | Contractor's Quality Control Daily Report | 1 |
| 1383 | 004602 | 8/2/2001 | Daily Log of Construction | 1 |
| 1384 | 004612 | 8/6/2001 | Daily Log of Construction | 1 |
| 1385 | 004616 | 8/7/2001 | Daily Log of Construction | 1 |
| 1386 | 004618 | 8/7/2001 | Daily Log of Construction | 1 |
| 1387 | 006427 | 8/7/2001 | Weekly Minutes #11 | 1 |
| 1388 | 000516 - 000523 | 8/7/2001 | Facsimile: Letter: Temporary Access Road | 8 |

# PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | Bates No. | Date | Type/Description | No. of Pages |
|---|---|---|---|---|
| 1389 | 513355 | 8/7/2001 | Letter: Subject: Change Order Request No. 4 - Rock Excavation, Drilling, and Shooting | 1 |
| 1390 | 388446 | 8/8/2001 | Email: Over-runs on 200Q | 1 |
| 1391 | 006519 | 8/8/2001 | Weekly Field Report | 1 |
| 1392 | 514051 | 8/8/2001 | Email: Over-runs on 200Q | 1 |
| 1393 | 517218 | 8/8/2001 | Weekly Field Report | 1 |
| 1394 | 000027 - 000035 | 8/9/2001 | Facsimile: Blasting Operations | 9 |
| 1395 | 024015 - 024025 | 8/9/2001 | Facsimile: RFI | 11 |
| 1396 | 000197 - 000199 | 8/10/2001 | Facsimile: Addendum Drawings | 3 |
| 1397 | 011524 - 011525 | 8/10/2001 | Daily Log of Construction | 2 |
| 1398 | 500109 | 8/10/2001 | Clarification for Stone Trench/Addendum Sheets for 200Q Parking & Trail | 1 |
| 1399 | 511854 - 511855 | 8/12/2001 | Email: Update Sequoia 200Q | 2 |
| 1400 | 000711 - 000712 | 8/12/2001 | Email: Update Sequoia 200Q | 2 |
| 1401 | 024011 - 024012 | 8/12/2001 | Email: Update Sequoia 200Q | 2 |
| 1402 | 000713 | 8/13/2001 | Telephone Conversation Record | 1 |
| 1403 | 011522 - 011523 | 8/13/2001 | Daily Log of Construction | 2 |
| 1404 | 011520 - 011521 | 8/14/2001 | Daily Log of Construction | 2 |
| 1405 | 006433 - 006434 | 8/14/2001 | Weekly Minutes #12 | 2 |
| 1406 | 388469 - 388470 | 8/15/2001 | RFI #10 Electrical and Water Trench Conflicts | 2 |
| 1407 | 011518 - 011519 | 8/15/2001 | Daily Log of Construction | 2 |
| 1408 | 006520 | 8/15/2001 | Weekly Field Report | 1 |
| 1409 | 010198 | 8/15/2001 | RFI #10 Electrical and Water Trench Conflicts | 1 |
| 1410 | 514074 - 514076 | 8/15/2001 | Email: Update Sequoia 200Q | 3 |
| 1411 | 004643 | 8/16/2001 | Daily Log of Construction | 1 |
| 1412 | 514037 - 517038 | 8/16/2001 | Email: Re: Update Sequoia 200Q | 2 |
| 1413 | 500083 - 500090 | 8/16/2001 | Email: Re: Update Sequoia 200Q | 8 |
| 1414 | 011516 - 011517 | 8/16/2001 | Daily Log of Construction | 2 |
| 1415 | 011514 - 011515 | 8/17/2001 | Daily Log of Construction | 2 |
| 1416 | 011512 - 011513 | 8/20/2001 | Daily Log of Construction | 2 |
| 1417 | 388522 - 388529 | 8/21/2001 | Letter: Rock Excavation, Differing Site Condition | 8 |
| 1418 | 004653 | 8/20/2001 | Daily Log of Construction | 1 |
| 1419 | 500120 - 500126 | 8/21/2001 | Change Order Request | 9 |
| 1420 | 500128 - 500129` | 8/20/2001 | Facsimile: Full Size Revision Drawings | 2 |

# PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | Bates No. | Date | Type/Description | No. of Pages |
|---|---|---|---|---|
| 1421 | 000109 - 000122 | 8/21/2001 | Facsimile: Rock Excavation, Drilling and Shooting | 14 |
| 1422 | 388538 - 388539 | 8/22/2001 | Facsimile: Full Size Revised Drawings | 2 |
| 1423 | 011508 - 011509 | 8/22/2001 | Daily Log of Construction | 2 |
| 1424 | 006521 | 8/22/2001 | Weekly Field Report | 1 |
| 1425 | 517216 | 8/22/2001 | Weekly Field Report | 1 |
| 1426 | 011506 - 011507 | 8/23/2001 | Daily Log of Construction | 2 |
| 1427 | 388543 | 8/24/2001 | Facsimile: Revised Drawings Received from dhm design | 1 |
| 1428 | 011504 - 011505 | 8/24/2001 | Daily Log of Construction | 2 |
| 1429 | 500220 | 8/24/2001 | Facsimile: Revised Drawings Received from dhm design | 1 |
| 1430 | 004669 | 8/24/2001 | Daily Log of Construction | 1 |
| 1431 | 011502 - 011503 | 8/27/2001 | Daily Log of Construction | 2 |
| 1432 | 388544 - 388548 | 8/27/2001 | Email: SEKI-200Q Substitution of Key Personnel - Project Superintendent | 5 |
| 1433 | 004573 | 8/27/2001 | Daily Log of Construction | 1 |
| 1434 | 011500 - 011501 | 8/28/2001 | Daily Log of Construction | 1 |
| 1435 | 006444 | 8/28/2001 | Weekly Meeting #14 | 1 |
| 1436 | 004377 | 8/28/2001 | Daily Log of Construction | 1 |
| 1437 | 011498 - 011499 | 8/29/2001 | Daily Log of Construction | 1 |
| 1438 | 004678 | 8/29/2001 | Daily Log of Construction | 1 |
| 1439 | 004680 | 8/29/2001 | Daily Log of Construction | 1 |
| 1440 | 011496 - 011497 | 8/30/2001 | Daily Log of Construction | 2 |
| 1441 | 011494 - 011495 | 8/31/2001 | Daily Log of Construction | 2 |
| 1442 | 011277 - 011278 | 9/4/2001 | Daily Log of Construction | 2 |
| 1443 | 517891 | 9/4/2001 | Request for Clarifications | 1 |
| 1444 | 011275 - 011276 | 9/5/2001 | Daily Log of Construction | 2 |
| 1445 | 011273 - 011274 | 9/6/2001 | Daily Log of Construction | 2 |
| 1446 | 011271 | 9/7/2001 | Daily Log of Construction | 1 |
| 1447 | 004711 | 9/10/2001 | Daily Log of Construction | 1 |
| 1448 | 011266 - 011267 | 9/11/2001 | Daily Log of Construction | 2 |
| 1449 | 011264 - 011265 | 9/12/2001 | Daily Log of Construction | 2 |
| 1450 | 513364 | 9/13/2001 | Email: RE: Sequoia Sherman Tree | 1 |
| 1451 | 011258 - 011253 | 9/17/2001 | Daily Log of Construction | 2 |
| 1452 | 388574 - 388577 | 9/17/2001 | Email: Contract Overruns | 4 |
| 1453 | 500494 - 500496 | 9/17/2001 | Email: Contract Overruns | 3 |

# PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | Bates No. | Date | Type/Description | No. of Pages |
|---|---|---|---|---|
| 1454 | 006458 - 006461 | 9/18/2001 | Weekly Meeting #17 | 3 |
| 1455 | 000590 - 000591 | 9/19/2001 | Facsimile: Earthwork Quantities as received with Remcon | 2 |
| 1456 | 006525 | 9/19/2001 | Weekly Field Report | 1 |
| 1457 | 514018 | 9/19/2001 | Email: 200Q Rock | 1 |
| 1458 | 500504 - 500506 | 9/19/2001 | Facsimile: Earthwork Quantities as received with Remcon | 3 |
| 1459 | 500502 - 500503 | 9/19/2001 | Letter: Clarification of Bob Russell's Role | 2 |
| 1460 | 388597 - 388598 | 9/22/2001 | Facsimile: Bid Item 26 Quantities | 2 |
| 1461 | 011248 - 011243 | 9/24/2001 | Daily Log of Construction | 2 |
| 1462 | 011246 - 011247 | 9/25/2001 | Daily Log of Construction | 2 |
| 1463 | 011244 - 011245 | 9/26/2001 | Daily Log of Construction | 2 |
| 1464 | 010154 - 010158 | 9/27/2001 | Facsimile: RFI No. 27 Septic Tank | 4 |
| 1465 | 011242 - 011243 | 9/27/2001 | Daily Log of Construction | 2 |
| 1466 | 514710 | 9/27/2001 | Facsimile: RFI No. 27 Septic Tank | 1 |
| 1467 | 517605 -517613 | | Table: Blasting Costs | 9 |
| 1468 | 388633 - 388635 | 10/4/2001 | Facsimile: Burn/dump material hauled out of park | 3 |
| 1469 | 388621 - 388622 | 10/4/2001 | Facsimile: Angular and sub-angular rock quantities | 2 |
| 1470 | 500644 - 500650 | 10/4/2001 | Facsimile: Burn/dump material hauled out of park | 7 |
| 1471 | 500651 - 500652 | 10/4/2001 | Facsimile: Angular and sub-angular rock quantities | 2 |
| 1472 | 023988 | 10/11/2001 | Sequoia National Park/Earthwork Quantities | 1 |
| 1473 | 023725 - 023727 | 10/11/2001 | Sequoia National Park/Earthwork Quantities | 3 |
| 1474 | 517209 | 10/11/2001 | Weekly Field Report | 1 |
| 1475 | 004816 | 10/17/2001 | Daily Log of Construction | 1 |
| 1476 | 514703 | 10/18/2001 | Request for Clarifications | 1 |
| 1477 | 517977 | 10/18/2001 | Request for Clarifications | 1 |
| 1478 | 010148 | 10/18/2001 | Request for Clarifications | 1 |
| 1479 | 010147 | 10/18/2001 | Request for Clarifications | 1 |
| 1480 | 006477 - 006486 | 10/23/2001 | Meeting Agenda Items | 10 |
| 1481 | 011392 | 11/1/2001 | Weekly Field Report | 1 |
| 1482 | 517206 | 11/1/2001 | Weekly Field Report | 1 |

# PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | Bates No. | Date | Type/Description | No. of Pages |
|---|---|---|---|---|
| 1483 | 514010 | 11/15/2001 | Email: SEKI - 200Q excavation quantities | 1 |
| 1484 | 389462 - 389478 | 12/3/2001 | Volume of Trail from Lower Parking to Sherman Tree Area | 17 |
| 1485 | 023724 | 12/7/2001 | Sequoia National Park/Earthwork Quantities | 1 |
| 1486 | 023978 | 12/7/2001 | Sequoia National Park/Earthwork Quantities | 1 |
| 1487 | 023713 - 023720 | 12/10/2001 | Facsimile: Summary | 8 |
| 1488 | 023975 - 023977 | 12/10/2001 | Facsimile: Summary | 3 |
| 1489 | 388678 | 12/19/2001 | Facsimile: Restaking cost estimate for Access Road realignment | 1 |
| 1490 | 001400 - 001401 | 1/8/2002 | Facsimile: Giuliani & Kull's response for estimated cost for the Access Road Realignment | 2 |
| 1491 | 001402 - 001403 | 1/10/2002 | Facsimile: Estimated cost for the Access Road realignment | 2 |
| 1492 | 388808 - 388819 | 3/18/2002 | Memorandum: Technical Evaluation of Request for Equitable Adjustment | 12 |
| 1493 | 514086 | 3/25/2002 | Email: Re: Postpone March 27th Meeting | 1 |
| 1494 | 388793 - 388801 | 3/28/2002 | Letter: Revised Stock Excavation Costs | 5 |
| 1495 | 388804 - 388807 | 3/28/2002 | Letter: Response to Remcon's "Request for Equitable Adjustment" | 4 |
| 1496 | 388820 - 388824 | 4/3/2002 | Letter: Responses to Equitable Adjustment Letter | 5 |
| 1497 | 517598 - 517590 | 4/3/2002 | Letter: Responses to Equitable Adjustment Letter | 2 |
| 1498 | 517594 - 517597 | 4/3/2002 | Letter: Response to Request for Equitable Adjustment Letter dated April 3, 2002 | 4 |
| 1499 | 515290 - 515292 | 4/5/2002 | Email: Suggested response to Remcon's letter dated 4/3/02 | 3 |
| 1500 | 513949 - 513951 | 4/5/2002 | Email: Suggested response to Remcon's letter dated 4/3/02 | 3 |
| 1501 | 507817 - 507821 | 4/23/2002 | SEKI - 200Q Earthwork Quantities | 4 |
| 1502 | 006617 - 006622 | 4/23/2002 | List: 1. TOPO OK | 6 |
| 1503 | 388851 - 388855 | 4/24/2002 | Letter: Response to Request for Equitable Adjustment Letter dated April 3, 2002 | 5 |
| 1504 | 500021 - 500024 | 4/24/2002 | Letter: Response to Request for Equitable Adjustment Letter dated April 3, 2002 | 4 |
| 1505 | 513860 - 513864 | 5/1/2002 | Email: 200Q and 200P Contract Issues, Left Over From 2001 | 5 |
| 1506 | 023967 - 023968 | 5/8/2002 | Email: RE: Partnering meeting | 2 |
| 1507 | 000154 - 000156 | 5/9/2002 | Email: SEKI Trail Grades | 3 |
| 1508 | 004964 | 5/14/2002 | Daily Log of Construction | 1 |
| 1509 | 518190 | 5/14/2002 | Daily Log of Construction | 1 |

# PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | Bates No. | Date | Type/Description | No. of Pages |
|---|---|---|---|---|
| 1510 | 518190 | 5/14/2002 | Daily Log of Construction | 1 |
| 1511 | 518187 | | Page 2 - Status of Work (continued) | 1 |
| 1512 | 004972 | 5/16/2002 | Daily Log of Construction | 1 |
| 1513 | 518186 | 5/16/2002 | Daily Log of Construction | 1 |
| 1514 | 518185 | | Page 2 - Status of Work (continued) | 1 |
| 1515 | 518187 | | Page 2 - Status of Work (continued) | 1 |
| 1516 | 518166 | | Page 2 - Status of Work (continued) | 1 |
| 1517 | 518168 | | Page 2 - Status of Work (continued) | 1 |
| 1518 | 518161 | | Page 2 - Status of Work (continued) | 1 |
| 1519 | 518163 | | Page 2 - Status of Work (continued) | 1 |
| 1520 | 518186 | 5/16/2002 | Daily Log of Construction | 1 |
| 1521 | 518184 | 5/17/2002 | Daily Log of Construction | 1 |
| 1522 | 023926 - 023928 | 5/18/2002 | Memorandum: Draft for Review | 3 |
| 1523 | 507829 - 507832 | 5/18/2002 | Memorandum: Draft for Review | 4 |
| 1524 | 500079 - 500081 | 5/18/2002 | Memorandum: Draft for Review | 3 |
| 1525 | 023923 - 023924 | 5/21/2002 | Email: Re: Project Delay | 2 |
| 1526 | 004986 | 5/21/2002 | Daily Log of Construction | 1 |
| 1527 | 000020 - 000021 | 5/22/2002 | Email: RE: Seki 200Q | 2 |
| 1528 | 000148 | 5/22/2002 | Seki Volumes for upper parking lot revisions | 1 |
| 1529 | 023920 - 023922 | 5/22/2002 | Email: Re: Seki 200Q | 3 |
| 1530 | 509783 | 5/22/2002 | Email: RE: Seki 200Q | 1 |
| 1531 | 513372 | 5/22/2002 | Email: RE: Seki 200Q star quantity | 1 |
| 1532 | 513371 | 5/22/2002 | Email: Re: Project Delay | 1 |
| 1533 | 513373 | 5/23/2002 | Email: Re: Standby Costs | 1 |
| 1534 | 002071 - 002072 | | Justification (Description, Cause, Need, Consequence if Work is Not Performed) | 2 |
| 1535 | | | | |
| 1536 | 000149 | 5/24/2002 | Email: Revised grading | 1 |
| 1537 | 514094 | 5/24/2002 | Email: Re: Standby Costs | 1 |
| 1538 | 513868 | 5/24/2002 | Email: Re: Standby Costs | 1 |

# PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | Bates No. | Date | Type/Description | No. of Pages |
|---|---|---|---|---|
| 1539 | 023916 - 023917 | 5/24/2002 | Email: Re: Standby Costs | 2 |
| 1540 | 000150 | 5/28/2002 | Email: SEQ 200Q | 1 |
| 1541 | 509755 | 5/29/2002 | Email: Re: Excess material from 200Q | 1 |
| 1542 | 513374 | 5/29/2002 | Email: Re: Sherman Tree Trail | 1 |
| 1543 | 513375 | 5/29/2002 | Email: Re: Excess material from 200Q | 1 |
| 1544 | 518167 | 5/29/2002 | Daily Log of Construction | 1 |
| 1545 | 518165 | 5/31/2002 | Daily Log of Construction | 1 |
| 1546 | 518161 | | Page 2 - Status of Work (continued) | 1 |
| 1547 | 518163 | | Page 2 - Status of Work (continued) | 1 |
| 1548 | 518013 - 518015 | 5/21/2002 | Facsimile: RFI No. 39 - Modifications of Lower Sherman Parking Requirements | 3 |
| 1549 | 518041 - 518042 | 5/29/2002 | Request for Clarification | 2 |
| 1550 | 005016 | 5/31/2002 | Daily Log of Construction | 1 |
| 1551 | 005018 | 5/31/2002 | Daily Log of Construction | 1 |
| 1552 | 005023 | 6/3/2002 | Daily Log of Construction | 1 |
| 1553 | 513376 | 6/3/2002 | Email: Re: Sherman Tree Trail Design | 1 |
| 1554 | 513377 | 6/3/2002 | Email: Generals Highway Work | 1 |
| 1555 | 005027 | 6/4/2002 | Daily Log of Construction | 1 |
| 1556 | 005029 | 6/5/2002 | Draft | 1 |
| 1557 | 005031 | | Page 2 - Status of Work (continued) | 1 |
| 1558 | 005032 | 6/5/2002 | Daily Log of Construction | 1 |
| 1559 | 388977 - 388982 | 6/11/2002 | Letter: Contract Modification Price to Raise Parking Area | 6 |
| 1560 | 388986 - 388988 | 6/6/2002 | Facsimile: Government Estimate for Raising Upper Parking Lot | 3 |
| 1561 | 005036 | 6/6/2002 | Daily Log of Construction | 1 |
| 1562 | 005041 | | Page 2 - Status of Work (continued) | 1 |
| 1563 | 005048 | | Page 2 - Status of Work (continued) | 1 |
| 1564 | 005054 | | Page 2 - Status of Work (continued) | 1 |
| 1565 | 005060 | | Page 2 - Status of Work (continued) | 1 |
| 1566 | 005066 | | Page 2 - Status of Work (continued) | 1 |

# PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | Bates No. | Date | Type/Description | No. of Pages |
|---|---|---|---|---|
| 1567 | 005081 | | Page 2 - Status of Work (continued) | 1 |
| 1568 | 513379 | 6/6/2002 | Email: Re: Pricing Submittal for Upper Parking Area | 1 |
| 1569 | 023886 - 023888 | 6/10/2002 | Memorandum: Draft for Review | 3 |
| 1570 | 511913 - 511920 | 6/11/2002 | Email: NPS Response to Contractor's Mediation Brief | 8 |
| 1571 | 510007 - 510008 | 6/11/2002 | Email: response | 2 |
| 1572 | 513380 | 6/13/2002 | Email: Re: Pricing Submittal for Upper Parking Area | 1 |
| 1573 | 511634 -511639 | 6/14/2002 | Draft - Direct costs | 6 |
| 1574 | 000623 - 000628 | 6/14/2002 | Draft - Direct costs | 6 |
| 1575 | 002164 - 002166 | 6/14/2002 | Memorandum: Record of Negotiation (RON), for Raising Finish Grade of Upper Parking Lot | 3 |
| 1576 | 511733 - 511740 | 6/17/2002 | Speed Letter: Tentative Daily Work Agreement | 2 |
| 1577 | 518076 - 518077 | 6/17/2002 | Request for Clarification | 2 |
| 1578 | 518076 - 518077 | 6/17/2002 | Request for Clarification (duplicate) | 2 |
| 1579 | 518078 - 518079 | 6/19/2002 | Request for Clarification | 2 |
| 1580 | 518080 - | 6/19/2002 | Request for Clarification | 1 |
| 1581 | 389031 - 389032 | 6/18/2002 | Email: Gov't Position relative to SEKI-200Q Mediation Brief | 2 |
| 1582 | 510049 | 6/19/2002 | Email: Sherman Tree Trail Redesign | 1 |
| 1583 | 514830 | 6/20/2002 | Request for Clarification | 1 |
| 1584 | 514831 | 6/20/2002 | Request for Clarification | 1 |
| 1585 | 518086 - 518087 | 6/20/2002 | Request for Clarification | 1 |
| 1586 | 005084 | 6/24/2002 | Daily Log of Construction | 1 |
| 1587 | 513856 | 6/24/2002 | Email: Governments Cost Estimate | 1 |
| 1588 | 513854 | 6/24/2002 | Email: Status Submittals and RFIs | 1 |
| 1589 | 513870 - 513871 | 6/24/2002 | Email: Re: Contract Mod, Upper Parking Area | 2 |
| 1590 | 513386 | 6/24/2002 | Email: Status Submittals and RFIs | 1 |
| 1591 | 513389 | 6/26/2002 | Email: Funds for Directive | 1 |
| 1592 | 509870 | 6/26/2002 | Email: Mods | 1 |
| 1593 | 513393 | 6/26/2002 | Email: Re: Mods | 1 |
| 1594 | 514832 | 6/27/2002 | Request for Clarification | 1 |
| 1595 | 514833 | 6/26/2002 | Request for Clarification | 1 |
| 1596 | 515329 - 515330 | 6/27/2002 | Letter: Contracting Officer's Directive - Raise Upper Sherman Parking Lot | 2 |
| 1597 | 514834 | 6/27/2002 | Request for Clarification | 1 |
| 1598 | 509873 | 6/27/2002 | Email: Re: MODs/potential MODs to date | 1 |
| 1599 | 518094 | 6/27/2002 | Request for Clarification | 1 |
| 1600 | 518098 | 6/27/2002 | Request for Clarification | 1 |
| 1601 | 518092 | 6/27/2002 | Request for Clarification | 1 |

# PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | Bates No. | Date | Type/Description | No. of Pages |
|---|---|---|---|---|
| 1602 | 518100 | 6/27/2002 | Request for Clarification | 1 |
| 1603 | 513394 | 6/27/2002 | Email: CCO Upper Sherman Parking | 1 |
| 1604 | 513395 - 513406 | 6/27/2002 | Email: Re: MODs/potential MODs to date | 11 |
| 1605 | 389083 - 389084 | 6/28/2002 | Letter: Notification of Delay - Grading Impacts | 2 |
| 1606 | 509886 | 7/1/2002 | Email: Standby on Grading Operations | 1 |
| 1607 | 006788 - 006789 | 7/1/2002 | Email: Re: 200Q tree removal | 2 |
| 1608 | 513408 | 7/1/2002 | Email: Standby on Grading Operations | 1 |
| 1609 | 500289 | 7/2/2001 | Email: SEKI-200Q - Access Road suggested realignment | 1 |
| 1610 | 515782 - 515889 | 7/18/2002 | Transmittal - National Park Service | 18 |
| 1611 | 513416 - 513418 | 7/11/2002 | Email: MODs/potential MODs to date | 3 |
| 1612 | 508117 - 508121 | 7/15/2002 | Letter: RFI # and Description | 4 |
| 1613 | 005706 | 7/16/2002 | Contractor's Quality Control Daily Report | 1 |
| 1614 | 513419 | 7/15/2002 | Email: Re: Package of RFI's | 1 |
| 1615 | 005118 | 7/16/2002 | Daily Log of Construction | 1 |
| 1616 | 389231 - 389237 | 7/17/2002 | Letter: Two letters - NPS On-Site Representation and Notification of Delay - Grading Impacts | 7 |
| 1617 | 005120 | 7/17/2002 | Daily Log of Construction | 1 |
| 1618 | 005122 | 7/18/2002 | Daily Log of Construction | 1 |
| 1619 | 005720 | 7/22/2002 | Contractor's Quality Control Daily Report | 1 |
| 1620 | 005124 | 7/19/2002 | Daily Log of Construction | 1 |
| 1621 | 005141 | 7/22/2002 | Daily Log of Construction | 1 |
| 1622 | 005130 - 005131 | 7/23/2002 | Daily Log of Construction | 2 |
| 1623 | 005728 | 7/25/2002 | Subcontractor Work (continued) | 1 |
| 1624 | 005143 | 7/23/2002 | Daily Log of Construction | 1 |
| 1625 | 005145 | 7/24/2002 | Daily Log of Construction | 1 |
| 1626 | 005147 | 7/25/2002 | Daily Log of Construction | 1 |
| 1627 | 005741 | 7/29/2002 | Contractor's Quality Control Daily Report | 1 |
| 1628 | 508244 | 7/25/2002 | Speed Letter: Dry Laid Rock Wall Re: US28Sheet 34 | 1 |
| 1629 | 012552 - 012555 | 7/25/2002 | Daily Log of Construction | 4 |
| 1630 | 005137 - 005138 | 7/25/2002 | Daily Log of Construction | 2 |
| 1631 | 005139 - 005140 | 7/26/2002 | Daily Log of Construction | 2 |
| 1632 | 006539 - 006540 | 7/26/2002 | Weekly Field Report | 2 |
| 1633 | 509969 | 7/30/2002 | Email: SEKI 200Q Conversation with Steve Christensen | 1 |
| 1634 | 005159 - 005161 | 7/30/2002 | Meeting Minutes - Sequoia National Park, Sherman Tree Parking | 3 |

## PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | Bates No. | Date | Type/Description | No. of Pages |
|---|---|---|---|---|
| 1635 | 513432 | 7/30/2002 | Email: additional fill requirement on access road | 1 |
| 1636 | 005164 - 005165 | 7/31/2002 | Daily Log of Construction | 2 |
| 1637 | 005757 | 8/1/2002 | Contractor's Quality Control Daily Report | 1 |
| 1638 | 002152 | 8/1/2002 | Letter: Record of Negotiation - Update - Sorting and Removal of Debris in Upper Parking Lot | 1 |
| 1639 | 002130 | 8/2/2002 | Letter: Record of Negotiation, Haul Excess Excavation to Wolverton Point Quantity Variation for Bid Item 39 | 1 |
| 1640 | | 8/8/2002 | Contractor's Quality Control Daily Report | 1 |
| 1641 | 005185 | 8/7/2002 | Daily Log of Construction | 1 |
| 1642 | 517201 - 517202 | 8/9/2002 | Weekly Field Report | 2 |
| 1643 | 005202 | 8/13/2002 | Daily Log of Construction | 1 |
| 1644 | 387898 - 387902 | 8/19/2002 | Letter: Request for Contract Mod, Changes to Trail Design | 5 |
| 1645 | 509972 | 8/15/2002 | Email: SEKI 200Q - Discussion on Fill Material | 1 |
| 1646 | 517198 - 517200 | 8/16/2002 | Weekly Field Report | 2 |
| 1647 | 005798 | 8/19/2002 | Draft: Rock Hammering and Removal in Upper Parking | 1 |
| 1648 | 005801 | 8/19/2002 | Contractor's Quality Control Daily Report | 1 |
| 1649 | 387920 | 10/22/2002 | Letter: Concerns over lack of survey control on trail | 1 |
| 1650 | 509663 | 8/22/2002 | Email: Parking spaces vs boulder | 1 |
| 1651 | 005814 | 8/23/2002 | Contractor's Quality Control Daily Report | 1 |
| 1652 | 005816 | 8/26/2002 | Contractor's Quality Control Daily Report | 1 |
| 1653 | 005818 | 8/27/2002 | Contractor's Quality Control Daily Report | 1 |
| 1654 | 517256 - 517262 | 7/9/2003 | Speed Letter Log | 7 |
| 1655 | 005821 | 8/28/2002 | Contractor's Quality Control Daily Report | 1 |
| 1656 | 514221-514222 | 8/29/2002 | Ltr re Letter of Rejection | 2 |
| 1657 | 387931 | 8/29/2002 | Ltr RE Layout clarification of the following sheets: T7, T8, T7A and T8A | 1 |
| 1658 | 005827 | 8/29/2002 | Contractor's Quality Control Daily Report | 1 |
| 1659 | 005824 | 8/30/2002 | Contractor's Quality Control Daily Report | 1 |
| 1660 | 005832 | 9/3/2002 | Contractor's Quality Control Daily Report | 1 |
| 1661 | 005835 | 9/4/2002 | Contractor's Quality Control Daily Report | 1 |
| 1662 | 509401 | 9/5/2002 | Email re Physical interference in parking area 36+00 to 48+00 | 1 |
| 1663 | 510688 | 9/5/2002 | Accress Road Approximate stations for Crowns and Super along Access Road | 1 |
| 1664 | 510712-510713 | 9/5/2002 | Email re Physical interference in parking area 36+00 to 48+00 | 2 |
| 1665 | 005210 | undated | Status of work (continued) | 1 |
| 1666 | 005262-005263 | 9/6/2002 | Daily Log of Construction | 2 |
| 1667 | 510692 | 9/6/2002 | Email re test | 1 |

## PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | Bates No. | Date | Type/Description | No. of Pages |
|---|---|---|---|---|
| 1668 | 005841 | 9/6/2002 | Contractor's Quality Control Daily Report | 1 |
| 1669 | 005846 | 9/9/2002 | Contractor's Quality Control Daily Report | 1 |
| 1670 | 005848 | 9/10/2002 | Contractor's Quality Control Daily Report | 1 |
| 1671 | 014522 | 9/10/2002 | Paragraph re Steve Christensen stating that conditions shown are drawing US28 are not representative | 1 |
| 1672 | 510632 | 9/10/2002 | Email re Supers | 1 |
| 1673 | 510634 | 9/10/2002 | Email re SEKI 200Q Road Re-Engineering | 1 |
| 1674 | 005268-005269 | 9/10/2002 | Daily Log of Construction | 2 |
| 1675 | 513876-513877 | 9/11/2002 | Email re SEKI 200Q Base Course Testing | 2 |
| 1676 | 002103-002111 | 9/11/2002 | Amendment of Solicitation/Modification of Contract | 9 |
| 1677 | 515311-515317 | 9/11/2002 | Amendment of Solicitation/Modification of Contract | 7 |
| 1678 | 509505-509506 | 9/12/2002 | Email re Rejection letter for roadway | 2 |
| 1679 | 387960-387961 | 9/16/2002 | Ltr re Impacts to Project Completion | 2 |
| 1680 | 387965 | 9/17/2002 | Ltr re Clarification of Sherman Tree Trail Design | 1 |
| 1681 | 005282-005283 | 9/17/2002 | Daily Log of Construction | 2 |
| 1682 | 005290-005291 | 9/18/2002 | Daily Log of Construction | 2 |
| 1683 | 513459-513461 | 9/18/2002 | Email re Comfort Station Siding | 3 |
| 1684 | 005298-005299 | 9/20/2002 | Daily Log of Construction | 2 |
| 1685 | 005869 | 9/24/2002 | Contractor's Quality Control Daily Report | 1 |
| 1686 | 005305 | undated | Status of work (continued) | 1 |
| 1687 | 005310 | undated | Daily Log of Construction | 2 |
| 1688 | 509306-509307 | 9/26/2002 | Email re Upper Parking lot delay | 2 |
| 1689 | 513333 | 9/30/2002 | Email re SEKI 200Q Log Hauling | 1 |
| 1690 | 004067-004068 | 10/7/2002 | Daily Log of Construction | 2 |
| 1691 | 510439-510445 | 10/8/2002 | Fax re Jenny's hours; Loren's original/unedited notes of walk-through with Russell | 7 |
| 1692 | 510478 | 10/8/2002 | Email re Stair relocation/trail modification | 1 |
| 1693 | 509831 | 1/15/2004 | Email re Stair relocation/trail modification | 1 |
| 1694 | 513671-513674 | 10/9/2002 | Email re SEKI 200Q, Pay Estimate 11, Bid Item 39 Quantities | 4 |
| 1695 | 509086 | undated | Hand written Speed Letter re Shuttle Drive / Access Road intersection | 1 |

# PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | Bates No. | Date | Type/Description | No. of Pages |
|---|---|---|---|---|
| 1696 | 004215-004216 | 10/14/2002 | Daily Log of Construction | 2 |
| 1697 | 514917 | 10/17/2002 | Request for Clarification | 1 |
| 1698 | 514907 | 10/17/2002 | Request for Clarification | 1 |
| 1699 | 513487 | 10/17/2002 | Memo re Mitigation of Tree Damage and Topsoil Shortage | 1 |
| 1700 | 513341 | 10/17/2002 | Memo re Mitigation of Tree Damage and Topsoil Shortage | 1 |
| 1701 | 508778-508779 | 10/17/2002 | Memo re Mitigation of Tree Damage and Topsoil Shortage | 1 |
| 1702 | 023784-023786 | undated | Fax re Signature Boulders - Sequoia 200Q | 3 |
| 1703 | 005960 | 10/18/2002 | Contractor's Quality Control Daily Report | 1 |
| 1704 | 513339 | 10/21/2002 | Email re memo on 200Q inspections | 1 |
| 1705 | 004231-004232 | 10/22/2002 | Daily Log of Construction | 2 |
| 1706 | 014550 | 10/22/2002 | Pararaph re Dave Garcia of Garcia Paving | 1 |
| 1707 | 517228 | 10/23/2002 | Hand written Speed Letter re changes | 1 |
| 1708 | No Bates # | 10/23/2002 | Report 120, sheet 4 of 4 | 1 |
| 1709 | 006009 | 10/25/2002 | Contractor's Quality Control Daily Report | 1 |
| 1710 | 006016 | 10/29/2002 | Contractor's Quality Control Daily Report | 1 |
| 1711 | 004317-004318 | 10/30/2002 | Daily Log of Construction | 2 |
| 1712 | 004313-004314 | 10/30/2002 | Daily Log of Construction | 2 |
| 1713 | 006043 | 10/31/2002 | Contractor's Quality Control Daily Report | 1 |
| 1714 | 388095-388097 | 11/16/2002 | Ltr re Notice of Potential Claim - Related to Owner Caused Delays | 3 |
| 1715 | 515331-515339 | 10/18/2002 | Amendment of Solicitation/Modification of Contract | 9 |
| 1716 | 508648 | 11/20/2002 | Email re Items for Clarification | 1 |
| 1717 | 513107-513109 | 11/27/2002 | Email re Request for ADR | 3 |
| 1718 | 388254 | 12/7/2002 | Ltr re Notice of Potential Claim, Failure by the NPS to provide REMCON with Boulders for Boulder Revetment as required in the Contract Specifications | 1 |
| 1719 | 513346 | 12/16/2002 | Email re Rock Ripping Requirement | 1 |
| 1720 | 509775 | 12/17/2002 | Email re Rock Ripping Requirement | 1 |
| 1721 | 513183-513186 | 12/30/2002 | Email re Bilateral Mod for Lower Sherman | 4 |
| 1722 | 513596 | 1/2/2003 | Page 4 - Item No. 76 - Stone Curb | 1 |
| 1723 | 513595 | 1/2/2003 | Page 3 - Item No. 45 - Silt Protection | 1 |
| 1724 | 002016-002029 | 1/14/2003 | Memo re Backup Material for Modification 6 | 5 |
| 1725 | 513063-513066 | 2/24/2003 | Email re Remcon's Letter of 11/20/02 Demanding Double Compensation | 4 |
| 1726 | 513493 | 2/26/2003 | Ltr re Faxed Letter dated 2/26/03 concerning Updated Trail Plans | 1 |
| 1727 | 513350 | 2/26/2003 | Ltr re Faxed Letter dated 2/26/03 concerning Updated Trail Plans | 1 |
| 1728 | 387548 | 2/26/2003 | Ltr re Updated Trail Plans T3A - T10A, Second Request | 1 |
| 1729 | 387570-387571 | 3/4/2003 | Ltr re Contract Modification No. 6 | 2 |
| 1730 | 387572 - 387574 | 3/3/2003 | Letter with attachment re Payment for Boulder Revetment | 3 |
| 1731 | 387581 - 387583 | 3/3/2003 | Letter with attachment re Provide Boulder Revetment | 3 |

## PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | Bates No. | Date | Type/Description | No. of Pages |
|---|---|---|---|---|
| 1732 | 513512 - 513514 | 4/1/2003 | E-mail from Rod Keiscome forwarded to Willie DeOcampo forwarded to Mike Giller re Gov't Position relative to SEKI-200Q Mediation Brief [original date of e-mail is 6/18/02] | 3 |
| 1733 | 513510 | 4/1/2003 | E-mail from Larry Walling forwarded to Bob Russell [original date of e-mail is 6/13/02] re REMCON Position. Also forwarded to Rod Keiscome, T. Lang, W. DeOcampo and Joanne Cody on 6/14/02. Forwarded by Willie DeOcampo to Mike Giller on 4/1/03. | 1 |
| 1734 | 513352 | 4/1/2003 | E-mail forwarded to Mike Giller from Willie DeOcampo - e-mails between Willie DeOcampo and Rod Keiscome re 200Q Discussion [original e-mail dated 3/18/02]. | 1 |
| 1735 | 513504 - 513509 | 4/1/2003 | E-mail between Rod Keiscome and Willie DeOcampo [original e-mail dated 6/11/02] forwarded by DeOcampo to Mike Giller re NPS Response to Contractor's Mediation Brief | 6 |
| 1736 | 513502 - 513503 | 4/1/2003 | E-mail with attachment re "response" - forwarded by DeOcampo to Mike Giller | 2 |
| 1737 | 387742 | 4/2/2003 | Letter re Notice of Potential Claim - Stairs, Clarification of Trail Plans | 1 |
| 1738 | 002654 - 002662 | 4/3/2003 | Memo with attached letter re Response to Remcon Letter No. 93 | 9 |
| 1739 | 513945 - 513947 | 4/3/2003 | Letter re Response to April 4, 2003 letter | 3 |
| 1740 | 513033 - 513036 | 4/16/2003 | E-mail re Termination for Convenience / Termination for Default / Deductive modifications (Changes) | 4 |
| 1741 | 512313 | 4/28/2003 | E-mail forwarded to Mike Giller from Ray Todd [date of original e-mail 8/8/01 - e-mail from DeOcampo to A. Gregor] re Over-runs on 200Q | 1 |
| 1742 | 512299 | 4/28/2003 | E-mail forwarded to Mike Giller from Ray Todd [date of original e-mail 7/2/01 - e-mail from DeOcampo to Joanne Cody] re 200Q | 1 |
| 1743 | 513533 - 513540 | 5/6/2003 | E-mail re SOW | 8 |
| 1744 | 387233 - 387235 | 5/13/2003 | Letter re Construction Inspector Appointment | 3 |
| 1745 | 512967 - 512975 | 5/22/2003 | E-mail with attachment re "dry laid stone wall" | 9 |
| 1746 | 387279 - 387280 | 6/20/2003 | Letter re Site Deficiencies | 2 |
| 1747 | 387283 - 387292 | 6/30/2003 | Letter re Response to NPS' Pay Estimate 14 Quantity Corrections Letter | 10 |
| 1748 | 513555 - 513557 | 7/1/2003 | E-mail re RFI Log 5-23-03 Rev | 3 |
| 1749 | 512737 - 512742 | 7/3/2003 | Letter re Contracting Officer's Final Decision - Dry Laid Stone Wall | 6 |
| 1750 | 513564 - 513571 | 7/9/2003 | E-mail with attachment re Speed Letter Log 7-9-03 | 8 |
| 1751 | 387317 - 387329 | 7/3/2003 | Letter with attachments re Contracting Officer's Final Decision - Aggregate Base Course | 13 |

# PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | Bates No. | Date | Type/Description | No. of Pages |
|---|---|---|---|---|
| 1752 | 387301 - 387312 | 7/3/2003 | Letter with attachments re Contracting Officer's Final Decision - Dry Laid Stone Wall | 12 |
| 1753 | 512854 - 512860 | 7/6/2003 | E-mail with attachments re Draft Letters dated 7/7/03 (response to Remcon letters dated 6/28/03) | 7 |
| 1754 | 511118 | 7/9/2003 | E-Mail re Outstanding RFIs | 1 |
| 1755 | 513948 | 7/14/2003 | E-mail re Preliminary Psomas Survey Comments | 1 |
| 1756 | 512744 - 512753 | 7/15/2003 | Letter re Contracting Officer's Final Decision - Rock Blasting, Excavation, Grading and Storm Water Pollution Prevention (SWPP) | 10 |
| 1757 | 387362 - 387376 | 7/15/2003 | Letter re Contracting Officer's Final Decision, Differing Site Conditions - Rock Blasting, Excavation, Grading and Storm Water Pollution Prevention (SWPP) | 15 |
| 1758 | 512786 - 512801 | 7/16/2003 | E-Mail with attachments re Updated Logs | 16 |
| 1759 | 512731 - 512732 | 7/18/2003 | E-mail re Sequoia and Kings Canyon National Parks | 2 |
| 1760 | 514310 - 514312 | 4/2/2004 | Letter re Notice of Claim, Failure to Follow Payment Terms of the Contract Specifications for Aggregate Base and Asphalt Concrete Pavement | 3 |
| 1761 | 514314 - 514315 | 4/2/2002 | Letter re Notice of Claim, Failure to Follow Payment Terms of the Contract Specifications for Boulder Revetment | 2 |
| 1762 | 514317 - 514318 | 12/4/2002 | Letter re Notice of Claim, Failure to Follow Payment Terms of the Contract Specifications for Dry Laid Stone Wall | 2 |
| 1763 | 514323 | 4/3/2004 | Notice of Potential Claim, Failure by the NPS to Provide Remcon with Boulders for Boulder Revetment as required in the Contract Specifications | |
| 1764 | 514320 - 514321 | 4/3/2004 | Letter re Notice of Claim, Failure to Follow Payment Terms of the Contract Specifications for Concrete Drop Inlets Type A | 2 |
| 1765 | 517525 - 517564 | undated | Table of Contents [re photos] | 40 |
| 1766 | 022776 | undated | Memo re Sherman Tree Parking and Restoration | 1 |
| 1767 | 023707 - 023712 | undated | Typewritten Notes | 6 |
| 1768 | 023749 - 023754 | undated | Handwritten / typewritten notes re E.W. Summary | 6 |
| 1769 | No Bates Number | undated | Document re subcontractor work | 1 |
| 1770 | 002069 | undated | Line Item Summary (labeled Page 2 of 2) | 1 |
| 1771 | 002055 | undated | Document including Contractor's Statement of Release | 1 |