# PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | Bates No. | Date | Type/Description | No. of Pages |
|---|---|---|---|---|
| 1772 | 002033 | undated | Justification (description, cause, need, consequence if work is not performed) (Item No. 141) | 1 |
| 1773 | 002015 | undated | Modification (Item No. 141) | 1 |
| 1774 | 514228 | undated | Justification (description, cause, need, consequence if work is not performed) (Item No. 140) | 1 |
| 1775 | 514040 - 514041 | undated | Letter re Contracting Officer Directive | 2 |
| 1776 | 513697 | undated | Memo to "Joanne" | 1 |
| 1777 | 513590 - 513592 | undated | Draft letter including handwritten notes re Pay Estimate Quantify Corrections | 3 |
| 1778 | 513390 - 513391 | undated | Typewritten Notes | 2 |
| 1779 | 500055 - 500076 | undated | Request for Equitable Adjustment | 22 |
| 1780 | 500077 - 500078 | undated | Request for Equitable Adjustment - Storm Water Pollution Prevention | 2 |
| 1781 | 014319 | undated | Handwritten Notes | 1 |
| 1782 | 014323 | undated | Handwritten Notes | 1 |
| 1783 | 518304 - 514309 | undated | Handwritten Notes | 6 |
| 1784 | 518312 | undated | Handwritten Notes | 1 |
| 1785 | 518322 | undated | Handwritten Notes | 1 |
| 1786 | 518334 - 518336 | undated | Handwritten Notes | 3 |
| 1787 | 518341 | undated | Handwritten Notes | 1 |
| 1788 | 5173___5 | undated | Typewritten Notes indicating "Cut" and "Fill" | 1 |
| 1789 | 10198 | 4/15/2001 | Letter/RE: RFI #10 Electrical & Water Trench Conflicts | 1 |
| 1790 | DHM000002493-DHM000002500 | 1-Aug | Maps: Revised Trail Grading and Restoration Plan | 8 |
| 1791 | 516107-516198 | 6/28/2001 | Transmittal RE:Transaction# 23& 25; Attachments Include Transmittals & Summaries | 87 |
| 1792 | REM000000040 | 7/19/2001 | Crew Card | 1 |
| 1793 | 10200 | 7/26/2001 | RFI# 9 Via Fax | 1 |
| 1794 | 004616-004617 | 8/7/2001 | Daily Log of Construction | 2 |
| 1795 | 004618-004619 | 8/7/2001 | Daily Log of Construction | 2 |
| 1796 | 388358-388359 | 7/3/2001 | Letter VIA Facsimile RE: 2-1/2' AC Overlay | 2 |
| 1797 | 388469-388470 | 8/15/2001 | Letter RE: RFI# 10 Electrical and Water Trench Conflicts | 2 |
| 1798 | 6444 | 8/28/2001 | Weekly Meeting# 14 | 1 |
| 1799 | 513364 | 9/13/2001 | E-mail RE: Sequoia Sherman Tree | 1 |
| 1800 | 514710 | 9/27/2001 | Facsimile RE: RFI# 27 | 1 |
| 1801 | 004820-004821 | 10/18/2001 | Daily Log of Construction | 2 |
| 1802 | MM000000649-MM000000651 | 10/22/2001 | Field Observation Report Via Fax | 3 |
| 1803 | 004835-004836 | 10/23/2001 | Daily Log of Construction | 2 |
| 1804 | 14311 | 1/2/2002 | Transmittal RE: Work Items to be Addressed Next Year | 1 |

# PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | Bates No. | Date | Type/Description | No. of Pages |
|---|---|---|---|---|
| 1805 | 388727-388732 | 1/2/2002 | Transmittal RE: Work Items to be Addressed Next Year | 6 |
| 1806 | 513945-513947 | | Letter RE: Response to April 4,2003 Letter | 3 |
| 1807 | 513860-513864 | 5/1/2002 | E-mail RE: 200Q & 200P Contract Issues, Left Over from 200; Attachment Included | 5 |
| 1808 | 513367-513369 | 5/9/2002 | E-mail RE: SEKI Trail Grades Trail Points and Grades Attached | 3 |
| 1809 | 514094 | 5/24/2002 | E-mail RE: Standby Costs | 1 |
| 1810 | 518167 | 5/29/2002 | Daily Log of Construction | 1 |
| 1811 | 518165 | 5/31/2002 | Daily Log of Construction | 1 |
| 1812 | 518166 | 5/31/2002 | Status of Work | 1 |
| 1813 | 005016-005017 | 5/31/2002 | Daily Log of Construction | 2 |
| 1814 | 005032-005033 | 6/5/2002 | Daily Log of Construction | 2 |
| 1815 | 518163 | | Status of Work | 1 |
| 1816 | 518163 | | Status of Work | 1 |
| 1817 | 005036-005037 | 6/6/2002 | Daily Log of Construction | 2 |
| 1818 | 514096-514097 | 6/6/2002 | E-mail RE: Generals Highway Work | 2 |
| 1819 | REM000000451 | 6/17/2002 | Crew Card | 1 |
| 1820 | REM000000452 | 6/18/2002 | Crew Card | 1 |
| 1821 | REM000000453 | 6/18/2002 | Crew Card | 1 |
| 1822 | REM000000464 | 6/21/2002 | Crew Card | 1 |
| 1823 | 14333 | | Schedule of Lists Items | 1 |
| 1824 | DHM000002060-DHM000002064 | 7/1/2002 | E-mail Forwarded: Electronic Survey | 5 |
| 1825 | REM000000485 | 7/1/2002 | Crew Card | 1 |
| 1826 | REM000000491 | 7/3/2002 | Crew Card | 1 |
| 1827 | 5686 | 7/3/2002 | Contractor's Quality Control Daily Report | 1 |
| 1828 | 508117-508120 | 7/15/2002 | Letter RE: RFI# and Description Agreement | 4 |
| 1829 | JA01407-JA01412 | 7/16/2002 | Transmittal RE: List of Project Items Needing to be Addresses; Attachments Include Project Items | 6 |
| 1830 | 005120-005121 | 7/17/2002 | Daily Log of Construction | 2 |
| 1831 | 514023-514024 | | Letter RE: Substitution of Project Superintendent | 2 |
| 1832 | 005122-005123 | 7/18/2002 | Daily Log of Construction | 2 |
| 1833 | 005124-005125 | 7/19/2002 | Daily Log of Construction | 2 |
| 1834 | 13264 | 7/19/2002 | Contractor's Quality Control Daily Report | 1 |

# PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | Bates No. | Date | Type/Description | No. of Pages |
|---|---|---|---|---|
| 1835 | REM000013119 | 7/29/2002 | Letter VIA Fax RE: Sherman Tree Parking Area | 1 |
| 1836 | 515787-515829 | 4/19/2002 | Transmittal RE: Project Organization Chart | 43 |
| 1837 | REM000000555 | 7/31/2002 | Crew Card | 1 |
| 1838 | 5763 | 8/1/2002 | Letter VIA Fax RE: Report 58 | 1 |
| 1839 | 005168-005169 | 8/1/2002 | Daily Log of Construction | 2 |
| 1840 | 387831 | 8/2/2002 | Letter VIA Fax RE: Rejection of Work-Water Pipe | 1 |
| 1841 | 387862 | 8/2/2002 | Letter VIA Fax RE: Rejection of Work- Fill at Access Road | 1 |
| 1842 | 387863 | 8/2/2002 | Letter VIA Fax RE: Rejection of Work-Electrical Conduit | 1 |
| 1843 | 387864-387872 | 8/7/2002 | Letter RE: Rejection Attachments of Inspection Codes Included | 9 |
| 1844 | 387878-387880 | 8/8/2002 | Letter VIA Fax RE: Letter of Rejection, Gov't. Misinterpretation of Contract Specifications | 3 |
| 1845 | REM000000576 | 8/8/2002 | Crew Card | 1 |
| 1846 | REM000000579 | 8/9/2002 | Crew Card | 1 |
| 1847 | 517201-517202 | 8/9/2002 | Weekly Field Report | 2 |
| 1848 | 005196-005197 | 8/9/2002 | Daily Log of Construction | 2 |
| 1849 | 014461-014463 | 8/12/2002 | E-mail RE: SEKI 200Q; Weekly Report Week Ending 8/9/02 | 3 |
| 1850 | 513436-513438 | 8/12/2002 | E-mail RE: Conduit Letter | 3 |
| 1851 | 005198-005199 | 8/12/2002 | Daily Log of Construction | 2 |
| 1852 | 005202-005203 | 8/13/2002 | Daily Log of Construction | 2 |
| 1853 | 517199-517200 | 8/16/2002 | Weekly Field Report | 2 |
| 1854 | REM000000629 | 8/26/2002 | Crew Card | 1 |
| 1855 | 513443-513451 | 8/28/2002 | E-mail RE: Concrete Curb/Stone Curbing Attachments of Pics. Included | 9 |
| 1856 | 514222-514221 | 8/29/2002 | Letter RE: Letter of Rejection | 2 |
| 1857 | 514224 | 8/29/2002 | Letter RE: Letter of Removal | 1 |
| 1858 | 387958 | 9/16/2002 | Letter VIA Fax RE: Clarification of SCE Electrical Conduit Alignment | 1 |
| 1859 | 005282-005283 | 9/17/2002 | Daily Log of Construction | 2 |
| 1860 | 513459-513461 | 9/18/2002 | E-mail RE: Comfort Station Siding | 3 |
| 1861 | 509279-509280 | 9/25/2002 | E--mail RE: SEKI 200Q Phone Call With Steve Summary | 2 |
| 1862 | 388018-388021 | 9/26/2002 | Facsimile RE: SEKI-200Q Correspondence Attached | 4 |
| 1863 | REM000000759 | 9/27/2002 | Crew Card | 1 |
| 1864 | REM0000008113-REM0000008146 | 8/12-9/20/02 | Crew Cards | 34 |
| 1865 | REM000013115 | 10/2/2002 | Letter VIA Fax RE: Sherman Tree Parking Area | 1 |
| 1866 | REM000014497-REM000098 | 10/4/2002 | Letter RE: Water Line Flushing and Pressure Testing | 2 |
| 1867 | REM000013117 | 10/11/2002 | Letter VIA Fax RE: Sherman Tree Parking Area | 1 |
| 1868 | REM000000809 | 10/11/2002 | Crew Card | 1 |
| 1869 | REM000000811 | 10/14/2002 | Crew Card | 1 |
| 1870 | REM000000816 | 10/15/2002 | Crew Card | 1 |
| 1871 | 004217-004218 | 10/15/2002 | Daily Log of Construction | 2 |

## PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | Bates No. | Date | Type/Description | No. of Pages |
|---|---|---|---|---|
| 1872 | 004219-004220 | 10/16/2002 | Daily Log of Construction | 2 |
| 1873 | REM000000825 | 10/17/2002 | Crew Card | 1 |
| 1874 | 513487 | 10/17/2002 | Memorandum RE:Mitigation of Tree Damage and Topsoil Shortage | 1 |
| 1875 | REM000000836 | 10/21/2002 | Crew Card | 1 |
| 1876 | 513339 | 10/21/2002 | E-mail RE:Memo on 200Q Inspectors | 1 |
| 1877 | 004233-004235 | 10/22/2002 | Meeting Minutes | 3 |
| 1878 | REM000013114 | 10/22/2002 | Letter VIA Fax RE: Sherman Tree Parking Area | 1 |
| 1879 | REM000013118 | 10/23/2002 | Letter VIA Fax RE: Sherman Tree Parking Area | 1 |
| 1880 | REM000000845 | 10/23/2002 | Crew Card | 1 |
| 1881 | 388064-388065 | 10/23/2002 | Letter VIA Fax RE: Asphalt Paving Issues, Letter from Garcia Paving | 2 |
| 1882 | REM000000850 | 10/24/2002 | Crew Card | 1 |
| 1883 | REM000000857 | 10/28/2002 | Crew Card | 1 |
| 1884 | REM000013112 | 10/30/2002 | Letter VIA Fax RE: Sherman Tree Parking Area | 1 |
| 1885 | 004361-004362 | 11/1/2002 | Daily Log of Construction | 2 |
| 1886 | 013157-013164 | 11/7-11/9/02 | Daily Work Report SEKI-200Q G.R. | 8 |
| 1887 | 388086-388090 | 11/13/2002 | Transmittal RE: Water System Tests Attached Docs. Include Pressure Testing, Dechlorinization, Coliform, E-Coli | 5 |
| 1888 | 14607 | 11/26/2002 | Schedule of Lists Items | 1 |
| 1889 | 513107-513109 | 11/27/2002 | E-mail RE: Request for ADR | 3 |
| 1890 | 513642-513645 | 12/4/2002 | Letter RE: Letter of Rejection | 4 |
| 1891 | 388235-388236 | 12/4/2002 | Letter RE: Letter of Rejection- Stone & Log Check Dams at Sherman Tree Trail | 2 |
| 1892 | JA00947-JA00950 | 12/11/2002 | E-mail RE: 200Q Field Observations Week of 7-15 | 4 |
| 1893 | 513156-513157 | 12/11/2002 | E-mail RE: Memo on Check Dam Meeting | 2 |
| 1894 | 513158-513169 | 12/12/2002 | E-mail RE: SEKI Asbuilt Survey Attachments Include Cost Estimates | 12 |
| 1895 | 513183-513186 | 12/30/2002 | E-mail RE: Bilateral Mod for Lower Sherman Attachments Include one Letter | 4 |
| 1896 | JA01391-JA01392 | 1/23/2003 | Transmittal RE: Photo Attachment | 2 |
| 1897 | 513512-513514 | 4/1/2003 | E-mail RE: Gov't Position Relative to SEKI-200Q Mediation Brief | 3 |
| 1898 | 513510 | 4/1/2003 | E-mail RE: REMCON Position | 1 |
| 1899 | 513525 | | Letter VIA Fax RE: Letter Dated April 2,2003 Concerning Contract Requirements | 1 |
| 1900 | 514349-514350 | | Letter RE: Contract Requirements | 2 |
| 1901 | 512967-512975 | 5/22/2003 | E-mail RE: Dry Laid Stone Wall Attachment Includes Claim and Final Decision | 8 |
| 1902 | 006496-006499 | 6/17/2003 | Progress Meeting No. 66 Minutes | 4 |
| 1903 | 387279-387280 | 6/20/2003 | Letter RE: Site Deficiencies | 2 |
| 1904 | 387281 | 6/28/2003 | Letter RE: Mobilization Notification | 1 |
| 1905 | 512854-512860 | 7/6/2003 | E-mail RE: Draft Letters Dated 7-7-03 Response to REMCON Letters Dated 9-28-03 | 7 |

## PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | Bates No. | Date | Type/Description | No. of Pages |
|---|---|---|---|---|
| 1906 | 513948 | 7/14/2003 | E-mail RE: Preliminary Psomas Survey Comments | 1 |
| 1907 | 387411 | 7/17/2003 | Letter RE: Contract Delays by the NPS | 1 |
| 1908 | 387405-387407 | 7/20/2003 | Request for Information Summary Lists of Items | 3 |
| 1909 | 513297-513302 | 7/25/2003 | E-mail RE: Acknowledgment of REMCON'S Claim & Audit and Request for OIG Audit | 6 |
| 1910 | 513781-513791 | 8/13/2003 | E-mail RE: REMCONTerminated for Default Attachments Include Letters | 11 |
| 1911 | 023764-023766 | 10/18/2003 | Letter RE: Access Road | 3 |
| 1912 | JA01578-JA01582 | 10/28/2003 | Letter RE: Sequoia-Kings National Park | 5 |
| 1913 | | | | |
| 1914 | 507836-507842 | 5/20/2002 | E-mail RE: Pending Plan Changes , Generals Highway, and Unresolved Contract Issues Attachments Include E-mails | 7 |
| 1915 | 388919-388920 | 5/20/2002 | Letter RE: Project Stand-by and Delay | 2 |
| 1916 | 388918 | 5/20/2002 | E-mail RE: Project Delay | 1 |
| 1917 | 388911-388917 | 5/20/2002 | E-mail RE: Pending Plan Changes , Generals Highway, and Unresolved Contract Issues Attachments Include E-mails | 7 |
| 1918 | 512268 | 5/21/2002 | E-mail RE: Project Delay | 1 |
| 1919 | 023923-023924 | 5/21/2002 | E-mail RE: Project Delay | 2 |
| 1920 | 004986-004987 | 5/21/2002 | Daily Log of Construction | 2 |
| 1921 | 514090 | 5/21/2002 | E-mail RE: Project Delay | 1 |
| 1922 | 509783 | 5/22/2002 | E-mail RE: SEKI 200Q | 1 |
| 1923 | 023920-023922 | 5/22/2002 | E-mail RE: SEKI 200Q | 3 |
| 1924 | 513371 | 5/22/2002 | E-mail RE: Project Delay | 1 |
| 1925 | 513372 | 5/22/2002 | E-mail RE: SEKI 200Q Stair Quantity | 1 |
| 1926 | 510065 | 5/23/2002 | E-mail RE: Stand-by Costs | 1 |
| 1927 | 388922 | 5/24/2002 | E-mail RE: Stand-by Costs | 1 |
| 1928 | 023916-023917 | 5/24/2002 | E-mail RE: Stand-by Costs | 2 |
| 1929 | 002071-002072 | 5/24/2002 | Justification )Description, Cause, Need, Consequence if Work is Not Performed E-mail is Attached | 2 |

# PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | Bates No. | Date | Type/Description | No. of Pages |
|---|---|---|---|---|
| 1930 | 513868 | 5/24/2002 | E-mail RE: Stand-by Costs | 1 |
| 1931 | 513374 | 5/29/2002 | E-mail RE: Sherman Tree Trail | 1 |
| 1932 | 513375 | 5/29/2002 | E-mail RE: Excess Material From 200Q | 1 |
| 1933 | 388925-388930 | 5/29/2002 | Letter VIA Facsimile Attachments Included | 6 |
| 1934 | 518167 | 5/29/2002 | Daily Log of Construction | 1 |
| 1935 | 518165 | 5/31/2002 | Daily Log of Construction | 1 |
| 1936 | 518165 | 5/31/2002 | Daily Log of Construction | 2 |
| 1937 | 005016-005017 | 5/31/2002 | Daily Log of Construction | 2 |
| 1938 | 005018-00519 | 5/31/2002 | Daily Log of Construction | 2 |
| 1939 | 005023-005024 | 6/3/2002 | Daily Log of Construction | 2 |
| 1940 | 513377 | 6/3/2002 | E-mail RE: Generals Highway Work | 1 |
| 1941 | 513376 | 6/3/2002 | E-mail RE: Sherman Tree Trail Design | 1 |
| 1942 | 518160 | 6/4/2002 | Daily Log of Construction | 1 |
| 1943 | 518161 | 6/4/2002 | Status of Work | |
| 1944 | 518163 | 6/4/2002 | Status of Work | |
| 1945 | 5029 | 6/4/2002 | Status Report | |
| 1946 | 5031 | 6/4/2002 | Status of Work | |
| 1947 | 005032-005033 | 6/5/2002 | Daily Log of Construction | 2 |
| 1948 | 388977-388982 | 6/5/2002 | Letter VIA Fax RE: Contract Modification Price to Raise Parking Area; Breakdown Costs Attached | 6 |
| 1949 | 388986-388988 | 6/6/2002 | Transmittal RE: Government Estimate for Raising Upper Parking Lot | 3 |
| 1950 | 513379 | 6/6/2002 | E-mail RE: Pricing Submittal for Upper Parking Area | 1 |
| 1951 | 005036-005037 | 6/6/2002 | Daily Log of Construction | 2 |
| 1952 | 5041 | | Status of Work | 1 |
| 1953 | 5048 | | Status of Work | 1 |
| 1954 | 5054 | | Status of Work | 1 |
| 1955 | 5060 | | Status of Work | 1 |
| 1956 | 5066 | | Status of Work | 1 |
| 1957 | 023886-023388 | 6/10/2002 | Memorandum RE: SEKI 200Q- Mediation Paper | 3 |
| 1958 | 510007-51008 | 6/11/2002 | E-mail RE: Response | 2 |
| 1959 | 511913-511920 | 6/11/2002 | E-mail RE: NPS Response to Mediation Brief Attached | 8 |
| 1960 | 509858 | 6/13/2002 | E-mail RE: Construction Schedule | 1 |

# PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | Bates No. | Date | Type/Description | No. of Pages |
|---|---|---|---|---|
| 1961 | 002164-002166 | 6/14/2002 | Letter RE: Record of Negotiation, for Raising Finish Grade of Upper Parking Lot; Estimated Cost Attached | 3 |
| 1962 | 5643 | 6/17/2002 | Contractor's Quality Control Daily Report | 1 |
| 1963 | 518078-518079 | 6/17/2002 | RFI No. 54 | 2 |
| 1964 | 518080 | 6/17/2002 | RFI No. 55 | 1 |
| 1965 | 389031-0389032 | 6/18/2002 | E-mail RE: Gov't Position Relative to SEKI-200Q Mediation Brief | 2 |
| 1966 | 510049 | 6/19/2002 | E-mail RE: Sherman Tree Trail Redesign | 1 |
| 1967 | 514830 | 6/20/2002 | RFI No. 59A | 1 |
| 1968 | 514831 | 6/20/2002 | RFI No. 59 | 1 |
| 1969 | 518086-518087 | 6/20/2002 | RFI No. 59 | 2 |
| 1970 | 5081 | | Status of Work | 1 |
| 1971 | 005084-005085 | 6/24/2002 | Daily Log of Construction | 2 |
| 1972 | 513870-513871 | 6/24/2002 | E-mail RE: Contract Mod. Upper Parking Area | 2 |
| 1973 | 513854 | 6/24/2002 | E-mail RE: Status Submittals and RFI's | 1 |
| 1974 | 513856 | 6/24/2002 | E-mail RE: Governments Cost Estimate | 1 |
| 1975 | 509870 | 6/26/2002 | E-mail RE: MODs | 1 |
| 1976 | 513389 | 6/26/2002 | E-mail RE: Funds for Directive (Raise Parking Lot) | 1 |
| 1977 | 513393 | 6/26/2002 | E-mail RE: MODs | 1 |
| 1978 | 509873 | 6/27/2002 | E-mail RE: MODs/Protential MODs To date | 1 |
| 1979 | 515329-515330 | 6/27/2002 | Letter RE:Contracting Officer's Directive-Raise Upper Sherman Parking Lot | 2 |
| 1980 | 514833 | 6/27/2002 | RFI No. 61 | 1 |
| 1981 | 514834 | 6/27/2002 | RFI No. 62A | 1 |
| 1982 | 514832 | 6/27/2002 | RFI No. 61A | 1 |
| 1983 | 518100 | 6/27/2002 | RFI No. 66A | 1 |
| 1984 | 513386 | 6/24/2002 | E-mail RE: Status Submittals and RFI's | 1 |
| 1985 | 513394 | 6/27/2002 | E-mail RE: CCO Upper Sherman Parking | 1 |
| 1986 | 513395-513406 | 6/27/2002 | E-mail RE: MODs To date Attachments of MOD List | 12 |
| 1987 | 518098 | 6/27/2002 | RFI No. 65A | 1 |
| 1988 | 518/094 | 6/27/2002 | RFI No. 62A | 1 |
| 1989 | 518092 | 6/27/2002 | RFI No. 61A | 1 |
| 1990 | 389083-389084 | 6/28/2002 | Letter VIA Fax RE: Notification of Delay-Grading Points | 2 |
| 1991 | 23838 | 6/28/2002 | E-mail RE: Electronic Survey Data | 1 |
| 1992 | 512621 | 7/1/2002 | E-mail RE: Stand-by Grading Operations | 1 |
| 1993 | 513407 | 7/1/2002 | E-mail RE: Electronic Survey Data | 1 |
| 1994 | 515872-515889 | 7/8/2002 | Transmittal RE: Request for Equitable Adjustment (Revised) Attachments Included | 13 |
| 1995 | 389108-389180 | 7/8/2002 | Letter RE: Copies of Unanswered RFI's Attached | 89 |
| 1996 | 513416-513418 | 7/11/2002 | E-mail RE: MODS To date Attachments Include Transmittal | 3 |

# PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | Bates No. | Date | Type/Description | No. of Pages |
|---|---|---|---|---|
| 1997 | 508117-508120 | 7/15/2002 | Letter RE: RFI # and Description and Agreement | 4 |
| 1998 | 513419 | 7/15/2002 | E-mail RE: Package of RFI's | 1 |
| 1999 | 5706 | 7/15/2002 | Contractor's Quality Control Daily Report | 1 |
| 2000 | 005118-005119 | 7/16/2002 | Daily Log of Construction | 2 |
| 2001 | 389231-389237 | 7/17/2002 | Letter RE: Two Letters NPS On-Site Representation and Notification of Delay-Grading Impacts | 8 |
| 2002 | 005120-005121 | 7/17/2002 | Daily Log of Construction | 2 |
| 2003 | 005122-00512300 | 7/18/2002 | Daily Log of Construction | 2 |
| 2004 | 5720 | 7/19/2002 | Contractor's Quality Control Daily Report | 1 |
| 2005 | 005124-005125 | 7/19/2002 | Daily Log of Construction | 2 |
| 2006 | 005141-005142 | 7/22/2002 | Daily Log of Construction | 2 |
| 2007 | 005143-005144 | 7/23/2002 | Daily Log of Construction | 2 |
| 2008 | 005130-005131 | 7/23/2002 | Daily Log of Construction | 2 |
| 2009 | 005145-005146 | 7/24/2002 | Daily Log of Construction | 2 |
| 2010 | 5728 | 7/23/2002 | Contractor's Quality Control Daily Report | 1 |
| 2011 | 012552-012555 | 7/25-7/26/02 | Daily Log of Construction | 4 |
| 2012 | 005147-005148 | 7/25/2002 | Daily Log of Construction | 2 |
| 2013 | 005137-005138 | 7/25/2002 | Daily Log of Construction | 2 |
| 2014 | 5741 | 7/25/2002 | Contractor's Quality Control Daily Report | 1 |
| 2015 | 006539-006540 | 7/26/2002 | Weekly Field Repot | 2 |
| 2016 | 005139-005140 | 7/26/2002 | Daily Log of Construction | 2 |
| 2017 | 513432 | 7/30/2002 | E-mail RE: Additional Fill Requirment on Access Road | 1 |
| 2018 | 509969 | 7/30/2002 | E-mail RE: SEKI-200Q Conversation w/ Steve Christensen | 1 |
| 2019 | 005159-005161 | 7/30/2002 | Meeting Minutes | 3 |
| 2020 | 005164-005165 | 7/31/2002 | Daily Log of Construction | 2 |
| 2021 | 5757 | 8/1/2002 | Contractor's Quality Control Daily Report | 1 |
| 2022 | 2152 | 8/1/2002 | Letter RE: Record of Negotiation, for Raising Finish Grade of Upper Parking Lot | 1 |
| 2023 | 2130 | 8/2/2002 | Letter RE: Haul Excess Excavation to Wolverton Point Quantity Variation for Bid Item No. 39 | 1 |
| 2024 | 5773 | 8/6/2002 | Contractor's Quality Control Daily Report | 1 |
| 2025 | NONE | 8/7/2002 | Contractor's Quality Control Daily Report | 1 |
| 2026 | 005185-005186 | 8/7/2002 | Daily Log of Construction | 2 |
| 2027 | 387896-387896 | 8/11/2002 | Letter VIA Fax RE: Owner Caused Project Delays, Issuance of Additional Contract Days | 2 |
| 2028 | 005202-005203 | 8/13/2002 | Daily Log of Construction | 2 |
| 2029 | 5210 | | Status of Work | 1 |
| 2030 | 509972 | 8/15/2002 | E-mail RE:SEKI 200Q-Discussion on Fill Material | 1 |
| 2031 | 387898-387902 | 8/14/2002 | Letter RE: Request for Contract MOD, Changes to Trail Design; Cost Report Attached | 5 |
| 2032 | 5798 | 8/19/2002 | Memo RE: Rock Hammering and Removal in Upper Parking; Report #69 | 1 |

## PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | Bates No. | Date | Type/Description | No. of Pages |
|---|---|---|---|---|
| 2033 | 5801 | 8/19/2002 | Contractor's Quality Control Daily Report | 1 |
| 2034 | 387920 | 8/21/2002 | Letter VIA Fax RE: Concerns Over Lack of Survey Control on Trail | 1 |
| 2035 | 5814 | 8/23/2002 | Contractor's Quality Control Daily Report | 1 |
| 2036 | 5816 | 8/26/2002 | Contractor's Quality Control Daily Report | 1 |
| 2037 | 5818 | 8/27/2002 | Contractor's Quality Control Daily Report | 1 |
| 2038 | 5821 | 8/28/2002 | Contractor's Quality Control Daily Report | 1 |
| 2039 | 514222-514221 | 8/29/2002 | Letter RE: Letter of Rejection; Attached E-mail | 2 |
| 2040 | 387931 | 8/29/2002 | Letter RE: Layout Clarification of the Following Sheets: T7,T8,T7A, and T8A | 1 |
| 2041 | 5827 | 8/29/2002 | Contractor's Quality Control Daily Report | 1 |
| 2042 | 5824 | 8/30/2002 | Contractor's Quality Control Daily Report | 1 |
| 2043 | 510718 | 9/3/2002 | E-mail RE: Quantity for Rock Ex of Boulders | 1 |
| 2044 | 5832 | 9/3/2002 | Contractor's Quality Control Daily Report | 1 |
| 2045 | 5835 | 9/4/2002 | Contractor's Quality Control Daily Report | 1 |
| 2046 | 510688 | 9/5/2002 | Fax of Access Road Approximate Stations for Crowns and Super along Access Road | |
| 2047 | 510712-510713 | 9/5/2002 | E-mail RE: Physical Interference inParking Area 36+00 to 48+00 | 2 |
| 2048 | 510692 | 9/6/2002 | E-mail RE: Test | 1 |
| 2049 | 5841 | 9/6/2002 | Contractor's Quality Control Daily Report | 1 |
| 2050 | 5262 | 9/6/2002 | Contractor's Quality Control Daily Report | 1 |
| 2051 | 5846 | 9/9/2002 | Contractor's Quality Control Daily Report | 1 |
| 2052 | 5848 | 9/10/2002 | Contractor's Quality Control Daily Report | 1 |
| 2053 | 510634 | 9/10/2002 | E-mail RE: SEKI 200Q Road Re-Engineering | 1 |
| 2054 | 510632 | 9/10/2002 | E-mail RE: Supers | 1 |
| 2055 | 005268-005269 | 9/10/2002 | Daily Log of Construction | 2 |
| 2056 | 513876-513877 | 9/11/2002 | E-mail RE: Base Course Testing | 2 |
| 2057 | 515311-515317 | 9/12/2002 | Amendmend of Solicitation/Modification of Contract | 7 |
| 2058 | 002103-002111 | 9/12/2002 | Amendmend of Solicitation/Modification of Contract | 8 |
| 2059 | 509505-509506 | 9/12/2002 | E-mail RE: Rejection Letter for Roadway | 2 |
| 2060 | 387960-387961 | 16-Sep | Letter VIA Fax RE: Impacts to Project Completion | 2 |
| 2061 | 005282-005283 | 9/17/2002 | Daily Log of Construction | 2 |
| 2062 | 514246 | 9/17/2002 | E-mail RE: Action Items SEKI 200Q | 1 |
| 2063 | 005290-005291 | 9/18/2002 | Daily Log of Construction | 2 |
| 2064 | 513459-513461 | 9/18/2002 | E-mail RE: Comfort Station Siding | 3 |
| 2065 | 005298-005299 | 9/20/2002 | Daily Log of Construction | 2 |

# PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | Bates No. | Date | Type/Description | No. of Pages |
|---|---|---|---|---|
| 2066 | 5869 | 9/21/2002 | Contractor's Quality Control Daily Report | 1 |
| 2067 | 509306-509307 | 9/26/2002 | E-mail RE: Upper Parking Lot Delay | 2 |
| 2068 | 513334-513335 | 1-Oct | E-mail RE: Upper Parking Lot Delay | 2 |
| 2069 | 510439-510445 | 10/8/2002 | Facsimile RE: SEKI-200Q Attached Files Include: Jenny's Hours, Lorens notes, Fax from REMCON Containing Breakdown Costs | 7 |
| 2070 | 510469 | 10/8/2002 | Letter RE: Prosecution and Completion of Work | 1 |
| 2071 | 509831 | 10/8/2002 | E-mail RE: Stair Relocation/Trail Modification | 1 |
| 2072 | 004215-004216 | 10/14/2002 | Daily Log of Construction | 2 |
| 2073 | 509086 | 10/14/2002 | Speed Letter RE: Shuttle Drive/ Road Intersection | 1 |
| 2074 | 514917 | 10/17/2002 | RFI Request No. 68 | 1 |
| 2075 | 514907 | 17-Oct | RFI Request No. 67 | 1 |
| 2076 | 508778-508779 | 10/17/2002 | Letter RE: Mitigation of Tree Damage and Topsoil Shortage | 2 |
| 2077 | 5960 | 10/18/2002 | Contractor's Quality Control Daily Report | 1 |
| 2078 | 004231-004233 | 10/22/2002 | Daily Log of Construction | 2 |
| 2079 | 388064-388065 | 10/23/2002 | Letter VIA Fax RE: Asphalt Paving Issues; Attachments Include Letter from Garcia Paving | 2 |
| 2080 | 513492 | 10/29/2002 | E-mail RE: 200Q Subcontractors | 1 |
| 2081 | 6009 | 10/25/2002 | Contractor's Quality Control Daily Report | 1 |
| 2082 | 6016 | 10/29/2002 | Contractor's Quality Control Daily Report | 1 |
| 2083 | 004313-004314 | 10/30/2002 | Daily Log of Construction | 2 |
| 2084 | 004317-004318 | 10/30/2002 | Daily Log of Construction | 2 |
| 2085 | 6043 | 10/31/2002 | Contractor's Quality Control Daily Report | 1 |
| 2086 | 388060-388061 | 11/5/2002 | Letter RE: Stipulation of Agreement and Settlement Recitals | 2 |
| 2087 | 514271 | 11/7/2002 | E-mail RE: Winter Suspension | 1 |
| 2088 | 004371-004372 | 11/8/2002 | Daily Log of Construction | 2 |
| 2089 | 004373-004376 | 11/9/2002 | Daily Log of Construction | 2 |
| 2090 | 388095-388097 | 11/16/2002 | Letter VIA Fax | 3 |
| 2091 | 515331-515339 | 11/20/2002 | Amendmend of Solicitation/Modification of Contract | 9 |
| 2092 | 513916-513917 | 11/27/2002 | Letter RE: Stipulation of Agreement | 2 |
| 2093 | 513911 | 12/2/2002 | Letter RE: Alternative Dispute Resolution | 1 |
| 2094 | 314317-314318 | 12/4/2002 | Letter VIA Fax RE: Notice of Claim, Failure to Follow Payment Terms of the Contract Specifications for Dry-Laid Stone Wall | 2 |
| 2095 | 513149-513151 | 12/9/2002 | E-mail RE: SEKI 200Q-SWPP Issues | 3 |
| 2096 | 513913 | 12/13/2002 | Letter RE: Pending Modification Delteing the Lower Sherman Tree Work and Differing Site Condition | 1 |
| 2097 | 513910 | 12/13/2002 | Letter RE: Alternative Dispute Resolution | 1 |

# PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | Bates No. | Date | Type/Description | No. of Pages |
|---|---|---|---|---|
| 2098 | 513346 | 12/16/2002 | E-mail RE: Rock Ripping Requiement | 1 |
| 2099 | 509775 | 12/17/2002 | E-mail RE: Rock Ripping Requiement | 1 |
| 2100 | 513183-513186 | 12/30/2002 | E-mail RE: Bilateral MOD for Lower Sherman | 4 |
| 2101 | 513187-513226 | 1/7/2003 | E-mail RE: Transmittal Log Attachments are Included | 39 |
| 2102 | 002016-002020 | 1/14/2003 | Letter RE: Backup Material for Modification 6 | 5 |
| 2103 | 513915 | 2/24/2003 | E-mail RE: REMCON's Letter of 11/20/02 Demanding Double Compensation | 1 |
| 2104 | 513499 | 2/26/2003 | Letter RE: Faxed Letter Dated 2/26/03 Concerning Updated Trail Plans | 1 |
| 2105 | 387581-387583 | 3/4/2003 | Letter RE: Provide Boulder Revetment; Attachments Include Letter From REMCON | 3 |
| 2106 | 387572-387574 | 3/4/2003 | Letter RE: Payment for Boulder Revetment | 3 |
| 2107 | 513351 | 4/1/2003 | E-mail RE: Rock Excavation | 1 |
| 2108 | 513352 | 4/1/2003 | 200Q Discussion | 1 |
| 2109 | 513512-513514 | 4/1/2003 | Gov't Position Relative to SEKI-200Q Mediation Brief | 3 |
| 2110 | 513504-513509 | 4/1/2003 | E-mail RE: NPS Reponse to Contractor's Mediation Brief | 6 |
| 2111 | 513502-513503 | 4/1/2003 | E-mail RE: Response | 2 |
| 2112 | 387742 | 4/2/2003 | Letter VIA Fax RE: Notice of Potential Claim-Stairs, Clarification of Trail Plans | 1 |
| 2113 | 002654-002662 | 4/3/2003 | Transmittal of Legal Docs. | 12 |
| 2114 | 512290 | 4/28/2003 | E-mail RE: SEKI-200Q Excavation | 1 |
| 2115 | 512313 | 4/28/2003 | E-mail RE: Over-Runs on 200Q | 1 |
| 2116 | 512299 | 4/28/2003 | E-mail RE: 200Q | 1 |
| 2117 | 512289 | 4/28/2003 | E-mail RE: Problems at SEKI | 1 |
| 2118 | 513551 | 6/23/2003 | Letter RE: Response to 6/8/03 Letter; Progress Review Comments | 1 |
| 2119 | 387281 | 6/28/2003 | Letter VIA Fax RE: Mobilization Notification | 1 |
| 2120 | 387283-387292 | 6/30/2003 | Letter VIA Fax RE: Response to NPS; Pay Estimate 14 Quantity Corrections Letter | 9 |
| 2121 | 513555-513557 | 7/1/2003 | E-mail RE: RFI Log 5/23/03 REV | 3 |
| 2122 | 387301-387312 | 7/3/2003 | Letter RE: Contracting Officer's Final Decision-Dry Laid Stone Wall | 12 |
| 2123 | 387317-387329 | 7/3/2003 | Letter RE: Contracting Officer's Final Decision-Dry Laid Stone Wall | 12 |
| 2124 | 512854-512860 | 7/6/2003 | E-mail RE: Draft Letter Dated 7/7/03 (Responses to REMCON Letters Dated 6/28/03) | 7 |
| 2125 | 513559-513560 | 7/8/2003 | E-mail RE: REMCON Reply Schedule Review Letter 7/3/03 | 2 |
| 2126 | 511118 | 7/9/2003 | E-mail RE: Outstanding RFI's | 1 |

## PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | Bates No. | Date | Type/Description | No. of Pages |
|---|---|---|---|---|
| 2127 | 509809 | 7/9/2003 | E-mail RE: Outstanding RFI's | 1 |
| 2128 | 513564-513571 | 7/9/2003 | E-mail RE: Speed Letter Log 7/9/03 Attachments Included | 7 |
| 2129 | 387362-387378 | 7/15/2003 | Letter RE: Final Decision, Site Cond., Rock Blasting etc… | 17 |
| 2130 | 512744-512753 | 7/15/2003 | Letter RE: Final Decision, Site Conditions, Rock Blasting, Excavation, SWPP, etc… | 10 |
| 2131 | 512786-512801 | 7/16/2003 | E-mail RE: Updated Logs Attached | 16 |
| 2132 | 387411 | 7/17/2003 | Letter VIA Fax RE: Contract Delay by the NPS | 1 |
| 2133 | 512731-512732 | 7/18/2003 | E-mail RE: Sherman Tree Parking, SEKI 200Q | 2 |
| 2134 | 387405-387407 | 7/20/2003 | Request for Information | 3 |
| 2135 | 004067-004068 | 10/7/2002 | Daily Log of Construction | 2 |
| 2136 | 514310-514512 | 4/2/2004 | Letter VIA Fax RE: Notice of Claim, Failure to Follow Payment Terms of the Contract Specifications for Aggerhate base and Asphalt Concrete Pavement | 3 |
| 2137 | 514314-514315 | 4/2/2004 | Letter VIA Fax RE: Notice of Claim, Failure to Follow Payment Terms of the Contract Specifications for Boulder Revetment | 2 |
| 2138 | 514320-514321 | 4/3/2004 | Letter VIA Fax RE: Notice of Claim, Failure to Follow Payment Terms of the Contract Specifications for Concrete Drop Inlets Type A | 2 |
| 2139 | 514323 | 4/3/2004 | Letter VIA Fax RE: Notice of Potential Claim, Failure by the NPS to Provide REMCON with Boulders for Boulder Revetment as Required in the Contract Specifications | 1 |
| 2140 | 500055-500078 | | Request For Equitable Adjustment | 36 |
| 2141 | 023707-023712 | | Item List | 6 |
| 2142 | NONE | | Contractor's Quality Control Daily Report | 1 |
| 2143 | NONE | | Notes | 1 |
| 2144 | 5305 | | Status of Work | 1 |
| 2145 | 005310-005311 | | Daily Log of Construction | 2 |
| 2146 | 2069 | | Line Item Summary | 1 |
| 2147 | 2055 | | Contractor's Statement Release | 1 |
| 2148 | 2033 | | Justification )Description, Cause, Need, Consequence if Work is Not Performed) | 1 |
| 2149 | 2015 | | Item No. 141: Differing Site Cond., Rock Blasting and Excavation | 1 |
| 2150 | 514228 | | Justification (Description, Cause, Need, etc…) | 1 |
| 2151 | 514040-514041 | | Letter RE: Construction Drawings | 2 |
| 2152 | 513390-513391 | | Outstanding Items and warranty Issues for 200O, 200P, 200Q | 1 |
| 2153 | 023749-023754 | | EW Summary | 6 |
| 2154 | 518161 | | Status of Work | 1 |
| 2155 | 518163 | | Status of Work | 1 |
| 2156 | 518166 | | Status of Work | 1 |
| 2157 | 518168 | | Status of Work | 1 |
| 2158 | DHM000001429 | 6/24/2000 | Earthwork Quantities Summary | 1 |
| 2159 | MM000001259-MM000001267 | 6/24/2000 | Earthwork Quantities Summary | 9 |

# PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | Bates No. | Date | Type/Description | No. of Pages |
|---|---|---|---|---|
| 2160 | DHM000001409-DHM000001412 | 7/5/2000 | 200Q Work tasks and To Do List | 4 |
| 2161 | DHM000001288-DHM000001289 | 10/24/2000 | Memorandum RE: SEKI 200Q Attachments Include Latest Estimates and Earthwork Quantities | 2 |
| 2162 | DHM000001803-DHM000001815 | 10/24/2000 | Memorandum RE: SEKI 200Q Attachments Include Latest Estimates and Earthwork Quantities | 13 |
| 2163 | DHM000001280-DHM000001282 | 10/27/2000 | E-mail RE: Wuksachi Dirt Stockpile and Other 200Q Info. Attachments Include Pictures | 3 |
| 2164 | DHM000001278-DHM000001279 | 10/30/2000 | Transmittal RE: Attached Copies of Map US30 | 2 |
| 2165 | 15923 | Nov-00 | Map: Contractor Staging and Storage Areas | 1 |
| 2166 | 015926-015930 | Nov-00 | Maps: Existing Conditions and Demolition | 5 |
| 2167 | MM000002320-DHM000001226 | 3/26/2001 | Memorandum RE: Sequoia 200Q Quantities Verification Attached | 7 |
| 2168 | DHM000002307-DHM000002311 | 6/7/2001 | Facsimile RE: SEQ. 200Q Trees | 5 |
| 2169 | MM000000742-MM000000745 | 6/8/2001 | Fax RE: EW Summary From DHM; M/M Summary | 4 |
| 2170 | REM000014692 | 6/25/2001 | E-mail RE: Sherman Tree Construction Staking | 1 |
| 2171 | REM000013000-REM000013002 | 6/26/2001 | Meeting; List of Items Discussed | 3 |
| 2172 | REM000000089 | 6/27/2001 | Crew Card | 1 |
| 2173 | REM000000093 | 6/29/2001 | Crew Card | 1 |
| 2174 | JA00489-JA00490 | 7/2/2001 | Fax RE: Suggested Realignment of Access Road sta 24+46 to sta 30+18 | 2 |
| 2175 | DHM000002287-DHM000002293 | 7/2/2001 | E-mail RE: 200Q Attachments Include Maps | 7 |
| 2176 | JA00493-JA00494 | 7/2/2001 | E-mail RE: 200Q | 2 |
| 2177 | JA00491-JA00492 | 7/2/2001 | E-mail RE: Alignment Adjustment sta. 8+86.62 to sta. 12+13.62 | 2 |
| 2178 | DHM000002285-DHM000002286 | 7/6/2001 | E-mail RE: Realignment of Access Road | 2 |
| 2179 | JA00470-JA00474 | 7/2/2001 | Access Road Suggeted Realignment sta.24+46.6 to sta/ 30+18.55 | 5 |
| 2180 | DHM000000108 | 7/2/2001 | E-mail RE: 200Q | 1 |
| 2181 | MM000000741 | 7/3/2001 | E-mail RE: 200Q | 1 |
| 2182 | JA00477-JA00488 | 7/3/2001 | Fax RE: 200Q Realignment Access Road | 12 |
| 2183 | JA00475-JA00476 | 7/4/2001 | Fax RE: X-Section at sta 27+78 +/- Attached | 2 |
| 2184 | REM000000009 | 7/9/2001 | Crew Card | 1 |
| 2185 | JA00456-JA00459 | 7/9/2001 | 200Q & SCE | 4 |
| 2186 | JA00433-JA00443 | 7/10/2001 | Maps RE: Access Road & Upper Parking Lots Realignment | 12 |
| 2187 | REM000000011 | 7/10/2001 | Crew Card | 1 |
| 2188 | REM000000012 | 7/10/2001 | Crew Card | 1 |

## PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | Bates No. | Date | Type/Description | No. of Pages |
|---|---|---|---|---|
| 2189 | REM000000013 | 7/11/2001 | Crew Card | 1 |
| 2190 | REM000000014 | 7/11/2001 | Crew Card | 1 |
| 2191 | REM000013015-REM000013016 | 7/16/2001 | Weekly Meeting Minutes # 7 | 2 |
| 2192 | REM000013011-REM00001314 | 7/24/2001 | Weekly Meeting Minutes # 8 | 4 |
| 2193 | REM000014697 | 7/25/2001 | E-mail RE: Sherman Tree Upper Parking | 1 |
| 2194 | REM000000051 | 7/25/2001 | Crew Card | 1 |
| 2195 | REM000014941 | 7/26/2001 | Facsimile RE: Slope Adjustments | 1 |
| 2196 | JA00431-JA00432 | 7/26/2001 | Transmittal RE: SEKI-200Q | 2 |
| 2197 | REM000000070 | 7/30/2001 | Crew Card | 1 |
| 2198 | REM000014710 | 7/31/2001 | E-mail RE: One TP Spor Grade Adjustment | 1 |
| 2199 | REM000014709 | 7/31/2001 | E-mail RE: Sherman Tree Trail Grading Sheets | 1 |
| 2200 | REM000014708 | 7/31/2001 | E-mail RE: Sherman Tree Trail Grading Sheets | 1 |
| 2201 | REM000014707 | 7/31/2001 | Sherman Tree | 1 |
| 2202 | REM000000066 | 7/31/2001 | Crew Card | 1 |
| 2203 | REM000000069 | 7/31/2001 | Crew Card | 1 |
| 2204 | REM000014715 | 8/1/2001 | E-mail RE:Sherman Tree Parking | 1 |
| 2205 | REM000014933 | 7/31/2001 | Proposal for Temp. Access Road | 1 |
| 2206 | REM000000096 | 8/1/2001 | Crew Card | 1 |
| 2207 | REM000000099 | 8/2/2001 | Crew Card | 1 |
| 2208 | REM000000111 | 8/7/2001 | Crew Card | 1 |
| 2209 | JA00516-JA00523 | 8/7/2001 | Fax: Attahments Include Letter re: Temp. Access Rd. Also Includes Transmittals re: Access Rd. | 8 |
| 2210 | REM000013003-REM000013006 | 8/7/2001 | Weekly Minutes #11 | 4 |
| 2211 | DHM000002265 | 8/8/2001 | E-mail RE: Over-Runs on 200Q | 1 |
| 2212 | DHM000002238-DHM000002248 | 8/9/2001 | Facsimile RE: SEQ. 200Q | 11 |
| 2213 | DHM000000027-DHM000000035 | 8/9/2001 | Fax RE: Rock Excavation Over-Run | 9 |
| 2214 | MM000000714-MM000000724 | 8/9/2001 | Fax RE: RFI Attachment Also Include Rock Blasting Excavation Information | 11 |
| 2215 | DHM000000197-DHM000000199 | 8/10/2001 | Transmittal RE: Sequoia National Parl 200Q Addendum | 3 |
| 2216 | MM000000711-MM000000712 | 8/12/2001 | E-mail RE: Updates Sequoia 200Q | 2 |
| 2217 | DHM000002234-DHM000002235 | 8/12/2001 | E-mail RE: Updates Sequoia 200Q | 2 |
| 2218 | REM000014716 | 8/12/2001 | E-mail RE: Updates Sequoia 200Q | 1 |

# PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | Bates No. | Date | Type/Description | No. of Pages |
|---|---|---|---|---|
| 2219 | REM000014718 | 8/12/2001 | E-mail RE: AutoCAD Files 200Q Addendum | 1 |
| 2220 | MM000000713 | 8/13/2001 | Telephone Conversation Recorded | 1 |
| 2221 | REM000000153 | 8/13/2001 | Crew Card | 1 |
| 2222 | DHM000002260 | 8/16/2001 | Item List | 1 |
| 2223 | DHM000001170-DHM000001171 | 8/16/2001 | Facsimile RE: Upper Sherman Tree Parking Lot | 2 |
| 2224 | REM000010295-REM000010303 | 8/20/2001 | Change Order Request RE: Rock Excavation, Drilling and Shooting, 1.62 Differing Site Condition | 9 |
| 2225 | REM000013049-REM000013056 | 8/20/2001 | Letter VIA Fax RE: Rock Excavation, Differing Site Condition | 8 |
| 2226 | DHM000000109-DHM000000122 | 8/21/2001 | Fax RE: Rock Excavation , 1.62 Differing Site Condition | 13 |
| 2227 | REM000014721 | 8/27/2001 | E-mail RE: Latest 200Q Drawings | 1 |
| 2228 | DHM000002572-DHM000002579 | 1-Aug | Maps: Layout Plan | 8 |
| 2229 | DHM000002524-DHM000002526 | 1-Aug | Maps: Grading and Restoration Plan | 3 |
| 2230 | REM000013156-REM000013157 | 9/5/2001 | Haul Excess Material Log | 2 |
| 2231 | REM000000206 | 9/5/2001 | Crew Card | 1 |
| 2232 | REM000000229 | 9/13/2001 | Crew Card | 1 |
| 2233 | SREM000000237 | 9/17/2001 | Crew Card | 1 |
| 2234 | JA00590-JA00591 | 9/19/2001 | Fax RE: Earthwork Quantities | 2 |
| 2235 | DHM000001174-DHM000001189 | 10/16/2001 | Facsimile RE: Revetment Attchments Include Revetment Plans | 16 |
| 2236 | REM000014905 | 10/22/2001 | Transmittal RE: Rock Excavation, Explosives Used to Date | 1 |
| 2237 | REM000000389 | 11/19/2001 | Crew Card | 1 |
| 2238 | REM000013162-REM000013165 | 12/4/2001 | Excess Excavation Remaing Onsite Attchments Include Apprximated Total of Excess material | 4 |
| 2239 | REM000010179-REM000010233 | 12/7/2001 | Orignial Cost Estmiate Item 37 | 54 |
| 2240 | DHM000001755 | 12/7/2001 | Earthwork Quantities Evaluation | 1 |
| 2241 | DHM000001744-DHM000001751 | 12/10/2001 | Fax Transmittal RE: SEKI 200Q Summary | 8 |
| 2242 | MM000000633-MM000000645 | 12/10/2001 | SEKI 200Q REMCON Quantity Takeoff | 13 |
| 2243 | JA01400-JA01401 | 1/8/2002 | Transmittal RE: Giuliani & Kull's Response for the Estimated Cost for Access Rd. Realignment | 2 |
| 2244 | JA01402-JA01403 | 1/10/2002 | Transmittal RE: Estimated Cost fot the Access Rd. Realignment | 2 |

# PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | Bates No. | Date | Type/Description | No. of Pages |
|---|---|---|---|---|
| 2245 | REM000014663-REM000014665 | 4/3/2002 | Letter RE: Responses to Equitable Adjustment Letter | 3 |
| 2246 | REM000000417 | 5/8/2002 | Crew Card | 1 |
| 2247 | DHM000000154-DHM000000156 | 5/9/2002 | E-mail RE: SEKI Trail Grades Maps Are Attached | 3 |
| 2248 | DHM000002147-DHM000002149 | 5/18/2002 | Memorandum RE: SEKI 200Q Trip Report | 3 |
| 2249 | REM000014650 | 5/20/2002 | Letter RE: Project Stand-by and Delay | 1 |
| 2250 | REM000014648 | 5/20/2002 | E-mail RE: Project Delay | 1 |
| 2251 | DHM000002145-DHM00000216 | 5/21/2002 | E-mail RE: Project Delay | 2 |
| 2252 | MM000000603-MM000000606 | 5/21/2002 | E-mail RE: SEKI Trip Report Attachments Include Memo re: Issues | 4 |
| 2253 | DHM000000025 | 5/21/2002 | E-mail RE: Project Delay | 1 |
| 2254 | DHM000000148 | 5/22/2002 | Jet Fax RE: SEKI Volumes for Upper Parking lot | 1 |
| 2255 | REM000014694 | 5/22/2002 | E-mail RE: Standby Costs | 1 |
| 2256 | DHM000000020-DHM000000022 | 5/22/2002 | E-mail RE: SEKI 200Q | 3 |
| 2257 | DHM000001730-DHM000001732 | 5/24/2002 | Cost Estimate Upper Sherman Tree; Maps Included | 3 |
| 2258 | MM000000594-MM000000601A | 5/24/2002 | E-mail RE: Revised Grading Attachments of Grading Maps Included | 9 |
| 2259 | MM000000592-MM000000593A | 5/24/2002 | Fax RE: Attachments of Maps 593; and 593A | 3 |
| 2260 | DHM000000149 | 5/24/2002 | E-mail RE: Revised Grading | 1 |
| 2261 | DHM000000150 | 5/28/2002 | E-mail RE: SEQ 200Q | 1 |
| 2262 | REM000014643 | 6/3/2002 | E-mail RE: Rock Smaple from Cut | 1 |
| 2263 | DHM000002108-DHM000002110 | 6/10/2002 | Memo RE: SEKI 200Q-REMCON Mediation Paper | 3 |
| 2264 | JA00623-JA00628 | 6/14/2002 | Fax RE: Written Notes on Access Rd & Parking Lot etc... | 6 |
| 2265 | REM000000451 | 6/17/2002 | Crew Card | 1 |
| 2266 | REM000000452 | 6/18/2002 | Crew Card | 1 |
| 2267 | REM000000453 | 6/18/2002 | Crew Card | 1 |
| 2268 | REM000013068 | 6/18/2002 | Item List by Date Topic and Discussion | 1 |
| 2269 | REM000000464 | 6/17/2002 | Crew Card | 1 |
| 2270 | REM000014617-REM000014618 | 6/19/2002 | Letter VIA Fax RE: Rock Excavation During the Installation of Utilities | 2 |
| 2271 | REM000014612 | 6/19/2002 | E-mail RE: CCO Upper Sherman Parking | 1 |
| 2272 | REM000014610 | 6/21/2002 | Letter RE: Submittals to Denver with No Reply | 1 |
| 2273 | REM000014609 | 6/22/2002 | E-mail RE: Contract MOD, Upper Parking Area | 1 |
| 2274 | REM000000472 | 6/25/2002 | Crew Card | 1 |

# PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | Bates No. | Date | Type/Description | No. of Pages |
|---|---|---|---|---|
| 2275 | REM000014597 | 6/28/2002 | Letter VIA Fax RE: Contracting Officer's Directive-Raise Upper Sherman Parking Lot | 1 |
| 2276 | REM<000014594-REM000014595 | 6/28/2002 | Letter VIA Fax RE: Notification of Delay-Grading Impacts | 2 |
| 2277 | REM000014591 | 7/1/2002 | E-mail RE: Standby on Grading Operations | 1 |
| 2278 | REM000014574 | 7/11/2002 | Letter VIA Fax RE: Confirmation of Direction by NPS for Roadway Alignment | 1 |
| 2279 | REM000000510 | 7/16/2002 | Crew Card | 1 |
| 2280 | REM000000515 | 7/18/2002 | Crew Card | 1 |
| 2281 | REM000000517 | 7/19/2002 | Crew Card | 1 |
| 2282 | REM000000527 | 7/24/2002 | Crew Card | 1 |
| 2283 | REM000000531 | 7/25/2002 | Crew Card | 1 |
| 2284 | REM000000535 | 7/25/2002 | Crew Card | 1 |
| 2285 | REM000000536 | 7/26/2002 | Crew Card | 1 |
| 2286 | REM000000537 | 7/26/2002 | Crew Card | 1 |
| 2287 | REM000000543 | 7/29/2002 | Crew Card | 1 |
| 2288 | REM000014570 | 7/30/2002 | Letter VIA Fax RE: Notice of Potential Claim for Defective Plans and Related Differing Site Conditions | 1 |
| 2289 | REM000000581 | 8/12/2002 | Crew Card | 1 |
| 2290 | REM000000586 | 8/13/2002 | Crew Card | 1 |
| 2291 | REM000000589 | 8/14/2002 | Crew Card | 1 |
| 2292 | REM000000632 | 8/15/2002 | Crew Card | 1 |
| 2293 | REM000000598 | 8/16/2002 | Crew Card | 1 |
| 2294 | REM000000604 | 8/19/2002 | Crew Card | 1 |
| 2295 | REM000010169-REM000010178 | 8/22/2002 | Meeting With REMCON --Agenda (Discussion Items) | 10 |
| 2296 | REM000000630 | 8/26/2002 | Crew Card | 1 |
| 2297 | REM000000637 | 8/27/2002 | Crew Card | 1 |
| 2298 | REM000000643 | 8/28/2002 | Crew Card | 1 |
| 2299 | REM000000648 | 8/29/2002 | Crew Card | 1 |
| 2300 | REM000000654 | 9/3/2002 | Crew Card | 1 |
| 2301 | REM000000655 | 9/3/2002 | Crew Card | 1 |
| 2302 | REM000000662 | 9/4/2002 | Crew Card | 1 |
| 2303 | REM000000667 | 9/5/2002 | Crew Card | 1 |
| 2304 | REM000000673 | 9/6/2002 | Crew Card | 1 |
| 2305 | REM000000682 | 9/9/2002 | Crew Card | 1 |
| 2306 | REM000000688 | 9/10/2002 | Crew Card | 1 |
| 2307 | REM000014522-REM000014523 | 9/16/2002 | Letter VIA Fax RE: Impacts to Project Completion | 2 |
| 2308 | REM000000714 | 9/17/2002 | Crew Card | 1 |
| 2309 | REM000000716 | 9/17/2002 | Crew Card | 1 |
| 2310 | REM000000721 | 9/18/2002 | Crew Card | 1 |
| 2311 | REM000000722 | 9/18/2002 | Crew Card | 1 |

# PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | Bates No. | Date | Type/Description | No. of Pages |
|---|---|---|---|---|
| 2312 | REM000013066 | 9/18/2002 | Speed Letter | 1 |
| 2313 | REM000000725 | 9/19/2002 | Crew Card | 1 |
| 2314 | REM000000732 | 9/20/2002 | Crew Card | 1 |
| 2315 | REM000014513 | 9/23/2002 | Letter RE: Access Road Slope Clean up and Finishing fills | 1 |
| 2316 | REM000014510 | 9/24/2002 | Letter RE: Upper Parking Lot | 1 |
| 2317 | REM000014509 | 9/24/2002 | Letter RE: Access Road | 1 |
| 2318 | REM000000750 | 9/25/2002 | Crew Card | 1 |
| 2319 | REM000000781 | 10/4/2002 | Crew Card | 1 |
| 2320 | REM000000783 | 10/4/2002 | Crew Card | 1 |
| 2321 | REM000000787 | 10/7/2002 | Crew Card | 1 |
| 2322 | REM000013033 | 10/8/2002 | List of Items RE: Submittals, Proposals, Status etc... | 1 |
| 2323 | REM000000799 | 10/9/2002 | Crew Card | 1 |
| 2324 | REM000000797 | 10/9/2002 | Crew Card | 1 |
| 2325 | REM000000805 | 10/10/2002 | Crew Card | 1 |
| 2326 | REM000000811 | 10/14/2002 | Crew Card | 1 |
| 2327 | REM000014488-REM000014490 | 10/20/2002 | Letter RE: Impacts of Redesign of Access Road, Station 20+00 to Station 30+00 | 2 |
| 2328 | REM000013044-REM000013048 | 10/20/2002 | Letter RE: Impacts of Redesign of Access Road, Station 20+00 to Station 30+00 | 5 |
| 2329 | REM000000850 | 10/24/2002 | Crew Card | 1 |
| 2330 | REM000000851 | 10/24/2002 | Crew Card | 1 |
| 2331 | REM000014472 | 11/7/2002 | E-mail RE: Winter Suspension | 1 |
| 2332 | REM000014463-REM000014464 | 11/16/2002 | Letter VIA Fax RE: Notice of Potential Claim-Related to Owner Caused Delays | 2 |
| 2333 | REM000014353 | 7/3/2003 | Letter RE: Mobilization | 1 |
| 2334 | DHM000000962-DHM000000972 | 7/15/2003 | Letter RE: Contracting Officer's Final Decision, Differing Site Conditions-Rock Blasting, Excavation, Grading, and Storm Water Pollution Prevention (SWPP) | 12 |
| 2335 | REM000014351 | 7/15/2003 | Letter RE: Contract Delay by the NPS | 1 |
| 2336 | DHM000001730-DHM000001738 | | Item List of TOPO OK; Survey Verification Results, Cut/Fill etc... | 9 |
| 2337 | DHM000001781-DHM000001786 | | Fax RE: EW Summary | |
| 2338 | DHM000002364-DHM000002366 | | Letter RE: Contracting Officer Directive Lot and Trail Modifications | 3 |
| 2339 | REM000010263 | | SEKI 200Q Cost Report | 1 |
| 2340 | REM000010262 | | Summary Cost Report | |
| 2341 | REM000013020 | | Item List | 1 |
| 2342 | REM000013060-REM000013065 | | Written Notes Dates Include 7/21-7/31/02 | 6 |

## PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | Bates No. | Date | Type/Description | No. of Pages |
|---|---|---|---|---|
| 2343 | REM000019675-REM000019693 | | Sherman Tree Parking Project Mediation Brief | 18 |
| 2344 | 008776-008819 | 7/5/2000 | Transmittal RE: Schedules & Monthly Inspections | 34 |
| 2345 | 022779-022780 | 9/7/2000 | Construction Schedule | 2 |
| 2346 | 390251-390252 | 9/7/2000 | Construction Schedule | 2 |
| 2347 | 21280 | 10/6/2000 | E-mail RE: Wolverton Livestock Concession-Construction | 1 |
| 2348 | 10091 | 6/21/2001 | Transmittal RE: Project Schedule | 1 |
| 2349 | 6512 | 6/19/2001 | Weekly Field Report | 1 |
| 2350 | REM000014943 | 7/2/2001 | Letter ER: Progress Schedule | 1 |
| 2351 | 388395-388396 | 7/12/2001 | Transmittal RE: Project Schedule | 2 |
| 2352 | 009718-009719 | 7/12/2001 | Transmittal RE: Project Schedule | 2 |
| 2353 | 388371-388372 | 7/11/2001 | Memo RE: Sherman Tree MS Project Schedule | 2 |
| 2354 | REM000013011-REM000013014 | 7/24/2001 | Weekly Meeting # 8 | 4 |
| 2355 | REM000013007-REM000013010 | 7/31/2001 | Weekly Meeting # 9 | 4 |
| 2356 | 006457-006459 | 9/11/2001 | Weekly Meeting # 16 | 3 |
| 2357 | 513364 | 9/13/2001 | E-mail RE: Sequoia Sherman Tree | 1 |
| 2358 | 006466-06467 | 10/2/2001 | Weekly Meeting # 19 | 2 |
| 2359 | 006469-006470 | 10/9/2001 | Weekly Meeting # 20 | 2 |
| 2360 | 388626-388627 | 10/11/2001 | Facsimile RE: REMCON Project Schedule Letter Receive 10/11/01 | 2 |
| 2361 | 500680 | 10/11/2001 | Letter RE: Project Schedule | 1 |
| 2362 | REM000014676 | 12/3/2001 | Transmittal RE: Project Schedule | 1 |
| 2363 | REM000000404 | 2/4-2/8/02 | Crew Card | 1 |
| 2364 | 388757-388763 | 2/14/2002 | Letter RE: February Meeting Attachments Include Schedules | 7 |
| 2365 | JA00592-JA00593 | 2/26/2002 | E-mail RE: REMCON Submittals for 200Q Project | 2 |
| 2366 | 518016-518024 | 3/4/2002 | Letter RE: Project Schedule Review Comments (Schedule Dated 2/6/02) | 9 |
| 2367 | 388772-388778 | 3/4/2002 | Letter RE: Project Schedule Review Comments (Schedule Dated 2/6/02) Attachments Included | 7 |
| 2368 | REM000014667 | 4/2/2002 | E-mail RE: Project Schedule | 1 |
| 2369 | 512268 | 5/21/2002 | E-mail RE: Project Delay | 1 |
| 2370 | 513371 | 5/22/2002 | E-mail RE: Project Delay | 1 |
| 2371 | REM000014614 | 6/4/2002 | E-mail RE: Project Schedule | 1 |
| 2372 | 513378 | 6/6/2002 | E-mail RE: Project Schedule | 1 |
| 2373 | 513381 | 6/13/2002 | E-mail RE: Construction Schedule | 1 |
| 2374 | 511687-511688 | 6/18/2002 | Transmittal RE: Project Schedule that was Accepted last year-with Conditions | 2 |

# PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | Bates No. | Date | Type/Description | No. of Pages |
|---|---|---|---|---|
| 2375 | REM000012999 | 6/18/2002 | Topic and Discussion Item List | 1 |
| 2376 | REM000014614 | 6/19/2002 | E-mail RE: Construction Schedule | 1 |
| 2377 | 509861 | 6/19/2002 | E-mail RE: Construction Schedule | 1 |
| 2378 | 514112 | 6/19/2002 | E-mail RE: Construction Schedule | 1 |
| 2379 | 513384 | 6/19/2002 | E-mail RE: Construction Schedule | 1 |
| 2380 | REM000014598-REM0000014601 | 6/27/2002 | Letter RE: Project Baseline Schedule & As-Build Planned Schedules | 4 |
| 2381 | 387898-387902 | 8/14/2002 | Letter RE: Request for Contract MOD, Changes to Trail Design | 5 |
| 2382 | REM000013024-REM000013027 | 8/27/2002 | Weekly Construction Meeting No. 7 | 4 |
| 2383 | 509296-509304 | 9/25/2002 | Transmittal RE: Submittals Received Week of 9/25/02 | 9 |
| 2384 | 00433-004235 | 10/22/2002 | Meeting Minutes | 3 |
| 2385 | 019132-019138 | | Attachment 1.1 REMCON Project Schedule | 7 |
| 2386 | 512303-512304 | 4/28/2003 | E-mail RE: Progress Schedule Comments | 2 |
| 2387 | 513945-513947 | | Response to April 2, 2003 Letter | 3 |
| 2388 | 511346-511348 | 5/6/2003 | Project Schedule Review Comments Schedule Dated 4/3/03 | 3 |
| 2389 | REM000014367-REM000014368 | 6/8/2003 | Letter VIA Fax RE: Project Schedule Review Comments | 2 |
| 2390 | 387254-387255 | 6/8/2003 | Letter VIA Fax RE: Project Schedule Review Comments | 2 |
| 2391 | 009728-009732 | 6/9/2003 | Project Schedule | 5 |
| 2392 | 5145824-514526 | 6/23/2003 | Response to 6/8/03 Letter Concerning NPS 5/22/03 Progress Schedule Review | 3 |
| 2393 | 006502-006505 | 6/24/2003 | Progress Meeting Agenda | 4 |
| 2394 | REM000014366 | 6/28/2003 | Letter VIA Fax RE: Mobilization | 1 |
| 2395 | 512877-512879 | 6/29/2003 | E-mail RE: Schedule Dates 6/9/03 Review Comments | 3 |
| 2396 | 510056-510057 | 6/29/2003 | Memo RE: Schedule Dated 6/9/3 | 2 |
| 2397 | 387283-387292 | 6/30/2003 | Letter VIA Fax RE: Response to NPS' Pay Estimate 14 Quantity Corresctions Letter Attached | 10 |
| 2398 | 387293-387300 | 7/2/2003 | Letter RE: Response to 6/8/03 Letter Concerning NPS 5/22/03 Progress Review Comments | 8 |
| 2399 | REM000014354 | 7/3/2003 | Letter VIA Fax RE: Non-ConForemance Review of Contractor's Schedule | 1 |
| 2400 | 387330-387334 | 7/30/2003 | Letter VIA Fax RE: Non-ConForemance Review of Contractor's Schedule | 5 |
| 2401 | 512/854-512860 | 7/6/2003 | E-mail RE: Draft Letters Responses to REMCON Letters Dated 6/28/03 Attached | 7 |