# PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | Bates No. | Date | Type/Description | No. of Pages |
|---|---|---|---|---|
| 2402 | 387347-387348 | 7/8/2003 | Letter RE: REMCON Letters Dated 7/3/03 Subjects: Non-ConForemance Review of Contractor's Schedule and Mobilization Concerns | 2 |
| 2403 | 513559-513560 | 7/8/2003 | E-mail RE: REMCON Reply to Schedule Review Letter 7/3/03 | 2 |
| 2404 | 387354-387361 | 7/9/2003 | Letter VIA Fax RE: Non-ConForemance Review of Contractor's Schedule Second Notice | 8 |
| 2405 | 387412 | 7/17/2003 | Letter VIA Fax RE: Contractor;s Schedule Review, Non-ConForemance by NPS | 1 |
| 2406 | 512731-512732 | 7/18/2003 | E-mail RE: Sequoia and Kings, Tulare County, Giant Forest etc.. | 2 |
| 2407 | 512723-512729 | 7/21/2003 | E-mail RE: SEKI 200Q Schedule Review | 7 |
| 2408 | 387438-387440 | 7/29/2003 | Letter RE: Mobilization and Lack of Accepted Schedule from REMCON | 3 |
| 2409 | 510046 | 4/2/2002 | E-mail RE: Project Schedule | 1 |
| 2410 | 510039 | 6/5/2002 | E-mail RE: Construction Schedule | 1 |
| 2411 | REM000013000-REM000013002 | 6/26/2001 | Meeting | 3 |
| 2412 | 513480 | 7/3/2001 | Letter RE: Proposed Rock Crushing Plan | 1 |
| 2413 | 513754-513755 | 8/1/2001 | Letter VIA Fax RE: Telecom on 7/31/01 Concerning Pay Item No. 26 Haul Misc. Material From the Park | 2 |
| 2414 | 511854-511855 | 8/12/2001 | E-mail RE: Update Sequoia 200Q | 2 |
| 2415 | 006469-006470 | 10/9/2001 | Weekly Meeting Minutes # 20 | 2 |
| 2416 | 006477-006486 | 10/23/2001 | Meeting Agenda Items SEKI 200Q | 10 |
| 2417 | 10147 | 10/18/2001 | RFI # 32 | 1 |
| 2418 | 011582-011581 | 10/31/2001 | Daily Log of Construction | 3 |
| 2419 | 1915 | 11/20/2001 | E-mail RE: SEKI-200Q Progress Payment No. 6 | 1 |
| 2420 | 388808-388819 | | Memo RE: Technical Evaluation of Request for Equitable Adjustment | 12 |
| 2421 | 514086 | 3/25/2002 | E-mail RE: Postpone March 27th Meeting | 1 |
| 2422 | 388804-388807 | 3/28/2002 | Letter VIA Fax RE: Response to REMCON's Request for Equitable Adjustment | 4 |
| 2423 | 388820-388824 | 4/3/2002 | Letter RE: Responses to Equitable Adjustment Letter | 5 |
| 2424 | 513949-513951 | 4/5/2002 | E-mail RE: Suggested Response to REMCON's Letter Dated 4/3/02 | 3 |
| 2425 | 388851-388855 | 4/24/2002 | Letter RE: Response to Request for Equitable Adjustment Letter Dated April 3,2002 | 5 |
| 2426 | 509755 | 5/29/2002 | E-mail RE: Excess material from 200-Q | 1 |
| 2427 | 005027-005028 | 6/4/2002 | Daily Log of Construction | 2 |
| 2428 | 23867 | 6/11/2002 | E-mail RE: Breakdown Earthwork | 1 |
| 2429 | 002164-002166 | 6/14/2002 | Letter RE: Record of Negotiation for Raising Finish Grade of Upper Parking Lot | 3 |
| 2430 | 511634-511639 | 6/14/2002 | Written Notes RE: Access Road | 6 |
| 2431 | 511739-511740 | 6/17/2002 | Speed Letter RE: Tentative Daily Work Agreement | 2 |

# PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | Bates No. | Date | Type/Description | No. of Pages |
|---|---|---|---|---|
| 2432 | 512395 | 6/19/2002 | E-mail RE: CCO Upper Sherman Parking | 1 |
| 2433 | 389074-3689078 | 6/27/2002 | Letter RE: Contracting Officer's Directive-Raise Upper Sherman Parking Lot | 5 |
| 2434 | 389081 | 6/28/2002 | Letter VIA Fax RE: Contracting Officer's Directive- Raise Upper Sherman Parking Lot | 1 |
| 2435 | 389216-389218 | 7/16/2002 | Letter RE: Contracting Officer's Directive-Raise Upper Sherman Parking Lot | 3 |
| 2436 | 005118-005119 | 7/16/2002 | Daily Log of Construction | 2 |
| 2437 | 005120-005121 | 7/17/2002 | Daily Log of Construction | 2 |
| 2438 | 005122-005123 | 7/18/2002 | Daily Log of Construction | 2 |
| 2439 | 005124-005125 | 7/19/2002 | Daily Log of Construction | 2 |
| 2440 | 005141-005142 | 7/22/2002 | Daily Log of Construction | 2 |
| 2441 | 005130-005131 | 7/23/2002 | Daily Log of Construction | 2 |
| 2442 | 005143-005144 | 7/23/2002 | Daily Log of Construction | 2 |
| 2443 | 005145-005146 | 7/24/2002 | Daily Log of Construction | 2 |
| 2444 | 002071-002072 | | Justification (Description, Cause, Need, Consequence, If Work is Not Performed | 2 |
| 2445 | 387887-387888 | 8/10/2002 | Letter VIA Fax RE: Letter of Rejection, Notice of Potential Claim | 2 |
| 2446 | 5779 | 8/7/2002 | Written Notes RE: Dry Laid Stone Wall | |
| 2447 | 510718 | 9/3/2002 | E-mail RE: Quantity for Rock Excavation of Boulders | 1 |
| 2448 | 513876-513877 | 9/11/2002 | E-mail RE: SEKI 200Q Base Course Testing | 2 |
| 2449 | 002103-002111 | 9/12/2002 | Amendment of Solicitaion/Idenification | 9 |
| 2450 | 387956-387957 | 9/16/2002 | Letter VIA Fax RE: Breach of the Covenant Faith and Fair Dealing | 2 |
| 2451 | 005282-005283 | 9/17/2002 | Daily Log of Construction | 2 |
| 2452 | 514247 | 9/20/2002 | E-mail RE: REMCON | 1 |
| 2453 | 005298-005299 | 9/20/2002 | Daily Log of Construction | 2 |
| 2454 | 513333 | 9/30/2002 | E-mail RE: SEKI 20Q Log Hauling | 1 |
| 2455 | 514259 | 10/1/2002 | E-mail RE: C8000010903/REMCON/MOD4 | 1 |
| 2456 | 012183-012195 | 10/3/2002 | Contractor's Quality Control Daily Report | 13 |
| 2457 | 004067-004068 | 10/7/2002 | Daily Log of Construction | 2 |
| 2458 | 513671-513674 | 10/9/2002 | E-mail RE: SEKI 200Q Pay Estimate 11, Bid Item 39 Quantities | 5 |
| 2459 | 012120-012138 | 10/10/2002 | Contractor's Quality Control Daily Report | 19 |
| 2460 | 5904 | 10/10/2002 | Contractor's Quality Control Daily Report | 1 |
| 2461 | 5936 | 10/14/2002 | Contractor's Quality Control Daily Report | 1 |
| 2462 | 004215-004216 | 10/14/2002 | Daily Log of Construction | 2 |
| 2463 | 5951 | 10/17/2002 | Contractor's Quality Control Daily Report | 1 |
| 2464 | 004231-004232 | 10/22/2002 | Daily Log of Construction | 2 |
| 2465 | 513689-513693 | 10/31/2002 | Contract Invoice No. Estimate 12 | 5 |
| 2466 | 388066-388067 | 12/5/2002 | Letter VIA Fax RE: Stipulation of Agreement and Settlement Recitals | 2 |
| 2467 | 004371-004372 | 11/8/2002 | Daily Log of Construction | 2 |
| 2468 | 004373-004376 | 11/9/2002 | Daily Log of Construction | 4 |

## PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | Bates No. | Date | Type/Description | No. of Pages |
|---|---|---|---|---|
| 2469 | REM000014461-REM000014462 | 11/19/2002 | Letter VIA Fax RE: Failure to Issue Prompt Payment | 2 |
| 2470 | 388100-388102 | 11/19/2002 | Letter VIA Fax RE: Failure to Issue Prompt Payment | 3 |
| 2471 | 388105-388107 | 11/19/2002 | Letter RE: Pay Estimate Quantity Corrections | 3 |
| 2472 | 514275 | 11/20/2002 | E-mail RE: Need to Obligate-->C8000010903/REMCON/MOD5 | 1 |
| 2473 | REM000014457-REM000014458 | 11/25/2002 | Letter VIA Fax RE: Failure to Follow Prompt Payment Statute, 2nd Notice | 2 |
| 2474 | 514279 | 11/25/2002 | E-mail RE: REMCON Payment 12 | 1 |
| 2475 | 514281 | 11/25/2002 | E-mail RE: Prompt Payment | 1 |
| 2476 | 513628-513629 | 11/27/2002 | Transmittal RE: REMCON Nov. Billing | 2 |
| 2477 | 513101-513103 | 11/27/2002 | E-mail RE: Prompt Payment 2nd Request | 3 |
| 2478 | 513107-513109 | 11/27/2002 | E-mail RE: Request for ADR | 3 |
| 2479 | 388172-388176 | 11/27/2002 | Transmittal RE: Log Information | 5 |
| 2480 | 388199 | 11/28/2002 | Letter VIA Fax RE: Fraudulant Representation of Contract Pay Estimate No. 12 | 1 |
| 2481 | 514301-514302 | 12/2/2002 | E-mail RE: Misrepresentation of Pay Estimate | 2 |
| 2482 | 514300 | 12/2/2002 | E-mail RE: REMCON Payment 12 | 1 |
| 2483 | 514298-514299 | 12/2/2002 | E-mail RE: Phones | 2 |
| 2484 | REM000014429-REM000014433 | 12/4/2002 | Letter RE: Failure to Make Proper Progress Payments to Contractor | 5 |
| 2485 | 514317-514318 | 12/4/2002 | Letter VIA Fax RE: Notice of Claim, Failure to Follow Payment Terms of the Contract Specifications for Dry-Laid Stone Wall | 2 |
| 2486 | 388216-388220 | 12/4/2002 | Letter VIA Fax RE: Failure to Make Proper Progress Payments to Contractor | 5 |
| 2487 | 387775-387776 | 12/6/2002 | Letter RE: Three Letters Fomr REMCON Related to Progress Payment No. 12 | 2 |
| 2488 | 388254 | 12/7/2002 | Letter VIA Fax RE: Notice of Potential Claim, Failure by the NPS to Provide REMCON with Boulders etc… | 1 |
| 2489 | 513129-513132 | 12/9/2002 | E-mail RE: Letter # 74 | 4 |
| 2490 | 513137-513139 | 12/9/2002 | E-mail RE: Letter # 76 | 3 |
| 2491 | 513140-513142 | 12/9/2002 | E-mail RE: Letter # 75 | 3 |
| 2492 | 513143-513145 | 12/9/2002 | E-mail RE: Letter # 78 | 3 |
| 2493 | 513146-513148 | 12/9/2002 | E-mail RE: Letter # 77 | 3 |
| 2494 | 513149-513151 | 12/9/2002 | E-mail RE: SEKI 200Q-SWPP Issues | 3 |
| 2495 | JA01823-JA01829 | 12/13/2002 | Transmittal RE: REMCON Billing -Nov.-Dec. | 7 |
| 2496 | 387772 | 12/16/2002 | Letter RE: Alleged Fraudulent Representations to the Gneral Accounting Office Relatice to Pay Estimate No. 12 | 1 |
| 2497 | REM000014421 | 12/18/2002 | Letter VIA Fax RE: Rebuttal to NPS's Letter Concerning Prompt Payment | 1 |

# PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | Bates No. | Date | Type/Description | No. of Pages |
|---|---|---|---|---|
| 2498 | 514340-514342 | 1/13/2003 | E-mail RE: SEKI 200Q Pay Estimate 13 Review is Complete | 3 |
| 2499 | 1767 | 1/17/2003 | Payments | 1 |
| 2500 | 387529 | 2/13/2003 | Letter VIA Fax RE: Failure to Properly Process Monthly Progress Payments | 1 |
| 2501 | 002016-002020 | 2/18/2003 | Letter RE: Backup Material for Modification 6 | 5 |
| 2502 | 513063-513066 | 2/24/2003 | E-mail RE: REMCON's Letter of 11/20/02 Demanding Double Compensation | 4 |
| 2503 | 513510 | 4/1/2003 | E-mail RE: REMCON's Position | 1 |
| 2504 | 002654-002662 | 4/3/2003 | Transmittal RE: Legal Docs. | 9 |
| 2505 | REM000014379-REM000014380 | 4/9/2003 | Letter VIA Fax RE: Failure to Make Proper Progress Payments, Pay Estimate 14 | 2 |
| 2506 | 513945-513947 | | Letter RE: Rsponse to April 4,03 Letter | 3 |
| 2507 | 387812-387819 | 4/15/2003 | Letter RE: Pay Estimate No. 14 Quantity Corrections | 8 |
| 2508 | 513033-513036 | 4/16/2003 | E-mail RE: Termination for Convenience/Termination for Default/Deductive Mods | 4 |
| 2509 | 513030-513032 | 4/28/2003 | E-mail RE: Letter to REMCON MOD 6 | 3 |
| 2510 | 512967-512975 | 5/22/2003 | E-mail RE: Dry Laid Stone Wall | 9 |
| 2511 | REM000014355-REM000014364 | 6/30/2002 | Letter VIA Fax RE: Response to NPS' Pay Estimate 14 Quantity Corrections | 10 |
| 2512 | 512733-512736 | 7/3/2003 | Letter RE: Contracting Officer's Final Decision-Aggregate Base Course | 4 |
| 2513 | 512737-512742 | 7/3/2003 | Letter RE: Contracting Officer's Final Decision-Dry Laid Stone Wall | 6 |
| 2514 | 512744-512753 | 7/15/2003 | Letter RE: Contracting Officer's Final Decision-Rock Blasting, Excavation, Grading, and Storm Water Pollution Prevention | 10 |
| 2515 | 513781-513791 | 8/13/2003 | E-mail RE: SEKI-200Q REMCON Terminated for Default today | 11 |
| 2516 | 2055 | | No. 48,80,140Cost Estimates | 1 |
| 2517 | 2015 | | Item No. 141 Cost Estimate | 1 |
| 2518 | 514295-514296 | 4/2/2004 | Letter VIA Fax RE: Failure to Follow Prompt Payment Statute, 2nd Notice | 2 |
| 2519 | 514282 | 4/2/2004 | Letter VIA Fax RE: Failure to Issue Prompt Payment | 1 |
| 2520 | 514314-514315 | 4/2/2004 | Letter VIA Fax RE: Notice of Claim, Failure to Follow Payment Terms of Contract Specifications for Boulder Revetment | 2 |
| 2521 | 514310-514312 | 4/2/2004 | Letter VIA Fax RE: Notice of Claim, Failure to Follow Payment Terms of Contract Specifications for Boulder Revetment | 3 |
| 2522 | 514323 | 4/3/2004 | Letter VIA Fax ER: Notice of Potential Claim, failure by the NPS to Provide REMCON with Boulders for Boulder Revetment... | 1 |

# PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | Bates No. | Date | Type/Description | No. of Pages |
|---|---|---|---|---|
| 2523 | 514320-514321 | 4/3/2004 | Letter VIA Fax RE: Notice of Claim, Failure to Follow Payment Terms of the Contract Specifications for Concrete Drop Inlets Type A | 2 |
| 2524 | 005310-005311 | | Daily Log of Construction | 2 |
| 2525 | 5066 | | Status of Work | |
| 2526 | 2069 | | Line Item Summary | 1 |
| 2527 | 2033 | | Bid Item No. 141, Differing Site Condition, Rock Blasting, And Excavation | 1 |
| 2528 | 514040-514041 | | Letter RE: Changes | 2 |
| 2529 | 513697 | | Fax RE: Estimates | 1 |
| 2530 | 513638-513640 | | Letter RE: Pay Estimiate | 3 |
| 2531 | | | | |
| 2532 | REM000014968 | 12/9/2002 | Letter showing handwritten notes and a fax transmittal sticker from Mike Giller to Loren Mangrum re SWPP Issues | 2 |
| 2533 | REM000014970 | 12/9/2002 | Return receipt on e-mail re Notice of Claim from Rod Keiscome to Steve Christensen [sent 6:18 a.m.] | 1 |
| 2534 | REM000014971 | 12/9/2002 | Return receipt on e-mail re Notice of Claim from Rod Keiscome to Steve Christensen [sent 6:17 a.m.] | 1 |
| 2535 | REM000014972 | 12/9/2002 | Return receipt on e-mail re Notice of Claim from Rod Keiscome to Steve Christensen [sent 6:15 a.m.] | 1 |
| 2536 | REM000014973 | 12/9/2002 | Return receipt on e-mail re Notice of Claim from Rod Keiscome to Steve Christensen [sent 6:19 a.m.] | 1 |
| 2537 | REM000014974 | 12/9/2002 | Return receipt on e-mail re Notice of Claim from Rod Keiscome to Steve Christensen [sent 6:18 a.m.] | 1 |
| 2538 | REM000014975 - REM000014976 | 12/6/2002 | Letter re three letters from Remcon,Inc. related to Progress Payment No. 12, etc. | 2 |
| 2539 | REM000014977 | 12/2/2002 | Return receipt on e-mail re Misrepresentation of Pay Estimate from Rod Keiscome to Steve Christensen [sent 6:16 a.m.] | 1 |
| 2540 | REM000014978 | 12/2/2002 | Letter re Alternative Dispute Resolution | 1 |
| 2541 | REM000014979 | 11/27/2002 | Out of Office Reply e-mail from Rod Keiscome to Steve Christensen | 1 |
| 2542 | REM000014980 | 11/27/2002 | Return receipt on e-mail re Request for Documents from Rod Keiscome to Steve Christensen | 1 |
| 2543 | REM000014981 | 11/27/2002 | Return receipt on e-mail re Request for Documents from Rod Keiscome to Steve Christensen | 1 |
| 2544 | REM000014982 - REM000014999 | 11/27/2002 | Letter with attachments re Stipulation of Agreement | 18 |
| 2545 | REM000015000 | 11/25/2002 | Fax transmittal from Loren Mangrum to Luke Triplett re NPS seeding | 1 |
| 2546 | REM000015001 | 11/22/2002 | Fax transmittal from Loren Mangrum to Luke Triplett re Return Your Calls | 1 |
| 2547 | REM000015002 | 11/20/2002 | Return receipt on e-mail re Prompt Payment from Rod Keiscome to Steve Christensen | 1 |
| 2548 | REM000015003 | 11/20/2002 | Return receipt on e-mail re Alleged Demand for Double Payment from Rod Keiscome to Steve Christensen | 1 |

## PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | Bates No. | Date | Type/Description | No. of Pages |
|---|---|---|---|---|
| 2549 | REM000015004 | 11/20/2002 | Letter re Storm Water Pollution Prevention | 1 |
| 2550 | REM000015005 - REM000015007 | 11/19/2002 | Letter re Pay Estimate Quality Corrections | 3 |
| 2551 | REM000015008 | 11/18/2002 | "Speed Letter" from Loren Mangrum to Luke Triplett | 1 |
| 2552 | REM000015009 - REM000015010 | 11/18/2002 | Drawing of Sherman Tree Trail | 2 |
| 2553 | REM000015011 | 11/18/2002 | Drawing of Shuttle Bus Staging Area Restoration Plan | 1 |
| 2554 | REM000015012 | 11/18/2002 | Drawing of Temporary Access Road | 1 |
| 2555 | REM000015013 | 11/20/2002 | Letter re Storm Water Pollution Prevention | 1 |
| 2556 | REM000015014 | 11/8/2002 | Letter re Storm Water Pollution Prevention | 1 |
| 2557 | REM000015015 - REM000015016 | 10/31/2002 | Letter re Comfort Station Electrical Inspection | 2 |
| 2558 | REM000015017 | 10/18/2002 | Fax transmittal from Loren Mangrum to Luke Triplett re Wayside Kiosk | 1 |
| 2559 | REM000015018 | 10/15/2002 | Letter re Request for Price Proposal for Modification Work | 1 |
| 2560 | REM000015019 | 10/10/2002 | Fax transmittal re 10/12-14/02 work schedule | 1 |
| 2561 | REM000015020 | 10/3/2002 | Letter re Water System & Sewer System Testing | 1 |
| 2562 | REM000015021 | 10/3/2002 | Fax transmittal re Survey Monuments | 1 |
| 2563 | REM000015022 | 10/3/2002 | Transmittal page re Sherman Tree Parking Project | 1 |
| 2564 | REM000015023 | 10/1/2002 | Fax cover page. No subject or number of pages specified | 1 |
| 2565 | REM000015024 - REM000015032 | 6/26/2002 | Statement of Qualifications (Central Valley Testing, Inc.) | 9 |
| 2566 | REM000015033 | 9/27/2002 | Fax cover sheet re letter of approval for work on access road 9/28/02 | 1 |
| 2567 | REM000015034 | 9/27/2002 | Letter of approval for weekend work | 1 |
| 2568 | REM000015035 | 9/26/2002 | Letter re Landscape Logs Requirements | 1 |
| 2569 | REM000015036 | 9/25/2002 | Fax transmittal re Bear Management Meeting | 1 |
| 2570 | REM000015037 - REM000015052 | 9/24/2002 | Letter with attachments re Letter of Rejection, Upper Sherman Comfort Station Wood Siding | 16 |
| 2571 | REM000015053 | 9/20/2002 | Fax transmittal re Electric Power Connection | 1 |
| 2572 | REM000015054 | 9/20/2002 | Fax transmittal re Asphalt Rejection | 1 |
| 2573 | REM000015055 | 9/18/2002 | Letter re Asphalt Rejection | 1 |
| 2574 | REM000015056 | 9/17/2002 | E-mails between Loren Mangrum and Willie DeOcampo re AC along the road embankment | 1 |
| 2575 | REM000015057 | 9/11/2002 | Letter of Rejection, Asphalt Debris | 1 |
| 2576 | REM000015058 | 9/20/2002 | Fax transmittal re ACQ treatment for the boardwalk | 1 |
| 2577 | REM000015059 | 9/20/2002 | Fax transmittal re Electric Power Connection with handwritten notes dated 9/23/02 | 1 |
| 2578 | REM000015060 | 9/23/2002 | Fax transmittal note | 1 |

# PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | Bates No. | Date | Type/Description | No. of Pages |
|---|---|---|---|---|
| 2579 | REM000015061 - REM000015062 | 9/19/2002 | Letter re Quality Assurance | 2 |
| 2580 | REM000015063 | 9/19/2002 | Fax transmittal re Color Samples | 1 |
| 2581 | REM000015064 | 9/18/2002 | Letter re ACQ Treatment for the Boardwalk | 1 |
| 2582 | REM000015065 | 9/11/2002 | Letter Hem Fir decking | 1 |
| 2583 | REM000015066 | 9/20/2002 | Faxed Transmittal from National Park Service re Boardwalk Shop Drawings | 1 |
| 2584 | REM000015067 - REM000015072 | 9/19/2002 | Fax Telecommunication re MOD 5 | 6 |
| 2585 | REM000015073 - REM000015074 | 9/19/2002 | Letter re Quality Assurance | 2 |
| 2586 | REM000015075 - REM000015078 | 8/28/2002 | Fax cover and documents re AB Test | 4 |
| 2587 | REM000015079 | 6/11/2001 | Transmittal from National Park Service re Sherman Tree Parking Project | 1 |
| 2588 | REM000015080 - REM000015081 | 8/2/2000 | Aggregate and Soil Gradation | 2 |
| 2589 | REM000015082 - REM000015090 | 9/9/2002 | Fax cover page and attached Aggregate Evaluation Documents | 9 |
| 2590 | REM000015091 - REM000015093 | undated | Aggregate Bases documents | 3 |
| 2591 | REM000015094 | 9/18/2002 | Transmittal letter re Submittal 131A | 1 |
| 2592 | REM000015095 - REM000015096 | 9/18/2002 | Letter re ACQ Treatment for the Boardwalk | 2 |
| 2593 | REM000015097 | 9/11/2002 | Letter Hem Fir decking | 1 |
| 2594 | REM000015098 | 9/18/2002 | Letter re Asphalt Rejection | 1 |
| 2595 | REM000015099 | 9/17/2002 | E-mails between Loren Mangrum and Willie DeOcampo re AC along the road embankment | 1 |
| 2596 | REM000015100 | 9/11/2002 | Letter of Rejection, Asphalt Debris | 1 |
| 2597 | REM000015101 | 9/18/2002 | Letter re ACQ Treatment for the Boardwalk | 1 |
| 2598 | REM000015102 | 9/18/2002 | "Speed Letter" re Water System Pressure Test | 1 |
| 2599 | REM000015103 | 9/18/2002 | Letter re Waterline and Appurtenances | 1 |
| 2600 | REM000015104 | 9/17/2002 | E-mails between Loren Mangrum and Willie DeOcampo re AC along the road embankment | 1 |
| 2601 | REM000015105 | 9/11/2002 | Letter re Waterline and Appurtenances | 1 |
| 2602 | REM000015106 | 9/11/2002 | Letter re Modification 4 | 1 |
| 2603 | REM000015107 | 9/6/2002 | Letter re Landscape | 1 |
| 2604 | REM000015108 | 8/30/2002 | Letter re letter of rejection | 1 |

## PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | Bates No. | Date | Type/Description | No. of Pages |
|---|---|---|---|---|
| 2605 | REM000015109 - REM000015110 | 8/30/2002 | Letter re Project Supervisor Appointment (Loren Mangrum) | 2 |
| 2606 | REM000015111 - REM000015112 | 8/30/2002 | Letter re Project Supervisor Appointment (Rodney Belknap, P.E.) | 2 |
| 2607 | REM000015113 | 8/29/2002 | Letter re layout clarification | 1 |
| 2608 | REM000015114 | 8/26/2002 | Transmittal sending copy of August 23 newsletter re construction delays | 1 |
| 2609 | REM000015115 - REM000015116 | 8/26/2002 | Memo/letter re August 23 newsletter | 2 |
| 2610 | REM000015117 - REM000015118 | 8/20/2002 | Letter re suspect work - electrical conduit | 2 |
| 2611 | REM000015119 | 8/20/2002 | Letter re suspect work - waterline and appurtenances | 1 |
| 2612 | REM000015120 | 8/19/2002 | Memo/note from Loren Mangrum to Luke Triplett | 1 |
| 2613 | REM000015121 | 6/28/2002 | Transmittal re submittals received week of 6/17/02 | 1 |
| 2614 | REM000015122 | 8/2/2002 | Transmittal re Submittal No. 144 | 1 |
| 2615 | REM000015123 | 8/15/2002 | Transmittal re Submittal No. 144 | 1 |
| 2616 | REM000015124 | 8/19/2002 | Transmittal re Submittal No. 144A | 1 |
| 2617 | REM000015125 | 8/19/2002 | Letter re Comfort Station Siding | 1 |
| 2618 | REM000015126 | 8/16/2002 | Letter re Meeting at Ash Mountain | 1 |
| 2619 | REM000015127 | 8/14/2002 | Transmittal re SCE Field Inspection Report | 1 |
| 2620 | REM000015128 | 8/12/2002 | Memo/letter re Status of Upper Sherman Tree Road | 1 |
| 2621 | REM000015129 | 8/12/2002 | Note re Upper Sherman Tree Road | 1 |
| 2622 | REM000015130 | 8/13/2002 | Transmittal re SCE Drawings | 1 |
| 2623 | REM000015131 - REM000015132 | 8/9/2002 | Letter re letter of rejection | 2 |
| 2624 | REM000015133 | 8/7/2002 | Letter of Rejection | 1 |
| 2625 | REM000015134 | undated | "Section E - Inspection and Acceptance" | 1 |
| 2626 | REM000015135 - REM000015138 | undated | "Section 02310 - Site Excavation and Grading" | 4 |
| 2627 | REM000015139 - REM000015140 | undated | "Section 02316 - Roadway Excavation and Embankment" | 2 |
| 2628 | REM000015141 | 8/2/2002 | Letter re Pay Estimate #9 | 1 |
| 2629 | REM000015142 | 8/30/2002 | E-mail from Willie DeOcampo to Steve Christensen re MOD #3 | 1 |
| 2630 | REM000015143 - REM000015144 | 8/1/2002 | Letter re SCE Drawings | 2 |
| 2631 | REM000015145 - REM000015146 | 7/30/2002 | Transmittal re RFP Comfort Station sealant | 2 |
| 2632 | REM000015147 | 7/24/2002 | Letter re Request for Price Proposal for Modification Work | 1 |
| 2633 | REM000015148 - REM000015152 | 7/23/2002 | Transmittal cover sheet and report on Water System-Flushing, Testing and Disinfection Procedures | 5 |

# PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | Bates No. | Date | Type/Description | No. of Pages |
|---|---|---|---|---|
| 2634 | REM000015153 | 7/17/2002 | Letter re Certification of Differing Site Condition - Rock Excavation Claim | 1 |
| 2635 | REM000015154 | 7/17/2002 | Letter re California Drilling and Blasting, Legal Action | 1 |
| 2636 | REM000015155 | 71/7/02 | Letter re National Park Service's Settlement Offer of 6/18/02 | 1 |
| 2637 | REM000015156 | 7/17/2002 | Letter re Two letters - NPS's On-Site Representation and Notification of Delay - Grading Impacts | 1 |
| 2638 | REM000015162 | 7/16/2002 | Letter re Contracting Officer's Directive - Raise Upper Sherman Parking Lot | 1 |
| 2639 | REM000015158 | 7/16/2002 | Letter re Demand for Removal of Bob Russell | 1 |
| 2640 | REM000015159 | 7/16/2002 | Letter re Emergency On-Site Meeting | 1 |
| 2641 | REM000015157 | 7/16/2002 | Letter re Contracting Officer's Directive - Raise Upper Sherman Parking Lot | 1 |
| 2642 | REM000015171 | 6/27/2002 | Letter re Contracting Officer's Directive - Raise Upper Sherman Parking Lot | 1 |
| 2643 | REM000015160 | 7/16/2002 | Letter re Emergency On-Site Meeting | 1 |
| 2644 | REM000015161 | 7/16/2002 | Letter re Demand for Removal of Bob Russell | 1 |
| 2645 | REM000015163 - REM000015166 | 7/15/2002 | Letter to Bob Reinhardt | 4 |
| 2646 | REM000015167 - REM000015168 | 7/9/2002 | Letter to Remcon re Invoice No. 8 | 2 |
| 2647 | REM000015169 - REM000015170 | 6/28/2002 | Letter re Notification of Delay - Grading Impacts | 2 |
| 2648 | REM000015172 - REM000015175 | 6/27/2002 | Letter re Projected Baseline Schedule and As-Build/As-Planned Schedules | 5 |
| 2649 | REM000015176 | 6/27/2002 | Fax Telecommunication re C.O. Directive | 1 |
| 2650 | REM000015177 | 6/25/2002 | E-mail from Willie DeOcampo to Steve Christensen re Wayside Kiosk Slab | 1 |
| 2651 | REM000015178 | 6/24/2002 | E-mail from Willie DeOcampo to Steve Christensen re Governments Cost Estimate | 1 |
| 2652 | REM000015179 | 6/24/2002 | E-mail from Willie DeOcampo to Steve Christensen re Status Submittals and RFIs | 1 |
| 2653 | REM000015180 | 6/24/2002 | E-mail from Willie DeOcampo to Steve Christensen re E-Mail Responses | 1 |
| 2654 | REM000015181 | 6/24/2002 | Return receipt for e-mail regarding CCO Upper Parking Area | 1 |
| 2655 | REM000015182 | 6/19/2002 | Transmittal re submittals received week of 6/17/02 | 1 |
| 2656 | REM000015183 | 6/19/2002 | E-mail from Rod Keiscome to Steve Christensen re CCO Upper Parking Area | 1 |
| 2657 | REM000015184 | 6/19/2002 | E-mail from Willie DeOcampo to Steve Christensen re Construction Schedule | 1 |
| 2658 | REM000015185 - REM000015188 | 6/18/2002 | Fax with attachments re Gov't Position relative to Mediation Brief | 4 |
| 2659 | REM000015189 | 6/17/2002 | E-mail from Willie DeOcampo to Steve Christensen re RFI and Submittal Responses | 1 |
| 2660 | REM000015190 | 6/13/2002 | E-mail from Willie DeOcampo to Steve Christensen re Construction Schedule | 1 |
| 2661 | REM000015191 | 6/13/2002 | E-mail from Willie DeOcampo to Steve Christensen re Pricing Submittal for Upper Parking Area | 1 |
| 2662 | REM000015192 | 6/13/2002 | E-mail from Willie DeOcampo to Steve Christensen re Meeting Attendees | 1 |
| 2663 | REM000015193 | 6/10/2002 | E-mail from Willie DeOcampo to Steve Christensen re Meeting Attendees | 1 |

# PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | Bates No. | Date | Type/Description | No. of Pages |
|---|---|---|---|---|
| 2664 | REM000015194 | 6/6/2002 | E-mail from Willie DeOcampo to Steve Christensen re Pricing Submittal for Upper Parking Area | 1 |
| 2665 | REM000015195 | 6/6/2002 | E-mail from Willie DeOcampo to Steve Christensen re Project Schedule | 1 |
| 2666 | REM000015196 | 6/3/2002 | Letter re California Drilling and Blasting v. Remcon | 1 |
| 2667 | REM000015197 | 6/3/2002 | E-mail from Willie DeOcampo to Steve Christensen re Sherman Tree Trail Design | 1 |
| 2668 | REM000015198 | 6/3/2002 | E-mail from Willie DeOcampo to Steve Christensen re Sample from Cut | 1 |
| 2669 | REM000015199 | 5/30/2002 | E-mail from Willie DeOcampo to Steve Christensen re California Drilling and Blasting | 1 |
| 2670 | REM000015200 - REM000015201 | 5/29/2002 | Letter re Remcon Letter dated 5/20/02 | 2 |
| 2671 | REM000015202 | 5/22/2002 | E-mail from Willie DeOcampo to Steve Christensen re Project Delay | 1 |
| 2672 | REM000015203 | 5/29/2002 | E-mail from Willie DeOcampo to Steve Christensen re Sherman Tree Trail | 1 |
| 2673 | REM000015204 | 5/29/2002 | Out of Office Reply e-mail from Rod Keiscome to Steve Christensen | 1 |
| 2674 | REM000015205 - REM000015206 | 5/24/2002 | E-mail from Rod Keiscome to Steve Christensen re Negotiation Meeting | 2 |
| 2675 | REM000015207 - REM000015208 | 5/24/2002 | E-mail from Rod Keiscome to Steve Christensen re Standby Costs | 2 |
| 2676 | REM000015209 | 5/24/2002 | Letter re Request for Price Proposal | 1 |
| 2677 | REM000015210 | 5/24/2002 | E-mail from Rod Keiscome to Steve Christensen re Standby Costs | 1 |
| 2678 | REM000015211 - REM000015212 | 5/22/2002 | E-mail from Willie DeOcampo to Steve Christensen re Project Delay | 2 |
| 2679 | REM000015213 - REM000015216 | 4/24/2002 | Letter re Response to Request for Equitable Adjustment Letter | 4 |
| 2680 | REM000015217 | 4/23/2002 | E-mail from Willie DeOcampo to Steve Christensen re Partnering | 1 |
| 2681 | REM000015218 - REM000015219 | 3/28/2002 | Letter re Response to Remcon's Request for Equitable Adjustment | 2 |
| 2682 | REM000015220 - REM000015223 | 3/6/2002 | Letter re Critical Submittals | 4 |
| 2683 | REM000015224 - REM000015228 | 3/4/2002 | Letter re Project Schedule Review Comments | 5 |
| 2684 | REM000015229 | 6/11/2001 | Transmittal from National Park Service re Sherman Tree Parking Project | 1 |
| 2685 | REM000015230 - REM000015231 | 1/29/2002 | Letter re February 2002 Meeting | 2 |
| 2686 | REM000015232 | 1/29/2002 | Fax page re February 2002 Meeting | 1 |
| 2687 | REM000015233 | 1/17/2002 | Memo re RV Parking at Lower Sherman Tree | 1 |
| 2688 | REM000015234 | 1/14/2002 | Fax transmittal re Deleting Bid Item No. 128 from Contract | 1 |
| 2689 | REM000015235 | 1/11/2002 | Fax transmittal re Comments on G&K cost for restaking 500 LF of Access Road | 1 |
| 2690 | REM000015236 - REM000015237 | 1/10/2002 | Fax transmittal re Estimated Cost for the Access Road realignment | 2 |

## PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | Bates No. | Date | Type/Description | No. of Pages |
|---|---|---|---|---|
| 2691 | REM000015238 - REM000015239 | 1/11/2002 | Fax with confirmation page re extra work surveying | 2 |
| 2692 | REM000015240 | 1/8/2002 | Fax cover re survey | 1 |
| 2693 | REM000015241 - REM000015242 | 1/4/2002 | Report from Surveyor re Sherman Tree Extra Work | 2 |
| 2694 | REM000015243 | 1/7/2002 | Fax page re MOD No. 3 cost proposals | 1 |
| 2695 | REM000015244 - REM000015252 | 1/3/2002 | Fax re estimated costs | 9 |
| 2696 | REM000015253 - REM000015254 | 1/22/2002 | Letter re Miller Act Response | 2 |
| 2697 | REM000015255 - REM000015258 | 1/2/2002 | Transmittal re Work Items to be addressed next year | 4 |
| 2698 | REM000015259 - REM000015260 | 1/9/2002 | Fax and attachment re additional construction items | 2 |
| 2699 | REM000015261 | 12/26/2001 | Fax re estimated cost for restaking 500 LF of Access Road | 1 |
| 2700 | REM000015262 - REM000015263 | 12/26/2001 | Fax re cost estimate for restaking 500 LF of Access Road Centerline | 1 |
| 2701 | REM000015264 - REM000015282 | 11/27/2001 | Transmittal with attachments re SEKI 200 Q MOD No. 2 | 19 |
| 2702 | REM000015283 | 11/27/2001 | Transmittal re Progress Payment No. 7 | 1 |
| 2703 | REM000015284 - REM000015294 | 10/23/2001 | Contract Modification Meeting Agenda | 11 |
| 2704 | REM000015295 | 10/31/2001 | Fax transmission re RFI No. 33 - Slurry | 1 |
| 2705 | REM000015296 - REM000015306 | 10/30/2001 | Fax with attached draft of MOD No. 2 | 11 |
| 2706 | REM000015307 | 10/18/2001 | Fax re Aggregate Base @ Kiosk | 1 |
| 2707 | REM000015308 | 10/18/2001 | Fax re 200Q Meeting next week | 1 |
| 2708 | REM000015309 - REM000015320 | 10/16/2001 | Transmittal re Submittal Tracking Form (Log) | 12 |
| 2709 | REM000015321 - REM000015324 | 10/4/2001 | Note with attachments re Angular and Subangular rock quantities | 4 |
| 2710 | REM000015325 - REM000015326 | 10/2/2001 | Transmittal No. 69 - Onsite Rock Crushing Response | 2 |
| 2711 | REM000015327 - REM000015328 | 9/27/2001 | Letter re Proposed Rock Crushing Plan | 2 |
| 2712 | REM000015329 | 9/27/2001 | Fax re Final Agreed Cost for 240 LF of 4" sewer force main | 1 |
| 2713 | REM000015330 | 9/25/2001 | Invoice from Ferguson Enterprises, Inc. | 1 |
| 2714 | REM000015331 | 9/25/2001 | Handwritten cost sheet | 1 |

# PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | Bates No. | Date | Type/Description | No. of Pages |
|---|---|---|---|---|
| 2715 | REM000015332 - REM000015337 | 9/21/2001 | Fax re Remcon-Con Cost Proposal for sewer force main | 6 |
| 2716 | REM000015338 - REM000015339 | 9/21/2001 | Letter re Substitution of Project Superintendent | 2 |
| 2717 | REM000015340 | 9/19/2001 | Letter re Equipment Rates | 1 |
| 2718 | REM000015341 - REM000015342 | 9/14/2001 | Letter with attached map of prescribed fire schedule | 2 |
| 2719 | REM000015343 | 9/5/2001 | Fax re Copy of Schedule of Values | 1 |
| 2720 | REM000015344 | 9/1/2001 | Faxed letter from Water Board re permits | 1 |
| 2721 | REM000015345 - REM000015346 | 9/6/2001 | Letter re Change Order Request #3 | 2 |
| 2722 | REM000015347 - REM000015348 | 8/21/2001 | Letter re Request for Price Proposal, Access Road Site Electrical Changes | 2 |
| 2723 | REM000015349 - REM000015350 | 8/21/2001 | Letter re Request for Price Proposal, Access Road Site Electrical Changes | 2 |
| 2724 | REM000015351 - REM000015352 | undated | Maps | 2 |
| 2725 | REM000015353 | 8/16/2001 | Letter re Response to 7/31/01 memo re Monthly Billing for Water Usage | 1 |
| 2726 | REM000015354 | 8/16/2001 | Memo | 1 |
| 2727 | REM000015355 | 8/14/2001 | Transmittal re Clarification for Stone Trench Addendum Sheets | 1 |
| 2728 | REM000015356 | 8/8/2001 | Letter enclosing copies of drill logs | 1 |
| 2729 | REM000015357 | 8/10/2001 | Transmittal re Clarification for Stone Trench Addendum Sheets | 1 |
| 2730 | REM000015358 - REM000015364 | 8/9/2001 | Fax with attachments re Trail Points and Coordinates | 7 |
| 2731 | REM000015365 | 8/9/2001 | Transmittal letter re SCE drawings | 1 |
| 2732 | REM000015366 - REM000015372 | 8/9/2001 | Transmittal re Submittal Drawing List | 7 |
| 2733 | REM000015373 | 8/7/2001 | Letter re Temporary Access Road | 1 |
| 2734 | REM000015374 - REM000015378 | 8/2/2001 | Transmittal with photos and proposal | 6 |
| 2735 | REM000015379 | 8/1/2001 | Letter re SCE Drawings | 1 |
| 2736 | REM000015380 | 8/1/2001 | Letter re Telecom on 7/31/01 concerning Pay Item 26 | 1 |
| 2737 | REM000015381 | undated | Faxed note re Blasting Plan | 1 |
| 2738 | REM000015382 - REM000015383 | 7/18/2001 | Fax cover page re Blasting Submittal | 2 |
| 2739 | REM000015384 | 7/11/2001 | "Speed Letter" | 1 |
| 2740 | REM000015385 | 7/10/2001 | Transmittal review comments | 1 |

# PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | Bates No. | Date | Type/Description | No. of Pages |
|---|---|---|---|---|
| 2741 | REM000015386 | undated | Faxed note re Blasting Plan | 1 |
| 2742 | REM000015387 | 7/3/2001 | Letter re 2-1/2" AC overlay | 1 |
| 2743 | REM000015388 - REM000015389 | 7/2/2001 | Letter re Use of Treated Effluent on SEKI 200Q PROJECT | 2 |
| 2744 | REM000015390 - REM000015391 | 6/22/2001 | Letter re Use of Treated Effluent on SEKI 200Q PROJECT | 2 |
| 2745 | REM000015392 - REM000015396 | 6/20/2001 | Construction Modification No. 1 | 5 |
| 2746 | REM000015397 | 6/21/2001 | E-Mail re Genl Hwy Retaining Wall | 1 |
| 2747 | REM000015398 | 6/25/2001 | E-Mail re Shipping Address | 1 |
| 2748 | REM000015399 - REM000015406 | 6/18/2001 | Faxed memo with attachment re SWPP Monitoring Requirements | 8 |
| 2749 | REM000015407 - REM000015408 | 5/16/2001 | Letter re Pre-Construction Conference | 2 |
| 2750 | 004492 | 6/11/2001 | Daily Log of Construction | 1 |
| 2751 | 006513 | 6/27/2001 | Weekly Field Report | 1 |
| 2752 | 500294 | 7/2/2001 | Email re 200Q | 1 |
| 2753 | 006514 | 7/3/2001 | Weekly Field Report | 1 |
| 2754 | 006411 | 7/10/2001 | Weekly Meeting For 7/10/01 | 1 |
| 2755 | 011737 - 011746 | 7/9/02 - 7/13/01 | Daily Log of Construction | 11 |
| 2756 | 006415 | 7/16/2001 | Weekly Meeting Minutes #7 From 7/16/01 | 1 |
| 2757 | 004550 | 7/16/2001 | Daily Log of Construction | 1 |
| 2758 | 006516 | 7/19/2001 | Weekly Field Report | 1 |
| 2759 | 006517 | 7/25/2001 | Weekly Field Report | 1 |
| 2760 | 514051 | 8/8/2001 | Email re Over-runs on 200Q | 1 |
| 2761 | 006519 | 8/8/2001 | Weekly Field Report | 1 |
| 2762 | 011524-011525 | 8/10/2001 | Daily Log of Construction | 2 |
| 2763 | 011522-011523 | 8/13/2001 | Daily Log of Construction | 2 |
| 2764 | 011520-011521 | 8/14/2001 | Daily Log of Construction | 2 |
| 2765 | 011518-011519 | 8/15/2001 | Daily Log of Construction | 2 |
| 2766 | 011516-011517 | 8/16/2001 | Daily Log of Construction | 2 |
| 2767 | 011514-011515 | 8/17/2001 | Daily Log of Construction | 2 |
| 2768 | 011512-011513 | 8/20/2001 | Daily Log of Construction | 2 |

# PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | Bates No. | Date | Type/Description | No. of Pages |
|---|---|---|---|---|
| 2769 | 011508-011509 | 8/22/2001 | Daily Log of Construction | 2 |
| 2770 | 011506-011507 | 8/23/2001 | Daily Log of Construction | 2 |
| 2771 | 011504-011505 | 8/24/2001 | Daily Log of Construction | 2 |
| 2772 | 011502-011503 | 8/27/2001 | Daily Log of Construction | 2 |
| 2773 | 011500-011501 | 8/28/2001 | Daily Log of Construction | 2 |
| 2774 | 011498-011499 | 8/29/2001 | Daily Log of Construction | 2 |
| 2775 | 011496-011497 | 8/30/2001 | Daily Log of Construction | 2 |
| 2776 | 011494-011495 | 8/31/2001 | Daily Log of Construction | 2 |
| 2777 | 011277-011278 | 9/4/2001 | Daily Log of Construction | 2 |
| 2778 | 011275-011276 | 9/5/2001 | Daily Log of Construction | 2 |
| 2779 | REM000013156-REM000013157 | | Haul Excess Material | 2 |
| 2780 | 011273-011274 | 9/6/2001 | Daily Log of Construction | 2 |
| 2781 | 011271 | 9/7/2001 | Daily Log of Construction | 1 |
| 2782 | 011266-011267 | 9/11/2001 | Daily Log of Construction | 2 |
| 2783 | 011264-011265 | 9/12/2001 | Daily Log of Construction | 2 |
| 2784 | 011258-011259 | 9/17/2001 | Daily Log of Construction | 2 |
| 2785 | 500494-500496 | 9/17/2001 | Email re Contract Overruns | 3 |
| 2786 | 006458-006460 | 9/18/2001 | Weekly Meeting #17 Minutes from 9/18/01 | 3 |
| 2787 | 500504-500506 | 9/19/2001 | Fax Confirmation Sheet | 3 |
| 2788 | 00514018 | 9/19/2001 | Email re 200Q Rock | 1 |
| 2789 | REM000013158-REM000013160 | 10/1/2001 | Remcon Excess Excavation Analysis | 3 |
| 2790 | 500651-500652 | 10/4/2001 | Planning and Design Services Fax | 2 |
| 2791 | 006477-006486 | 10/23/2001 | Meeting Agenda Items SEKI 200 Q (Agenda Items 1 - 10) | 10 |
| 2792 | 010148 | 10/29/2001 | Request for Clarification (RFT) | 1 |
| 2793 | 011392 | 11/1/2001 | Weekly Field Report | 1 |
| 2794 | 514010 | 11/15/2001 | Email re SEKI-200Q excavation quantities | 1 |
| 2795 | REM000013162-REM000013165 | 12/4/2001 | Excess Excavation Remaining Onsite | 4 |
| 2796 | 006617-006622 | 4/23/2002 | Estimate II | 6 |
| 2797 | 500021-500024 | 4/24/2002 | Fax to Remcon re Response to Request for Equitable Adjustment Letter dated 4/13/02 | 4 |
| 2798 | 500079-500081 | 5/18/2002 | Memo re SEKI 200Q Trip Report | 3 |
| 2799 | 513375 | 5/29/2002 | Reply Email to Jack Vance re Excess material from 200Q | 1 |

## PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | Bates No. | Date | Type/Description | No. of Pages |
|---|---|---|---|---|
| 2800 | 004986-004987 | 5/21/2002 | Daily Log of Construction | 2 |
| 2801 | 005027-005028 | 6/4/2002 | Daily Log of Construction | 2 |
| 2802 | 005032-005033 | 6/5/2002 | Daily Log of Construction | 2 |
| 2803 | 005036-005037 | 6/6/2002 | Daily Log of Construction | 2 |
| 2804 | 513393 | 6/26/2002 | Emails re Mods | 1 |
| 2805 | 513395-513406 | 6/27/2002 | Emails re MODs/potential Mods w/attachment | 11 |
| 2806 | 006788-006789 | 7/1/2002 | Emails re 200Q tree removal | 2 |
| 2807 | 513416-513418 | 7/11/2002 | Email re MODs/potential MODs to date w/attachment | 3 |
| 2808 | 002130 | 8/2/2002 | Memo re Record of Negotiation, Haul Excess Excavation to Wolverton Point Quantity Variation for Bid Item 39 | 1 |
| 2809 | 005202-005203 | 8/13/2002 | Daily Log of Construction | 2 |
| 2810 | 005210 | undated | Daily Log of Construction | 1 |
| 2811 | 005851 | 9/11/2002 | Contractor's Quality Control Daily Report No. 88 | 1 |
| 2812 | 513671-513674 | 10/9/2002 | Email re SEKI 200Q, Pay Estimate 11, Bid Item 39 Quantities | 4 |
| 2813 | 513689-513693 | 10/31/2002 | Contract Invoice No. Estimate 12 | 5 |
| 2814 | 513504-513509 | 4/1/2003 | Emails re NPS Response to Contractor's Mediation Brief | 6 |
| 2815 | 513510 | 4/1/2003 | Email re REMCON Position | 1 |
| 2816 | 513512-513514 | 4/1/2003 | Email re Gov't Position relative to SEKI-200Q Mediation Brief | 3 |
| 2817 | 500055-500078 | undated | Request for Equitable Adjustment | 22 |
| 2818 | 513916-513917 | 11/27/2002 | Ltr re Stipulation of Agreement | 2 |
| 2819 | REM000014422 | 12/11/2002 | Ltr re Unilateral Modification for Lower Sherman Tree Work and Differing Site Condition - Rock Excavation | 1 |
| 2820 | 387773 | 12/13/2002 | Ltr re Alternative Dispute Resolution (ADR) | 1 |
| 2821 | 387774 | 12/13/2002 | Ltr re Pending Modification Deleting the Lower Sherman Tree Work and Differing Site Condition | 1 |
| 2822 | 514337 | 12/13/2002 | Ltr re Pending Modification Deleting the Lower Sherman Tree Work and Differing Site Condition | 1 |
| 2823 | 513913 | 12/13/2002 | Ltr re Pending Modification Deleting the Lower Sherman Tree Work and Differing Site Condition | 1 |
| 2824 | REM000014419 | 12/27/2002 | Email re Bilateral Mod for Lower Sherman | 1 |
| 2825 | 513915 | 2/24/2003 | Email re Remcon's letter of 11/20/02 Demanding Double Compensation | 1 |
| 2826 | REM000014408-REM000014409 | 3/4/2003 | Ltr re Contract Modification No. 6 | 2 |
| 2827 | 387836-387842 | 3/11/2003 | Ltr re Remediation Constructors, Inc. | 7 |
| 2828 | 387647-387650 | 3/12/2003 | Fax w/attachment pages | 4 |

## PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | Bates No. | Date | Type/Description | No. of Pages |
|---|---|---|---|---|
| 2829 | 387638-387646 | 3/12/2003 | Ltr re Remediation Constructors, Inc. | 9 |
| 2830 | 514456-514458 | undated | Ltr re DMS Letter of 3/12/03 | 3 |
| 2831 | REM000014395 | 3/21/2003 | Ltr re Notice of Potential Claim, Contract Modification No. 7 | 1 |
| 2832 | 387698-387703 | 3/26/2003 | Ltr re Remediation Constructors, Inc. | 6 |
| 2833 | 387712-387714 | 3/28/2003 | Ltr re Alternative Dispute Resolution | 3 |
| 2834 | 387727-387728 | 4/1/2003 | Ltr re Modification No. 7 | 2 |
| 2835 | 513525 | undated | Ltr re Letter dated 4/2/03 concerning Contract Requirements | 1 |
| 2836 | 387777-387779 | 4/4/2003 | Ltr re Your Letter of March 12, 2003 | 3 |
| 2837 | 387805-387806 | 4/15/2003 | Ltr re Lower Sherman Schedule | 2 |
| 2838 | 387828-387831 | 4/15/2003 | Ltr re Response to April 4, 2003 Letter | 4 |
| 2839 | 006496-006499 | undated | Progress Meeting 06.17.2003 No. 66 Minutes | 4 |
| 2840 | 507674 | 2/6/2002 | Email re Remcon material to be sent to Cypress | 1 |
| 2841 | JA00594-JA00597 | 1/14/2002 | Fax re Addressing Remcon's statement that Bob Russell authorized or directed work | 4 |
| 2842 | JA01404 | 1/14/2002 | Fax re Addressing Remcon's statement that Bob Russell authorized or directed work | 1 |
| 2843 | 512266 | 1/22/2002 | Email re SEKI meeting 1/23/02 | 1 |
| 2844 | JA01275 | 3/4/2002 | Email re Status of help for me at Sequoia | 1 |
| 2845 | JA01421-JA01423 | 3/6/2002 | Email re Work | 3 |
| 2846 | 515280-515288 | undated | Ltr re Technical Evaluation of Request for Equitable Adjustment | 9 |
| 2847 | REM000014663-REM000014665 | 4/3/2002 | Ltr re Responses to Equitable Adjustment Letter | 3 |
| 2848 | 515245 | 4/7/2002 | Memo re Record of Negotiation, Haul Miscellaneous Material from Park | 1 |
| 2849 | JA01428-JA01435 | 4/10/2002 | Ltr re Additional Scope of Work - follow up | 8 |
| 2850 | 0518714-0518718 | 5/1/102 | Email re 200Q & 200P Contract Issues, Left Over from 2001 | 5 |
| 2851 | 388858-388910 | undated | Sequoia Sherman Tree Parking Project Partnering Workshop Final Report | 53 |
| 2852 | REM000010839-REM000010867 | 5/15-16/02 | Partnering Workshop - Sequoia Sherman Tree Parking Project | 29 |

# PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | Bates No. | Date | Type/Description | No. of Pages |
|---|---|---|---|---|
| 2853 | 514799 | 5/21/2002 | Request for Clarification Fax re Modification of Lower Sherman Parking Requirements | 1 |
| 2854 | 507867-507868 | 5/30/2002 | Email re Dailies | 2 |
| 2855 | JA01268-JA01269 | 5/31/2002 | Email re Dailies | 2 |
| 2856 | REM000014642 | 6/3/2002 | Email re Generals Highway Work | 1 |
| 2857 | 388946-388965 | 6/24/2002 | Mediation Brief | 20 |
| 2858 | REM000014631 | 6/6/2002 | Email re Pricing Submittal for Upper Parking Area | 1 |
| 2859 | REM000010234-REM000010240 | 6/11/2002 | National Park Service Response to Contractor's Mediation Brief - June 11, 2002 | 7 |
| 2860 | 005056 | 6/13/2002 | Daily Log of Construction | 1 |
| 2861 | REM000014627 | 6/17/2002 | Email re RFI and Submittal Responses | 1 |
| 2862 | 389031-389032 | 6/18/2002 | Email re Gov't Position relative to SEKI-200Q Mediation Brief | 2 |
| 2863 | REM000014615 | 6/19/2002 | CCO Upper Parking Area | 1 |
| 2864 | REM000014610 | 6/21/2002 | Ltr re Submittals to Denver with no reply | 1 |
| 2865 | REM000014604 | 6/24/2002 | Email re Status Submittals and RFIs | 1 |
| 2866 | REM000014603 | 6/24/2002 | Email re Status Submittals and RFIs | 1 |
| 2867 | 514117 | 6/24/2002 | Email re Governments Cost Estimate | 1 |
| 2868 | JA00598-JA00599 | 6/26/2002 | Transmittal re SEKI MODS | 2 |
| 2869 | 511798 | 6/26/2002 | Email re Upper Sherman Tree Parking - Direction for Remcon | 1 |
| 2870 | 515244 | 6/26/2002 | Email re Mods | 1 |
| 2871 | JA01262-JA01264 | undated | NPS IDIQ Contract - Task Order #22 - CM Services at Sequoia National Park | 3 |
| 2872 | 389074-389078 | 6/27/2002 | Ltr re Contracting Officer's Directive - Raise Upper Sherman Parking Lot | 5 |
| 2873 | REM000014592-REM000014593 | 6/28/2002 | Ltr re NPS's On-Site Representation | 2 |
| 2874 | 389085-389086 | 6/28/2002 | Ltr re NPS's On-Site Representation | 2 |
| 2875 | 389081 | 6/28/2002 | Ltr re Contracting Officer's Directive - Raise Upper Sherman Parking Lot | 1 |
| 2876 | REM000014589 | 7/3/2002 | Ltr re Emergency On-Site Meeting | 1 |
| 2877 | REM000014590 | 7/3/2002 | Ltr re Demand for Removal of Bob Russell | 1 |
| 2878 | 389106-389107 | 7/3/2002 | Ltr re Demand for Removal of Bob Russell | 1 |
| 2879 | REM000014575 | 7/8/2002 | Ltr re Copies of Unanswered RFIs | 1 |
| 2880 | REM000014579-REM000014580 | 7/8/2002 | Ltr re National Park Service's Settlement Offer of 6/18/02 | 2 |
| 2881 | REM000014581 | 7/8/2002 | Ltr re Second Demand for Removal of Bob Russell Related Incident of July 3, 2002 | 1 |
| 2882 | REM000014585 | 7/8/2002 | Ltr re Copies of Unanswered RFIs | 1 |

# PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | Bates No. | Date | Type/Description | No. of Pages |
|---|---|---|---|---|
| 2883 | 389185-389186 | 7/8/2002 | Ltr re National Park Service's Settlement Offer of 6/18/02 | 2 |
| 2884 | 510853-510857 | 7/16/2002 | Email re NPS Construction Responsibilities Matrix | 5 |
| 2885 | 389216-389218 | 7/16/2002 | Ltr re Contracting Officer's Directive - Raise Upper Sherman Parking Lot | 3 |
| 2886 | 389238-389-244 | 7/17/2002 | Ltr re National Park Service's Settlement Offer of 6/18/02 | 7 |
| 2887 | 389248-389249 | 7/19/2002 | Email re 200Q field observations week of 7/15 | 2 |
| 2888 | REM000014567 | 7/31/2002 | Ltr re Certification of Claim, Amount of Claim | 1 |
| 2889 | REM000014565 | 8/1/2002 | Ltr re Monthly Progress Billing, Month Ending July 2002 | 1 |
| 2890 | REM000014564 | 8/8/2002 | Ltr re Letter of Rejection, Gov'ts. Misinterpretation of Contract Specifications | 1 |
| 2891 | 0518702 | 8/8/2002 | Email re SEKI 200Q Negotiation Meeting on 22 August (w/attachments) | 12 |
| 2892 | 512392 | 8/8/2002 | Email re SEKI 200Q Negotiation Meeting on 22 August (w/attachments) | 1 |
| 2893 | REM000014562 | 8/10/2002 | Ltr re Rejection of NPS Settlement Offer | 1 |
| 2894 | REM000014560-REM000014561 | 8/10/2002 | Ltr re Letter of Rejection, Notice of Potential Claim | 2 |
| 2895 | REM000014558-REM000014559 | 8/10/2002 | Ltr re Ruination of a Business | 2 |
| 2896 | 387887-387888 | 8/10/2002 | Ltr re Letter of Rejection, Notice of Potential Claim | 2 |
| 2897 | 387885-387886 | 8/10/2002 | Ltr re Ruination of a Business | 2 |
| 2898 | REM000014556-REM000014557 | 8/11/2002 | Ltr re Owner Caused Project Delays, Issuance of Additional Contract Days | 2 |
| 2899 | REM000000603 | 8/19/2002 | Remcon Crew Card | 1 |
| 2900 | 515229-515241 | 8/21/2002 | Amendment of Solicitation/Modification of Contract | 13 |
| 2901 | REM000014545 | 8/21/2002 | Ltr re July Monthly Progress Payments | 1 |
| 2902 | REM000014539 | 8/21/2002 | Ltr re Removal of Asphalt Debris from Access Road Slopes | 1 |
| 2903 | JA01273-JA01274 | undated | Handwritten Memo | 2 |
| 2904 | REM000007906-REM000007993 | 8/22/2002 | Fax coversheet with attachments re: Overhead against Issue No. 1 Additional Tree Removal | 89 |
| 2905 | 002220-002224 | 8/2/2002 | Transmittal of Legal Documents | 5 |

# PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | Bates No. | Date | Type/Description | No. of Pages |
|---|---|---|---|---|
| 2906 | 509667 | 8/23/2002 | Email re NPS and Remcon negotiations and settlement | 1 |
| 2907 | 514210 | 8/26/2002 | Section I - Numbering and Background Information | 1 |
| 2908 | 514151-514152 | 8/27/2002 | Ltr re Summary of Negotiations of August 22, 2002 | 2 |
| 2909 | REM000010333-REM000010434 | 8/28/2002 | Ltr re Summary of Negotiations of August 22, 2002 (w/attachments) | 95 |
| 2910 | No Bates Nos. | 8/28/2002 | Ltr re Summary of Negotiations of August 22, 2002 | 7 |
| 2911 | 387923-387930 | 8/28/2002 | Ltr re Summary of Negotiations of August 22, 2002 | 8 |
| 2912 | 514187-514191 | 8/29/2002 | Email re Appointment Letters | 5 |
| 2913 | 514192-514193 | 8/29/2002 | Email re Fund Request PW-02-238 SEKI 200Q | 2 |
| 2914 | 514218-514220 | 8/30/2002 | Ltr re Project Supervisor Appointment | 3 |
| 2915 | 387943 | 8/30/2002 | Ltr re Project Supervisor Appointment (Russell L. Belknap, P.E.) | 1 |
| 2916 | 387939-387940 | 8/30/2002 | Ltr re: Project Supervisor Appointment (Loren Mangrum) | 2 |
| 2917 | 387933-387935 | 8/30/2002 | Ltr re: Appointment - Contracting Officer's Representative (Construction) | 3 |
| 2918 | 510706 | 9/5/2002 | Email re Physical interference in parking area 36+00 to 48+00 | 1 |
| 2919 | 510705 | 9/5/2002 | Email to Russell Belknap re NPS paid-for survey | 1 |
| 2920 | REM000014526 | 9/11/2002 | Ltr re Letter of Rejection, Asphalt Debris | 1 |
| 2921 | REM000014522-REM000014523 | 9/16/2002 | Ltr re Impacts to Project Completion | 2 |
| 2922 | REM000014519-REM000014520 | 9/16/2002 | Ltr re Breach of the Covenant of Good Faith and Fair Dealing | 2 |
| 2923 | 387956-387957 | 9/16/2002 | Ltr re Breach of the Covenant of Good Faith and Fair Dealing | 2 |
| 2924 | 509944 | 9/18/2002 | Email re Comfort Station Siding | 1 |
| 2925 | REM000014515-REM000014516 | 9/23/2002 | Ltr re Correction to Modification No. 5 | 2 |
| 2926 | 509279-509280 | 9/25/2002 | Email re SEKI 200Q Phone Call with Steve summary | 2 |
| 2927 | 509995-509996 | 9/25/2002 | Email re SEKI 200Q Phone Call with Steve summary | 2 |
| 2928 | 509365-509366 | 9/30/2002 | Email re SEKI 200Q Log Hauling | 2 |
| 2929 | 0518671-0518691 | 10/2/2002 | Email re SEKI 200Q Access Road Language | 7 |
| 2930 | 510478 | 10/8/2002 | Email re Stair relocation/trail modification | 1 |
| 2931 | 510469 | 10/8/2002 | Ltr re Prosecution and Completion of Work | 1 |
| 2932 | REM000014491 | 10/20/2002 | Ltr re Reservation of Contractor's Rights | 1 |
| 2933 | 509983 | 10/22/2002 | Email re SEKI 200Q Info for minutes | 1 |

# PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | Bates No. | Date | Type/Description | No. of Pages |
|---|---|---|---|---|
| 2934 | REM000014485-REM000014486 | 10/23/2002 | Ltr re Asphalt Paving Issues, Letter from Garcia Paving | 2 |
| 2935 | REM000013112 | 10/30/2002 | Ltr re Sherman Tree Parking Area | 1 |
| 2936 | 388060-388067 | 11/5/2002 | Ltr re Stipulation of Agreement and Settlement Recittals | 2 |
| 2937 | REM000014474-REM000014475 | 11/5/2002 | Ltr re Stipulation of Agreement and Settlement Recittals | 2 |
| 2938 | REM000014465-REM000014466 | 11/13/2002 | Ltr re Issuances of Damages Against REMCON for Flooding Impacts | 2 |
| 2939 | 388113-388114 | 11/20/2002 | Ltr re NPS's Claim that REMCON is Demanding Double Compensation | 2 |
| 2940 | 388147-388164 | 11/25/2002 | Ltr re Formal Request for Alternative Dispute Resolution | 17 |
| 2941 | REM000014449-REM000014456 | 11/25/2002 | Ltr re Formal Request for Alternative Dispute Resolution | 8 |
| 2942 | 388177-388193 | 11/27/2002 | Ltr re Stipulation of Agreement | 22 |
| 2943 | REM000014441 | 11/28/2002 | Ltr re Fraudulent Representation of Contract Pay Estimate No. 12 | 1 |
| 2944 | 388201 | 12/2/2002 | Ltr re Alternative Dispute Resolution | 1 |
| 2945 | 514333 | 12/2/2002 | Ltr re Alternative Dispute Resolution | 1 |
| 2946 | 514324 | 12/9/2002 | Email re Cancellation of SEKI-200R | 1 |
| 2947 | REM000014423 | 12/9/2002 | Ltr re Alternative Dispute Resolution | 1 |
| 2948 | JA00941 | 12/11/2002 | Email re Sequoia Park Project Work | 1 |
| 2949 | JA00957 | 12/11/2002 | Email re Remcon material to be sent to Cypress | 1 |
| 2950 | JA00954 | 12/11/2002 | Email re Status of help for me at Sequoia | 1 |
| 2951 | JA00947-JA00950 | 12/11/2002 | Email re 200Q field observations week of 7/15 | 4 |
| 2952 | JA00944 | 12/11/2002 | Email re employee payment | 1 |
| 2953 | REM000014422 | 12/11/2002 | Ltr re Unilateral Modification for Lower Sherman Tree Work and Differing Site Condition - Rock Excavation | 1 |
| 2954 | JA00942 | 12/12/2002 | Email re Strategy with TO # 22 | 1 |
| 2955 | 514334 | 12/13/2002 | Ltr re Alternative Dispute Resolution | 1 |
| 2956 | JA00935 | 12/16/2002 | Email re Sequoia - Items required for transition | 1 |
| 2957 | JA00933 | 12/17/2002 | Email re more Sequoia info | 1 |
| 2958 | REM000014419 | 12/27/2002 | Email re Bilateral Mod for Lower Sherman | 1 |
| 2959 | REM000014417 | 1/2/2003 | Email re Deletion of Lower Sherman Parking Area | 1 |
| 2960 | 001767 | 1/14/2003 | U.S. Dept. of Interior - Payments | 1 |
| 2961 | JA00902 | 1/14/2003 | Email re NPS Claims Consultant | 1 |
| 2962 | 508326-508329 | 1/23/2003 | Transmittal | 4 |
| 2963 | JA00885 | 2/14/2003 | Email re SEKI 200Q construction meeting minutes 2/6/03 and agenda 2/13/03 | 1 |