# PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | Bates No. | Date | Type/Description | No. of Pages |
|---|---|---|---|---|
| 2964 | REM000014408-REM000014409 | 3/4/2003 | Ltr re Contract Modification No. 6 | 2 |
| 2965 | REM000014407 | 3/6/2003 | Ltr re Contract Modification No. 7 | 1 |
| 2966 | 514420-514422 | undated | Ltr re Letter of March 12, 2003 from D. Michael Schoenfeld | 3 |
| 2967 | REM000014395 | 3/21/2003 | Ltr re Notice of Potential Claim, Contract Modification No. 7 | 1 |
| 2968 | 514392 | 3/25/2003 | Ltr re Audio taping of weekly meetings | 1 |
| 2969 | 0518727-0518729 | 3/25/2003 | Email re Progress Meeting Agenda/Minutes and Remcon's Concerns | 3 |
| 2970 | REM000014387-REM000014388 | 3/27/2003 | Fax re Request for Clarification Log | 2 |
| 2971 | 387718 | 3/31/2003 | Ltr re Audio taping of weekly meetings | 1 |
| 2972 | 514456-514458 | undated | Ltr re Your Letter of March 12, 2003 | 3 |
| 2973 | 387722-387723 | 4/1/2003 | Ltr re Remediation Constructors, Inc. | 2 |
| 2974 | REM000014384 | 4/1/2003 | Ltr re Audio Taping of Weekly Meetings and Meeting Agenda | 1 |
| 2975 | 514424-514427 | 4/2/2003 | Ltr re Pay Estimate No. 14 Quantity Corrections | 4 |
| 2976 | REM000014379-REM000014380 | 4/9/2003 | Ltr re Failure to Make Proper Progress Payments, Pay Estimate 14 | 2 |
| 2977 | 387788-387789 | 4/11/2003 | Ltr re Your Letter of April 1, 2003 | 2 |
| 2978 | 387795-387796 | 4/14/2003 | Ltr re Audio Taping of Weekly Meetings and Meeting Agenda | 2 |
| 2979 | REM000014374-REM000014377 | 4/15/2003 | Ltr re Response to April 4, 2003 Letter | 4 |
| 2980 | JA00815 | 4/18/2003 | Email re Progress Meeting Minutes and Agenda for Meeting April 22, 2003 | 1 |
| 2981 | 514484 | 4/21/2003 | Email re Sequoia documents | 1 |
| 2982 | JA00810 | 4/23/2003 | Email re Meeting 4/22/03 w/NPS in Sequoia | 1 |
| 2983 | 0519220-0519223 | 4/25/2003 | Email re Sequoia Remcon Situation | 3 |
| 2984 | 512296-512298 | 4/28/2003 | Email re rock excavation | 3 |
| 2985 | 0518892-0518893 | 5/3/2003 | Email re Responding to Radanovich Letter re: Remcon | 3 |
| 2986 | 387233-387-235 | 5/13/2003 | Ltr re Construction Inspector Appointment | 3 |
| 2987 | 387242-387248 | 5/22/2003 | Memorandum re: Update on Sequoia and Kings Canyon National Park Contractual Issues | 7 |
| 2988 | REM000010311-REM000010321 | 5/29/2003 | Job Cost Detail - By Line Item | 11 |

## PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | Bates No. | Date | Type/Description | No. of Pages |
|---|---|---|---|---|
| 2989 | 512527 | 5/30/2003 | Email re Remcon contacts | 1 |
| 2990 | REM000014369 | 6/7/2003 | Ltr re Mobilization Notification | 1 |
| 2991 | 387253 | 6/7/2003 | Ltr re Mobilization Notification | 1 |
| 2992 | 387256-387258 | 6/12/2003 | Fax Ltr re Your June 6, 2003 Letter Concerning Sequoia and Kings Canyon National Parks, California | 3 |
| 2993 | 006502-006505 | undated | Progress Meeting Agenda 06.24.2003 No. 70 | 4 |
| 2994 | REM000014366 | 6/28/2003 | Ltr re Mobilization Notification | 1 |
| 2995 | REM000014355-REM000014364 | 6/30/2003 | Ltr re Response to NPS' Pay Estimate 14 Quantity Corrections Letter | 10 |
| 2996 | 509809 | 7/9/2003 | Email re Outstanding RFIs | 1 |
| 2997 | 0518995 | 7/9/2003 | Email re Speed Letter Log 7-9-03 | 1 |
| 2998 | 51119-51120 | 7/9/2003 | Email re Roles and Responsibilities | 2 |
| 2999 | JA00698 | 7/14/2003 | Email re Roles and Responsibilities Matrix | 1 |
| 3000 | 007234-007243 | 7/16/2003 | Speed Letter Log | 10 |
| 3001 | 007230-007232 | 7/20/2003 | Request for Information | 3 |
| 3002 | 509826-509830 | 7/17/2003 | Email re SEKI 200Q Schedule Review | 5 |
| 3003 | 0519266-0519267 | 7/18/2003 | Email re Contract No. 1443C8000010903 | 2 |
| 3004 | 387423-387429 | 7/24/2003 | Ltr re Cure Notice | 6 |
| 3005 | 387430-387432 | 7/25/2003 | Ltr re Request for Total Cost Audit - Remcon, Inc. | 3 |
| 3006 | 387438-387440 | 7/29/2003 | Ltr re Mobilization and Lack of Accepted Schedule from Remcon, Inc. | 3 |
| 3007 | JA01759-JA01760 | 8/4/2003 | Handwritten Memo re NPS 22/44 | 2 |
| 3008 | JA00663-JA00668 | 8/6/2003 | Email re Hold on Services | 4 |
| 3009 | 387451-387459 | 8/13/2003 | Ltr re Notice of Termination for Default | 8 |
| 3010 | JA01742-JA01744 | 8/13/2003 | Email re Response: Deductive Mod - NPS TO 44 Sequoia/Kings Canyon | 3 |
| 3011 | DHM000000957 | 8/21/2003 | Ltr re Sage Associates, Inc. | 1 |
| 3012 | 510866-510869 | 8/25/2003 | Email re Letter to resolve some RFIs and field questions | 4 |
| 3013 | DHM000000958 | 8/27/2003 | Ltr re Takeover Agreement Response | 1 |
| 3014 | JA00660 | 8/27/2003 | Email re Release of Claim for TO 22 and Sapient Technology | 1 |
| 3015 | 512291 | 9/25/2003 | Email re info about constructability | 1 |
| 3016 | 023764-023766 | 10/18/2003 | Ltr re field review of visible site | 3 |

## PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | Bates No. | Date | Type/Description | No. of Pages |
|---|---|---|---|---|
| 3017 | DHM000000878-DHM000000879 | 2/1/2004 | Project Report | 2 |
| 3018 | DHM000000959 | 2/25/2004 | Agenda re SEKI 200Q and SEKI 200R | 1 |
| 3019 | 023127 | 2/1/2004 | Project Report | 1 |
| 3020 | REM000014341-REM000014345 | 7/23/2004 | Ltr re Certified Claim of Remediation Constructors | 5 |
| 3021 | JA01035-JA01041 | undated | Scope of Services (7/1/03, 2001 - 8/31/04) | 7 |
| 3022 | REM000010808 | undated | signed Project Charter | 1 |
| 3023 | 0519099 | undated | Handwritten Memo to Rod/Ray | 1 |
| 3024 | REM000010868-REM000010892 | undated | Sequoia Sherman Tree Parking Project Partnering Workshop Final Report | 25 |
| 3025 | REM000010241-REM000010259 | undated | Sherman Tree Parking Project Mediation Brief | 19 |
| 3026 | REM000010264 | undated | Handwritten Cost sheet | 1 |
| 3027 | MM000003903-MM000003905 | undated | Roadway Excavation and Embankment | 3 |
| 3028 | 021925 | undated | Copy of various business cards | 1 |
| 3029 | 016622 | undated | 200 Outyear: Project Priorities | 1 |
| 3030 | 020841-020847 | undated | Contract Price Schedule | 8 |
| 3031 | 389280 | 12/14/1999 | Drawing #102/41, 163 | 1 |
| 3032 | 390090-390099 | undated | Draft 30% Construction Documents Cost Estimate | 10 |
| 3033 | 005077 | undated | Handwritten page regarding Difficulties With Contractor or Representative (pg. 2) | 1 |
| 3034 | 514026 | undated | Ltr re Use of Off Road Truck | 1 |
| 3035 | DHM000001190 | 9/26/2003 | Map/Sheet documentation | 1 |
| 3036 | 020532-020531 | 9/9/1996 | Part of a letter w/attachments | 24 |
| 3037 | 016723-016737 | 1/12 - 16/1998 | Value Engineering Report Executive Summary | 2 |
| 3038 | 016688 | 3/24/1998 | The Problem | 1 |
| 3039 | 021468-021477 | 12/6/1999 | Project Agreement - Package 200-Q (w/signatures) | 10 |
| 3040 | DHM000001132-DHM000001142 | 9/23/1999 | Fax Memorandum re Proposal | 11 |
| 3041 | MM000001879-MM000001888 | undated | Draft 30% Construction Documents Cost Estimate | 10 |
| 3042 | MM000001860-MM000001864 | 2/9/2000 | Fax w/attachment re 200Q Cost Estimate | 5 |
| 3043 | MM000001879-MM000001888 | undated | Draft 30% Construction Documents Cost Estimate | 10 |
| 3044 | 023678-023682 | 1/28/2000 | Draft 30% Construction Documents Cost Estimate | 5 |
| 3045 | 023674-023677 | 1/28/2000 | Draft 30% Construction Documents Cost Estimate | 4 |
| 3046 | MM000000314-MM000000315 | 2/4/2000 | Ltr re Request for Proposal | 2 |

# PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | Bates No. | Date | Type/Description | No. of Pages |
|---|---|---|---|---|
| 3047 | 023022-023023 | 2/4/2000 | Ltr re Request for Proposal | 2 |
| 3048 | 021392-021396 | 2/9/2000 | Fax w/attachment re 200Q Cost Estimate | 5 |
| 3049 | 390071-390075 | 2/9/2000 | Fax w/attachment re 200Q Cost Estimate | 5 |
| 3050 | 023632-023642 | 2/28/2000 | Draft 30% Construction Documents Cost Estimate | 11 |
| 3051 | 023450-023453 | 2/28/2000 | Draft 30% Construction Documents Cost Estimate | 4 |
| 3052 | 021992-022001 | 3/25/2000 | Work Order Title | 10 |
| 3053 | 022054-022060 | 3/25/2000 | Ltr re Surveying Services Contract for the staking of Sherman Tree Parking Area | 7 |
| 3054 | DHM000001107-DHM000001116 | 3/25/2000 | Work Order Title | 10 |
| 3055 | 022042-022046 | 6/2/2000 | Fax w/letter re Proposal for staking preliminary parking lot design of the Sherman Tree parking area and access road at Sequoia Kings Canyon National Park | 5 |
| 3056 | 020922-020930 | 6/2/2000 | Draft 50% Construction Documents Cost Estimate | 9 |
| 3057 | 389573-389581 | 6/2/2000 | Draft 50% Construction Documents Cost Estimate | 9 |
| 3058 | 023623-023631 | 6/2/2000 | Draft 50% Construction Documents Cost Estimate | 9 |
| 3059 | 512292-512295 | undated | Memo re Project Schedule | 4 |
| 3060 | 021954-021963 | 6/22/2000 | Ltr re Revised Proposal for Geotechnical Investigation Services | 10 |
| 3061 | 022918 | 6/24/2000 | Project 200Q Quantities Summary | 1 |
| 3062 | 022915-022917 | 6/29/2000 | Email re SEKI Trip to DSC | 3 |
| 3063 | 389337-389340 | 7/5/2000 | Email re SEKI Meeting Minutes - 6/14 | 4 |
| 3064 | 023600-023603 | 7/12/2000 | Construction Documents Cost Estimate | 4 |
| 3065 | 023604-023607 | 7/12/2000 | Construction Documents Cost Estimate | 4 |
| 3066 | 389569-389572 | 7/12/2000 | Construction Documents Cost Estimate | 4 |
| 3067 | 389998 | 7/31/2000 | Email re Topo for Generals Highway | 1 |
| 3068 | DHM000001816-DHM000001834 | | Items to be completed or issues to be resolved for the 100% Construction Documents | 19 |
| 3069 | 023524-023523 | | Items to be completed or issues to be resolved for the 100% Construction Documents | 6 |
| 3070 | 023543-023548 | | Items to be completed or issues to be resolved for the 100% Construction Documents | 6 |
| 3071 | 389917 | 8/16/2000 | Ltr re SEKI 200Q 75 Percent Submittal | 1 |
| 3072 | 023446-023449 | 8/18/2000 | Class A Cost Estimate - 75% Review Submittal | 4 |
| 3073 | DHM000001859-DHM000001869 | 8/18/2000 | Class A Cost Estimate - 75% Review Submittal | 11 |
| 3074 | DHM000001881-DHM000001899 | 8/18/2000 | Class A Cost Estimate - 75% Review Submittal | 19 |

# PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | Bates No. | Date | Type/Description | No. of Pages |
|---|---|---|---|---|
| 3075 | DHM000001692-DHM000001711 | 11/21/2000 | Class A Cost Estimate - 100% Submittal | 20 |
| 3076 | 023566-023569 | 8/18/2000 | Class A Cost Estimate - 75% Review Submittal | 4 |
| 3077 | 023570-023591 | 8/18/2000 | Class A Cost Estimate - 75% Review Submittal | 18 |
| 3078 | 023592-023598 | 8/18/2000 | Class A Cost Estimate - 75% Review Submittal | 7 |
| 3079 | 389566-389568 | 8/18/2000 | Class A Cost Estimate - 75% Review Submittal | 3 |
| 3080 | 023619-023622 | 8/21/2000 | Class A Cost Estimate - 75% Review Submittal | 4 |
| 3081 | 389897-389898 | 9/7/2000 | Construction Schedule | 2 |
| 3082 | 390251-390252 | 9/7/2000 | Construction Schedule | 2 |
| 3083 | 389891 | 9/18/2000 | Email re Rocks | 1 |
| 3084 | 389884 | 9/21/2000 | Email re Sequoia 200Q | 1 |
| 3085 | 021025-021034 | 10/16/2000 | Class A Cost Estimate - 100% Submittal | 10 |
| 3086 | 020882-020893 | 10/17/2000 | Estimate of Probable Construction Cost | 12 |
| 3087 | 023510-023523 | 10/24/2000 | Memorandum re Project: SEKI 200Q | 14 |
| 3088 | 389542-389554 | 10/24/2000 | Email re SEKI Estimates | 14 |
| 3089 | 390236-390246 | 10/24/2000 | Class A Cost Estimate - 100% Submittal | 11 |
| 3090 | MM000002526-MM000002536 | 10/24/2000 | Class A Cost Estimate - 100% Submittal | 11 |
| 3091 | MM000001328-MM000001354 | 10/24/2000 | Class A Cost Estimate - 100% Submittal | 27 |
| 3092 | 022769 | 10/27/2000 | Email re Wuksachi dirt stockpile and other 200Q information | 1 |
| 3093 | MM000003921-MM000003923 | 11/1/2000 | Fax re Sequoia Specs | 3 |
| 3094 | 019682-019687 | 11/2/2000 | Class A Cost Estimate - 100% Submittal | 6 |
| 3095 | 390232-390235 | 11/2/2000 | Class A Cost Estimate - 100% Submittal | 4 |
| 3096 | 019689-019690 | 11/6/2000 | Director's Project Approval | 4 |
| 3097 | 023505-023509 | 11/7/2000 | Class A Cost Estimate - 100% Submittal | 5 |
| 3098 | 023489-023504 | 11/21/2000 | Class A Cost Estimate - 100% Submittal | 16 |
| 3099 | DHM000001643-DHM000001651 | 2/9/2001 | Class A Cost Estimate - 100% Submittal | 9 |
| 3100 | 023441-023445 | 2/9/2001 | Class A Cost Estimate - 100% Submittal | 5 |
| 3101 | 022167-022174 | 3/29/2001 | Abstract of Offers | 8 |
| 3102 | 021002-021005 | 3/29/2001 | Abstract of Offers | 4 |
| 3103 | 019794-019809 | 3/29/2001 | Abstract of Offers | 16 |
| 3104 | JA01287-JA01299 | 4/5/2001 | Ltr re Request for Price Proposal | 13 |

# PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | Bates No. | Date | Type/Description | No. of Pages |
|---|---|---|---|---|
| 3105 | 518465-518468 | 4/16/2001 | Ltr re Determination & Findings for Prospective Contractor Responsibility | 4 |
| 3106 | REM000009895-REM000009953 | 4/18/2001 | Bid Totals | 59 |
| 3107 | 512253 | 4/23/2001 | Email re Source selection materials | 1 |
| 3108 | 022047-022053 | undated | Scope of Services, Task Order No. 21 | 7 |
| 3109 | 021302-021307 | undated | Scope of Services, Task Order No. 21 | 6 |
| 3110 | 023358-023365 | undated | Scope of Services, Task Order No. 21 | 8 |
| 3111 | REM0000010800-REM000010803 | 6/11/2001 | Schedule of Values | 4 |
| 3112 | 022158-022162 | 6/11/2001 | Schedule of Values | 5 |
| 3113 | 019940-019945 | | Schedule of Values | 6 |
| 3114 | JA00427-JA00430 | 6/14/2001 | Handwritten note w/ltr attachment | 4 |
| 3115 | REM000009759-REM000009775 | 6/18/2001 | Memo re Pre-construction Conference Minutes | 17 |
| 3116 | JA00495 | 7/2/2001 | Email re Weekly Report for SEKI-200Q Project | 1 |
| 3117 | 510014 | 7/6/2001 | Email re 200Q & SCE | 1 |
| 3118 | 514062-514068 | 7/25/2001 | Email re Sequoia Trip Report | 7 |
| 3119 | 512261 | undated | Ltr re Temporary Access Road | 1 |
| 3120 | 514025 | undated | Ltr re Temporary Access Road | 1 |
| 3121 | MM000001283-MM000001299 | 8/9/2001 | Email re Class A estimate revised | 17 |
| 3122 | 389533-389541 | 8/9/2001 | Email re Class A estimate revised | 9 |
| 3123 | REM000010295-REM000010303 | 8/20/2001 | Change Order Request | 9 |
| 3124 | 514077 | 8/27/2001 | Email re SEKI-200Q Substitution of Key Personnel - Project Superintendant | 1 |
| 3125 | 514078 | 8/27/2001 | Email re SEKI-200Q schedule & inspection | 1 |
| 3126 | 514019-514020 | 8/29/2001 | Email re SEKI-200Q Substitution of Key Personnel - Project Superintendant | 2 |
| 3127 | 514079 | 9/4/2001 | Email re SEKI-200Q Substitution of Key Personnel - Project Superintendant | 1 |
| 3128 | 388574-388577 | 9/17/2001 | Email re Contract Overruns | 4 |

# PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | Bates No. | Date | Type/Description | No. of Pages |
|---|---|---|---|---|
| 3129 | 004829-004830 | 10/22/2001 | Daily Log of Construction | 2 |
| 3130 | 006475-006476 | 10/23/2001 | Weekly Meeting #22 | 2 |
| 3131 | 004858 | 10/30/2001 | Daily Log of Construction | 1 |
| 3132 | 006723-006725 | 10/01 - 11/01 | Remcon Table of Contents | 3 |
| 3133 | 509984 | 11/15/2001 | Email re SEKI-200Q excavation quantities | 1 |
| 3134 | REM000010179-REM000010233 | 12/7/2001 | Original Cost Estimate Item 37 - Cost Report | 16 |
| 3135 | 021082-021142 | 12/7/2001 | Bid Totals | 61 |
| 3136 | 514051 | 8/8/2001 | E-Mail re over-runs on 200Q | 1 |
| 3137 | MM000003704-MM000003727 | 10/4/1996 | Letter re Geotechnical Investigation | 24 |
| 3138 | 390871 | 10/4/1996 | Letter re Geotechnical Investigation | 24 |
| 3139 | MM000003728-MM000003771 | 1/13/2000 | Preliminary Site Characterization Report - Proposed Sherman Tree Parking Area - Sequoia National Park | 43 |
| 3140 | 016102 - 016105 | 1/28/2000 | Draft Copy for Review - 20% Construction Documents - Sherman Tree Parking Area (Map) | 4 |
| 3141 | 016237 - 016240 | 6/2/2000 | 50% Construction Documents - Sherman Tree Parking Area (Map) | 4 |
| 3142 | 016149 - 016155 | 7/13/2000 | 50% Construction Documents - Sherman Tree Parking Area (Map) | 7 |
| 3143 | 015756 - 015765 | 8/18/2000 | 75% Construction Documents - Sherman Tree Parking Area (Map) | 10 |
| 3144 | 389495 | 8/18/2000 | Class A Cost Estimate - 75% Review Submittal - Sherman Tree Parking and Restoration | 1 |
| 3145 | 389479 - 389490 | 12/13/2000 | Quantities and Cost Changes for SEKI | 12 |
| 3146 | 390765 - 390809 | 12/19/2000 | (Draft) Letter and report re Geotechnical Investigation Report - Retaining Wall and Leach Field | 45 |
| 3147 | MM000003662 - MM000003703 | 12/19/2000 | (Draft) Letter and report re Geotechnical Investigation Report - Retaining Wall and Leach Field | 42 |
| 3148 | MM000003504 - MM000003544 | 2/8/2001 | Geotechnical Investgation Report - Proposed Retaining Wall and Leach Field | 45 |
| 3149 | 388332 | 7/2/2001 | E-Mail re 200Q | 1 |
| 3150 | 388371 - -388372 | 7/11/2001 | Memorandum re Sherman Tree MS Project Schedule | 2 |
| 3151 | MM000002260 - MM00002264 | 8/10/2001 | E-Mail re Sequoia Leachfield | 5 |
| 3152 | 389462 - 389478 | 12/3/2001 | Memo re Volume of Trail from Lower Parking Lot to Sherman Tree Area (Project 200Q Quantities Summary) | 17 |
| 3153 | REM000014644 | 6/3/2002 | E-Mail re Sherman Tree Trail Design | 1 |

# PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | Bates No. | Date | Type/Description | No. of Pages |
|---|---|---|---|---|
| 3154 | 511634 - 511639 | undated (marked "received 6/14/02") | Handwritten Notes re Direct Costs | 6 |
| 3155 | REM000014410 | 2/26/2003 | Letter re Updated Trail Plans T3A - T10A, Second Request | 1 |
| 3156 | 512290 | 4/28/2003 | Forwarded e-mail (date of original e-mail: 11/15/01). Forwarded by Ray Todd to Mike Giller. Re SEKI-200Q excavation quantities | 1 |
| 3157 | DHM000000875 - DHM000000876 | 3/8/2004 | E-mail re Meeting of 3/8 @ 9:00 a.m. - Preparation for Discovery | 2 |
| 3158 | DHM000000874 | 3/17/2004 | Memorandum | 1 |
| 3159 | DHM000000864 | 9/20/2004 | Letter re Discovery Documents | 1 |
| 3160 | 354798 | 6/4/2002 | Photo of rock wall (no description provided) | |
| 3161 | 354797 | 6/4/2002 | Photo of 36+75, look north east | |
| 3162 | 354831 | 6/13/2002 | Photo of Stone Headwall @ 1+40 Access Road Intersection with Wolverton Road | |
| 3163 | 354849 | 6/19/2002 | Photo of log across swale | |
| 3164 | No Bates Number | 6/19/2002 | Photo of Access Road 25+ 00 looking south | |
| 3165 | 354844 | 6/19/2002 | Photo Look Southeast into parking area toward parking area station 18+ 00 | |
| 3166 | 354845 | 6/19/2002 | Photo of Access Road 29+ 00 look north | |
| 3167 | 354865 | 6/21/2002 | Photo of stockpile of material 47+ 00 | |
| 3168 | 354864 | 6/21/2002 | Photo Look South from 45+ 00 toward Comfort Station | |
| 3169 | 354863 | 6/21/2002 | Photo Look north from 48+ 00 into Access Road | |
| 3170 | 354862 | 6/21/2002 | Photo Drop inlet south of 45+ 00 | |
| 3171 | 354861 | unreadable | Photo excavation material from leach field | |
| 3172 | 354860 | unreadable | Photo Drop inlet south of 47+20 | |
| 3173 | 354859 | 6/21/2002 | Photo Look South into Leach Field (South end of Leach Field) | |
| 3174 | 354858 | 6/21/2002 | Photo Look West into NW corner of Leach Field | |
| 3175 | 354870 | 6/21/2002 | Photo 35+90 looking east | |
| 3176 | 354884 | 6/21/2002 | Photo Shuttle Road, 12+ 00, look south | |
| 3177 | 354896 | 6/26/2002 | Photo (dump truck dropping material) - no description provided | |
| 3178 | 354923 | 7/12/2002 | Photo Look East into Parking Area station 15+ 00 | |
| 3179 | 354964 | 7/24/2002 | Photo Upper Parking Area 13+ 00 Loading AB material | |
| 3180 | 365000 | 7/24/2002 | Photo Upper Parking Area Look East from 18+ 00 | |
| 3181 | 365044 | 8/27/2002 | Photo 41+ 00 sugarpine interfers [sic] with curbline | |
| 3182 | 365109 | 9/4/2002 | Photo Root interference 37+40 | |
| 3183 | 365110 | 9/4/2002 | Photo Root problem interference roadway 43+ 00 | |
| 3184 | 365173 | 9/24/2002 | Photo Wolverton Point | |
| 3185 | 365210 | 9/25/2002 | Photo Logs stored north __+ 00 - not suitable for Landscape Logs | |
| 3186 | 365212 | 9/25/2002 | Photo Logs stored north 46___ - not suitable for Landscape Logs | |
| 3187 | 365380 | 10/23/2002 | Photo Parking Lot 4_+50 sidewalk area - Rock Excavation not completed as of end of work 2002 | |

## PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | Bates No. | Date | Type/Description | No. of Pages |
|---|---|---|---|---|
| 3188 | 354848 | unreadable | Photo General Sherman Trail - TP10 -- Look upstream natural swale | |
| 3189 | 354866 | unreadable | Photo Stockpile material 45+ 00 | |
| 3190 | 354874 | unreadable | Photo 44+00 looking NE | |
| 3191 | 354927 | unreadable | Photo Look north toward boulders near 28 +30 | |
| 3192 | 354945 | unreadable | Photo Upper parking area 18+ 00 look east | |
| 3193 | 365041 | unreadable | Photo 16+ 00 boulder interference with parking area | |
| 3194 | 365045 | _____ 2002 | Photo 41+00 - sugarpine interferes with curbline | |
| 3195 | 365111 | unreadable | Photo Root problem interference roadway 43+ 30 | |
| 3196 | 365174 | unreadable | Photo Wolverton Point | |
| 3197 | 365177 | undated | Photo Access Road 28+ 00 | |
| 3198 | 365187 | 9/16/2002 | Photo 43+ 00 roadway excavation | |
| 3199 | 365188 | unreadable | Photo 43+ 00 tree root exposure and rock excavation | |
| 3200 | 365189 | unreadable | Photo 43+ 00 roadway excavation too close to tree | |
| 3201 | 365194 | unreadable | Photo 44+ 00 tree interference with curbline | |
| 3202 | 365331 | 10/14/2002 | Photo 37+50 tree island exposed and damaged roots | |
| 3203 | 365344 | unreadable | Photo 37+50 tree island and exposed roots | |
| 3204 | 365386 | unreadable | Photo Rock excavation to __________ | |
| 3205 | REM000014477 | undated | Binder Cover Sheet for U.S. Dept. of Interior - Correspondence to National Park Service Book 1 | 1 |
| 3206 | REM000014478-REM000014482 | undated | Spreadsheet of correspondence | 5 |
| 3207 | REM000014483 | 10/28/2002 | Ltr re Paving Wolverton Road | 1 |
| 3208 | REM000014484 | 10/25/2002 | Ltr re Staging in the Lower Sherman Tree Parking Lot | 1 |
| 3209 | REM000014485-REM000014486 | 10/23/2002 | Ltr re Asphalt Paving Issues; Letter from Garcia Paving | 2 |
| 3210 | REM000014487 | 10/21/2002 | Ltr re The relocation of D.I.'s and CMP at Station 29+67.79 | 1 |
| 3211 | REM000014491 | 10/20/2002 | Ltr re Reservation of Contractor's Rights | 1 |
| 3212 | REM000014488-REM000014490 | 10/20/2002 | Ltr re Impacts of Redesign of Access Road, Station 23+00 to Station 30+00 | 3 |
| 3213 | REM000014492 | 10/4/2002 | Copy of Ltr re Electrical system with handwritten notes from Jack Vance | 1 |
| 3214 | REM000014493 | 10/4/2002 | Ltr re Electrical system | 1 |
| 3215 | REM000014494 | 10/4/1992 | Ltr to Loren Mangrum w/ no re line | 1 |
| 3216 | REM000014495 | 10/4/1992 | Ltr re Edision work | 1 |
| 3217 | REM000014496 | 10/4/1992 | Ltr re Sewer line testing | 1 |
| 3218 | REM000014497-REM000014498 | 10/4/2002 | Ltr re Water Line Flushing and Pressure Testing | 2 |
| 3219 | REM000014499 | 10/3/2002 | Ltr re Dechlorinization | 1 |
| 3220 | REM000014500 | 10/1/2002 | Ltr re Road work on Wolverton | 1 |
| 3221 | REM000014501-REM000014502 | 10/1/2002 | Ltr re WSC Response to Letter of Rejection - Redwood Siding | 2 |

## PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | Bates No. | Date | Type/Description | No. of Pages |
|---|---|---|---|---|
| 3222 | REM000014503 | 9/30/2002 | Ltr re Letter of Rejection - Redwood Siding | 1 |
| 3223 | REM000014504-REM000014505 | 9/30/2002 | Ltr re Notice of Potential Claim - Landscape Logs | 2 |
| 3224 | REM000014506 | 9/28/2002 | Ltr re Weekend Work | 1 |
| 3225 | REM000014507 | 9/28/2002 | Ltr re Mechanical work on Saturday 8/3/02 | 1 |
| 3226 | REM000014508 | 9/26/2002 | Ltr re Letter of Retraction, Luke Triplett's Letter | 1 |
| 3227 | REM000014509 | 9/24/2002 | Ltr re Access Road | 1 |
| 3228 | REM000014510 | 9/24/2002 | Ltr re Upper Parking Lot | 1 |
| 3229 | REM000014511 | 9/24/2002 | Ltr re Upper Parking Lot | 1 |
| 3230 | REM000014512 | 9/23/2002 | Ltr re Notice to Edision to pull cable November 1, 2002 | 1 |
| 3231 | REM000014513 | 9/23/2002 | Ltr re Access Road slope cleanup and finishing fills | 1 |
| 3232 | REM000014514 | 9/23/2002 | Ltr re Sequoia and Kings Canyon National Park, Giant Forest, Sherman Tree Parking Area | 1 |
| 3233 | REM000014515-REM000014516 | 9/23/2002 | Ltr re Correction to Modification No. 5 | 2 |
| 3234 | REM000014517 | 9/17/2002 | Ltr re Clarification of Sherman Tree Trail Design | 1 |
| 3235 | REM000014518 | 9/17/2002 | Ltr re Suspect Electrical Conduit | 1 |
| 3236 | REM000014519-REM000014520 | 9/16/2002 | Ltr re Breach of the Covenant of Good Faith and Fair Dealing | 2 |
| 3237 | REM000014521 | 9/16/2002 | Ltr re Clarification of SCE Electrical Conduit Alignment | 1 |
| 3238 | REM000014522-REM000014523 | 9/16/2002 | Ltr re Impacts to Project Completion | 2 |
| 3239 | REM000014524 | 9/11/2002 | Ltr re Disposal of Landscape Logs | 1 |
| 3240 | REM000014525 | 9/11/2002 | Ltr re Waterline and Appurtenances | 1 |
| 3241 | REM000014526 | 9/11/2002 | Ltr re Letter of Rejection, Asphalt Debris | 1 |
| 3242 | REM000014527 | 9/10/2002 | Ltr re Edision Inspection for the entire Edision electrical run and boxes | 1 |
| 3243 | REM000014528 | 9/11/2002 | Task sheet for U.S. Access Road | 1 |
| 3244 | REM000014529 | 9/6/2002 | Ltr re Mechanical work on Saturday 9/7/02 | 1 |
| 3245 | REM000014530 | 9/6/2002 | Ltr re Mechanical work on Saturday 9/12/02 | 1 |
| 3246 | REM000014531 | 9/6/2002 | Conference call with Russell, Loren, Luke and Terry | 1 |
| 3247 | REM000014532 | 8/31/2002 | Ltr re Mechanical work on Saturday 8/3/02 | 1 |
| 3248 | REM000014533-REM000014535 | 8/27/2002 | List of Speed Letters from Jacobs Office | 3 |
| 3249 | REM000014536-REM000014537 | 8/26/2002 | Ltr re Acceptance of Mod 4 Amounts | 2 |

# PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | Bates No. | Date | Type/Description | No. of Pages |
|---|---|---|---|---|
| 3250 | REM000014538 | 9/23/2002 | Ltr re Sequoia and Kings Canyon National Park, Giant Forest, Sherman Tree Parking Area | 1 |
| 3251 | REM000014539 | 8/21/2002 | Ltr re Removal of Asphalt Debris from Access Road Slopes | 1 |
| 3252 | REM000014540-REM000014543 | 8/21/2002 | Ltr re Contract Modifications, WSC Change Orders | 4 |
| 3253 | REM000014544 | 8/21/2002 | Ltr re work of 8/18/02 - 8/20/02 | 1 |
| 3254 | REM000014545 | 8/21/2002 | Ltr re July Monthly Progress Payment | 1 |
| 3255 | REM000014546 | 8/21/2002 | Ltr re Concerns Over Lack of Survey Control on Trail | 1 |
| 3256 | REM000014547 | 8/21/2002 | Ltr re Status, Contract Change Order for Trail Modification | 1 |
| 3257 | REM000014548 | 8/20/2001 | Ltr re Rock Excavation, Differing Site Condition | 1 |
| 3258 | REM000014549 | 8/20/2002 | Ltr re Certification of Cost Estimate | 1 |
| 3259 | REM000014550 | 8/16/2002 | Ltr re Contract Mod. 4, Confirmation of Pricing | 1 |
| 3260 | REM000014551-REM000014555 | 8/14/2002 | Ltr re Request for Contract Mod, Changes to Trail Design | 5 |
| 3261 | REM000014556-REM000014557 | 8/11/2002 | Ltr re Owner Caused Project Delays, Issuance of Additional Contract Days | 2 |
| 3262 | REM000014558-REM000014559 | 8/10/2002 | Ltr re Ruination of a Business | 2 |
| 3263 | REM000014560-REM000014561 | 8/10/2002 | Ltr re Letter of Rejection, Notice of Potential Claim | 2 |
| 3264 | REM000014562 | 8/10/2002 | Ltr re Rejection of NPS Settlement Offer | 1 |
| 3265 | REM000014563 | 8/10/2002 | Ltr re Schedule for Interview by Ranger | 1 |
| 3266 | REM000014564 | 8/8/2002 | Ltr re Letter of Rejection, Gov'ts. Misinterpretation of Contract Specifications | 1 |
| 3267 | REM000014565 | 8/1/2002 | Ltr re Monthly Progress Billing, Month Ending July 2002 | 1 |
| 3268 | REM000014566 | 7/31/2002 | Ltr re Acceptance of Contract Modification 3 Language-Revised | 1 |
| 3269 | REM000014567 | 7/31/2002 | Ltr re Certification of Claim, Amount of Claim | 1 |
| 3270 | REM000014568-REM000014569 | 7/30/2002 | Ltr re Defective Plans and Specifications, Septic Tank | 2 |
| 3271 | REM000014570 | 7/30/2002 | Ltr re Notice of Potential Claim for Defective Plans and related Differing Site Conditions | 1 |
| 3272 | REM000014571-REM000014572 | 7/30/2002 | Ltr re Acceptance of Contract Modification 3 Language | 2 |
| 3273 | REM000014573 | 7/17/2002 | Email re Demand for Documents | 1 |

## PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | Bates No. | Date | Type/Description | No. of Pages |
|---|---|---|---|---|
| 3274 | REM000014574 | 7/11/2002 | Ltr re Confirmation of Direction by NPS for Roadway Alignment | 1 |
| 3275 | REM000014575 | 7/8/2002 | Ltr re Copies of Unanswered RFIs | 1 |
| 3276 | REM000014576-REM000014578 | 7/8/2002 | Ltr re California Drilling and Blasting, Legal Action | 3 |
| 3277 | REM000014579-REM000014580 | 7/8/2002 | Ltr re National Park Service's Settlement Offer of June 18, 2002 | 2 |
| 3278 | REM000014581-REM000014584 | 7/8/2002 | Ltr re Second Demand for Removal of Bob Russell Related Incident of July 3, 2002 | 4 |
| 3279 | REM000014585 | 7/8/2002 | Ltr re Copies of Unanswered RFIs | 1 |
| 3280 | REM000014586-REM000014589 | 7/5/2002 | Memo re Luke Triplett / Assistance Project Manager | 3 |
| 3281 | REM000014589 | 7/3/2002 | Ltr re Emergency On-Site Meeting | 1 |
| 3282 | REM000014590 | 7/3/2002 | Ltr re Demand for Removal of Bob Russell | 1 |
| 3283 | REM000014591 | 7/1/2002 | Email re Standby on Grading Operations | 1 |
| 3284 | REM000014592-REM000014593 | 6/28/2002 | Ltr re NPS's On-Site Representation | 2 |
| 3285 | REM000014594-REM000014595 | 6/28/2002 | Ltr re Notification of Delay - Grading Impacts | 2 |
| 3286 | REM000014596 | 6/28/2002 | Ltr re Certification of Differing Site Condition - Rock Excavation Claim | 1 |
| 3287 | REM000014597 | 6/28/2002 | Ltr re Contracting Officer's Directive - Raise Upper Sherman Parking Lot | 1 |
| 3288 | REM000014598-REM000014601 | 6/27/2002 | Ltr re Project Baseline Schedule & As-Build/As-Planned Schedules | 4 |
| 3289 | REM000014602 | 6/26/2002 | Ltr re Holiday Schedule | 1 |
| 3290 | REM000014603 | 6/24/2002 | Email re Status Submittals and RFIs | 1 |
| 3291 | REM000014604 | 6/24/2002 | Email re Status Submittals and RFIs | 1 |
| 3292 | REM000014605 | 6/24/2002 | Email re Governments Cost Estimate | 1 |
| 3293 | REM000014606 | 6/24/2002 | Email re CCO for Trail Work | 1 |
| 3294 | REM000014607 | 6/22/2002 | Email re Wayside Kiosk Slab | 1 |
| 3295 | REM000014608 | 6/22/2002 | Email re E-mail Responses | 1 |
| 3296 | REM000014609 | 6/22/2002 | Email re Contract Mod, Upper Parking Area | 1 |
| 3297 | REM000014610 | 6/21/2002 | Ltr re Submittals to Denver with no reply | 1 |
| 3298 | REM000014611 | 6/19/2002 | Ltr re Sequoia and Kings Canyon National Park, Giant Forest, Sherman Tree Parking Area | 1 |
| 3299 | REM000014612 | 6/19/2002 | Email re CCO Upper Sherman Parking | 1 |
| 3300 | REM000014613 | 6/19/2002 | Email re Sherman Tree Trail Redesign | 1 |
| 3301 | REM000014614 | 6/19/2002 | Email re Construction Schedule | 1 |
| 3302 | REM000014615 | 6/19/2002 | Email re CCO Upper Parking Area | 1 |
| 3303 | REM000014616 | 6/19/2002 | Ltr re Sequoia and Kings Canyon National Park, Giant Forest, Sherman Tree Parking Area | 1 |

## PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | Bates No. | Date | Type/Description | No. of Pages |
|---|---|---|---|---|
| 3304 | REM000014617-REM000014625 | 6/19/2002 | Ltr re Rock Excavation During the Installation of Utilities | 9 |
| 3305 | REM000014626 | 6/18/2002 | Email re CCO Upper Sherman Grading | 1 |
| 3306 | REM000014627 | 6/17/2002 | Email re RFI and Submittal Responses | 1 |
| 3307 | REM000014628 | 6/14/2002 | Ltr re Potable water - Location: RemCon yard | 1 |
| 3308 | REM000014629 | 6/14/2002 | Ltr re Upper Parking Proposal Estimate | 1 |
| 3309 | REM000014630 | 6/10/2002 | Email re Meeting Attendees | 1 |
| 3310 | REM000014631 | 6/6/2002 | Email re Pricing Submittal for Upper Parking Area | 1 |
| 3311 | REM000014632-REM000014637 | 6/5/2002 | Ltr re Contract Modification Price to Raise Parking Area | 6 |
| 3312 | REM000014638-REM000014640 | 6/5/2002 | Ltr re Construction of Highway Detour at Generals Highway | 3 |
| 3313 | REM000014641 | 6/4/2002 | Email re Project Schedule | 1 |
| 3314 | REM000014642 | 6/3/2002 | Email re Generals Highway Work | 1 |
| 3315 | REM000014643 | 6/3/2002 | Email re Rock Sample from Cut | 1 |
| 3316 | REM000014644 | 6/3/2002 | Email re Sherman Tree Trail Design | 1 |
| 3317 | REM000014645 | 6/3/2002 | Email re Resolution Meeting | 1 |
| 3318 | REM000014646 | 5/30/2002 | Ltr re Meeting Minutes | 1 |
| 3319 | REM000014647 | 5/29/2002 | Email re Sherman Tree Trail | 1 |
| 3320 | REM000014648 | 5/20/2002 | Email re Project Delay | 1 |
| 3321 | REM000014649 | 5/22/2002 | Email re Standby Costs | 1 |
| 3322 | REM000014650-REM000014651 | 5/20/2002 | Ltr re Project Standby and Delay | 2 |
| 3323 | REM000014652 | 4/29/2002 | Ltr re Responses to NPS Letter of April 24, 2002 | 1 |
| 3324 | REM000014653 | 4/17/2002 | Memo re Sherman Tree Trail Construction/Confirmation of Survey Data | 1 |
| 3325 | REM000014654-REM000014662 | 4/12/2002 | Ltr re General and Administrative Expenses | 9 |
| 3326 | REM000014663-REM000014666 | 4/3/2002 | Ltr re Responses to Equitable Adjustment Letter | 4 |
| 3327 | REM000014667 | 4/2/2002 | Email re Project Schedule | 1 |
| 3328 | REM000014668 | 1/8/2002 | Remcon Fax Coversheet re Survey | 1 |
| 3329 | REM000014669-REM000014674 | 12/19/2001 | Remcon Fax Coversheet re Sequoica Job w/attached signed spreadsheets | 6 |
| 3330 | REM0000014675 | 12/19/2001 | Jacobs Transmittal re Progress Payment No. 7 | 1 |
| 3331 | REM000014676 | 12/3/2001 | Remcon Transmittal re Project Schedule | 1 |
| 3332 | REM000014677 | 11/30/2001 | Remcon Transmittal re Invoices for stored materials | 1 |
| 3333 | REM000014678 | undated | Ltr re Project Schedule | 1 |
| 3334 | REM000014679-REM000014682 | 11/27/2001 | Remcon Fax Coversheet re October estimate w/attachments | 4 |
| 3335 | REM000014683 | 11/7/2001 | Transmittal - National Park Service re Drilling and Blasting | 1 |

## PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | Bates No. | Date | Type/Description | No. of Pages |
|---|---|---|---|---|
| 3336 | REM000014684-REM000014685 | 11/7/2001 | Transmittal - National Park Service re Revised schedule of values for item #73 | 2 |
| 3337 | REM000014686 | 11/1/2001 | Transmittal - National Park Service re Primary electrical schedule of values. Bid item #125 | 1 |
| 3338 | REM000014687-REM000014688 | 8/9/2001 | Jacobs Fax re Location of Leach Field | 2 |
| 3339 | REM000014689 | 10/26/2001 | Transmittal - National Park Service re Survey notes | 1 |
| 3340 | REM000014690 | undated | Ltr to Joanne Cody re information from Giuliani & Kull | 1 |
| 3341 | REM000014691 | 6/13/2001 | Email re Sherman Tree Construction Staking | 1 |
| 3342 | REM000014692 | 6/25/2001 | Email re Sherman Tree Construction Staking | 1 |
| 3343 | REM000014693 | 7/10/2001 | Email re seki 200q | 1 |
| 3344 | REM000014693 | 7/10/2001 | Email re seki 200q | 1 |
| 3345 | REM000014694 | undated | Contact information for Tod Bunker | 1 |
| 3346 | REM000014695 | 7/11/2001 | Email re .shx files for seki | 1 |
| 3347 | REM000014696 | 7/24/2001 | Email re Seki Parking | 1 |
| 3348 | REM000014697 | 7/25/2001 | Email re Sherman Tree Upper Pkg. | 1 |
| 3349 | REM000014698 | 7/27/2001 | Email re con't Trail | 1 |
| 3350 | REM000014699 | 7/27/2001 | Email re con't Trail | 1 |
| 3351 | REM000014700 | 7/27/2001 | Email re Sherman Tree Trail | 1 |
| 3352 | REM000014701 | 7/30/2001 | Email re Sherman Tree | 1 |
| 3353 | REM000014702 | 7/30/2001 | Email re Sherman Tree Trail | 1 |
| 3354 | REM000014703 | 7/30/2001 | Email re Sherman Tree Trail | 1 |
| 3355 | REM000014704 | 7/30/2001 | Email re Sherman Tree Trail | 1 |
| 3356 | REM000014705 | 7/31/2001 | Email re Sherman Tree | 1 |
| 3357 | REM000014706 | 7/30/2001 | Email re Sherman Tree | 1 |
| 3358 | REM000014707 | 7/31/2001 | Email re Sherman Tree | 1 |
| 3359 | REM000014708 | 7/31/2001 | Email re Sherman Tree Trail Grading Sheets | 1 |
| 3360 | REM000014709 | 7/31/2001 | Email re Sherman Tree Trail Grading Sheets | 1 |
| 3361 | REM000014710 | 7/31/2001 | Email re One TP Spot grade adjustment | 1 |
| 3362 | REM000014711 | 8/1/2001 | Email re Sherman Tree Parking | 1 |
| 3363 | REM000014712-REM000014714 | 7/31/2001 | Email re grade-sher.dwg attached | 3 |
| 3364 | REM000014715 | 8/1/2001 | Email re Sherman Tree Parking | 1 |
| 3365 | REM000014716-REM000014717 | 8/12/2001 | Email re Update Sequoia 200Q | 2 |
| 3366 | REM000014718 | 8/12/2001 | Email re AutoCAD Files 200Q Addendum | 1 |
| 3367 | REM000014719 | 8/13/2001 | Email re sewer | 1 |
| 3368 | REM000014720-REM000014721 | 8/27/2001 | Email re Latest 200Q Drawings | 2 |

# PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | Bates No. | Date | Type/Description | No. of Pages |
|---|---|---|---|---|
| 3369 | REM000014722 | 9/4/2001 | Email re Change in email address | 1 |
| 3370 | REM000014723-REM000014903 | 7/31/2001 | Coordinate Listings | 180 |
| 3371 | REM000014904 | 10/25/2001 | Ltr re Transmittal #84 & 85 | 1 |
| 3372 | REM000014905-REM000014906 | 10/22/2001 | Transmittal - National Park Service re Rock excavation, explosives used to date | 2 |
| 3373 | REM000014907-REM000014908 | 10/16/2001 | Transmittal - National Park Service re Pipe Deflection | 2 |
| 3374 | REM000014909 | 10/4/2001 | Ltr re Pipe Bedding | 1 |
| 3375 | REM000014910 | 10/2/2001 | Transmittal - National Park Service re Quality Control temporary help | 1 |
| 3376 | REM000014911 | 10/2/2001 | Ltr re items discussed in weekly meeting | 1 |
| 3377 | REM000014912 | 9/27/2001 | Ltr to Bob Russell | 1 |
| 3378 | REM000014913 | 9/17/2001 | Ltr re Infiltrator System in the Leach Field | 1 |
| 3379 | REM000014914 | 8/31/2001 | Ltr re Electrical Subcontract | 1 |
| 3380 | REM000014915-REM000014916 | 8/27/2001 | Jacobs Transmittal re Jeff Northrop references | 2 |
| 3381 | REM000014917 | 8/20/2001 | Transmittal - National Park Service | 1 |
| 3382 | REM000014918-REM000014920 | 8/19/2001 | Ltr re Substitution of Project Superintendent | 3 |
| 3383 | REM000014921-REM000014929 | 8/20/2001 | Ltr re Rock Excavation, Differing Site Condition | 8 |
| 3384 | REM000014929-REM000014933 | 8/8/2001 | Ltr to Bob Russell re drilling and blasting logs | 5 |
| 3385 | REM000014934 | 7/27/2001 | Remcon Memo re Debris Removal 15+00 | 1 |
| 3386 | REM000014935 | 7/13/2001 | Tentative Daily Work Agreement | 1 |
| 3387 | REM000014936 | 7/16/2001 | Tentative Daily Work Agreement | 1 |
| 3388 | REM000014937 | 7/17/2001 | Tentative Daily Work Agreement | 1 |
| 3389 | REM000014938 | 7/18/2001 | Tentative Daily Work Agreement | 1 |
| 3390 | REM000014939 | 7/19/2001 | Tentative Daily Work Agreement | 1 |
| 3391 | REM000014940 | 7/17/2001 | Handwritten Notes re Extra Work | 1 |
| 3392 | REM000014941 | 7/26/2001 | Fax Coversheet re Slope Adjustments | 1 |
| 3393 | REM000014942 | 7/9/2001 | Ltr re Pre-construction Conference Minutes | 1 |
| 3394 | REM000014943 | 7/2/2001 | Ltr re Progress Schedule | 1 |
| 3395 | REM000014336 | Undated | Binder cover sheet | 1 |

## PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | Bates No. | Date | Type/Description | No. of Pages |
|---|---|---|---|---|
| 3396 | REM000014337-REM000014345 | 7/23/2004 | Letter Re. Certified Claim of Remediation Constructors, Inc. | 7 |
| 3397 | REM000014346 | 9/23/2003 | Letter Re. Construction Site Access | 1 |
| 3398 | REM000014347 | 8/11/2003 | Letter Re. Notice to Cure, Response from Great America Insurance Company | 1 |
| 3399 | REM000014348 | 7/31/2003 | Letter Re. Notice to Cure, Request for Time Extension | 1 |
| 3400 | REM000014349-REM000014351 | 7/17/2003 | Letter Re. Contract Delay by the NPS | 2 |
| 3401 | REM000014350 | 7/17/2005 | Letter Re. Contractor's Schedule Review, Non-ConForemance by NPS | 1 |
| 3402 | REM000014352 | 7/9/2003 | Letter Re. Non-ConForemance Review of Contractor's Schedule, Second Notice | 1 |
| 3403 | REM000014353 | 7/3/2003 | Letter Re. Mobilization Concerns | 1 |
| 3404 | REM000014354 | 7/3/2003 | Letter Re. Non-ConForemance Review of Contractor's Schedule | 1 |
| 3405 | REM000014355-REM000014364 | 6/30/2003 | Letter Re. Response to NPS' Pay Estimate 14 Quantity Letter | 10 |
| 3406 | REM000014365 | 6/28/2003 | Letter Re. Site Deficiencies | 1 |
| 3407 | REM000014366 | 6/28/2003 | Letter Re. Mobilization Notification | 1 |
| 3408 | REM000014367-REM000014368 | 6/8/2003 | Letter Re. Project Schedule Review Comments | 2 |
| 3409 | REM000014369 | 6/7/2003 | Letter Re. Mobilization Notification | 1 |
| 3410 | REM000014370-REM000014371 | 4/16/2003 | Letter Re. Breif Background on REMCON | 2 |
| 3411 | REM000014372 | 10/20/1999 | Letter Re. Ciant Forest Village Demolition and Restoration Project | 1 |
| 3412 | REM000014373 | 2/3/1997 | Letter Re. Letter of Recommendation | 1 |
| 3413 | REM000014374-REM000014377 | 4/15/2003 | Letter Re. Response to April 4, 2003 Letter | 4 |
| 3414 | REM000014378 | 4/14/2003 | Letter Re. Weekly Meetings and Meeting Agenda | 1 |
| 3415 | REM000014379-REM000014380 | 4/9/2003 | Letter Re. Failure to Make Proper Progress Payments, Pay Estimate 14 | 2 |
| 3416 | REM000014381-REM000014382 | 4/2/2003 | Letter Re. Contract Requirements Response | 2 |
| 3417 | REM000014383 | 4/2/2003 | Letter Re. Notice of Potential Claim - Stairs, Clarification of Trail Plans | 1 |

# PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | Bates No. | Date | Type/Description | No. of Pages |
|---|---|---|---|---|
| 3418 | REM000014384 | 4/1/2003 | Letter Re. Audio Taping of Weekly Meetings and Meeting Agenda | 1 |
| 3419 | REM000014385-REM000014386 | 3/27/2003 | Fax Re. Submittal to Denver with no reply | 2 |
| 3420 | REM000014387-REM000014389 | 9/27/2003 | Fax/Request for Clarification Log | 3 |
| 3421 | REM000014390 | 3/27/2003 | Fax/Meeting Minutes | 1 |
| 3422 | REM000014391-REM000014392 | 3/28/2003 | Fax/W.S.C. List of O&M Needed for Sherman Tree Project | 2 |
| 3423 | REM000014393-REM000014394 | 3/25/2003 | Letter Re. Notice of Claim, Failure to Provide Aggregate Base | 2 |
| 3424 | REM000014395 | 3/21/2003 | Letter Re. Notice of Potential Claim, Contract Modification No. 7 | 1 |
| 3425 | REM000014396-REM000014397 | 3/17/2003 | Letter Re. Notice of Potential Claim, Failure to Provide Aggregate Base | 2 |
| 3426 | REM000014398 | 3/17/2003 | Letter Re. Project As-Built Drawings | 1 |
| 3427 | REM000014399 | 3/17/2003 | Letter Re. Weekly Meetings and Meeting Agenda | 1 |
| 3428 | REM000014400-REM000014401 | 3/12/2003 | Letter Re. Claim for Non-Payment by NPS for Dry-Laid Stone Wall | 2 |
| 3429 | REM000014402 | 3/11/2003 | Letter Re. Return of BCS Letters | 1 |
| 3430 | REM000014403-REM000014404 | 3/5/2003 | Letter Re. Notification of Intent to Make Final Payment | 2 |
| 3431 | REM000014405-REM000014406 | 3/10/2003 | Letter Re. Claim for Non-Payment by NPS for Aggregate Base and Asphalt Concrete | 2 |
| 3432 | REM000014407 | 3/6/2003 | Letter Re. Contract Modification No. 7 | 1 |
| 3433 | REM000014408-REM000014409 | 3/4/2003 | Letter Re. Contract Modification No. 6 | 2 |
| 3434 | REM000014410 | 2/26/2003 | Letter Re. Updated Trail Plans T3A - T10A, Second Request | 1 |
| 3435 | REM000014411 | 2/19/2003 | Letter Re. Project As-Built Drawings | 1 |
| 3436 | REM000014412 | 2/13/2003 | Letter Re. Failure to Properly Process Monthly Progress Payments | 1 |

# PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | Bates No. | Date | Type/Description | No. of Pages |
|---|---|---|---|---|
| 3437 | REM000014413 | 2/13/2003 | Letter Re. Payment for Partner Meeting, RH & Associates | 1 |
| 3438 | REM000014414 | 2/12/2003 | Letter Re. Project As-Built Drawings - Defective Plans | 1 |
| 3439 | REM000014415 | 1/28/2003 | Letter Re. Joint Check Request for KSM Materials on Hand | 1 |
| 3440 | REM000014416 | 1/9/2003 | Letter Re. Emergency Contact Numbers | 1 |
| 3441 | REM000014417 | 1/2/2003 | Email Re. Deletion of Lower Sherman Parking Area | 1 |
| 3442 | REM000014418 | 12/30/2002 | Email Re. SEKI 200Q - 1 | 1 |
| 3443 | REM000014419 | 12/27/2002 | Email Re. Bilateral Mod for Lower Sherman | 1 |
| 3444 | REM000014420 | 12/18/2002 | Letter Re. SWPP - Clarification of Agreement | 1 |
| 3445 | REM000014421 | 12/18/2002 | Letter Re. Rebuttal to NPS's Letter Concerning Prompt Payment | 1 |
| 3446 | REM000014422 | 12/11/2002 | Letter Re. Unilateral Modification for Lower Sherman Tree Work and Differing Site Conditions - Rock Excavation | 1 |
| 3447 | REM000014423 | 12/9/2002 | Letter Re. Alternative Dispute Resolution | 1 |
| 3448 | REM000014424-REM000014425 | 12/7/2002 | Letter Re. Notice of Claim, Failure to Follow Payment Terms of the Contract Specifications for Boulder Revetment | 2 |
| 3449 | REM000014426 | 12/7/2002 | Letter Re. Notice of Potential Claim | 1 |
| 3450 | REM000014427-REM000014428 | 12/7/2002 | Letter Re. Notice of Claim, Failure to Follow Payment Terms of the Contract Specifications for Concrete Drop Inlets Type A | 2 |
| 3451 | REM000014429-REM000014433 | 12/4/2002 | Letter Re. Failure to Make Proper Progress Payments to Contractor | 5 |
| 3452 | REM000014434-REM000014435 | 12/4/2002 | Letter Re. Notice of Claim, Failure to Follow Payment Terms of the Contract Specifications for Dry-Laid Stone Wall | 2 |
| 3453 | REM000014436-REM000014437 | 12/4/2002 | Summary Dry Stack Wall | 2 |
| 3454 | REM000014438-REM000014440 | 12/3/2002 | Letter Re. Notice of Claim, Failure to Follow Payment Terms of the Contract Specifications for Aggregate Base and Asphalt Concrete Pavement | 3 |
| 3455 | REM000014441 | 11/28/2002 | Letter Re. Fraudulent Representation of Contract Pay Estimate No. 12 | 1 |

## PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | Bates No. | Date | Type/Description | No. of Pages |
|---|---|---|---|---|
| 3456 | REM000014442 | 12/27/2002 | Letter Re. Request for Information, Jacobs Engineering Contract | 1 |
| 3457 | REM000014443-REM000014444 | 11/27/2002 | Letter Re. Formal Request for Alternative Dispute Resolution | 2 |
| 3458 | REM000014445 | 11/27/2002 | Letter Re. NPS Direction on General Sherman Tree Trail | 1 |
| 3459 | REM000014446 | 11/27/2002 | Letter Re. Request for Information, Russell Belknap Contract | 1 |
| 3460 | REM000014447 | 11/26/2002 | Letter Re. Erosion Damage on Sherman Tree Trail | 1 |
| 3461 | REM000014448 | 11/25/2002 | Letter Re. Thanksgiving Week Work Schedule | 1 |
| 3462 | REM000014449-REM000014456 | 11/25/2002 | Letter Re. Formal Request for Alternative Dispute Resolution | 8 |
| 3463 | REM000014457-REM000014458 | 11/25/2002 | Letter Re. Failure to Follow Prompt Paument Statute, Second Notice | 2 |
| 3464 | REM000014459-REM000014460 | 11/20/2002 | Letter Re. NPS Claim that REMCON is Demanding Double Compensation | 2 |
| 3465 | REM000014461-REM000014462 | 11/19/2002 | Letter Re. Failure to Issue Prompt Payment | 2 |
| 3466 | REM000014463-REM000014464 | 11/16/2002 | Letter Re. Notice of Potential Claim-Related to Owner Caused Delays | 2 |
| 3467 | REM000014465-REM000014466 | 11/13/2002 | Letter Re. Issuances of Damages Against REMCON for Flooding Impacts | 2 |
| 3468 | REM000014467 | 11/18/2002 | Letter Re. General Sherman Tree Trail | 1 |
| 3469 | REM000014468-REM000014470 | 11/10/2002 | Letter Re. Storm Water Pollution Prevention | 3 |
| 3470 | REM000014471 | 11/8/2002 | Letter Re. Trail Damage | 1 |
| 3471 | REM000014472 | 11/7/2002 | Email: Winter Suspension | 1 |
| 3472 | REM000014473 | 11/6/2002 | Letter Re. Comfort Station | 1 |
| 3473 | REM000014474 | 11/5/2002 | Letter Re. Stipulation of Agreement and Settlement Recitals | 2 |
| 3474 | REM000014476 | 11/4/2002 | Line C.M.P. Culverts | 1 |
| 3475 | REM000014944 | undated | BINDER COVER - Correspondence from National Park Service, Book 1 | 1 |
| 3476 | REM000014945 | 12/30/2002 | Letter re SWPP issues - Follow up to December 9, 2002 letter | 1 |
| 3477 | REM000014946 | 12/16/2002 | Letter re Alleged Fraudulent Representations to the General Accounting Office relative to Pay Estimate No. 12 | 1 |
| 3478 | REM000014947 | 12/13/2002 | Letter re Alternative Dispute Resolution | 1 |

## PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | Bates No. | Date | Type/Description | No. of Pages |
|---|---|---|---|---|
| 3479 | REM000014948 - REM000014949 | 12/9/2002 | Letter re SWPP Issues | 2 |
| 3480 | REM000014950 - REM000014965 | 12/11/2002 | Letter re Two Freedom of Information Act Requests, both dated November 27, 2002 | 16 |
| 3481 | REM000014966 | 12/13/2002 | Letter re Pending Modification Deleting the Lower Sherman Tree Work and Differing Site Condition | 1 |
| 3482 | REM000014867 | 12/12/2002 | Return receipt on e-mail re Unilateral Modifications from Rod Keiscome to Steve Christensen | |
| 3483 | REM000014968 | 12/9/2002 | Letter showing handwritten notes and a fax transmittal sticker from Mike Giller to Loren Mangrum re SWPP Issues | 2 |
| 3484 | REM000014970 | 12/9/2002 | Return receipt on e-mail re Notice of Claim from Rod Keiscome to Steve Christensen [sent 6:18 a.m.] | 1 |
| 3485 | REM000014971 | 12/9/2002 | Return receipt on e-mail re Notice of Claim from Rod Keiscome to Steve Christensen [sent 6:17 a.m.] | 1 |
| 3486 | REM000014972 | 12/9/2002 | Return receipt on e-mail re Notice of Claim from Rod Keiscome to Steve Christensen [sent 6:15 a.m.] | 1 |
| 3487 | REM000014973 | 12/9/2002 | Return receipt on e-mail re Notice of Claim from Rod Keiscome to Steve Christensen [sent 6:19 a.m.] | 1 |
| 3488 | REM000014974 | 12/9/2002 | Return receipt on e-mail re Notice of Claim from Rod Keiscome to Steve Christensen [sent 6:18 a.m.] | 1 |
| 3489 | REM000014975 - REM000014976 | 12/6/2002 | Letter re three letters from Remcon,Inc. related to Progress Payment No. 12, etc. | 2 |
| 3490 | REM000014977 | 12/2/2002 | Return receipt on e-mail re Misrepresentation of Pay Estimate from Rod Keiscome to Steve Christensen [sent 6:16 a.m.] | 1 |
| 3491 | REM000014978 | 12/2/2002 | Letter re Alternative Dispute Resolution | 1 |
| 3492 | REM000014979 | 11/27/2002 | Out of Office Reply e-mail from Rod Keiscome to Steve Christensen | 1 |
| 3493 | REM000014980 | 11/27/2002 | Return receipt on e-mail re Request for Documents from Rod Keiscome to Steve Christensen | 1 |
| 3494 | REM000014981 | 11/27/2002 | Return receipt on e-mail re Request for Documents from Rod Keiscome to Steve Christensen | 1 |
| 3495 | REM000014982 - REM000014999 | 11/27/2002 | Letter with attachments re Stipulation of Agreement | 18 |
| 3496 | REM000015000 | 11/25/2002 | Fax transmittal from Loren Mangrum to Luke Triplett re NPS seeding | 1 |
| 3497 | REM000015001 | 11/22/2002 | Fax transmittal from Loren Mangrum to Luke Triplett re Return Your Calls | 1 |
| 3498 | REM000015002 | 11/20/2002 | Return receipt on e-mail re Prompt Payment from Rod Keiscome to Steve Christensen | 1 |
| 3499 | REM000015003 | 11/20/2002 | Return receipt on e-mail re Alleged Demand for Double Payment from Rod Keiscome to Steve Christensen | 1 |
| 3500 | REM000015004 | 11/20/2002 | Letter re Storm Water Pollution Prevention | 1 |
| 3501 | REM000015005 - REM000015007 | 11/19/2002 | Letter re Pay Estimate Quality Corrections | 3 |