# PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | Bates No. | Date | Type/Description | No. of Pages |
|---|---|---|---|---|
| 3502 | REM000015008 | 11/18/2002 | "Speed Letter" from Loren Mangrum to Luke Triplett | 1 |
| 3503 | REM000015009 - REM000015010 | 11/18/2002 | Drawing of Sherman Tree Trail | 2 |
| 3504 | REM000015011 | 11/18/2002 | Drawing of Shuttle Bus Staging Area Restoration Plan | 1 |
| 3505 | REM000015012 | 11/18/2002 | Drawing of Temporary Access Road | 1 |
| 3506 | REM000015013 | 11/20/2002 | Letter re Storm Water Pollution Prevention | 1 |
| 3507 | REM000015014 | 11/8/2002 | Letter re Storm Water Pollution Prevention | 1 |
| 3508 | REM000015015 - REM000015016 | 10/31/2002 | Letter re Comfort Station Electrical Inspection | 2 |
| 3509 | REM000015017 | 10/18/2002 | Fax transmittal from Loren Mangrum to Luke Triplett re Wayside Kiosk | 1 |
| 3510 | REM000015018 | 10/15/2002 | Letter re Request for Price Proposal for Modification Work | 1 |
| 3511 | REM000015019 | 10/10/2002 | Fax transmittal re 10/12-14/02 work schedule | 1 |
| 3512 | REM000015020 | 10/3/2002 | Letter re Water System & Sewer System Testing | 1 |
| 3513 | REM000015021 | 10/3/2002 | Fax transmittal re Survey Monuments | 1 |
| 3514 | REM000015022 | 10/3/2002 | Transmittal page re Sherman Tree Parking Project | 1 |
| 3515 | REM000015023 | 10/1/2002 | Fax cover page. No subject or number of pages specified | 1 |
| 3516 | REM000015024 - REM000015032 | 6/26/2002 | Statement of Qualifications (Central Valley Testing, Inc.) | 9 |
| 3517 | REM000015033 | 9/27/2002 | Fax cover sheet re letter of approval for work on access road 9/28/02 | 1 |
| 3518 | REM000015034 | 9/27/2002 | Letter of approval for weekend work | 1 |
| 3519 | REM000015035 | 9/26/2002 | Letter re Landscape Logs Requirements | 1 |
| 3520 | REM000015036 | 9/25/2002 | Fax transmittal re Bear Management Meeting | 1 |
| 3521 | REM000015037 - REM000015052 | 9/24/2002 | Letter with attachments re Letter of Rejection, Upper Sherman Comfort Station Wood Siding | 16 |
| 3522 | REM000015053 | 9/20/2002 | Fax transmittal re Electric Power Connection | 1 |
| 3523 | REM000015054 | 9/20/2002 | Fax transmittal re Asphalt Rejection | 1 |
| 3524 | REM000015055 | 9/18/2002 | Letter re Asphalt Rejection | 1 |
| 3525 | REM000015056 | 9/17/2002 | E-mails between Loren Mangrum and Willie DeOcampo re AC along the road embankment | 1 |
| 3526 | REM000015057 | 9/11/2002 | Letter of Rejection, Asphalt Debris | 1 |
| 3527 | REM000015058 | 9/20/2002 | Fax transmittal re ACQ treatment for the boardwalk | 1 |
| 3528 | REM000015059 | 9/20/2002 | Fax transmittal re Electric Power Connection with handwritten notes dated 9/23/02 | 1 |
| 3529 | REM000015060 | 9/23/2002 | Fax transmittal note | 1 |
| 3530 | REM000015061 - REM000015062 | 9/19/2002 | Letter re Quality Assurance | 2 |
| 3531 | REM000015063 | 9/19/2002 | Fax transmittal re Color Samples | 1 |
| 3532 | REM000015064 | 9/18/2002 | Letter re ACQ Treatment for the Boardwalk | 1 |

# PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | Bates No. | Date | Type/Description | No. of Pages |
|---|---|---|---|---|
| 3533 | REM000015065 | 9/11/2002 | Letter Hem Fir decking | 1 |
| 3534 | REM000015066 | 9/20/2002 | Faxed Transmittal from National Park Service re Boardwalk Shop Drawings | 1 |
| 3535 | REM000015067 - REM000015072 | 9/19/2002 | Fax Telecommunication re MOD 5 | 6 |
| 3536 | REM000015073 - REM000015074 | 9/19/2002 | Letter re Quality Assurance | 2 |
| 3537 | REM000015075 - REM000015078 | 8/28/2002 | Fax cover and documents re AB Test | 4 |
| 3538 | REM000015079 | 6/11/2001 | Transmittal from National Park Service re Sherman Tree Parking Project | 1 |
| 3539 | REM000015080 - REM000015081 | 8/2/2000 | Aggregate and Soil Gradation | 2 |
| 3540 | REM000015082 - REM000015090 | 9/9/2002 | Fax cover page and attached Aggregate Evaluation Documents | 9 |
| 3541 | REM000015091 - REM000015093 | undated | Aggregate Bases documents | 3 |
| 3542 | REM000015094 | 9/18/2002 | Transmittal letter re Submittal 131A | 1 |
| 3543 | REM000015095 - REM000015096 | 9/18/2002 | Letter re ACQ Treatment for the Boardwalk | 2 |
| 3544 | REM000015097 | 9/11/2002 | Letter Hem Fir decking | 1 |
| 3545 | REM000015098 | 9/18/2002 | Letter re Asphalt Rejection | 1 |
| 3546 | REM000015099 | 9/17/2002 | E-mails between Loren Mangrum and Willie DeOcampo re AC along the road embankment | 1 |
| 3547 | REM000015100 | 9/11/2002 | Letter of Rejection, Asphalt Debris | 1 |
| 3548 | REM000015101 | 9/18/2002 | Letter re ACQ Treatment for the Boardwalk | 1 |
| 3549 | REM000015102 | 9/18/2002 | "Speed Letter" re Water System Pressure Test | 1 |
| 3550 | REM000015103 | 9/18/2002 | Letter re Waterline and Appurtenances | 1 |
| 3551 | REM000015104 | 9/17/2002 | E-mails between Loren Mangrum and Willie DeOcampo re AC along the road embankment | 1 |
| 3552 | REM000015105 | 9/11/2002 | Letter re Waterline and Appurtenances | 1 |
| 3553 | REM000015106 | 9/11/2002 | Letter re Modification 4 | 1 |
| 3554 | REM000015107 | 9/6/2002 | Letter re Landscape | 1 |
| 3555 | REM000015108 | 8/30/2002 | Letter re letter of rejection | 1 |
| 3556 | REM000015109 - REM000015110 | 8/30/2002 | Letter re Project Supervisor Appointment (Loren Mangrum) | 2 |
| 3557 | REM000015111 - REM000015112 | 8/30/2002 | Letter re Project Supervisor Appointment (Rodney Belknap, P.E.) | 2 |
| 3558 | REM000015113 | 8/29/2002 | Letter re layout clarification | 1 |

## PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | Bates No. | Date | Type/Description | No. of Pages |
|---|---|---|---|---|
| 3559 | REM000015114 | 8/26/2002 | Transmittal sending copy of August 23 newsletter re construction delays | 1 |
| 3560 | REM000015115 - REM000015116 | 8/26/2002 | Memo/letter re August 23 newsletter | 2 |
| 3561 | REM000015117 - REM000015118 | 8/20/2002 | Letter re suspect work - electrical conduit | 2 |
| 3562 | REM000015119 | 8/20/2002 | Letter re suspect work - waterline and appurtenances | 1 |
| 3563 | REM000015120 | 8/19/2002 | Memo/note from Loren Mangrum to Luke Triplett | 1 |
| 3564 | REM000015121 | 6/28/2002 | Transmittal re submittals received week of 6/17/02 | 1 |
| 3565 | REM000015122 | 8/2/2002 | Transmittal re Submittal No. 144 | 1 |
| 3566 | REM000015123 | 8/15/2002 | Transmittal re Submittal No. 144 | 1 |
| 3567 | REM000015124 | 8/19/2002 | Transmittal re Submittal No. 144A | 1 |
| 3568 | REM000015125 | 8/19/2002 | Letter re Comfort Station Siding | 1 |
| 3569 | REM000015126 | 8/16/2002 | Letter re Meeting at Ash Mountain | 1 |
| 3570 | REM000015127 | 8/14/2002 | Transmittal re SCE Field Inspection Report | 1 |
| 3571 | REM000015128 | 8/12/2002 | Memo/letter re Status of Upper Sherman Tree Road | 1 |
| 3572 | REM000015129 | 8/12/2002 | Note re Upper Sherman Tree Road | 1 |
| 3573 | REM000015130 | 8/13/2002 | Transmittal re SCE Drawings | 1 |
| 3574 | REM000015131 - REM000015132 | 8/9/2002 | Letter re letter of rejection | 2 |
| 3575 | REM000015133 | 8/7/2002 | Letter of Rejection | 1 |
| 3576 | REM000015134 | undated | "Section E - Inspection and Acceptance" | 1 |
| 3577 | REM000015135 - REM000015138 | undated | "Section 02310 - Site Excavation and Grading" | 4 |
| 3578 | REM000015139 - REM000015140 | undated | "Section 02316 - Roadway Excavation and Embankment" | 2 |
| 3579 | REM000015141 | 8/2/2002 | Letter re Pay Estimate #9 | 1 |
| 3580 | REM000015142 | 8/30/2002 | E-mail from Willie DeOcampo to Steve Christensen re MOD #3 | 1 |
| 3581 | REM000015143 - REM000015144 | 8/1/2002 | Letter re SCE Drawings | 2 |
| 3582 | REM000015145 - REM000015146 | 7/30/2002 | Transmittal re RFP Comfort Station sealant | 2 |
| 3583 | REM000015147 | 7/24/2002 | Letter re Request for Price Proposal for Modification Work | 1 |
| 3584 | REM000015148 - REM000015152 | 7/23/2002 | Transmittal cover sheet and report on Water System-Flushing, Testing and Disinfection Procedures | 5 |
| 3585 | REM000015153 | 7/17/2002 | Letter re Certification of Differing Site Condition - Rock Excavation Claim | 1 |
| 3586 | REM000015154 | 7/17/2002 | Letter re California Drilling and Blasting, Legal Action | 1 |
| 3587 | REM000015155 | 71/7/02 | Letter re National Park Service's Settlement Offer of 6/18/02 | 1 |
| 3588 | REM000015156 | 7/17/2002 | Letter re Two letters - NPS's On-Site Representation and Notification of Delay - Grading Impacts | 1 |

# PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | Bates No. | Date | Type/Description | No. of Pages |
|---|---|---|---|---|
| 3589 | REM000015162 | 7/16/2002 | Letter re Contracting Officer's Directive - Raise Upper Sherman Parking Lot | 1 |
| 3590 | REM000015158 | 7/16/2002 | Letter re Demand for Removal of Bob Russell | 1 |
| 3591 | REM000015159 | 7/16/2002 | Letter re Emergency On-Site Meeting | 1 |
| 3592 | REM000015157 | 7/16/2002 | Letter re Contracting Officer's Directive - Raise Upper Sherman Parking Lot | 1 |
| 3593 | REM000015171 | 6/27/2002 | Letter re Contracting Officer's Directive - Raise Upper Sherman Parking Lot | 1 |
| 3594 | REM000015160 | 7/16/2002 | Letter re Emergency On-Site Meeting | 1 |
| 3595 | REM000015161 | 7/16/2002 | Letter re Demand for Removal of Bob Russell | 1 |
| 3596 | REM000015163 - REM000015166 | 7/15/2002 | Letter to Bob Reinhardt | 4 |
| 3597 | REM000015167 - REM000015168 | 7/9/2002 | Letter to Remcon re Invoice No. 8 | 2 |
| 3598 | REM000015169 - REM000015170 | 6/28/2002 | Letter re Notification of Delay - Grading Impacts | 2 |
| 3599 | REM000015172 - REM000015175 | 6/27/2002 | Letter re Projected Baseline Schedule and As-Build/As-Planned Schedules | 5 |
| 3600 | REM000015176 | 6/27/2002 | Fax Telecommunication re C.O. Directive | 1 |
| 3601 | REM000015177 | 6/25/2002 | E-mail from Willie DeOcampo to Steve Christensen re Wayside Kiosk Slab | 1 |
| 3602 | REM000015178 | 6/24/2002 | E-mail from Willie DeOcampo to Steve Christensen re Governments Cost Estimate | 1 |
| 3603 | REM000015179 | 6/24/2002 | E-mail from Willie DeOcampo to Steve Christensen re Status Submittals and RFIs | 1 |
| 3604 | REM000015180 | 6/24/2002 | E-mail from Willie DeOcampo to Steve Christensen re E-Mail Responses | 1 |
| 3605 | REM000015181 | 6/24/2002 | Return receipt for e-mail regarding CCO Upper Parking Area | 1 |
| 3606 | REM000015182 | 6/19/2002 | Transmittal re submittals received week of 6/17/02 | 1 |
| 3607 | REM000015183 | 6/19/2002 | E-mail from Rod Keiscome to Steve Christensen re CCO Upper Parking Area | 1 |
| 3608 | REM000015184 | 6/19/2002 | E-mail from Willie DeOcampo to Steve Christensen re Construction Schedule | 1 |
| 3609 | REM000015185 - REM000015188 | 6/18/2002 | Fax with attachments re Gov't Position relative to Mediation Brief | 4 |
| 3610 | REM000015189 | 6/17/2002 | E-mail from Willie DeOcampo to Steve Christensen re RFI and Submittal Responses | 1 |
| 3611 | REM000015190 | 6/13/2002 | E-mail from Willie DeOcampo to Steve Christensen re Construction Schedule | 1 |
| 3612 | REM000015191 | 6/13/2002 | E-mail from Willie DeOcampo to Steve Christensen re Pricing Submittal for Upper Parking Area | 1 |
| 3613 | REM000015192 | 6/13/2002 | E-mail from Willie DeOcampo to Steve Christensen re Meeting Attendees | 1 |
| 3614 | REM000015193 | 6/10/2002 | E-mail from Willie DeOcampo to Steve Christensen re Meeting Attendees | 1 |
| 3615 | REM000015194 | 6/6/2002 | E-mail from Willie DeOcampo to Steve Christensen re Pricing Submittal for Upper Parking Area | 1 |
| 3616 | REM000015195 | 6/6/2002 | E-mail from Willie DeOcampo to Steve Christensen re Project Schedule | 1 |
| 3617 | REM000015196 | 6/3/2002 | Letter re California Drilling and Blasting v. Remcon | 1 |
| 3618 | REM000015197 | 6/3/2002 | E-mail from Willie DeOcampo to Steve Christensen re Sherman Tree Trail Design | 1 |

# PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | Bates No. | Date | Type/Description | No. of Pages |
|---|---|---|---|---|
| 3619 | REM000015198 | 6/3/2002 | E-mail from Willie DeOcampo to Steve Christensen re Sample from Cut | 1 |
| 3620 | REM000015199 | 5/30/2002 | E-mail from Willie DeOcampo to Steve Christensen re California Drilling and Blasting | 1 |
| 3621 | REM000015200 - REM000015201 | 5/29/2002 | Letter re Remcon Letter dated 5/20/02 | 2 |
| 3622 | REM000015202 | 5/22/2002 | E-mail from Willie DeOcampo to Steve Christensen re Project Delay | 1 |
| 3623 | REM000015203 | 5/29/2002 | E-mail from Willie DeOcampo to Steve Christensen re Sherman Tree Trail | 1 |
| 3624 | REM000015204 | 5/29/2002 | Out of Office Reply e-mail from Rod Keiscome to Steve Christensen | 1 |
| 3625 | REM000015205 - REM000015206 | 5/24/2002 | E-mail from Rod Keiscome to Steve Christensen re Negotiation Meeting | 2 |
| 3626 | REM000015207 - REM000015208 | 5/24/2002 | E-mail from Rod Keiscome to Steve Christensen re Standby Costs | 2 |
| 3627 | REM000015209 | 5/24/2002 | Letter re Request for Price Proposal | 1 |
| 3628 | REM000015210 | 5/24/2002 | E-mail from Rod Keiscome to Steve Christensen re Standby Costs | 1 |
| 3629 | REM000015211 - REM000015212 | 5/22/2002 | E-mail from Willie DeOcampo to Steve Christensen re Project Delay | 2 |
| 3630 | REM000015213 - REM000015216 | 4/24/2002 | Letter re Response to Request for Equitable Adjustment Letter | 4 |
| 3631 | REM000015217 | 4/23/2002 | E-mail from Willie DeOcampo to Steve Christensen re Partnering | 1 |
| 3632 | REM000015218 - REM000015219 | 3/28/2002 | Letter re Response to Remcon's Request for Equitable Adjustment | 2 |
| 3633 | REM000015220 - REM000015223 | 3/6/2002 | Letter re Critical Submittals | 4 |
| 3634 | REM000015224 - REM000015228 | 3/4/2002 | Letter re Project Schedule Review Comments | 5 |
| 3635 | REM000015229 | 6/11/2001 | Transmittal from National Park Service re Sherman Tree Parking Project | 1 |
| 3636 | REM000015230 - REM000015231 | 1/29/2002 | Letter re February 2002 Meeting | 2 |
| 3637 | REM000015232 | 1/29/2002 | Fax page re February 2002 Meeting | 1 |
| 3638 | REM000015233 | 1/17/2002 | Memo re RV Parking at Lower Sherman Tree | 1 |
| 3639 | REM000015234 | 1/14/2002 | Fax transmittal re Deleting Bid Item No. 128 from Contract | 1 |
| 3640 | REM000015235 | 1/11/2002 | Fax transmittal re Comments on G&K cost for restaking 500 LF of Access Road | 1 |
| 3641 | REM000015236 - REM000015237 | 1/10/2002 | Fax transmittal re Estimated Cost for the Access Road realignment | 2 |
| 3642 | REM000015238 - REM000015239 | 1/11/2002 | Fax with confirmation page re extra work surveying | 2 |
| 3643 | REM000015240 | 1/8/2002 | Fax cover re survey | 1 |
| 3644 | REM000015241 - REM000015242 | 1/4/2002 | Report from Surveyor re Sherman Tree Extra Work | 2 |
| 3645 | REM000015243 | 1/7/2002 | Fax page re MOD No. 3 cost proposals | 1 |

# PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | Bates No. | Date | Type/Description | No. of Pages |
|---|---|---|---|---|
| 3646 | REM000015244 - REM000015252 | 1/3/2002 | Fax re estimated costs | 9 |
| 3647 | REM000015253 - REM000015254 | 1/22/2002 | Letter re Miller Act Response | 2 |
| 3648 | REM000015255 - REM000015258 | 1/2/2002 | Transmittal re Work Items to be addressed next year | 4 |
| 3649 | REM000015259 - REM000015260 | 1/9/2002 | Fax and attachment re additional construction items | 2 |
| 3650 | REM000015261 | 12/26/2001 | Fax re estimated cost for restaking 500 LF of Access Road | 1 |
| 3651 | REM000015262 - REM000015263 | 12/26/2001 | Fax re cost estimate for restaking 500 LF of Access Road Centerline | 1 |
| 3652 | REM000015264 - REM000015282 | 11/27/2001 | Transmittal with attachments re SEKI 200 Q MOD No. 2 | 19 |
| 3653 | REM000015283 | 11/27/2001 | Transmittal re Progress Payment No. 7 | 1 |
| 3654 | REM000015284 - REM000015294 | 10/23/2001 | Contract Modification Meeting Agenda | 11 |
| 3655 | REM000015295 | 10/31/2001 | Fax transmission re RFI No. 33 - Slurry | 1 |
| 3656 | REM000015296 - REM000015306 | 10/30/2001 | Fax with attached draft of MOD No. 2 | 11 |
| 3657 | REM000015307 | 10/18/2001 | Fax re Aggregate Base @ Kiosk | 1 |
| 3658 | REM000015308 | 10/18/2001 | Fax re 200Q Meeting next week | 1 |
| 3659 | REM000015309 - REM000015320 | 10/16/2001 | Transmittal re Submittal Tracking Form (Log) | 12 |
| 3660 | REM000015321 - REM000015324 | 10/4/2001 | Note with attachments re Angular and Subangular rock quantities | 4 |
| 3661 | REM000015325 - REM000015326 | 10/2/2001 | Transmittal No. 69 - Onsite Rock Crushing Response | 2 |
| 3662 | REM000015327 - REM000015328 | 9/27/2001 | Letter re Proposed Rock Crushing Plan | 2 |
| 3663 | REM000015329 | 9/27/2001 | Fax re Final Agreed Cost for 240 LF of 4" sewer force main | 1 |
| 3664 | REM000015330 | 9/25/2001 | Invoice from Ferguson Enterprises, Inc. | 1 |
| 3665 | REM000015331 | 9/25/2001 | Handwritten cost sheet | 1 |
| 3666 | REM000015332 - REM000015337 | 9/21/2001 | Fax re Remcon-Con Cost Proposal for sewer force main | 6 |
| 3667 | REM000015338 - REM000015339 | 9/21/2001 | Letter re Substitution of Project Superintendent | 2 |
| 3668 | REM000015340 | 9/19/2001 | Letter re Equipment Rates | 1 |
| 3669 | REM000015341 - REM000015342 | 9/14/2001 | Letter with attached map of prescribed fire schedule | 2 |

# PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | Bates No. | Date | Type/Description | No. of Pages |
|---|---|---|---|---|
| 3670 | REM000015343 | 9/5/2001 | Fax re Copy of Schedule of Values | 1 |
| 3671 | REM000015344 | 9/1/2001 | Faxed letter from Water Board re permits | 1 |
| 3672 | REM000015345 - REM000015346 | 9/6/2001 | Letter re Change Order Request #3 | 2 |
| 3673 | REM000015347 - REM000015348 | 8/21/2001 | Letter re Request for Price Proposal, Access Road Site Electrical Changes | 2 |
| 3674 | REM000015349 - REM000015350 | 8/21/2001 | Letter re Request for Price Proposal, Access Road Site Electrical Changes | 2 |
| 3675 | REM000015351 - REM000015352 | undated | Maps | 2 |
| 3676 | REM000015353 | 8/16/2001 | Letter re Response to 7/31/01 memo re Monthly Billing for Water Usage | 1 |
| 3677 | REM000015354 | 8/16/2001 | Memo | 1 |
| 3678 | REM000015355 | 8/14/2001 | Transmittal re Clarification for Stone Trench Addendum Sheets | 1 |
| 3679 | REM000015356 | 8/8/2001 | Letter enclosing copies of drill logs | 1 |
| 3680 | REM000015357 | 8/10/2001 | Transmittal re Clarification for Stone Trench Addendum Sheets | 1 |
| 3681 | REM000015358 - REM000015364 | 8/9/2001 | Fax with attachments re Trail Points and Coordinates | 7 |
| 3682 | REM000015365 | 8/9/2001 | Transmittal letter re SCE drawings | 1 |
| 3683 | REM000015366 - REM000015372 | 8/9/2001 | Transmittal re Submittal Drawing List | 7 |
| 3684 | REM000015373 | 8/7/2001 | Letter re Temporary Access Road | 1 |
| 3685 | REM000015374 - REM000015378 | 8/2/2001 | Transmittal with photos and proposal | 6 |
| 3686 | REM000015379 | 8/1/2001 | Letter re SCE Drawings | 1 |
| 3687 | REM000015380 | 8/1/2001 | Letter re Telecom on 7/31/01 concerning Pay Item 26 | 1 |
| 3688 | REM000015381 | undated | Faxed note re Blasting Plan | 1 |
| 3689 | REM000015382 - REM000015383 | 7/18/2001 | Fax cover page re Blasting Submittal | 2 |
| 3690 | REM000015384 | 7/11/2001 | "Speed Letter" | 1 |
| 3691 | REM000015385 | 7/10/2001 | Transmittal review comments | 1 |
| 3692 | REM000015386 | undated | Faxed note re Blasting Plan | 1 |
| 3693 | REM000015387 | 7/3/2001 | Letter re 2-1/2" AC overlay | 1 |
| 3694 | REM000015388 - REM000015389 | 7/2/2001 | Letter re Use of Treated Effluent on SEKI 200Q PROJECT | 2 |
| 3695 | REM000015390 - REM000015391 | 6/22/2001 | Letter re Use of Treated Effluent on SEKI 200Q PROJECT | 2 |

## PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | Bates No. | Date | Type/Description | No. of Pages |
|---|---|---|---|---|
| 3696 | REM000015392 - REM000015396 | 6/20/2001 | Construction Modification No. 1 | 5 |
| 3697 | REM000015397 | 6/21/2001 | E-Mail re Genl Hwy Retaining Wall | 1 |
| 3698 | REM000015398 | 6/25/2001 | E-Mail re Shipping Address | 1 |
| 3699 | REM000015399 - REM000015406 | 6/18/2001 | Faxed memo with attachment re SWPP Monitoring Requirements | 8 |
| 3700 | REM000015407 - REM000015408 | 5/16/2001 | Letter re Pre-Construction Conference | 2 |
| 3701 | REM000015410 - REM000015411 | 12/2/2003 | Letter: Anne L. Richards to Stephen B. Christensen | 2 |
| 3702 | REM000015412 - REM000015413 | 10/2/2003 | Letter: Transmittal of Survey | 2 |
| 3703 | REM000015414 - REM000015418 | 9/18/2003 | Letter: Freedom of Information Act Request, dated August 14, 2003 | 5 |
| 3704 | REM000015419 | 9/18/2003 | Letter: Construction Site Access | 1 |
| 3705 | REM000015420 - REM000015421 | 8/18/2003 | Letter: Miller Act Response | 2 |
| 3706 | REM000015422 - REM000015423 | 8/13/2003 | Letter: Notice of Termination for Default | 2 |
| 3707 | REM000015424 - REM000015425 | 8/4/2003 | Letter: Cure Notice Extension | 2 |
| 3708 | REM000015426 - REM000015427 | 7/29/2003 | Letter: Mobilization and Lack of Accepted Schedule from Remcon, Inc. | 2 |
| 3709 | REM000015428 - REM000015430 | 7/24/1930 | Letter: Cure Notice | 3 |
| 3710 | REM000015431 - REM000015432 | 7/25/2003 | Letter: Certified Claim of Remcon, Inc. Arising from Work Performed to Date and pending Office of Inspector General Audit | 2 |
| 3711 | REM000015433 - REM000015443 | 7/18/2003 | Letter: Contracting Officer's Final Decision, Differing Site Conditions - Rock Blasting, Excavation, Grading, and Storm Water Pollution Prevention (SWPP) | 11 |
| 3712 | REM000015444 - REM000015445 | 7/8/2003 | Letter: Remcon Letters dated July 3, 2003, Subjects: Non-ConForemance Review of Contractor's Schedule and Mobilization Concerns | 2 |
| 3713 | REM000015446 - REM000015449 | 7/3/2003 | Letter: Contracting Officer's Final Decision - Aggregate Base Course | 4 |

## PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | Bates No. | Date | Type/Description | No. of Pages |
|---|---|---|---|---|
| 3714 | REM000015450 - REM000015452 | 12/3/2002 | Letter: Notice of Claim, Failure to Follow Payment Terms of the Contract Specifications for Aggregate Base and Asphalt Concrete Pavement | 3 |
| 3715 | REM000015453 - REM000015454 | 3/10/2003 | Claim for Non-Payment by NPS for Aggregate Base and Asphalt Concrete | 2 |
| 3716 | REM000015455 - REM000015462 | 7/3/2003 | Letter: Contracting Officer's Final Decision - Dry Laid Stone Wall | 8 |
| 3717 | REM000015463 - REM000015464 | 12/4/2002 | Letter: Notice of Claim, Failure to Follow Payment Terms of the Contract Specifications for Dry Laid Stone Wall | 2 |
| 3718 | REM000015465 - REM000015466 | 3/17/2003 | Letter: Claim for Non-Payment by NPS for Dry-Laid Stone Wall | 2 |
| 3719 | REM000015467 | 7/3/2003 | Letter: Mobilization Concerns | 1 |
| 3720 | REM000015468 - REM000015471 | 7/2/2003 | Letter: Response to June 8, 2003 letter | 4 |
| 3721 | REM000015472 - REM000015473 | 6/27/2002 | Letter: Project Baseline Schedule & As-Build/As-Planned Schedules | 2 |
| 3722 | REM000015474 - REM000015475 | 1/2/2002 | SEKI 200Q Resource Guide for Updated Schedule 1/2/02 | 2 |
| 3723 | REM000015476 - REM000015477 | 6/20/2003 | Letter: Site Deficiencies | 2 |
| 3724 | REM000015478 - REM000015479 | 6/23/2003 | Letter: Inspection of Construction, Superintendence by the Contractor, and Key Personnel, Solicitation RFP Clauses E.1, I.65, and I.95 | 2 |
| 3725 | REM000015480 - REM000015481 | 6/18/2003 | Letter: Mobilization Notification | 2 |
| 3726 | REM000015482 | 6/9/2003 | Telephone Call Report | 1 |
| 3727 | REM000015483 - REM000015484 | 6/6/2003 | Letter: Mobilization Notification | 2 |
| 3728 | REM000015485 - REM000015486 | 6/6/2003 | Letter: Sequoia and Kings Canyon National Park, Contract No. 1443C8000010903, Giant Forest, Sherman Tree Parking Area, Package No. SEKI-200Q | 2 |
| 3729 | REM000015487 - REM000015488 | 6/6/2003 | Letter: Mobilization Notification | 2 |
| 3730 | REM000015489 - REM000015491 | 5/22/2003 | Letter: Project Schedule Review Comments | 3 |
| 3731 | REM000015492 - REM000015507 | 5/6/2003 | Letter: Fran P. Mainella to George Radanovich | 16 |

# PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | Bates No. | Date | Type/Description | No. of Pages |
|---|---|---|---|---|
| 3732 | REM000015508 - REM000015509 | 5/13/2003 | Letter: Construction Inspector Appointment | 2 |
| 3733 | REM000015510 - REM000015511 | 5/9/2003 | Letter: Daniel N. Wenk to George Radanovich | 2 |
| 3734 | REM000015512 | 5/9/2003 | Letter: Sequoia and Kings Canyon National Park, Tulare County, California, Contract No. 1443CX8000010903, Giant Forest, Sherman Tree Parking Area, Package No. SEKI-200Q | 1 |
| 3735 | REM000015513 - REM000015514 | 5/6/2003 | Email: RE: Phone and Fax Number | 2 |
| 3736 | REM000015515 | 4/29/2003 | Letter: Sequoia and Kings Canyon National Park, Contract No. 1443CX8000010903, Giant Forest, Sherman Tree Parking Area, Package No. SEKI-200Q | 1 |
| 3737 | REM000015516 | 5/1/2003 | Letter: Sequoia and Kings Canyon National Park, Contract No. 1443CX8000010903, Giant Forest, Sherman Tree Parking Area, Package No. SEKI-200Q | 1 |
| 3738 | REM000015517 - REM000015518 | 5/6/2003 | Letter: Fran P. Mainella to George Radanovich | 2 |
| 3739 | REM000015519 - REM000015520 | 5/1/2003 | Letter: Sequoia and Kings Canyon National Park, Contract No. 1443CX8000010903, Giant Forest, Sherman Tree Parking Area, Package No. SEKI-200Q | 2 |
| 3740 | REM000015521 - REM000015522 | 4/30/2003 | Letter: Notice of Potential Claim - Stairs, Clarification of Trail Plans | 2 |
| 3741 | REM000015523 | 4/17/2003 | Letter: Progress Meeting and Pre-Mobilization | 1 |
| 3742 | REM000015524 - REM000015525 | 4/15/2003 | Letter: Lower Sherman Schedule | 2 |
| 3743 | REM000015526 - REM000015534 | 4/15/2003 | Letter: Pay Estimate No. 14 Quantity Corrects (enclosures) | 6 |
| 3744 | REM000015535 - REM000015536 | 4/9/2003 | Letter: Freedom of Information Act Request, dated March 4, 2003 | 2 |
| 3745 | REM000015537 - REM000015553 | 2/18/2003 | Letter: Backup Material for Modification 6 | 17 |
| 3746 | REM000015554 - REM000015555 | 4/14/2003 | Letter: Weekly Meeting Requirements and Agendas | 2 |
| 3747 | REM000015556 - REM000015557 | 4/14/2003 | Letter: Audio Taping of Weekly Meetings and Meeting Agenda | 2 |
| 3748 | REM000015558 - REM000015559 | 4/11/2003 | Letter: Your Letter of April 1, 2003 | 2 |
| 3749 | REM000015560 - REM000015561 | 4/9/2003 | Letter: Freedom of Information Act Request dated March 4, 2003 | 2 |
| 3750 | REM000015562 - REM000015563 | 3/4/2003 | Letter: Contract Modification No. 6 | 2 |

## PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | Bates No. | Date | Type/Description | No. of Pages |
|---|---|---|---|---|
| 3751 | REM000015564 - REM000015565 | 1/14/2003 | Letter: Backup Material for Modification 6 | 2 |
| 3752 | REM000015566 | | Estimate for Unilateral Roadway Blasting Modification | 1 |
| 3753 | REM000015567 - REM000015580 | 1/2/2002 | Drafts/Drawings - Access Road | 14 |
| 3754 | REM000015581 - REM000015583 | 4/4/2003 | Letter: Your Letter of March 12, 2003 | 3 |
| 3755 | REM000015584 - REM000015585 | 4/1/2003 | Letter: Modification No. 7 | 2 |
| 3756 | REM000015586 - REM000015587 | 4/1/2003 | Facsimile: Modification No. 7 | 1 |
| 3757 | REM000015587 | 4/1/2003 | Letter: Release No Further Funds To Remcon | 1 |
| 3758 | REM000015588 | 3/31/2003 | Letter: Audio Taping of Weekly Meetings | 1 |
| 3759 | REM000015589 - REM000015590 | 3/28/2003 | Letter: Alternative Dispute Resolution | 2 |
| 3760 | REM000015591 | 12/13/2002 | Letter: Alternative Dispute Resolution | 1 |
| 3761 | REM000015592 | 12/2/2002 | Letter: Alternative Dispute Resolution | 1 |
| 3762 | REM000015593 | 3/27/2003 | Letter: Faxed Letter dated February 26, 2003 concerning Updated Trail Plans | 1 |
| 3763 | REM000015594 | 3/26/2003 | Letter: Your Letter of March 12, 2003 | 1 |
| 3764 | REM000015595 | 3/17/2003 | Letter: Project As-Built Drawings | 1 |
| 3765 | REM000015596 | 3/14/2003 | Letter: Your Letter of March 12, 2003 | 1 |
| 3766 | REM000015597 | 3/4/2003 | Letter: Payment for Boulder Revetment | 1 |
| 3767 | REM000015598 - REM000015599 | 3/4/2003 | Letter: Provide Boulder Revetment | 2 |
| 3768 | REM000015600 - REM000015607 | 3/3/2003 | Records/Payments: Bills for Collection, Notice of Intent | 8 |
| 3769 | REM000015609 - REM000015611 | | Certification for Construction Contract Progress Payment | 3 |
| 3770 | REM000015612 - REM000015613 | 3/3/2003 | Letter: Dry-Laid Stone Wall | 2 |
| 3771 | REM000015614 - REM000015615 | 3/3/2003 | Letter: Payment for Aggregate Base Course and Asphalt Concrete Pavement | 2 |

# PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | Bates No. | Date | Type/Description | No. of Pages |
|---|---|---|---|---|
| 3772 | REM000015616 - REM000015617 | 2/24/2003 | Letter: Contract Requirements | 2 |
| 3773 | REM000015618 | 2/24/2003 | Letter: Specification Section 01310 Progress Meetings | 1 |
| 3774 | REM000015619 | 2/24/2003 | Letter: Modification No. 7 | 1 |
| 3775 | REM000015620 | 2/18/2003 | Letter: Modification No. 6 | 1 |
| 3776 | REM000015621 - REM000015623 | 1/16/2003 | Letter: Pay Estimate Quantity Corrections - Payment 13 | 3 |
| 3777 | REM000015624 | 1/2/2003 | Certification for Construction Contract Progress Payment | 1 |
| 3778 | REM000015625 - REM000015628 | 12/31/2002 | Contract: 0112 Sherman Tree #1443C8000010903 | 4 |
| 3779 | REM000015629 - REM000015633 | 1/17/2003 | U.S. Department of the Interior - PAYMENTS | 5 |
| 3780 | REM000015634 - REM000015641 | 1/16/2003 | Letter: Miller Act Response | 8 |
| 3781 | REM000015642 | 1/14/2003 | Letter: Payment 13 - Requirements Lacking | 1 |
| 3782 | REM000015643 | 1/13/2003 | Letter: Transmittal No. 145 Review of 07/29/02 | 1 |
| 3783 | REM000015644 | 1/13/2003 | Letter: Submittals, Specification Section 01330 | 1 |
| 3784 | REM000015645 | 1/13/2003 | Letter: Transmittal No. 145 Review of 07/29/02 | 1 |
| 3785 | Various | | 2001 Employer W-2 | |
| 3786 | Various | | 4th Quarter 2001 Payroll | |
| 3787 | Various | | 3rd Quarter 2001 Payroll | |
| 3788 | Various | | 2nd Quarter 2001 Payroll | |
| 3789 | Various | | 1st Quarter 2001 Payroll | |
| 3790 | Various | | 4th Quarter 2002 Payroll | |
| 3791 | Various | | 3rd Quarter 2002 Payroll | |
| 3792 | Various | | 2nd Quarter 2002 Payroll | |
| 3793 | Various | | 1st Quarter 2002 Payroll | |
| 3794 | Various | | 2002 Employer W-2 | |
| 3795 | JA1790.001 | | Sequoia Pictures | |
| 3796 | REM19643- REM19741 | | Mediation Brief For June 02 | |
| 3797 | REM07235- REM07403 | | Payroll History Destribution | |

# PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | Bates No. | Date | Type/Description | No. of Pages |
|---|---|---|---|---|
| 3798 | REM000014049-REM000014335 | | Weekly Meeting Minutes | |
| 3799 | REM42841-REM50113 | Various | Cost Reports, A/P Invoices, A/R Invoices | |
| 3800 | REM8264-REM8708 | Various | G&K Survey Back-up Docs. | |
| 3801 | REM6536-REM6926 | 11/4/2004 | Daily Job Cost Detail | |
| 3802 | REM6927-REM7127 | 11/4/2004 | Detail By Line Item | |
| 3803 | None | 1/13/2005 | Check Deposit Register 01 | 977 |
| 3804 | None | 1/13/2005 | Check Deposit Register 02 | 722 |
| 3805 | REM16126-REM16142 | Various | Pay Estimate No. 1 w/Back-Up | |
| 3806 | REM16144-REM16157 | Various | Pay Estimate No. 2 w/Back-Up | |
| 3807 | REM16159-REM16170 | Various | Pay Estimate No. 3 w/Back-Up | |
| 3808 | REM16172-REM16334 | Various | Pay Estimate No. 4 w/Back-Up | |
| 3809 | REM16336-REM16350 | Various | Pay Estimate No. 5 w/Back-Up | |
| 3810 | REM16352-REM16368 | Various | Pay Estimate No. 6 w/Back-Up | |
| 3811 | REM-16370-REM16380 | Various | Pay Estimate No. 7 w/Back-Up | |
| 3812 | REM16382-REM16425 | Various | Pay Estimate No. 8 w/Back-Up | |
| 3813 | REM16427-REM16451 | Various | Pay Estimate No. 9 w/Back-Up | |
| 3814 | REM16434-REM16488 | Various | Pay Estimate No. 10 w/Back-Up | |
| 3815 | REM16490-REM16522 | Various | Pay Estimate No. 11 w/Back-Up | |
| 3816 | REM16524-REM16551 | Various | Pay Estimate No. 12 w/Back-Up | |
| 3817 | REM16553-REM16565 | Various | Pay Estimate No. 13 w/Back-Up | |
| 3818 | REM16571-REM16588 | Various | Pay Estimate No. 14 w/Back-Up | |

# PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | Bates No. | Date | Type/Description | No. of Pages |
|---|---|---|---|---|
| 3819 | REM15648-REM16057 | 6/30/1999 | COE Equipment Operating Schedule | |
| 3820 | NONE | 8/31/2001 | COE Equipment Operating Schedule | |
| 3821 | REM17652-REM19254 | 6/28/2003 | REMCON'S Claim w/ Back Up | |
| 3822 | REM16843-REM17339 | 4/16/2001 | REMCON'S Proposal to NPS & Pricing | |
| 3823 | REM16589-REM16842 | | Project Submittal Book 1 | |
| 3824 | REM19281-REM19397 | | Requests for Information | |
| 3825 | REM19399-REM19569 | | NPS Speed Letters | |
| 3826 | REM19571-REM19642 | | Requests for Change Orders | |
| 3827 | REM19742-REM20083 | | Subcontracts & Purchase Orders | |
| 3828 | GA0001-GA0124 | | Billings From Sage to Gaic | |
| 3829 | GA0125-GA0443 | | Legal Fees Insured by GAIC | |
| 3830 | GA0444-GA1106 | | GAIC Payment Back-up | |
| 3831 | GA2302-GA2445 | | Agreement Between AGEE & GAIC Includes Bonds & Insurance | |
| 3832 | GA1123-GA3718 | | AGEE Billings to GAIC | |
| 3833 | NONE | Various | REMCON Finances 2001 | |
| 3834 | NONE | Various | REMCON Finances 2002 May | |
| 3835 | NONE | Sept.01-Aug.02 | Profit/Loss Reports & Balance | |
| 3836 | NONE | 1-Jul | PCCI Expert Report and Exhibits | |
| 3837 | NONE | 7/25/2005 | Carlton Engineering Expert Report and Listed Exhibits | |
| 3838 | NONE | 7/27/2005 | Brent Booth Expert Report and Listed Exhibits | |
| 3839 | NONE | 7/28/2005 | The Sutor Group Expert Report and Listed and Attached Exhibits | |
| 3840 | NONE | 5-Aug | Rebuttal Report by Dick Lewis | |
| 3841 | NONE | 5-Aug | Rebuttal Report by Tom Lloyd and Listed Exhibits | |
| 3842 | NONE | 5-Aug | Rebuttal & Supplemental Reporting Jordan Rosenfeld and Exhibits | |
| 3843 | | 1/7/2005 | General Ledger 2000 | 875 |
| 3844 | | 1/7/2005 | General Ledger 2001 | 774 |
| 3845 | | 1/8/2005 | General Ledger 2002 | 598 |
| 3846 | REM000054099-REM000054166 | | Vendor History By Job, including all invoices/documents identified in report for subcontractors, suppliers, and vendors | 68 |
| 3847 | REM000054254-REM000054383 | | Analysis of Project Cash Flow With Monthly Job Cost Reports | |

# PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | Bates No. | Date | Type/Description | No. of Pages |
|---|---|---|---|---|
| 3848 | REM000054384-REM000054576 | | Job Cost by Link Item | |
| 3849 | None | | General Indemnity Agreement Determined REMCON and Great American Insurance Co. | |
| 3850 | REM000051704-REM000053792 | | Back-up Docs. For REMCON's Negotiation With NPS in 12/01 and 6/02 | |
| 3851 | REM000042841-000050113 | | Financial/Accounting Records of Remcon copied by Defendant's Accounting Expert | |
| 3852 | REM000053793-REM000053901 | 8/1/02-8/30/02 | Contractor's Quality Control Daily Reports | |
| 3853 | REM000053902-REM000053998 | Various | Contractor's Quality Controls Daily Reports | |
| 3854 | REM000053999-REM000054081 | 2-Jun | Contractor's Quality Controls Daily Reports | |
| 3855 | REM000054082-REM000054098 | 2-May | Contractor's Quality Controls Daily Reports | |
| 3856 | REM0000071-00000941 | June, 2001 - | Remcon Daily Time Cards and Diary | |
| 3857 | REM0000942-000001902 | | Certified Payrolls | |
| 3858 | REM0000020225-0000020258 and REM0000020088-000020227 | | Remcon Pictures | |
| 3859 | | | All Account Payable and Receivables Records | |
| 3860 | | 7/28/2004 | Request for Info. No. 15-TA | 3 |
| 3861 | | 6/16/2004 | Speed Letter RE: Non Conforming Work Item No. 22&26 Attachments | 4 |
| 3862 | | 6/28/2004 | E-mail/RE: Shuttle Bus Contaminated Material Proposal Review Attachments | 2 |
| 3863 | | 9/29/2004 | E-mail | 3 |
| 3864 | | 3/30/2004 | Meeting Agenda | 4 |
| 3865 | | 8/10/2004 | Fax RE: Sherman Tree Parking Project-Proposal for Leachfield; Attached Faxes | 8 |
| 3866 | | 7/20/2004 | Fax Transmittal RE: Progress Minutes Attached | 7 |
| 3867 | | 7/30/2004 | Fax Attachments Include Maps and Faxes | 7 |
| 3868 | | 8/10/2004 | Fax RE: Sherman Tree Parking Lot-Proposal for Leachfield Attached | 15 |
| 3869 | | 5/11/2004 | Facsimile Includes Letter RE: Settlement of Work Status and A/P | 5 |
| 3870 | | 7/27/2004 | Progress Meeting No. 103-TA No. 29 | 4 |
| 3871 | | 8/23/2004 | Letter VIA Facsimile RE: Agee Job No. 03-11 | 2 |

## PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | Bates No. | Date | Type/Description | No. of Pages |
|---|---|---|---|---|
| 3872 | | 12/16/2003 | Progress Agenda Meeting; General Notes No. 77-TA No. 3 | 5 |
| 3873 | | | Schedule of Non-Conforming Work | 3 |
| 3874 | | 4/5/2004 | E-mail RE: General Sherman Tree Parking Lot-Takeover Agreement, Non-Conforming Work List Attachments | 6 |
| 3875 | | 3/9/2004 | Memorandum RE: Appointment-Contracting Officer's Representative (Construction) | 2 |
| 3876 | | 4/6/2004 | Letter RE: Project Supervisor Appointment | 2 |
| 3877 | | 6/22/2004 | Speed Letter RE: NCW Item 26 Non-Conforming Road Width 30+00+/- | 4 |
| 3878 | | 6/23/2004 | Letter RE: Pay Estimate-PE 14 | 3 |
| 3879 | | 7/12/2004 | Letter VIA Fax RE: 7-7-04 Memo | 4 |
| 3880 | | 6/16/2004 | Letter RE: Asphalt Concrete (AC) Testing Recommendation) | 5 |
| 3881 | | 6/22/2004 | Letter Including Summary and Attachments | 7 |
| 3882 | | 7/29/2004 | Letter RE: Testing of Sewer, Sidewalk, Walkway, Trail, Aggregate Base etc... | 8 |
| 3883 | | 8/30/2004 | Letter RE: Aggregate Base etc.. Attachments of Summary Included | 6 |
| 3884 | | 10/7/2004 | Letter RE: Asphalt Concrete (AC) Testing Attachments | 3 |
| 3885 | | 10/12/2004 | Letter RE: Sequoia Slab Construction Attahments of Summary Included | 7 |
| 3886 | | | 3-11 Coding; Includes Summary | 3 |
| 3887 | | 4/15/2004 | Daily Diary Job No. 03-11 | 1 |
| 3888 | | 4/20/2004 | Daily Diary Job No. 03-11 | 1 |
| 3889 | | 4/26/2004 | Daily Diary Job No. 03-11 | 1 |
| 3890 | | 4/29/2004 | Daily Diary Job No. 03-11 | 1 |
| 3891 | | 5/4/2004 | Daily Diary Job No. 03-11 | 1 |
| 3892 | | 5/5/2004 | Daily Diary Job No. 03-11 | 1 |
| 3893 | | 5/13/2004 | Daily Diary Job No. 03-11 | 1 |
| 3894 | | 5/19/2004 | Daily Diary Job No. 03-11 | 1 |
| 3895 | | 5/20/2004 | Daily Diary Job No. 03-11 | 1 |
| 3896 | | 5/21/2004 | Daily Diary Job No. 03-11 | 1 |
| 3897 | | 5/25/2005 | Daily Diary Job No. 03-11 | 1 |
| 3898 | | 5/26/2004 | Daily Diary Job No. 03-11 | 1 |
| 3899 | | 5/27/2004 | Daily Diary Job No. 03-11 | 1 |
| 3900 | | 6/1/2004 | Daily Diary Job No. 03-11 | 1 |
| 3901 | | 6/11/2004 | Daily Diary Job No. 03-11 | 1 |
| 3902 | | 6/14/2004 | Daily Diary Job No. 03-11 | 1 |
| 3903 | | 6/16/2004 | Daily Diary Job No. 03-11 | 1 |
| 3904 | | 6/21/2004 | Daily Diary Job No. 03-11 | 1 |
| 3905 | | 6/22/2004 | Daily Diary Job No. 03-11 | 1 |
| 3906 | | 6/25/2004 | Daily Diary Job No. 03-11 | 1 |
| 3907 | | 7/20/2004 | Daily Diary Job No. 03-11 | 1 |
| 3908 | | 7/23/2004 | Daily Diary Job No. 03-11 | 1 |
| 3909 | | 8/5/2004 | Daily Diary Job No. 03-11 | 1 |

# PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | Bates No. | Date | Type/Description | No. of Pages |
|---|---|---|---|---|
| 3910 | | 8/27/2004 | Daily Diary Job No. 03-11 | 1 |
| 3911 | | 8/30/2004 | Daily Diary Job No. 03-11 | 1 |
| 3912 | | 9/13/2004 | Daily Diary Job No. 03-11 | 1 |
| 3913 | | 9/23/2004 | Daily Diary Job No. 03-11 | 1 |
| 3914 | | 9/28/2004 | Daily Diary Job No. 03-11 | 1 |
| 3915 | | 10/4/2004 | Daily Diary Job No. 03-11 | 1 |
| 3916 | | 10/14/2004 | Daily Diary Job No. 03-11 | 1 |
| 3917 | | 9/26/2004 | Invoice #031106 | 3 |
| 3918 | | 10/29/2004 | Invoice #031107 | 5 |
| 3919 | | 6/29/2004 | E-mail/RE: SEKI 200Q Sherman Tree Parking Lot Project Pay Estimate Attahcments Included | 17 |
| 3920 | | 6/27/2004 | Letter of Transmittal RE: Pay Estimate 15-TA -2 With Backup Notes | 50 |
| 3921 | | 8/23/2004 | Letter of Transmittal RE: Certification for Construction Contract Progress Payment 16TA3 | 43 |
| 3922 | | | National Park Payments | 5 |
| 3923 | | | Submittal Tracking Form | 6 |
| 3924 | | | Schedule of Values Summary | 5 |
| 3925 | | 9/27/2004 | Notes RE: Utility Line Location and Depth at New Access Road | 6 |
| 3926 | | | Average Excess Volume of Excavation on Access Road in Deep Cut Comparing As planned v. As Built | |
| 3927 | 0519203-0519211 | Mar-02 | Kleinfelder Proposal | |