IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| REMEDIATION CONSTRUCTORS, INC., | ) | DOCKET NO. 03-2478C |
| | ) | |
| Plaintiff, | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

I, Marni Beach, certify and declare as follows:

I am over the age of 18 years and not a party to this action. My business address is Murphy Austin Adams Schoenfeld LLP, 1000 G Street, Third Floor, P.O. Box 1319, Sacramento, California 95812-1319, which is located in the county where the mailing described below took place.

I am familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed would be deposited with the United States Postal Service that same day in the ordinary course of business.

On September 15, 2005, true and correct copies of the document described as

**REMCON'S EXHIBIT LIST; REMCON'S WITNESS LIST; REMCON'S MEMORANDUM OF CONTENTIONS OF FACT AND LAW; CERTIFICATE OF SERVICE**

on all persons listed below as follows:

_X_ If marked U.S. MAIL or **FEDERAL EXPRESS**, by placing this date for collection for mailing or sending a true and correct copy thereof in sealed envelopes, addressed to each of the persons so marked. I am familiar with the business practice at my place of business for collection and processing of documents for mailing with the U.S. Mail or for sending via Federal Express; they are deposited in the ordinary course of business with the U.S. Postal Service or the Federal Express office on that same day, with postage fully prepaid, at Sacramento, California.

Richard P. Schroeder
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 305-7788
Facsimile: (202) 353-7988

Counsel for Defendant
United States of America

Executed on September 15, 2005, at Sacramento, California. I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Certificate of Service is true and correct.

Marni Beach
MARNI BEACH



1918.001-293497.1