# In the United States Court of Federal Claims

No. 03-2478C
Filed: September 16, 2005

**************************************
*
REMEDIATION CONSTRUCTORS, INC., *
*
Plaintiff, *
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
**************************************

**ORDER**

Plaintiff's Joint Motion for Leave to File Consent Motion in Lieu of Certification is **GRANTED**. The parties are instructed to exchange lists of exhibits and witnesses according to the schedule set forth in the Consent Motion.

**IT IS SO ORDERED**.

s/ Susan G. Braden
SUSAN G. BRADEN
Judge