# In the United States Court of Federal Claims

No. 03-2478C
Filed: September 19, 2005

| | |
|---|---|
| ************************************ | * |
| | * |
| REMEDIATION CONSTRUCTORS, INC., | * |
| | * |
| Plaintiff, | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| ************************************ | * |

**ORDER**

A status conference will be conducted, by telephone, on **September 19, 2005, at 5:15 p.m., E.S.T.**

**IT IS SO ORDERED**.

s/ Susan G. Braden
SUSAN G. BRADEN
Judge