IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| REMEDIATION CONSTRUCTORS, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 03-2478C |
| | ) | (Judge Braden) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR AN ENLARGEMENT
OF TIME TO FILE "APPENDIX A" SUBMISSIONS

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests an enlargement of time of two days, from October 5, 2005 through October 7, 2005, to file the Government's "Appendix A" submissions, including the Memorandum of Contentions of Fact and Law, witness list, exhibit list and related filings. This is our first request for an enlargement of time for this purpose. Counsel for plaintiff, Remediation Constructors, Inc. ("Remcon"), has indicated that Remcon objects to this motion.[1] The grounds for this motion are set forth below.

[1] Remcon specifically asks us to quote to the Court the following objection: "Plaintiff's counsel objects in the strongest possible way to any extension of time being granted to the defendant for compliance with its remaining disclosures. Plaintiff timely complied with its required disclosures on September 15, 2005 and defendant's counsel stipulated and this court ratified that defendant's responses be filed on or before October 5, 2005."

The Government has worked diligently upon its it Appendix A filings. However, due to the complexity of this action, our Appendix A filings will be quite lengthy, as Remcon's were. Further, before the Appendix A filings are finalized, the internal review process must be completed, changes must be made, and the documents must be prepared for electronic filing.

Further, although undersigned counsel has made this case his main priority, he is still responsible for other matters that required or will require immediate attention, including: (1) Blue Lake Forest Products, Inc. v. United States, Fed. Cl. Consolidated Nos. 01-570C, 01-627C and 04-501C (numerous declarations filed on September 30, 2005; telephonic status conference scheduled for October 7, 2005); (2) United Enterprise and Associates v. United States, Fed. Cl. No. 05-607C (Government's reply memorandum of law in bid protest proceeding filed September 28, 2005; oral argument scheduled for October 12, 2005); and (3) Kalin v. Department of Veterans Affairs, Fed. Cir. No. 05-7136 (Government's brief due October 6, 2005). This motion was not made sooner because undersigned counsel did not realize until late on October 4, 2005 that the enlargement of time would be required.

Accordingly, we respectfully request an enlargement of time of two days to submit the RCFC Appendix A filings, described above.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Franklin E. White, Jr.

FRANKLIN E. WHITE, JR.
Assistant Director

s/Richard P. Schroeder

RICHARD P. SCHROEDER
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
Eighth Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562

Attorneys for Defendant

October 5, 2005

Certificate of Filing

I hereby certify that on October 5, 2005, a copy of the foregoing DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME TO FILE “APPENDIX A” SUBMISSIONS was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Richard P. Schroeder