IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| REMEDIATION CONSTRUCTORS, INC., | ) | DOCKET NO. 03-2478C |
| Plaintiff, | ) | **PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME TO FILE "APPENDIX A" SUBMISSIONS** |
| v. | ) | |
| UNITED STATES OF AMERICA, | ) | (Judge Susan G. Braden) |
| Defendant. | ) | Hearing Date: TBD |

Plaintiff REMEDIATION CONSTRUCTORS, INC. ("REMCON" or "Plaintiff") respectfully submits the following Opposition to Defendant United States of America's Motion for An Enlargement of Time To File "Appendix A" Submissions. In its motion, Defendant quotes, in footnote 1, a written objection previously offered by Remcon during the meet and confer process for this motion. However, Defendant failed to cite the entire quote, which was included in an email from Remcon's counsel to Defendant's counsel on October 4, 2005. The full quote is as follows:

> "Plaintiff's counsel objects in the strongest possible way to any extension of time being granted to the defendant for compliance with its remaining disclosures. Plaintiff timely complied with its required disclosures on September 15, 2005 and defendant's counsel stipulated and this court ratified that defendant's responses be filed on or before October 5, 2005.
>
> We are less than three weeks from trial and the disclosure of facts, law and documents intended to be introduced cannot be delayed without prejudicing plaintiff.

> This request is but the latest in the unbroken chain of defendant's dilatory conduct. We cannot meaningfully prepare our case for trial without the disclosures being timely received. All of our evidence must be delivered to the defendant on Monday, October 17, 2005 as we are using declarations for direct testimony. This means the materials must be sent by overnight mail on Friday the 14th. Even if we received the materials required to be delivered tomorrow[1] we would have just over a week to receive them, analyze them and address them. This is extremely challenging as it is and any delay would cause extreme prejudice. These dates and responsibilities have been established for about six weeks and there can be no justification for the continuing failure to timely comply with stipulations and court orders."

Defendant in its motion fails to provide any credible explanation for why it cannot meet a deadline that has been in effect for many months. Given that the trial date for this matter is set for October 24, 2005, no further extensions should be given. There is much work to be completed by both parties prior to trial, and the schedule cannot be compressed further by Defendant's continued dilatory actions.

DATED: October 5, 2005

MURPHY AUSTIN ADAMS SCHOENFELD LLP

/S/ D. Michael Schoenfeld

D. MICHAEL SCHOENFELD
Attorneys for Plaintiff
REMEDIATION CONSTRUCTORS, INC.

MURPHY AUSTIN ADAMS SCHOENFELD LLP
1000 G St., Third Floor
P.O. Box 1319
Sacramento, California 95812-1319
Telephone: (916) 446-2300
Facsimile: (916) 503-4000

[1] Since the email was sent yesterday, the use of the word "tomorrow" should be changed to "today."