# In the United States Court of Federal Claims

No. 03-2478C
Filed: October 6, 2005

*************************************
*
REMEDIATION CONSTRUCTORS, INC., *
*
Plaintiff, *
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
*************************************

**ORDER**

The Government's October 5, 2005 Motion for an Enlargement of Time to File "Appendix A" Submissions, is hereby **GRANTED**. The Government is instructed to file its submissions pursuant to Appendix A of the Rules of the United States Court of Federal Claims by October 7, 2005.

**IT IS SO ORDERED.**

s/ Susan G. Braden
SUSAN G. BRADEN
Judge