IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| REMEDIATION CONSTRUCTORS, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 03-2478C |
| | ) | (Judge Braden) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S NOTICE OF FILING OF WITNESS AND EXHIBIT LIST, DEFENDANT'S OBJECTIONS TO PLAINTIFF'S EXHIBIT LIST, AND DEFENDANT'S MOTION FOR LEAVE TO SUPPLEMENT OBJECTIONS TO EXHIBIT LIST FOLLOWING RECEIPT OF ACTUAL DOCUMENTS FROM PLAINTIFF

Defendant, the United States, respectfully submits the attached witness and exhibit lists pursuant to "Appendix A" of the Rules of the United States Court of Federal Claims. The exhibits on our list are all that we expect to offer in the case in chief, except those with numbers 1,000 or higher, which we may offer if and when the need arises.

Defendant further objects to the following exhibits upon plaintiff's exhibit list: Document No. 16 (transmittal and document do not appear to be related); Document No. 96 (compilation); Document No. 97 (compilation); Document No. 116 (compilation); Document No. 360 (need additional identifying information such as bates number); and Document No. 1160 (document does not match bates number).

The Government further requests leave to supplement its objections to the exhibit list. Plaintiff opposes this request. The grounds are as follows: Plaintiff's exhibit list appears to

contain more than 4,000 documents. Further, in its original exhibit list, plaintiff did not designate which documents it expected to offer and which it may offer as the need arises, although, it since has provided a revised list. As a result, it has proven extremely difficult to locate and review the actual documents to ensure that they match the descriptions and otherwise are unobjectionable.

The parties original were required to exchange the actual documents by October 13, 2005. However, because plaintiff's documents are so voluminous, plaintiff requested that the parties exchange the actual documents later that week. The parties have agree to do so. Accordingly, we respectfully request that the Court allow us to reserve our right to object to documents upon plaintiff's exhibit list until plaintiff provides that actual documents themselves.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Franklin E. White, Jr.

FRANKLIN E. WHITE, JR.
Assistant Director

s/Richard P. Schroeder

RICHARD P. SCHROEDER
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
Eighth Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562

Attorneys for Defendant

October 7, 2005

Certificate of Filing

I hereby certify that on October 7, 2005, a copy of the foregoing DEFENDANT'S NOTICE OF FILING OF WITNESS AND EXHIBIT LIST, DEFENDANT'S OBJECTIONS TO PLAINTIFF'S EXHIBIT LIST, AND DEFENDANT'S MOTION FOR LEAVE TO SUPPLEMENT OBJECTIONS TO EXHIBIT LIST FOLLOWING RECEIPT OF ACTUAL DOCUMENTS FROM PLAINTIFF was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Richard P. Schroeder