**DEFENDANT'S WITNESS LIST**

The following is a list of witnesses that the Government expects to call at trial. The Government previously has been granted approximately one week to present its witnesses. The times below are estimates only.

1. Rod Keiscome (2 hours)
Contracting Officer
National Park Service, Denver Service Center
12795 W. Alameda Parkway
P.O. Box 25287
Denver, CO 80225-0287
(303) 969 2048
(303) 987-6646 (fax)

Mr. Keiscome has been the contracting officer throughout the project. Among other things, Mr. Keiscome may address contract formation and administration issues; contract documents; the responsibilities and authority of various project participates, including Government personnel; contracting officer directives; scheduling issues; payment issues; modifications; communications with the contractor; the contractor's failure to comply with the terms of the contract; and the documentary evidence in this case. Mr. Keiscome also is expected to discuss the termination for default; pre-default communications with the surety and Remcon; the issue of the "stipulation for settlement."

2. Jack Vance (1 hour)
Facility Manager
Sequoia and Kings Canyon National Parks
47050 Generals Highway
Three Rivers, CA 93271
(559) 565 3143
(559) 565 3113 (fax)

Mr. Vance was the Park representative for project. He has institutional memory of project, and is knowledgeable of construction in Sequoia National Park. He also can discuss field operations and Remcon's staffing and personnel upon project.

3. Michael Giller (2-3 hours)
Project Manager
National Park Service, Denver Service Center
12795 W. Alameda Parkway
P.O. Box 25287
Denver, CO 80225-0287
(303) 969 2007
(303) 969 2238 (fax)

Mr. Giller was assigned as project manager in July, 2002 (subsequent to the differing site issues of August-October of 2001). Mr. Giller is an architectural engineer with 20 years experience including field construction experience in Sequoia National Park. Mr. Giller has knowledge regarding the details of Remcon's claims and their requests for over-payment. He can also discuss contract documents; numerous technical issues; communications with Remcon; the contractor's failure to comply with the terms of the contract; Remcon's nonconforming work; payment measurements; earthwork quantities, cross-sections; and the documentary evidence in this case. Mr. Giller also is expected to discuss historical background issues relating to the Giant Forest and rehabilitation projects.

4. Willie DeOcampo (90 minutes)
Contracting Officers Representative

Mr. DeOcampo is a Landscape Architect with at least 25 years experience in the National Park Service. Mr. DeOcampo led the 2001 & 2002 efforts to identify and resolve the alleged differing site (rock) excavation issues. Mr. DeOcampo can testify regarding communications with Remcon; design revisions; access road realignment; change order for survey; scheduling issues; issues relating to alleged extra work; contract payment; relaxation of the specifications; issues relating to measurements; the absence of cross-sections; raising the grades in the Upper Parking Lot; dealings with Kleinfelder; actions relating to Remcon's encountering rock; and aggregate base and Remcon's communications regarding aggregate base.

5. Russell Belknap (one hour) (may be called)
Construction Inspector
494 S. Youngfield Court #9-308
Lakewood, CO 80228
(303) 987-3840

Mr. Belknap was an A\E construction inspector from July 2002, to current. He is a registered professional engineer and a former NPS engineer. He is knowledgeable regarding the contractor's performance problems and non-conforming work.

6. Joanne Cody (one hour)
Landscape Architect
National Park Service, Denver Service Center
12795 W. Alameda Parkway
P.O. Box 25287
Denver, CO 80225-0287
(303) 969 2278

Ms. Cody was the lead designer for the project. She is knowledgeable regarding design issues and Remcon's many requests for relief and the issue of alleged variance in the contract requirements. She has more than 20 years experience with National Park Service projects and was the lead designer for the Giant Forest Restoration program in Sequoia National Park. She can testify regarding realignment of the access road; raising the grade in the upper parking lot; the issue of the alleged aggregate base stockpile; rock issues; and issues relating to Kleinfelder.

7. Scott Bryant (or other person with relevant knowledge).
Project Manager and PLS (land surveyor) (1 hour)
Psomas
2295 Gateway Oaks Drive
Suite 250
Sacramento, CA 95833
(916) 929 7100

Psomas performed most of the NPS survey services during design and construction. In particular he developed the as-constructed (as-built) survey of August 2003, which showed Remcon had constructed much of the project not in conformance with the contract. He has served in similar roles on contract disputes where detailed surveys requested by the owner have supported the contract requirements. He can discuss original earthwork, as builts and as built quantities

8. Ray Todd (1-2 hours) (may call)
Project Manager
National Park Service, Denver Service Center
12795 W. Alameda Parkway
P.O. Box 25287
Denver, CO 80225-0287
(303) 969 2573

Mr. Todd was the NPS Project Manager from inception to May 2002. He was then promoted to a construction manager position within

the NPS DSC. During his service he oversaw the first year's disputes upon the project which were primarily alleged differing site and alleged errors and omissions in the contract documents. Mr. Todd worked to resolve the disputes through contract modifications and other negotiations. He can discuss communications with Remcon and Remcon's actions regarding contract requirements. He and Mr. DeOcampo also issued modifications 2, 3, & 4 which provide a release of claims for many issues Remcon subsequently included in the $3.1M claim.

9. Bob Smith (may call) (1 hour or less)
Landscape Architect
DHM Design
1390 Lawrence Street, Suite 100
Denver, CO 80204
(303) 892 5566

Mr. Smith is a Fellow of the American Society of Landscape Architects. He led the A\E design team for this project. He has extensive knowledge in production of construction documents. His testimony would counter Remcon's allegations that the plans were defective or did not fit the site. Mr. Smith can discuss design issues.

10. Raymond Tuttle (1-2 hours)
Engineer
Martin/Martin Consulting Engineers
4251 Kipling
PO Box 4001
Wheat Ridge, Colorado 80034
(303) 431 6100

As a lead engineer for production of construction documents Mr. Tuttle has knowledge to address how the design was engineered. He has knowledge of road and parking lot design, quantity calculations and other details of design. Mr. Tuttle may also testify regarding original earthwork quantities calculations; unit price schedule; shrinkage and swell; rock issues, including rock in trenches, and Kleinfelder.

11. David Pierson (1 hour or less)
Kleinfelder, INc.
(or other person with relevant knowledge)
747 N. Sheridan Blvd., Suite 9B
Denver, CO 80214
Can discuss the geotechnical report, geotechnical issues, and surface and subsurface conditions, and as-built determination of existing conditions.

12. Loren Mangrum (may call) (1 hour or less)
Mr. Mangrum was on site for a portion of the project and may testify regarding his observation of conditions and Remcon's performance of work.

13. California Drilling and Blasting (2 hours or less) (person with relevant knowledge) (may call). Testimony would relate to the blasting and alleged ripping issues.

14. Athena Demetry (1 hour)
Marked the trees to be removed in accordance with the drawings, accompanied by Remcon, and can testify about tress and standards that she used.

Experts

1. John O. Snowden, III, CPA, Smolin, Lupin & Co., LLC, 331 Newman Springs Road, Building 1, Red Bank, N.J. (Estimated time - 2 hours).
Mr. Snowden will testify regarding the matters discussed in his expert report, including his review of Remcon's financial records. Mr. Snowden also is expected to testify regarding Government records, and his review of the expert reports submitted by Remcon's experts.

2. Francis J. Brennan, Capital Project Management, Inc., 9 Law Drive, Second Floor, Fairfield, NJ 07004-3233. (Estimated time - 4 hours).
Mr. Brennan will testify regarding the matters discussed in his expert report, including bit not limited to, scheduling issues, project construction and payment issues, engineering issues, alleged extra work; and alleged inefficiencies. Mr. Brennan will also respond to matters discussed in the expert reports submitted by plaintiffs.

Remcon

In addition to the above-named individuals, we cross-designate all the witnesses listed upon Remcon's witness list as witnesses who we may call, and reserve the right to call any such witness as our own.

In particular, we may call:

Stephen Christensen
President, Remcon
743 Wakefield Ct
Oakdale, CA 95361
(209) 847-9186

Mr. Christensen can testify regarding all aspects of the project. If called to testify, he will be called as a hostile witness.