DEPOSITION EXHIBIT LISTING

| Exhibit | P/D/S | Date | Description | Bates | | | |
|---|---|---|---|---|---|---|---|
| 1 | PX | 12/03/01 | Transmittal to William DeOcampo from Jeff Northrop regarding the subject, "project schedule" (Also at PX 207) | P14676/ 8 pg. ex | | | |
| 1 | PX | 04/02/02 | Email to William DeOcampo from Stephen Christensen regarding the subject, the subject, "project schedule" | P14667/ 8 pg. ex | | | |
| 1 | PX | 04/03/02 | Letter to William DeOcampo from Stephen Christensen regarding the subject, the subject, "responses to equitable adjustment letter" (Also PX 91) | P14663-65/ 8 pg. ex | | | |
| 1 | PX | 04/17/02 | Memo to William DeOcampo, Terry Lang and Robert Russell from Stephen Christensen regarding the subject, "Sherman Tree Trail construction/confirmation of survey data" (Also at PX 190) | P14653/ 8 pg. ex | | | |
| 1 | PX | 12/01/05 | Memorandum from Jeff Northrop to William DeOcampo regarding the subject, "project schedule" | P1467/ 8 pg. ex | | | |
| 1 | PX | Undated | Letter to Joanne Cody from Jeff Northrop regarding the subject, "TP's" | P14690/ 8 pg. ex | | | |
| 2 | PX | 07/16/02 | Letter to Rodney Keiscome from Stephen Christensen regarding the subject, "contracting officer's directive, raise Upper Sherman Parking Lot" | P15162 | | | |
| 3 | PX | 08/30/02 | Letter to Jacobs Engineering Group from Rodney Keiscome regarding the subject, "project supervisor appointment (Loren Mangrum) | 38739-40 | | | |
| 4 | PX | 05/08/02 | Daily log of construction by Robert Russell of 05-08-02 | 004948-49 | | | |
| 5 | PX | 05/09/02 | Daily log of construction by Robert Russell of 05-09-02 | 004954-55 | | | |
| 6 | PX | 05/10/02 | Daily log of construction by Robert Russell of 05-10-02 | 004958-59 | | | |
| 7 | PX | 05/13/02 | Daily log of construction by Robert Russell of 05-13-02 (Also DX 100) | 004960-61 | | | |
| 8 | PX | 05/14/02 | Daily log of construction by Robert Russell of 05-14-2 | 004964-65 | | | |
| 9 | PX | 05/16/02 | Daily log of construction by Robert Russell of 05-16-02 (Also DX 101) | 004972-73 | | | |
| 10 | PX | 05/20/02 | Letter to William DeOcampo from Stephen Christensen regarding the subject, "project stand-by and delay" | 388919-20 | | | |
| 11 | PX | 05/21/02 | Series of e-mails between William DeOcampo, Stephen Christensen, Jack Vance, Robert Russell, Larry Walling, Rodney Keiscome etc. regarding the subject, "project delay, | 388911-17 | | | |
| 12 | PX | 05/21/02 | Daily log of construction by Robert Russell of 05-21-02 | 4986-87 | | | |
| 13 | PX | 05/22/02 | E-mail to William DeOcampo from Stephen Christensen regarding the subject, "standby costs" | REM000014649 | | | |
| 14 | PX | 05/24/02 | E-mails between Stephen Christensen, Rodney Keiscome and William DeOcampo regarding the subject, "standby costs" | 388922 | | | |
| 15 | PX | 05/29/02 | Letter to Stephen Christensen from William DeOcampo regarding the subject, "remcon letter dated May 20, 2002, concerning project stand-by and delay" | 388925-30 | | | |
| 16 | PX | 06/21/01 | Transmittal to NPS regarding "Project Schedule," and schedule with approval 7-25-01 DEFENDANT OBJECTS TO THIS DOCUMENT | 388777 | | | |
| 17 | PX | 06/26/01 | Transmittal to NPS regarding the subject, "Project Schedule," and schedule with approval 7-25-01 | 009718, REM000019272 | | | |
| 18 | PX | 06/27/02 | Letter to William DeOcampo from Stephen Christensen regarding the subject, "project baseline schedule & as-build/as-planned schedules. | 389070, REM000019256-57 | | | |
| 19 | PX | 09/25/02 | Transmittal to Robert Reinhardt from Loren Mangurm with attached schedule. | 509296, REM000019278 | | | |
| 20 | PX | 06/03/03 | Schedule 06-09-03 | REM000019274 | | | |
| 21 | PX | 05/31/02 | Daily Log of Construction from Loren Mangrum of 05-31-02 | 005018-19 | | | |
| 22 | PX | 05/31/02 | Daily Log of Construction from Robert Russell of 05-31-02 | 005016-17 | | | |
| 23 | PX | 06/03/02 | Daily Log of Construction from Robert Russell of 06-03-02 | 005023-24 | | | |
| 24 | PX | 06/03/02 | E-mail to William DeOcampo and Terry Lang from Stephen Christensen | REM000014644 | | | |

DEPOSITION EXHIBIT LISTING

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 25 | PX | 06/03/02 | E-mail to William DeOcampo from Stephen Christensen regarding the subject, "Generals Highway Work" | REM000014642 | | | |
| 26 | PX | 06/04/02 | Daily Log of Construction from Robert Russell 06-04-02 | 005027-28 | | | |
| 27 | PX | 06/05/02 | Daily Log of Construction from Robert Russell 06-05-02 (Also DX 102) | 005032-33 | | | |
| 28 | PX | 06/05/02 | Letter to Terry Lang from Stephen Christensen regarding the subject, "contract modification price to raise parking area" [Also found in DX 89] | 388977-82/ 12 pg ex | | | |
| 28 | PX | 06/06/02 | Daily Log of Construction from Robert Russell of 06-06-02 | 005036-37/ 12 pg. ex | | | |
| 28 | PX | 06/06/02 | E-mail to William DeOcampo from Stephen Christensen regarding the subject,"pricing submittal for Upper Parking Area" | REM000014631/ 12 pg. ex | | | |
| 28 | PX | 06/07/02 | Daily Log of Construction from Loren Mangrum of 06-07-02 | 005040-41/ 12 pg. ex | | | |
| 28 | PX | 06/11/02 | Daily log of Construction from Loren Mangrum of 06-11-02 | 005047-48 | | | |
| 29 | PX | 06/06/02 | Transmittal from Robert Russell to William DeOcampo regarding the subject, "government estimate for raising upper parking lot" | 388986-88 | | | |
| 30 | PX | 06/12/02 | Daily Log of Construction from Robert Russell of 06-12-02 | 005053-54 | | | |
| 31 | PX | 06/17/02 | Daily Log of Construction from Robert Russell of 06-17-02 | 005065-66 | | | |
| 32 | PX | 06/17/02 | Contractor's Quality Control Report of 06-17-02 | 5643 | | | |
| 32 | PX | 06/17/02 | Speed letter to Luke Triplett from Loren Mangrum regarding the subject, "tentative daily work agreement" | 511739-40, | | | |
| 33 | PX | 06/18/02 | Meeting minutes of 06-18-02 | REM000014238-39 | | | |
| 34 | PX | 06/18/02 | E-mails between Rodney Keiscome, William DeOcampo, Terry Lang, and Robert Russell, regarding the subject, "gov't position relative to SEKI-200Q mediation brief" | 389031-32 | | | |
| 35 | PX | 06/19/02 | E-mail to Rodney Keiscome from Stephen Christensen regarding the subject, "CCO upper parking area" | REM000014615 | | | |
| 36 | PX | 06/19/02 | E-mail to William DeOcampo from Stephen Christensen regarding the subject, "Sherman Tree Trail redesign" (Same as PX 195) | REM000014613 | | | |
| 37 | PX | 06/19/02 | E-mail to William DeOcampo from Stephen Christensen regarding the subject, "CCO Upper Sherman Parking" | REM000014612 | | | |
| 38 | PX | 06/21/02 | Daily Log of Construction from Loren Mangrum of 06-21-02 | 005080-81 | | | |
| 39 | PX | 06/22/03 | E-mail to William DeOcampo from Stephen Christensen regarding the subject, "contract mod, upper parking area" | REM000014609 | | | |
| 40 | PX | 05/24/02 | Modification No. 5 justification and memorandum to Contracting Office from Michael Giller | 002071-72 | | | |
| 41 | PX | 06/24/02 | E-mail to William DeOcampo from Stephen Christensen regarding the subject, "status submittals and RFIs" | REM000014604 | | | |
| 42 | PX | 06/27/02 | Letter to Stephen Christensen from Rodney Keiscome regarding the subject, "contracting officer's directive -- raise Upper Sherman parking lot" | 515329-30 | | | |
| 43 | PX | 06/28/02 | Letter to Rodney Keiscome from Stephen Christensen regarding the subject, "contracting officer's directive -- raise the Upper Sherman parking lot" | REM000014597 | | | |
| 44 | PX | 06/28/02 | Letter to Rodney Keiscome from Stephen Christensen regarding the subject, "notification of delay - grading impacts" | REM000014594-95 | | | |
| 45 | PX | 06/28/02 | Letter to Mr. Rodney Keiscome from Stephen Christensen regarding the subject, "NPS' on-site respresentation" | REM000014592-93 | | | |
| 46 | PX | 07/11/02 | Letter to William DeOcampo from Stephen Christensen regarding the subject, "confirmation of direction by NPS for roadway alignment" | REM000014574 | | | |
| 47 | PX | 07/09/02 | Weekly construction meeting minutes for week of 07-09-02. | REM000014221- D014440, REM000011159 | | | |
| 48 | PX | 07/15/02 | Letter to Robert Reinhardt from Loren Mangrum regarding the subject, "walk through on 10 July 2002" (Similar to DX 103) | 508117-21 | | | |
| 49 | PX | 07/15/02 | Contractor's Quality Control Report of 07-15-02 | 5706 | | | |
| 49 | PX | 07/17/02 | Daily Log of Construction from Loren Mangrum of 07-17-02 | 005120-21 | | | |

DEPOSITION EXHIBIT LISTING

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 49 | PX | 07/18/02 | Daily Log of Construction of 07-18-02 | 005122-23 | | | | |
| 49 | PX | 07/23/02 | Daily Log of Construction of 7-23-02 (Also DX No. 93) | 005143-44 | | | | |
| 50 | PX | 07/24/02 | E-mails to Brooke Harris from William DeOcampo and Robert Russell regarding the subject, "draft of Mod 4" with attached draft | 513424-30 | | | | |
| 51 | PX | 07/25/02 | Daily Log of Construction from Loren Mangrum of 07-25-02 | 5147-48 | | | | |
| 52 | PX | 07/25/02 | Daily Log of Construction from Russell Belknap of 07-25-02 | 5137-38 | | | | |
| 53 | PX | 07/26/02 | Daily Log of Construction from Russell Belknap of 07-26-02 | 012554-55 | | | | |
| 54 | PX | 07/26/02 | Remcon Time Card | REM000000536 | | | | |
| 55 | PX | 07/30/02 | E-mail to Michael Giller from William DeOcampo regarding the subject, "additional fill requirement on access road" (Same as PX 327) | 513432 | | | | |
| 56 | PX | 07/23/02 | Meeting minutes of 07-23-02 | REM000014211-014391 | | | | |
| 57 | PX | 07/31/02 | Daily Log of Construction from Russell Belknap of 07-31-02 (see PX 283, 328) | 005164-65 | | | | |
| 58 | PX | 08/01/02 | Speed letter to Robert Reinhardt from Loren Mangrum regarding the subject, "revetment records" | 511803 | | | | |
| 59 | PX | 08/12/02 | E-mail to Loren Mangrum from Jack Vance regarding the subject, "SEKI weekly report, week ending 08-09-02" | 014461-63 | | | | |
| 60 | PX | 08/21/02 | Letter to Michael Giller from Stephen Christensen regarding the subject, "lack of survey control on trail" | 387920 | | | | |
| 61 | PX | 08/23/02 | E-mail to Brooke Harris and Gregg Rock from Loren Mangrum regarding the subject, "NPS and Remcon negotiations and settlement" | 509667 | | | | |
| 62 | PX | 08/28/02 | E-mails between William DeOcampo, Terry lang and Loren Mangrum regarding the subject, "photos" | 514159-60 | | | | |
| 63 | PX | 08/29/02 | Letter to Remcon from Terry Lang regarding the subject, "letter of rejection" | 514222 | | | | |
| 63 | PX | 09/12/02 | E-mails between Russell Belknap, William DeOcampo and Loren Mangrum regarding the subject, "rejection letter for the roadway" | 514221 | | | | |
| 64 | PX | 09/12/02 | Modification No. 4 (Same as PX No 105 and DX No. 22) | 515311-17 | | | | |
| 65 | PX | 09/05/02 | Memorandum to JoAnne Cody and Michael Giller from Loren Mangrum regarding the subject, "physical interference in parking area 36+00 to 48+00" | 510712-13 | | | | |
| 66 | PX | 09/05/02 | E-mail to JoAnne Cody, Michael Giller and Russell Belknap from Jack Vance regarding the subject, "physical interference in parking area 36+00 to 48+00" | 510706 | | | | |
| 67 | PX | 09/10/02 | Daily Log of Construction from Loren Mangrum of 09-10-02 (Same as PX 286) | 5268-69 | | | | |
| 68 | PX | 09/18/02 | Speed letter to Remcon from Jacobs regarding the subject, "rock at access road +/- station 28+50" | REM000013066 | | | | |
| 69 | PX | 09/20/02 | Daily Log of Construction from Loren Mangrum of 09-20-02 | 005298-99 | | | | |
| 70 | PX | 09/25/02 | Transmittal to Robert Reinhardt from Loren Mangurm with transmittal sheet for revised baseline schedule of 08-06-02 | 509296--97 | | | | |
| 71 | PX | 05/15/02 | Document entitled "Sequoia Sherma Tree Parking Project Partnering Workshop Final Report" | REM000010868-91, REM000010805 | | | | |
| 72 | PX | | Videotape | | | | | |
| 73 | PX | | Videotape | | | | | |
| 74 | PX | 09/11/00 | Geotechnical Investigation Report Proposed Sherman Tree Parking and Restoration Sequoia 200Q Sequoia National Park, California | REM000011634-707 | | | | |
| 75 | PX | 07/30/01 | Daily Log of Construction from Robert Russell of 07-30-01 | REM004590-91 | | | | |
| 76 | PX | 08/20/01 | Letter to William DeOcampo from Stephen Christensen regarding the subject, "rock excavation, differing site condition" (Portion found in DX28) | P000013049-56 | | | | |
| 76 | PX | 08/20/02 | Change Order Request | 500120-26 | | | | |

DEPOSITION EXHIBIT LISTING

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 77 | PX | 07/31/01 | Daily Log of Construction from Robert Russell of 07-31-01 | 004594-95 | | | |
| 78 | PX | 02/07/01 | Request for Proposals Page 68 of 125 I.62 Differing Site Conditions | REM000011074 | | | |
| 79 | PX | 07/31/01 | Daily Log of Construction from Robert Russell of 07-31-01 (modified) | 011710-11 | | | |
| 80 | PX | 08/02/01 | Daily Log of Construction from Robert Russell of 08-02-01 | 004602-03 | | | |
| 81 | PX | 08/08/01 | Weekly Field Report for the Week ending August 4 | 6519 | | | |
| 82 | PX | 08/06/01 | Daily Log of Construction from Robert Russell of 8-6-01 | 004612-13 | | | |
| 83 | PX | 08/07/01 | Daily Log of Construction from Robert Russell of 08-07-01 | 004616-17 | | | |
| 84 | PX | 08/08/01 | E-mail to Andrea Gregor from William DeOcampo regarding the subject, "over-runs on 200Q" with handwritten notes (see PX 140) | DHM00002265 | | | |
| 85 | PX | 08/09/01 | E-mail to Mike Giller from Ray Tod regardingProblems at SEKI | 512289 | | | |
| 86 | PX | 08/09/01 | Facsimile to Andrea Lind from William DeOcamp with attached Jacobs Facsimile to William DeOcampo from Robert Russell of 08-08-01 and Memo to Robert Russell from Jeff Northrop [See also PX 141] | DHM000000027-35 | | | |
| 87 | PX | 09/19/01 | E-mail to Ray Todd, William DeOcampo, JoAnne Cody and Robert Russell regarding the subject, "200Q rock" (Same as PX 352) | 514018 | | | |
| 88 | PX | 01/15/02 | Robert Russell's Calendar showing blasting on-site for 2001 (Same as DX No. 24) | 517022-25 | | | |
| 89 | PX | 03/25/02 | Draft memorandum to Contract Files from Contract Specialist regarding the subject, "technical evaluation of request for equitable adjustment" | 515280-88 | | | |
| 90 | PX | 03/28/02 | Letter to Stephen Christensen from William DeOcampo regarding the subject, "response to Remcon's request for equitable adjustment" | REM000015218-19 | | | |
| 91 | PX | 04/03/02 | Letter to William DeOcampo from Stephen Christensen, "responses to Equitable Adjustment" (Also in PX 1) | REM000014663-65 | | | |
| 92 | PX | 05/13/02 | Report from Central Valley Testing re: "Rippability/Blasting information" | REM000019736 | | | |
| 93 | PX | (undated) | Blasting Cost Summary | 517613 | | | |
| 94 | PX | 06/03/02 | E-mail to William DeOcampo from Stephen Christensen regarding the subject, "rock sample from cut" | REM000014643 | | | |
| 95 | PX | 12/16/02 | E-mails between Jack Vance, William DeOcampo, and Michael Giller regarding the subject, "rock ripping requirement" (Same as PX 356) | 509775 | | | |
| 96 | PX | | NPS Standards **OBJECT** | | | | |
| 97 | PX | | NPS Standards **OBJECT** | | | | |
| 98 | PX | 06/24/00 | Sequoia National Park 200Q quantities summary. Draft | 23748 | | | |
| 99 | PX | 07/14/00 | Sequoia National Park 200Q quantities summary. Draft with handwritten comments. (Same as PX 118) | 23730 | | | |
| 100 | PX | 10/24/00 | Sequoia National Park 200Q quantities summary. | 517521-22 | | | |
| 101 | PX | 08/16/01 | Daily Log of Construction from Robert Russell of 08-16-01 | 004643* | | | |
| 102 | PX | 09/19/01 | Facsimile to JoAnn Cody from Robert Russell regarding the subject, "earthwork quantities as reviewed with Remcon in July" | JA00590-91 | | | |
| 103 | PX | 10/29/01 | RFI No. 31 of 10-18-01 with response dated 10-29-01 regarding the subject, "excess excavation" | 514703 | | | |
| 104 | PX | 11/15/01 | E-mails between Ray Todd, Michael Giller and William DeOcampo regarding the subject, "SEKI-200Q excavation quantities" | 512290 | | | |
| 105 | PX | 09/12/02 | Modification No. 4 (Same as PX No 64 and DX No. 105) | 515311-17 | | | |
| 106 | PX | 09/20/04 | Letter to Robert Smith from Mike Giller - Discovery Documents | DHM000000864 | | | |
| 107 | PX | 03/01/00 | Scope of Services Task Order No. 21 NPS Contract No. 1443CX2000-98-018 for A/E design services | 022047-53 | | | |
| 108 | PX | 02/04/00 | Letter to David Pearson from Bruce Haynes regarding the subject, "geotechnical services" | 023022-23 | | | |
| 109 | PX | 01/28/00 | Draft Copy for Review 30% Construction Documents Sheet 1, "Sherman Tree Parking" and Sheet US3, " Upper Sherman Tree Existing Conditions and Demolition" | DHM000004346, DHM000004349 | | | |

DEPOSITION EXHIBIT LISTING

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 110 | PX | 02/18/00 | 30% Construction Documents Sheet 1, "Sherman Tree Parking" and Sheet US3, " Upper Sherman Tree Existing Conditions and Demolition" | DHM000004275, DHM000004278 | | | |
| 111 | PX | 06/02/00 | 50% Construction Documents Sheet 1, "Sherman Tree Parking" and Sheet US3, " Upper Sherman Tree Existing Conditions and Demolition" | DHM000004180, DHM000004183 | | | |
| 112 | PX | 07/13/00 | 50% Construction Documents Sheet 1, "Sherman Tree Parking" and Sheet US5, " Upper Sherman Tree Existing Conditions and Demolition" | DHM000004093, DHM000008 | | | |
| 113 | PX | 08/18/00 | Construction Documents Sheet 1, "Sherman Tree Parking" and Sheet US5, " Upper Sherman Tree Existing Conditions and Demolition" | DHM000003929, 000003938 | | | |
| 114 | PX | 07/05/00 | List prepared by Robert Smith entitled, "Sequoia 200Q Work Tasks and To-Do lists | DHM000001409-12 | | | |
| 115 | PX | 07/31/00 | E-mail to Ray Tuttle from Andrea Gregor regarding the subject, "topo for General's Highway" | 389998 | | | |
| 116 | PX | 08/18/00 | "Sequoia and Kings Canyon National Parks Upper and Lower Sherman Tree Project Specification 75% Review" Martin/Martin (**OBJECT** not consistent document) | 014694,014784 - 91 | | | |
| 117 | PX | 10/24/00 | E-mail to Ray Tuttle from Robert Smith regarding the subject, "SEKI fill" with attached Quantities Summary dated 10-24-00 | 389842-44 | | | |
| 118 | PX | 07/14/00 | Sequoia National Park 200Q quantities summary. Draft with handwritten comments (Same as PX 99). | 23730 | | | |
| 119 | PX | 10/24/00 | Memorandum to Ray Todd from Robert Smith, latest estimates and earthwork quantities. Inclues e-mail to Robert Smith from Ray Tuttle and 10-24-00 Earthwork quantities (Same as PX 277 and part of exhibit 309) | DHM000001803-05 | | | |
| 120 | PX | 10/27/00 | E-mail to Andrea Gregor from Sarah Miller (DHM) and e-mail from Jack Vance regarding the subject, "Wuksachi dirt stockpiled and other 200Q information" | 22769 | | | |
| 121 | PX | 02/07/01 | Contract Specification Section 02831, Boulder Revetment | REM000011381 | | | |
| 122 | PX | 11/01/00 | E-mail to Ray Tuttle from Robert Smith regarding the subject, "Sequoia specs" with attached draft specification -- Utility Trenching and Backfilling (contains handwritten comments) | MM000003921-23 | | | |
| 123 | PX | 02/07/01 | Construction documents sheet G3 -- Contractor Staging and Storage Areas. | 15923 | | | |
| 124 | PX | 02/07/01 | Addendum to Solicitation, Photo 7, Aggregate Base, and Photo 8, Concrete Pieces | REM000010966-67 | | | |
| 125 | PX | 11/01/00 | Draft specification for "Site Excavation and Grading" with handwritten comments/edits | MM000004031-33 | | | |
| 126 | PX | 11/01/00 | Draft specification for "Roadway Excavation and Embankment" with handwritten comments | MM000003903-05 | | | |
| 127 | PX | 02/27/01 | Contract Specifications Section 02305, Explosives; 02310, Site Excavation and Grading; Section 02316, Roadway Excavation and Embankment | 015218-32 | | | |
| 128 | PX | 06/25/01 | E-mail to Dan Savage from Bill Morris regarding the subject, "Sherman Tree construction staking" | REM000014692 | | | |
| 129 | PX | 07/02/01 | E-mails between Andrea Gregor, Joanne Cody and William DeOcampo regarding the subject, "200Q problems" with attached documents regarding schedule of changes | DHM000002287-89 | | | |
| 130 | PX | 07/06/01 | E-mails between Andrea Gregor, Joanne Cody, and Bill Morris regarding the subject, "realignment access road" | DHM000002285-86 | | | |
| 131 | PX | 07/10/01 | Handwritten note by Joanne Cody regarding access road and upper parking lot realignment with attached construction drawings US30, parking lot and grading plan; US30 revised on 7-15-01; US32 Parking lot centerline profile; US14, Access road plan-profile; US14 Access road plan-profile; US13 | JA00433-43 | | | |

DEPOSITION EXHIBIT LISTING

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 132 | PX | 07/25/01 | E-mails to William DeOcampo, Joanne Cody, Jack Vance, Athena Demetry, Ray Todd, William Tweed etc. from Andrea Gregor regarding the subject, "Sequoia trip report" for trip of 7-16 -19 | 514062-68 | | | |
| 133 | PX | 07/25/01 | E-mail to William Morris from Dan Savage regarding the subject, "Sherman Tree upper oarking" | REM000014697 | | | |
| 134 | PX | 07/27/01 | E-mail to William Morris from Andrea Gregor regarding the subject, "Sherman Tree Trail" | REM000014700 | | | |
| 135 | PX | 07/30/01 | E-mail to William Morris from Andrea Gregor regarding the subject, "Sherman Tree Trail" | REM000014703 | | | |
| 136 | PX | 07/31/01 | E-mails between Bill Morris and Dan Savage regarding the subject, "Sherman Tree" | REM000014707 | | | |
| 137 | PX | 07/31/01 | E-mail to William Morris from Andrea Gregor regarding the subject, "Sherman Tree Trail grading sheets" | REM000014708 | | | |
| 138 | PX | 07/31/01 | E-mail to Andrea Gregor grom Bill Morris regarding the subject, "Sherman Tree Trail grading sheets" | REM000014709 | | | |
| 139 | PX | 07/31/01 | E-mail to Bill Morris from Andrea Gregor regarding the subject, "one TP spot grade adjustment" | REM000014710 | | | |
| 140 | PX | 08/08/01 | E-mail to Andrea Gregor from William DeOcampo regarding the subject, "over-runs on 200Q" (See. PX 84) | DHM000002265 | | | |
| 141 | PX | 08/09/01 | Facsimile from Andrea Lind to Ray Tuttle forwarding PX86 | DHM000002238-48 | | | |
| 142 | PX | 08/10/01 | Facsimile to Robert Russell from Andrea Lind regarding the subject, "full size addendum drawings" with attached e-mail to Joanne Cody, Bill Morris, William DeOcampo from Andrea Lind regarding the subject, "update Sequoia 200Q" | DHM000000197-99 | | | |
| 143 | PX | 08/12/01 | E-mail to Bill Morris from Andrea Gregor regarding the subject, "AutoCAD files 200Q addendum" | REM000014718 | | | |
| 144 | PX | 08/12/01 | E-mail to Robert Russell from Andrea Gregor regading the subject, "Update Sequoia 200Q" with attached addundum | 511854-55 | | | |
| 145 | PX | 08/16/01 | E-mails between Joanne Cody, Ray Todd, Andrea Gregor regading the subject, "Update Sequoia 200Q" request for contracting officers directive. Sequoia update site visit report from August 5 - 7, updated autocad files. | 514074-76 | | | |
| 146 | PX | 08/21/01 | Facsimile cover sheet to Andrea Lind from Robert Russell with attached CO No. 4 and 08-20-01 letter (See PX 76) | DHM000000109-122 | | | |
| 147 | PX | 08/24/01 | Transmittal to Jeff Northrop from Robert Russell regarding the subject, "revised drawings received from DHM design 8-23-01" | 500220 | | | |
| 148 | PX | 08/27/01 | E-mail to Bill Morris from Andrea Lind regarding the subject, "latest 200Q drawings" | REM000014721 | | | |
| 149 | PX | 10/11/01 | 200Q Quantities Summary REV 10-11-01, 200Q quantities survey 10-24-00 | REM000023725-27 | | | |
| 150 | PX | 05/18/02 | Memorandum to Joanne Cody from Robert Smith regarding the subject, "SEKI 200Q trip report" | DHM000002147-49 | | | |
| 151 | PX | 5/21/2002 | E-mail from Joanne Cody to Robert Smith regarding the subject, "project delay" | DHM000002145-46 | | | |
| 152 | PX | 5/22/2002 | E-Mail from Robert Smith to William DeOcampo regarding the subject, "SEKI 200Q parking lot and trail plans" | 23920-22 | | | |
| 153 | PX | 5/24/2002 | E-mail from Andrea Lind to Tod Bunker regarding the subject, "revised grading" | MM000000594-95 | | | |
| 154 | PX | 2/9/2000 | Facsimile from Andrea Gregor to Joanne Cody regarding the subject, "cost estimate for SEKI 200Q" (same as Pl. Ex. 276) | MM000001860 | | | |
| 155 | PX | 2/28/2000 | DSC - 30% Const. Document cost estimate for Sequoia National Park, with handwritten changes | 23450-53 | | | |

DEPOSITION EXHIBIT LISTING

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 156 | PX | 2/28/2000 | DSC - 30% Const. Document cost estimate for Sequoia National Park, with handwritten changes | 23632-42 | | | |
| 157 | PX | 6/2/2000 | DSC - Draft 50% Const Document cost estimate for Sequoia National Park with handwritten changes | 23623-31 | | | |
| 158 | PX | 6/12/2000 | DSC - Construction Documents cost estimate for Sequoia National Park with typewritten note | 23600-03 | | | |
| 159 | PX | 8/9/2001 | E-mail from Bruce Haynes to Ray Tuttle regarding the subject, "Class A revised estimate SEKI 200Q" | 389533-41 | | | |
| 160 | PX | 8/18/2000 | DSC Class A Cost estimate 75% Review Submittal SEKI 200Q (See PX 162 with handwriting "the latest" | DHM000001859-62 | | | |
| 161 | PX | 8/16/2000 | Notes, "Items for completion of 100% Construction Documents SEKI 200Q" typewritten with handwriting; Memo of 8-16-00; 75% review submittal with handwritten notes; Class B net construction costs; bid schedule; | DHM000001816-34 | | | |
| 162 | PX | 8/18/2000 | DSC - Class A Cost estimate 75% Review Submittal SEKI 200Q with handwritten notes(See PX 160) | 23570-91 | | | |
| 163 | PX | 8/21/2000 | DSC - Class A Cost estimate 75% Review Submittal SEKI 200Q with handwritten notes | 23619-22 | | | |
| 164 | PX | 10/24/2000 | DSC - Class A Cost estimate 100% Submittal SEKI 200Q (See PX 165) | MM000001328-38 | | | |
| 165 | PX | 10/24/2000 | DSC - Class A Cost estimate 100% Submittal SEKI 200Q with handwritten comments. | 390236-46 | | | |
| 166 | PX | 11/21/2000 | DSC - Class A Cost estimate 100% Submittal SEKI 200Q with handwritten comments. | 23489-504 | | | |
| 167 | PX | 12/13/2000 | Facsimilefrom Tod Bunker to Andrea Gregor regarding the subject, "quantities and cost changes for SEKI" with bid schedule with handwritten changes | 389479-90 | | | |
| 168 | PX | 2/9/2001 | DSC - Class A Cost estimate 100% Submittal SEKI 200Q | 23441-45 | | | |
| 169 | PX | 7/12/2001 | Weekly Field Report for July 12, 2001 | 6515 | | | |
| 170 | PX | 8/1/2001 | Weekly Field Report for August 1, 2001 | 6518 | | | |
| 171 | PX | 8/1/2001 | NPS letter from W DeOcampo to Stephen Christensen regarding the subject, "telecom on 7-31 regarding 'haul misc. material from the park'" | 513754-55 | | | |
| 172 | PX | 6/26/2001 | Daily Log of Construction for 06-26-01 Robert Russell | 11651-52 | | | |
| 173 | PX | 7/2/2001 | Memo from Bob Russell to William DeOcampo regarding the subject, "alignment adjustment SEKI 200Q project" | 388339-40 | | | |
| 174 | PX | 2/7/2001 | Construction Documents Sheet US19, " Access Road Cross Sections" | ---- | | | |
| 175 | PX | 6/27/2001 | Daily Log of Construction from Bob Russell 6-27-01 | 4516-17 | | | |
| 176 | PX | 6/28/2001 | Daily Log of Construction from Bob Russell 06-28-01 | 11647 | | | |
| 177 | PX | 7/3/2001 | Weekly Field Report for week ending 07-29-01 | 6514 | | | |
| 178 | PX | 7/2/2001 | E-mail from William DeOcampo to Joanne Cody, Ray Todd, and Terry Lang regarding the subject, "problems surface concerning alignment at SEKI 200Q" | JA00493-94 | | | |
| 179 | PX | 7/2/2001 | E-mail from Bob Russell to William DeOcampo with attachments regarding the subject, "suggested realignment of access road at SEKI 200Q" | 500289 | | | |
| 180 | PX | 7/2/2001 | Facsimileto William DeOcampo from Bob Russell regarding the subject,"realignment for access road at Sequoia National Park" | JA00489-90 | | | |
| 181 | PX | 7/4/2001 | Note to William DeOcampo from Bob Russell regarding the access road realignment | 500310-11 | | | |
| 182 | PX | 7/9/2001 | E-mail from William DeOcampo to Bob Russell regarding 200Q & SCE | 388364 | | | |
| 183 | PX | 7/9/2001 | Daily Log of Construction from Bob Russell 7-9-01 | 4532-33 | | | |
| 184 | PX | 7/10/2001 | Daily Log of Construction from Bob Russell 7-10-01 | 4536-37 | | | |
| 185 | PX | 7/16/2001 | Daily Log of Construction from Bob Russell 7-16-01 | 4550-51 | | | |

DEPOSITION EXHIBIT LISTING

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 186 | PX | 7/19/2001 | Facsimilefrom Bob Russell to William DeOcampo - attached drawing showing field revision to save tree SEKI | 388392-94 | | | |
| 187 | PX | 7/25/2001 | Weekly Field Report for week ending July 21, 2001 | 6517 | | | |
| 188 | PX | 7/26/2001 | Transmittal from Bob Russell to Jeff Northrop at Remcon regarding the subject, "Sherman Tree Parking revised grades/elevations" | 500392-97 | | | |
| 189 | PX | 8/1/2001 | E-mail from Dan Savage to Bill Morris with attached drawing of upper and lower parking for Sherman Tree Parking | REM000014715 | | | |
| 190 | PX | 4/17/2002 | Memo from Stephen Christensen to William DeOcampo, Terry Lang, Bob Russell regarding the subject, "confirmation of survey data" (Also in PX 1) | REM000014653 | | | |
| 191 | PX | 8/20/2001 | Drawings | 500128-29 | | | |
| 192 | PX | 5/9/2002 | E-mail from Robert Smith to Joanne Cody regarding the subject, "SEKI trail grades" | DHM000000154-56 | | | |
| 193 | PX | 5/22/2002 | E-mail from Robert Smith to William DeOcampo regarding the subject, "SEKI 200Q revised parking lot and trail plans" | DHM000000020-22 | | | |
| 194 | PX | 5/24/2002 | Letter from DHM Design Andrea Lind to Tod Bunker with attached plans and estimate for SEKI parking lot | MM000000592 | | | |
| 195 | PX | 6/19/2002 | E-mail from Stephen Christensen to William DeOcampo regarding the subject, "revised Sherman Tree Trail" (Same as PX 36) | REM000014613 | | | |
| 196 | PX | 6/26/2002 | E-Mail from William DeOcampo to Bob Russell regarding the subject, "mods" (See also PX 236) | 509870 | | | |
| 197 | PX | 8/14/2002 | Letter from Remcon, Luke Triplett to Michael Giller regarding the subject, "request for contract mod, changes to trail design" | 387898-902 | | | |
| 198 | PX | 10/20/2002 | Letter from Remcon, Stephen Christensen to Mike Giller regarding the subject, "impacts of redesign of access road, station 23+00 to 30+00" plus letter entitled "reservation of contractor's rights" | REM000013044-48 | | | |
| 199 | PX | 11/20/2002 | Modification No. 5 (Same as PX 213) | 515331-39 | | | |
| 200 | PX | 2/26/2003 | Letter from Stephen Christensen to William DeOcampo regarding the subject,, "updated trail plans T3A-T10A, second request" | REM000014410 | | | |
| 201 | PX | 6/11/2001 | Transmittal NPS - Schedule with handwritten rejection | 10091 | | | |
| 202 | PX | 6/2/2001 | Letter from Remcon to Bob Russell regarding the subject progress schedule for Sherman Tree Parking SEKI 200Q | REM000014943 | | | |
| 203 | PX | 6/25/2001 | Transmittal NPS - Progress Schedule copies with attached memo of 07-25-01 | 9718-19 | | | |
| 204 | PX | 7/11/2001 | Memo from Adam Schwartzman to Brooke Harris regarding the subject Sherman Tree MS project schedule | 388371-72 | | | |
| 205 | PX | 2/7/2001 | Contract Specification Section 01320 -- Project Schedule and Monthly Inspections | REM000011157-62 | | | |
| 206 | PX | 7/24/2001 | Weekly Meeting # 8 from 07-24-01 with Penrose' handwriting | REM000013011-14 | | | |
| 207 | PX | 12/3/2001 | Transmittal from Remcon Jeff Northrop to William DeOcampo regarding the subject,"project schedule for completion of Sherman Tree parking" (Also in PX No. 1) | REM000014676 | | | |
| 208 | PX | 6/4/2002 | E-mail from Stephen Christensen to William DeOcampo regarding the subject, "project schedule from Remcon" | REM000014641 | | | |
| 209 | PX | 6/19/2001 | E-mail from Stephen Christensen to William DeOcampo regarding the subject, "construction schedule from Remcon" | REM000014614 | | | |
| 210 | PX | 7/24/2001 | Modification No. 1 | REM000016076-80 | | | |
| 211 | PX | 1/28/2001 | Modification No. 2 | REM000016081-85 | | | |
| 212 | PX | 8/20/2002 | Modification No. 3 | REM000016086-90 | | | |
| 213 | PX | 10/18/2002 | Modification No. 5 | 515331-39 | | | |
| 214 | PX | 2/18/2003 | Modification No. 6 | 2012-34 | | | |
| 215 | PX | 5/31/2002 | E-mail from Bob Russell to Brooke Harris regarding the subject "dailies" | JA01268-69 | | | |

DEPOSITION EXHIBIT LISTING

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 216 | PX | 6/24/2002 | E-mail from Rodney Keiscome to William DeOcampo regarding the subject, "contract mod, upper parking area" | 513870-71 | | | |
| 217 | PX | 4/22/2002 | NPS Transmittal - Request for Equitable Adjustment (Revised), with attached REA for Rock Excavation (with handwritten notes and backup) | 515872-89 | | | |
| 218 | PX | 9/12/2001 | E-mail from William DeOcampo to Remcon regarding the subject, "Sequoia Sherman Tree" | 513364 | | | |
| 219 | PX | 5/20/2002 | E-mail from Stephen Christensen to William DeOcampo regarding the subject, "project delay" | REM000014648 | | | |
| 220 | PX | 7/1/2002 | E-mail from Stephen Christensen to William DeOcampo regarding the subject, "standby on grading operations" | REM000014591 | | | |
| 221 | PX | 9/24/2002 | Letter from Remcon regarding the subject, "access road SEKI 200Q" | REM000014509 | | | |
| 222 | PX | 9/24/2002 | Letter from Remcon regarding the subject, "upper parking lot SEKI 200Q" | REM000014510 | | | |
| 223 | PX | 10/4/2000 | Facsimilefrom Joanne Cody to Bob Russell regarding the subject, "angular and sub-angular rock quantities" | 500651-52 | | | |
| 224 | PX | 12/7/2002 | Facsimileand mail letter from Remcon to Rodney Keiscome regarding the subject "potential claim - failure to provide Remcon with boulders for Boulder Revetment" | 388254 | | | |
| 225 | PX | 6/21/2002 | Letter from Remcon to William DeOcampo regarding the subject, "submittals to Denver with my reply" | REM000014610 | | | |
| 226 | PX | 7/8/2002 | Letter from Remcon to William DeOcampo regarding the subject, "copies of unanswered RFI's" | REM000014585 | | | |
| 227 | PX | 7/20/2003 | Updated RFI Logs for Sequioa National Park Sherman Tree Parking | 7230-32 | | | |
| 228 | PX | 12/4/2002 | Letter from Remcon to Rodney Keiscome regarding the subject, "notice of claim, failure to follow payment terms of contract specifications for Dry Laid Stone Wall" | 514317-18 | | | |
| 229 | PX | 12/7/2002 | Letter from Remcon to Rodney Keiscome regarding the subject, "notice of claim, failure to follow payment terms of contract for Boulder Revetment" | 388259-60 | | | |
| 230 | PX | 12/9/2002 | Letter from Remcon to Rodney Keiscome regarding the subject, "notice of claim, failure to follow payment terms of contract for Aggregate Base and Asphalt Concrete Pavement" | 388210-12 | | | |
| 231 | PX | 3/6/2003 | Contract Invoice, estimate no. 14 | REM000016578-88 | | | |
| 232 | PX | 3/12/2003 | Letter from Michael Schoenfeld to Rodney Keiscome regarding Remediation Constructors closing of contract with NPS | — | | | |
| 233 | PX | 4/1/2003 | Letter from Rodney Keiscome to Stephen Christensen regarding the subject, "Modification No. 7" | — | | | |
| 234 | PX | 4/16/2001 | NPS Memorandum to DSC Contract Files from Rodney Keiscome regarding the subject, "determination and findings for prospective contractor responsibility" | 518465 | | | |
| 235 | PX | 4/23/2001 | E-mail from Jack Vance to Ray Todd regarding the subject, "source selection materials" (Same as PX 347) | 512253 | | | |
| 236 | PX | 6/26/2002 | E-mail from William DeOcampo to Bob Russell regarding the subject "mods" (See also PX 196) | 513393 | | | |
| 237 | PX | 5/1/2002 | E-mail from Rodney Keiscome to Dan Wenk regarding the subject, "200Q & 200P contract issues left over from 2001" | 513860-64 | | | |
| 238 | PX | (undated) | Modification Report from Remcon | — | | | |
| 239 | PX | 8/29/2002 | E-mail from Mike Giller to Rodney Keiscome regarding the subject, "fund request PW-02-238 SEKI 200Q | 514192-93 | | | |
| 240 | PX | 3/30/2003 | Modification No. 7 | REM000016119-24 | | | |
| 241 | PX | 5/9/2001 | NPS Letter from Rodney Keiscome to Remcon, Stephen Christensen regarding the subject, "notice of contract award for SEKI 200Q project" | — | | | |

DEPOSITION EXHIBIT LISTING

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 242 | PX | 8/13/2003 | NPS Letter from Rodney Keiscome to Remcon, Stephen Christensen regarding the subject, "notice of termination for default" | ---- | | | |
| 243 | PX | 4/16/2003 | E-mail from Rodney Keiscome to Dan Wenk regarding the subject, "termination for convenience" | no bates | | | |
| 244 | PX | Undated | Sections from the Federal Acquisition Regulations: 1.601, 1.602, 1.603 | ---- | | | |
| 245 | PX | 6/24/1992 | Procurement professionalism program policy | 513033-36 | | | |
| 246 | PX | 10/27/2000 | Contracting officers warrant | ---- | | | |
| 247 | PX | 2/11/1997 | Department of the Interior contracting officers warrant manual | ---- | | | |
| 248 | PX | Undated | DOI - Contracting officers warrant system manual | ---- | | | |
| 249 | PX | 6/28/2003 | Letter from Remcon to Rodney Keiscome regarding the subject, "certified claim of Remcon arising from work performed to date" | ---- | | | |
| 250 | PX | 12/15/2000 | Memo from Associate Director to Director, NPS | 19689-90 | | | |
| 251 | PX | 3/29/2001 | Spreadsheet: Government estimate, Remcon's bid, Remcon's revised bid (See Ex. 252) | 19794-97 | | | |
| 252 | PX | 3/29/2001 | Spreadsheet: Government estimate, Remcon's bid, percent difference (See ex. 251) | 19798-801 | | | |
| 253 | PX | 8-00-95 | Guideline for preparation of construction drawings | ---- | | | |
| 254 | PX | 7/7/2000 | Document regarding the subject, "construction schedule" for SEKI 200Q | 22779-80 | | | |
| 255 | PX | 3/25/2002 | E-mail from Rodney Keiscome to Terry Lang regarding the subject, "postpone 3-27 Meeting" | 514086 | | | |
| 256 | PX | Undated | Spreadsheet regarding the subject, "SEKI 200Q blasting costs" | 500099-107 | | | |
| 257 | PX | Undated | Memorandum from William DeOcampo to Stephen Christensen regarding the subject, "change order request #4 rock excavation, drilling, & shooting" (see also Ex. 317) | 513355 | | | |
| 258 | PX | 12/16/2002 | E-mail from William DeOcampo to Mike Giller regarding the subject, "rock ripping requirement" (Same as P.Ex 355). | 513346 | | | |
| 259 | PX | 6/24/2000 | Report on "project SEKI 200Q quantities summary" and attached sheets | 389510-18 | | | |
| 260 | PX | 7/10/2001 | Minutes from weekly meeting for 7-10-01 | 6411 | | | |
| 261 | PX | 5/29/2002 | E-mail from William DeOcampo to Stephen Christensen regarding the subject, "Sherman Tree Trail drawings" | 513374 | | | |
| 262 | PX | 6/3/2002 | E-mail from William DeOcampo to Stephen Christensen regarding the subject, "Sherman Tree Trail design" | 513376 | | | |
| 263 | PX | 9/17/2002 | E-mail from Mike Giller to Rodney Keiscome regarding the subject, "SEKI 200Q action items" | 514246 | | | |
| 264 | PX | 10/30/2000 | Transmittal from DHM Design to Joanne Cody sending 2 copies of US30 | DHM000001278-79 | | | |
| 265 | PX | 2/28/2005 | Memorandum from Rodney Keiscome to Joanne Cody regarding the subject, "appointment - contracting officer's representative" | ---- | | | |
| 266 | PX | 7/9/2001 | Remcon's time card for 07-09-01 | REM000000009 | | | |
| 267 | PX | 7/10/2001 | Remcon's time card for 07-10-01 | REM000000011 | | | |
| 268 | PX | 10/16/2001 | Facsimile from Andrea Lind to Joanne Cody regarding the subject, "revetment" | DHM000001174-89 | | | |
| 269 | PX | 8/1/2002 | Construction drawing-- US9, access road plan-profile with attached speed letters of 09-24-02; 08-01-02 and 12-10-02 **DEFENDANT OBJECTS** | ---- | | | |
| 270 | PX | 5/21/2002 | E-mail from Robert Smith to Joanne Cody regarding the subject, "project delay" | DHM000000025 | | | |
| 271 | PX | 6/28/2002 | E-mail from William DeOcampo to Joanne Cody regarding the subject, "electronic survey data" | 513407 | | | |
| 272 | PX | 9/10/2002 | E-mail from Mike Giller to Joanne Cody regarding the subject, "road re-engineering SEKI 200Q" (Same as PX 287, 332) | 510634 | | | |
| 273 | PX | 8/13/2001 | Telephone conversation record from Martin/Martin regarding the subject, "rock excavation issues" (Same as PX 313) | MM000000713 | | | |

DEPOSITION EXHIBIT LISTING

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 274 | PX | 6/10/2002 | Memorandum from Robert Smith to Joanne Cody regarding the subject, "Remcon mediation paper SEKI 200Q" | DHM000002108-10 | | | |
| 275 | PX | 2/7/2001 | Contract Specification Section 02725 -- Aggregate Base Course (not full specification section) | REM000011330 | | | |
| 276 | PX | 2/9/2000 | Facsimile from Andrea Gregor to Joanne Cody regarding the subject, "cost estimate for SEKI 200Q" (same as Pl. Ex. 154) | MM000001860-64 | | | |
| 277 | PX | 10/24/2000 | Memorandum from Robert Smith to Ray Todd regarding estimates and earthwork quantities for SEKI 200Q (Same as PX 119, Also part of Ex. 309) | DHM000001803-15 | | | |
| 278 | PX | 10/8/2002 | Letter from Michael Giller to Remcon regarding the subject, "prosecution and completion work" | 510469 | | | |
| 279 | PX | 8/21/2002 | Letter copy from Remcon to Michael Giller regarding the subject, "status contract change order for trail modification" | REM000014547 | | | |
| 280 | PX | 8/21/2002 | Letter copy from Remcon to Mike Giller regarding the subject, "concerns over lack of survey control on trail" | REM000014546 | | | |
| 281 | PX | 2/7/2001 | Specification Section 01110 -- Summary of Work | REM000011148 | | | |
| 282 | PX | 2/7/2001 | Specification Section 02725 -- Aggregate Base Course | ---- | | | |
| 283 | PX | 7/31/2002 | Daily log of construction from Russell Belknap of 07-31-02 (See PX 57, 328) | 5164-65 | | | |
| 284 | PX | 8/29/2002 | Letter from Mike Giller to Remcon regarding the subject, "layout clarification of T7,T8,T7A T8A" | 387931 | | | |
| 285 | PX | 8/29/2002 | Letter from Terry Lang to Remcon regarding the subject, "letter of rejection" | 514222/21 | | | |
| 286 | PX | 9/10/2002 | Daily log of construction by Loren Mangrum of 9-10-02 (Same as PX 67). | 5268-69 | | | |
| 287 | PX | 9/10/2002 | E-mail from Mike Giller to Joanne Cody regarding the subject, "SEKI 200Q road re-engineering" (Same as PX 67, 33) | 510634 | | | |
| 288 | PX | 9/17/2002 | Letter from Remcon to Mike Giller regarding the subject, "clarification of Sherman Tree Trail design" | REM000014517 | | | |
| 289 | PX | 9/17/2002 | E-mail from Mike Giller to Rodney Keiscome regarding the subject, "action items for SEKI 200Q" | 514246 | | | |
| 290 | PX | 9/18/2002 | Daily log of construction from Russell Belknap 9-18-02 | 5290-91 | | | |
| 291 | PX | 9/20/2002 | Daily log of construction from Russell Belknap 9-20-02 (Same as PX 325) | 5298-99 | | | |
| 292 | PX | 7/11/2001 | Memo from Bob Russell regarding adjusted access road alignment | ---- | | | |
| 293 | PX | 4/1/2002 | Letter from William DeOcampo regarding the subject, "response to Remcon's request for equitable adjustment" | ---- | | | |
| 294 | PX | 6/19/2002 | missing - CCO upper Sherman | ---- | | | |
| 295 | PX | 7/22/2002 | Letter from Rodney Keiscome to Stephen Christensen regarding the subject, "contracting officer's directive-raise upper sherman parking lot" | ---- | | | |
| 296 | PX | 8/1/2002 | Letter from Stephen Christensen to Mike Giller regarding the subject, "monthly progress billing ending July 02" | REM000014565 | | | |
| 297 | PX | 8/21/2002 | Letter from Stephen Christensen to Mike Giller regarding "July monthly progress payment" | REM000014545 | | | |
| 298 | PX | 9/3/2002 | E-mail from Mike Giller to Russell Belknap regarding "quantity for Rock Ex of boulders" (See PX 323) | 510718 | | | |
| 299 | PX | 11/19/2002 | Letter from Mike Giller to Remcon regarding the subject, "pay estimate quantity corrections" | 388105 | | | |
| 300 | PX | 12/2/2002 | E-mail from Rodney Keiscome to Mike Giller regarding the subject, "misrepresentation of pay estimate" | 514301 | | | |
| 301 | PX | 12/13/2002 | Transmittal from Loren Mangrum to Mike Giller regarding the subject, "Remcon billing - November & December" | JA01823 | | | |

DEPOSITION EXHIBIT LISTING

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 302 | PX | 4/2/2003 | Letter from Rodney Keiscome to Stephen Christensen regarding the subject, "pay estimate No. 14 quantity corrections" | 514424 | | | |
| 303 | PX | 6/30/2003 | Letter from Remcon to Rodney Keiscome regarding the subject, "response to NPS's pay estimate 14 quantity corrections letter" | 387283 | | | |
| 304 | PX | 11/19/2002 | Letter from Remcon to Rodney Keiscome regarding the subject, "failure to issue prompt payment" | ---- | | | |
| 305 | PX | 12/7/2002 | Letter from Remcon to Rodney Keiscome regarding the subject, "notice of potential claim, failure to provide Remcon with boulders" | ---- | | | |
| 306 | PX | 3/17/2003 | Letter from Remcon to Rodney Keiscome regarding the subject, "notice of potential claim, failure to provide aggregate base" | ---- | | | |
| 307 | PX | 3/25/2003 | Letter from Remcon to Rodney Keiscome regarding the subject, "notice of claim, failure to provide aggregate base" | ---- | | | |
| 308 | PX | 5/2/2003 | Letter from William Morris regarding the subject, "time log of events, Sherman Tree Parking" | ---- | | | |
| 309 | PX | 10/24/2000 | Memorandum from Robert Smith to Ray Todd regarding the subject, "SEKI estimates and earthwork qualtities for review" (attached is same as PX 277 and 119) | 23510 | | | |
| 310 | PX | 6/18/2001 | Letter from William DeOcampo to Remcon regarding the subject, "preconstruction conference minutes" with attached pre-construction conference subjects | REM000009760 | | | |
| 311 | PX | 7/16/2001 | Weekly Meeting Minutes #7 7-16-01 | 6415 | | | |
| 312 | PX | ---- | Letter from Ray Todd to Remcon regarding the subject, "temporary access road" | 512261 | | | |
| 313 | PX | 8/13/2001 | Telephone Conversation Record from Martin/Martin Consulting Eng. -Rock Excavation Issues (Same as PX 273) | MM000000713 | | | |
| 314 | PX | 8/11/2003 | Weekly Field Report for week ending August 18, 2001 | 517216 | | | |
| 315 | PX | 8/27/2001 | E-mail from Ray Todd to William DeOcampo regarding the subject, "SEKI schedule & inspection" | 514078 | | | |
| 316 | PX | 4/1/2003 | E-mail from Ray Todd to William DeOcampo regarding the subject, "rock excavation" | 513351 | | | |
| 317 | PX | 4/28/2003 | E-mail from Ray Todd to William DeOcampo regarding the subject, "rock excavation" (see also Ex. 317) | 512296 | | | |
| 318 | PX | 1/22/2002 | E-mail from Ray Todd to Rodney Keiscome regarding the subject, "SEKI meeting 1-23-02" (Same as PX 320) | 512266 | | | |
| 319 | PX | 9/25/2003 | E-mail from Ray Todd to Mike Giller regarding the subject, "info about constructability" | 512291 | | | |
| 320 | PX | 1/22/2005 | Notice of Deposition | | | | |
| 321 | PX | 7/23/2002 | Daily Log of Construction from Russell Belknap 7-23-02 | 5130 | | | |
| 322 | PX | 7/25/2002 | Daily Log of Construction from Russell Belknap 7-25-02 | 5147 | | | |
| 323 | PX | 9/3/2002 | E-mail from Mike Giller to Russell Belknap regarding the subject, "quantity for rock ex of boulders" with post-it note copied (See PX 298) | 510718 | | | |
| 324 | PX | 7/25/2002 | Daily Log of Construction from Russell Belknap 7-25-02 | 12552 | | | |
| 325 | PX | 9/20/2002 | Daily Log of Construction from Russell Belknap 9-20-02 (Same as PX 291) | 5298 | | | |
| 326 | PX | 7/26/2002 | Daily Log of Construction from Russell Belknap 7-26-02 | 12554 | | | |
| 327 | PX | 7/30/2002 | E-mail from William DeOcampo to Mike Giller regarding the subject, "additional fill requirement on access road" (Same as PX 55) | 513432 | | | |
| 328 | PX | 7/31/2002 | Daily Log of Construction from Russell Belknap 7031092 (See PX 283, 328). | 5164 | | | |
| 329 | PX | 9/6/2002 | Conference call with Russell, Loren, Luke and Terry | REM000014531 | | | |
| 330 | PX | 8/1/2002 | Layout Plan - SEKI 200Q | ---- | | | |
| 331 | PX | 9/6/2002 | E-mail from Russell Belknap to Bill Morris - attachment | 510692 | | | |

DEPOSITION EXHIBIT LISTING

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 332 | PX | 9/10/2002 | E-mail from Mike Giller to Joanne Cody regarding the subject road re-engineering completion (Same as PX 67, 287) | 510634 | | | |
| 333 | PX | 9/10/2002 | E-mail from Russell Belknap to William Morris regarding the subject, "supers" | 510632 | | | |
| 334 | PX | 9/12/2002 | E-mail from William DeOcampo to Russell Belknap regarding the subject, "rejection letter for roadway" | 509505 | | | |
| 335 | PX | 9/18/2002 | Daily Log of Construction from Russell Belknap 9-18-02 | 5290 | | | |
| 336 | PX | 10/23/2002 | Letter from Remcon to Mike Giller regarding the subject, "asphalt paving issues, letter from Garcia Paving" | 388064 | | | |
| 337 | PX | 7/9/2003 | E-mail from Russell Belknap to William DeOcampo regarding the subject, "speed letter log 7-9-03" | 518995 | | | |
| 338 | PX | 7/9/2003 | E-mail from Russell Belknap to William DeOcampo regarding the subject, "outstanding RFI's" | 509809 | | | |
| 339 | PX | 7/9/2003 | E-mail from Russell Belknap to William DeOcampo regarding "roles & responsibilities" | 511119 | | | |
| 340 | PX | 7/14/2003 | E-mail from Pankaj Jagtap to Russell Belknap regarding the subject, "roles & responsibilities matrix" | JA00698 | | | |
| 341 | PX | 2/7/2001 | Contract Specification 02230- Logging, Clearing and Grubbing (Also DX126) | DHM000002768 | | | |
| 342 | PX | 6/1/2001 | Daily Log of Construction - Remcon 6-1-01 | ---- | | | |
| 343 | PX | 2/27/2001 | Contract Drawing, US1-US14, Existing Conditions & Demolition; Access Road Plan/Profile | ---- | | | |
| 344 | PX | 2/27/2001 | Contract Drawings, US9-US14 Access Road Plan/Profile | ---- | | | |
| 345 | PX | 10/17/2002 | Memorandum from Athena Demetry to Loren Mangrum regarding the subject, "mitigation of tree damage & topsoil shortage" | 513487 | | | |
| 346 | PX | 6/7/2001 | NPS Plant condition inventory | ---- | | | |
| 347 | PX | 4/23/2001 | E-mail from Jack Vance to Ray Todd regarding the subject, "source selection materials" (Same as PX 235) | 512253 | | | |
| 348 | PX | Undated | Memo to Jack Vance from Jeff Northrop regarding the subject proposal for temporary access road | REM000014933 | | | |
| 349 | PX | 8/29/2001 | E-mail from Jack Vance to Ray Todd regarding the subject,"substitution of key personnel - project superintendent SEKI 200Q" | 514019 | | | |
| 350 | PX | 9/17/2001 | E-mail from Jack Vance to William DeOcampo regarding the subject, "contract overruns" | 388574 | | | |
| 351 | PX | 12/12/2002 | E-mail from Brooke Harris to Pankaj Jagtap regarding the subject, "Remcon material to be sent to Cypress" | JA00957 | | | |
| 352 | PX | 9/19/2001 | E-mail from Jack Vance to Ray Todd regarding the subject,"SEKI 200Q rock" (Same as PX 87). | 514018 | | | |
| 353 | PX | 5/29/2002 | E-mail from William DeOcampo to Jack Vance regarding the subject, "excess material from 200Q" | 513375 | | | |
| 354 | PX | 8/20/2002 | Letter to Jack Vance from NPS regarding the subject, "project supervisor appointment" | 387933 | | | |
| 355 | PX | 12/16/2002 | E-mail from William DeOcampo to Mike Giller regarding the subject, "rock ripping requirement" (same as PX 258). | 513346 | | | |
| 356 | PX | 12/17/2002 | E-mail from Jack Vance to William DeOcampo regarding the subject, "rock ripping requirement" (PX 95). | 509775 | | | |
| 357 | PX | 05/13/02 | Central Valley Testing Letter | REM000019736 | | | |
| 358 | PX | undated | Caterpiller Perf. Handbook | | | | |
| 359 | PX | 02/07/01 | NPS Project Specifications (Same as DX 144) | | | | |
| 360 | PX | 02/07/01 | NPS Project Plans **OBJECT: HAVE NOT SEEN AS-BUILT/ BATES?** | | | | |
| 361 | PX | undated | GAIC Payment Schedule | | | | |
| 362 | PX | 07/27/05 | Report of Thomas Lloyd and Exhibits P1 - P27 | | | | |

DEPOSITION EXHIBIT LISTING

| Exhibit | P/D | Date | Description | Bates | | | |
|---|---|---|---|---|---|---|---|
| 1 | DX | 10/20/03 | Complaint for Breach of Contract and Damages | 1 - 4, no bates | | | |
| 2 | DX | 03/26/01 | Resume of Stephen B. Christensen (from proposal) | REM000017109-10 | | | |
| 3 | DX | 03/26/01 | Letter to Selection Board from Mr. Christensen dated 3-26-01 regarding the subject, "SEKI-200Q" and attachments entitled "management approach," "resources," and "organizational chart" | REM000016847, 16900-02,17099-101, 17105-06 | | | |
| 4 | DX | 04/12/01 | Letter to Mr. Christensen from United States Department of the Interior regading the subject, "Competitive Range Determination and Request for Final Proposal Revisions" | 388293-99 | | | |
| 5 | DX | 08/20/01 | Transmittal to National Park Service with letter to William DeOcampo from Stephen Christensen regarding the subject, "substitiution of project superintendent" | 388545-48 | | | |
| 6 | DX | 08/27/01 | E-mail to Joanne Cody, Scott M. Ruesch, and Jack Vance from Ray Todd regarding the subject, "SEKI-200 substitiution of key personnel - project superitntendent" | 388544 | | | |
| 7 | DX | 02/07/01 | Contract Specification Section 01720 -- Field Engineering | (get bates) | | | |
| 8 | DX | 05/29/01 | Remcon Long Form Standard Subcontract with Guiliani & Kull | REM000004287-302 | | | |
| 9 | DX | 07/03/01 | Handwritten note to William DeOcampto by Robert Russell, "Received from Surveyors," with attached facsimile from G&K of 07-02-01 with attached cut sheets. | 388342-53 | | | |
| 10 | DX | 07/25/01 | Transmittal to Remcon from William DeOcampo with attached document, "comments concerning Transmittal No. 24, Progress Schedule" | 009718-19 | | | |
| 11 | DX | 02/07/01 | Contract Specification Section 02725 -- Aggregate Base Course | (no bates) | | | |
| 12 | DX | 02/07/01 | Construction Documents Sheet L7, " Road and Walk Sections" | (no bates) | | | |
| 13 | DX | 03/29/01 | Remcon's Bid Estimate for NPS Sequoia Sherman Tree Parking | REM000010898-953 | | | |
| 14 | DX | 02/07/01 | Contract Specification Section 01770 -- Project Closeout | (no bates) | | | |
| 15 | DX | 08/20/01 | Transmittal to Jeff Northrop from Robert Russell regarding the subject, "NPS Guidelines for preparation of "AS BUILT" Drawings" | 388521 | | | |
| 16 | DX | 09/17/01 | E-mail between Robert Russell, Jack Vance and Joanne Cody regarding the subject, "contract overruns" forwarding a message from Stephen Christensen to William DeOcampo regarding the same subject | 388574--77 | | | |
| 17 | DX | 09/17/01 | E-mails between William DeOcampo, Ray Todd, Jack Vance, Terry Lang and Stephen Christensen regarding the subject, "contract overruns" | (no bates) 6 pages | | | |
| 18 | DX | 05/09/01 | Notice of Award Contract No. 1443C8000010903 | (no bates) 22 pgs | | | |
| 19 | DX | 09/20/01 | Memorandum to William DeOcampo from Stephen Christensen regarding the subject, "Sherman Tree Parking Project" with attached back-up for the "off-haul from the park" pay item. | (no bates) 12 pgs. | | | |
| 20 | DX | 08/21/02 | Modification No. 3 | (no bates) 5 pgs. | | | |
| 21 | DX | 06/28/03 | Portion of Certified Claim of Remcon | 000002, 04-22 | | | |
| 22 | DX | 09/12/02 | Modification No. 4 (Same as PX Nos 105 and 64) | (no bates) See PX 64 | | | |
| 23 | DX | 03/28/02 | Request for Equitable Adjustment for Rock Excavation | 66209-17 | | | |
| 23 | DX | 03/28/02 | Letter to William DeOcampo from Stephen Christensen regarding the subject, "revised rock excavation costs" | 006209-23 | | | |
| 24 | DX | 01/15/02 | Calendar for blasting | 517029-32 | | | |
| 25 | DX | 07/30/01 | Daily Log of Construction from Robert Russell of 07-30-01 (same as PX No. 75) | (no bates) *P004590-91 | | | |
| 26 | DX | 08/08/01 | Memo to Robert Russell from Jeff Northrop with attached blasting and drill logs (Part of PX 86) | (no bates) *DHM000000029-35 | | | |
| 27 | DX | 02/02/01 | Contract Specification Section 02310, Site Excavation and Grading (also Part of PX No. 127) | (no bates) | | | |

DEPOSITION EXHIBIT LISTING

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 28 | DX | 08/20/01 | Change Order Request No. 4 regarding "rock excavation, drilling and shooting" (found in DX 76) | 107 | | | |
| 29 | DX | 08/20/01 | Letter to William DeOcampo from Stephen Christensen regarding the subject, "rock excavation, differing site condition" (found in DX 76) | 000108-115 | | | |
| 30 | DX | 08/08/01 | Handwritten notes from Stephen Christensen regarding blasting | REM000007888-89 | | | |
| 31 | DX | 03/04/03 | Letter to Rodney Keiscome from Stephen Christensen regarding the subject, "contract modification no. 6" | (no bates) | | | |
| 32 | DX | (undated) | Chart entitled "Sherman Tree parking Project Rock Excavation 2001" | 000596-97 | | | |
| 33 | DX | 10/16/01 | Series of documents on 10-16-01 including, Daily Log of Construction (Robert Russell), Daily Log of Construction (Ray Todd), Contractor's Quality Control Daily Report, California Drilling & Blasting Drilling Log, Payroll, Daily Extra Work Report Summary | (no bates) 25 pgs. | | | |
| 34 | DX | 10/23/01 | California Drilling & Blasting Co, Inc. Invoices | REM000002409-12, last pg. no bates | | | |
| 35 | DX | 09/13/01 | Pay Estimate Nos. 4-13 for period July 28, 2001 through August 31, 2001 (incomplete) (DX 122 is Pay Est. No. 4) | (no bates) 2 pgs. (incomplete) | | | |
| 36 | DX | 05/30/02 | Letter to William DeOcampo from Tina Erikson regarding the subject, "lawsuit-California Drilling & Blasting" | (no bates) 13 pages | | | |
| 37 | DX | 08/07/01 | Letter to Subcontractor from Stephen Christensen with California Drilling & Blasting subcontract | P000002058-2077 | | | |
| 38 | DX | 07/24/03 | Letter to Stephen Christensen from Rodney Keiscome regarding the subject, "cure notice" | (no bates) | | | |
| 39 | DX | 07/31/03 | Letter to Rodney Keiscome from Stephen Christensen regarding the subject, "notice to cure, request for time extension" | (no bates) | | | |
| 40 | DX | 08/04/03 | Letter to Stephen Christensen from Rodney Keiscome regarding the subject, "cure notice extension" | (no bates) | | | |
| 41 | DX | 08/11/03 | Letter to Stephen Christensen from Rodney Keiscome regarding the subject, "notice to cure, response from Great American Insurance Company" | (no bates) | | | |
| 42 | DX | 03/27/01 | Letter to Stephen Christensen from Califonia Drilling & Blasting, Inc. regarding the subject, "drill and blast quotation" | REM000017525-30 | | | |
| 43 | DX | 07/12/02 | Handwritten notes from Michael Kitchell regarding work on Sherman Tree access road | REM000017820-25 | | | |
| 44 | DX | 08/30/02 | Handwritten notes and typed notes by Michael Kitchell regarding the subject, "access road approximate stations for crowns and super along access road" [Date Appx.] | REM000020737-38 | | | |
| 45 | DX | 08/14/02 | Daily Log of Construction by Loren Mangrum of 08-14-02 | | | | |
| 46 | DX | 08/00/02 | Handwritten note to Loren Mangrum from Robert Reinhardt regarding the subject of contaminated base material on the access road [Date appx.] | REM000013243 | | | |
| 47 | DX | 08/21/02 | Daily Log of Construction from Loren Mangrum of 08-21-02 | (no bates) | | | |
| 48 | DX | 09/17/02 | Daily Log of Construction from Russell Belknap of 09-17-02 | (no bates) | | | |
| 49 | DX | 08/13/02 | Weekly Meeting for Week of 08-13-02 (had handwritten notes) | P000014199-201 | | | |
| 50 | DX | 07/22/02 | Handwritten notes from Michael Kitchell regarding work on Sherman Tree access road (back side to pages copied in Ex. 43) | (no bates) 2 pgs. (incomplete) | | | |
| 51 | DX | 08/01/02 | Handwritten notes from Michael Kitchell regarding work on Sherman Tree access road (addl. Pages to Ex. 43) | (no bates) 6 pgs. | | | |
| 52 | DX | 07/09/01 | Daily Log of Construction from Robert Russell of 07-09-01 | (no bates) | | | |
| 53 | DX | 08/29/01 | Handwritten note regarding meeting | REM000013312-14 | | | |
| 54 | DX | 02/07/01 | Contract Specification Section 01320, Project Schedule and Monthly Inspections | (no bates) 12 pages | | | |
| 55 | DX | 10/11/01 | Letter to William DeOcampo from Jeff Northrop regarding the subject, "project schedule" | 500680 | | | |