DEPOSITION EXHIBIT LISTING

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 56 | DX | 02/07/01 | Contract Specification Section 02316, Roadway Excavation and Embankment (also see PX No. 127) | (no bates) | | | |
| 57 | DX | 10/20/01 | Facsimile to Stephen Christensen from Jeff Northrop with attached typed notes (from J. Northrop) and handwritten notes from Stephen Christensen | REM000021928-31 | | | |
| 58 | DX | 08/07/01 | Weeklt Minutes #11 with handwritten notes (from L. Triplett) | REM000013003-06 | | | |
| 59 | DX | 10/18/01 | RFI No. 31 of 10-18-01 and response. | 514703 | | | |
| 60 | DX | 09/07/01 | Letter to Mr. Stephen Christensen from Jeff Northrop regarding revised rate sheet for California Drilling & Blasting | REM000007641 | | | |
| 61 | DX | 09/14/01 | Facsimile to Todd from California Drilling and Blasting from Jeff Northrop regarding, "NPS billing" (one page does not belong, but was next in sequenced pages). | REM000007899-7905 | | | |
| 62 | DX | 12/06/01 | Letter to Jeff Northrop from Floyd Clark, California Drilling & Blasting, regarding the subject billing for mass excavation on time and materials basis | REM000002019-21 | | | |
| 63 | DX | 10/23/01 | California Drilling & Blasting Co invoices | REM000002409-12 | | | |
| 64 | DX | 12/19/01 | Letter to William McCardle from Jeff Northrop regarding itemizing costs | REM000007650 | | | |
| 65 | DX | 11/07/01 | Jeff Northrop's Daily Worksheet: Daily diary from 10-24-01 - 12-06-01 | REM000013315-31 | | | |
| 66 | DX | 10/05/01 | Handwritten Memo to Tina Erikson from Jeff Northrop regarding the subject, "estimates for pay items for September, 2001" | REM000013153 | | | |
| 67 | DX | 03/26/01 | Resume of Mark Penrose (from proposal) | REM000017116 | | | |
| 68 | DX | 07/09/01 | Letter to William DeOcampo from Stephen Christensen regarding the subject, "pre-construction conference minutes" (Same at PX 310) | 388373-91 | | | |
| 69 | DX | 07/01/01 | Daily Log of Construction | | | | |
| 70 | DX | (undated) | Handwritten notes by Mark Penrose | REM000010135 | | | |
| 71 | DX | 08/07/02 | Daily Log of Construction of 08-07-02 | (no bates) 2 pgs. | | | |
| 72 | DX | 07/16/01 | Daily Log of Construction by Robert Russell of 07-16-01 | (no bates) 2 pgs. | | | |
| 73 | DX | 07/16/01 | Meeting Minutes #7 with handwritten notes from Mark Penrose | REM0000131015-16 | | | |
| 74 | DX | 06/14/02 | Daily Log of Construction by Robert Russell of 06-14-02 | (no bates) 2 pgs. | | | |
| 75 | DX | 10/23/01 | Handwritten document by Mark Penrose regarding blasting, date, location | REM000007890 | | | |
| 76 | DX | 07/31/01 | Request for Information No. 10 regarding the subject, "electrical and water trench conflicts" | REM000019623-27 | | | |
| 77 | DX | 05/21/02 | E-mail to William DeOcampo from Stephen Christensen regarding the subject, "project delay," (05-20-02) forwarded to Robert Smith by Joanne Cody [See PX 10 and 11] | DHM000000025, D388922 | | | |
| 77 | DX | 05/24/02 | E-mail to William DeOcampo from Stephen Christensen regarding the subject, "standby costs" (05-22-02) with E-mail to Stephen Christensen by Rodney Keiscome regarding the subject, "standby costs" | 388922 | | | |
| 78 | DX | 05/29/02 | Notes by Robert Russell regarding meeting with Mark Penrose | 500433 | | | |
| 79 | DX | 05/29/02 | Daily Log of Construction by Robert Russell of 05-29-02 | SA223-224 | | | |
| 80 | DX | 07/17/02 | Daily Log of Construction by Loren Mangrum of 07-17-02 | (no bates) 2 pgs. | | | |
| 81 | DX | 07/30/02 | Core Team Meeting 33 | REM000014207-10 | | | |
| 82 | DX | 08/01/02 | Handwritten Quality Control Report #52 by Bob Reinhardt | REM00006056 | | | |
| 82 | DX | 12/09/02 | Letter to Rodney Keiscome from Stephen Christensen regarding the subject, "notice of claim, failure to follow payment terms of the contract specifications for Aggregate Base and Asphalt Concrete Pavement" (NOTE Ex. 82 marked twice by Defendant) | 388210-12 | | | |
| 83 | DX | 03/17/03 | Letter to Rodney Keiscome from Stephen Christensen regarding the subject, "notice of potential claim" (Also in PX 1) | (no bates)2 pages | | | |
| 84 | DX | 03/21/01 | E-mail to Terry Lang from Stephen Christensen of 03-21-01 regarding the subject, "Sherman Tree Parking SEKI-200Q and response of 03-26-01" | 019644-46 | | | |

DEPOSITION EXHIBIT LISTING

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 85 | DX | 08/22/01 | Letter to Sreve Christensen from Mike Wilson, Oasis Crushing and Screening regarding a quote in reference to the 200-Q project | REM000003098 | | | |
| 86 | DX | 09/04/01 | Facsimile to Robert Russell from William DeOcampo transmitting Transmittal No. 69 from Remcon regarding Remcon rock crushing plan | 500444-46 | | | |
| 87 | DX | 02/07/01 | Contract Specification Section 04403, Dry-laid Stone Wall | (no bates) 2 pgs. | | | |
| 88 | DX | 02/07/01 | Contract Specification Section 02372, Rip Rap | (no bates) 3 pgs. | | | |
| 89 | DX | 06/05/02 | Letter to Terry Lang from Stephen Christensen regarding the subject, "contract modification price to raise parking area" [PX 28] | 388977-82 | | | |
| 90 | DX | 12/04/02 | Letter to Rodney Keiscome from Stephen Christensen regarding the subject, "notice of claim, failure to follow payment terms of the contract specifications for Dry Laid Stone Wall" | (no bates) 2 pgs. (incomplete) | | | |
| 91 | DX | 06/11/03 | Drawing by Dan Savage regarding "dry laid wall" | (no bates) | | | |
| 92 | DX | 07/19/02 | Daily Log of Construction by Loren Mangrum of 07-19-02 | (no bates) 2 pgs | | | |
| 93 | DX | 07/23/02 | Daily Log of Construction of 7-23-02 (Also PX No. 50) | (no bates) D005143-44 | | | |
| 94 | DX | 08/31/00 | Remediation Constructors Inc. Financial Statements and Supplemental Information for the Year Ended August 31, 2000 by S.J. Gallina and Co. L.L.P (audit) | REM000026327-353 | | | |
| 95 | DX | 08/14/02 | Various pages from printouts ranging between 04-26-02 through 08-14-02 for all G-L accounts Account 1070 Dean Witter - Checking acount. G-L accounts, excerpt | REM000029068, 71, 73 | | | |
| 96 | DX | 01/08/05 | Various pages from printouts ranging between 08-16-01 to 08-30-01for all G-L accounts Account 1070 Dean Witter - Checking acount | REM000024758-60 | | | |
| 97 | DX | 08/31/01 | Remediation Constructors Inc. Pro Forma Balance Sheet August 31, 2001 by S.J. Gallina and Co. L.L.P | REM000026281-98 | | | |
| 97 | DX | 08/31/01 | Remediation Constructors Inc. Financial Statements and Supplemental Information for the Year Ended August 31, 2001 by S.J. Gallina and Co. L.L.P (audit) | REM000026300-25 | | | |
| 98 | DX | 08/31/02 | Spreadsheet, "Profit and Loss Remediation Constructors, Inc. for the Month Ending August 31, 2002 | REM000042589-94 | | | |
| 99 | DX | 01/31/01 | Morgan Stanley Dean Witter Account Cover Sheets for Stephen Christensen | (no bates) | | | |
| 100 | DX | 05/13/02 | Daily log of construction by Robert Russell of 05-13-02 (also PX 7) | 4960 | | | |
| 101 | DX | 05/16/02 | Daily log of construction by Robert Russell of 05-16-02 (Also PX 9) | (no bates) D004972-73 | | | |
| 102 | DX | 06/05/02 | Daily Log of Construction from Robert Russell 06-05-02 (Also PX 28) | 005032-33 | | | |
| 103 | DX | 07/15/02 | Letter to Robert Reinhardt from Loren Mangrum regarding the subject, "walk-through on 10 July 2002" (with handwritten notes) (Also similar to PX 49 (no notes on 49)) | REM000015163-66 | | | |
| 104 | DX | 07/19/02 | E-mail to Michael Giller, William DeOcampo, Joanne Cody, Terry Lang, Scott Ruesch from Jack Vance regarding the subject, "200Q field observations week of 07-15" | 512273-74 | | | |
| 105 | DX | 07/09/02 | Daily production Reports ranging from 06-21-02 through 07-09-02 signed by Luke Triplett | REM000020290-98, 305-06, 08-13, 25, 76 | | | |
| 106 | DX | 02/07/01 | Clause 52.232-05 Payments Under Fixed-Price Construction Contracts | (no bates) 4 pages | | | |
| 107 | DX | 01/08/05 | Page from printout ranging between 09-01-00 to 09-18-00 for G-L Account 1050 Bank of America - General Checking | REM000024590 | | | |
| 108 | DX | 01/14/02 | Letter to Bruce Coulthard, Oasis Crushing and Screening, from Rodney Keiscome regarding the subject, "Miller Act response" | (no bates) 2 pgs. | | | |
| 109 | DX | 08/16/01 | Letter to Rodney Keiscome and Terry Lang from Richard Caglia II, Industrial Waste and Salvage/Orange Avenue Disposal, regarding the subject, "payment concerns with Remcon" | (no bates) 1 pg./ 4 pg. ex | | | |

DEPOSITION EXHIBIT LISTING

| | | | | | | |
|---|---|---|---|---|---|---|
| 109 | DX | 05/27/03 | Letter to Rodney Keiscome and Terry Lang from Richard Caglia II, Industrial Waste and Salvage/Orange Avenue Disposal, regarding the subject, "payment concerns with Remcon" | (no bates) 1 pg/ 4 pg. ex. | | |
| 109 | DX | 06/02/03 | Letter to Richard Caglia, Industrial Waste and Salvage/Orange Avenue Disposal, from Rodney Keiscome regarding the subject, "Miller Act response" | (no bates) 2 pgs./ 4 pg. ex. | | |
| 110 | DX | 08/31/01 | Letter to Remcon, Jeff Northrop, from Kenneth Smith, Ken Smith Masonry, regarding the subject, "Sherman Tree Parking stone production" | (no bates) 1 pg./4 pg. ex | | |
| 110 | DX | 08/08/02 | Letter to Rodney Keiscome from Kenneth Smith, Ken Smith Masonry, regarding the subject, "Sherman Tree Project/Seqoia Nat'l Park Miller Act request" | (no bates) 1 pg/4 pg ex. | | |
| 110 | DX | 08/09/02 | Letter to Kenneth Smith, Ken Smith Masonry, from Rodney Keiscome regarding the subject, "Miller Act response" | (no bates) 2 pgs./4 pg. ex. | | |
| 111 | DX | 02/22/01 | Letter to William T. Eliopoulos, Bergenson Eliopoulos L.L.P. (on behalf of California Drilling & Blasting) from Rodney Keiscome regarding the subject, "Miller Act response" | (no bates) 2 pgs./3 pg. ex. | | |
| 111 | DX | 02/13/02 | Letter to Stephen Christensen, Remcon, from William T. Eliopoulos, Bergenson Eliopoulos L.L.P. on behalf of California Drilling & Blasting regarding the subject, "notice of claim" | (no bates) 1 pg/3 pg. ex. | | |
| 112 | DX | 08/30/02 | Letter to National Park Service from David J. Wetland from Dowling, Aaron & Keeler on behalf of Twining Laboratories regarding the subject, "The Twining Laboratories, Inc. v. Remediation Constructors Inc" | (no bates) 2 pgs/ 4 pg ex. | | |
| 112 | DX | 09/18/02 | Letter to David J. Weiland from Dowling, Aaron & Keeler on behalf of Twining Laboratories from Rodney Keiscome regarding the subject, "Miller Act response" | (no bates) 2 pgs/ 4 pg ex. | | |
| 113 | DX | 09/10/02 | Letter to Terry Lang from Christine Jones, Jones Water Trucks, regarding the subject, "non-payment of invoices" | (no bates) 1 pg./ 3 pg. ex | | |
| 113 | DX | 09/12/02 | Letter to Christine Jones of Jones Water Trucks from Rodney Keiscome regarding the subject, "Miller Act response" | (no bates) 2 pgs/ 3 pg ex. | | |
| 114 | DX | 10/28/02 | Letter to Paige Shipley, Fergusun, from Rodney Keiscome regarding the subject, "Miller Act response" | (no bates) 2 pgs. | | |
| 115 | DX | 12/17/02 | Stop Notice, Legal Notice to wihhold construction funds, issued to US Department of the Interior from Clay Miranda Trucking, Inc. | (no bates) 1 pg/ 6 pg. ex. | | |
| 115 | DX | 12/30/02 | Facsimile transimittal to Rodney Keiscome from Jerry Mann, Esq., Perkins Mann & Everett, representing Clay Miranda Trucking, Inc. regarding non payment by Remcon with attached letter of 12-24-02 from Mr. Mann | (no bates) 3 pgs/ 6 pg. ex. | | |
| 116 | DX | 12/23/02 | Stop Notice, Legal Notice to Wihhold Construction Funds, issued to the National Park Service from Garcia Paving Co. | (no bates) 1 pg./ 3 pg. ex | | |
| 116 | DX | 01/16/03 | Letter to Michael Garcia, Garcia Paving, from Rodney Keiscome regarding the subject, "Miller Act response" | (no bates) 2 pgs./ 3 pg. ex. | | |
| 117 | DX | 11/21/01 | Certification for Construction Contract Progress Payment, Pay Estimate No. 6 | REM000005275 | | |
| 118 | DX | 12/20/01 | Pay estimate No. 7 with Certification for Construction Contract Progress Payment, Pay Estimate No. 7 (handwritten notes) | REM000005293-98 | | |
| 119 | DX | 07/10/02 | Facsimile to Terry Lang from Tina Erikson regarding the subject, "Pay Estimate No. 8" with attached Certification for Pay Estimate No. 8. | REM000005322-23 | | |
| 120 | DX | 07/31/02 | Facsimile to Michael Giller from Tina Erikson regarding "Pay Estimate No. 9 Cover Sheet" with attached Certification for Pay Estimate No. 9. | REM000005393-94 | | |
| 121 | DX | 10/31/02 | Contract Invoice for pay estimate No. 12 | REM000005492-97 | | |

DEPOSITION EXHIBIT LISTING

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 122 | DX | 09/13/01 | Pay Estimate No. 4 for period July 28, 2001 through August 31, 2001 (See DX 35 | (no bates) 2 pgs. (incomplete) | | | |
| 123 | DX | 10/11/01 | Pay Estimate No. 5 for period September 1 through September 30, 2001 | (no bates) 2 pgs. (incomplete) | | | |
| 124 | DX | 06/22/02 | Pages from printout ranging between 05-11-01 to 01-31-02 for G-L Account 1050 Bank of America - General Checking; Various pages from printout ranging between 08-18-01 to 06-22-02 for 1060 Bank of America Payroll Account | REM000029004-21 | | | |
| 125 | DX | 07/25/05 | Expert Opinion of Carl Damoude | | | | |
| 126 | DX | 02/07/01 | Contract Specification 02230 -- Logging, clearing, and grubbing (Also PX 341) | | | | |
| 127 | DX | 02/07/01 | Contract Specification 01351 -- Natural Features Protection | | | | |
| 128 | DX | 05/31/01 | Long form Subcontract with G&K | REM000004242-58 | | | |
| 129 | DX | 02/07/01 | Contract Specification 01720 -- Field Engineering | | | | |
| 130 | DX | 07/27/05 | Expert opinion of Brent Booth | | | | |
| 131 | DX | 07/28/05 | Expert Report by Jordan Rosenfeld | | | | |
| 132 | DX | 06/30/01 | Spreadsheet: Profit and Loss for Remcon for Month ending June 30, 2001 | | | | |
| 133 | DX | 08/02/05 | Spreadsheet of FY2001 Job Schedule | REM000046404-05 | | | |
| 134 | DX | 08/31/02 | Remcon: Financial statements and supplemental information for year ended August 31, 2001. | | | | |
| 135 | DX | 08/25/05 | Jordan Rosenfeld's "corrections" to his expert report | | | | |
| 136 | DX | 07/27/05 | Expert Report of Thomas Lloyd with exhibits | | | | |
| 137 | DX | 06/26/01 | Transmittal of 6-26-01 with schedule of 06-25-01 | Brennan, Christensen | | | |
| 138 | DX | 06/27/02 | Letter to William DeOcampo from Remcon, "Project Baseline schedule & as-build/as-planned schedules" with baseline schedule attached | Brennan | | | |
| 139 | DX | 07/27/05 | T. Lloyd, Comparison Schedules As-planned vs As-built | | | | |
| 140 | DX | 05/17/02 | Daily logs from 05-17-02 to 05-31-02 | | | | |
| 141 | DX | | Expert Report of Capital Project Management | | | | |
| 142 | DX | | Expert Report of Capital Project Management with exhibits | | | | |
| 143 | DX | | Report of John Snowden | | | | |
| 144 | DX | 02/07/01 | Solicitation/Contract documents including amendments | 015128-614 506040-218 REM000019564-638 | | | |
| 145 | DX | various | Contract Modifications 1 - 6 | 002011-002485 | | | |
| 146 | DX | various | Progress Pay Estimates 1 - 13 with back-up | 001477-002007 | | | |
| 147 | DX | 10/03/01 | As-built Survey | 519781-519972 | | | |
| 148 | DX | 06/28/03 | Remcon's Certified Claim with exhibits | 000001-256 | | | |
| 149 | DX | 03/01/01 | Mr. Christensen's diary - redacted | REM00041272-42839 | | | |
| 150 | DX | 06/01/99 | Construction Drawing -- Sherman Tree Parking Area Staking Plan | 390196 | | | |
| 151 | DX | 09/16/99 | Facsimile to Ray Tuttle from Andrea Gregor regarding the subject, "Sequoia survey" | 390201 | | | |
| 152 | DX | 09/17/99 | Facsimile to Ray Tuttle, Bruce Flynn, Craig Bouk from Andrea Gregor regarding the subject, "FYI schedule for Sequoia has been finalized" | 389360 | | | |
| 153 | DX | 10/01/99 | Transmittal to Ray Tuttle from Andrea Gregor regarding the subject, "meeting at Sequoia" | 389354 | | | |
| 154 | DX | 06/02/00 | Construction Drawing — Staking Plan for Sequoia 200A with handwritten notes | 389918 | | | |
| 155 | DX | 10/16/00 | Handwritten note by Ray Tuttle, Martin/Martin regarding SEKI 200Q Rock Exc. | 389491 | | | |
| 156 | DX | 03/12/01 | Letter to Terry Lang from Richie Jones, Buddy's construction service, regarding the subject, "questions for clarification of request for proposal" with response by NPS | 019662-64 | | | |
| 157 | DX | 03/12/01 | Contract price schedule from Remcon to Rodney Keiscome | 19713/15 | | | |

DEPOSITION EXHIBIT LISTING

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 158 | DX | 03/26/01 | E-Mails between Terry Lang and Joanne Cody regarding the subject, "Sherman Tree Parking" and E-mail from Stephen Christensen. | 019641-43 | | | |
| 159 | DX | 04/16/01 | Letter to Rodney Keiscome from Stephen Christensen regarding the subject, "response to competitive range determination and request for final proposal revisions" | 388300-07 | | | |
| 160 | DX | 05/22/01 | Pre-Construction Conference Subjects Document for Sherman Tree Parking Project | 388381-91 | | | |
| 161 | DX | 02/07/01 | Construction Staking Plan | 19959-62 | | | |
| 162 | DX | 06/06/01 | Notice to proceed | 500045 | | | |
| 163 | DX | 06/07/01 | Request for Information No 001 regarding access road and tree marking with response from Robert Russell (6-12-01) | 517777 | | | |
| 164 | DX | 06/08/01 | Request for Information RFI No 003 | 517781 | | | |
| 165 | DX | 06/13/01 | Request for Information RFI No 004 | 517782 | | | |
| 166 | DX | 06/08/01 | E-Mail between Dan Savage and Joanne Cody regarding the subject, "construction drawings are on site for Sherman Tree parking project" | 21245 | | | |
| 167 | DX | 06/27/01 | Weekly Field Report for week ending on June 22, 01 | 517226 | | | |
| 168 | DX | 06/29/01 | Contractors Daily Report for SEKI 200Q from Teddy Michel | 5370 | | | |
| 169 | DX | 07/03/01 | Letter to Stephen Christensen from William DeOcampo regarding the subject, "proposed rock crushing plan" | 388354-55 | | | |
| 170 | DX | 06/29/01 | Progress Payment No. 1 | SA68-73 | | | |
| 171 | DX | 07/03/01 | Letter to Stephen Christensen from William DeOcampo regarding "2 1/2" AC Overlay" | 388358-59 | | | |
| 172 | DX | 07/10/01 | Weekly Meeting for 7-10-01 | REM000021204 | | | |
| 173 | DX | 07/02/01 | Letter to Bob Russell from Spencer Boyer of Remcon regarding the subject, "progress schedule for Sherman Tree parking" | 500295 | | | |
| 174 | DX | 07/23/01 | Activity Log for Sherman Tree Parking | (no bates) | | | |
| 175 | DX | 07/24/01 | Daily Log of Construction for 07-24-01 by Ray Todd | 4576-77 | | | |
| 176 | DX | 07/26/01 | Facsimile to Mike Roberts from Jeff Northrop regarding the subject, "slope adjustments" | (no bates) | | | |
| 177 | DX | 07/26/01 | Request for Information No. 9 regarding the subject, "slope adjustments" with handwritten response | 517797-99 | | | |
| 178 | DX | 07/30/01 | E-mail to Andrea Gregor from Bill Morris regarding "Sherman Tree Trail staking and finished grades" | REM000014702 | | | |
| 179 | DX | 07/31/01 | Change Order Request No. 1, regarding the subject, "additional survey work" | REM000019572 | | | |
| 180 | DX | 07/27/01 | Progress Payment No. 2 | SA74-79 | | | |
| 181 | DX | 07/31/01 | Weekly Minutes #9 from 07-31-01 | 6421 | | | |
| 182 | DX | 07/31/01 | Weekly Minutes #9 with additional Handwritten Notes | 512233-34 | | | |
| 183 | DX | 08/07/01 | Weekly Action Items 08-07-01 with Handwritten Notes | 512235-36 | | | |
| 184 | DX | 07/30/01 | Activity Log for Sherman Tree parking | 6425 | | | |
| 185 | DX | 07/24/01 | Job pre-billing worksheet | REM000013289-95 | | | |
| 186 | DX | 07/31/01 | Change Order Request No. 2 regarding the subject, "excavation and sorting of burn pit" | REM000019577-604 | | | |
| 187 | DX | 07/31/01 | Letter to Stephen Christensen from William DeOcampo regarding the subject, "telecom on 7-31 concerning Pay Item 26, haul misc material from park" | 500402 | | | |
| 188 | DX | 08/06/01 | Progress Payment Estimate No. 3 | SA80-85 | | | |
| 189 | DX | 08/09/01 | E-mail to Bob Russell from Andrea Gregor regarding the subject, "trail points & coordinates" | 500086-90 | | | |
| 190 | DX | 08/20/01 | Change Order No. 3, regarding the subject, "additional clearing and grubbing" | 500241 | | | |
| 191 | DX | 08/21/01 | Weekly Minutes #13 for week of 08-21-01 | 6439 | | | |

DEPOSITION EXHIBIT LISTING

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 192 | DX | 08/27/01 | Facsimile to Bob Russell from Andrea Lind regarding the subject, "Sherman Tree Trail adjustment" | 500228-29 | | | |
| 193 | DX | 09/04/01 | Facsimile to William DeOcampo/Joanne Cody from Bob Russell regarding the subject, "Remcon's VE proposal for joint trench for Sherman Tree project" | 50416-23 | | | |
| 194 | DX | 09/05/01 | Daily Log of Construction from Remcon of 09-05-01 | 4699-00 | | | |
| 195 | DX | 09/10/01 | Daily Log of Construction from Remcon 09-10-01 | 4709-10 | | | |
| 196 | DX | 9/12/2001 | Progress Payment Estimate No. 4 | SA86-91 | | | |
| 197 | DX | 09/19/01 | Letter to Stephen Christensen from Rodney Keiscome regarding the subject,"substitution of project superintendent" | 388593-94 | | | |
| 198 | DX | 09/19/01 | Letter to Jeff Northrop from William DeOcampo regarding the subject "clarification of Bob Russell's role" | 500502-03 | | | |
| 199 | DX | 09/22/01 | Transmittal to William DeOcampo/Joanne Cody from Bob Russell regarding the subject, "bid item 26 quantities" | 500518 | | | |
| 200 | DX | 09/24/01 | Letter to Stephen Christensen from William DeOcampo regarding the subject,"proposed rock crushing plan" | 500524-25 | | | |
| 201 | DX | 10/02/01 | Contractors Daily Report for 10-02-01 from Teddy Michel | 005545-46 | | | |
| 202 | DX | 10/02/01 | Daily Log of Construction 10-02-01 | 4773-47 | | | |
| 203 | DX | 10/04/01 | Facsimile to William DeOcampo/Joanne Cody from Bob Russell regarding the subject, "burn/dump material hauled out of park" | 500644 | | | |
| 204 | DX | 10/04/01 | Facsimile to William DeOcampo/Joanne Cody from Bob Russell regarding the subject, "hauling contaminated wood chips out of park" | 388623-25 | | | |
| 205 | DX | 10/09/01 | Weekly Meeting #20 Minutes for 10-09-01 | 006469/76 | | | |
| 206 | DX | 10/10/01 | Change Order to Oasis Crushing subcontract | REM000003100-01 | | | |
| 207 | DX | 10/11/01 | Progress Payment Estimate No. 5 | SA92-97 | | | |
| 208 | DX | 10/15/01 | Letter to Bruce Coulthard from Michael Roberts regarding the subject, "crushing subcontract" | REM000003111 | | | |
| 209 | DX | 10/17/01 | Daily Log of Construction from Remcon 10-17-01 | 4816-17 | | | |
| 210 | DX | 10/18/01 | Contractors Daily Report for SEKI 200Q from Teddy Michell for 10-18-01 | 005582-84 | | | |
| 211 | DX | 10/18/01 | Facsimile to Teddy Michel from Roy Duran regarding the subject, "Aggregate Base at Kiosk" | 500698 | | | |
| 212 | DX | 10/22/01 | Transmittal to Bob Russell from Jeff Northrop regarding the subject, "rock excavation, explosives used to date" | REM000021305-06 | | | |
| 213 | DX | 10/22/01 | Field Observation Report regarding the subject, Oct 22-25, 2001 site visit | 388639-40 | | | |
| 214 | DX | 10/16/01 | Weekly Meeting #21 Minutes of 10-16-01 | 006471-74 | | | |
| 215 | DX | 10/23/01 | Weekly Meeting #22 Minutes of 10-23-01 | 006475-86 | | | |
| 216 | DX | 10/23/01 | Meeting Agenda Items from 10-23-01 meeting with notes by Jeff Northrop | REM000015287-94 | | | |
| 217 | DX | 11/08/01 | E-mail to Rich Helman from Jack Vance regarding the subject, "Phase Q bases" | 500571-72 | | | |
| 218 | DX | 11/08/01 | E-Mail to Bob Russell, Ray Todd, Jack Vance from William DeOcampo regarding the subject, "telecom with Stephen Christensen" | 500118 | | | |
| 219 | DX | 11/27/01 | Progress Payment Estimate No. 6 | SA98-103 | | | |
| 220 | DX | 12/12/01 | Spreadsheet regarding yardage and bid and budget and income | REM000021211-16 | | | |
| 221 | DX | 12/19/01 | Transmittal to William DeOcampo from Bob Russell regarding the subject, "restaking cost estimate for access road realignment" | 388678 | | | |
| 222 | DX | 12/19/01 | Facsimile to Bill Kull from Jeff Northrop regarding the subject, "iob no. 12 Sherman Tree, extra work billing dated 7-16-01" | REM000019574-76 | | | |
| 223 | DX | 12/21/01 | Progress Payment Estimate No. 7 | SA104-109 | | | |
| 224 | DX | 07/02/01 | Suggested realignment for access road | 500298 | | | |

DEPOSITION EXHIBIT LISTING

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 225 | DX | 01/04/02 | Letter to Jeff Northrop from William Kull regarding the subject, "Sherman Tree extra work" | (no bates) 2 pgs | | | |
| 226 | DX | 01/07/02 | Facsimile to William DeOcampo from Bob Russell regarding the subject, "construction items that require addressing at start of next construction season" | 388117 | | | |
| 227 | DX | 01/02/02 | Letter to William DeOcampo from Bob Russell regarding the subject, "work items that need to be addressed next year" | 388727-30 | | | |
| 228 | DX | 01/08/02 | Transmittal to William DeOcampo from Bob Russell regarding the subject, "Giuliani & Kull's response for estimated cost for access road realignment" | (no bates) 2 pgs | | | |
| 229 | DX | 01/09/02 | Facsimile to William DeOcampo from Bob Russell regarding the subject, "additional construction items that require addressing at start of next season" | 388731-32 | | | |
| 230 | DX | 01/10/02 | Transmittal to Jeff Northrop from Bob Russell regarding the subject, "Estimated cost for Access Road realignment" | 2137 | | | |
| 231 | DX | 01/29/02 | Letter to Jeff Northrop from Rodney Keiscome regarding the subject, "February 2002 Meeting" | 388733-34 | | | |
| 232 | DX | 02/14/02 | Letter to William DeOcampo from Jeff Northrop regarding the subject, "February Meeting" | 388757 | | | |
| 233 | DX | 03/04/02 | Letter to Stephen Christensen from William DeOcampo regarding the subject, "Project Schedule Review Comments" | REM000015224-28 | | | |
| 234 | DX | 03/06/02 | Letter to Remcon from William DeOcampo regarding the subject, "Critical Submittals" | 388784-88 | | | |
| 235 | DX | 03/15/02 | Blasting Calendar by Stephen Christensen | REM000007890-93 | | | |
| 236 | DX | 03/17/02 | Letter from William Morris at Giuliani & Kull regarding the subject, "extra work provided for Realignment of main access road" (See 5-17-02) | REM000005383-84 | | | |
| 237 | DX | 03/20/02 | E-mail to William DeOcampo, Bob Russell from Jack Vance regarding the subject, "weekly construction minutes" | 511993-94 | | | |
| 238 | DX | 03/21/02 | Letter to William DeOcampo from Richard Fink at Kleinfelder, Inc regarding the subject, "proposal for additional post-construction rippibility evaluation" | (no bates) 4 pgs | | | |
| 239 | DX | 05/08/02 | Daily Log of Construction 05-08-02 by Loren Mangrum | 4950-51 | | | |
| 240 | DX | 05/16/02 | Daily Log of Construction 05-16-02 | 4974-75 | | | |
| 241 | DX | 05/17/02 | Facsimile to Luke from Bill Morris regarding the subject, "extra work for access road realignment at Sherman Tree" | REM000013057-58 | | | |
| 242 | DX | 05/17/02 | Memo to Contracting Officer from Bob Russell regarding the subject, "Record of Negotiation, restaking access road centerline" | 2131 | | | |
| 243 | DX | 05/21/02 | Facsimile to William DeOcampo, Joanne Cody from Bob Russell regarding the subject, "RFI 39 - modifications of lower Sherman parking req" | 518013-14 | | | |
| 244 | DX | 05/21/02 | E-mail to Bob Russell, William DeOcampo from Jack Vance regarding the subject, park response to RFI 39 modification of lower Sherman parking requirements" | 518026 | | | |
| 245 | DX | 05/21/02 | E-mail to William DeOcampo, Joanne Cody, Larry Walling, Ray Todd, Rodney Keiscome, Terry Lang, Bob Russell, Scott Ruesch from Jack Vance regarding the subject, "project delay" | 512268 | | | |
| 246 | DX | 05/20/02 | E-mail to Stephen Christensen from William DeOcampo regarding the subject, project delay | 516329 | | | |
| 247 | DX | 05/24/02 | Memo to Contracting Officer from Bob Russell regarding the subject, "record of negotiation, haul misc materials from park" | 2202 | | | |

DEPOSITION EXHIBIT LISTING

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 248 | DX | 06/03/02 | Memo to Stephen Christensen from Rodney Keiscome regarding the subject, "California Drilling & Blasting vs. Remcon, Inc on breach of contract" | REM000015196 | | | |
| 249 | DX | 06/04/02 | SEKI Sherman Tree Parking Project Mediation Brief from Remcon | 388946-65 | | | |
| 250 | DX | 06/05/02 | Letter to Remcon from Central Valley Testing regarding the subject, "suitability tests for class two aggregate base" | REM000008755-57 | | | |
| 251 | DX | 06/05/02 | Letter to Remcon from Central Valley Testing regarding the subject, "suitability tests for class two aggregate base" with handwritten notes. | 387982-84 | | | |
| 252 | DX | 06/05/02 | Transmittal to William DeOcampo from Bob Russell regarding the subject, "areas here Remcon could be working" | 388969 | | | |
| 253 | DX | 04/22/02 | E-mail to Rodney Keiscome, Terry Lang, Joanne Cody, William DeOcampo from Jack Vance regarding the subject, "follow up to email regarding the subject, Remcon's request for extra work" | 512410 | | | |
| 254 | DX | 06/10/02 | E-mail to Jack Vance from William DeOcampo regarding the subject, "Remcon's crushing proposal" | 512604 | | | |
| 255 | DX | 06/10/02 | E-mail to Rodney Keiscome, Terry Lang, Joanne Cody, William DeOcampo to Jack Vance regarding the subject, "analysis of extra costs submitted by Remcon" | 388991-92 | | | |
| 256 | DX | 06/13/02 | E-mail to Stephen Christensen from William DeOcampo regarding the subject, "construction schedule" | REM000015190 | | | |
| 257 | DX | 06/19/02 | E-mail between Stephen Christensen and William DeOcampo regarding the subject, "construction schedule" | 513384 | | | |
| 258 | DX | 06/20/02 | Request for Information No. 59 and 59A regarding the subject,, "upper comfort station" | 518085-86 | | | |
| 259 | DX | 06/26/02 | Daily Log of Construction of 06-26-02 by Loren Mangrum | 5090-91 | | | |
| 260 | DX | 06/27/02 | Contractor's Quality Control Data Report from 06-27-02 by Robert Reinhardt | 5676-77 | | | |
| 261 | DX | 06/28/02 | Letter to Rodney Keiscome from Stephen Christensen regarding the subject, "certification of differing site condition rock excavation claim" | 389229 | | | |
| 262 | DX | 07/02/02 | Contractor's Quality Control Data Report 07-02-02 from Bob Reinhardt | 5686-88 | | | |
| 263 | DX | 07/03/02 | Contractor's Quality Control Data Report 07-03-02 from Bob Reinhardt | 5689-91 | | | |
| 264 | DX | 07/03/02 | Facsimile to William DeOcampo from Bob Russell regarding the subject, "RFI log received from Remcon 6-24-02" | 389103-05 | | | |
| 265 | DX | 07/10/02 | Mike Giller's handwritten notes | 518304-389 | | | |
| 266 | DX | 07/15/02 | Daily Log of Construction of 07-15-02 from Loren Mangrum | 5116-17 | | | |
| 267 | DX | 07/15/02 | Progress Payment Estimate No. 8 | SA110-115 | | | |
| 268 | DX | 07/16/02 | Letter to Stephen Christensen from Rodney Keiscome regarding the subject, "demand for removal of Bob Russell" | 389206 | | | |
| 269 | DX | 07/16/02 | Letter to Stephen Christensen from Rodney Keiscome regarding the subject, "emergency on site meeting" | REM000015160 | | | |
| 270 | DX | 07/17/02 | Abstract for Judgement against remediation Constructors, Inc. by Bank of America | SA255-257 | | | |
| 271 | DX | 07/19/02 | Contractor's Quality Control Data Report of 07-19-02 by Robert Reinhardt | 5720-22 | | | |
| 272 | DX | 07/22/02 | Contractor's Quality Control Data Report 07-22-02 from Bob Reinhardt | 5724-26 | | | |
| 273 | DX | 07/23/02 | Contractor's Quality Control Data Report 07-03-02 from Bob Reinhardt | 5727-29 | | | |
| 274 | DX | 07/25/02 | Speed Letter to Remcon from Jacobs regarding the subject, "adjust rockwall" | 508244 | | | |
| 275 | DX | 07/30/02 | Letter to Rodney Keiscome from Stephen Christensen regarding the subject, "acceptance of contract modification 3 language" | REM000014571 | | | |

DEPOSITION EXHIBIT LISTING

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 276 | DX | 07/30/02 | Letter to Rodney Keiscome from Stephen Christensen regarding the subject, "notice of potential claim for defective plans and related differing site conditions" | REM000014570 | | | |
| 277 | DX | 08/01/02 | Handwritten letter from Bob Reinhardt regarding the subject, "pot hole dug for conduits" | 5763 | | | |
| 278 | DX | 08/02/02 | Letter to Remcon from William DeOcampo regarding the subject, "rejection of work - water pipe" | 511808 | | | |
| 279 | DX | 08/07/02 | Hand written note from Bob Reinhardt regarding the subject, "dry laid stone wall" | 5779 | | | |
| 280 | DX | 08/07/02 | Letter to Remcon from William DeOcampo regarding the subject, "letter of rejection, placement of Deep Fill Embankment" | 511824 | | | |
| 281 | DX | 07/31/02 | Weekly Field Report | REM000008140 | | | |
| 282 | DX | 08/09/02 | Weekly Field Report on construction activities Sherman Tree Parking for week ending August 9, 2002 | 6543 | | | |
| 283 | DX | 08/10/02 | Letter to Rodney Keiscome from Stephen Christensen regarding the subject, "ruination of a business" | 387885-86 | | | |
| 284 | DX | 08/10/02 | Letter to Rodney Keiscome from Stephen Christensen regarding the subject, "schedule for interview by ranger" | 387884 | | | |
| 285 | DX | 08/11/02 | Letter to Rodney Keiscome from Stephen Christensen regarding the subject, "owner caused project delays issuance of additional contract days" | REM000014556-57 | | | |
| 286 | DX | 08/12/02 | Daily Log of Construction from Remcon | 5198-99 | | | |
| 287 | DX | 08/12/02 | Daily Log of Construction from Remcon from 08-12-02 by Loren Mangrum | 5202-03 | | | |
| 288 | DX | 08/13/02 | E-mail to R Belknap from Michael Giller regarding the subject, "update, Horizontal Alignment" | 510823 | | | |
| 289 | DX | 08/14/02 | Facsimileto Remcon from Michael Giller regarding the subject, "Mod 4 - REMCON certification of backup" contains handwritten notes | REM000005382 | | | |
| 290 | DX | 08/13/02 | E-mail to Michael Giller from William DeOcampo regarding the subject, "waterline inspection" | 513433 | | | |
| 291 | DX | 08/15/02 | E-mail to Jack Vance, William DeOcampo, Russell Belknap from Michael Giller regarding the subject, "Discussion on Fill Material" | 509972 | | | |
| 292 | DX | 08/15/02 | E-mail to Rodney Keiscome, Terry Lang from William DeOcampo regarding the subject, "Mod 3 Item 135 explanation" with attached memorandum of August 14. | 513441-42 | | | |
| 293 | DX | 08/16/02 | Letter to Stephen Christensen from Rodney Keiscome regarding the subject, "meeting of 8-22 at Ash Mountain Headquarters and certified copies of original bid papers" | 387910 | | | |
| 294 | DX | 08/19/02 | Letter to Bob Reinhardt from Loren Mangrum regarding the subject, "existing AB material sampled 8-29 and tested 9-5" | 387913 | | | |
| 295 | DX | 08/20/02 | Impact Cost Analysis - Direct Cost Report from Remcon | REM000010172-77 | | | |
| 296 | DX | 08/20/02 | Daily Log of Construction from Remcon of 08-20-02 by Loren Mangrum | 5224-25 | | | |
| 297 | DX | 08/20/02 | Letter to Remcon from William DeOcampo regarding the subject, "suspect work - Waterline and Appurtenances" | 387917-15 | | | |
| 298 | DX | 08/20/02 | Letter to Remcon from William DeOcampo regarding the subject, "suspect work - Electrical Conduit" | 387916-18 | | | |
| 299 | DX | 08/20/02 | Progress Payment Estimate No. 9 | SA116-121 | | | |
| 300 | DX | 08/21/02 | Letter to Michael Giller from Stephen Christensen regarding the subject, "removal of asphalt debris from access road slopes" | 387919 | | | |
| 301 | DX | 08/22/02 | Daily Log of Construction from Remcon of 08-22-02 by Loren Mangrum | 5235/37 | | | |
| 302 | DX | 08/27/02 | Remcon Profit and Loss Analysis | SA268 | | | |

DEPOSITION EXHIBIT LISTING

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 303 | DX | 08/28/02 | Letter to Stephen Christensen from Rodney Keiscome regarding the subject, "summary of negotiations of 8-22 with copy of Stipulation of Agreement and Settlement draft" | 387923-29 | | | |
| 304 | DX | 08/30/02 | Letter to Stephen Christensen from Rodney Keiscome regarding the subject, "letter of rejection of 8-7 second follow up" | 387936 | | | |
| 305 | DX | 08/30/02 | Letter to Jacobs Engineering Group from Stephen Christensen regarding the subject, "project supervisor appointment (Russell Belknap)" | 387941-42 | | | |
| 306 | DX | 08/31/02 | Letter to Rodney Keiscome from Stephen Christensen regarding the subject, "certification of claim, amount of claim" | (no bates) | | | |
| 307 | DX | 09/10/02 | E-mail to William DeOcampo from Michael Giller regarding the subject, "Base Course Testing SEKI 200Q" | 510633 | | | |
| 308 | DX | 09/11/02 | Letter to Rodney Keiscome from Stephen Christensen regarding the subject, "letter of rejection, asphalt debris" | 387969 | | | |
| 309 | DX | 09/12/02 | Progress Payment Estimate No. 10 | SA122-128 | | | |
| 310 | DX | 09/16/02 | Letter to Rodney Keiscome from Stephen Christensen regarding the subject, "breach of the covenant of good faith and fair dealing" | 387956-57 | | | |
| 311 | DX | 09/16/02 | Letter to Michael Giller from Stephen Christensen regarding the subject, "impacts to project completion" | 387960-61 | | | |
| 312 | DX | 09/17/02 | E-mail between William DeOcampo, Jerry Bowling, Steve Bainbridge and Loren Mangrum regarding the subject, "AB test results for Sherman Tree Parking" | 509941 | | | |
| 313 | DX | 09/18/02 | Letter to Stephen Christensen from William DeOcampo regarding the subject, "letter dated 9-11 concerning asphalt rejection" | 387966 | | | |
| 314 | DX | 09/18/02 | E-mail to Dan Savage from Russell Belknap regarding the subject, SEKI new alignment | 510560 | | | |
| 315 | DX | 09/18/02 | E-mail to Russell Belknap from Dan Savage regarding the subject, SEKI alignment | 510562-67 | | | |
| 316 | DX | 09/19/02 | Letter to Remcon from William DeOcampo regarding the subject, "Quality Assurance" | 387978-79 | | | |
| 317 | DX | 09/20/02 | E-mail to Russell Belknap from Dan Savage regarding the subject, "SEKI offset pts" | 510556-57 | | | |
| 318 | DX | 09/20/02 | Contractor's Quality Control Daily Report of 09-20-02 | 005867-68 | | | |
| 319 | DX | 09/20/02 | E-mail to William DeOcampo from Loren Mangrum regarding the subject, "AB test results for Sherman Tree Parking" | 510558 | | | |
| 320 | DX | 09/23/02 | Memo to Loren Mangrum from Bob Reinhardt regading "contaminated base material fix" | 388021 | | | |
| 321 | DX | 09/23/02 | Letter to Terry Lang from Stephen Christensen regarding the subject, "correction to modification No 5" | REM000014515-16 | | | |
| 322 | DX | 09/25/02 | Daily Log of Construction from Remcon of September 25, 2002 by Russell Belknap | 5311-12 | | | |
| 323 | DX | 09/28/02 | Contractor's Quality Control Daily Report | 5883-84 | | | |
| 324 | DX | 10/08/02 | Facsimile to Russell Belknap from Loren Mangrum regarding the subject, "Jenny's hours, Loren's notes of walk through, fax from Remcon containing WSC breakdown of cost for change orders 1-6 | 510439-45 | | | |
| 325 | DX | 10/10/02 | Facsimile to Russell Belknap from Loren Mangrum regarding the subject, "access road centerline information from Remcon" | 510401-04 | | | |
| 326 | DX | 10/10/02 | Progress Payment Estimate No. 11 | SA129-135 | | | |
| 327 | DX | 10/16/02 | Letter to Stephen Christensen from John Hunt regarding the subject, "modification 5" | 2083-87 | | | |
| 328 | DX | 11/05/02 | Letter to Rodney Keiscome from Stephen Christensen regarding the subject, "stipulation of agreeement and settlement recitals" | 388066-67 | | | |

DEPOSITION EXHIBIT LISTING

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 329 | DX | 11/07/02 | Facsimileto Mike Giller, Russell Belknap regarding the subject, Bid Items 71 - aggregate base for road and parking, Bid 72 - Asphalt concrete pavement, Bit 129 - asphalt concrete pavement overlay" | (no bates) | | | |
| 330 | DX | 11/12/02 | Meeting Minutes of November 12, 2002 | 511593-95 | | | |
| 331 | DX | 11/16/02 | Letter to Rodney Keiscome from Stephen Christensen regarding the subject, "notice of potential claim related to owner caused delays" | 388095-96 | | | |
| 332 | DX | 11/20/02 | Facsimile to Michael Giller from Loren Mangrum regarding the subject, "Bob Russell memos - available work items" | 388110-11 | | | |
| 333 | DX | 11/20/02 | Progress Payment Estimate No. 12 | SA136-141 | | | |
| 334 | DX | 11/21/02 | Letter to Congressman George Radanovich from Stephen Christensen regarding the subject, "how Remcon is being treated by NPS" | REM000021055-59 | | | |
| 335 | DX | 11/22/02 | Contractor's Quality Control Daily Report | 6119-20 | | | |
| 336 | DX | 11/25/02 | Letter to Rodney Keiscome from Stephen Christensen regarding the subject, "failure to follow prompt payment statute, 2nd notice" | 388137-38 | | | |
| 337 | DX | 11/27/02 | FacsimileTransmittal to Stephen Christensen from Rodney Keiscome regarding the subject, "stipulation of agreement" | 388177-79 | | | |
| 338 | DX | 11/27/02 | Stipulation of agreement and settlement recitals [attached to above letter] | 388180-87 | | | |
| 339 | DX | 11/27/02 | Contract price schedule Sherman Tree restoration | 388188-95 | | | |
| 340 | DX | 11/27/02 | Facsimile to Michael Giller from Loren Mangrum regarding the subject, "log information - material hauling by Remcon" | 388172-76 | | | |
| 341 | DX | 12/02/02 | Letter to Stephen Christensen from Rodney Keiscome regarding the subject, "alternative dispute resolution" | 388201 | | | |
| 342 | DX | 12/04/02 | Letter to Rodney Keiscome from Stephen Christensen regarding the subject, "failure to make proper progress payments to contractor" | 388216-20 | | | |
| 343 | DX | 12/04/02 | Certified letter to Honorable George Radnovich from Daniel Wenk regarding the subject, "financial hardship fo Remcon" | 388221-22 | | | |
| 344 | DX | 12/06/02 | Letter to Stephen Christensen from Rodney Keiscome regarding the subject, "failure to issue prompt payment; failure to follow payment statue" | 388240-41 | | | |
| 345 | DX | 12/13/02 | Transmittal to Michael Giller from Loren Mangrum regarding the subject, "Remcon billing for November & December" | 513604-10 | | | |
| 346 | DX | 12/13/02 | Letter to Stephen Christensen from Rodney Keiscome regarding the subject, "alternative dispute resolution" | 388276 | | | |
| 347 | DX | 12/16/02 | Letter to Stephen Christensen from Rodney Keiscome regarding the subject, "alleged fraudulent representation to the general accounting office relative to pay estimate no 12" | 387772 | | | |
| 348 | DX | 12/18/02 | Letter to Rodney Keiscome from Stephen Christensen regarding the subject, "rebuttal to NPS's letter concerning prompt payment" | 388286 | | | |
| 349 | DX | 12/30/02 | E-mail to Michael Giller from Rodney Keiscome regarding the subject, "bilateral mod for lower Sherman" | 512435 | | | |
| 350 | DX | 01/02/03 | E-mail between Rodney Keiscome, Michael Giller and Stephen Christensen regarding the subject, "deletion of lower Sherman parking area" | 512436 | | | |
| 351 | DX | 01/02/03 | Over night mail to Michael Giller from Stephen Christensen regarding the subject, "final progress payment for 2002" | 513593-601 | | | |
| 352 | DX | 01/10/03 | Facsimile to Michael Giller from Loren Mangrum regarding the subject, "timesheet" | 513581-89 | | | |
| 353 | DX | 07/30/02 | E-mail to William DeOcampo from Mike Giller regarding conversation with Stephen Christensen | 510838 | | | |
| 354 | DX | 01/13/03 | Letter to Luke Triplet from Loren Mangrum regarding the subject, "project schedule as per specification section 01320" | 387509 | | | |

DEPOSITION EXHIBIT LISTING

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 355 | DX | 01/14/03 | Memorandum from Michael Giller regarding the subject, "backup material for Modification 6 Sherman Tree parking" | REM000015537-53 | | | |
| 356 | DX | 01/16/03 | Letter to Stephen Christensen from William DeOcampo regarding the subject, "pay estimate quantity corrections - payment 13" | 387513-15 | | | |
| 357 | DX | 01/17/03 | Facsimile to Michael Giller from Loren Mangrum regarding the subject, "AB thickness on Access Road" | 387516-17 | | | |
| 358 | DX | 01/23/03 | Transmittal to Michael Giller from Loren Mangrum regarding the subject, "outstanding work items" | 512054-57 | | | |
| 359 | DX | 02/11/03 | Letter to Darren Rose from Richard Lewis regarding contract with Remcon and Sherman Tree Parking project | 387606-11 | | | |
| 360 | DX | 02/13/03 | Letter to Rodney Keiscome from Stephen Christensen regarding the subject, "failure to properly process monthly progress payments" | 387529 | | | |
| 361 | DX | 02/19/03 | Facsimile to William DeOcampo and Rodney Keiscome from Luke Triplett regarding the subject, "project as-built drawings" | 387542-43 | | | |
| 362 | DX | 02/24/03 | Letter to Stephen Christensen from Rodney Keiscome regarding the subject, "contract requirements" | 387765-66 | | | |
| 363 | DX | 02/24/03 | Letter to Stephen Christensen from Theresia Lang regarding the subject, "modification 7" | 511966 | | | |
| 364 | DX | 03/03/03 | Letter to Stephen Christensen from Rodney Keiscome regarding the subject, "dry laid stone wall" | 387763-64 | | | |
| 365 | DX | 03/06/03 | Letter to Rodney Keiscome from Stephen Christensen regarding the subject, "contract modification no. 7" | 387590 | | | |
| 366 | DX | 03/07/03 | Letter to Fran Mainella from George Radanovion regarding the subject, "case file for ongoing problems with Remcon" | 36584 | | | |
| 367 | DX | 03/10/03 | Letter to Rodney Keiscome from Stephen Christensen regarding the subject, "claim for non payment by NPS for aggregate base and asphalt concrete" | REM000015453-54 | | | |
| 368 | DX | 03/12/03 | Letter to Rodney Keiscome from Stephen Christensen regarding the subject, "claim for non payment by NPS for dry laid stone wall" | 387635-36 | | | |
| 369 | DX | 03/12/03 | Letter to Luke Triplett from William DeOcampo regarding the subject, "project as built drawings" | 387637 | | | |
| 370 | DX | 03/14/03 | Letter to D Michael Schoenfeld from Rodney Keiscome regarding the subject, "letter of March 12 from Remcon" | 387665 | | | |
| 371 | DX | 03/14/03 | FY01 Job Schedule from Remcon | SA266-67 | | | |
| 372 | DX | 03/17/03 | Letter to Rodney Keiscome from Stephen Christensen regarding the subject, "project as built drawings" | 387673 | | | |
| 373 | DX | 03/21/03 | Letter to Rodney Keiscome from Stephen Christensen regarding the subject, "notice of potential claim, contract modification no. 7" | 387681 | | | |
| 374 | DX | 03/25/03 | Meeting minutes | 511998-00 | | | |
| 375 | DX | 03/26/03 | Facsimile and mail letter to Rodney Keiscome from D Michael Schoenfeld regarding the subject, "Response for receipt of March 14 letter regarding the subject, Remcon" | 387698-703 | | | |
| 376 | DX | 03/28/03 | Letter to D Michael Schoenfeld from Rodney Keiscome regarding the subject, "alternative dispute resolution" | 387712-13 | | | |
| 377 | DX | 04/01/03 | Facsimile and mail letter to Rodney Keiscome from D Michael Schoenfeld regarding the subject, March 28 letter" | 387722-23 | | | |
| 378 | DX | 04/01/03 | Letter to Michael Flak, Bond Claim Specialist from Rodney Keiscome regarding the subject, "release no further funds to Remcon" | 387732 | | | |
| 379 | DX | 04/02/03 | Letter to Rodney Keiscome from Michael Flak regarding the subject, "follow up letter on releasing funds to Remcon" | 387739-40 | | | |
| 380 | DX | 04/02/03 | Letter to Rodney Keiscome from Stephen Christensen regarding the subject, "contract requirements reponse" | 387810-11 | | | |

DEPOSITION EXHIBIT LISTING

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 381 | DX | 04/04/03 | Letter to D. Michael Schoenfeld from Rodney Keiscome regarding the subject, "letter of March 12, 2003" | 387777-80 | | | |
| 382 | DX | 04/03/03 | Work Log | REM000021328-31 | | | |
| 383 | DX | 04/09/03 | Letter to Rodney Keiscome from Stephen Christensen regarding the subject, "failure to make proper progress payments, pay estimate 14" | 387783-84 | | | |
| 384 | DX | 04/15/03 | Letter to Stephen Christensen from Rodney Keiscome regarding the subject, "pay estimate 14 quantity corrections" | REM000015526-31 | | | |
| 385 | DX | 04/15/03 | Letter to Stephen Christensen from Rodney Keiscome regarding the subject, "lower Sherman schedule" | 387805-06 | | | |
| 386 | DX | 04/15/03 | Letter to Rodney Keiscome from Stephen Christensen regarding the subject, "response to 4-4-03 letter" | 387823-26 | | | |
| 387 | DX | 04/24/03 | Letter to D Michael schoenfeld from Gerald D O'Nan regarding the subject, "dates for possible on-site meeting dates for the parties involved" | 387843 | | | |
| 388 | DX | 04/28/03 | E-mail to Mike Giller from Ray Todd regarding suggested response to Remcon letter of 4-3-02 | 512318-21 | | | |
| 389 | DX | 04/29/03 | Overnight Letter to D Michael Schoenfeld from Gerald O'Nan regarding the subject, "discuss possible meeting dates" | 387844 | | | |
| 390 | DX | 05/01/03 | Federal Express letter to D Michael Schoenfeld from Gerald O'Nan regarding the subject, "meeting dates to discuss between both parties" | 387223-24 | | | |
| 391 | DX | 05/06/03 | Progress Meeting Minutes 5-6-03 | 511336-38 | | | |
| 392 | DX | 05/09/03 | Letter to Honorable George Radanovich from Daniel Wenk regarding the subject, "issues with Remcon" | 387228-29 | | | |
| 393 | DX | 05/22/03 | Letter to Remcon, Inc from William DeOcampo regarding the subject, "project schedule review comments schedule dated 4-3-03" | REM000015489-91 | | | |
| 394 | DX | 06/06/03 | Letter to Stephen Christensen from Rodney Keiscome regarding the subject, "mobilization notification" | REM000015483-84 | | | |
| 395 | DX | 06/06/03 | Certified Letter to D Michael Schoenfeld from Gerald O'Nan regarding the subject, "Rencom retaurning to site" | REM000015485-86 | | | |
| 396 | DX | 06/07/03 | Letter to Rodney Keiscome from Stephen Christensen regarding the subject, "mobilization notification" | 387253 | | | |
| 397 | DX | 06/08/03 | Letter to William DeOcampo from Stephen Christensen regarding the subject, "project schedule review comments" | 387254-55 | | | |
| 398 | DX | 06/12/03 | Facsimile to Gerald O'Nan, Stephen Christensen, Bob Comer from D. Michael Schoenfeld regarding the subject, "communication with Remcon" | 387259-61 | | | |
| 399 | DX | 06/18/03 | Letter to Stephen Christensen from Edward Tafoya regarding the subject, "mobilization notification" | 387271-72 | | | |
| 400 | DX | 06/20/03 | Letter to Remcon from Stephen Giadone regarding the subject, "site deficiencies" | 387279-80 | | | |
| 401 | DX | 06/28/03 | Letter to Rodney Keiscome from Stephen Christensen regarding the subject, "site deficiencies" | 387282 | | | |
| 402 | DX | 06/28/03 | Letter to Rodney Keiscome from Stephen Christensen regarding the subject, "mobilization notification" | 387281 | | | |
| 403 | DX | 06/28/03 | Cover letter for claim | SA153 | | | |
| 404 | DX | 06/29/03 | Memo to William DeOcampo from Steve Giadone regarding the subject, "schedule dated 6-9-03 - A/E review comments" | 511222 | | | |
| 405 | DX | 07/02/03 | Letter to Stephen Christensen from William DeOcampo regarding the subject, "response to June 8 letter concerning NPS May 22 progress schedule review comments" | 387413-16 | | | |
| 406 | DX | 07/03/03 | Letter to Stephen Christensen from Rodney Keiscome regarding the subject, "mobilization concerns" | REM000015467 | | | |

DEPOSITION EXHIBIT LISTING

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 407 | DX | 07/03/03 | Letter to Rodney Keiscome from Stephen Christensen regarding the subject, "non-conformance review of contractors schedule" | 387330 | | | |
| 408 | DX | 07/03/03 | Letter to Stephen Christensen from Rodney Keiscome regarding the subject, "contracting officers final decision - aggregate base course" | REM000015446-49 | | | |
| 409 | DX | 07/03/03 | Letter to Stephen Christensen from Rodney Keiscome regarding the subject, "contracting officers final decision - dry laid stone wall" | 387301-08 | | | |
| 410 | DX | 07/03/03 | Letter to Rodney Keiscome from Stephen Christensen regarding the subject, "mobilization concerns" | 387339 | | | |
| 411 | DX | 07/08/03 | Letter to Stephen Christensen from Rodney Keiscome regarding the subject, "Remcon letters dated July 3 - mobilization concerns" | REM000015444-45 | | | |
| 412 | DX | 07/09/03 | Letter to Rodney Keiscome from Stephen Christensen regarding the subject, "non conformance review of contractors schedule second notice" | 387354 | | | |
| 413 | DX | 07/15/03 | Letter to Stephen Christensen from Rodney Keiscome regarding the subject, "contracting officers final decision, differing site conditions" | REM000015433-43 | | | |
| 414 | DX | 07/17/03 | E-mail to Michael Giller, William DeOcampo from Steve Giadone regarding the subject, "SEKI Schedule Review" | 511065-68 | | | |
| 415 | DX | 07/17/03 | Letter to Rodney Kiescome from Stephen Christensen regarding the subject, "contract delay by the NPS" | 387411 | | | |
| 416 | DX | 07/17/03 | Letter to Rodney Keiscome from Stephen Christensen regarding the subject, "contractors schedule review, non conformance by NPS" | 387412 | | | |
| 417 | DX | 07/25/03 | Certified letter to Stephen Christensen from Rodney Keiscome regarding the subject, "certified claim of Remcon arising from work performed to date and pending audit" | 387433-34 | | | |
| 418 | DX | 07/29/03 | Certified letter to Stephen Christensen from Rodney Keiscome regarding the subject, "mobilization and lack of accepted schedule from Remcon" | REM000015426-27 | | | |
| 419 | DX | 08/05/03 | Memo to files regarding phone call with Stephen Christensen to discuss the project off the record | (no bates) | | | |
| 420 | DX | 08/05/03 | Progress Meeting agenda 8-5-03 No. 73 | REM000014052-53 | | | |
| 421 | DX | 08/08/03 | Memo to files regarding the subject, phone call with Stephen Christensen and Mike Giller regarding the subject, "follow up call about payments" | (no bates) 2 pgs | | | |
| 422 | DX | 10/02/03 | Letter to Stephen Christensen from Rodney Keiscome regarding the subject, "transmittal of survey" | REM000015412-13 | | | |
| 423 | DX | 11/28/03 | Letter to Congressman Radanovich from the Office of Inspector General | 524305 - 06 | | | |
| 424 | DX | undated | Payment summary | SA151 | | | |
| 425 | DX | 08/31/01 | Data Log | No bates | | | |
| 426 | DX | 09/30/01 | Data Log | No Bates | | | |
| 427 | DX | 03/31/02 | Data Log | no bates | | | |
| 428 | DX | 08/11/05 | Lloyd Documents - backup for expert report (handwritten notes) | 105pgs | | | |
| 429 | DX | | Booth Documents, drawings, charts | 165 pgs | | | |
| 430 | DX | Undated | Scope of Work, Task order T2000010108, surveying and mapping of as-built conditions at SEKI | PS525457-62 | | | |
| 431 | DX | 06/25/03 | Construction drawings as-builts | PS525437 | | | |
| 432 | DX | 07/03/03 | Construction drawings as-builts | PS525438-50 | | | |
| 433 | DX | 12/24/03 | Amendment of solicitation/modification of contract | PS525451-52 | | | |
| 434 | DX | 04/24/03 | Task order for supplies or services | PS525453-56 | | | |
| 435 | DX | 01/28/04 | Amendment of Solicitation/Modification of contract | PS525468-69 | | | |
| 436 | DX | 01/16/04 | Memo to PSOMAS from Alice Greenstreet regarding the subject, "transmittal of contract modification" | PS525470 | | | |

DEPOSITION EXHIBIT LISTING

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 437 | DX | 01/22/04 | Letter to Alice Greenstreet from Pam Vedder of PSOMAS regarding the subject, "three originals of the modification for Contract #1443C200010100" | PS525471 | | | |
| 438 | DX | 01/28/04 | Letter to Pam Vedder of PSOMAS from Edward Tafoya regarding the subject, "transmittal of signed mod No. 3, contract capacity utilization" | PS525472 | | | |
| 439 | DX | 04/24/03 | Order for supplies or services | PS525473-76 | | | |
| 440 | DX | 06/17/03 | Stockpile topo at bus turnaround | PS525493-509 | | | |
| 441 | DX | 09/00/03 | Volume Report - shuttle bus turnout stockpile | PS525510-19 | | | |
| 442 | DX | Undated | Construction drawing | PS525520 | | | |
| 443 | DX | Undated | Construction drawing | PS525521 | | | |
| 444 | DX | 07/03/03 | 90% submittal of drawings, as-built survey | PS525522-47 | | | |
| 445 | DX | Undated | Layout plan drawing | PS525548 | | | |
| 446 | DX | Undated | Grading and restoration plan drawing | PS525549-52 | | | |
| 447 | DX | Undated | Existing conditions and demolition drawing | PS525553 | | | |
| 448 | DX | Undated | Grading and restoration plan drawing | PS525554-56 | | | |
| 449 | DX | Undated | Existing conditions and demolition drawing | PS525557 | | | |
| 450 | DX | 06/17/03 | Topo stockpile at Wolverton report | PS525558-69 | | | |
| 451 | DX | 08/20/03 | As-built point listing report | PS525570-77 | | | |
| 452 | DX | 06/04/03 | Control Traverse for road topo sherman tree as-built survey | PS525578-608 | | | |
| 453 | DX | 06/28/03 | Field Work Authorization,work performed, Topo Stockpile | PS525609 | | | |
| 454 | DX | 06/05/03 | Field Work Authorization,work performed, Finish road as built | PS525610 | | | |
| 455 | DX | 06/04/03 | Field Work Authorization, work performed, continue as built survey | PS525611 | | | |
| 456 | DX | 03/29/03 | Field Work Authorization, work performed, as built survey | PS525612 | | | |
| 457 | DX | 05/30/03 | Field Work Authorization, work performed, continue Topo in parking area | PS525613 | | | |
| 458 | DX | 06/17/03 | Field Work Authorization, work performed, stock pile | PS525614 | | | |
| 459 | DX | 06/16/03 | Field Work Authorization, work performed, travel to site | PS525615 | | | |
| 460 | DX | Undated | Construction Drawing | PS525616 | | | |
| 461 | DX | 06/01/99 | Staking Plan Drawing | PS525617-19 | | | |
| 462 | DX | 08/21/03 | Field Work Authorization, work performed, additional Topo various places | PS525620 | | | |
| 463 | DX | 06/06/03 | Field Work Authorization, work performed, scetches photos | PS525621 | | | |
| 464 | DX | 06/19/03 | Field Work Authorization, work performed, scetches, download | PS525622 | | | |
| 465 | DX | Undated | Scope of Work, Task order T2000010108, surveying and mapping of as-built conditions at SEKI | PS525623-27 | | | |
| 466 | DX | 06/23/03 | SEKI Verification Drawings | PS525628-31 | | | |
| 467 | DX | 10/21/03 | Field Work Authorization, work performed, pick up rental | PS525632 | | | |
| 468 | DX | 10/21/03 | Field Work Authorization, work performed, travel to site meet Lance, start water pipe location | PS525633 | | | |
| 469 | DX | 10/23/03 | Field Work Authorization, work performed, finish locate water line | PS525634 | | | |
| 470 | DX | 11/01/05 | Topographic Survey SEKI | PS525635-39 | | | |
| 471 | DX | 11/16/01 | Order supplies or services | PS525640-42 | | | |
| 472 | DX | Undated | Scope of Work, Topographic Surveying/Mapping report | PS525643-50 | | | |
| 473 | DX | Undated | Topographic Survey SEKI 1/2 Scale Prints | PS525651-57 | | | |
| 474 | DX | Undated | Topographic Survey SEKI Point Listing | PS525658-61 | | | |
| 475 | DX | 11/19/01 | Topographic Survey SEKI Field Notes | PS525662-71 | | | |
| 476 | DX | 11/20/01 | Field Notes Geodat Edit Sheet | PS525672-75 | | | |
| 477 | DX | 11/21/01 | Field Notes Geodat Edit Sheet | PS525676-82 | | | |
| 478 | DX | 11/27/01 | Topographic Survey SEKI Control Adjustment Report | PS525683-704 | | | |
| 479 | DX | 11/27/01 | Topographic Survey SEKI Radial Survey Computations Report | PS525705-22 | | | |
| 480 | DX | 11/01/05 | Topographic Survey SEKI Photographs | PS525723-31 | | | |
| 481 | DX | 06/12/00 | Topographic survey, 2nd move in for layout | PS525732 | | | |