DEPOSITION EXHIBIT LISTING

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 482 | DX | 06/12/00 | Letter to Theresia Land of NPS from Scott Bryant of PSOMAS regarding the subject, "proposed improvement layout for Sherman Tree area of Sequois Nat Park | PS525733-34 | | | |
| 483 | DX | 06/09/00 | Check Request Form payable to Pam Vedder for per diem meals | PS525735 | | | |
| 484 | DX | 06/06/00 | Field Survey Checklist Topographic Alta Surveys | PS525736 | | | |
| 485 | DX | 06/01/00 | Letter to Andrea Gregor of DHM from Scott Bryant of PSOMAS regarding the subject, "proposal for staking preliminary parking lot design and access road" | PS525737-42 | | | |
| 486 | DX | 03/08/00 | Memo to Scott Bryant from Andrea Gregor regarding the subject, "2 copies of agreement for surveying services sent" | PS525743 | | | |
| 487 | DX | 03/21/00 | Memo to Scott Bryant from Sarah Dowd regarding the subject, "project number assigned" | PS525744 | | | |
| 488 | DX | 03/03/00 | Agreement for Surveying services between PSOMAS and DHM Const. | PS525745 | | | |
| 489 | DX | 03/21/00 | Letter to Andrea Gregor from Jennifer Williams of PSOMAS regarding the subject, "surveying services contract for the staking of Sherman Tree Parking Area" | PS525746 | | | |
| 490 | DX | 05/30/00 | Memo to Scott Bryant from Andrea Gregor regarding "survey points drawing, points and grades" | PS525748 | | | |
| 491 | DX | Undated | Drawing showing roadway to be staked and parking area | PS525749 | | | |
| 492 | DX | 06/01/00 | Confirmation Message to Andrea Gregor from Scott Bryant regarding "revised proposal" | PS525750-51 | | | |
| 493 | DX | Undated | Drawing | PS525754-55 | | | |
| 494 | DX | 06/01/00 | Proposal for Surveying Services - Preliminary layout | PS525756 | | | |
| 495 | DX | 06/05/00 | Letter to Andrea Gregor from Jennifer Williams regarding the subject, "staking preliminary parking lot | PS525761-75 | | | |
| 496 | DX | 05/30/00 | Note to Scott Bryant from Andrea Gregor regarding the subject, "attached are the northings and eastings for the access" | PS525776-86 | | | |
| 497 | DX | 06/07/00 | Guest Card for Scott Bryant at Wukachi Village and Lodge | PS525787 | | | |
| 498 | DX | 00/00/2000 | Task Number 00002 - Parking Lot Layout Restake | PS525788 | | | |
| 499 | DX | 03/21/00 | Memo to Jennifer Williams and Pam Vedder from Scott Bryant regarding the subject, "Project Number Assigned is 6DHM010100 | PS525789 | | | |
| 500 | DX | 06/06/00 | Field Survey Checklist Topographic Alta Surveys | PS525790 | | | |
| 501 | DX | 06/01/00 | Copy of Guest Card sent to Scott Bryant from Andrea Gregor | PS525791 | | | |
| 502 | DX | 06/07/00 | Receipt for Wuksachi Village and Lodge for Scott Bryant | PS525792-98 | | | |
| 503 | DX | Undated | Drawings | PS525799-803 | | | |
| 504 | DX | Undated | Misc Construction Drawings SEKI | PS525804-09 | | | |
| 505 | DX | 06/05/03 | Report of Levels and Cross Sections | PS525810-11 | | | |
| 506 | DX | 06/06/03 | Drawings Job No 6NAT0801.08 T1 | PS525812-14 | | | |
| 507 | DX | 06/02/03 | Job Edit Sheet As Built Verific Survey | PS525815-19 | | | |
| 508 | DX | 06/03/03 | Drawings Job No 6NAT0801.08 T1 | PS525820 | | | |
| 509 | DX | 06/04/03 | Job Edit Sheet As Built Verific Survey | PS525821-28 | | | |
| 510 | DX | 06/18/03 | Drawings | PS525829 | | | |
| 511 | DX | 06/17/03 | Job Edit Sheet As Built Verific Survey | PS525830-40 | | | |
| 512 | DX | 06/17/03 | Job Edit Stockpile at Wolverton | PS525841-42 | | | |
| 513 | DX | 08/21/03 | Job Edit Sheet at Sherman Tree Parking | PS525843-46 | | | |
| 514 | DX | 06/11/03 | Summary Report of files and data | PS525847-63 | | | |
| 515 | DX | 06/19/03 | Summary Report of files and data | PS525864-70 | | | |
| 516 | DX | 06/19/03 | Summary Report of files and data | PS525871-79 | | | |
| 517 | DX | 06/23/03 | Asbuilt report | PS525880 | | | |
| 518 | DX | 06/03/03 | Radial Survey Computation report | PS525881-976 | | | |
| 519 | DX | 06/05/03 | Radial Survey Computation report | PS525977-071 | | | |
| 520 | DX | 06/17/03 | Radial Survey Computation report | PS526072-115 | | | |

DEPOSITION EXHIBIT LISTING

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 521 | DX | 06/17/03 | Radial Survey Computation report | PS526116-60 | | | |
| 522 | DX | 08/21/03 | Radial Survey Computation report | PS525161-69 | | | |
| 523 | DX | 00/00/03 | Photos | PS526170-201 | | | |
| 524 | DX | 10/23/01 | Meeting Agenda with list of agenda items | REM000021917-27 | | | |
| 525 | DX | 12/04/01 | Letter to Bruce Coulthard of Oasis Crushing from Stephen Christensen | REM000003158 | | | |
| 526 | DX | Undated | Letter to Terry Lang from Tina Micheletti regarding the subject, "Oasis Crushing Certified Payrolls" | REM000003205 | | | |
| 527 | DX | 12/04/01 | Letter to Bruce Coulthard from Stephen Christensen regarding the subject, "Standard Long Form Subcontract and certified payrolls" | REM000003242-43 | | | |
| 528 | DX | 11/13/01 | Notes concerning Oasis Crushing from Jeff | REM000003276 | | | |
| 529 | DX | 02/26/03 | Letter to Kelley Kern of Longyear, O'Dea and Lavra, from Stephen Christensen regarding the subject, "letters of Feb 24 and 25 concerning Western Sierra Contractors and their demand for payment" | REM000003412-13 | | | |
| 530 | DX | 12/05/02 | Letter to Rodney Keiscome from Joe Borges regarding the subject, payout of Western Sierra Contractors and bill to Remcon | REM000003414-18 | | | |
| 531 | DX | 12/17/02 | Letter to Terry Lang from Joe Borges regarding the subject, "their formal request for complete breakdown of all monies paid to Remcon" | REM000003554-55 | | | |
| 532 | DX | 05/13/03 | Letter to Stephen Christensen from Erin-Leigh Henderson regarding the subject, "Status conference on Remcon and payment" | REM000007619 | | | |
| 533 | DX | 03/19/03 | Letter to J. Michael Pisias from Erin-Leigh Henderson regarding the subject, "response to your request on behalf on Great American Insurance Settlement" | REM000007674-75 | | | |
| 534 | DX | 02/13/03 | Letter to Stephen Christensen from William Eliopoulos regarding the subject, "representing Remcon on claim" | NO BATES | | | |
| 535 | DX | 09/11/02 | Daily Log of Construction | no bates | | | |
| 536 | DX | Undated | Drawing showing volume of granite | REM000010229-30 | | | |
| 537 | DX | Undated | Stephen Christensen notes-blasting | REM000010265-83 | | | |
| 538 | DX | 08/22/02 | Discussion Notes-costs, materials | REM000010287-93 | | | |
| 539 | DX | 07/23/02 | Discussion Notes-differing site conditions | REM000010284-87 | | | |
| 540 | DX | Undated | Handwritten notes on drilling and shooting | REM000010224 | | | |
| 541 | DX | 08/28/02 | Speed Letter to Bob Reinhardt from Loren Mangrum regarding the subject, "AB Material" | REM000019497 | | | |
| 542 | DX | 10/20/02 | Letter to Michael Giller from Stephen Christensen regarding the subject, "reservation of contractors rights" | REM000013048 | | | |
| 543 | DX | 06/12/02 | Attendees list to meeting with Remcon 6-12-02 | REM000010261-62 | | | |
| 544 | DX | 10/09/01 | Weekly Meeting #20 Minutes for 10-09-01 | REM000021195-96 | | | |
| 545 | DX | 10/02/01 | Weekly Meeting #19 Minutes for 10-2-01 | REM000021197-98 | | | |
| 546 | DX | 09/25/01 | Weekly Meeting #18 Minutes for 9-25-01 | REM000021199-200 | | | |
| 547 | DX | 06/26/01 | Meeting 6-26 Notes | REM000013000 | | | |
| 548 | DX | 08/27/02 | Weekly Meeting #37 8-27-02 | REM000013024-26 | | | |
| 549 | DX | 10/08/02 | Meeting Minutes | REM000013038-40 | | | |
| 550 | DX | 19-15-02 | Weekly Meeting #44 10-15-02 | REM000013041-43 | | | |
| 551 | DX | 10/01/02 | Meeting Minutes | REM000013032-34 | | | |
| 552 | DX | 09/04/01 | Weekly Meeting #15 9-4 | REM000013019-20 | | | |
| 553 | DX | 09/18/01 | Weekly Meeting #17 9-18 | REM000013021-23 | | | |
| 554 | DX | 09/17/02 | Meeting Minutes | REM000013028-30 | | | |
| 555 | DX | 08/27/02 | Meeting Minutes 8-27 | REM000013027-30 | | | |
| 556 | DX | 09/05/02 | Memo to Joanne Cody, Mike Giller from Loren Mangrum regarding the subject, "physical interference in parking area 36+00 - 48+00" | 510712-13 | | | |
| 557 | DX | 09/18/02 | Facsimile to Remcon from Bill Morris regarding the subject, drawings received | REM000021933-34 | | | |

DEPOSITION EXHIBIT LISTING

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 558 | DX | 10/18/01 | Memo to Bob Russell from Jeff Northrop regarding the subject, "stone stairs" | No bates | | | |
| 559 | DX | Undated | Memo from Bob regarding the subject, "comments concerning transmittal No 24, progress schedule" | 511345 | | | |
| 560 | DX | Undated | Excavation and Grading #37 report | REM000021323-26 | | | |
| 561 | DX | 09/26/00 | Facsimileto Joanne Cody from Ray Tuttle regarding the subject, "review comments from Kleinfelder on our 75% plans | 022811-17 | | | |
| 562 | DX | 09/16/99 | Memo to Andrea Gregor from Scott Bryant regarding the subject, proposal for surveying services | 023384-85 | | | |
| 563 | DX | 05/05/99 | Project Agreement | 023105-08 | | | |
| 564 | DX | 09/17/99 | Transmittal to Scott Bryant from Robert Smith regarding go ahead with contract | 023381-83 | | | |
| 565 | DX | 09/21/99 | Scope of Services Task Order 1443CX2000 | 023375-80 | | | |
| 566 | DX | 03/02/00 | Letter to Andrea Gregor from Scott Bryant | 023370-73/66-68 | | | |
| 567 | DX | Undated | Scope of Services Task order 1443CX2000-98-018 | 023358-65 | | | |
| 568 | DX | 06/05/00 | Letter to Andrea Gregor from Jennifer Williams regarding staking preliminary parking lot design | 023353-57 | | | |
| 569 | DX | 10/23/01 | Meeting Agenga Contract Modification 10-23-01 | 525037-60 | | | |
| 570 | DX | 08/18/03 | Letter to Anne Richards from Rodney Keiscome regarding the subject, "total cost audit-Remcon" | 520698 | | | |
| 571 | DX | 09/18/03 | Letter to Stephen Christensen from Rodney Keiscome regarding the subject, "construction site access" | 520853-54 | | | |
| 572 | DX | 09/23/03 | Letter to Rodney Keiscome from Stephen Christensen regarding the subject, "construction site access" | 520875 | | | |
| 573 | DX | 10/02/03 | Letter to Stephen Christensen from Rodney Keiscome regarding the subject, "transmittal of survey" | 520879-80 | | | |
| 574 | DX | 11/28/03 | Letter to the Honorable George Radanovich from the Inspector General Earl Devaney regarding the subject, "independent review of two separate allegations that involve NPS and Remcon" | 524305-06 | | | |
| 575 | DX | 10/29/03 | E-mail to Rick from Mike Giller regarding the subject, "SEKI 200Q Wolverton Point Survey and Quantities" | 523207-08 | | | |
| 576 | DX | 12/02/03 | Letter to Stephen Christensen from Anne Richards regarding the subject, "DOI total cost audit of Remcon" | 525016 | | | |
| 577 | DX | 03/19/04 | Letter to Stephen Christensen from Anne Richards regarding the subject, "DOI progress regarding the subject, the total cost audit with Remcon" | 524978-80 | | | |
| 578 | DX | 04/29/04 | Letter to Rodney Keiscome from Anne Richards regarding the subject, "audit of costs incurred with Remcon, termination of audit, failure to provide documentation" | 524967-68 | | | |
| 579 | DX | 07/23/04 | Certified Letter to Rodney Keiscome from Stephen Christensen regarding the subject, "claim of Remcon challenging the Gov. termination of Remcon for default and requesting termination costs" | 524971-74 | | | |
| 580 | DX | 07/08/04 | Audit Report to Rodney Keiscome from Anne Richards | 521034-36 | | | |
| 581 | DX | 07/02/02 | Mediation Briefs with support | REM000019643-741 | | | |
| 582 | DX | Undated | T. Lloyds back up schedules | No bates | | | |
| 583 | DX | various | Stephen Christensen's unredacted diaries | | | | |
| 584 | DX | 03/04/05 | Audit letter from OIG | | | | |
| 585 | DX | | Demonstrative exhibit 1: Dry laid stone wall section | 1 page | | | |
| 586 | DX | | Demonstrative exhibit 2: Blasting layout | 1 page | | | |
| 587 | DX | | Demonstrative exhibit 3: Alignment change in through cut | 1 page | | | |
| 588 | DX | | Demonstrative exhibit 4: Alignmnet change at turn-out | 1 page | | | |
| 589 | DX | | Demonstrative exhibit 5: road cross-section in through cut | 1 page | | | |

DEPOSITION EXHIBIT LISTING

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 590 | DX | | Demonstrative exhibit 6: Digital rendering of turn-out | 6 pages | | | |
| 600 | DX | | Demonstrative exhibit 7: Digital rendering at through-cut | 6 pages | | | |
| 601 | DX | | Demonstrative exhibit 8: Digital rendering at access road | 1 page | | | |
| 602 | DX | | Demonstrative exhibit 9: Digital Rendering of Leach Filed | 1 page | | | |
| 603 | DX | | Demonstrative exhibit 10: Earthwork calculations | 1 page | | | |
| 604 | DX | | Demonstrative exhibit 11: Site Plan | 1 page | | | |
| 605 | DX | | Demonstrative exhibit 12: Portions of PX 72 and 73 | 1 page | | | |
| 606 | DX | 07/02/01 | Project Photographs: | | | | |
| 607 | DX | | Project photgraphs (various) | | | | |
| 608 | DX | | Demonstrative exhibit 13: Plan view of alignmnet change | 1 page | | | |
| 609 | DX | | Demonstrative exhibit 14: Summarty timeline - differing site conditions | 1 page | | | |
| 610 | DX | | Demonstrative exhibit 15: Earthwork flow diagram | 1 page | | | |
| 611 | DX | | Demonstrative exhibit 16: Comparison of Remcon's as-planned schedules | 1 page | | | |
| 612 | DX | various | Stephen Christensen's unredacted diaries | | | | |
| 613 | DX | various | California Drilling & Blasting documents | | | | |
| 1000 | DX | 02/12/04 | Progress meeting agenda no. 80 | 520001-03 | | | |
| 1001 | DX | 04/06/04 | Progress meeting agenda no. 87 | 524516-19 | | | |
| 1002 | DX | 06/08/04 | E-mail to Russell Belknap from Chris Hickey regarding the subject, "weekly minutes for 06-01-04" | 520079-84 | | | |
| 1003 | DX | 06/16/04 | Progress meeting agenda no. 97 | 520090-94 | | | |
| 1004 | DX | 06/22/04 | Progress meeting agenda no. 98 | 600336-41 | | | |
| 1005 | DX | 06/29/04 | Progress meeting agenda no. 99 | 524687-92 | | | |
| 1006 | DX | 08/17/04 | Progress meeting agenda no. 106 | 520160-67 | | | |
| 1007 | DX | 09/14/04 | E-mail to Bill Gowett, Willie DeOcampo, Mike Giller, etc. from Doug Heacock (Sage) regarding the subject, "comments on meeting minutes on 09-07-04" | 520192 | | | |
| 1008 | DX | 09/20/04 | Progress meeting agenda no. 111 | 520201-06 | | | |
| 1009 | DX | 10/05/04 | Progress meeting agenda no. 113 | 520216-21 | | | |
| 1010 | DX | 11/04/04 | Progress meeting agenda no. 117 | 520244-50 | | | |
| 1011 | DX | 12/21/04 | Progress meeting agenda no. 121 | 520276-82 | | | |
| 1012 | DX | 05/21/04 | Transmittal to Randy Wilkinsky (Great American) from Chris Hickey regarding the subject, "amendment no. 1 to interim completion agreement" | GA2341-45 | | | |
| 1013 | DX | 05/25/04 | Letter to Chris Hickey from Randy Wilkinsky regarding the subject, "executed copy of Ken Smith Masonry's ratification agreement" | GA2346-68 | | | |
| 1014 | DX | 02/11/04 | Letter to Randy Wilkinsky from Stephen Poindexter regarding the subject, "bid proposal for Lower Sherman portion of SEKI" | GA2302-40 | | | |
| 1015 | DX | 07/22/04 | Payment 14 | 521087-93 | | | |
| 1016 | DX | 04/15/03 | Letter to Stephen Christensen from Rodney Keiscome regarding the subject, "pay estimate 14 quantity corrections" | 521159-64 | | | |
| 1017 | DX | 10/29/03 | E-mail to Robert Shaffer from Rodney Keiscome regarding the subject, "contract balance calculations" | 523202-06,521176 | | | |
| 1018 | DX | 08/04/04 | Progress Payments | 521177-83 | | | |
| 1019 | DX | 06/23/04 | Letter to Randy Wilkinsky from Rodney Keiscome regarding the subject, "pay estimate review - PE 14" | 522090-108 | | | |
| 1020 | DX | 07/13/04 | Pay estimate 14 | 521094-107 | | | |
| 1021 | DX | 09/07/04 | Pay estimate 16 | 521222-28 | | | |
| 1022 | DX | 08/05/04 | Letter to Rodney Keiscome from Randy Wilkinsky regarding the subject, "conversation concerning pay application 14" | 524730 | | | |
| 1023 | DX | 08/06/04 | Letter to Rodney Keiscome from Randy Wilkinsky regarding the subject, "seeking information concerning reductions to pay application #14" | 524735-36 | | | |

DEPOSITION EXHIBIT LISTING

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1024 | DX | 08/12/04 | E-mail to Randy Wilkinsky from Rodney Keiscome regarding the subject, "receipt of pay estimate 15" | 524739-44 | | | |
| 1025 | DX | 08/19/04 | E-mail to Rodney Keiscome from Randy Wilkinsky regarding the subject, "release of money on PA #14, and amount of PA #15" | 524747-49 | | | |
| 1026 | DX | 08/19/04 | Letter to Randy Wilkinsky from William DeOcampo regarding the subject, "pay estimate review of #15" | 521219-21 | | | |
| 1027 | DX | 08/19/04 | E-mail between Rodney Keiscome and Randy Wilkinsky regarding the subject, "Pay estimate #15" | 524757-59 | | | |
| 1028 | DX | 09/24/04 | Pay estimate #17 | 521234-40 | | | |
| 1029 | DX | 11/10/04 | Pay estimate #18 | 524857-62 | | | |
| 1030 | DX | 01/12/05 | Pay estimate #19 | 521257-63 | | | |
| 1031 | DX | 01/24/05 | Letter to Randy Wilkinsky from Michael Giller rgarding "Review of payment 19" | 522743-45 | | | |
| 1032 | DX | 05/12/05 | Letter to Randy Wilkinsky from Rodney Keiscome regarding the subject, "response to GAIC letter of 4-5-05 on payment 14, 15, 19" | 522739-42 | | | |
| 1033 | DX | 05/17/05 | Construction modification check list for 75% completion | 524931-32 | | | |
| 1034 | DX | 08/06/05 | E-mail to Terry Lang, Jon Mitchell, Mike Giller from Dennis McMullen regarding Pay request #20 | 521327-30 | | | |
| 1035 | DX | 08/09/05 | Pay estimate #20 | 521317-23 | | | |
| 1036 | DX | 08/17/03 | Letter to Mick Flak from Rodney Keiscome regarding the subject, "Remcon defaulted, sample takeover agreement" | 524267 | | | |
| 1037 | DX | 08/16/03 | Letter to Chris Hickey from Ed Melroy regarding the subject, "request for price proposal #1 - Generals Highway Stone Headwall Adjustment" | 519581-82 | | | |
| 1038 | DX | 08/21/03 | Letter to Mick Flak from Rodney Keiscome regarding the subject, "Sage Associates Richard Tasker to act on behalf of GAIC as Surety for Remcon" | 520700 | | | |
| 1039 | DX | 08/21/03 | Letter to Rodney Keiscome from Richard Tasker regarding the subject, "consulting firm" | 524272-73 | | | |
| 1040 | DX | 08/25/03 | E-mail to Russell Belknap from Rodney Keiscome regarding the subject, "pending project site visit" | 520703 | | | |
| 1041 | DX | 08/27/03 | Letter to Mick Flak from Rodney Keiscome regarding the subject, "contract completion date" | 520715-16 | | | |
| 1042 | DX | 09/05/03 | E-mail to Rodney Keiscome, Terry Lang from Mike Giller regarding the subject, "summary of meeting with Richard Tasker" | 519124-31 | | | |
| 1043 | DX | 09/12/03 | Letter to Mick Flak from Rodney Keiscome regarding the subject, "takeover agreement response" | 525011-12 | | | |
| 1044 | DX | 09/18/13 | Letter to Rodney Keiscome from David Dapper regarding the subject, "obligations for GAIC under performance bond" | 523130-38 | | | |
| 1045 | DX | 10/14/03 | Letter to Rodney Keiscome from David Dapper regarding the subject, "draft takeover/tender agreement" | 520897-99 | | | |
| 1046 | DX | 10/23/03 | Phone conversation record - Mike Giller, Rick Tasker, Doug Heacock | 520936-37 | | | |
| 1047 | DX | 11/10/03 | Letter to Jerry O'Nan from David Dapper regarding the subject, "takeover agreement" | 519166-76 | | | |
| 1048 | DX | 11/12/03 | Letter to David Dapper from Rodney Keiscome regarding the subject, "takeover agreement" | 524338-40 | | | |
| 1049 | DX | 11/12/03 | Copy of takeover agreement | 521344-58 | | | |
| 1050 | DX | 11/13/03 | Letter to Jerry O'Nan from David Dapper regarding the subject, "revised takeover agreement" | 519177-79 | | | |
| 1051 | DX | 11/24/03 | Pre-construction conference attendance record | 523320 | | | |
| 1052 | DX | 12/15/03 | Letter to Rodney Keiscome from Randy Wilkinsky regarding the subject, "receipt of letter for identity of Great Americans project superintendent" | 519228 | | | |

DEPOSITION EXHIBIT LISTING

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1053 | DX | 12/18/03 | Letter to Randy Wilkinsky from Willlie DeOcampo regarding the subject, pre-construction conference minutes | 524378-85 | | | |
| 1054 | DX | 02/10/04 | Letter to Doug Heacock from Chris Hickey regarding the subject, "narrative schedule for direction of work and correction of work that has been completed" | 600158-59 | | | |
| 1055 | DX | 02/15/04 | Letter to Rodney Keiscome from Randy Wilkinsky regarding the subject, "negotiation of completion agreement with Agee Construction" | 519270-71 | | | |
| 1056 | DX | 02/18/04 | Letter to Randy Wilkinsky from William DeOcampo regarding the subject, "as built survey transmittal" | 522240 | | | |
| 1057 | DX | 03/01/04 | Letter to Rodney Keiscome from Thomas Casamassima regarding the subject, "Wickwire Gavin has been retained as counsel for GAIC" | 522234-36 | | | |
| 1058 | DX | 02/24/04 | Non conforming work form | 519272-87 | | | |
| 1059 | DX | 03/04/04 | Letter to Chris Hickey from William DeOcampo regarding the subject, "non-conforming work form" | 523425-26 | | | |
| 1060 | DX | 03/08/04 | FacsimileTransmission to William DeOcampo from Chris Hickey regarding the subject, "draft schedule" | 522349-50 | | | |
| 1061 | DX | 03/09/04 | Letter to William DeOcampo from Rodney Keiscome regarding the subject, "appointment - contracting officer's representative" | 519301-03 | | | |
| 1062 | DX | 03/18/04 | Lette to Chris Hickey from Rodney Keiscome regarding the subject, "notice to proceed with work on 3-19-04" | 522231-32 | | | |
| 1063 | DX | 03/18/03 | Letter to Leo DePaula from Mike Giller regarding the subject, "construction management services of Ed Melroy" | 600150-51 | | | |
| 1064 | DX | 03/23/04 | Letter to William DeOcampo from Chris Hickey regarding the subject, "proposal to start the construction of GH retaining wall prior to completion of upper parking area" | 522222-26 | | | |
| 1065 | DX | 04/01/04 | Letter to William DeOcampo from Chris Hickey rgarding "mobilization notice" | 519334 | | | |
| 1066 | DX | 04/05/04 | E-mail to Russell Belknap from Chris Hickey regarding the subject, "non-conforming work list" | 522342-48 | | | |
| 1067 | DX | 04/06/04 | E-mail to Chris Hickey from Russell Belknap regarding the subject, "updated file for no-conforming work list" | 524495-97 | | | |
| 1068 | DX | 04/06/04 | Letter to Sapient Technology Inc from Russell Belknap regarding the subject, "project supervisor appointment" | 519337-38 | | | |
| 1069 | DX | 04/29/04 | Letter to William DeOcampo from Chris Hickey regarding the subject, "issues resulting from survey crew on sit to layout and stake the retaining wall" | 522958-59 | | | |
| 1070 | DX | 05/04/04 | Speed Letter to NPS from Agee Construction regarding the subject, "adjust the grades coming into the stairs on the trail due to the stone stairs thickness" | 519379 | | | |
| 1071 | DX | 05/10/04 | Letter to Jerry Straw at Four-J-Construction from Chris Hickey regarding the subject, "Letter of direction for quality control supervisor" | 524677 | | | |
| 1072 | DX | 05/19/04 | Letter to Randy Wilkinsky from Rodney Keiscome regarding the subject, "notice to proceed" | 519392-93 | | | |
| 1073 | DX | 05/20/04 | Letter to Chris Hickey from William DeOcampo regarding the subject, "retaining wall grout concerns" | 522207-09 | | | |
| 1074 | DX | 05/24/04 | Letter to Rodney Keiscome from Randy Wilkinsky regarding the subject, "completion agreement with Agee" | 519390-91 | | | |
| 1075 | DX | 06/01/04 | Letter to Randy Wilkinsky from Rodney Keiscome regarding the subject, "superintendence by contractor, notice to proceed and takeover agreement" | 519409-10 | | | |
| 1076 | DX | 06/16/04 | Letter to Terry Lang from Chris Hickey regarding the subject, "subcontract statement and acknowledgement statements" | 519456-59 | | | |

DEPOSITION EXHIBIT LISTING

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1077 | DX | 06/16/04 | Speed Letter to NPS from Agee Construction regarding the subject, "non conforming work item 18" | 600695-96 | | | |
| 1078 | DX | 06/16/04 | Letter to Russell Belknap from Chris Hickey regarding the subject, "Agee reviewed on side conditions as to the non conforming work list" | 524046 | | | |
| 1079 | DX | 06/21/04 | E-mail between Chris Hickey and Russell Belknap regarding the subject, "actions to be taken on non conforming work" | 519460-61 | | | |
| 1080 | DX | 06/16/04 | Speed Letter to NPS from Agee Const regarding the subject, "reply to proposed correction of the non-conforming work" | 600664-66 | | | |
| 1081 | DX | 06/16/04 | Speed letter regarding the subject, "reply to proposed correction of non conforming work with attached drawings" | 519450-55 | | | |
| 1082 | DX | 06/22/04 | Speed Letter to NPS from Agee Const regarding the subject, "non conforming item no 68" | 600643-44/600550 | | | |
| 1083 | DX | 06/22/04 | Speed Letter to NPS from Agee Const regarding the subject, "non conforming work item No 26" | 600551 | | | |
| 1084 | DX | 06/25/04 | Speed Letter to NPS from Agee Const regarding the subject, "leach field dimensions" | 522998 | | | |
| 1085 | DX | 06/25/04 | Letter to Russell Belknap from Chris Hickey regarding the subject, "non conforming work item #68 - leach field" | 524051 | | | |
| 1086 | DX | 06/25/04 | Letter to Doug Heacock of Sage Associates from Chris Hickey regarding the subject, "proposal for leachfield" | 600645-47 | | | |
| 1087 | DX | 06/30/05 | Letter to Randy Wilkinsky from Jon Mitchell regarding the subject, "non conforming work - upper Sherman confort station floor slope proposal" | 522162-64 | | | |
| 1088 | DX | 07/12/04 | Letter to Mike Giller from Chris Hickey regarding the subject, "concrete foundations poured for stone pavers foundation" | 522180-81 | | | |
| 1089 | DX | 07/12/04 | Letter to William DeOcampo from Marshall Agee regarding the subject, "superintendent and acting superintendent for project" | 519484 | | | |
| 1090 | DX | 07/16/04 | Amendment of Solicitation/Modification of contract | 522444-63 | | | |
| 1091 | DX | 07/16/04 | Field Trip Report to Mike Giller from Jerry Nelson regarding the subject, "to perform an on-site quality control construction audit" | 519487-88 | | | |
| 1092 | DX | 07/28/04 | Memo to William DeOcampo from Chris Hickey regarding the subject, "non conforming work item No 26 - road width" | 524056 | | | |
| 1093 | DX | 08/03/04 | Field Memo to George Henningsgard from Bill Gowett regarding the subject, footing excavation for retaining wall" | 600524 | | | |
| 1094 | DX | 08/04/04 | Letter to Chris Hickey from Mike Giller regarding the subject, "asphalt debris cleanup reply" | 524132-33 | | | |
| 1095 | DX | 08/05/04 | Speed Letter to NPS from Agee Const regarding the subject, "Generals highway retaining wall layout" | 523013 | | | |
| 1096 | DX | 08/25/04 | E-mail to Chris Hickey from Mike Giller regarding the subject, "retaining wall grout negotiations of 8-24" | 523045 | | | |
| 1097 | DX | 09/01/04 | Letter to Ed Melroy from Chris Hickey regarding the subject, "non conforming work - item No 26 Road Width at station" | 523899 | | | |
| 1098 | DX | 09/08/04 | Schedule of Non conforming work | 522534-38 | | | |
| 1099 | DX | 09/14/04 | Letter to Randy Wilkinsky from Rodney Keiscome regarding the subject, "1/2 inch asphalt concrete top lift" | 524830-31 | | | |
| 1100 | DX | 09/15/04 | E-mail between William DeOcampo, Rodney Keiscome and Chris Hickey regarding the subject, "Federal Highways Testing Lab Results" | 5196216 | | | |
| 1101 | DX | 09/16/04 | Letter to Rodney Keiscome from Randy Wilkinsky regarding the subject, "acknowledgement of receipt of letters of 9-14 and 9-15" | 600086-87 | | | |
| 1102 | DX | 09/21/04 | Letter to Randy Wilkinsky from Mike Giller regarding the subject, "comfort station floor slope" | 519621 | | | |
| 1103 | DX | 09/22/04 | E-mail to Chris Hickey from Mike Giller regarding the subject, "non conforming comfort station floor slope" | 524810 | | | |

DEPOSITION EXHIBIT LISTING

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1104 | DX | 09/27/04 | Letter to Randy Wilkinsky from William DeOcampo regarding the subject, "suspect work - waterline depth" | 524825-26 | | | |
| 1105 | DX | 09/27/04 | FacsimileLetter to Mike Giller from Jerry Nelson regarding the subject, "utility line location and depth" | 523890-97 | | | |
| 1106 | DX | 09/28/04 | Letter to PBS&J from Chris Hickey regarding the subject, "Agee Const will provide the additional work to adjust the stone headwall at no added cost" | 519644 | | | |
| 1107 | DX | 09/28/04 | Letter to PBS&J from Chris Hickey regarding the subject, "Agee Const test strip" | 524837 | | | |
| 1108 | DX | 10/18/04 | Letter to Randy Wilkinsky from Mike Giller regarding the subject, "suspect work - waterline depth" | 522168-69 | | | |
| 1109 | DX | 10/25/04 | Transmittal to Chris Hickey from Warren Hraback of PBS&J regarding the subject, "request for payment #18" | 524116-18 | | | |
| 1110 | DX | 12/06/04 | Letter to Mike Giller from Chris Hickey regarding the subject, "waterline insulation proposal" | 519689 | | | |
| 1111 | DX | 01/04/05 | Letter to Mike Giller from Chris Hickey regarding the subject, "comfort station floor slope - corrective action" | 519698-99 | | | |
| 1112 | DX | 02/01/05 | Letter to Mike Giller from Chris Hickey regarding the subject, "non conforming work item No 4 - Access road grades non conforming" | 522490 | | | |
| 1113 | DX | 02/01/05 | Letter to Mike Giller from Chris Hickey regarding the subject, "non conforming work items No 5,6,7,8" | 523865 | | | |
| 1114 | DX | 02/01/05 | Letter to Mike Giller from Chris Hickey regarding the subject, "non conforming work item No 12 - incorrect burial on utility tape at Wolverton" | 522495 | | | |
| 1115 | DX | 02/01/05 | Letter to Mike Giller from Chris Hickey regarding the subject, "non conforming work item 11 - asphalt defective at South Lane Wolverton Rd" | 522484 | | | |
| 1116 | DX | 04/05/05 | Letter to Jon Mitchell from Rodney Keiscome regarding the subject, "appointment - contracting officer's representative" | 519746-48 | | | |
| 1117 | DX | 04/06/05 | Letter to Randy Wilkinsky from Mike Giller regarding the subject, "response to project schedule received 4-21-05" | 519749-50 | | | |
| 1118 | DX | 04/20/05 | Letter to Randy Wilkinsky from Mike Giller regarding the subject, "non conforming work - waterline repair proposal" | 522608-09 | | | |
| 1119 | DX | 04/20/05 | Letter to Randy Wilkinsky from Mike Giller regarding the subject, "RFP #1 - general highway stone headwall adjustment" | 519759-60 | | | |
| 1120 | DX | 04/20/05 | Letter to Randy Wilkinsky from Mike Giller regarding the subject, "non conforming work - upper Sherman comfort station floor slope proposal" | 519752-54 | | | |
| 1121 | DX | 04/21/05 | E-mail to Chris Hickey from Mike Giller regarding the subject, "non conforming work waterline repair" | 524878-80 | | | |
| 1122 | DX | 05/17/05 | Checklist for Mod 8 75% completed | 522759-63 | | | |
| 1123 | DX | 05/23/05 | E-mail to Mike Giller from Jon Mitchell regarding the subject, "non conforming work list update 10-15 | 522539-44 | | | |
| 1124 | DX | 05/31/05 | Letter to Mike Giller from Chris Hickey regarding the subject, "Mobilization Schedule" | 522567 | | | |
| 1125 | DX | 07/06/05 | E-mail to Jon Mitchell, Mike Giller from Dennis McMullen regarding the subject, "asphalt concrete core sample test results" | 522765-67 | | | |
| 1126 | DX | 06/14/05 | Letter to Mile Giller from Chris Hickey regarding the subject, "non conforming work item No 17 - waterline air relief valve on opposite side of road" | 522627 | | | |
| 1127 | DX | 07/20/05 | E-mail to Mike Giller from Joanne Cody regarding the subject, "occupancy inspection of the upper parking lot" | 522850-51 | | | |

DEPOSITION EXHIBIT LISTING

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1128 | DX | 08/25/05 | Letter to Randy Wilkinsky from Rodney Keiscome regarding the subject, "Beneficial occupancy - Sherman Parking area and trail to Lower Sherman" | 519778-80 | | | |
| 1129 | DX | Undated | Schedule of Non Conforming Work | 522358-60 | | | |
| 1130 | DX | 04/12/04 | Takeover Agreement - Two week look ahead schdule | 523470-547 | | | |
| 1131 | DX | 04/14/04 | Large Chart Drawing showing work schedule | 523469 | | | |
| 1132 | DX | 03/04/04 | Chart Drawing showing work schedule May 04 to Feb 05 | 521312-12b | | | |
| 1133 | DX | 09/08/04 | Schedule of Non Conforming Work | 522630-33 | | | |
| 1134 | DX | 03/04/04 | Chart Drawing showing work schedule June-Oct | 522674-35 | | | |
| 1135 | DX | 06/28/04 | Photo Document Log | 525358-430 | | | |
| 1136 | DX | 06/09/05 | Photo Document Log | 525348-57 | | | |
| 1137 | DX | 08/09/04 | Daily's from Ed Melroy 6-18-04 to 6-29-05 - Daily Log of Construction, A/E project supervisors daily report, construction manager/inspector daily report, contractors quality control daily report | 520390-691 | | | |
| 1138 | DX | 06/11/01 | Project Schedule, Transmittal 10, | 010091-92 | | | |
| 1138 | DX | 06/25/01 | Project Schedule, Transmittal 24 | 009718-19, 512652-53 | | | |
| 1140 | DX | 12/03/01 | Project Schedule, Transmittal , Sch Up sch drft, Proj lower Sherman | REM000014676, 512717-18 | | | |
| 1141 | DX | 02/06/02 | Project Schedule, Resource Guide 1,2,02, Up sch drft, Projet lower herman Gen, Phase 3, 03, 2002 Schedule | 388757, 388761,388763, 512689-92 | | | |
| 1142 | DX | 04/02/02 | Project schedule, Sherman tree Backup | REM000014667, REM000013462 | | | |
| 1143 | DX | 06/03/02 | Sherman 03 as planned, Sherman 02 as built | 507886-89 | | | |
| 1144 | DX | 06/27/02 | Project baseline schedule and as build as planned schedules, tree baseline, Sherman 05, Sherman 01 | 009733-36, 512654-56 | | | |
| 1145 | DX | 08/06/02 | Revised Baseline Schedule, Transmittal 24A | 9720 | | | |
| 1146 | DX | 05/22/03 | Letter NPS to Remcon of 5-22, Project Schedule Review Comments, Sherman 08 | 387240-41, REM000021328-31 | | | |
| 1147 | DX | 06/09/03 | Project Schedule transmittal 24A, Sherman 09 | 009728, REM000019263-64 | | | |
| 264a | DX | 07/08/02 | Letter to Rodney Keiscome from Stephen Christensen regarding the subject, "second demand for removal of Bob Russell, related incident of July 3, 2002" | REM000014581-84 | | | |
| 264b | DX | 07/09/02 | Letter to Remcon from Martie Savarie regarding the subject, "Invoice No 8" | REM000015167-68 | | | |