# In the United States Court of Federal Claims

No. 03-2478C
Filed: October 12, 2005

*************************************
*
REMEDIATION CONSTRUCTORS, INC., *
*
Plaintiff, *
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
*************************************

**ORDER**

The Pre-Trial Conference will be held on October 17, 2005 at 2:30pm E.S.T. via telephone.

**IT IS SO ORDERED.**

s/ Susan G. Braden
SUSAN G. BRADEN
Judge