IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| REMEDIATION CONSTRUCTORS, INC., | ) | DOCKET NO. 03-2478C |
| Plaintiff, | ) | **REMCON'S SUPPLEMENTAL TRIAL EXHIBIT LIST** |
| v. | ) | (Judge Susan G. Braden) |
| UNITED STATES OF AMERICA, | ) | Trial Date: October 24, 2005 |
| Defendant. | ) | |

Plaintiff REMEDIATION CONSTRUCTORS, INC. ("REMCON" or "Plaintiff") previously produced its trial exhibits to Defendant, and also produced two separate Exhibit Lists to Plaintiff (which were identified as Exhibits A and B to the Declaration of Steve Christensen in Lieu of Live Testimony).

From September 19-22, 2005, Defendants finally produced additional documents to Plaintiff pursuant to Plaintiff's prior formal document requests (which were served in 2004 and early 2005). These recently produced documents included many documents relating to work performed by Psomas, the entity that performed the as-built survey for the NPS in 2003, documents relating to work performed by Agee Construction in 2004 and 2005, and as-built plans for other projects performed in the Sequoia National Park for the NPS. Many of these documents have been identified in Defendant's list of proposed trial exhibits as DX430-523 (Psomas) and DX1000-1137 (Agee), and were in the government's possession in 2003 and 2004. No explanation or justification has been

offered by Defendant as to why these project records were not timely and/or previously produced as required.

Plaintiff and its experts have not been provided adequate time to respond to these documents in discovery, and Plaintiff objects to their introduction. Plaintiff was also not given enough time to thoroughly review the thousands of pages of documents that Defendant produced late, and therefore was not able to list these documents in its Appendix A disclosure on September 15, 2005 or in its recent listing and production of trial exhibits. To the extent they are admitted, Plaintiff reserves the right to offer testimony and additional expert opinion at the time of trial regarding the substance of any of these untimely produced documents which the court admits. Plaintiff therefore identifies below the selected documents from the Defendant's recent production that it may introduce as trial exhibits.

| **BS #** | **DATE** | **DOCUMENT DESCRIPTION** | **# of pages** |
|---|---|---|---|
| 519148-519163 | Undated | Takeover Agreement with Non-Confirming List and Volume Report | 16 |
| 519297 | 3/8/04 | Ltr from DeOcampo to Hickey | 1 |
| 519401 | 5/25/04 | Ltr from DeOcampo to Hickey | 1 |
| 519125-519131 | 9/3/03 | Site Meeting Notes | 7 |
| 519411-519425 | Undated | Takeover Agreement with Non-Confirming List and Volume Report | 15 |
| 519450-519455 | 6/16/04 | Speed letters | 6 |
| 519462-519464 | 6/23/04 | Ltr from Keiscome to Wilkinsky | 3 |
| 519585-519587 | 8/19/04 | Ltr from DeOcampo to Wilkinsky | 3 |
| 519641-519642 | 8/15/01 | Ltr from Todd to Christensen | 2 |
| 519683-519688 | 10/26/04 | Pay Estimate #18 | 6 |

| BS # | DATE | DOCUMENT DESCRIPTION | # of pages |
|---|---|---|---|
| 519689 | 12/604 | Ltr from Agee to Giller | 1 |
| 519698-519699 | 1/4/05 | Ltr from Agee to Giller | 2 |
| 519757-519758 | 4/20/05 | Ltr from Giller to Wilkinsky | 2 |
| 519778-519780 | 4/25/05 | Ltr from Keiscome to Wilkinsky | 3 |
| 525037-525060 | 10/23/01 | Meeting Agenda | 24 |
| 520732-520735 | 9/3/03 | Site Meeting Notes | 4 |
| 520879-520880 | 10/2/03 | Ltr from Keiscome to Christensen re transmittal of survey | 2 |
| 520900 | 10/3/0/03 | Email re Remcon, Inc. Audit Delayed | 1 |
| 520936-520937 | 10/23/03 | Phone Conversation Record | 2 |
| 520107-520110 | 7/26/04 | Progress Meeting Agenda | 4 |
| 520116-520120 | 7/13/04 | Progress Meeting #1 | 4 |
| 522158-522161 | 5/12/05 | Ltr from Keiscome to Wilkinsky | 4 |
| 522388-522395 | 3/31/05 | Progress Meeting Notes | 8 |
| 522501-522510 | 5/3/05 | Progress Meeting Notes | 10 |
| 522759-522763 | 5/17/05 | Modification No. 8 | 5 |
| 523116-523122 | 9/3/03 | Site Meeting Notes | 7 |
| 523293-523294 | Undated | Ltr from Keiscome to Christensen | 2 |
| 523437-523440 | 6/4/04 | Email from Keiscome to Giller | 4 |
| 523877-523879 | 11/3/04 | Ltr from Hraback to Giller | 3 |
| 523891-523897 | 9/27/04 | Fax from Warren to Nelson | 7 |
| 523962-523977 | 11/9/04 | Schedule of Non Conforming Work | 16 |
| 524033-34 | 8/2/04 | Ltr from DeOcampo to Wilkinsky | 2 |

| BS # | DATE | DOCUMENT DESCRIPTION | # of pages |
|---|---|---|---|
| 524035-524036 | 8/16/04 | Ltr from Melroy to Hickey | 2 |
| 524037-523038 | 8/26/04 | Ltr from Gowett to Hickey | 2 |
| 524039-524064 | 6-8/04 | RFIs 6-TA, 7-TA, 8-TA,9-TA, 10-TA, 11-TA, 12-TA, 13-TA, 14-TA, 15-TA, 16-TA, 17-TA, 18-TA, 19-TA, 20-TA, 21-TA, 22-TA, 23-TA, 24-TA,25-TA, 26-TA, 3, 1-TA, 30-TA, | 26 |
| 524066-524102 | 7-9/04 | Field Memo Log and Field Memos 2-16 and supporting documents | 36 |
| 524132-524133 | Undated | Ltr from Giller to Hickey | 2 |
| 524169-524171 | 9/7/00 | Email from Lippert to Todd re construction schedule | 3 |
| 524201-524208 | 2/6/01 | Construction schedule | 8 |
| 524221-524230 | Undated | Construction schedule | 10 |
| 524231-524241 | 8/25/00 | Construction Schedule | 11 |
| 524168 | 8/22/00 | Email from Lippert to Todd | 1 |
| 524886-524888 | 5/12/05 | Ltr from Keiscome to Wilkinsky | 3 |
| 524948-524949 | 7/21/03 | Email from Keiscome | 2 |
| 524951-524952 | 7/25/03 | Ltr from Keiscome to Christensen | 2 |
| 524953-524955 | 7/25/03 | Ltr from Keiscome to Richards | 3 |
| 524964-524965 | Undated | RFI Status | 2 |
| 525037-525060 | 10/23/01 | Meeting Agenda | 24 |
| 600499 | 9/13/04 | Field Memo #6 | 2 |
| 518498-518578 | | Project 200P Original As Bid Plans | 81 |
| 525066-525347 | | Project 200-P As-Built Plans (missing 525070-525169 and 525230-525329) | |
| 518629-518818 | | Project 200-O Original As Bid Plans | |

| **BS #** | **DATE** | **DOCUMENT DESCRIPTION** | **# of pages** |
|---|---|---|---|
| 518922-519110 | | Project 200-O As-Built Plans | |

DATED: October 17, 2005

MURPHY AUSTIN ADAMS SCHOENFELD LLP

/S/ D. Michael Schoenfeld

D. MICHAEL SCHOENFELD
Attorneys for Plaintiff
REMEDIATION CONSTRUCTORS, INC.

MURPHY AUSTIN ADAMS SCHOENFELD LLP
1000 G St., Third Floor
P.O. Box 1319
Sacramento, California 95812-1319
Telephone: (916) 446-2300
Facsimile: (916) 503-4000