IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| REMEDIATION CONSTRUCTORS, INC., | ) | DOCKET NO. 03-2478C |
| Plaintiff, | ) | **REMCON'S OBJECTIONS TO DEFENDANT'S PROPOSED TRIAL EXHIBITS** |
| v. | ) | (Judge Susan G. Braden) |
| UNITED STATES OF AMERICA, | ) | Trial Date: October 24, 2005 |
| Defendant. | ) | |

Plaintiff REMEDIATION CONSTRUCTORS, INC. ("REMCON" or "Plaintiff") respectfully submits the following objections to trial exhibits provided to Remcon on October 14, 2005 by defendant. Due to a problem in delivery, Remcon did not receive documents DX1-143 by October 14, 2005, and therefore reserves all objections to those documents.

While Plaintiff disclosed its proposed trial exhibits in relation to the witnesses it intends to authenticate them, Defendant has not disclosed any such information. Therefore, Remcon does not know how Defendant's listed documents will be sought to be introduced at the time of trial, including which witnesses will be used to either authenticate or offer testimony regarding any specific document(s), whether the documents are to be offered for direct or cross-examination, and/or for what purpose the documents will be offered (including hearsay within the documents). Remcon therefore reserves the right to further object to each document at the time of trial.

Over the weekend of October 15-16, 2005, Remcon was compelled to review 22 three inch binders of defendant's "trial exhibits." Remcon asserts objections to many of these documents given that they were not previously produced to Remcon as required. In addition, defendant failed to produce by October 14, 2005 the following documents: DX584, DX585-605, DX606-613, DX1026. Plaintiff reserves the right to object to these documents within a reasonable time after they are received.

Further, the documents identified by defendant as trial exhibits DX430-523 are documents that were either produced by, or relate to, Psomas, the entity that performed the as-built survey for the NPS in 2003. Despite the fact that these documents were in the government's possession in 2003 and 2004, and that these documents were requested by Plaintiff through document requests in 2003 and early 2004, the documents were not produced to Plaintiff until September 19-22, 2005. Plaintiff and its experts have not been provided adequate time to respond to these documents in discovery, and Plaintiff objects to their introduction. To the extent they are admitted, Plaintiff reserves the right to offer testimony and additional expert opinion at the time of trial regarding the substance of these untimely produced documents.

The same objections and reservations apply to defendant exhibits DX1000-1137. These documents relate to work performed by Agee Construction Company and Sage, communications with Plaintiff's surety, and the completion work from 2003 through 2005. These documents were only recently produced to Plaintiff by Defendant in late September, 2005, and had been requested by Plaintiff in late 2003 and early 2004.

The objections asserted to specific documents are:

| DEFENDANT'S DOC # | OBJECTION |
|---|---|
| DX144 | Authenticity/Foundation/Improper Compilation.<br>- Bates stamp number identified in document log do not match documents produced.<br>- The plans identified as bates stamp numbers 506040-218 do not include plan changes/revisions. |
| DX145 | Authenticity/Foundation/Improper Compilation. The documents provided are other than the actual executed modifications 1-6. |
| DX146 | Authenticity/Foundation/Improper Compilation. The documents provided are other than the actual pay estimates. |
| DX147 | Authenticity/Foundation/Improper Compilation |
| DX148 | Authenticity/Foundation relating to hand-written notes on document. |
| DX157 | Authenticity/Foundation/Improper Compilation. Document as submitted is not the complete document. |
| DX162 | Authenticity/Foundation. Copy not signed. |
| DX163 | Authenticity/Foundation relating to hand-written notes on document. |
| DX164 | Authenticity/Foundation relating to hand-written notes on document. |
| DX165 | Authenticity/Foundation relating to hand-written notes on document. |
| DX174 | Authenticity/Foundation. Document is not complete. |
| DX176 | Authenticity/Foundation. No bates stamp number. |
| DX180 | Authenticity/Foundation/Improper Compilation. Document has bates stamp numbers not previously produced or identified to Plaintiff, and document improperly includes bates stamp number SA79 as part of actual progress payment. |
| DX181 | Authenticity/Foundation. Document as represented is not complete as it is missing page 2. |
| DX182 | Authenticity/Foundation relating to hand-written notes on document. |
| DX183 | Authenticity/Foundation relating to hand-written notes on document. |

| DEFENDANT'S DOC # | OBJECTION |
|---|---|
| DX188 | Authenticity/Foundation/Improper Compilation. Document has bates stamp numbers not previously produced or identified to Plaintiff, and document improperly includes bates stamp number SA85 as part of actual progress payment. |
| DX191 | Authenticity/Foundation. Document as represented is not complete as it is missing page 2. |
| DX196 | Authenticity/Foundation/Improper Compilation. Document has bates stamp numbers not previously produced or identified to Plaintiff, and document improperly includes bates stamp number SA91 as part of actual progress payment. |
| DX199 | Authenticity/Foundation. Document as represented is not complete. |
| DX203 | Authenticity/Foundation. Document as represented is not complete. |
| DX205 | Authenticity/Foundation/Improper Compilation. Document as represented appears not be complete, and adds page (006476) not included in Plaintiff's copy of document. |
| DX206 | Authenticity/Foundation. Document is not as represented by defendant. |
| DX207 | Authenticity/Foundation/Improper Compilation. Document has bates stamp numbers not previously produced or identified to Plaintiff, and document improperly includes bates stamp number SA97 as part of actual progress payment. |
| DX213 | Bates stamps do not match document as produced. |
| DX219 | Authenticity/Foundation/Improper Compilation. Document has bates stamp numbers not previously produced or identified to Plaintiff, and document improperly includes bates stamp number SA103 as part of actual progress payment. |
| DX223 | Authenticity/Foundation/Improper Compilation. Document has bates stamp numbers not previously produced or identified to Plaintiff, and document improperly includes bates stamp number SA109 as part of actual progress payment. |
| DX226 | Authenticity/Foundation. Document as represented is incomplete. |
| DX227 | Authenticity/Foundation relating to hand-written notes on document. |

| DEFENDANT'S DOC # | OBJECTION |
|---|---|
| DX229 | Authenticity/Foundation. Document as represented is incomplete. |
| DX244 | Authenticity/Foundation relating to hand-written notes on document. |
| DX249 | Authenticity/Foundation. Document as represented is incomplete. |
| DX251 | Authenticity/Foundation relating to hand-written notes on document. |
| DX258 | Authenticity/Foundation relating to hand-written notes on document. |
| DX264 | Authenticity/Foundation. Documents bates stamped REM0014581-14584 and REM0015167-15168 were produced, but not identified in defendant's exhibit log. |
| DX265 | Authenticity/Foundation relating to hand-written notes on document. Hearsay. |
| DX267 | Authenticity/Foundation/Improper Compilation. Document has bates stamp numbers not previously produced or identified to Plaintiff, and document improperly includes bates stamp number SA115 as part of actual progress payment. |
| DX273 | Authenticity/Foundation. Document as represented is incomplete. |
| DX275 | Authenticity/Foundation. Document as represented is incomplete. |
| DX277 | Authenticity/Foundation relating to hand-written notes on document. Hearsay. |
| DX279 | Authenticity/Foundation relating to hand-written notes on document. |
| DX289 | Authenticity/Foundation relating to hand-written notes on document. |
| DX291 | Hearsay. |
| DX293 | Authenticity/Foundation relating to hand-written notes on document. |
| DX295 | Authenticity/Foundation/Improper Compilation. Document as identified is not one document. |
| DX299 | Authenticity/Foundation/Improper Compilation. Document has bates stamp numbers not previously produced or identified to Plaintiff, and document improperly includes bates stamp number SA121 as part of actual progress payment. |
| DX302 | Authenticity/Foundation. Hearsay. |

| DEFENDANT'S DOC # | OBJECTION |
|---|---|
| DX309 | Authenticity/Foundation/Improper Compilation. Document has bates stamp numbers not previously produced or identified to Plaintiff, and document improperly includes bates stamp number SA128 as part of actual progress payment. |
| DX324 | Authenticity/Foundation/Improper Compilation. Document appears to be incomplete. Authenticity/Foundation relating to hand-written notes on document. |
| DX324 | Authenticity/Foundation. Number of pages does not match number of pages listed on facsimile coversheet. |
| DX326 | Authenticity/Foundation/Improper Compilation. Document has bates stamp numbers not previously produced or identified to Plaintiff, and document improperly includes bates stamp number SA135 as part of actual progress payment. |
| DX329 | Authenticity/Foundation. |
| DX332 | Letter produced is different than document identified in exhibit log. |
| DX333 | Authenticity/Foundation/Improper Compilation. Document has bates stamp numbers not previously produced or identified to Plaintiff, and document improperly includes bates stamp number SA141 as part of actual progress payment. |
| DX335 | Authenticity/Foundation/Improper Compilation. Document appears to be incomplete. |
| DX340 | Authenticity/Foundation/Improper Compilation. Document appears to be incomplete since facsimile coversheet indicates 6 pages and only 5 are included in exhibit. |
| DX343 | Authenticity/Foundation. |
| DX345 | Authenticity/Foundation/Improper Compilation. Authenticity/Foundation relating to hand-written notes on document. |
| DX349 | Authenticity/Foundation - Document appears to be incomplete. Hearsay. |
| DX352 | Authenticity/Foundation relating to hand-written notes on document. |
| DX371 | Authenticity/Foundation. Hearsay. |

| DEFENDANT'S DOC # | OBJECTION |
|---|---|
| DX374 | Authenticity/Foundation relating to hand-written notes on document. |
| DX387 | Hearsay. |
| DX390 | Hearsay. |
| DX391 | Authenticity/Foundation. Document is incomplete and different than version in plaintiff's possession, |
| DX394 | Hearsay. |
| DX395 | Hearsay. |
| DX419 | Authenticity/Foundation. Hearsay. Document not produced during discovery – move to strike. |
| DX421 | Authenticity/Foundation. Hearsay. Document not produced during discovery – move to strike. |
| DX423 | Authenticity/Foundation. Hearsay. |
| DX430 | Authenticity/Foundation. Document appears to be incomplete |
| DX444 | Document as produced missing DX525534-47. |
| DX 490 | Authenticity/Foundation relating to hand-written notes on document. Incomplete (does not include attachment to email) |
| DX 491 | Authenticity/Foundation relating to hand-written notes on document. Incomplete (the page says "Exhibit 'A' which is not attached). |
| DX 492 | Incomplete (only includes 2 of the 5 pages of the fax; does not include the proposal which was attached to the fax) |
| DX 493 | Incomplete (the pages says "Exhibit 'A' which is not attached). Improper Compilation |
| DX 495 | Authenticity/Foundation relating to hand-written notes on document. Improper Compilation. |
| DX 496 | Authenticity/Foundation relating to hand-written notes on document. Improper Compilation. |
| DX 498 | Foundation (no date that matches date on Exhibit List) |
| DX 500 | Authenticity/Foundation relating to hand-written notes on document. |
| DX 502 | Authenticity/Foundation relating to hand-written notes on document. Improper Compilation |

| **DEFENDANT'S DOC #** | **OBJECTION** |
|---|---|
| DX 503 | Foundation (first two pages have no or unreadable Bates stamp); Improper Compilation |
| DX 504 | Foundation (much of first page is unreadable); Authenticity/Foundation relating to hand-written notes on document. |
| DX 505-513 | Authenticity/Foundation relating to hand-written notes on documents. |
| DX 514 | Authenticity/Foundation/Improper Compilation. |
| DX 515 | Authenticity/Foundation/Improper Compilation. |
| DX 516 | Authenticity/Foundation/Improper Compilation. |
| DX 518-522 | Authenticity/Foundation relating to hand-written notes on documents. |
| DX 523 | Foundation/Best Evidence (not color or even good copies; no dates); Improper Compilation |
| DX 524 | Authenticity/Foundation relating to hand-written notes on document. |
| DX 525 | Document Bates stamps do not match Bates stamp on Exhibit List |
| DX 527 | Authenticity/Foundation/Incomplete (does not include enclosures) |
| DX 532 | Hearsay |
| DX 533 | Authenticity/Foundation; Hearsay |
| DX 534 | Hearsay. |
| DX 540 | Authenticity/Foundation (Bates numbers on documents do not match Bates number on Exhibit List) |
| DX 541 | Authenticity/Foundation relating to hand-written notes on document. |
| DX 543 | Authentication/Foundation/Improper Compilation |
| DX 544 | Authenticity/Foundation relating to hand-written notes on document. |
| DX 545 | Authenticity/Foundation relating to hand-written notes on document. |
| DX 546 | Authenticity/Foundation relating to hand-written notes on document. |
| DX 549 | Authenticity/Foundation relating to hand-written notes on document. |
| DX 551 | Authenticity/Foundation relating to hand-written notes on document. |
| DX 552 | Authenticity/Foundation relating to hand-written notes on document. |
| DX 553 | Authenticity/Foundation relating to hand-written notes on document. |

| **DEFENDANT'S DOC #** | **OBJECTION** |
|---|---|
| DX 555 | Authenticity/Foundation/Incomplete (Bates stamps listed on Exhibit List do not match Bates stamps on documents) |
| DX 556 | Authenticity/Foundation/Improper Compilation (first page is an email with no evidence of attachments but the second page contains photos) |
| DX 559 | Hearsay. |
| DX 563 | Authenticity/Foundation relating to hand-written notes on document (not signed). |
| DX 564 | Authenticity/Foundation/Incomplete (document says it consists of 5 sheets but only 3 are included) |
| DX 566 | Authenticity/Foundation/Improper Compilation (this exhibit contains 2 letters to and from different entities and with different dates) |
| DX 569 | Authenticity/Foundation/Improper Compilation (document includes both a meeting agenda and a field report). Authenticity/Foundation relating to hand-written notes on document. Hearsay |
| DX 571 | Hearsay. |
| DX 573 | Hearsay. |
| DX 574 | Foundation/Authentication; Hearsay. |
| DX 575 | Hearsay. |
| DX 577 | Hearsay. |
| DX 578 | Hearsay. |
| DX 580 | Authenticity/Foundation (Bates numbers on documents do not match Bates numbers on Exhibit List); Hearsay. |
| DX 581 | Authenticity/Foundation/Improper Compilation. Hearsay. Authenticity/Foundation relating to hand-written notes on document. |
| DX 1000 – DX 1001 | Authenticity/Foundation; Hearsay. |
| DX 1002 | Authenticity/Foundation/Incomplete (schedule attached to email is not included in the document) |
| DX 1003 | Authenticity/Foundation; Hearsay. |
| DX 1004 | Authenticity/Foundation relating to hand-written notes on document. Hearsay. |
| DX 1005 | Authenticity/Foundation; Hearsay. |
| DX 1006 | Authenticity/Foundation; Hearsay. |
| DX 1008 – DX 1011 | Authenticity/Foundation; Hearsay. |
| DX 1016 | Hearsay. |
| DX 1019 | Authenticity/Foundation. |

| DEFENDANT'S DOC # | OBJECTION |
|---|---|
| DX 1036 | Authentication/Foundation/Incomplete (letter indicates that it includes an enclosure but no enclosure is included with the Exhibit); Hearsay |
| DX 1046 | Authenticity/Foundation; Hearsay |
| DX 1053 | Hearsay |
| DX 1054 | Authenticity/Foundation relating to hand-written notes on document. |
| DX 1058 | Hearsay. |
| DX 1059 | Hearsay. |
| DX 1060 | Authenticity/Foundation relating to hand-written notes on document. |
| DX 1064 | Authenticity/Foundation relating to hand-written notes on document. |
| DX 1094 | Hearsay. |
| DX 1099 | Hearsay. |
| DX 1103 | Authenticity/Foundation/Incomplete (email has an attachment but the attachment is not included in the exhibit). |
| DX 1104 | Hearsay. |
| DX 1108 | Hearsay. |
| DX 1135 | Authenticity/Foundation/Improper Compilation; Best Evidence |
| DX 1136 | Authenticity/Foundation/Improper Compilation; Best Evidence |
| DX 1137 | Authenticity/Foundation/Improper Compilation |

DATED: October 17, 2005

MURPHY AUSTIN ADAMS SCHOENFELD LLP

/S/ D. Michael Schoenfeld

D. MICHAEL SCHOENFELD
Attorneys for Plaintiff
REMEDIATION CONSTRUCTORS, INC.

MURPHY AUSTIN ADAMS SCHOENFELD LLP
1000 G St., Third Floor
P.O. Box 1319
Sacramento, California 95812-1319
Telephone: (916) 446-2300
Facsimile: (916) 503-4000