IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| REMEDIATION CONSTRUCTORS, INC., Plaintiff, v. UNITED STATES OF AMERICA, Defendant. | DOCKET NO. 03-2478C<br>**REMCON'S SUPPLEMENTAL WITNESS LIST**<br>(Judge Susan G. Braden)<br>Trial Date: October 24, 2005 |

Plaintiff REMEDIATION CONSTRUCTORS, INC. ("REMCON" or "Plaintiff") respectfully submits the following Supplemental Witness List, in accordance with Appendix A, Section 15 of this Court's Local Rules, of witnesses it may call at the time of trial.

In addition to those witnesses REMCON listed in its initial witness list, filed on September 15, 2005, REMCON also cross-designates all the witnesses listed in Defendant's witness list, filed on October 7, 2005, as witnesses it may call at the time of trial, and reserves the right to call any such witnesses as its own.

In particular, REMCON may call:

1) Rodney Keiscome, Contracting Officer, National Park Service, Denver Service Center, 12795 W. Alameda Parkway, P.O. Box 25287, Denver, CO 80225-0287

Mr. Keiscome can testify regarding all aspects of the project for which he has personal knowledge. If called to testify, he will be called as a hostile witness.

2) Michael Giller, Project Manager, National Park Service, Denver Service Center, 12795 W. Alameda Parkway, P.O. Box 25287, Denver, CO 80225-0287

Mr. Giller can testify regarding all aspects of the project for which he has personal knowledge. If called to testify, he will be called as a hostile witness.

DATED: October 18, 2005

MURPHY AUSTIN ADAMS SCHOENFELD LLP

/S/ D. Michael Schoenfeld

D. MICHAEL SCHOENFELD
Attorneys for Plaintiff
REMEDIATION CONSTRUCTORS, INC.

MURPHY AUSTIN ADAMS SCHOENFELD LLP
1000 G St., Third Floor
P.O. Box 1319
Sacramento, California 95812-1319
Telephone: (916) 446-2300
Facsimile: (916) 503-4000