IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| REMEDIATION CONSTRUCTORS, INC., | ) | DOCKET NO. 03-2478C |
| Plaintiff, | ) | **REMCON'S SUPPLEMENTAL OBJECTIONS TO DEFENDANT'S TRIAL EXHIBITS** |
| v. | ) | (Judge Susan G. Braden) |
| UNITED STATES OF AMERICA, | ) | Trial Date: October 24, 2005 |
| Defendant. | ) | |

Plaintiff REMEDIATION CONSTRUCTORS, INC. ("REMCON" or "Plaintiff") received Defendant's proposed trial exhibits documents DX1-143 on October 17, 2005, and proposed trial exhibits DX585-611 and 613 on October 18, 2005. Below are REMCON's objections to these exhibits.

While Plaintiff disclosed its proposed trial exhibits in relation to the witnesses it intends to authenticate them, Defendant has not disclosed any such information. Therefore, Remcon does not know how Defendant's listed documents will be sought to be introduced at the time of trial, including which witnesses will be used to either authenticate or offer testimony regarding any specific document(s), whether the documents are to be offered for direct or cross-examination, and/or for what purpose the documents will be offered (including hearsay within the documents). Remcon therefore reserves the right to further object to each document at the time of trial.

Defendant has failed to produce by October 18, 2005 the following documents: DX 94, DX 130, DX584, DX612-613, DX1026. Plaintiff reserves the right to object to these documents within a reasonable time after they are received.

Specific objections to documents received are as follows:

| **DEFENDANT'S DOC #** | **OBJECTION** |
|---|---|
| DX3 | Improper Compilation. Document is incomplete. |
| DX4 | Improper Compilation. Document is incomplete. |
| DX15 | Document is incomplete – does not include enclosure. |
| DX17 | Authenticity/Foundation regarding handwritten notes. |
| DX18 | Improper Compilation. Document is incomplete. |
| DX21 | Improper Compilation. Document is incomplete. |
| DX33 | Improper Compilation. |
| DX35 | Improper Compilation. Some of the assembled documents are incomplete. |
| DX42 | Improper Compilation. Authenticity/Foundation regarding handwritten notes. |
| DX44 | Authenticity/Foundation. |
| DX48 | Improper Compilation. Document titled 7/25/02 Speed Letter is improperly included in exhibit. |
| DX49 | Authenticity/Foundation regarding handwritten notes. |
| DX56 | Authenticity/Foundation regarding handwritten notes. |
| DX57 | Improper Compilation. |
| DX58 | Authenticity/Foundation regarding handwritten notes. |
| DX61 | Improper Compilation. |
| DX64 | Improper Compilation. Document is incomplete. |
| DX78 | Authenticity/Foundation regarding handwritten notes. |

| **DEFENDANT'S DOC #** | **OBJECTION** |
|---|---|
| DX98 | Improper Compilation. |
| DX99 | Improper Compilation. Documents |
| DX109 | Improper Compilation. |
| DX110 | Improper Compilation. |
| DX118 | Authenticity/Foundation regarding handwritten notes. |
| DX119 | Improper Compilation. Document is incomplete. |
| DX122 | Improper Compilation. Document is incomplete. |
| DX123 | Improper Compilation. Document is incomplete. |
| DX130 | Document was not produced. |
| DX142 | Authenticity/Foundation regarding handwritten notes. |
| DX585-611 | Authenticity/Foundation. Improper and Impermissible Expert Opinion (opinions of non-disclosed experts, opinions outside the scope of disclosed expert reports, improper non-retained expert opinion, improper rebuttal opinion/testimony without RCFC 26 rebuttal report). Hearsay. Unduly prejudicial under FRE 403 (matters of opinion rather than fact, argumentative, undue emphasis). |

DATED: October 18, 2005

MURPHY AUSTIN ADAMS SCHOENFELD LLP

/S/ D. Michael Schoenfeld

D. MICHAEL SCHOENFELD
Attorneys for Plaintiff
REMEDIATION CONSTRUCTORS, INC.

MURPHY AUSTIN ADAMS SCHOENFELD LLP
1000 G St., Third Floor
P.O. Box 1319
Sacramento, California 95812-1319
Telephone: (916) 446-2300
Facsimile: (916) 503-4000