IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| REMEDIATION CONSTRUCTORS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 03-2478C<br>(Judge Braden) |

DEFENDANT'S OBJECTIONS TO THE DECLARATIONS
OF DOUG HEACOCK, CHRIS HICKEY AND RANDY WILKINSKY

Defendant, the United States, respectfully submits its objections to the declarations of Doug Heacock, Chris Hickey and Randy Wilkinsky.[1]

## INTRODUCTION

We do not intend to cross-examine Mr. Heacock, Mr. Hickey and Mr. Wilkinsky regarding their declarations. The majority of the information contained in their declarations is not relevant to the matters being tried during this stage of the litigation, although some of the subject matters discussed may be relevant. This Court previously has ruled that the Government will be provided an opportunity to conduct discovery relating to post-termination matters prior to trying the issues relating to those matters, if such trial becomes necessary.

---

[1] As an initial matter, we previously objected to the use of declarations because they are hearsay pursuant to Rules 801 and 802 of the Federal Rules of Evidence ("FRE"). The objections in this submission are in addition to that general objection.

We are submitting these objections now because Remcon has indicated that it needs to know the nature of our objections before it can determine whether to have these witnesses in the courtroom for trial. Without waiver of any additional objections that we may raise during any later stage of this trial concerning post-termination matters, we specifically assert the following objections to the declarations of Doug Heacock, Chris Hickey and Randy Wilkinsky.

## OBJECTIONS

### I. Doug Heacock

Many of Mr. Heacock's statements relate to post-termination activities that are not relevant to the matters being tried before this Court. We object to such statements as irrelevant. We reserve our right to raise additional objections during any later post-termination phase of this trial.

### II. Chris Hickey

Many of Mr. Hickey's statements relate to post-termination activities that are not relevant to the matters being tried before this Court. We object to such statements as irrelevant. We reserve our right to raise additional objections during any later post-termination phase of this trial. In addition, we have the following objections:

Page 4, ¶ 20 - Exhibit E, a spreadsheet that Mr. Hickey states was prepared by Mr. Christensen, is hearsay and Mr. Hickey

has not provided the foundation for admission of that document as part of his declaration. Mr. Christensen will be in Court and presumably can testify regarding the spreadsheet that he prepared.

Page 4, ¶ 21 - Mr. Hickey states what he allegedly has been told by Mr. Christensen. Mr. Hickey also discusses Exhibit E, to which we previously have objected. The entire paragraph constitutes hearsay.

Page 5, ¶ 22(B) - Discusses what Steve Christensen allegedly told Mr. Hickey. It is hearsay.

III. <u>Randy Wilkinsky</u>

Many of Mr. Wilkinsky's statements relate to post-termination activities that are not relevant to the matters being tried before this Court. We object to such statements as irrelevant. We reserve our right to raise additional objections during any later post-termination phase of this trial.

Page 3, ¶ 7 - Refers to allegations by Mr. Christensen against NPS and states that Mr. Christensen was "candid" about problems he was having with NPS. These statements are hearsay and speculate about Mr. Christensen's state of mind.

Page 3, ¶ 8 - The first sentence of this paragraph refers to allegations by Mr. Christensen against NPS and constitutes hearsay.

Page 8, ¶ 26 - Mr. Wilkinsky states that he is informed and believes that Remcon's claims have merit. This statement is hearsay (with respect to what he was told), irrelevant, and argumentative.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Franklin E. White, Jr.

FRANKLIN E. WHITE, JR.
Deputy Director

s/ Richard P. Schroeder

RICHARD P. SCHROEDER
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
Eighth Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562

Attorneys for Defendant

October 20, 2005

Certificate of Filing

I hereby certify that on October 20, 2005, a copy of foregoing DEFENDANT'S OBJECTIONS TO THE DECLARATIONS OF DOUG HEACOCK, CHRIS HICKEY AND RANDY WILKINSKY was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Richard P. Schroeder