IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| REMEDIATION CONSTRUCTORS, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 03-2478C |
| | ) | (Judge Braden) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME TO
RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests an enlargement of time of 45 days, from October 24, 2005, to and including December 8, 2005, to respond to plaintiff's first amended complaint (the "complaint"). Plaintiff opposes this motion. The grounds for this motion are set forth below.

The enlargement of time is necessary to allow the Government to properly respond to the complaint. Plaintiff's amended complaint includes a claim that would add more than $1.5 million to its current claims. Work that is subject to the amendment was performed by the completion contractor following the termination of plaintiff's contract and paid for by the plaintiff's surety after plaintiff filed its claim with the contracting officer. Indeed, work is still continuing.

Plaintiff's amendment raises legal issues that may be susceptible to a motion to dismiss. These issues will need to be carefully researched before the Government files its response. Moreover, this matter is scheduled for a two-week trial commencing on October 24, 2005. This Court previously has ruled that, prior to trial of the issues raised in the amendment to the complaint, the Government will be provided an opportunity to conduct necessary discovery relating to those matters. Given the posture of this case, and the need for the Government to focus upon the upcoming trial, responding to the amended complaint at this time would be unduly and unnecessarily burdensome. Indeed, undersigned counsel plans to travel to Sacramento, California for the trial on October 22, 2005.

Finally, if plaintiff's challenge to the default termination is denied by the Court following the upcoming trial, the new issues raised in the amendments to the complaint likely will be moot.

## CONCLUSION

For the foregoing reasons, we respectfully request that the Court grant this motion for an enlargement of time, to and including December 8, 2005, to respond to plaintiff's first amended complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Franklin E. White, Jr.

FRANKLIN E. WHITE, JR.
Assistant Director

s/Richard P. Schroeder

RICHARD P. SCHROEDER
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
Eighth Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 353-7961

Attorneys for Defendant

October 20, 2005

Certificate of Filing

I hereby certify that on October 20, 2005, a copy of foregoing DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Richard P. Schroeder