IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| REMEDIATION CONSTRUCTORS, INC., Plaintiff, | ) |
| v. | ) No. 03-2478C (Judge Braden) |
| THE UNITED STATES, Defendant. | ) |

DEFENDANT'S SUPPLEMENTAL EXHIBIT LIST

Defendant, the United States, respectfully submits the following supplemental exhibit list pursuant to "Appendix A" of the Rules of the United States Court of Federal Claims. The exhibits on our list are all that we may offer into evidence:

A. Bates Stamp Nos.: 004520-004521; 017762-017787; 021693-021702; 023975-023977; 507786-507795; 507890-507891; 511993-511994; 512604; 514984-514986; REM42600-42800.

B. Kleinfelder Document Nos.: 00001-000321.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Franklin E. White, Jr.

FRANKLIN E. WHITE, JR.
Assistant Director

s/Richard P. Schroeder

RICHARD P. SCHROEDER
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
Eighth Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562

Attorneys for Defendant

October 21, 2005

Certificate of Filing

I hereby certify that on October 21, 2005, a copy of the foregoing DEFENDANT'S SUPPLEMENTAL EXHIBIT LIST was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Richard P. Schroeder