# In the United States Court of Federal Claims

No. 03-2478C
Filed: November 2, 2005

****************************************
*
REMEDIATION CONSTRUCTORS, INC., *
*
Plaintiff, *
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
****************************************

**ORDER**

The trial that commenced on October 24, 2005 was recessed on November 2, 2005, at the request of the parties to pursue settlement. If a settlement, disposing all pending claims, is not reached, the trial will recommence on December 20, 2005 at 10:00am E.S.T., and conclude on December 22, 2005, at the National Courts Building, 717 Madison Place N.W., Washington, D.C.

**IT IS SO ORDERED.**

**s/ Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**