IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| REMEDIATION CONSTRUCTORS, INC., Plaintiff, | ) | |
| v. | ) | No. 03-2478C (Judge Braden) |
| THE UNITED STATES, Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR A STAY IN CONNECTION WITH DEFENDANT'S RESPONSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT

Defendant, the United States, respectfully requests an that the Court grant the Government a stay in connection with the pending deadline to respond to plaintiff's first amended complaint ("complaint"). The Government's response to the complaint currently is due on December 8, 2005. Plaintiff's counsel had indicated that he does not oppose a stay. The grounds for this motion are set forth below.

Plaintiff has proposed settlement terms that can be recommended to the representatives of the Attorney General authorized to approve the proposed settlement. Counsel for the Government has drafted the required internal settlement memorandum and submitted it for internal review and approval. Counsel for the Government also has drafted a proposed settlement agreement, submitted it for review, and currently is in the process of revising the proposed agreement.

Under these circumstances, it is appropriate for the Government to focus time and resources upon settlement rather than responding to the complaint. If the settlement is approved, any response to the complaint would become moot. Moreover, the trial in this matter currently is scheduled to recommence on December 20, 2005. It is the Government's understanding that the new issues raised in the amended complaint will not be tried if the trial recommences at that time, but that those issues will be tried at a later time, if necessary. Finally, counsel for the Government intends to be out of the office on Family and Medical Leave for a significant period of time in the coming weeks. For these reasons, a stay is warranted.[1]

[1] Undersigned counsel has made arrangements for another attorney in his office to complete any settlement paperwork in undersigned counsel's absence. Further, although the trial is scheduled to recommence on December 20, 2005, the Government believes that, in light of matters that arose during the trial, even if the case does not settle, recommencement of the trial would not be an efficient manner in which to proceed. Thus, if this case is not settled, the Government may file a motion to suspend the recommencement of the trial.

**CONCLUSION**

For the foregoing reasons, we respectfully request that the Court grant this motion for a stay in connection with the pending deadline to respond to plaintiff's first amended complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Franklin E. White, Jr.

FRANKLIN E. WHITE, JR.
Assistant Director

s/Richard P. Schroeder

RICHARD P. SCHROEDER
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
Eighth Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 353-7961

Attorneys for Defendant

December 2, 2005

Certificate of Filing

I hereby certify that on December 2, 2005, a copy of foregoing DEFENDANT'S UNOPPOSED MOTION FOR A STAY IN CONNECTION WITH DEFENDANT’S RESPONSE TO PLAINTIFF’S FIRST AMENDED COMPLAINT was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Richard P. Schroeder