# In the United States Court of Federal Claims

No. 03-2478C
Filed: December 6, 2005

*************************************
*
REMEDIATION CONSTRUCTORS, INC., *
*
Plaintiff, *
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
*************************************

**ORDER**

Having received the Government's December 2, 2005 Motion, the court hereby amends the schedule, extending the deadline for the Government to respond to Plaintiff's First Amended Complaint. The Government will file its response to the First Amended Complaint on or before December 19, 2005.

**IT IS SO ORDERED.**

**s/ Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**