IN THE UNITED STATES COURT OF FEDERAL CLAIMS

REMEDIATION CONSTRUCTORS, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No. 03-2478C
(Judge Braden)

DEFENDANT'S UNOPPOSED MOTION FOR A STAY IN CONNECTION WITH DEFENDANT'S RESPONSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT

Defendant, the United States, respectfully requests that the Court grant the Government a stay in connection with the pending deadline to respond to plaintiff's first amended complaint ("complaint"). The Government's response to the complaint currently is due on December 19, 2005. Prior enlargements totaling 56 days have been granted for this purpose. Plaintiff's counsel has consented to this motion.

We previously forwarded a signed settlement agreement and stipulation of dismissal to plaintiff's counsel. We have been advised by plaintiff's counsel that those documents have been countersigned by plaintiff's representatives and that plaintiff's counsel will file the stipulation of dismissal as soon as they confirm that a separate settlement agreement between the surety and the National Parks Service has been fully executed.

Because we anticipate that the stipulation of dismissal will be filed within a short period of time, we believe that it is appropriate to stay the time for the Government to respond to the complaint, pending the filing of the stipulation for dismissal.

## CONCLUSION

For the foregoing reasons, we respectfully request that the Court grant this motion for a stay in connection with the pending deadline to respond to plaintiff's first amended complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

*s/Franklin E. White, Jr.*

FRANKLIN E. WHITE, JR.
Assistant Director

*s/Richard P. Schroeder*

RICHARD P. SCHROEDER
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
Eighth Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 353-7961

Attorneys for Defendant

December 19, 2005

Certificate of Filing

I hereby certify that on December 19, 2005, a copy of foregoing DEFENDANT'S UNOPPOSED MOTION FOR A STAY IN CONNECTION WITH DEFENDANT'S RESPONSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/Richard P. Schroeder*