IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| REMEDIATION CONSTRUCTORS, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 03-2478C (Judge Braden) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

STIPULATION OF DISMISSAL

Pursuant to RCFC 41(a)(1)(ii), the parties stipulate that the complaint be dismissed with prejudice, with each party to bear its own costs, attorney fees, and expenses.

Respectfully submitted,

D. MICHAEL SCHOENFELD
MURPHY AUSTIN ADAMS
SCHOENFELD LLP
1000 G St., Third Floor
P. O. Box 1319
Sacramento, California 95812-1319
Telephone: (916) 446-2300
Facsimile: (916) 503-4000

Attorney for Plaintiff

DATED: 12/16/05

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

FRANKLIN E. WHITE, JR.
Assistant Director

Richard Schroeder by Steven Gillingham

RICHARD P. SCHROEDER
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
Eighth Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 305-7562
Facsimile: (202) 353-7988

Attorneys for Defendant

DATED: 12/15/05